IN THE CIRCUIT COURT FOR
MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | CV-2006-2929 |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA; GENEX SERVICES, INC., et al., | § § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF BONITA K. CONNALLY

STATE OF TEXAS
COUNTY OF DALLAS

I, Bonita K. Connally, state the following:

1. My name is Bonita K. Connally. I am over the age of nineteen years and am competent to make this Affidavit. I am employed by UnumProvident Corporation as a Lead Disability Benefits Specialist. Unum Life Insurance Company of America ("Unum Life") is a subsidiary of UnumProvident Corporation. I have personal knowledge of the matters set forth herein.

2. The benefit plan from which Betty Bullard seeks recovery provided long term disability benefits. Those benefits were provided through the purchase of group insurance from Unum Life by Ms. Bullard's employer, Annuity Board of



the Southern Baptist Convention ("ABSBC") and benefits under the Plan amounted to 60% of an employee's monthly earnings, less payments received from certain other sources.

3. A true and correct copy of the Unum Life group disability policy issued to ABSBC, Policy No. 111604001 ("the Disability Policy"), is attached as an exhibit hereto. The long term benefits provisions of the Disability Policy contain a 180 day elimination period. The Disability Policy further provides that the maximum period of payment is to age 65 (but not less than 5 years) if a claimant is less than age 60 at the time of disability. According to claim file documents, Ms. Bullard's date of birth is June 8, 1955.

4. Unum Life disputes that Ms. Bullard is entitled to any benefits under the terms of the Disability Policy, including future benefits. Nonetheless, the monthly benefits to which Ms. Bullard would have been entitled, assuming her claim had been covered under the Disability Policy, is $905.34. Thus, if she had been entitled to receive benefits from Unum Life beginning 180 days after her alleged May 22, 2004 disability, which is denied, Unum Life would owe plaintiff a total of $11,769.42 as of December 17, 2005 for the period from November 18, 2004 through December 17, 2005. If she had continued to qualify for benefits beyond December 17, 2005, which is also denied, those benefits would accrue at the rate of $905.34 per month.

5. In addition to disability insurance coverage, Ms. Bullard contends that she is owed benefits under a group life insurance policy insuring the lives of

certain ABSBC employees. A copy of the Summary of Benefits under Unum Life's policy of life insurance (No. 552580) covering certain employees of the ABSBC, is attached as an exhibit hereto. Specifically, Ms. Bullard contends, in paragraph no. 20 of her Complaint, that she is entitled to "life premium waiver." The subject life insurance policy provides coverage to certain classes of employees of the ABSBC, including provisions for the waiver of premiums on life insurance coverage in the event a covered employee becomes "totally disabled" prior to age sixty and has been unable to work for nine months. Unum Life disputes that Ms. Bullard is entitled to any life premium waiver benefit. Nonetheless, had she qualified for this benefit in relation to her alleged May 22, 2004 disability, a premium payment for such life coverage would have been waived. If she continued in the future to qualify for life premium waiver, which is also denied, additional premium payments would, subject to additional policy terms, continue to be waived in the future.

6. The attached documents are maintained in the course of regularly conducted business activity, and it is the regular practice of that business activity to make and maintain the records relating to the subject policies, including the attached documents.

Executed on December __19__, 2005.

*Bonita K. Connally*
BONITA K. CONNALLY

Subscribed and sworn to before me
this 19 day of December, 2005

*Larna Dotson*
NOTARY PUBLIC
Dallas County, Texas

My commission expires: 6-18-07  (SEAL)

418226_1



LARNA L. DOTSON
Notary Public, State of Texas
My Commission Expires
June 18, 2007

- 4 -