

**GROUP INSURANCE
SUMMARY OF BENEFITS
NON-PARTICIPATING**

**IDENTIFICATION NUMBER:**   552580 001

**EFFECTIVE DATE OF
COVERAGE:**   January 1, 2001

**ANNIVERSARY DATE:**   January 1

**GOVERNING JURISDICTION:**   Maine

**Unum Life Insurance Company of America
insures the lives of**

**participants in the
Annuity Board of the Southern Baptist Convention
GROUP PLANS**

**under the
Select Group Insurance Trust - Policy No. 292000**

**(Services Industry Fund)**

Unum Life Insurance Company of America (referred to as Unum) will provide benefits under this Summary of Benefits.  Unum makes this promise subject to all of this Summary of Benefits' provisions.

The Annuity Board of the Southern Baptist Convention should read this Summary of Benefits carefully and contact Unum promptly with any questions.  This Summary of Benefits is delivered in and is governed by the laws of the governing jurisdiction.

Signed for Unum at Portland, Maine on the Effective Date of Coverage.

President                    Secretary

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Copyright 1993, Unum Life Insurance Company of America

C.FP-2                    C.FP-1   (5/1/2004)

AMENDMENT NO. 4

This amendment forms a part of Group Identification No. 552580 001 issued to the Employer/Applicant:

Annuity Board of the Southern Baptist Convention

The entire Summary of Benefits is replaced by the Summary of Benefits attached to this amendment.

The effective date of these changes is May 1, 2004. The changes only apply to deaths and covered losses that occur on or after the effective date.

The Summary of Benefits' terms and provisions will apply other than as stated in this amendment.

Dated at Portland, Maine on October 1, 2004.

Unum Life Insurance Company of America

By

Secretary

If this amendment is unacceptable, please sign below and return this amendment to Unum Life Insurance Company of America at Portland, Maine within 90 days of October 1, 2004.

**YOUR FAILURE TO SIGN AND RETURN THIS AMENDMENT BY THAT DATE WILL CONSTITUTE ACCEPTANCE OF THIS AMENDMENT.**

Annuity Board of the Southern Baptist Convention

By _____
Signature and Title of Officer

C.AMEND-1                    AMEND-1  (5/1/2004)

**This is not a policy of Workers' Compensation Insurance. The Employer does not become a subscriber to the Workers' Compensation system by purchasing this Summary of Benefits and if the Employer is a non-subscriber, the Employer loses those benefits which would otherwise accrue under the Workers' Compensation laws. The Employer must comply with the Workers' Compensation law as it pertains to non-subscribers and the required notifications that must be filed and posted.**

| | |
|---|---|
| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |

To obtain information or make a complaint:

You may call Unum's toll-free telephone number for information or to make a complaint at:

**1-800-321-3889**
**OPTION  NUMBER 2**

You may also write to Unum at:

Deborah J. Jewett, Manager
Customer Relations
Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may also write the Texas Department of Insurance
P.O. Box 149104
Austin, TX  78714-9104
FAX # (512) 475-1771

**PREMIUMS OR CLAIM DISPUTES:**

Should you have a dispute concerning your premium or about a claim, you should contact the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance (TDI).

**ATTACH THIS NOTICE TO YOUR SUMMARY OF BENEFITS:**

This notice is for information only and does not become a part or condition of the attached document.

---

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Unum para informacion o para someter una queja al:

**1-800-321-3889**
**OPCION  NUMERO 2**

Usted tambien puede escribir a Unum:

Deborah J. Jewett
Gerente de Relaciones al
Cliente
Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX  78714-9104
FAX # (512) 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**

Si  tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el  la compania primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**STE AVISO A SU SUMARIO DE BENEFICIOS:**

Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

# TABLE OF CONTENTS

BENEFITS AT A GLANCE - LIFE INSURANCE PLAN................................................B@G-LIFE-1

BENEFITS AT A GLANCE - ACCIDENTAL DEATH AND DISMEMBERMENT
INSURANCE PLAN ..................................................................................................B@G-AD&D-1

CLAIM INFORMATION - LIFE INSURANCE...............................................................LIFE-CLM-1

CLAIM INFORMATION - ACCIDENTAL DEATH AND DISMEMBERMENT
INSURANCE ............................................................................................................AD&D-CLM-1

EMPLOYER PROVISIONS........................................................................................EMPLOYER-1

CERTIFICATE SECTION .........................................................................................CC.FP-1

GENERAL PROVISIONS ..........................................................................................EMPLOYEE-1

LIFE INSURANCE - BENEFIT INFORMATION..........................................................LIFE-BEN-1

OTHER BENEFIT FEATURES ..................................................................................LIFE-OTR-1

ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE - BENEFIT
INFORMATION .......................................................................................................AD&D-BEN-1

OTHER BENEFIT FEATURES ..................................................................................AD&D-OTR-1

GLOSSARY .............................................................................................................GLOSSARY-1

# BENEFITS AT A GLANCE

## LIFE INSURANCE PLAN

This life insurance plan provides financial protection for your beneficiary(ies) by paying a benefit in the event of your death.  The amount your beneficiary(ies) receive(s) is based on the amount of coverage in effect just prior to the date of your death according to the terms and provisions of the plan.  You also have the opportunity to have coverage for your dependents.

**ORIGINAL PLAN**
**EFFECTIVE DATE:**      January 1, 2001

**PLAN YEAR:**

>        January 1, 2001 to January 1, 2002 and each following January 1 to January 1

**IDENTIFICATION**
**NUMBER:**           552580  001  (Group Plans)

**ELIGIBLE CLASS(ES):**

>   Class 1
>     All active salaried employees of a church, agency or institution in the United States affiliated with the Southern Baptist Convention
>
>   Class 2
>     Retirees from a church, agency or institution in the United States affiliated with the Southern Baptist Convention if offered by the Employer from which they retire
>
>   Class 3
>     Surviving Dependents previously covered as dependents of a participating employee and Dependents of totally disabled employees
>
>   Class 4
>     Totally disabled employees age 70 and over as of January 1 of the applicable plan year, who became disabled on or after January 1, 1999, who elect to continue their life insurance, provided that their former Employer is still participating in the plan
>
>   Class 5
>     All active hourly employees of a church, agency or institution in the United States affiliated with the Southern Baptist Convention
>
>   Class 6
>     All U.S. Citizens who are classified as eligible Field Personnel and Missionaries by the International Mission Board working outside the United States and participate in the term life plan provided by the International Mission Board

For retirees and individuals who elect to continue their life insurance coverage, certain terms and conditions in this life insurance plan are affected as follows:
- references to "employee" will read "retiree" or "continuee" as it applies
- references to "active employment" will not apply
- references to "minimum hours requirement" will not apply
- references to "waiting period" will not apply

For totally disabled Class 4 employees, certain terms and conditions in this life insurance plan are affected as follows:
- references to "active employment" will not apply
- references to "minimum hours requirement" will not apply
- premium must be paid

**MINIMUM HOURS REQUIREMENT:**

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**
You must be working at least the number of hours specified by your Employer, but not less than 400 hours per year.

**All eligible employees of other participating Employers**
You must be working at least the number of hours specified by your Employer, but not less than 20 hours per week.

**WAITING PERIOD:**

As specified by your Employer

**REHIRE:**

As specified by your Employer

**WHO PAYS FOR THE COVERAGE:**

*Basic Benefit:*

Your Employer's life plan may be 100% contributory, 100% non-contributory or a combination as selected by your Employer.

*Additional Benefit:*

Your Employer's life plan may be 100% contributory, 100% non-contributory or a combination as selected by your Employer.

**For Your Dependents:**

Your Employer's life plan may be 100% contributory, 100% non-contributory or a combination as selected by your Employer.

**LIFE INSURANCE BENEFIT:**

**AMOUNT OF LIFE INSURANCE FOR YOU**

The amount or amounts of Basic and Additional life insurance for you will be determined by the request of your Employer and reflected as approved in accordance with the classes described below excluding Mississippi Baptist Convention Board, Saddleback Community Baptist Church, Tennessee Baptist Children's Home, Annuity Board of the Southern Baptist Convention, West Jackson Baptist Church, Union University, Missionary Assistance Program, Kentucky Baptist Foundation, WMU of Kentucky, FBC Montgomery, Kentucky Assemblies, LifeWay Christian Resources and International Mission Board:

**Full-time employees**

*Basic Benefit:*

(1) A flat amount in increments of $10,000, up to $50,000; or
(2) An amount based on a multiple of annual earnings from 1x to 8x.

*Additional Benefit:*

Depending on your Basic Benefit amount, your Employer may allow you to choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or

B@G-LIFE-2   (5/1/2004)

- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Part-time employees**

***Basic Benefit:***

Not available unless requested by your Employer and approved by the Annuity Board.

If requested:

(1) A flat amount in increments of $10,000, up to $50,000; or
(2) An amount based on a multiple of annual earnings from 1x to 8x.

***Additional Benefit:***

Not available unless requested by your Employer and approved by the Annuity Board.

If requested:

Depending on your Basic Benefit amount, your Employer may allow you to choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Mississippi Baptist Convention Board**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $500,000

**Saddleback Community Baptist Church**

**Class 1 - All full-time active employees of Saddleback Community Baptist Church classified as a member of the Pastors Management Team**

***Basic***

3x annual earnings to a maximum of $500,000

***Additional***

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Class 2 - All full-time active employees of Saddleback Community Baptist Church classified as Professional**

> *Basic*
>
>> 2x annual earnings to a maximum of $500,000
>
> *Additional*
>
>> You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.
>>
>> Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:
>>
>> - 8x annual earnings; or
>> - $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Class 3 - All full-time active employees of Saddleback Community Baptist Church classified as Associates**

> *Basic*
>
>> 1x annual earnings to a maximum of $500,000
>
> *Additional*
>
>> You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.
>>
>> Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:
>>
>> - 8x annual earnings; or
>> - $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Tennessee Baptist Children's Home**

> *Basic*
>
>> 3x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $500,000
>
> *Additional* (closed group as of December 1, 2000)
>
>> You may choose Additional life coverage in $10,000 benefit units up to a maximum of $50,000.
>
> Your Basic and Additional Benefits combined cannot exceed a maximum of $500,000.

**Annuity Board of the Southern Baptist Convention**

> **Class 1 - All employees of the Annuity Board of the Southern Baptist Convention classified as Officers and Employees with a grade level 15 and above who were covered by an Annuity Board sponsored universal life policy as of March 28, 1999**
>
> > *Basic*
> >
> >> $50,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Class 2 - All other full-time active employees of the Annuity Board of the Southern Baptist Convention**

*Basic*

4x annual earnings to a maximum of $500,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**West Jackson Baptist Church**

**Class 1 - All full-time active employees of West Jackson Baptist Church classified as Pastor**

*Basic*

$30,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Class 2 - All full-time active employees of West Jackson Baptist Church classified as Secretary**

> *Basic*
>
>> $10,000
>
> *Additional*
>
>> You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.
>>
>> Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:
>>
>> - 8x annual earnings; or
>> - $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Class 3 - All full-time active employees of West Jackson Baptist Church classified as Custodian and all full-time active employees of West Jackson Baptist Church Child Development Center**

> *Basic*
>
>> $5,000
>
> *Additional*
>
>> You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.
>>
>> Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:
>>
>> - 8x annual earnings; or
>> - $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**LifeWay Christian Resources**

**All regular full-time active employees and regular part-time active employees**

> *Basic:*
>
>> 2.5 x annual earnings to a maximum of $500,000
>>
>> All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.
>
> *Additional:*
>
>> Option A
>>
>> 1.5x annual earnings to a maximum of $120,000
>>
>> Your Basic and Additional Benefits combined cannot exceed a maximum of $620,000.

Option B

1.5x annual earnings

Your Basic and Additional Benefits combined cannot exceed a maximum of $750,000.

