IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 22  P 12: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | CV-2005- 1217 - M |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA; GENEX SERVICES, INC., et al., | § | |
| | § | Formerly CV-2005-2929 in the Circuit Court of Montgomery County, Alabama |
| Defendants. | § | |
| | § | |

## DISCLOSURE STATEMENT

To enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendants Unum Life Insurance Company of America, UnumProvident Corporation, and Genex Services, Inc. certifies that the following parties or parents, subsidiaries, and/or affiliates thereof have issued shares to the public: UnumProvident Corporation.

_____
Henry T. Morrissette   hmorrissette@handarendall.com
Douglas W. Fink        dfink@handarendall.com
Attorneys for Defendants
Unum Life Insurance Company of America
UnumProvident Corporation,
and Genex Services, Inc.

- 1 -

- 2 -

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

### CERTIFICATE OF SERVICE

I hereby certify that I have on this day, December 21, 2005, served a copy of the foregoing pleading on the following listed counsel of record by mailing the same by United States mail, property addressed and first class postage prepaid.

_____

COUNSEL OF RECORD:

Thomas O. Sinclair, Esquire
Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

419448_1