IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA; GENEX SERVICES, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**JOINT MOTION FOR DISMISSAL OF CLAIMS
AGAINST DEFENDANT GENEX SERVICES, INC.**

Plaintiff and Defendants in the above-styled cause move this Honorable Court for entry of an order dismissing the claims filed by Plaintiff against Defendant Genex Services, Inc., without prejudice, each party to bear her or its own costs.

Respectfully submitted this 20th day of January, 2006.

_____
THOMAS O. SINCLAIR
Attorney for Plaintiff Betty Bullard

CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Phone: (205) 803-0051

- 1 -

/s/ Douglas W. Fink
_____
HENRY T. MORRISSETTE    (MORRH7622)
DOUGLAS W. FINK         (FINKD3798)
Attorneys for Defendant Genex Services, Inc.

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511

428192_1