IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA; GENEX SERVICES, | § | |
| INC., et al., | | |
| | § | |
| Defendants. | | |
| | § | |

## AGREED MOTION TO STRIKE ERISA DEFENSES

Plaintiff and Defendants in the above-styled cause move this Honorable Court for entry of an Order striking, without prejudice, those defenses in Defendants' Answer asserting that Plaintiff's claims arise out of a welfare benefit plan that is governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*

Respectfully submitted this 20th day of January, 2006.

THOMAS O. SINCLAIR
Attorney for Plaintiff Betty Bullard

CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Phone: (205) 803-0051

- 1 -

_____
HENRY T. MORRISSETTE   (MORRH7622)
DOUGLAS W. FINK   (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America,
UnumProvident Corporation, and
Genex Services, Inc.

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

428219_1

- 2 -