IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1217-MEF |
| ) | |
| UNUMPROVIDENT CORPORATION, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Joint Motion for Dismissal of Claims Against Defendant Genex Services, Inc. (Doc. #6) filed on January 20, 2006, it is hereby

ORDERED that the motion is GRANTED. Plaintiff's claims against defendant Genex Services, Inc. are DISMISSED without prejudice, each party to bear its own costs.

DONE this 24th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE