IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1217-MEF |
| ) | |
| UNUMPROVIDENT CORPORATION, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Strike Answer to Complaint (Doc. #7) filed on January 20, 2006, it is hereby

ORDERED that the motion is GRANTED

DONE this the 24th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE