IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |

### NOTICE OF SERVICE OF DISCOVERY PLEADING

Come now Unum Life Insurance Company of America, UnumProvident Corporation defendants in the above-styled cause, an d hereby give notice to the District Clerk, pursuant to the Federal Rules of Civil Procedure and the rules of this Court, that they have on the 20th day of February, 2006, served a **First Amended Notice of Deposition Duces Tecum** upon all counsel of record in the above referenced matter via U.S. Mail, properly addressed and first class postage prepaid.

_____
HENRY T. MORRISSETTE      (MORRH7622)
DOUGLAS W. FINK           (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America,
UnumProvident Corporation

- 1 -

- 2 -

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 21, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Douglas W. Fink*
Douglas W. Fink    (FINKD3798)
Attorney for Defendants
    HAND ARENDALL, LLC
    Post Office Box 123
    Mobile, Alabama 36601
    Phone:   (251) 432-5511
    Fax:     (251) 694-6375
    E-mail: dfink@handarendall.com

443601_1