IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT
UNUM LIFE INSURANCE COMPANY OF AMERICA'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to the provisions of Rule 56 of the *Federal Rules of Civil Procedure*, defendant Unum Life Insurance Company of America ("Unum Life") moves this Honorable Court to enter summary judgment in its favor, dismissing with prejudice all claims set forth against it in the Plaintiff's Complaint, as last amended, on grounds that there is no genuine issue as to any material fact and Unum Life is entitled to summary judgment as a matter of law.

In support of this motion, Unum Life is filing a supporting brief contemporaneously herewith. Additionally, Unum Life is filing contemporaneously herewith a Notice of Filing Evidentiary Submissions. The specifics of Unum Life's

assertions that there is no genuine issue as to any material fact and that Unum Life is entitled to summary judgment as a matter of law are fully set out in Unum Life's brief, which is incorporated herein.

For these reasons, Unum Life Insurance Company of America respectfully requests summary judgment in its favor with respect to all claims, including the claims of breach of contract, bad faith, fraud, suppression, misrepresentation and conspiracy set forth against it in Counts One through Six of the Plaintiff's Complaint, as last amended. For the reasons set forth in its brief, Unum Life is also entitled to summary judgment in its favor with respect to any claims by Plaintiff for future benefits.

                        Respectfully submitted,

                        *s/Douglas W. Fink*
                        HENRY T. MORRISSETTE   (MORRH7622)
                        DOUGLAS W. FINK          (FINKD3798)
                        Attorneys for Defendants
                        Unum Life Insurance Company of America

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 5th, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com


_s/Douglas W. Fink_