IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT
UNUM LIFE INSURANCE COMPANY OF AMERICA'S
EVIDENTIARY SUBMISSIONS IN SUPPORT OF ITS
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant UNUM Life Insurance Company of America ("Unum Life"), files the following evidentiary submissions in connection with its Brief In Support of Motion For Summary Judgment filed with the Court October 5th, 2006.

1. Excerpts from the Deposition of Betty Bullard taken on March 8, 2006;
2. Affidavit of Teresa Ward;
3. State Board of Missions Job Description (UACL00616);
4. February 26, 2004 Medical Record of Dr. Thornbury (UACL00161);
5. August 8, 2004 Social Security Denial Letter;
6. March 31, 2004 Employment Statement (UACL00614 – 615);
7. March 25, 2004 Claimant's Statement (UACL00022 – 23);
8. April 9, 2004 Statement of Dr. Thornbury (UACL00024);
9. April 5, 2004 Statement of Dr. Richardson (UACL00025);
10. March 29, 2004 Statement of Dr. Foy (UACL000623);
11. April 1, 2004 Attending Physician Statement of Dr. McKinney (UACL00038);

12. August 17, 2004 Clinical Review Notes (UACL00165 – 167);
13. August 18, 2004 Clinical Review Notes (UACL00168 – 170);
14. September 1, 2004 Letter to Ms. Bullard (UACL00186-189);
15. September 9, 2004 Letter to Ms. Bullard (UACL00803 - 805);
16. October 25, 2004 Letter from Dr. Rachel McKinney (UACL00200);
17. October 29, 2004 Letter from Betty Bullard (UACL00207);
18. November 11, 2004 Letter from Betty Bullard (UACL00301);
19. November 30, 2004 Medical Response (UACL00353 – 354);
20. December 14, 2004 Clinical Note (UACL00365 – 367);
21. February 2, 2005 Review of Dr. Susy L. L. Vergot (UACL00319 – 320);
22. February 7, 2005 Letter to Dr. McKinney (UACL00388 – 389);
23. February 22, 2005 Letter from Dr. McKinney (UACL00417);
24. February 28, 2005 Review by Dr. Vergot (UACL00408);
25. February 8, 2005 Vocational Review (UACL00383 – 385);
26. March 2005 Clinical Review (UACL00514 – 515);
27. April 6, 2005 Letter to Ms. Bullard (UACL00574 – 579); and
28. May 8, 2002 Printout entitled Employer Security Program.

    Respectfully submitted,

*s/Douglas W. Fink*
HENRY T. MORRISSETTE   (MORRH7622)
DOUGLAS W. FINK   (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 5th, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Douglas W. Fink*