State Board of Missions
Job Description

| | |
|---|---|
| **Position:** | Secretary |
| **Office:** | Christian Ethics/Chaplaincy |
| **Supervised by:** | Office Director |
| **FLSA Status:** | Non-exempt |

**SUMMARY**
The office secretary is classified as Missions Support Personnel. The principle job assignment includes the fulfillment of assigned responsibilities with a positive attitude.

**ESSENTIAL DUTIES AND RESPONSIBILITIES**
1. ~~Prepare office correspondence as directed by the Office Director and Associate~~
2. Prepare for conferences related to the office that includes material preparation and promotion
3. Prepare weekly requisitions in keeping with Accounting Office guidelines and maintain financial records for the office
4. Serve as a point of contact for guests entering the office by telephone or in person
5. Assist in preparing materials for meetings that are office related
6. Maintain a database of those relating to the work of the office
7. Attend, with prior Executive Director approval, office conferences/events where assistance is needed
7. Perform other duties as assigned by the Office Director

**SUPERVISORY RESPONSIBILITIES**
None

**QUALIFICATIONS**
1. Must function as a team member and relate positively with other office personnel.
2. Must desire to serve Christ through employment with the State Board of Missions
3. Must display computer competency in keyboard skills and the use of Microsoft Office
4. Must possess a strong work ethic and positive relationships in dealing with others

**EDUCATION AND EXPERIENCE**
Prior work-related experience is preferred.

**WORK ENVIRONMENT**
This position is full-time and requires 40 hours of work weekly. A minimum of 80% of the workday is spent seated at a desk, most of which involves work with a personal computer. Office hours are 7:30 a.m. to 4:30 p.m., Monday through Friday.

BULL0018

Claimant Name: Betty W Bullard    Claim #: 1358879

#3