36761

HISTORY OF PRESENT ILLNESS: This is a 47-year-old, white female who has multiple joint complaints in her feet. We did obtain some rheumatoid studies. A rheumatoid factor, her sed. rate are all negative. Her uric acid is negative, so I do not really think we are dealing with an inflammatory arthritis-type problem. We had injected her sinus tarsi on the right last time and she actually got some fairly good relief of pain and her swelling was better.

PHYSICAL EXAM: She still has some irritability in the back of her ankle that appears to be along the course of her flexor hallucis longus tendon and has pain to stretch of that flexor hallucis longus tendon. If I remember correctly, her MRI did show some inflammatory changes around her FHL and so ultimately we may need to address a possible stenosing tenosynovitis of that FHL. She is having more symptoms with pain and swelling very similarly on the left side in her sinus tarsi.

PROCEDURE NOTE: We went ahead and prepped her left sinus tarsi with Betadine solution and injected 80 mg of Depo-Medrol and 1 cc of 1% Xylocaine into her sinus tarsi and subtalar joint. We will have her switch her cam walker to that side. We will see her back in 2 weeks to see how she is doing.
DDT/aw          02-12-04

2-26-04 DT

BULLARD, BETTY W.
36761
02-26-04
DR. THORNBURY
C
IDENTIFICATION: This is a 47-year-old, white female.

CHIEF COMPLAINT: Bilateral foot pain.

HISTORY OF PRESENT ILLNESS: This is a 47-year-old, white female who has multiple joint pain. Her rheumatologic studies are negative, but I think she has some component of mild fibromyalgia. She has responded well to injections in her sinus tarsi in both feet. She seems to be getting some relief of her pain.

PHYSICAL EXAM: Exam today reveals less swelling in both ankles, less tenderness, and her range of motion is a little bit restricted on the left side having been in that boot.

IMPRESSION: Improving ankle pain.

PLAN: We will now get her out of her cam walker and go to bilateral malleolar trains to help control her swelling. We will switch her from Vioxx to Bextra 20 mg once a day. We will see her back in a month to see how she is doing.
DDT/aw          02-29-04

1-12-04 T. Wells ② shoulder pain – 1 year – wash recently

#4

Claimant Name: Betty W Bullard    Claim #: 1358453