```
                              Activity
------------------------------------------------------------------------

    Type: Clinical Resource

    Name: Clin Cnsltnt Conslt

    Status: Completed

    Date: 08/17/2004

    Owner: McMillian, Pamela

    Subject: Walk-in

    Document ID:

    Mark As Priority: No

    Upon Completion Send Response To: Claim Owner

    Request:



 Updated medical records received. See previous
 review dated .07-30-04 and 08-12-04.

 Do the updated medical records support the R &amp; L's?


    Created Date: 08/17/2004 - 07:20:28   Created By: McMillian, Pamela

    Create Site: Chattanooga

    Response:
```

#12

LDW: 05-21-04. DOD 05-22-04

Dr. Thornbury, Orthopedic, Notes:
01-29-04 EE reported persistnet pain both ankles with right &gt; left. Exam indicated swelling and tenderness. MRI reviewed which reported to show inflammatory changes back behind the ankle and along the course

of her flexor hallucis longus tendon. Some fluid in her subtalar complex also noted. AP indicated possible inflammatory arthritis. Injection given, use camwalker and return in 2 wks . Will have rheumatological work up in the meantime. 02-12-04 EE given steroid injection to her left sinus tarsi

and subtalar joint. EE to switch cam walker to the left. 02-26-04 EE having bilateral foot pain complaints. Rheumatologic studies negative. AP indicated he thought EE had some component of mild fibromyalgia. Exam indicated less swelling in both ankles, less tenderness and ROM a little bit restricted on the left. 05-12-04 OV note indicated EE in the office for the first time due to pain in her right shoulder for at least 1 year duration. EE denied specific trauma. Pain reported to be limited to her shoulder and she is having no radicular symptoms. EE noted to have had a previous anterior cervical fusion with cervical radiculopathy into

the right prior to surgery. EE currently on Vioxx for feet pain. Previous medical hx includes hiatal hernia and reflux as well as ulcerative colitis. Exam indicated significant pain on abduction, internal and external rotation. Non tender over the biceps tendon. No defect in biceps musculature and no tenderness over the AC joint. X-rays reported to show AC degenerative arthritis. No bony pathology noted and Type II acromion. AP indicated EE had subacromial bursitis and aC degenerative arthritis of the right shoulder. Injection to the subacromial space done. EE given Darvocet and Demerol for pain. EE to go to PT. EE to return in 3 wks but if she is 85-90% improved will cancel appt. If EE continues to be symptomatic will get MRI of the shoulder. 05-19-04 EE reported injection of some benefit x a few days but pain has now returned and EE

having numbness and tingling radiating to the arm and hand. 06-04-04 No show.


Dr. Richardson, Sleep Disorders Medicine Notes:
1998 to 2004.
05-17-04 Repeat colonoscopy reported to indicate colitis worse. On medications. including Provigil and Adderal. Depression stable. Sleep on new CPAP. Exam decreased mood, flat affect, thoughts normal. Physical exam unremarkable.

Dr. McKinney, Family Medicine, Notes from 2003 to 2004 Records:
04-07-04 Most recent note in claim file from AP and prior to DOD indicated EE complaining of rash and stated she started Hydrocortisone rectally for ulcerative colitis. Exam indicated erythematous maculopapular rash with satellite lesions. Assessment candidal dermatitis. EE to apply Nystatin cream bid and cover it at night with Desitin.

Dr. Foy. Orthodontics, records 1998:
06-10-98 Letter indicted EE having sleep apnea and referred by Dr. Richardson to Dr. George Bradford for orthognathic surgery to open the airway. EE referred to AP for orthodontic treatment to prepare the

dentition for the orthognathic surgery and to provide fixation points as needed.

EE has TMG with a hx of joint noise and pain plus radiographic evidence of condylar deformation.

04-09-04 APS completed by Dr. Thornbury indicated R &amp; L's as none, activity as tolerated. No R &amp; L's provided by Dr. Richardson, Sleep disorder specialist. 03-29-04 APS completed by Dr. Foy, Orthodontics indicated R &amp; L's as none. 04-01-04 APS completed by Dr. McKinney, Family Medicine, indicated R &amp; L's as unable to adequately do her job secondary to
extreme fatigue, ulcerative colitis and anxiety with panic attacks. EE still trying to
work.

Findings do not support R &amp; L's as indicated by Dr. McKinney. There are no apparent clinical findings to reflect impairment in physical or cognitive functioning capabilities. Will consult in house physician for clarification.

Pam McMillian, RN MSCJ CCM
08-17-04

Physician question:
Do the medical records support the R &amp; L's as stated by Dr. McKinney, Family Medicine? If so, what duration?


Completed Date:

Complete Site: