```
                                   Activity
-------------------------------------------------------------------------------

    Type: Clinical Resource

    Name: Walk-in with Doctor

    Status: Completed

    Date: 08/17/2004

    Owner: Vatt, Richard

    Subject: Walk-in

    Document ID:

    Mark As Priority: No

    Upon Completion Send Response To: Claim Owner

    Request:




   LDW: 05-21-04. DOD 05-22-04

   Dr. Thornbury, Orthopedic, Notes:
   01-29-04 EE reported persistnet pain both ankles with right &gt;
   left. Exam indicated swelling and tenderness. MRI reviewed which
   reported to show inflammatory changes back behind the ankle and along the course

   of her flexor hallucis longus tendon. Some fluid in her subtalar complex
   also noted. AP indicated possible inflammatory arthritis. Injection
   given, use camwalker and return in 2 wks . Will have rheumatological work
   up in the meantime. 02-12-04 EE given steroid injection to her left sinus tarsi

   and subtalar joint. EE to switch cam walker to the left. 02-26-04 EE
   having bilateral foot pain complaints. Rheumatologic studies
   negative. AP indicated he thought EE had some component of mild
   fibromyalgia. Exam indicated less swelling in both ankles, less tenderness and
   ROM a little bit restricted on the left. 05-12-04 OV note indicated EE in
   the office for the first time due to pain in her right shoulder for at least 1
   year duration. EE denied specific trauma. Pain reported to be
   limited to her shoulder and she is having no radicular symptoms. EE noted
   to have had a previous anterior cervical fusion with cervical radiculopathy into

   the right prior to surgery. EE currently on Vioxx for feet pain.
   Previous medical hx includes hiatal hernia and reflux as well as ulcerative
   colitis. Exam indicated significant pain on abduction, internal and
   external rotation. Non tender over the biceps tendon. No defect in
   biceps musculature and no tenderness over the AC joint. X-rays reported to
   show AC degenerative arthritis. No bony pathology noted and Type II
   acromion. AP indicated EE had subacromial bursitis and aC degenerative
   arthritis of the right shoulder. Injection to the subacromial space
   done. EE given Darvocet and Demerol for pain. EE to go to PT.
   EE to return in 3 wks but if she is 85-90% improved will cancel appt. If
   EE continues to be symptomatic will get MRI of the shoulder. 05-19-04 EE
   reported injection of some benefit x a few days but pain has now returned and EE

   having numbness and tingling radiating to the arm and hand. 06-04-04 No
   show.
```

#13

Dr. Richardson, Sleep Disorders Medicine Notes: 1998 to 2004.
05-17-04 Repeat colonoscopy reported to indicate colitis worse. On medications. including Provigil and Adderal. Depression
stable. Sleep on new CPAP. Exam decreased mood, flat affect,
thoughts normal. Physical exam unremarkable.

Dr. McKinney, Family Medicine, Notes from 2003 to 2004 Records:
04-07-04 Most recent note in claim file from AP and prior to DOD indicated
EE complaining of rash and stated she started Hydrocortisone rectally for
ulcerative colitis. Exam indicated erythematous maculopapular rash with
satellite lesions. Assessment candidal dermatitis. EE to apply
Nystatin cream bid and cover it at night with Desitin.

Dr. Foy. Orthodontics, records 1998:
06-10-98 Letter indicted EE having sleep apnea and referred by Dr.
Richardson to Dr. George Bradford for orthognathic surgery to open the
airway. EE referred to AP for orthodontic treatment to prepare the
dentition for the orthognathic surgery and to provide fixation points as needed.

EE has TMG with a hx of joint noise and pain plus radiographic evidence of
condylar deformation.

04-09-04 APS completed by Dr. Thornbury indicated R &amp; L's as none,
activity as tolerated. No R &amp; L's provided by Dr. Richardson, Sleep disorder

specialist. 03-29-04 APS completed by Dr. Foy,Orthodontics indicated R &amp; L's

as none. 04-01-04 APS completed by Dr. McKinney, Family Medicine,
indicated R &amp; L's as unable to adequately do her job secondary to extreme
fatigue, ulcerative colitis and anxiety with panic attacks. EE still
trying to work.

Findings do not support R &amp; L's as indicated by Dr. McKinney.
There are no apparent clinical findings to reflect impairment in physical or
cognitive functioning capabilities. Will consult in house physician for
clarification.

Pam McMillian, RN MSCJ CCM
08-17-04

Physician question:
Do the medical records support the R &amp; L's as stated by Dr. McKinney,
Family Medicine? If so, what duration?


Created Date: 08/17/2004 - 09:21:30 Created By: McMillian, Pamela

Create Site: Chattanooga

Response:



8/18/2004
File information discussed with
Pam McMillian, RN. Conclusions are
based on the information discussed.

CONCLUSION: With a reasonable degree of medical
certainty, the information discussed does not provide a clear supportable

#13

explanation as to why the Claimant must withdraw from work activities:

Claimant has been diagnosed with Obstructive Sleep Apnea (OSA). Claimant reports she has a history of Narcolepsy, but Doctor doing the Sleep Study did not identify Narcolepsy as a diagnosis. Claimant has had surgery for OSA. She was prescribed a new CPAP regimen. Results of a repeat sleep study to assess effectiveness of the CPAP regimen was not contained in the available documentation.

Claimant is reported to have Anxiety and Panic Attacks. Psychotropic medications (antidepressant and stimulants) are being prescribed. There is report of cognitive impairment but no testing or evaluation of this complaint. The record does not document a referral for further evaluation, testing or treatment as would be expected if an individual were significantly impaired from anxiety and panic attacks and was not responding to initial treatment.

Claimant has been diagnosed with Ulcerative Colitis (UC). Related treatment records predate the claimed date of disability. The record does not document a change in treatment or recommendation for additional evaluation or testing as would be expected if an individual with colitis was not responding to the recommended treatment plan.

Record documents treatment from an Orthopedic Surgeon. There is mention of having surgery on her feet with placement of screws. Related records have not been provided. Arthritis workup was reported to be negative.

Claimant is on a number of medications. This raises the question of polypharmacy and drug interactions contributing to the reported symptoms.

Richard D. Vatt, DO, MPH
VP, Medical Director
Licensed Physician AZ, TN
Board Certified in Aerospace Medicine and Occupational Medicine


Completed Date:

Complete Site:

#13