

2/7/05
Dr. McKinney
Fax 334-265-5574

I am a physician at Betty Bullard's's disability insurance carrier, Unum Provident. I tried to call you on 2/7/05 to discuss [his-her] claim, but did not reach you. It would be much appreciated if you would please contact this office at your earliest convenience to schedule a telephone appointment. Our toll-free telephone number is 1-800-633-7479 and my direct extension is 43341.

The purpose of this call was to gain a better understanding of your medical opinion and discuss questions we had regarding our interpretation of the medical data available. So that you may prepare for our conversation, I have listed my questions regarding Betty Bullard's condition below:

Although Dr. Thorbury, Dr.Richardson, and Dr. Foy did not list any restrictions/limitations for Ms. Bullard, I felt the following Restrictions/Limitations were supported with Ms. Bullard's co-morbid conditions:

- avoid repetitive bending/twisting at the waist
- avoid prolong standing/walking
- change position as needed for comfort
- avoid above the shoulders work
- close and readily available restroom facilities
- occasional lifting up to 20 pounds
- frequent lifting up to 10 pounds
- no lifting above shoulders
- avoid lifting while bending at the waist
- avoid fine articulate movements of the hands when arthritis flares in hands

Do you agree with the above limitation for Betty Bullard?

Are there any other R/L's that you feel are supported? If so, based on what physical findings?

Alternatively, you may respond to our questions in writing. Please respond within 15 days to ensure that your response is included in our evaluation. If you prefer, you may fax your written response to me at 423-785-2803.

We very much appreciate your time in providing this information and analysis to assist in our claim

evaluation efforts. We will be happy to reimburse you for your time on a pro-rata basis at your customary

office consultation rate. Please attach a statement including to whom the check should be made payable, as well as the tax ID number.

Thank you for your time and assistance.

Susy L. L. Vergot, DO
VP Medical Director
Board Certified Family Practice
Licensed in TN., GA.
Unum Provident Corp.