# JACKSON FAMILY PRACTICE

*In Affiliation with Jackson Hospital*

George M. Handey, M.D.          Janise H. Whitesell, M.D.          Rachel M. McKinney, M.D.

QUALITY PERFORMANCE SUPPORT

MAR 0 1 2005

February 22, 2005

Dr. Vergot:

I am writing you regarding Betty Bullard. I feel that you have adequately listed her limitation from her ulcerative colitis and her rheumatoid arthritis. Ms. Bullard states that her fatigue from her narcolepsy and fibromyalgia is such that she is unable to stay awake at work even for a part time job. As this is not my area of expertise, I am unable to give an opinion on her true limitation from these diagnoses. You may benefit from discussion with her rheumatologist, Dr. Donna Paul, or her sleep specialist, Dr. Reuben Richardson. I do not really have anything further to add to your assessment.

Sincerely,

Rachel M. McKinney, MD

1801 Pine Street • Suite 301 • Montgomery, AL • 36106 • (334) 265-5577

#23