As of 2/28/05, I have reviewed all medical and clinical evidence provided to me by Company personnel bearing on the impairment(s) which I am by training and experience capable to assess  Please see other reviews. This is an appeal review including additional records.

Betty Bullard's AP, Dr. Rachel McKinney has returned my fax questions. On 2/22/05, Dr. McKinney found my suggested R/L's adequate for the claimant's ulcerative colitis and arthritis:
- **avoid repetitive bending/twisting at the waist**
- **avoid prolong standing/walking**
- **change position as needed for comfort**
- **avoid above the shoulders work**
- **close and readily available restroom facilities**
- **occasional lifitng up to 20 pounds**
- **frequent lifting up to 10 pounds**
- **no lifting above shoulders**
- **avoid lifting while bending at the waist**
- **avoid fine articulate movements of the hands when arthritis flares in hands**

Dr. McKinney noted that the claimant reported fatigue from her fibromyalgia and narcolepsy, but this was not her area of expertise to comment on. Dr. McKinney suggested Dr. Donna Pau,. Rheumatology, or Dr. Reuben Richardson, sleep specialist, if further information wouold be needed.

The claimant's reported fatigue is subjective. Dr. McKinney has agreed with the R/L's listed above on the physical findings in the record. This additional information would not change my 2/2/05 review.


Susy L. L. Vergot, DO
VP Medical Director
Board Certified Family Practice
Licensed in TN., GA.
Unum Provident Corp.

#24