```
                            Activity
-------------------------------------------------------------------

    Type: Voc Resource

    Name: File Review

    Status: Completed

    Date: 02/07/2005

    Owner: O'Kelley, Shannon

    Subject: Voc Review

    Document ID:

    Mark As Priority: No

    Upon Completion Send Response To: Activity Creator

    Request:
```

CLaimant is
49 year odl secretary. Clmt states she has diverticulitis, sleep apnea and narcolepsy. She is in great deal of pain. States she has bulging discs in her back. Had surgery on her feet and screws placed in her feet.

Dr.
Vergot reviewed the file 2/4/05 and concluded that,
"... Reasonable R/L's for the above
noted diagnses/conditions would be:
 .
   avoid repetative bending/twisting at the
waist
 .
   avoid prolong
standing/walking
 .
   change position as needed for
comfort
 .
   avoid above the shoulders
work
 .
   close and readily available restroom
facilities
 .
   occasional lifitn up to 20
pounds
 .
   frequent lifting up to 10
pounds
 .
   no lifitng above
shoulders
 .
   avoid lifting while bending at the
waist
 .
    avoid fine articulate movements of the

#25

hands when arthritis flares in hands"

Can the occupation be performed( within the national economy) within the
restrictions and limitations posed by Dr. Vergot?




Created Date: 02/07/2005 - 08:52:29 Created By: Ward, Teresa

Create Site: Chattanooga

Response:




Initial Claim
Forms

The
employer statement presented a job title of secretary with duties of prepare
office correspondence, prepare office material and promotions, prepare weekly
requisitions, telephone and office contact, maintain database, attend office
conferences when needed (in town and out of town). The employee statement
indicated a job title of secretary with the same duties as outlined in the
employer statement.

The job
description from the employer indicated a job title of secretary. The job
summary stated, "The office secretary is classified as Missions Support
Personnel. The principle job assignment includes the fulfillment of assigned
responsibilities with a positive attitude." The Essential Duties And
Responsibilities were reported as follows:

Prepare office correspondence as directed by the Office
Director and Associate.

Prepare for conferences related to the office that
includes material preparation and promotion.
Prepare weekly requisitions in keeping with Accounting
Office guidelines and maintain financial records for the
office.
Serve as a point of contact for guests entering the
office by telephone or in person.
Assist in preparing materials for meetings that are
office related.
Maintain a database of those relating to the work of
the office.
Attend, with prior Executive Director approval, office
conferences/events where assistance is needed

The
employer indicates that the job is performed seated at a desk using a computer
up to 80% of the work day.

Restrictions
and Limitations, Dr. Vergot, 2/4/05

Dr. Vergot reviewed the file on 2/4/05 and indicated the following restrictions and limitations:

  avoid repetitive bending/twisting at the waist
  avoid prolong standing/walking
  change position as needed for comfort
  avoid above the shoulders work
  close and readily available restroom facilities
  occasional lifting up to 20 pounds
  frequent lifting up to 10 pounds
  no lifting above shoulders
  avoid lifting while bending at the waist
  avoid fine articulate movements of the hands when arthritis
 flares in hands

Discussion

The job duties are consistent with the occupation of Secretary (201.362-030) and would be expected to require sedentary capacity (exerting up to 10 pounds of force occasionally, brief periods of walking and standing). The occupation is performed within a work environment that would allow one to change positions as needed and work can be organized as desk level. OSHA requires that toilet facilities be available to employees. The proximity of the bathroom to a work area is a factor of a work environment and not of any specific occupations. The work environment would be expected to have reasonable access to toilet facilities. There would not be any expectations for lifting above the shoulders given that the work environment would allow for organization of work below the shoulders. The occupation would not require bending or twisting in performing the material duties of the occupations. The occupation would be expected to require fingering on a frequent basis.

  Can the occupation be performed( within the national economy) within the restrictions and limitations posed by Dr. Vergot?

The occupation can be performed with the restrictions and limitations presented in the absence of an arthritis flare. During an arthritis flare the insured would have to make adjustments to her work schedule that may limit the use of the hands and prevent the occupation from being performed.

   I have reviewed all occupational and vocational evidence provided to me by Company personnel, including analysis of current limitations and restrictions by medical and clinical personnel, bearing on the vocational assessment(s) which I am by training and experience capable to perform.

   G. Shannon O'Kelley, M.Ed., C.R.C.
 Senior Vocational Rehabilitation Consultant
 2/8/05


   Completed Date:

   Complete Site: