

# EMPLOYER SECURITY PROGRAM



**Standard Long Term Disability Plan**               <Back to program menu

- Online Services
- Retirement
- Insurance
  - ► Employer Security Program Menu
- Endowment
- Resources
- Employment
- Help
- Search
- Guest Book
- Contact Us

## Benefits

- **Waiting period** — 90 days for any sickness or injury that prevents active work.
- **Benefit amount** — 60% of monthly earnings reduced by other sources of income (i.e. Social Security, state disability plans, any other group insurance plans, third party settlements, automobile liability insurance, government retirement system, salary continuation or accumulated sick leave, etc.).
- **Length of benefits** — Age at the time of disability determines the length of benefits. Disabilities due to mental illness are limited to 24 months of benefits.
- **Maximum benefit amount** — Limited to $10,000 per month.
- **Definition of disability** — For the first three years, any sickness or injury that limits you from performing the material and substantial duties of your regular occupation and results in a 20% or more loss in monthly earnings. After three years, due to the same sickness or injury, you are unable to perform the material and substantial duties of any gainful occupation for which you are reasonably fitted by education, training or experience. Some disabilities may not be covered.
- **Supplemental Income Protection Plan benefit** — For individuals earning $100,000 or more annually. See additional information on this page for this feature.
- **Disability Plus®** — You will receive an additional benefit amount if UNUMProvident determines you have lost the ability to safely and completely perform two activities of daily living without another person's assistance or verbal cueing; or you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of others.
- **LifePhases$^{SM}$** — Additional services provided to individuals in the Long Term Disability Plan. Once enrolled, you receive a wallet-size card that provides a single source of information to use in accessing the services of LifePhases$^{SM}$. See additional information for this feature. The link will open a new browser window that you may close when you are finished.
- **Survivor benefits** — If you die after receiving disability benefits for 180 or more consecutive days, this feature pays your survivor(s) a lump sum payment of three times your last month's gross disability benefit amount.
- **Rehabilitation and Return to Work Assistance Program** — To encourage individuals to return to work as soon as they

#28
BULL1084

become physically able, individuals receive an additional benefit for participating in a rehabilitation program. UNUMProvident determines who is eligible for this program based upon whether you are medically able to participate in the program. If you are deemed eligible for the program, you must participate in order to receive disability benefits.

### Things to remember

- Your benefit amount is based on the monthly salary amount last reported to the Annuity Board prior to your last day worked due to disability.
- Rates are based on your age and monthly salary amount.
- Benefit amount is reduced by other sources of income **received by you** (such as Social Security, Worker's Compensation and other group insurance plan benefits).
- Medical underwriting may be required to participate in this plan.
- Pre-existing condition limitation periods apply to conditions for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the three months prior to your coverage effective date; or you had symptoms for which an ordinarily prudent person would have consulted a health care provider in the three months prior to your coverage effective date; and the disability begins in the first 12 months after your coverage effective date, unless you have been treatment free for three consecutive months after your coverage effective date.

## Supplemental Income Protection Plan benefit

Disability benefits for individuals in the Standard Long Term Disability Plan earning $100,000 or more annually.

- **Enrollment** — Participants must complete a separate UNUMProvident enrollment form within 90 days of hire or eligibility.
- **Waiting period** — 90 days for any sickness or injury that prevents active work.
- **Long Term Disability benefit amount** — 50% of monthly earnings up to $10,000 maximum.
- **Supplemental benefits** — Additional 20% of monthly earnings up to $4,000 maximum.
- **Disability Plus®** — Additional 20% up to $5,000 per month (if qualified — see Disability Plus® on this page).
- **Length of benefits** — Age at time of disability determines the length of the benefit.
- **Salary updates** — Monthly salary amounts are updated on January 1 of each year.

BULL1085

- **Definition of disability** — Any sickness or injury that limits you from performing the material and substantial duties of your own occupation and you have a 20% or more loss in monthly earnings. Some disabilities may not be covered.

Back to the top

Underwritten by UNUMProvident Corporation subsidiary, UNUM Life Insurance Company of America. Marsh @WorkSolutions, a service of Seabury & Smith, provides evidence of good health processing. UNUMProvident provides claims processing services.

Legal Limitations

≤Back to program menu

Back to the top

[Help] [Sitemap] [Search] [Suggestions]

© Copyright 1999-2001, Annuity Board of the Southern Baptist Convention. All rights reserved.

BULL1086