Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

DATE: AUG - 8 2005

BETTY WALDING BULLARD

Claim Number: ▓▓▓▓▓▓▓
WE's Number:

Telephone: ▓▓▓▓▓▓▓

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems you do not qualify for benefits on this claim. This is because you are not disabled under our rules.

We have enclosed information about the disability rules and more details about the decision on your claim.

ABOUT THE DECISION

The trained staff who decided this case work for the state but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it.

* You have 60 days to ask for a hearing.

* The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask for a hearing.

* You have to ask for a hearing in writing. We will ask you to sign a form HA-501-U5, called "Request for Hearing." Contact one of our offices if you want help.

HOW THE HEARING PROCESS WORKS

After we send your case for a hearing, the ALJ will mail you a letter at least 20 days before the hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

I18

Form SSA-L443-U3 (7-93)
Destroy Prior Editions

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

The hearing is your chance to tell the ALJ why you disagree with the decisions in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim." It has more information about the Adjudication Officer and the hearing.

IT IS IMPORTANT TO GO TO THE HEARING

It is very important that you go to the hearing. If for any reason you cannot go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason. If you do not go to the hearing and do not have a good reason for not going, the ALJ may dismiss your request for a hearing.

NEW APPLICATION

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

* You might lose some benefits, or not qualify for any benefits, and

* We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

BULL0882

Form SSA-L443-U3 (7-93)
Destroy Prior Editions

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

OTHER BENEFITS

Based on the application you filed, you are not entitled to any other benefits, besides those you may already be getting. In the future, if you think you may be entitled to other benefits you will need to apply again. (THIS SECTION DOES NOT APPLY TO YOU IF YOU HAVE ANOTHER SOCIAL SECURITY CLAIM PENDING.)

FAMILY BENEFITS

If you have a spouse or child we cannot pay them benefits unless you are entitled to Social Security benefits.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free at 1-800-772-1213 or call your local Social Security office at the number shown on page 1. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

 2450 PRESIDENTS DRIVE
 MONTGOMERY AL 36116-1616

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

                                        Regional Commissioner


Enclosures:
Your Right to Question the Decision Made on your Claim
Explanation of Decision
Disability Rules Factsheet


BULL0883

VFW

I18

623
Form SSA-L443-U3 (7-93)
Destroy Prior Editions

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

RULES FOR SOCIAL SECURITY DISABILITY

You must meet certain rules to qualify for Social Security disability benefits:

FOR DISABLED WORKER'S BENEFITS:

You must have the required work credits and your health problems must:
* keep you from doing any kind of substantial work (described below), and
* last, or be expected to last, for at least 12 months in a row, or result in death.

FOR DISABLED CHILD'S BENEFITS:

You must be age 18 or older and your health problems must:
* begin before age 22 or you must become disabled again within 7 years after the month that your earlier period of disability ended, and
* keep you from doing any kind of substantial work (described below), and
* last, or be expected to last, for at least 12 months in a row, or result in death.

FOR DISABLED WIDOW'S, WIDOWER'S OR SURVIVING DIVORCED SPOUSE'S BENEFITS:

You must be at least age 50, and your health problems must:
* keep you from doing any kind of substantial work (described below), and
* last, or be expected to last, for at least 12 months in a row, or result in death, and
* have started before the end of a special period.

    The special period starts with the latest of:

    ***the month your spouse died, or
    ***the month your Social Security benefits as a parent ended, or
    ***the month your earlier period of widow(er)'s disability ended.

    The special period ends at the close of the 84th month (7 years) after the month it started.

BULL0884

Form SSA-L443-U3 (7-93)
Destroy Prior Editions

Social Security Administration
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

INFORMATION ABOUT SUBSTANTIAL WORK

Generally, substantial work is physical or mental work you are paid to do. Work can be substantial even if it is part-time. To decide if your work is substantial, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Usually, we find that your work is substantial if your gross earnings average over $830 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

Your work may be different than before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the management of the business, as well as your income, to decide if your work is substantial.

NON-ENGLISH SPEAKING INFORMATION

If you do not speak English, or do not speak English well, we will provide you with an interpreter at no cost to you. Or, you may wish to bring your own interpreter with you such as a friend or family member. If you want us to provide an interpreter, please tell us ahead of time.

BULL0885

I18

Form SSA-L443-U3 (7-93)
Destroy Prior Editions

Social Security Administration

## EXPLANATION OF DETERMINATION

| Name of Claimant | W/E's Name (If CDB or DWB) | SSN | Type of Claim |
|---|---|---|---|
| BETTY WALDING BULLARD | | | INDIB |

The evidence listed was used in evaluating your claim.

AL PSYCHIATRIC SERVICES PC Report Received 06/10/05
Mark M Anderson MD Report Received 06/01/05
Roger W Kemp MD Report Received 07/01/05
Rachel M McKinney MD Report Received 06/03/05
Patrick G Ryan MD Report Received 05/24/05
Donna M Paul MD Report Received 06/01/05
REUBEN C RICHARDSON MD Report Received 05/27/05
JACKSON HOSPITAL & CLINIC Report Received 05/27/05

In addition to the reports listed, information that you and others provided about how your condition(s) affects your ability to function was considered.

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

You state you are disabled because of narcolepsy, bulging disks in back, depression, sleep apnea, inflammatory arthritis, colitis. The evidence shows you have some restrictions and are not able to perform work that you have done in the past. However, based on your age, education and past work experience, you are still able to perform certain types of work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

SSA-4268-U4   (1/85 - AL 5-93)

I1 - VFW

BULL0886