**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511    Fax To: 214.720.2105

**ATTENDING PHYSICIAN'S STATEMENT** (PLEASE PRINT)

**1. Name of Patient** Betty W. Bullard    Date of Birth ▆▆▆    Social Security Number ▆▆▆

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

| Date of Last Examination | Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number |
|---|---|
| 6-4-98 | Sleep apnea (780.) TMJ Disorder (524.6) MPDS (728.85) |

Objective findings (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings)

*NA*

Symptoms

*see attached notes*

| Is this condition due to ☐ an Accident ☐ a Sickness? NO | Date symptoms first appeared or accident occurred: UNKNOWN |
|---|---|

Is the accident or sickness related to the patient's employment? ☐ Yes ☐ No ☒ Unknown

| Date restrictions and limitations began: UNKNOWN | Has patient ever been treated for the same or similar condition? ☒ Yes ☐ No If yes, state when and describe TREATED BY DR FARNG FOR TMJD    DATES UNKNOWN |
|---|---|

**3. Information About the Patient's Ability to Work** - this information is critical to understanding your patient's condition

Has patient been released to work in his/her occupation? ☐ Yes ☐ No in any occupation? ☐ Yes ☐ No    UNKNOWN

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

Fully describe restrictions and limitations.
RESTRICTIONS (What the patient should not do)

*NONE*

LIMITATIONS (What the patient cannot do)

*NONE*

...when should the patient be able to return to work? Full Time: *NA*    Part Time:

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |
|---|---|---|---|---|

| Date of first visit for this illness or injury | Date of next visit | Date of last visit | Frequency of visits |
|---|---|---|---|

| Is patient: ☐ Ambulatory ☐ House Confined ☐ Bed Confined ☐ Hospital Confined | Has patient been admitted to hospital? ☐ Yes ☐ No Confined From:    To: |
|---|---|

If Hospital Confined, give name and address of hospital

Have you completed claim forms regarding this patient for other insurance carriers? ☐ Yes ☐ No If yes, state date and name of insurance carrier(s)

**4. Names and Addresses of Other Treating Physicians**

Referring physician or other treating physicians (names, address, phone #'s):
DR. GEORGE BRADFORD 5741 CARMICHAEL PKWY MONTGOMERY AL 36117    277-3482
DR RUBEN RICHARDSON 3025 NORMANDIE DR MONTGOMERY AL    284-9500

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name DR ALBERT T FEY III | Degree DMD | Medical Specialty ORTHODONTICS |
|---|---|---|
| Street Address 5741 CARMICHAEL PKWY | | Phone Number (334) 272-5510 |
| MONTGOMERY | State AL | Zip Code 36117 | Fax (334) 396-3234 |
| Signature of Physician [signature] DMD | | Date 3/29/04 |
| SSN or Employer's ID Number: C3 06 5555 1 | | |

(7/31)

---