

September 9, 2004

**BETTY W BULLARD**

RE: Bullard, Betty W          DOB: ███
    Claim Number:             1358879
    Policy Number:            552580
    Unum Life Insurance Company of America

Dear Ms. Bullard:

We have completed our review of your request for a Disability Review for Life Insurance Premium Waiver benefits. We regret that we are unable to approve your claim at this time because you do not satisfy the definition of disability as defined by your employer's Life policy.

In order for you to be eligible for benefits, you must satisfy the definition of disability as defined in your employer's Life policy. Your employer's Life policy states, in part:

**"ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU BECOME "TOTALLY DISABLED?**

If you become totally disabled prior to age 60, and have been unable to work for nine (9) months, you may qualify for continuation of coverage provided by the Annuity Board of the Southern Baptist Convention. Life Insurance coverage would be continued during the period of total disability without cost to you.

**TOTALLY DISABLED**, for you, means that you are prevented from performing the usual tasks of any occupation for which you are reasonably suited by training and education in such a way as to procure and retain employment."

You submitted a claim indicating your date of disability as 5/21/04, and the impairing conditions of narcolepsy, sleep apnea, back and foot pain, ulcerative colitis, flu and arthritis. According to your employer, your last day worked was 5/21/04. We have received and reviewed information from your Long Term Disability claim. This information includes: office visit notes dated 1/29/04 to 6/4/04 and Attending Physician's Statement from orthopedic specialist Dr. Daniel Thornbury, office visit notes dated 7/28/98 to 5/17/04, sleep study reports dated 3/24/98, 8/11/99, 8/19/99, 6/5/01 and Attending Physician's Statement from sleep disorder specialist Dr. Reuben

Unum Life Insurance Company of America
Group Life Disability
PO Box 9791
Portland, ME 04104-9828
Phone: 1-800-822-9103
Fax: 207-575-7047
www.unumprovident.com

1242-03

BULL0205

Claimant Name: Bullard, Betty W
Claim Number: 1358879

September 9, 2004
Page 2 of 3

Richardson, office visit notes dated 7/28/03 to 4/7/04 and Attending Physician's Statement from family practitioner, Dr. Rachel McKinney, Attending Physicians Statement from orthodontist Albert Foy III, MD dated 4/5/04.

The Attending Physician's Statement (APS) completed by Dr. Richardson 4/5/04 and last office visit note from 1/12/04 indicates that your diagnoses are cataplexy narcolepsy, hypersomnia with sleep apnea. The statement indicates that have not been released to return to work in your own or any occupation. However, it does not list any specific restrictions and limitations that prevent you from performing work activities. Please note that the form was completed 4/5/04, which is prior to your last date worked, 5/21/04. Medical records provided by Dr. Richardson indicate that you were diagnosed with Obstructive Sleep Apnea (OSD). You and Dr. Richardson have reported a history of narcolepsy; however none of the provided sleep studies indicate narcolepsy as a diagnosis. The medical records indicate that you had surgery for OSD and treated with a continuous positive airway pressure (CPAP) regimen. Results of a sleep study to assess the effectiveness of the CPAP regimen was not included in the records provided by Dr. Richardson.

The Attending Physician's Statement completed by Dr. McKinney 4/1/04 indicates your restrictions and limitations: "pt is unable to adequately do her job secondary to her extreme fatigue, ulcerative colitis (diarrhea) and anxiety with panic attacks. She is presently still trying to work." The medical records provided by Dr. McKinney, including the last office visit note 3/10/04 indicate that you are being treated for anxiety with panic attacks with psychotropic medications, including anti-depressants and stimulants. However, there is no indication that Dr. McKinney has referred you for further evaluation, testing or treatment, which would be indicative of a significant impairment from anxiety and panic attacks. Dr. Kinney's medical records also mention that you were diagnosed with Ulcerative Colitis (UC) prior to the claimed date of disability. These records do not indicate a change in your treatment, recommendation for additional evaluation or testing, which would be indicative of a significant impairment from UC.

The Attending Physician's Statement provided by Dr. Thornbury 4/9/04 indicates that you have been released to return to work in your own and any occupation. Dr. Thornbury also indicates that you were taken off work for the period of June-July 2003; but that you have not been taken off work for the current period and that your current restrictions and limitations are "none-activity as tolerated." The medical records provided by Dr. Thornbury suggest that you had surgery on your feet with placement of screws and that rheumatologic arthritis studies reviewed during your office visit on 2/26/04 were found to be negative.

The Attending Physician's Statement from Dr. Foy dated 3/29/04 and office notes from 6/9/98 indicate your current diagnoses as sleep apnea, Temporomandibular joint syndrome (TMJ) and MPDS. The date of disability on the form is noted as "unknown" and restrictions and limitations as "none."

The medical information provided in your file does not contain clinical findings that reflect an inability to work due to a physical or cognitive impairment. Because the medical information provided does not support the restrictions and limitations as indicated by Dr. McKinney, you do not satisfy the definition of disability as defined by your employer's Life policy and your claim must be closed.

If you have additional information to support your request for disability benefits, please send it to my attention for further review at the address noted on this letterhead.

BULL0206

1242-03

Claimant Name: Betty W Bullard   Claim #: 1358879

Betty W Bullard   Claim #: 1358453

Claimant Name: Bullard, Betty W
Claim Number: 1358879

September 9, 2004
Page 3 of 3

However, if you disagree with our determination and want to appeal this claim decision, you must submit a written appeal. This appeal must be received by us within 180 days of the date of this letter. Please be sure to include the number that identifies the claim, 1358879 and the policy number, 552580. Your written appeal should include your comments and views of the issues, as well as any new documentation you wish us to consider. You should submit your written appeal to the following address:

The Benefits Center
Quality Performance Support – Appeals Unit
PO Box 9548
Portland, ME  04122-5058

If we do not receive your written appeal within 180 days of the date of this letter, then our claim decision will be final.

Ms. Bullard, if you have any questions, please feel free to contact me at 1-800-822-9103.

Sincerely,

*Bennet Flinner*

Bennet Flinner
Disability Benefits Specialist
Unum Life Insurance Company of America

1242-03

BULL0207

---

Claimant Name: Betty W Bullard    Claim #: 1358879

Betty W Bullard    Claim #: 1358453