October 29, 2004

RE: Betty W. Bullard
DOB:
Claim Number: 1358453
Policy Number: 111604
Unum Life Insurance
Company of America

*Quality Performance Support NOV 0 3 2004*

Unum Provident
The Benefits Center
Quality Performance Support Unit-1 North
P O Box 180136
Chattanooga, Tennessee 37401-3030

To Whom It May Concern:

I am responding to the letter I received from you dated September 01, 2004 informing me that my claim for disability had been denied and that I could appeal the decision if I wanted to. This letter is to let you know that I **do** want to appeal this decision.

My primary doctor, Dr. Rachel McKinney, agreed to let my other doctors send her copies of tests, diagnoses and treatment plans and she would put it all together with a letter to send to you. You should receive this soon or you may have it already. Also, my mental help therapist, R. Allen Downs, M.S., filled out your paperwork and sent copies of his files on me. This will come under a separate cover from Dr. McKinney's. If you have not or do not receive either of these documents soon please let me know.

The letter I mentioned above stated there was an Estimated Functional Abilities form enclosed that should be filled out and returned, but there was not one enclosed. If you still want that form completed please send it to Dr. McKinney or me.

Please let Dr. McKinney, Allen Downs or me know if there was something left out or if there is anything else we need to send you.

Thank you for you time and consideration.

Sincerely,

*Betty W. Bullard*

Betty W. Bullard

#17

Claimant Name: Betty W Bullard     Claim #: 1358453