November 11, 2004

RE: Claimant            Betty W. Bullard
    LTD Claim Number    1358453
    LWOP Claim Number   1358879
    Policy Number       111604

Ms. Teresa Ward
Lead Appeals Specialist
UnumProvident Corporation
P. O. Box 180136
Chattanooga, TN 37402

Dear Ms. Ward,

Enclosed you will find records of the most recent tests, diagnoses and treatment plans from my doctors. Dr. Allen Downs, my Mental Health Therapist, will send his separately. If there is anything else you need please let me contact my doctors or me. Thank you for you time and consideration in this matter.

Sincerely,

*Betty Bullard*

Betty Bullard

Enclosures (12)

4001 TIFFANY DRIVE
MONTGOMERY, AL 36110

#18