**UNUMPROVIDENT**

## Medical Response

**Claimant:** Betty Bullard
**SS#:** ███████
**Date Referred:** 11/17/04
**Date Completed:** 11/30/04

**CLAIMANT REPORTS:** I have been diagnosed as having narcolepsy, sleep apnea, ulcerative colitis, high blood pressure. I have had surgery on my neck for a herniated disc, surgery on both feet & still need surgery on feet and still have 2 bulging disc in my back that hurt, have arthritis, bursitis & TMJ, fibromyalgia

**CLINICAL DATA REVIEWED:** A full file, no deference review of legible clinical data was performed with focus on records immediately prior to and since the date in question.

Dr. DD Thornbury/Dr. Wells, ortho (4/04-6/04)          OSP/CRS reviews: Please see the QPS Referral form
Dr. Reuben Richardson, sleep d/o (6/95-7/04)
Dr. Albert Foy, orthodontics (6/98-3/04)
Dr. Rachel McKinney, family medicine (6/03-10/04)
Dr. George Bradford (4/98-5/98)
Dr. Janise Whitesell, family practice (?/02-6/03)
Dr. Donna Paul, rheumatology (10/04)
Dr. Roger Kemp, Pain Management (9/04)
Allen Downs MS, therapist (6/04-11/04)

**CLINICAL SUMMARY:**

**02/26/04**-Thornbury visit, bilateral foot pain, pt w/multiple joint pain, rheumatologic studies are negative, think she has some component of mild fibromyalgia, she has responded well to injections to her sinus tarsi in both feet, seems to be getting some relief of her pain.
Exam: less swelling in both ankles, less tenderness, and ROM is a little bit restricted on L side having been in that boot.
Impression: improving ankle pain'
Plan: will get her out of cam walker and go to bilateral malleolar trains to help control swelling, and switch vioxx to bextra
**03/10/04**-McKinney visit, c/o SOB & chest tightness. Pulse ox 98% on RA. Assessment: GAD w/panic. Plan: increase effexor XR 225mg, klonopin 0.25mg tid prn. Recent chest CT was normal, stress test also normal
**03/29/04**-Foy APS r/ls: none. Indicates last visit in 1998
**04/01/04**-McKinney APS r/ls: **pt is unable to adequately do her job secondary to her extreme fatigue, ulcerative colitis (diarrhea) & anxiety with panic attacks. She is presently still trying to work.**
**04/07/04**-McKinney visit, c/o rash. Skin w/erythematous maculopapular rash w/satellite lesions. Assessment: candidial dermatitis. Plan: nystatin cream bid, cover at night w/desitin.
**04/09/04**-Thornbury APS r/ls: **none—activity as tolerated.** Pt was off work in June/July 03' but has not been taken off work for current period.
**05/12/04**-Wells initial visit, pain in R shoulder for at least a year's duration, denies specific trauma, pain is limited to shoulder, no radicular component, no burning, no numbness, no tingling in the RUE. h/o previous anterior cervical fusion, she had cervical radiculopathy into the R before she had her surgery.
Exam: significant pain on abduction, internal and external rotation. Non-tender over biceps tendon, no defect in biceps musculature, no tenderness over AC joint. X-ray: AC degenerative arthritis, no other bony pathology noted, type II acromion, we think she has subacromial bursitis and AC degenerative arthritis of R shoulder.
Plan: depo-medrol & xylocaine injection to subacromial space. Darvocet & Demerol given for pain, sending to PT, will see back in 3 wks.
**05/17/04**-Richardson visit, colitis slightly worse, still on asacol, depression stable, sleep—now on CPAP—tries to use

Prior to this visit, pt was last seen November 2003.

05/19/04-Wells office notes injection was of some benefit for a few days but pain now returned and she has numbness and tingling radiating to arm & hand.

06/17/04-Downs visit, pt somewhat anxious & scattered. Anxious, fearful affect, poor attention span & concentration, mod-severe mood swings w/chronic depression & anxiety.

06/22/04-Paul visit

07/15/04-Lspine MRI impression:
- L2-3 there is mild L paracentral disc bulge and mild disc dehydration, no significant stenosis
- L3-4 there is disc dehydration and a fissure in the disc annulus and central disc bulge, no significant stenosis
- L4-5 disc dehydration w/tiny fissure in disc annulus and bulge of disc annulus. Also facet hypertrophy w/very mild lateral stenosis bilaterally
- L5-S1 disc dehydration and central bulging, no significant stenosis seen.

07/18/04-sleep study for CPAP re-titration. Pt was re-titrated from 4cm to 10cm, she did well on 10cm pressure.

09/02/04-Paul visit, exam notes tenderness R/L upper & lower quad, decreased Cspine ROM, pain in shoulder w/abduction, internal rotation & external, TS in right & left MCP, PIP, and wrists, none in DIP

09/07/04-Kemp visit, c/o pain in cervical, shoulder, and lumbar areas. Pain is made worse by sitting too long, lying too long, flexion, lifting/lifting legs.

09/10/04-bilateral hip MRI impression: normal

09/29/04-colonoscopy impression: hemorrhoids, diverticulosis of colon, terminal ileum was cannulated for 10cm and was normal, multiple erosions, edema and erythema was present in sigmoid colon and biopsies obtained.

10/06/04-lumbar facet joint block by Kemp

10/14/04-Paul visit, c/o hurting all over. Assessment: inflammatory arthritis & ulcerative colitis. Plan to start remicade

10/25/04-McKinney statement: **I feel that Ms. Bullard is permanently unable to perform a fulltime job of any kind secondary to her multiple medical conditions.** She has slowly declined over the past two years. Her inflammatory arthritis has worsened to the point that rheumatology has recommended remicade, her ulcerative colitis cont to be debilitating as well.

11/17/04-Downs completes FCE indicating mild impairment in 4/16 areas, moderate impairment in 8/16, and moderately severe impairment in 4/16 areas. APS r/ls: **any important book keeping, admin duties, or tasks that involve sustained concentration.**

## ANALYSIS OF MEDICAL INFORMATION AND RESTRICTIONS/LIMITATIONS:

The submitted documentation reflects multiple conditions for which treatment is being sought. The dx have been evident or suspected for several years prior to the DOD. She is identified as having a history of anterior cervical fusion and recent Lspine MRI result indicated degenerative changes. Colonoscopy indicates diverticulosis and hemorrhoids in addition to the presence of multiple erosions and erythema. The clmt has had a dx of excessive daytime sleepiness and OSA for several years with recent sleep study indicating the need to increase CPAP pressure from 4cm to 10cm. She has also had indications of fibromyalgia and fatigue complaints for several years. The sx identified by Downs would also be consistent with the identified psychiatric dx and would be expected to cause some degree of impairment. It is noted that documentation from Dr. Patrick Ryan, neurosurgeon does not appear to have been included in the submitted information. It is also noted that specific details regarding the reported foot surgery does not appear to have been included.

## REFERRAL QUESTIONS:

1. The documentation would indicate a reasonable expectation of some functional loss. The identified conditions have been present for a significant amount of time prior to the DOD.
2. Appropriate r/ls will be deferred to doctoral level review.

Latisha L. Toney RN, BSN    **DATE COMPLETE: 11/30/04**
Sr. Clinical Consultant
Chattanooga QPS
423-294-8659