# UNUMPROVIDENT

## Medical Response

**Claimant: Betty Bullard**
SS#: 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
Referral date: 3/15/05
Date Completed: 3/25/05

**CLINICAL DATA REVIEWED:**
I have reviewed all medical and clinical evidence provided to me by Company personnel bearing on the impairments which I am by training and experience capable to assess.

**CLINICAL SUMMARY:**

**Dr. Donna Paul – Rheumatology:**
6/1/04 – Initial visit – Reported history with many years of pain, diagnosed with ulcerative colitis in 2003. Little response to therapies. Exam found abdominal tenderness, tremulousness and telangiectasis to the face. Bilateral TMJ pain and crepitus, MCP I with 1+ swelling bilaterally, PIP II with swelling at 2, PIP III at 2 and PIP IV at 2. Bilateral knee crepitus with mild deformity, R>L and halux valgus on right foot. Apparent listing of tender points to multiple locations. Impressions of inflammatory polyarthritis, ulcerative colitis, fibromyalgia, telangiectasis, OA of knees and low back pain status post back surgery. CRP elevated at 11 (0-4.9) and sed rate elevated at 21 (0-20).
9/2/04 – Continued to report 2 hours of AM stiffness, several diarrhea stools a day, fatigue, fever, chills and mucosal ulcers. Tenderness and swelling to both hands and wrists on exam. Multiple tender points named. Begin Remicade therapy. Neutrophil cytoplasmic Ab, IgG 1:32 (<1:16).
10/14/04 – Pain all over, stiffness in AM, swelling in feet, knees and hands. Exam with tender trochanters – full range.
1/14/05 – First Remicade treatment on 1/10. Right fingers with swelling and tenderness, shoulder pain with full range. Decreased cervical rotation, spinal tenderness.
3/3/05 – Pain severe to point of tears to arm, backs and joints. Some response to Remicade. Hand swelling. Diarrhea and abdominal pain improved. Ulcerative colitis responded "beautifully". Exam with tenderness and swelling to fingers, wrists, toes, valgus knees, tenderness lateral/medial epicondyles. Multiple tender points. Increase Durabac and begin Neurontin. Back brace and TENS.

**RESTRICTIONS AND LIMITATIONS:**
9/3/04 – Dr. Paul – rheumatology – "No gripping, grasping, bending, pushing, pulling, climbing, standing > 30 minutes at a time or sitting > 45 minutes at a time. No lifting > 5-10 pounds". Diagnoses of ulcerative colitis, inflammatory arthritis and right shoulder arthritis. 5'5"1/2 inches and 230 pounds.

#26

CONCLUSIONS:
I will defer conclusions and answers to Dr. Vergot, who has reviewed this file on two previous occasions.

SIGNATURE BLOCK:
Laura Godwin RN
Senior Clinical Consultant
3/25/05

As of 3/29/05, I have reviewed all medical and clinical evidence provided to me by Company personnel bearing on the impairment(s) which I am by training and experience capable to assess. Please see other reviews. This is an appeal review including additional records.

Please see the 3/25/05 clinical review from Missy Godwin, RN. After reviewing the file, I find this review an accuarate summary of the medical records.

QUESTIONS: Does the clinical data support a loss of functional capacity that would impose R/L's?

Yes. Please see my 2/2/05 review. Ms. Bullard is having a flare with a sed rate slightly elevated at 21 and an elevated CRP of 11. Swelling and tenderness of the hand joints is noted along with 6 stoold a day.
Reasonable R/L's for the above noted diagnses/conditions would be:
- avoid repetitive bending/twisting at the waist
- avoid prolong standing/walking
- change position as needed for comfort
- avoid above the shoulders work
- close and readily available restroom facilities
- occasional lifting up to 20 pounds
- frequent lifting up to 10 pounds
- no lifting above shoulders
- avoid lifting while bending at the waist
- avoid fine articulate movements of the hands during this arthritis flares of the hands

There has been improvement with new treatment regime as of the 3/3/05 notes, but flare symptoms are still noted.

Susy L. L. Vergot, DO
VP Medical Director
Board Certified Family Practice
Licensed in TN., GA.
Unum Provident Corp.