IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | | CASE NO. |
| vs. | § | |
| | | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT UNUMPROVIDENT CORPORATION'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to the provisions of Rule 56 of the *Federal Rules of Civil Procedure*, defendant UnumProvident Corporation ("UnumProvident") moves this Honorable Court to enter summary judgment in its favor, dismissing with prejudice all claims set forth against it in the Plaintiff's Complaint, as last amended, on grounds that there is no genuine issue as to any material fact and UnumProvident is entitled to summary judgment as a matter of law.

In support of this motion, UnumProvident contemporaneously files herewith a brief in support of UnumProvident's motion for summary judgment. UnumProvident also expressly adopts and incorporates by reference herein the statement of undisputed

material facts and the arguments set forth in co-defendant Unum Life Insurance Company of America's Brief in Support of Summary Judgment and Unum Life's Evidentiary Submissions filed therewith, including Unum Life's argument that Plaintiff is entitled to no future benefits.

The specifics of UnumProvident's assertion that there is no genuine issue as to any material fact and that UnumProvident is entitled to summary judgment as a matter of law are fully set out in UnumProvident's brief, which is incorporated herein.

Based upon the foregoing, UnumProvident Corporation respectfully requests summary judgment in its favor with respect to all claims set forth against it in Counts One through Six of the Plaintiff's Complaint, as last amended. UnumProvident also respectfully requests summary judgment in its favor with respect to any claim by Plaintiff for future benefits.

*s/Douglas W. Fink*
HENRY T. MORRISSETTE   (MORRH7622)
DOUGLAS W. FINK        (FINKD3798)
Attorneys for Defendant
UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 5th, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com


*s/Douglas W. Fink*