IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

STATE OF TENNESSEE:
COUNTY OF HAMILTON:

### AFFIDAVIT OF SUSAN ROTH

Before me, the undersigned authority in and for said State and County, personally appeared Susan Roth, who, being by me first duly sworn, deposes and says as follows:

My name is Susan Roth. I am over nineteen years of age and competent to make this Affidavit. I am employed as Vice President, Corporate Secretary and Assistant General Counsel for UnumProvident Corporation ("UnumProvident"). I have personal knowledge of the matters set forth below:

EXHIBIT 1

1. UnumProvident was formerly known as Provident Companies, Inc. Provident Companies, Inc. was incorporated on March 22, 1995. On June 30, 1999, Unum Corporation merged into Provident Companies, Inc., and Provident Companies, Inc. changed its name to UnumProvident Corporation, effective June 30, 1999.

2. UnumProvident is a holding company that acts as the parent corporation for its insurance company and non-insurance subsidiaries. Unum Life Insurance Company of America ("Unum Life") is a direct wholly owned subsidiary of UnumProvident. UnumProvident did not, and never has, assumed liability for the claims maintained against any of its insurance company subsidiaries, including, but not limited to, Unum Life.

3. UnumProvident has no contractual relationship with the Plaintiff and has never issued an insurance contract to any person or group, including Plaintiff or Plaintiff's employer. Only certain subsidiaries, such as Unum Life, are licensed and authorized to conduct the business of insurance. Unum Life maintains liability for its insurance contracts.

4. Unum Life continues to be a Maine corporation that is in good standing and authorized to do business as an insurance company by the Commissioner of Insurance of the State of Maine.

5. Unum Life maintains a separate corporate existence, including having separate corporate books and records from UnumProvident and a separate board of directors from UnumProvident.

- 3 -

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 3rd, 2006 in Chattanooga, Tennessee.

_____
SUSAN ROTH, Vice-President,
Corporate Secretary and Assistant General
Counsel for UnumProvident Corporation

Subscribed and sworn to before me

this 3rd day of October, 2006.

_Marci K. Brokish_
NOTARY PUBLIC
Hamilton County, Tennessee

My Commission Expires: August 12, 2007

(SEAL)