## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO.** |
| UNUMPROVIDENT CORPORATION; | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | **CV-2:05-cv-1217-MEF** |
| OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Betty Bullard, files the following evidentiary submissions in connection with her Brief in Opposition to Defendants' Motions for Summary Judgment filed with the Court October 23, 2006.

1. Group Insurance Policy Issued to Plaintiff by Defendants;
2. April 1, 2004 Attending Physician Statements of Dr. Richardson (BULL0023); Dr. Foy (BULL0025); Dr. McKinney (BULL0036); and Dr. Thornbury (BULL0022);
3. May 17, 2004 Disability Claim Submitted by Plaintiff to Defendant (BULL0016-BULL21);
4. September 1, 2004 Denial of Claim Letter from Defendant to Plaintiff (UACL00186-UACL00189);
5. Letter from Plaintiff Informing Defendant of her Intent to Appeal (UACL00207);
6. October 25, 2004 Letter from Dr. McKinney to Defendant (UACL00200);
7. November 30, 2004 Medical Review Completed by Latisha Toney RN (UACL00353-UACL00354);
8. December 17, 2004 Medical Review Completed by Susy Vergot, DO (UACL00319-UACL00320);
9. April 6, 2005 Letter from Defendant to Plaintiff (UACL00574-UACL00579);
10. April 22, 2005 Notice from Defendant to Plaintiff of Rights Pursuant to Multistate Settlement Agreement;
11. May 9, 2005 Letter from Plaintiff's Employer to Defendant;
12. Letter from Alabama Department of Rehabilitation Services to Defendant

13.   Defendant's Reengineering Project ("The LeBoeuf Report");

14.   Defendant's Position Statements and Guidelines Regarding Fibromyalgia;

15.   Insurance Commissioner of the State of California Decision and Order Upon Settlement;

16.   November 18, 2004 Report of the Targeted Multistate Market Conduct Examination;

17.   Excerpts from the Deposition of Betty Bullard taken on March 8, 2006;

18.   February 7, 2005 Letter from Defendant to Dr. McKinney (UACL00388-UACL00389);

19.   February 22, 2005 Letter from Dr. McKinney to Defendant (UACL00417);

20.   Deposition of Susan Roth taken on March 24, 2003;

21.   *Anderson v. Unum Life Ins. Co. of America*, 414 F.Supp.2d 1079 (M.D. Ala. 2006);

22.   January 1, 2001 General Services Agreement Executed by Defendants


Respectfully submitted,


  /s/ Thomas O. Sinclair____
Thomas O. Sinclair (SIN018)
Attorney for Plaintiff


OF COUNSEL:
Thomas O. Sinclair
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax:  (205).803-0053
E-mail:  tsinclair@cwp-law.com

CERTIFICATE OF SERVICE

  I hereby certify that on October 23, 2006, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com

        /s/Thomas O. Sinclair_____
       Thomas O. Sinclair (SIN018)