Option C

2.5x annual earnings

Your Basic and Additional Benefits combined cannot exceed a maximum of $750,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

MINIMUM BENEFIT OF LIFE INSURANCE FOR YOU:

$5,000

**International Mission Board**

**All U.S. Citizens who are classified as eligible Field Personnel and Missionaries by the International Mission Board working outside the United States**

Amounts in $25,000 benefit units as applied for by you and approved by Unum, rounded to the next higher multiple of $25,000, if not already an exact multiple thereof, to a maximum of $100,000

**Union University**

3x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $80,000

**Missionary Assistance Program**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**Kentucky Baptist Foundation**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**WMU of Kentucky**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**FBC Montgomery**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**Kentucky Assemblies**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

AMOUNT OF LIFE INSURANCE AVAILABLE IF YOU BECOME INSURED AT CERTAIN AGES OR
HAVE REACHED CERTAIN AGES WHILE INSURED

### Active employees of Mississippi Baptist Convention Board

On January 1st, following your 65th birthday, your total amount of life insurance will reduce to the
greater of:

- 65% of your amount of life insurance in force, rounded to the next higher multiple of $1,000, if not
  already an exact multiple thereof; or
- $50,000.

If your total amount of life insurance is less than $50,000, your amount will not reduce.

### All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources

On January 1st, following your 70th birthday, your amount of additional life insurance will reduce to
25% of the amount inforce prior to age 70.  Coverage will terminate at age 75.

### All other active employees of participating Employers

On January 1st, following your 65th birthday, your total amount of life insurance will reduce to the
greater of:

- 65% of your amount of life insurance in force, rounded to the next higher multiple of $1,000, if not
  already an exact multiple thereof; or
- $20,000.

If your total amount of life insurance is less than $20,000, your amount will not reduce.

AMOUNT OF LIFE INSURANCE AVAILABLE IF YOU RETIRE

### Mississippi Baptist Convention Board

If you retire, your life insurance will reduce to the lesser of:

- your amount in force at retirement; or
- $50,000.

### Baptist Standard

If you retire, and you have less than 10 years of service with your Employer, your life insurance
coverage will terminate on your retirement date.

If you retire and you have 10 or more years of service with your Employer, your amount of life
insurance coverage will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

### FBC Roanoke

If you retire, your life coverage will terminate on your retirement date.

**Southwestern Baptist Theological Seminary**

### Employees hired prior to January 1, 1985

If you retire, your amount of life insurance coverage will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000. Once you make this election, your amount may not be increased.

### Employees hired on or after January 1, 1985

If you retire, your amount of life insurance coverage will reduce on your retirement date to $5,000.

Any elections made for Spouse life and Child life insurance will terminate on your retirement date.

## LA Baptist Convention

If you retire, your amount of life insurance coverage will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

Any elections made for Spouse life and Child life insurance will terminate on your retirement date.

## Tennessee Baptist Children's Home

If you retire, your amount of life insurance will reduce on the January 1st following your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

## Annuity Board of the Southern Baptist Convention

If you retire, your amount of life insurance will reduce according to the following schedule:

| Years of Participation | | Life Insurance Amount |
|---|---|---|
| More Than: | Less Than: | |
| 0 | 1 | $ 1,000 |
| 1 | 2 | $ 2,000 |
| 2 | 3 | $ 4,000 |
| 3 | 4 | $ 6,000 |
| 4 | 5 | $ 8,000 |
| 5 | 6 | $10,000 |
| 6 | 7 | $12,000 |
| 7 | 8 | $14,000 |
| 8 | 9 | $16,000 |
| 9 | 10 | $18,000 |
| 10 | | $20,000 |

In no event will your amount of life insurance (Basic and Additional Benefits combined) exceed the lesser of:

- your amount in force at retirement; or
- $20,000.

If your amount of life insurance reduces to less than $20,000, you can elect Additional life insurance up to a maximum of $20,000 (this amount would include your reduced amount).

**LifeWay Christian Resources**

**_Basic:_**

The lesser of:

- 25% of your Basic life insurance inforce prior to your retirement; or
- $20,000

Your Basic life insurance benefit is subject to a minimum of $1,500.

**_Additional:_**

**Employees who retired prior to January 1, 1998**

Your amount of Additional Life Insurance is equal to the amount of your Additional Life Insurance inforce just prior to your retirement date, subject to a maximum of $120,000.

**Employees who retired on or after January 1, 1998, including employees who retire on or after July 1, 2003**

Your amount of Additional Life Insurance is equal to the amount of your Additional Life Insurance inforce just prior to your retirement date, subject to a maximum of $250,000.

If you have reached age 60, but not age 70, your amount of Additional life insurance will reduce to 50% of your amount of Additional life insurance inforce just prior to your retirement date.

If you have reached age 70, but not age 75, your amount of Additional life insurance will reduce to 25% of your amount of Additional life insurance inforce just prior to your retirement date.

Your Additional life insurance terminates at age 75.

**All other Employees of participating Employers that offer Retiree Life benefits as requested by your Employer and reflected as approved in the Annuity Board's records**

If you retire, your amount of life insurance will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR INSURANCE OVER:

**International Mission Board**

$25,000

**All other active employees of participating Employers**

- Basic Benefit amounts that exceed 4x annual earnings; or
- any Additional Benefit amounts.

**AMOUNT OF LIFE INSURANCE FOR YOUR DEPENDENTS**

The amount of dependent life insurance for your dependents will be determined by the request of your Employer and reflected as approved in the Annuity Board records in accordance with the benefits described below excluding Saddleback Community Baptist Church, Tennessee Baptist Children's Home, Annuity Board of the Southern Baptist Convention, LifeWay Christian Resources and International Mission Board:

**Spouse:**

***Basic Benefit*** (if requested by your Employer and approved by the Annuity Board):

Option A - $5,000

Option B - $10,000

Option C - $15,000

Option D - $20,000

Option E - $25,000

***Additional Benefit*** (if requested by your Employer and approved by the Annuity Board):

Amounts in $5,000 benefit units

EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR SPOUSE'S INSURANCE OVER:

Any amount applied for over your Dependent Spouse's Basic life insurance amount.

OVERALL MAXIMUM BENEFIT OF LIFE INSURANCE FOR YOUR SPOUSE (BASIC AND ADDITIONAL BENEFITS COMBINED):

$100,000

EXCEPT FOR CERTAIN BENEFIT SCHEDULES ESTABLISHED PRIOR TO JANUARY 1, 2001, AS REFLECTED IN THE RECORDS OF THE ANNUITY BOARD, THE FOLLOWING RULES APPLY:

THE AMOUNT OF LIFE INSURANCE FOR A DEPENDENT WILL NOT BE MORE THAN 50% OF YOUR AMOUNT OF LIFE INSURANCE. IN NO EVENT WILL YOUR DEPENDENT AMOUNT REDUCE TO LESS THAN $5,000.

**Child:**

If requested by your Employer and approved by the Annuity Board:

14 days to age 19 or to age 25 if a full-time student: $10,000

**Saddleback Community Baptist Church**

**Class 1 - All full-time active employees of Saddleback Community Baptist Church classified as a member of the Pastors Management Team**

**Spouse**

50% of your life insurance amount, to a maximum of $100,000

**Children**

14 days to age 19 or to age 25 if a full-time student: $10,000

**Class 2 - All full-time active employees of Saddleback Community Baptist Church classified as Professional**

**Spouse**

$5,000

**Children**

14 days to age 19 or to age 25 if a full-time student: $10,000

**Class 3 - All full-time active employees of Saddleback Community Baptist Church classified as Associates**

**Spouse**

$5,000

**Children**

14 days to age 19 or to age 25 if a full-time student: $10,000

**Tennessee Baptist Children's Home**

*Basic*

Spouse

$5,000

Children

14 days to age 19 or to age 25 if a full-time student: $10,000

*Additional* (Closed group as of January 1, 2001)

Spouse

$10,000

Children

14 days to age 19 or to age 25 if a full-time student: $5,000

**Annuity Board of the Southern Baptist Convention**

**Class 1 - All employees of the Annuity Board of the Southern Baptist Convention classified as Officers and Employees with a grade level 15 and above who were covered by an Annuity Board sponsored universal life policy as of March 28, 1999**

*Basic*

Spouse

$50,000

Children

14 days to age 19 or to age 25 if a full-time student: $10,000

*Additional*

Spouse only

Amounts in $5,000 benefit units, not to exceed a maximum of $50,000

Overall maximum (Basic and Additional Benefits combined) cannot exceed $100,000

**Class 2 - All other full-time active employees of the Annuity Board of the Southern Baptist Convention**

*Basic*

Spouse

50% of your life insurance amount, to a maximum of $50,000

Child

14 days to age 19 or to age 25 if a full-time student: $10,000

B@G-LIFE-13   (5/1/2004)

*Additional*

**Spouse only**

Amounts in $5,000 benefit units, not to exceed a maximum of $50,000

Overall maximum (Basic and Additional Benefits combined) cannot exceed $100,000

**LifeWay Christian Resources**

**All regular full-time active employees and regular part-time active employees**

*Option I*

**Spouse**

$5,000

**Children**

Birth to age 3 years : $2,000
3 years to age 24: $5,000

*Option II*

**Spouse**

$10,000

**Children**

Birth to age 3 years: $4,000
3 years to age 24: $10,000

*Option III* **(only available if you have elected Additional life insurance benefits)**

**Spouse**

An amount equal to 50% of your Additional life benefit, subject to a maximum of $100,000

**Children**

Birth to age 3 years: $4,000
3 years to age 24: $10,000

**All Retirees**

*Option IV*

**Spouse**

$1,000

**Children**

Birth to 14 days: none
14 days to 6 months: $200
6 months to 2 years: $400
2 years to 3 years:  $800
3 years to age 24: $1,000

**International Mission Board**

All U.S. Citizens who are classified as eligible Field Personnel and Missionaries by the International Mission Board working outside the United States

**Spouse**

Amounts in $25,000 benefit units as applied for by you and approved by Unum.

All amounts are rounded to the next higher multiple of $25,000, if not already an exact multiple thereof

AMOUNT OF LIFE INSURANCE AVAILABLE IF YOUR SPOUSE BECOMES INSURED AT CERTAIN AGES OR YOUR SPOUSE HAS REACHED CERTAIN AGES WHILE INSURED

On January 1st, following your 65th birthday, your spouse's total amount of life insurance will reduce to the greater of:

- 65% of your spouse's amount of life insurance in force, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof; or
- $20,000.

If your spouse's total amount of life insurance is less than $20,000, your spouse's amount will not reduce.

EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR SPOUSE'S INSURANCE OVER:

25,000

MAXIMUM BENEFIT OF LIFE INSURANCE FOR YOUR SPOUSE:

The lesser of:
- 100% of your amount of insurance; or
- $100,000.

**Child:**

14 days to age 19 or to age 25 if a full-time student: $10,000

**OTHER FEATURES:**

      Accelerated Benefit

      Conversion

      Portability

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

**NOTE: Additional levels of coverage established prior to January 1, 2001, are effective with respect to certain Employers as reflected in the records of the Annuity Board of the Southern Baptist Convention.**

# BENEFITS AT A GLANCE

### ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE PLAN

This accidental death and dismemberment insurance plan provides financial protection for your beneficiary(ies) by paying a benefit in the event of your death or for you in the event of any other covered loss. The amount you or your beneficiary(ies) receive(s) is based on the amount of coverage in effect just prior to the date of your death or any other covered loss according to the terms and provisions of the plan.

**EMPLOYER'S ORIGINAL PLAN**
**EFFECTIVE DATE:**    August 1, 2003

**IDENTIFICATION**
**NUMBER:**    552580  001

**ELIGIBLE GROUP(S):**

All full-time Annuity Board of the Southern Baptist Convention Management employees as designated by the Annuity Board in active employment in the United States with the Employer

**MINIMUM HOURS REQUIREMENT:**

Employees must be working at least 30 hours per week.

**WAITING PERIOD:**

As specified by your Employer

**REHIRE:**

As specified by your Employer

**WHO PAYS FOR THE COVERAGE:**

Your Employer pays the cost of your coverage.

**ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT:**

**AMOUNT OF ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) INSURANCE FOR YOU** (FULL AMOUNT)

4 x annual earnings

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

AMOUNT OF ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE AVAILABLE IF YOU BECOME INSURED AT CERTAIN AGES OR HAVE REACHED CERTAIN AGES WHILE INSURED

If you have reached age 70, but not age 74, your amount of life insurance will be:
- 65% of the amount of life insurance you had prior to age 70; or
- 65% of the amount of life insurance shown above if you become insured on or after age 70 but before age 74.

There will be no further increases in your amount of life insurance.

If you have reached age 75, but not age 79, your amount of life insurance will be:
- 45% of the amount of life insurance you had prior to your first reduction; or
- 45% of the amount of life insurance shown above if you become insured on or after age 75 but before age 79.

There will be no further increases in your amount of life insurance.

B@G-AD&D-1   (5/1/2004)

If you have reached age 80, but not age 84, your amount of life insurance will be:
- 30% of the amount of life insurance you had prior to your first reduction; or
- 30% of the amount of life insurance shown above if you become insured on or after age 80 but before age 84.

There will be no further increases in your amount of life insurance.

If you have reached age 85 or more, your amount of life insurance will be:
- 15% of the amount of life insurance you had prior to your first reduction; or
- 15% of the amount of life insurance shown above if you become insured on or after age 85.

There will be no further increases in your amount of life insurance.

MAXIMUM BENEFIT OF ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE FOR YOU:

$1,700,000

**REPATRIATION BENEFIT FOR YOU**

Maximum Benefit Amount:

Up to $5,000

The Repatriation Benefit is separate from any accidental death and dismemberment benefit which may be payable.  To receive the Repatriation Benefit, your accidental death benefit must be paid first.

**SEATBELT(S) AND AIR BAG BENEFIT FOR YOU**

Maximum Benefit Payment:

Seatbelt(s):  $10,000

Air bag:      $5,000

The Seatbelt(s) and Air Bag Benefit is separate from any accidental death and dismemberment benefit which may be payable.  To receive the Seatbelt(s) and Air Bag Benefit, your accidental death benefit must be paid first.

**EDUCATION BENEFIT**

Each Qualified Child

Benefit Amount per Academic Term for which a Qualified Child is enrolled:

The lesser of:

- 12.5% of the Full Amount of the employee's accidental death and dismemberment insurance; or

- $12,500

Maximum Benefit Payments:

8 per lifetime

Maximum Benefit Amount:

$100,000

Maximum Benefit Period:

6 years from the date the first benefit payment has been made.

The Education Benefit is separate from any accidental death and dismemberment benefit which may be payable.  In order for your Qualified Child to receive the Education Benefit, your accidental death benefit must be paid first.

B@G-AD&D-2   (5/1/2004)

**SOME LOSSES MAY NOT BE COVERED UNDER THIS PLAN.**

**OTHER FEATURES:**

Portability

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

# CLAIM INFORMATION

## LIFE INSURANCE

### WHEN DO YOU OR YOUR AUTHORIZED REPRESENTATIVE NOTIFY UNUM OF A CLAIM?

We encourage you or your authorized representative to notify us as soon as possible, so that a claim decision can be made in a timely manner.

If a claim is based on death, written notice and proof of claim must be sent no later than 90 days after the date of death.

If it is not possible to give proof within this time limit, it must be given no later than 1 year after the proof is required as specified above. These time limits will not apply during any period you or your authorized representative lacks the legal capacity to give us proof of claim.

The claim form is available from your Employer, or you or your authorized representative can request a claim form from us. If you or your authorized representative does not receive the form from Unum within 15 days of the request, send Unum written proof of claim without waiting for the form.

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Proof of claim, provided at your or your authorized representative's expense, must show the cause of death. Also a certified copy of the death certificate must be given to us.

In some cases, you will be required to give Unum authorization to obtain additional medical and non-medical information as part of your proof of claim. Unum will deny your claim if the appropriate information is not submitted.

### WHEN CAN UNUM REQUEST AN AUTOPSY?

In the case of death, Unum will have the right and opportunity to request an autopsy where not forbidden by law.

### HOW DO YOU DESIGNATE OR CHANGE A BENEFICIARY? (Beneficiary Designation)

At the time you become insured, you should name a beneficiary on your enrollment form for your death benefits under your life insurance. You may change your beneficiary at any time by filing a form approved by Unum with the Annuity Board of the Southern Baptist Convention through your Employer. The new beneficiary designation will be effective as of the date you sign that form. However, if we have taken any action or made any payment before your Employer receives that form, that change will not go into effect.

It is important that you name a beneficiary and keep your designation current. If more than one beneficiary is named and you do not designate their order or share of payments, the beneficiaries will share equally. The share of a beneficiary who dies before you, or the share of a beneficiary who is disqualified, will pass to any surviving beneficiaries in the order you designated.

LIFE-CLM-1   (5/1/2004)

If you do not name a beneficiary, or if all named beneficiaries do not survive you, or if your named beneficiary is disqualified, your death benefit will be paid to your estate.

Instead of making a death payment to your estate, Unum has the right to make payment to the first surviving family members of the family members in the order listed below:

- spouse;
- child or children;
- mother or father; or
- sisters or brothers.

If we are to make payments to a beneficiary who lacks the legal capacity to give us a release, Unum may pay up to $2,000 to the person or institution that appears to have assumed the custody and main support of the beneficiary. Also, at Unum 's option, we may pay up to $1,000 to the person or persons who, in our opinion, have incurred expenses for your last sickness and death. These payments made in good faith satisfy Unum 's legal duty to the extent of any such payments and reduces the remaining benefit payable by Unum.

If your spouse or your child dies while covered by dependent life insurance under this plan, benefits will be payable to you.

In addition, if you do not survive your spouse, and dependent life coverage is continued, then your surviving spouse should name a beneficiary according to the requirements specified above for you.

### HOW WILL UNUM MAKE PAYMENTS?

If your or your dependent's life claim is at least $10,000, Unum will make available to the beneficiary a **retained asset account** (the Unum Security Account).

Payment for the life claim may be accessed by writing a draft in a single sum or drafts in smaller sums. The funds for the draft or drafts are fully guaranteed by Unum.

If the life claim is less than $10,000, Unum will pay it in one lump sum to you or your beneficiary.

Also, you or your beneficiary may request the life claim to be paid according to one of Unum's other settlement options. This request must be in writing in order to be paid under Unum's other settlement options.

If you do not survive your spouse, and dependent life coverage is continued, then your surviving spouse's death claim will be paid to your surviving spouse's beneficiary.

All other benefits will be paid to you.

### *WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?*

Unum has the right to recover any overpayments due to:

- fraud; and
- any error Unum makes in processing a claim.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

### *WHAT ARE YOUR ASSIGNABILITY RIGHTS FOR THE DEATH BENEFITS UNDER YOUR LIFE INSURANCE?  (Assignability Rights)*

The rights provided to you by the plan for life insurance are owned by you, unless:

- you have previously assigned these rights to someone else (known as an "assignee"); or
- you assign your rights under the plan(s) to an assignee.

We will recognize an assignee as the owner of the rights assigned only if:

- the assignment is in writing, signed by you, and acceptable to us in form; and
- a signed or certified copy of the written assignment has been received and registered by us at our home office.

We will not be responsible for the legal, tax or other effects of any assignment, or for any action taken under the plan(s') provisions before receiving and registering an assignment.

# CLAIM INFORMATION

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

### *WHEN DO YOU OR YOUR AUTHORIZED REPRESENTATIVE NOTIFY UNUM OF A CLAIM?*

We encourage you or your authorized representative to notify us as soon as possible, so that a claim decision can be made in a timely manner.

If a claim is based on death or other covered loss, written notice and proof of claim must be sent no later than 90 days after the date of death or the date of any other covered loss.

If a claim is based on the Education Benefit, written notice and proof of claim must be sent no later than 60 days after the date of your death.

If it is not possible to give proof within these time limits, it must be given no later than 1 year after the time proof is required as specified above. These time limits will not apply during any period you or your authorized representative lacks the legal capacity to give us proof of claim.

The claim form is available from your Employer, or you or your authorized representative can request a claim form from us. If you or your authorized representative does not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

### *HOW DO YOU FILE A CLAIM FOR A COVERED LOSS?*

You or your authorized representative and your Employer must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.

### *WHAT INFORMATION IS NEEDED AS PROOF OF CLAIM?*

If claim is based on death or other covered loss, proof of claim for death or covered loss, provided at your or your authorized representative's expense, must show:

- the cause of death or covered loss;
- the extent of the covered loss;
- the date of covered loss; and
- the name and address of any **hospital or institution** where treatment was received, including all attending **physicians**.

Also, in case of death, a certified copy of the death certificate must be given to us.

In some cases, you will be required to give Unum authorization to obtain additional medical and non-medical information as part of your proof of claim. Unum will deny your claim if the appropriate information is not submitted.

If a claim is based on the Education Benefit, proof of claim, provided at your authorized representative's expense, must show:

AD&D-CLM-1    (5/1/2004)

- the date of enrollment of your qualified child in an accredited post-secondary institution of higher learning;
- the name of the institution;
- a list of courses for the current academic term; and
- the number of credit hours for the current academic term.

## WHEN CAN UNUM REQUEST AN AUTOPSY?

In the case of death, Unum will have the right and opportunity to request an autopsy where not forbidden by law.

## HOW DO YOU DESIGNATE OR CHANGE A BENEFICIARY? (Beneficiary Designation)

At the time you become insured, you should name a beneficiary on your enrollment form for your death benefits under your accidental death and dismemberment insurance. You may change your beneficiary at any time by filing a form approved by Unum with the Annuity Board of Southern Baptist Convention through your Employer. The new beneficiary designation will be effective as of the date you sign that form. However, if we have taken any action or made any payment before your Employer receives that form, that change will not go into effect.

It is important that you name a beneficiary and keep your designation current. If more than one beneficiary is named and you do not designate their order or share of payments, the beneficiaries will share equally. The share of a beneficiary who dies before you, or the share of a beneficiary who is disqualified, will pass to any surviving beneficiaries in the order you designated.

If you do not name a beneficiary, or if all named beneficiaries do not survive you, or if your named beneficiary is disqualified, your death benefit will be paid to your estate.

Instead of making a death payment to your estate, Unum has the right to make payment to the first surviving family members of the family members in the order listed below:

- spouse;
- child or children;
- mother or father; or
- sisters or brothers.

If we are to make payments to a beneficiary who lacks the legal capacity to give us a release, Unum may pay up to $2,000 to the person or institution that appears to have assumed the custody and main support of the beneficiary. Also, at Unum 's option, we may pay up to $1,000 to the person or persons who, in our opinion, have incurred expenses for your last sickness and death. These payments made in good faith satisfy Unum 's legal duty to the extent of any such payments and reduces the remaining benefit payable by Unum.

### HOW WILL UNUM MAKE PAYMENTS?

If your accidental death or dismemberment claim is at least $10,000 Unum will make available to you or your beneficiary a **retained asset account** (the Unum Security Account).

Payment for the accidental death or dismemberment claim may be accessed by writing a draft in a single sum or drafts in smaller sums.  The funds for the draft or drafts are fully guaranteed by Unum.

If the accidental death or dismemberment claim is less than $10,000, Unum will pay it in one lump sum to you or your beneficiary.

Also, your beneficiary may request the accidental death claim to be paid according to one of Unum's other settlement options.  This request must be in writing in order to be paid under Unum's other settlement options.

The Education Benefit will be paid to your qualified child or the qualified child's legal representative.

All other benefits will be paid to you.

### WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

- fraud; and
- any error Unum makes in processing a claim.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

### WHAT ARE YOUR ASSIGNABILITY RIGHTS FOR THE DEATH BENEFITS UNDER YOUR ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE BENEFITS? (Assignability Rights)

The rights provided to you by the plan(s) for accidental death insurance benefits are owned by you, unless:

- you have previously assigned these rights to someone else (known as an "assignee"); or
- you assign your rights under the plan(s) to an assignee.

We will recognize an assignee as the owner of the rights assigned only if:

- the assignment is in writing, signed by you, and acceptable to us in form; and
- a signed or certified copy of the written assignment has been received and registered by us at our home office.

We will not be responsible for the legal, tax or other effects of any assignment, or for any action taken under the plan(s') provisions before receiving and registering an assignment.

AD&D-CLM-3   (5/1/2004)

# EMPLOYER PROVISIONS

### WHAT DOES THIS SUMMARY OF BENEFITS CONSIST OF FOR THE EMPLOYER?

This Summary of Benefits consists of:

- all Summary of Benefits' provisions and any amendments and/or attachments issued;
- the Annuity Board of the Southern Baptist Convention's Participation Agreement;
- each employee's application for insurance (employee retains his own copy as reflected in the records of the Annuity Board); and
- the certificate of coverage issued for each employee of the Employer.

This Summary of Benefits may be changed in whole or in part.  Only an officer or a registrar of Unum can approve a change.  The approval must be in writing and endorsed on or attached to this Summary of Benefits.  No other person, including an agent, may change this Summary of Benefits or waive any part of it.

### WHAT IS THE COST OF THIS INSURANCE?

## LIFE INSURANCE

Premium payments are *required* for an insured while he or she is disabled under this plan.

The initial premium for each **plan** is based on the initial rate(s) shown in the Rate Information Amendment(s).

### INITIAL RATE GUARANTEE AND RATE CHANGES

Refer to the Rate Information Amendment(s).

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

The initial premium for each **plan** is based on the initial rate(s) shown in the Rate Information Amendment(s).

### INITIAL RATE GUARANTEE AND RATE CHANGES

Refer to the Rate Information Amendment(s).

### WHEN IS PREMIUM DUE FOR THIS SUMMARY OF BENEFITS?

Premium Due Dates:  Premium due dates are based on the Premium Due Dates shown in the Rate Information Amendment(s).

The **Annuity Board of the Southern Baptist Convention** must send all premiums to Unum on or before their respective due date.  The premium must be paid in United States dollars.

### *WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?*

Premium increases or decreases which take effect during an insurance month are adjusted and due on the next premium due date following the change. Changes will not be pro-rated daily.

If premiums are paid on other than a monthly basis, premiums for increases and decreases will result in a monthly pro-rated adjustment on the next premium due date.

Unum will only adjust premium for the current plan year and the prior plan year. In the case of fraud, premium adjustments will be made for all plan years.

### *WHAT INFORMATION DOES UNUM REQUIRE FROM THE ANNUITY BOARD OF THE SOUTHERN BAPTIST CONVENTION?*

The Annuity Board of the Southern Baptist Convention must provide Unum with the following on a regular basis:

- information about employees of each participating member Employer:
  • who are covered;
  • whose amounts of coverage change; and/or
  • whose coverage ends; and
- any other information that may be reasonably required.

Annuity Board of the Southern Baptist Convention records that, in Unum 's opinion, have a bearing on this Summary of Benefits will be available for review by Unum at any reasonable time.

Clerical error or omission by Unum or the Annuity Board will not:

- prevent an employee from receiving coverage;
- affect the amount of an insured's coverage; or
- cause an employee's coverage to begin or continue when the coverage would not otherwise be effective.

### *WHO CAN CANCEL OR MODIFY THIS SUMMARY OF BENEFITS OR A PLAN UNDER THIS SUMMARY OF BENEFITS?*

This Summary of Benefits or a plan under this Summary of Benefits can be cancelled:

- by Unum; or
- by the Annuity Board of the Southern Baptist Convention.

Unum may cancel or modify this Summary of Benefits or a plan if:

- there is less than 100% participation of those eligible employees for an Employer paid plan after 120 day notification by Unum; or
- there is less than 75% participation of those eligible employees who pay all or part of the premium for a plan after 120 day notification by Unum; or
- the Annuity Board of the Southern Baptist Convention does not promptly provide Unum with information that is reasonably required; or

- the Annuity Board of the Southern Baptist Convention fails to perform any of its obligations that relate to this Summary of Benefits; or
- the premium is not paid in accordance with the provisions of this Summary of Benefits that specify whether the Annuity Board of the Southern Baptist Convention, the employee, or both, pay the premiums; or
- the Annuity Board of the Southern Baptist Convention fails to pay any premium within the 90 day **grace period**.

If Unum cancels or modifies this Summary of Benefits or a plan, for reasons other than the Annuity Board of the Southern Baptist Convention's failure to pay premium, a written notice will be delivered to the Annuity Board of the Southern Baptist Convention at least 120 days prior to the cancellation date or modification date. The Annuity Board of the Southern Baptist Convention may cancel this Summary of Benefits or plan if the modifications are unacceptable. Unless otherwise agreed by the parties, Unum may cancel this Summary of Benefits or a plan effective only on December 31 of a plan year.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify this Summary of Benefits or a plan automatically at the end of the grace period. The Annuity Board of the Southern Baptist Convention is liable for premium for coverage during the grace period. The Annuity Board of the Southern Baptist Convention must pay Unum all premium due for the full period each Summary of Benefits is in force.

The Annuity Board of the Southern Baptist Convention may cancel this Summary of Benefits or a plan by written notice delivered to Unum at least 120 days prior to the cancellation date. When both the Annuity Board of the Southern Baptist Convention and Unum agree, this Summary of Benefits can be cancelled on an earlier date. If Unum or the Annuity Board of the Southern Baptist Convention cancels this Summary of Benefits or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this Summary of Benefits or a plan is cancelled, the cancellation will not affect a **payable claim** incurred during the term of this Summary of Benefits.

### *PARTICIPATING EMPLOYERS:*

*FOR LIFE INSURANCE:*

Refer to contract file correspondence for a listing of participating Employers.

*FOR ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE:*

Refer to contract file correspondence for a listing of participating Employers.

## CERTIFICATE SECTION

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the Summary of Benefits (issued to the Annuity Board of the Southern Baptist Convention), the Summary of Benefits will govern. The Summary of Benefits may be changed in whole or in part. Only an officer or registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to the Summary of Benefits. Any other person, including an agent, may not change the Summary of Benefits or waive any part of it.

The Summary of Benefits is delivered in and is governed by the laws of the governing jurisdiction.

For purposes of effective dates and ending dates under the group Summary of Benefits, all days begin at 12:01 a.m. and end at 12:00 midnight at the Annuity Board of the Southern Baptist Convention's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

CC.FP-1   (5/1/2004)

# GENERAL PROVISIONS

### *WHAT IS THE CERTIFICATE OF COVERAGE?*

This certificate of coverage is a written statement prepared by Unum and may include attachments. It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### *WHEN ARE YOU ELIGIBLE FOR COVERAGE?*

If you are working for your Employer in an eligible class, the date you are eligible for coverage is the later of:

- the Employer's plan effective date; or
- the day after you complete your **waiting period**, if any.

### *WHEN DOES YOUR COVERAGE BEGIN?*

When your Employer pays 100% of the cost of your coverage under a plan, you will be covered at 12:01 a.m. on the later of:

- the date you are eligible for coverage; or
- the date Unum approves your evidence of insurability form, if **evidence of insurability** is required.

When you and your Employer share the cost of your coverage under a plan or when you pay 100% of the cost yourself, you will be covered at 12:01 a.m. on the latest of:

- the date you are eligible for coverage, if you apply for insurance on or before that date;
- the date you apply for insurance, if you apply within 31 days after your eligibility date; or
- the date Unum approves your evidence of insurability form, if evidence of insurability is required.

Evidence of insurability is required if you:

- apply for any amount of life insurance over the amount shown in the LIFE INSURANCE "**BENEFITS AT A GLANCE**" page; or
- are a late applicant, which means you apply for coverage more than 31 days after the date you are eligible for coverage; or
- voluntarily cancelled your coverage and are reapplying.

An evidence of insurability form can be obtained from your Employer.

### *WHEN CAN YOU APPLY FOR LIFE INSURANCE COVERAGE IF YOU APPLY MORE THAN 31 DAYS AFTER YOUR ELIGIBILITY DATE? (Late Entrants)*

You can apply for life insurance coverage at anytime during the plan year. Evidence of insurability is required for any amount of insurance.

Coverage will begin at 12:01 a.m. on the date Unum approves your evidence of insurability form.

### *WHEN CAN YOU CHANGE YOUR ADDITIONAL COVERAGE? (This does not apply to Late Entrants)*

**All U.S. Citizens who are classified as eligible Field Personnel and Missionaries by the International Mission Board working outside the United States**
You can change your coverage by applying for additional benefit units at anytime during the plan year.

You can increase your coverage any number of benefit units up to the maximum benefit available under the plan.

Evidence of insurability is required for any amount of life insurance applied for during the plan year. If you are not approved for the increase, you will automatically remain at the same amount you had prior to applying for the increase.

A change in coverage that is made during a plan year will begin at 12:01 a.m. on the date Unum approves your evidence of insurability form.

In addition, you can decrease your coverage any number of benefit units during the plan year. Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

**All other active employees of participating Employers**
You can change your coverage by applying for different additional benefits at anytime during the plan year.

Evidence of insurability is required if you increase your coverage by any level.

If you are not approved for the increase in your coverage, you will automatically remain at the same amount you had prior to applying for the increase.

A change in coverage that is made at anytime during the plan year will begin at 12:01 a.m. on the date Unum approves your evidence of insurability form.

An evidence of insurability form can be obtained from your Employer.

### *WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?*

If you are absent from work due to **injury**, **sickness** or temporary leave of absence, your coverage will begin on the date you return to **active employment.**

### *ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE NOT WORKING DUE TO INJURY OR SICKNESS?*

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources
(Basic Benefit Only)**
If you are not working due to injury or sickness, are not totally disabled, and if premium is paid, you may continue to be covered up to your retirement date.

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources (Additional Benefits Only);
All eligible employees of other participating Employers, Management employees**
If you are not working due to injury or sickness, are not totally disabled, and if premium is paid, you may continue to be covered for up to nine (9) months.

### *ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU BECOME "TOTALLY DISABLED"?*

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources
(Additional Benefits Only)**
If you become **totally disabled** prior to age 60, and have been unable to work for nine (9) months, you may qualify for continuation of coverage provided by the Annuity Board of the Southern Baptist Convention. Life insurance coverage would be continued during the period of total disability without cost to you. This coverage, provided by the Annuity Board of the Southern Baptist Convention, for which contributions are not required, would end on the January 1 following the date you reach age 70.

**All eligible employees of other participating Employers, Management employees**
If you become **totally disabled** prior to age 60, and have been unable to work for nine (9) months, you may qualify for continuation of coverage provided by the Annuity Board of the Southern Baptist Convention. Life insurance coverage would be continued during the period of total disability without cost to you. This coverage, provided by the Annuity Board of the Southern Baptist Convention, for which contributions are not required, would end on the January 1 following the date you reach age 70, unless you resume making monthly payments or you became disabled prior to January 1, 1999. Please contact the Annuity Board of the Southern Baptist Convention for more information about coverage during total disability.

### *ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?*

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**
If you are on a temporary **layoff**, and if premium is paid, you will be covered for up to 6 months following the date your temporary layoff begins.

If you are on a personal **leave of absence**, and if premium is paid, you will be covered for up to 3 months following the date your personal leave of absence begins.

If you are on any other **leave of absence**, and if premium is paid, you will be covered for up to 12 months following the date your leave of absence begins.

**All eligible employees of other participating Employers, Management employees**
If you are on a **leave of absence**, and if premium is paid, you will be covered through the end of the twelfth month that immediately follows the month in which your leave of absence begins.

### HOW LONG WILL COVERAGE CONTINUE IF YOU ARE SEEKING NEW EMPLOYMENT?

**All eligible employees of participating Employers excluding all regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**
**If you leave the Southern Baptist Service and you are actively seeking Southern Baptist Employment, and if premium is paid, you will be covered for up to twelve (12) months.**

### WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**
Once your coverage begins, any increased or additional coverage due to a plan change will take effect on the date the change occurs or on the date Unum approves your evidence of insurability form, if evidence of insurability is required.

Once your coverage begins, any increased or additional coverage due to a change in your annual earnings will take effect when premium has been paid to the Annuity Board on the increased amounts or on the date Unum approves your evidence of insurability form, if evidence of insurability is required.

If you are not in active employment, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

**All eligible employees of other participating Employers, Management employees**
Once your coverage begins, any increased or additional coverage due to a plan change will take effect on the date the change occurs or on the date Unum approves your evidence of insurability form, if evidence of insurability is required.

Once your coverage begins, any increased or additional coverage due to a change in your annual earnings will take effect on the date the Annuity Board receives notice of your annual earnings change or on the date Unum approves your evidence of insurability form, if evidence of insurability is required.

If you are not in active employment, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

### IS EVIDENCE OF INSURABILITY REQUIRED IF YOU RECEIVE AN INCREASE IN YOUR ANNUAL EARNINGS?

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**

**Basic Benefit**
Evidence of insurability is not required for any increase in your basic life insurance amount due to an increase in your annual earnings.

**Additional Benefit**
If you previously were declined coverage, evidence of insurability is required for any increases until Unum approves your evidence of insurability form.

If you are not in active employment, this change in coverage due to a change in your annual earnings will begin on the date you return to active employment.

**Management employees, All eligible employees of other participating Employers excluding All U.S. Citizens who are classified as eligible Field Personnel and Missionaries by the International Mission Board working outside the United States**

**Basic Benefit**
Evidence of insurability is not required for any increase in your basic life insurance amount due to an increase in your annual earnings.

**Additional Benefit (if available)**
If you previously were declined coverage, evidence of insurability is required for any increases until Unum approves your evidence of insurability form.  Evidence of insurability is also required for any increased amount of life insurance in excess of the lesser of 15% or $50,000 or if you have not submitted evidence of insurability within the last two years.

If you are not in active employment, this change in coverage due to a change in your annual earnings will begin on the date you return to active employment.

### WHEN DOES YOUR COVERAGE END?

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**
Your coverage under the Summary of Benefits or a plan ends on the earliest of:

- the date the Summary of Benefits issued to the Annuity Board of the Southern Baptist Convention is cancelled;
- the date a plan under the Summary of Benefits issued to the Annuity Board of the Southern Baptist Convention is cancelled;
- the date your Employer no longer is a participating Employer of the Annuity Board of the Southern Baptist Convention;
- the date you no longer are in an eligible class;
- the date your eligible class is no longer covered;
- the last day of the period for which you or your Employer made any required contributions; or

- the last day you are in active employment unless continued due to a layoff or leave of absence or due to an injury or sickness or due to retirement, as described in this certificate of coverage.

Unum will provide coverage for a payable claim which occurs while you are covered under the Summary of Benefits or plan

**All eligible employees of other participating Employers, Management employees**
Your coverage under the Summary of Benefits or a plan ends on the earliest of:

- the date the Summary of Benefits or a plan is cancelled;
- the date your Employer no longer is a participating Employer of the Annuity Board of the Southern Baptist Convention;
- the date you no longer are in an eligible class;
- the date your eligible class is no longer covered;
- the last day of the period for which you or your Employer made any required contributions; or
- the last day you are in active employment unless continued due to a leave of absence or due to an injury or sickness or due to retirement or seeking new employment, as described in this certificate of coverage.

Unum will provide coverage for a payable claim which occurs while you are covered under the Summary of Benefits or plan.

### WHEN ARE YOU ELIGIBLE TO ELECT DEPENDENT COVERAGE?

Dependent coverage is not available unless requested by your Employer and approved by the Annuity Board.

If you elect coverage for yourself or are insured under the plan, you are eligible to elect dependent coverage for your spouse only, your dependent children only or both (to the extent available).

### WHEN ARE YOUR DEPENDENTS ELIGIBLE FOR COVERAGE?

The date your dependents are eligible for coverage is the later of:

- the date your insurance begins; or
- the date you first acquire a dependent.

### WHAT DEPENDENTS ARE ELIGIBLE FOR COVERAGE?

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**
The following dependents are eligible for coverage under the plan:

- Your lawful spouse, including a legally separated spouse.  You may not cover your spouse as a dependent if your spouse is enrolled for coverage as an employee.

- Your unmarried children from live birth but less than age 24.  Stillborn children are not eligible for coverage.

EMPLOYEE-6   (5/1/2004)

- Your unmarried dependent children age 24 or over are eligible, provided they are unable to earn a living because of a physical or mental disability and you are the main source of support and maintenance.

Unum must receive proof within 31 days of the later of:

- the date the child attains age 24; or
- the date the child becomes physically or mentally disabled while still meeting the dependent eligibility requirements,

and as required during the first two years.  After the first two years, Unum will ask for proof when needed, but not more than once a year.

Children include your own natural offspring, lawfully adopted children and stepchildren.  They also include foster children and other children who are dependent on you for main support and living with you in a regular parent-child relationship.  A child will be considered adopted on the date of placement in your home.

No dependent child may be covered by more than one employee in the plan through the same Employer.

No dependent child can be covered as both an employee and a dependent through the same Employer.

### All retirees of LifeWay Christian Resources

The following dependents are eligible for coverage under the plan:

- Your lawful spouse, including a legally separated spouse.  You may not cover your spouse as a dependent if your spouse is enrolled for coverage as an employee.

- Your unmarried children from 14 days but less than age 24.

- Your unmarried dependent children age 24 or over are eligible, provided they are unable to earn a living because of a physical or mental disability and you are the main source of support and maintenance.

Unum must receive proof within 31 days of the later of:

- the date the child attains age 24; or
- the date the child becomes physically or mentally disabled while still meeting the dependent eligibility requirements,

and as required during the first two years.  After the first two years, Unum will ask for proof when needed, but not more than once a year.

Children include your own natural offspring, lawfully adopted children and stepchildren.  They also include foster children and other children who are dependent on you for main support and living with you in a regular parent-child relationship.  A child will be considered adopted on the date of placement in your home.

No dependent child may be covered by more than one employee in the plan through the same Employer.

No dependent child can be covered as both an employee and a dependent through the same Employer.

**All eligible employees of other participating Employers**
The following dependents are eligible for coverage under the plan:

- Your lawful spouse, including a legally separated spouse.  You may not cover your spouse as a dependent if your spouse is enrolled for coverage as an employee.

- Your unmarried children from 14 days but less than age 19.

- Your unmarried dependent children age 19 or over but under age 25 also are eligible if they are full-time students at an **accredited school**.

- Your unmarried dependent children age 19 or over are eligible, provided they are unable to earn a living because of a physical or mental disability and you are the main source of support and maintenance.

Unum must receive proof within 31 days of the later of:

- the date the child attains age 19; or
- the date the child becomes physically or mentally disabled while still meeting the dependent eligibility requirements,

and as required during the first two years.  After the first two years, Unum will ask for proof when needed, but not more than once a year.

Children include your own natural offspring, lawfully adopted children and stepchildren.  They also include foster children and other children who are dependent on you for main support and living with you in a regular parent-child relationship.  A child will be considered adopted on the date of placement in your home.

No dependent child may be covered by more than one employee in the plan through the same Employer.

No dependent child can be covered as both an employee and a dependent through the same Employer.

## WHEN DOES YOUR DEPENDENT COVERAGE BEGIN?

When your Employer pays 100% of the cost of your dependent coverage under a plan, your dependent will be covered at 12:01 a.m. on the later of:

- the date they are eligible for coverage; or
- the date Unum approves your dependent's evidence of insurability form, if **evidence of insurability** is required.

When you and your Employer share the cost of your dependent coverage under a plan or when you pay 100% of the cost yourself, your dependents will be covered at 12:01 a.m. on the latest of:

- the date your dependents are eligible for coverage, if you apply for insurance on or before that date;
- the date you apply for dependent insurance, if you apply within 31 days after your dependents' eligibility date; or
- the date Unum approves your dependent's evidence of insurability form, if evidence of insurability is required.

Evidence of insurability is required if:

- you apply for any amount of dependent life insurance over the amount shown in the LIFE INSURANCE "**BENEFITS AT A GLANCE**" page; or
- your dependents are late applicants, which means you apply for dependent coverage more than 31 days after the date your dependents are eligible for coverage; or
- you voluntarily cancelled your dependent coverage and are reapplying; or
- you declined your dependent coverage and now are applying.

Evidence of insurability is also required if you are applying for any amount of dependent life insurance over the amount of life insurance shown in the LIFE INSURANCE **"BENEFITS AT A GLANCE"** page.

An evidence of insurability form for your dependents can be obtained from your Employer.

### WHEN CAN YOU APPLY FOR DEPENDENT COVERAGE IF YOU APPLY MORE THAN 31 DAYS AFTER YOUR ELIGIBILITY DATE? (Late Entrants)

You can apply for dependent coverage at anytime during the plan year. Evidence of insurability is required for any amount of dependent life insurance.

Coverage for your dependent's will begin at 12:01 a.m. on the date Unum  approves your dependent's evidence of insurability form.

### WHEN CAN YOU CHANGE YOUR DEPENDENT COVERAGE?

You can change your dependent coverage at anytime during the plan year. Evidence of insurability is required if you increase your dependent coverage by any level.

If your dependent is not approved for the increase, your dependent will automatically remain at the same amount they had prior to applying for the increase.

A change in coverage that is made at anytime during the plan year will begin at 12:01 a.m. on thedate Unum approves your dependent's evidence of insurability form.

An evidence of insurability form for your dependents can be obtained from your Employer.

### *WHAT IF YOUR SPOUSE IS TOTALLY DISABLED ON THE DATE YOUR SPOUSE'S COVERAGE WOULD NORMALLY BEGIN?*

If your eligible spouse is **totally disabled**, your spouse's coverage will begin on the date your eligible spouse no longer is totally disabled.

### *WHEN WILL CHANGES TO YOUR DEPENDENT'S COVERAGE TAKE EFFECT?*

Once your dependent's coverage begins, any increased or additional dependent coverage due to a plan change will take effect on the date the plan change occurs or on the date Unum approves your dependent's evidence of insurability form, if evidence of insurability is required, provided your dependent is not totally disabled. You must be in active employment or on a leave of absence.

If you are not in active employment , any increased or additional dependent coverage due to a plan change will begin on the date you return to active employment.

If your dependent is totally disabled, any increased or additional dependent coverage will begin on the date your dependent is no longer totally disabled.

Any decrease in coverage will take effect immediately but will not affect a payable claim that occurs prior to the decrease.

### *WHEN DOES YOUR DEPENDENT'S COVERAGE END?*

**All regular full-time active employees, all regular part-time active employees and all retirees of LifeWay Christian Resources**
Your dependent's coverage under the Summary of Benefits or a plan ends on the earliest of:

- the date the Summary of Benefits issued to the Annuity Board of the Southern Baptist Convention is cancelled;
- the date a plan under the Summary of Benefits issued to the Annuity Board of the Southern Baptist Convention is cancelled;
- the date your Employer no longer is a participating Employer of the Annuity Board of the Southern Baptist Convention's Group Plans;
- the date you no longer are in an eligible class;
- the date your eligible class is no longer covered;
- the date of your death, unless your surviving dependents elect to continue coverage as described below;
- the last day of the period for which you or your Employer made any required contributions; or
- the last day you are in active employment unless continued due to a layoff or leave of absence or due to an injury or sickness or due to retirement, as described in this certificate of coverage.

Coverage for any one dependent will end on the earliest of:

- the date your coverage under a plan ends;
- the date your dependent ceases to be an eligible dependent;
- for a spouse, the date of divorce or annulment.

Unum will provide coverage for a payable claim which occurs while your dependents are covered under the Summary of Benefits or plan.

**All eligible employees of other participating Employers**
Your dependent's coverage under the Summary of Benefits or a plan ends on the earliest of:

- the date the Summary of Benefits or a plan is cancelled;
- the date your Employer no longer is a participating Employer of the Annuity Board of the Southern Baptist Convention's Group Plans;
- the date you no longer are in an eligible class;
- the date your eligible class is no longer covered;
- the date of your death, unless your surviving dependents elect to continue coverage as described below;
- the last day of the period for which you or your Employer made any required contributions; or
- the last day you are in active employment unless continued due to a leave of absence or due to an injury or sickness or due to retirement or seeking new employment, as described in this certificate of coverage.

Coverage for any one dependent will end on the earliest of:

- the date your coverage under a plan ends;
- the date your dependent ceases to be an eligible dependent;
- for a spouse, the date of divorce or annulment.

Unum will provide coverage for a payable claim which occurs while your dependents are covered under the Summary of Benefits or plan.

### WILL COVERAGE CONTINUE FOR A CHILD WHOSE COVERAGE WOULD HAVE OTHERWISE ENDED DUE TO AGE LIMITS WHO BECAME DISABLED WHILE COVERED UNDER THE PLAN?

**All regular full-time active employees, all regular part-time active employees and all retirees of LifeWay Christian Resources**
Coverage will be continued for a child whose coverage would have otherwise ended due to age limits who became physically or mentally disabled while covered under the plan provided:

- the child is unmarried;
- the disability was acquired before the child's coverage would have ended;
- the child is incapable of self-support and remains so incapable;
- you are the main source of support and maintenance.

Unum must receive proof within 31 days of the date the child attains age 24 and as required during the first two years. After the first two years, Unum will ask for proof when needed, but not more than once a year.

**All eligible employees of other participating Employers**
Coverage will be continued for a child whose coverage would have otherwise ended due to age limits who became physically or mentally disabled while covered under the plan provided:

- the child is unmarried;

- the disability was acquired before the child's coverage would have ended;
- the child is incapable of self-support and remains so incapable;
- you are the main source of support and maintenance.

Unum must receive proof within 31 days of the date the child attains age 19 and as required during the first two years. After the first two years, Unum will ask for proof when needed, but not more than once a year.

### IF I DIE, CAN MY DEPENDENTS CONTINUE THEIR COVERAGE?

If you die and your dependents were covered for dependent life insurance, your surviving dependents can continue their life insurance coverage according to the terms and provisions of this Summary of Benefits.

### WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You or your authorized representative can start legal action regarding a claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

### HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?

Unum considers any material statements you, your Employer or the Annuity Board of the Southern Baptist Convention make in signed application for coverage or an evidence of insurability form a representation and not a warranty.  If any of the material statements you, your Employer or the Annuity Board of the Southern Baptist Convention make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

As a basis for doing this, we will use only statements made in an application signed by the Employer or the Annuity Board of the Southern Baptist Convention, or an application or evidence of insurability form signed by you, a copy of which has been given to you or your beneficiary, if any.

Except in the case of fraud, Unum can take action only in the first 2 years coverage is in force.

If the Employer or the Annuity Board of the Southern Baptist Convention gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

### HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you, your Employer and the Annuity Board of the Southern Baptist Convention do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

### DOES THE SUMMARY OF BENEFITS REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The Summary of Benefits does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

### DOES THE ANNUITY BOARD OF THE SOUTHERN BAPTIST CONVENTION ACT AS UNUM'S AGENT?

For purposes of this Summary of Benefits, under no circumstances will the Annuity Board of the Southern Baptist Convention be deemed the agent of Unum .

### DOES YOUR EMPLOYER ACT AS UNUM'S AGENT?

For the purposes of the Summary of Benefits, under no circumstances will your Employer be deemed the agent of Unum.

# LIFE INSURANCE

## BENEFIT INFORMATION

### *WHEN WILL YOUR BENEFICIARY RECEIVE PAYMENT?*

Your beneficiary(ies) will receive payment when Unum approves your death claim.

### *WHAT DOCUMENTS ARE REQUIRED FOR PROOF OF DEATH?*

Unum will require a certified copy of the death certificate, enrollment documents and a Notice and Proof of Claim form.

### *HOW MUCH WILL UNUM PAY YOUR BENEFICIARY IF UNUM APPROVES YOUR DEATH CLAIM?*

Unum will determine the payment according to the amount of insurance shown in the LIFE INSURANCE **"BENEFITS AT A GLANCE"** page.

### *HOW MUCH WILL UNUM PAY YOU IF UNUM APPROVES YOUR DEPENDENT'S DEATH CLAIM?*

Unum will determine the payment according to the amount of insurance shown in the LIFE INSURANCE **"BENEFITS AT A GLANCE"** page.

### *WHAT ARE YOUR ANNUAL EARNINGS?*

**All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources**
"Annual Earnings" means your annual income from Lifeway Christian Resources of the Southern Baptist Convention last reported to the Annuity Board of the Southern Baptist Convention prior to the date of loss.  It may include your total income just before taxes and before any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 403(b) annuity, Section 125 plan, flexible spending account or housing allowance.  Annual Earnings does not include commissions, bonuses, overtime pay or any other extra income.

**All eligible employees of other participating Employers**
"Annual Earnings" means your gross annual income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to the date of loss.  It may include your total income just before taxes and before any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 403(b) annuity, Section 125 plan, flexible spending account, or qualified transportation plan.  It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

LIFE-BEN-1   (5/1/2004)

### WHAT WILL WE USE FOR ANNUAL EARNINGS IF YOU BECOME DISABLED DURING A LAYOFF OR LEAVE OF ABSENCE?

If you become disabled while you are on a layoff or leave of absence, we will use your annual earnings from your Employer, as last reported to the Annuity Board of the Southern Baptist Convention, in effect just prior to the date your absence began.

### WHAT INSURANCE IS AVAILABLE WHEN COVERAGE ENDS? (Conversion Privilege)

When coverage ends under the plan, you and your dependents can convert your coverages to individual life policies, without evidence of insurability. The maximum amounts that you can convert are the amounts you and your dependents are insured for under the plan. You may convert a lower amount of life insurance.

You and your dependents must apply for individual life insurance under this life conversion privilege and pay the first premium within 31 days after the date:

- your employment terminates; or
- you or your dependents no longer are eligible to participate in the coverage of the plan.

Converted insurance may be of any type of the level premium whole life plans then in use by Unum. The person may elect one year of Preliminary Term insurance under the level premium whole life policy. The individual policy will not contain disability or other extra benefits.

### WHAT LIMITED CONVERSION IS AVAILABLE IF THE SUMMARY OF BENEFITS OR THE PLAN IS CANCELLED? (Conversion Privilege)

You and your dependents may convert a limited amount of life insurance if you have been insured under your Employer's group plan with Unum for at least five (5) years and the Summary of Benefits or the plan:

- is cancelled with Unum; or
- changes so that you no longer are eligible.

The individual life policy maximum for each of you will be the lesser of:

- $10,000; or
- your or your dependent's coverage amounts under the plan less any amounts that become available under any other group life plan offered by your Employer within 31 days after the date the Summary of Benefits or the plan is cancelled.

### PREMIUMS

Premiums for the converted insurance will be based on:

- the person's then attained age on the effective date of the individual life policy;
- the type and amount of insurance to be converted;
- Unum's customary rates in use at that time; and
- the class of risk to which the person belongs.

LIFE-BEN-2   (5/1/2004)

If the premium payment has been made, the individual life policy will be effective at the end of the 31 day conversion application period.

### DEATH DURING THE THIRTY-ONE DAY CONVERSION APPLICATION PERIOD

If you or your dependents die within the 31 day conversion application period, Unum will pay the beneficiary(ies) the amount of insurance that could have been converted.  This coverage is available whether or not you have applied for an individual life policy under the conversion privilege.

### APPLYING FOR CONVERSION

Ask your Employer for a conversion application form which includes cost information.

When you complete the application, send it with the first premium amount to:

Unum – Portability/Conversion Unit
2211 Congress Street
Portland, Maine 04122-1350
1-800-343-5406

### WILL UNUM ACCELERATE YOUR OR YOUR DEPENDENT'S DEATH BENEFIT FOR THE PLAN IF YOU OR YOUR DEPENDENT BECOMES TERMINALLY ILL? (Accelerated Benefit)

If you or your dependent becomes terminally ill while you or your dependent is insured by the plan, Unum will pay you a portion of your or your dependent's life insurance benefit one time.  The payment will be based on 50% of your or your dependent's life insurance amount.  However, the one-time benefit paid will not be greater than $250,000.

Your or your dependent's right to exercise this option and to receive payment is subject to the following:

- you or your dependent requests this election, in writing, on a form acceptable to Unum;
- you or your dependent must be terminally ill at the time of payment of the Accelerated Benefit;
- your or your dependent's physician must certify, in writing, that you or your dependent is terminally ill and your or your dependent's life expectancy has been reduced to less than 12 months; and
- the physician's certification must be satisfactory to Unum.

The Accelerated Benefit is available on a voluntary basis.  Therefore, you or your dependent is not eligible for benefits if:

- you or your dependent is required by law to use this benefit to meet the claims of creditors, whether in bankruptcy or otherwise; or
- you or your dependent is required by a government agency to use this benefit in order to apply for, get, or otherwise keep a government benefit or entitlement.

Premium payments must continue to be paid on the full amount of life insurance.

LIFE-BEN-3   (5/1/2004)

Also, premium payments must continue to be paid on the full amount of your dependent's life insurance.

If you have assigned your rights under the plan to an assignee or made an irrevocable beneficiary designation, Unum must receive consent, in writing, that the assignee or irrevocable beneficiary has agreed to the Accelerated Benefit payment on your behalf in a form acceptable to Unum before benefits are payable.

An election to receive an Accelerated Benefit will have the following effect on other benefits:

- the death benefit payable will be reduced by any amount of Accelerated Benefit that has been paid; and
- any amount of life insurance that may be available under the conversion privilege will be reduced by the amount of the Accelerated Benefit paid. The remaining life insurance amount will be paid according to the terms of the Summary of Benefits subject to any reduction and termination provisions.

Benefits paid may be taxable. Unum is not responsible for any tax or other effects of any benefit paid. As with all tax matters, you or your dependent should consult your personal tax advisor to assess the impact of this benefit.

# LIFE INSURANCE

## OTHER BENEFIT FEATURES

### WHAT COVERAGE IS AVAILABLE IF YOU END EMPLOYMENT OR YOU WORK REDUCED HOURS? (Portability)

If your employment ends with or you retire from your Employer or you are working less than the minimum number of hours as described under Eligible Classes in this plan, you may elect portable coverage for yourself and your dependents.

### PORTABLE INSURANCE COVERAGE AND AMOUNTS AVAILABLE

The portable insurance coverage will be the current coverage and amounts that you and your dependents are insured for under your Employer's group plan.

However, the amount of portable coverage for you will not be more than:

- the highest amount of life insurance available for employees under this plan; or
- 5x your annual earnings; or
- $750,000 from all Unum group life and accidental death and dismemberment plans combined,

whichever is less.

The amount of ported life insurance must be equal to or greater than the amount of ported accidental death and dismemberment insurance.

The amount of portable coverage for your spouse will not be more than:

- the highest amount of life insurance available for spouses under this plan; or
- 100% of your amount of portable coverage; or
- $750,000 from all Unum group life and accidental death and dismemberment plans combined,

whichever is less.

The amount of ported life insurance must be equal to or greater than the amount of ported accidental death and dismemberment insurance.

The amount of portable coverage for a child will not be more than:

- the highest amount of life insurance available for children under this plan; or
- 100% of your amount of portable coverage; or
- $20,000,

whichever is less.

The amount of ported life insurance must be equal to or greater than the amount of ported accidental death and dismemberment insurance.

The minimum amount of coverage that can be ported is $5,000 for you and $1,000 for each of your dependents. If the current amounts under the plan are less than

LIFE-OTR-1   (5/1/2004)

$5,000 for you and $1,000 for your dependents you and your dependents may port the lesser amounts.

Your or your dependent's amount of life insurance will reduce or cease at any time it would reduce or cease for your eligible class if you had continued in active employment with your Employer, based on the plan terms at the time you port coverage.

### APPLYING FOR PORTABLE COVERAGE

You must apply for portable coverage for yourself and your dependents and pay the first premium within 31 days after the date:

- your coverage ends or you retire from your Employer; or
- you begin working less than the minimum number of hours as described under Eligible Classes in this plan.

You are not eligible to apply for portable coverage for yourself if:

- you have an **injury** or **sickness**, under the terms of this plan, which has a material effect on life expectancy;
- the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates); or
- you failed to pay the required premium under the terms of this plan.

You are not eligible to apply for portable coverage for a dependent if:

- you do not elect portable coverage for yourself;
- you have an injury or sickness, under the terms of this plan, which has a material effect on life expectancy ;
- your dependent has an injury or sickness, under the terms of this plan, which has a material effect on life expectancy;
- the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates); or
- you failed to pay the required premium under the terms of this plan.

If we determine that because of an injury or sickness, which has a material effect on life expectancy, you or your dependents were not eligible for portability at the time you or your dependents elected portable coverage, the benefit will be adjusted to the amount of whole life coverage the premium would have purchased under the Conversion Privilege.

### APPLYING FOR INCREASES OR DECREASES IN PORTABLE COVERAGE

You or your dependents may increase or decrease the amount of life insurance coverage.  The minimum and maximum benefit amounts are shown above. However, the amount of life insurance coverage cannot be decreased below $5,000 for you and $1,000 for your dependents.  All increases are subject to evidence of insurability.  Portable coverage will reduce at the ages and amounts shown in the LIFE INSURANCE **"BENEFITS AT A GLANCE"** page.

### ADDING PORTABLE COVERAGE FOR DEPENDENTS

If you choose not to enroll your dependents when your dependents were first eligible for portable coverage, you may enroll your dependents at any time for the amounts allowed under the group plan.  Evidence of insurability is required.

You may enroll newly acquired dependents at any time for the amounts allowed under the group plan.  Evidence of insurability is required.

### WHEN PORTABLE COVERAGE ENDS

Portable coverage for you will end for the following reasons:

- the date you fail to pay any required premium; or
- the date the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates).

Portable coverage for a spouse will end for the following reasons:

- the date you fail to pay any required premium;
- the date your surviving spouse fails to pay any required premium; or
- the date the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates).

Portable coverage for a child will end for the following reasons:

- the date you fail to pay any required premium;
- the date your surviving spouse fails to pay any required premium;
- the date the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates);
- the date your child no longer qualifies as a dependent; or
- the date the surviving spouse dies.

If portable coverage ends due to failure to pay required premium, portable coverage cannot be reinstated.

### PREMIUM RATE CHANGES FOR PORTABLE COVERAGE

Unum may change premium rates for portable coverage at any time for reasons which affect the risk assumed, including those reasons shown below:

- changes occur in the coverage levels;
- changes occur in the overall use of benefits by all insureds;
- changes occur in other risk factors; or
- a new law or a change in any existing law is enacted which applies to portable coverage.

The change in premium rates will be made on a class basis according to Unum's underwriting risk studies.  Unum will notify the insured in writing at least 31 days before a premium rate is changed.

### *APPLYING FOR CONVERSION, IF PORTABLE COVERAGE ENDS OR IS NOT AVAILABLE*

If you or your dependent is not eligible to apply for portable coverage or portable coverage ends, then you or your dependent may qualify for conversion coverage. Refer to Conversion Privilege under this plan.

Ask the Annuity Board for a conversion application form which includes cost information.

When you complete the application, send it with the first premium amount to:

Unum – Portability/Conversion Unit
2211 Congress Street
Portland, Maine  04122-1350
1-800-343-5406

# ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

## BENEFIT INFORMATION

### WHEN WILL YOUR BENEFICIARY RECEIVE PAYMENT IN THE EVENT OF YOUR DEATH IF YOUR DEATH IS THE DIRECT RESULT OF AN ACCIDENT?

Your beneficiary(ies) will receive payment when Unum approves your death claim providing you meet certain conditions.

### WHAT DOCUMENTS ARE REQUIRED FOR PROOF OF ACCIDENTAL DEATH?

Unum will require a certified copy of the death certificate, enrollment documents and Notice of Proof of Claim form.

### WHEN WILL YOU RECEIVE PAYMENT IN THE EVENT OF CERTAIN OTHER COVERED LOSSES IF THE LOSS IS THE DIRECT RESULT OF AN ACCIDENT?

You will receive payment when Unum approves the claim.

### HOW MUCH WILL UNUM PAY YOUR BENEFICIARY IN THE EVENT OF YOUR ACCIDENTAL DEATH OR YOU FOR CERTAIN OTHER COVERED LOSSES?

If Unum approves the claim, Unum will determine the payment according to the Covered Losses and Benefits List below.  The benefit Unum will pay is listed opposite the corresponding covered loss.

The benefit will be paid only if:

- death occurs within 365 days from the date of the accident; or
- the **accidental bodily injury**(ies) results in one or more of the covered losses listed below within 365 days from the date of the accident.

Also, the accident must occur while you are insured under the plan.

| Covered Losses | Benefit Amounts |
|---|---|
| Life | The Full Amount |
| Both Hands or Both Feet or Sight of Both Eyes | The Full Amount |
| One Hand and One Foot | The Full Amount |
| One Hand and Sight of One Eye | The Full Amount |
| One Foot and Sight of One Eye | The Full Amount |
| One Hand or One Foot | One Half The Full Amount |

AD&D-BEN-1   (5/1/2004)

Sight of One Eye                    One Half The Full Amount

The most Unum will pay for any combination of Covered Losses from any one accident is the full amount.

The Full Amount is the amount shown in the ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE **"BENEFITS AT A GLANCE"** page.

### *WHAT ARE YOUR ANNUAL EARNINGS?*

"Annual Earnings" means your gross annual income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to the date of loss. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 403(b) annuity, Section 125 plan, flexible spending account, or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

### *WHAT WILL WE USE FOR ANNUAL EARNINGS IF YOU BECOME DISABLED DURING A COVERED LAYOFF OR LEAVE OF ABSENCE?*

If you have an accidental bodily injury that results in one or more of the covered losses while you are on a covered layoff or leave of absence, we will use your annual earnings from your Employer in effect just prior to the date your absence began.

### *WHAT REPATRIATION BENEFIT WILL UNUM PROVIDE?*

Unum will pay an additional benefit for the preparation and transportation of your body to a mortuary chosen by you or your authorized representative. Payment will be made if, as the result of a covered accident, you suffer loss of life at least 75 miles away from your principal place of residence.

However, when combined with two or more Unum accidental death and dismemberment insurance plans, the combined overall maximum for these plans together cannot exceed the actual expenses for the preparation and transportation of your body to a mortuary.

The maximum benefit amount is shown in the ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE **"BENEFITS AT A GLANCE"** page.

### *WHAT SEATBELT(S) AND AIR BAG BENEFIT WILL UNUM PROVIDE?*

Unum will pay you or your authorized representative an additional benefit if you sustain an accidental bodily injury which causes your death while you are driving or riding in a **Private Passenger Car**, provided:

For Seatbelt(s):

- the Private Passenger Car is equipped with seatbelt(s); and
- the seatbelt(s) were in actual use and properly fastened at the time of the covered accident; and

AD&D-BEN-2   (5/1/2004)

- the position of the seatbelt(s) are certified in the official report of the covered accident, or by the investigating officer. A copy of the police accident report must be submitted with the claim.

Also, if such certification is not available, and it is clear that you were properly wearing seatbelt(s), then we will pay the additional seatbelt benefit.

However, if such certification is not available, and it is unclear whether you were properly wearing seatbelt(s), then we will pay a fixed benefit of $1,000.

For Air Bag:

- the Private Passenger Car is equipped with a single air bag and you are the driver; or
- the Private Passenger Car is equipped with an air bag for both the driver and an air bag for the front passenger seat and you are the driver or front seat passenger; or
- the Private Passenger Car is equipped with an air bag for the driver seat, air bag for the front passenger seat and air bags for the rear passenger seats and you are the driver, front seat passenger or rear seat passenger; and
- the seatbelt(s) must be in actual use and properly fastened at the time of the covered accident.

No benefit will be paid if you are the driver of the Private Passenger Car and do not hold a current and valid driver's license.

The accident causing your death must occur while you are insured under the plan.

The maximum benefit amount is shown in the ACCIDENTAL DEATH AND DISMEMBERMENT **"BENEFITS AT A GLANCE"** page.

### WHAT EDUCATION BENEFIT WILL UNUM PROVIDE FOR YOUR QUALIFIED CHILDREN?

Unum will pay your authorized representative on behalf of each of your qualified children a lump sum payment if:

- you lose your life:
  - as a result of an accidental bodily injury; and
  - within 365 days after the date of the accident causing the accidental bodily injury;
- the accident causing your accidental bodily injury occurred while you were insured under the plan;
- proof is furnished to Unum that the child is a qualified child; and
- the qualified child continues to be enrolled as a full-time student in an accredited post-secondary institution of higher learning beyond the 12th grade level.

The benefit amount per academic term, maximum benefit payments, maximum benefit amount and maximum benefit period are shown in the ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE **"BENEFITS AT A GLANCE"** page.

### WHEN WILL THE EDUCATION BENEFIT END FOR EACH QUALIFIED CHILD?

The education benefit will terminate for each qualified child on the earliest of the following dates:

AD&D-BEN-3   (5/1/2004)

- the date your qualified child fails to furnish proof as required by us;
- the date your qualified child no longer qualifies as a dependent child for any reason except your death; or
- the end of the maximum benefit period.

## WHAT ACCIDENTAL LOSSES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any accidental losses caused by, contributed to by, or resulting from:

- suicide, self destruction while sane, intentionally self-inflicted injury while sane, or self-inflicted injury while sane, or self-inflicted injury while insane.
- active participation in a riot.
- an attempt to commit or commission of a crime.
- the voluntary use of any prescription or non-prescription drug, poison, fume, or other chemical substance unless used according to the prescription or direction of your physician.  This exclusion will not apply to you if the chemical substance is ethanol.
- disease of the body or diagnostic, medical or surgical treatment or mental disorder as set forth in the latest edition of the Diagnostic and Statistical Manual of Mental Disorders.
- operating any motorized vehicle while **intoxicated**.
- war, declared or undeclared, or any act of war.

# ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

## OTHER BENEFIT FEATURES

### *WHAT COVERAGE IS AVAILABLE IF YOU END EMPLOYMENT OR YOU WORK REDUCED HOURS? (Portability)*

If your employment ends with or you retire from your Employer or you are working less than the minimum number of hours as described under Eligible Classes in this plan, you may elect portable coverage for yourself.

### *PORTABLE INSURANCE COVERAGE AND AMOUNTS AVAILABLE*

The portable insurance coverage will be the current coverage and amounts that you are insured for under your Employer's group plan.

However, the amount of portable coverage for you will not be more than:

- the highest amount of accidental death and dismemberment insurance available for employees under this plan; or
- 5x your annual earnings; or
- $750,000 from all Unum group life and accidental death and dismemberment plans combined,

whichever is less.

The amount of ported life insurance must be equal to or greater than the amount of ported accidental death and dismemberment insurance.

The minimum amount of coverage that can be ported is $5,000.  If the current amounts under the plan are less than $5,000, you may port the lesser amounts.

Your amount of AD&D insurance will reduce or cease at any time it would reduce or cease for your eligible class if you had continued in active employment with your Employer, based on the plan terms at the time you port coverage.

### *APPLYING FOR PORTABLE COVERAGE*

You must apply for portable coverage for yourself and pay the first premium within 31 days after the date:

- your coverage ends or you retire from your Employer; or
- you begin working less than the minimum number of hours as described under Eligible Classes in this plan.

You are not eligible to apply for portable coverage for yourself if:

- the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates); or
- you failed to pay the required premium under the terms of this plan.

## APPLYING FOR INCREASES OR DECREASES IN PORTABLE COVERAGE

You may increase or decrease the amount of AD&D insurance coverage. The minimum and maximum benefit amounts are shown above. However, the amount of accidental death and dismemberment insurance coverage cannot be decreased below $5,000. Portable coverage will reduce at the ages and amounts shown in the ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE **"BENEFITS AT A GLANCE"** page.

## WHEN PORTABLE COVERAGE ENDS

Portable coverage for you will end for the following reasons:

- the date you fail to pay any required premium; or
- the date the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates).

If portable coverage ends due to failure to pay required premium, portable coverage cannot be reinstated.

## PREMIUM RATE CHANGES FOR PORTABLE COVERAGE

Unum may change premium rates for portable coverage at any time for reasons which affect the risk assumed, including those reasons shown below:

- changes occur in the coverage levels;
- changes occur in the overall use of benefits by all insureds;
- changes occur in other risk factors; or
- a new law or a change in any existing law is enacted which applies to portable coverage.

The change in premium rates will be made on a class basis according to Unum's underwriting risk studies. Unum will notify the insured in writing at least 31 days before a premium rate is changed.

# GLOSSARY

**ACCIDENTAL BODILY INJURY** means bodily harm caused solely by external, violent and accidental means and not contributed to by any other cause.

**ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**ACCREDITED SCHOOL** (All eligible employees of participating Employers excluding all regular full-time active employees, all regular part-time active employees and all retirees of LifeWay Christian Resources) means an accredited post-secondary institution of higher learning for full-time students beyond the 12th grade level.

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Class(es) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation is considered active employment.
Temporary and seasonal workers are excluded from coverage.

**ACTIVITIES OF DAILY LIVING** means:

- Bathing - the ability to wash oneself either in the tub or shower or by sponge bath with or without equipment or adaptive devices.
- Dressing - the ability to put on and take off all garments and medically necessary braces or artificial limbs usually worn.
- Toileting - the ability to get to and from and on and off the toilet; to maintain a reasonable level of personal hygiene, and to care for clothing.
- Transferring - the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices.
- Continence - the ability to either:
  - voluntarily control bowel and bladder function; or
  - if incontinent, be able to maintain a reasonable level of personal hygiene.
- Eating - the ability to get nourishment into the body.

A person is considered unable to perform an activity of daily living if the task cannot be performed safely without another person's stand-by assistance or verbal cueing.

**ANNUAL EARNINGS** (All regular full-time active employees and regular part-time active employees of LifeWay Christian Resources) means your annual income from LifeWay Christian Resources of the Southern Baptist Convention last reported to the Annuity Board of the Southern Baptist Convention prior to the date of loss. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 403(b) annuity, Section

125 plan, flexible spending account or housing allowance.  Annual Earnings does not include commissions, bonuses, overtime pay or any other extra income.

**ANNUAL EARNINGS** (All eligible employees of other participating Employers, Management employees) means your gross annual income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to the date of loss.  It may include your total income just before taxes and before any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 403(b) annuity, Section 125 plan, flexible spending account, or qualified transportation plan.  It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

**ANNUITY BOARD OF THE SOUTHERN BAPTIST CONVENTION** means the Applicant named in the Application for Participation in the Select Group Insurance Trust, on the first page of this Summary of Benefits and in all amendments.

**COGNITIVELY IMPAIRED** means a person has a deterioration or loss in intellectual capacity resulting from injury, sickness, advanced age, Alzheimer's disease or similar forms of irreversible dementia and needs another person's assistance or verbal cueing for his or her own protection or for the protection of others.

**EMPLOYEE** means a person who regularly provides personal services at the Employee's usual and customary place of employment with the Employer or at any other place that the Employer's business requires the Employee to go.  The person must be duly recorded as an Employee on the payroll records of the Employer and is compensated for such services by salary or wages.

**EMPLOYER** or "Southern Baptist Employer" means a church, agency or institution affiliated with the Southern Baptist Convention.

**EVIDENCE OF INSURABILITY** (also referred to as Evidence of Good Health) means a statement of your or your dependent's medical history which Unum will use to determine if you or your dependent is approved for coverage. Evidence of insurability will be at Unum's expense.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROUP PLANS** means the portion of the term life plan of the Annuity Board of the Southern Baptist Convention which is available to Southern Baptist Employers.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause.

**INSURED** means any person covered under a plan.

**INTOXICATED** means that your blood alcohol level equals or exceeds the legal limit for operating a motor vehicle in the state where the accident occurred.

**LAYOFF** or **LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a temporary layoff or leave of absence.

**LIFE INSURANCE BENEFIT** means the total benefit amount for which an individual is insured under this plan subject to the maximum benefit.

**LIFE THREATENING CONDITION** is a critical health condition that possibly could result in your or your dependent's loss of life.

**LOSS OF A FOOT** means that all of the foot is cut off at or above the ankle joint.

**LOSS OF A HAND** means that all four fingers are cut off at or above the knuckles joining each to the hand.

**LOSS OF SIGHT** means the eye is totally blind and that no sight can be restored in that eye.

**PARTICIPANT** means a person who meets the eligibility requirements of an eligible class listed in this Summary of Benefits and is participating in the group life insurance plan of the Annuity Board of the Southern Baptist Convention.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the Summary of Benefits.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the Summary of Benefits.

**PRIVATE PASSENGER CAR** means a validly registered four-wheel private passenger car (including Employer-owned cars), station wagons, jeeps, pick-up trucks, and vans that are used only as private passenger cars.

**QUALIFIED CHILD** is any of your unmarried dependent children under age 25 who, on the date of your death as a result of an accidental bodily injury, was either:

- enrolled as a full-time student in an accredited post-secondary institution of higher learning beyond the 12th grade level; or

- at the 12th grade level and enrolls as a full-time student in an accredited post-secondary institution of higher learning beyond the 12th grade level within 365 days following the date of your death.

Children include your own natural offspring, lawfully adopted children and stepchildren. They also include foster children and other children who are dependent on you for main support and living with you in a regular parent-child relationship. A child will be considered adopted on the date of placement in your home.

**RETAINED ASSET ACCOUNT** is an interest bearing account established through an intermediary bank in the name of you or your beneficiary, as owner.

**SICKNESS**  means:

- **for purposes of Portability**, an illness, disease or symptoms for which a person, in the exercise of ordinary prudence, would have consulted a health care provider.
- **for all other purposes**, an illness or disease.

**SOUTHERN BAPTIST EMPLOYMENT** means employment with a Southern Baptist Employer (see definition of "Employer").

**TOTALLY DISABLED** for your dependent, means that, as a result of an injury, a sickness or a disorder, your dependent:

- is confined in a hospital or similar institution;
- is unable to perform two or more activities of daily living (ADLs) because of a physical or mental incapacity resulting from an injury or a sickness;
- is cognitively impaired; or
- has a life threatening condition.

**TOTALLY DISABLED** (All regular full-time active employees, all regular part-time active employees and all retirees of LifeWay Christian Resources), for you, means that, you are prevented from performing the usual tasks of any occupation for which you are reasonably suited by training and education in such a way as to procure and retain employment.

When you become totally disabled, you may be eligible for retiree benefits offered under this plan. Please refer to your Human Resource Department for further information.

**TOTALLY DISABLED** (All eligible employees of other participating Employers, Management employees), for you, means that, you are prevented from performing the usual tasks of any occupation for which you are reasonably suited by training and education in such a way as to procure and retain employment.

**TRUST** means the policyholder trust named on the first page of the Summary of Benefits and all amendments to the policy.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible class before you are eligible for coverage under a plan.

**WE,  US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means an employee or a **participant** who is eligible for Unum coverage.

GLOSSARY-4   (5/1/2004)

# UnumProvident's Commitment to Privacy

UnumProvident understands your privacy is important. We value our relationship with you and are committed to protecting the confidentiality of nonpublic personal information (NPI). This notice explains why we collect NPI, what we do with NPI and how we protect your privacy.

## Collecting Information

We collect NPI about our customers to provide them with insurance products and services. This may include telephone number, address, date of birth, occupation, income and health history. We may receive NPI from your applications and forms, medical providers, other insurers, employers, insurance support organizations, and service providers.

## Sharing Information

We share the types of NPI described above primarily with people who perform insurance, business, and professional services for us, such as helping us pay claims and detect fraud. We may share NPI with medical providers for insurance and treatment purposes. We may share NPI with an insurance support organization. The organization may retain the NPI and disclose it to others for whom it performs services. In certain cases, we may share NPI with group policyholders for reporting and auditing purposes. We may share NPI with parties to a proposed or final sale of insurance business or for study purposes. We may also share NPI when otherwise required or permitted by law, such as sharing with governmental or other legal authorities. *When legally necessary, we ask your permission before sharing NPI about you.* Our practices apply to our former, current and future customers.

*Please be assured we do not share your health NPI to market any product or service.* We also do not share any NPI to market non-financial products and services. For example, we do not sell your name to catalog companies.

The law allows us to share NPI as described above (except health information) with affiliates to market financial products and services. The law does not allow you to restrict these disclosures. We may also share with companies that help us market our insurance products and services, such as vendors that provide mailing services to us. We may share with other financial institutions to jointly market financial products and services. *When required by law, we ask your permission before we share NPI for marketing purposes.*

When other companies help us conduct business, we expect them to follow applicable privacy laws. We do not authorize them to use or share NPI except when necessary to conduct the work they are performing for us or to meet regulatory or other governmental requirements.

UnumProvident companies, including insurers and insurance service providers, may share NPI about you with each other.  The NPI might not be directly related to our transaction or experience with you.  It may include financial or other personal information such as employment history.  Consistent with the Fair Credit Reporting Act, we ask your permission before sharing NPI that is not directly related to our transaction or experience with you.

GLB-1   (5/1/2004)

## Safeguarding Information

We have physical, electronic and procedural safeguards that protect the confidentiality and security of NPI. We give access only to employees who need to know the NPI to provide insurance products or services to you.

## Access to Information

You may request access to certain NPI we collect to provide you with insurance products and services. You must make your request in writing and send it to the address below. The letter should include your full name, address, telephone number and policy number if we have issued a policy. If you request, we will send copies of the NPI to you. If the NPI includes health information, we may provide the health information to you through a health care provider you designate. We will also send you information related to disclosures. We may charge a reasonable fee to cover our copying costs.

This section applies to NPI we collect to provide you with coverage. It does not apply to NPI we collect in anticipation of a claim or civil or criminal proceeding.

## Correction of Information

If you believe NPI we have about you is incorrect, please write to us. Your letter should include your full name, address, telephone number and policy number if we have issued a policy. Your letter should also explain why you believe the NPI is inaccurate. If we agree with you, we will correct the NPI and notify you of the correction. We will also notify any person who may have received the incorrect NPI from us in the past two years if you ask us to contact that person.

If we disagree with you, we will tell you we are not going to make the correction. We will give you the reason(s) for our refusal. We will also tell you that you may submit a statement to us. Your statement should include the NPI you believe is correct. It should also include the reason(s) why you disagree with our decision not to correct the NPI in our files. We will file your statement with the disputed NPI. We will include your statement any time we disclose the disputed NPI. We will also give the statement to any person designated by you if we may have disclosed the disputed NPI to that person in the past two years.

## Coverage Decisions

If we decide not to issue coverage to you, we will provide you with the specific reason(s) for our decision. We will also tell you how to access and correct certain NPI.

## Contacting Us

For additional information about UnumProvident's commitment to privacy, please visit www.unumprovident.com/privacy or www.coloniallife.com or write to: Privacy Officer, UnumProvident Corporation, 2211 Congress Street, M347, Portland, Maine 04122. We reserve the right to modify this notice. We will provide you with a new notice if we make material changes to our privacy practices.

*UnumProvident Corporation is providing this notice to you on behalf of the following insuring companies: Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Provident Life and Casualty Insurance Company, Colonial Life & Accident*

*Insurance Company, The Paul Revere Life Insurance Company and The Paul Revere Variable Annuity Insurance Company.*

UnumProvident is the marketing brand of, and refers specifically to, UnumProvident Corporation's insuring subsidiaries. © 2003 UnumProvident Corporation.  The name and logo combination is a service mark of UnumProvident Corporation. All rights reserved.

GLB-3   (5/1/2004)