# EXHIBIT

# "1"

EXHIBIT "1"

## AMENDMENT NO. 1

This amendment forms a part of Group Policy No. 111604 001 issued to the Policyholder:

### Annuity Board of the Southern Baptist Convention

The entire policy is replaced by the policy attached to this amendment.

The effective date of these changes is May 1, 2004.  The changes only apply to disabilities which start on or after the effective date.

The policy's terms and provisions will apply other than as stated in this amendment.

Dated at Portland, Maine on October 8, 2004.

Unum Life Insurance Company of America

By

Secretary

If this amendment is unacceptable, please sign below and return this amendment to Unum Life Insurance Company of America at Portland, Maine within 90 days of October 8, 2004.

**YOUR FAILURE TO SIGN AND RETURN THIS AMENDMENT BY THAT DATE WILL CONSTITUTE ACCEPTANCE OF THIS AMENDMENT.**

Annuity Board of the Southern Baptist Convention

By _____
Signature and Title of Officer

C.AMEND-1                    AMEND-1  (5/1/2004)               EXHIBIT A



**GROUP INSURANCE POLICY**
**NON-PARTICIPATING**

**POLICYHOLDER:**    Annuity Board of the Southern Baptist Convention

**POLICY NUMBER:**    111604 001 (Group Plans – Economy Plan)

**POLICY EFFECTIVE DATE:**    January 1, 2002

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:**   Texas

Unum Life Insurance Company of America (referred to as Unum) will provide benefits under this policy. Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions. This policy is delivered in and is governed by the laws of the governing jurisdiction. This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- the Policyholder's application;
- each employee's application for insurance (employee or **participant** retains his own copy as reflected in the records of the Annuity Board); and
- the certificate of coverage issued for each employee of each participating member Employer.

This policy may be changed in whole or in part. Only an officer or a registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to this policy. No other person, including an agent, may change this policy or waive any part of it.

Signed for Unum at Portland, Maine on the Policy Effective Date.

President                              Secretary

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Copyright 1993, Unum Life Insurance Company of America

C.FP-1                    C.FP-1   (5/1/2004)

## IMPORTANT NOTICE

**This is not a policy of Workers' Compensation Insurance. The Employer does not become a subscriber to the Workers' Compensation system by purchasing this policy, and if the Employer is a nonsubscriber, the Employer loses those benefits which would otherwise accrue under the Workers' Compensation laws. The Employer must comply with the Workers' Compensation law as it pertains to nonsubscribers and the required notification that must be filed and posted.**

C.FP-2   (5/1/2004)

Claimant Name: Betty W Bullard     Claim #: 1358453

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call Unum's toll-free telephone number for information or to make a complaint at:

**1-800-321-3889**
**OPTION NUMBER 2**

You may also write to Unum at:

Deborah J. Jewett, Manager
Customer Relations
Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may also write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

**PREMIUMS OR CLAIM DISPUTES:**

Should you have a dispute concerning your premium or about a claim, you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance (TDI).

**ATTACH THIS NOTICE TO YOUR POLICY:**

This notice is for information only and does not become a part or condition of the attached document.

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Unum para informacion o para someter una queja al:

**1-800-321-3889**
**OPCION NUMERO 2**

Usted tambien puede escribir a Unum:

Deborah J. Jewett
Gerente de Relaciones al
Cliente
Unum Life Insurance Company of America
2211 Congress Street
Portland, Mane 04122

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:**

Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

C.FP-3   (5/1/2004)

Claimant Name: Betty W Bullard     Claim #: 1358453

# TABLE OF CONTENTS

BENEFITS AT A GLANCE – SHORT TERM DISABILITY PLAN ...............................B@G-STD-1

BENEFITS AT A GLANCE – LONG TERM DISABILITY PLAN ...............................B@G-LTD-1

CLAIM INFORMATION – SHORT TERM DISABILITY PLAN.............................STD-CLM-1

CLAIM INFORMATION – LONG TERM DISABILITY PLAN ............................LTD-CLM-1

POLICYHOLDER PROVISIONS...............................................EMPLOYER-1

CERTIFICATE SECTION ...........................................................CC.FP-1

GENERAL PROVISIONS ..........................................................EMPLOYEE-1

SHORT TERM DISABILITY – BENEFIT INFORMATION ...........................STD-BEN-1

OTHER BENEFIT FEATURES ...................................................STD-OTR-1

LONG TERM DISABILITY – BENEFIT INFORMATION ...........................LTD-BEN-1

OTHER BENEFIT FEATURES ...................................................LTD-OTR-1

OTHER SERVICES...............................................................SERVICES-1

GLOSSARY ....................................................................GLOSSARY-1

Claimant Name: Betty W Bullard    Claim #: 1358453

# BENEFITS AT A GLANCE

## SHORT TERM DISABILITY PLAN

This short term disability plan provides financial protection for you by paying a portion of your income while you are disabled. The amount you receive is based on the amount you earned before your disability began. In some cases, you can receive disability payments even if you work while you are disabled.

**ORIGINAL PLAN
EFFECTIVE DATE:**     January 1, 2002

**POLICY NUMBER:**     111604 001 (Group Plans – Economy Plan)

**ELIGIBLE CLASS(ES):**

All active salaried employees of a church, agency or institution in the United States affiliated with the Southern Baptist Convention, of those Employers participating in the Economy Short Term Disability Plan.

**MINIMUM HOURS REQUIREMENT:**

You must be working at least the number of hours specified by your Employer, but not less than 20 paid hours per week.

**WAITING PERIOD:**

As specified by your Employer

**REHIRE:**

As specified by your Employer

**CREDIT PRIOR SERVICE:**

Unum will apply any prior period of work with your Employer toward the waiting period to determine your eligibility date.

**WHO PAYS FOR THE COVERAGE:**

Your Employer's Short Term Disability plan may be 100% contributory, 100% non-contributory or a combination as selected by your Employer.

**ELIMINATION PERIOD:**

14 days for disability due to an injury

14 days for disability due to a sickness

Benefits begin the day after the elimination period is completed.

**WEEKLY BENEFIT:**

60% of weekly earnings to a maximum benefit of $500 per week

**Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered under this plan.**

B@G-STD-1   (5/1/2004)

**MAXIMUM PERIOD OF PAYMENT:**

24 weeks

Premium payments are required for your coverage while you are receiving payments under this plan.

Your Short Term Disability plan does not cover disabilities due to an occupational sickness or injury, unless you are not required to be covered by a Workers' Compensation Law.

**REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFIT:**

10% of your gross disability payment to a maximum benefit of $250 per week.

In addition, we will make weekly payments to you for 3 weeks following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

**OTHER FEATURES:**

Minimum Benefit

The above items are only highlights of this plan. For a full description of your coverage, continue reading your certificate of coverage section.

B@G-STD-2   (5/1/2004)

Claimant Name: Betty W Bullard    Claim #: 1358453

## BENEFITS AT A GLANCE

### LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled. The amount you receive is based on the amount you earned before your disability began. In some cases, you can receive disability payments even if you work while you are disabled.

**ORIGINAL PLAN**
**EFFECTIVE DATE:**     January 1, 2002

**POLICY NUMBER:**     111604 001 (Group Plans – Economy Plan)

**ELIGIBLE CLASS(ES):**

All active salaried employees, of a church, agency or institution in the United States affiliated with the Southern Baptist Convention, of those Employers participating in the Economy Long Term Disability Plan.

**MINIMUM HOURS REQUIREMENT:**

You must be working at least the number of hours specified by your Employer, but not less than 20 paid hours per week.

**WAITING PERIOD:**

As specified by your Employer

**REHIRE:**

As specified by your Employer

**CREDIT PRIOR SERVICE:**

Unum will apply any prior period of work with your Employer toward the waiting period to determine your eligibility date.

**WHO PAYS FOR THE COVERAGE:**

Your Employers' Long Term Disability plan may be partially contributory or 100% non-contributory. If your Employer's Long Term Disability plan is partially contributory, your Employer must pay at least 50%.

**ELIMINATION PERIOD:**

The later of:

- 180 days; or
- the date your insured Short Term Disability payments end, if applicable.

Benefits begin the day after the elimination period is completed.

**MONTHLY BENEFIT:**

60% of monthly earnings to a maximum benefit of $7,500 per month.

Your payment may be reduced by deductible sources of income and disability earnings. Some disabilities may not be covered or may have limited coverage under this plan.

B@G-LTD-1   (5/1/2004)

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 through 64 | 5 years |
| Age 65 through 69 | To age 70, but not less than 1 year |
| Age 70 and over | 1 year |

No premium payments are required for your coverage while you are receiving payments under this plan.

**REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFIT:**

10% of your gross disability payment to a maximum benefit of $1,000 per month.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

**CHILD CARE EXPENSE BENEFIT:**

While you are participating in Unum's Rehabilitation and Return to Work Assistance program, you may receive payments to cover certain child care expenses limited to the following amounts:

Child Care Expense Benefit Amount: $250 per month, per child

Child Care Expense Maximum Benefit Amount: $1,000 per month for all eligible child care expenses combined

**TOTAL BENEFIT CAP:**

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.

**OTHER FEATURES:**

Continuity of Coverage

Minimum Benefit

Pre-Existing Condition Exclusion

Survivor Benefit

Work Life Assistance Program

The above items are only highlights of this plan. For a full description of your coverage, continue reading your certificate of coverage section.

B@G-LTD-2   (5/1/2004)

## CLAIM INFORMATION

## SHORT TERM DISABILITY

### WHEN DO YOU NOTIFY UNUM OF A CLAIM?

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner. Written notice of a claim should be sent within 30 days after the date your disability begins. However, you must send Unum written proof of your claim no later than 90 days after your elimination period. If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from your Employer, the Policyholder, or you can request a claim form from us. If you do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### HOW DO YOU FILE A CLAIM?

You and your Employer must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **physician;**
- the appropriate documentation of your weekly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 30 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information, and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

The initial payment for a payable claim will be made within 60 days from the date proof is received.

### TO WHOM WILL UNUM MAKE PAYMENTS?

Unum will make payments to you.

STD-CLM-1  (5/1/2004)

## WHAT IF YOUR CLAIM IS DENIED?

In the event that your claim is denied, either in full or in part, Unum will notify you in writing and you will have 45 days from the date you receive the claim denial to submit additional information for administrative reconsideration.

## WHAT DO YOU DO TO APPEAL?

If your claim is denied after administrative reconsideration, you may file an appeal. Your appeal must be submitted within 180 days from the date you receive the claim denial and it should be sent in writing to the address specified in the claim denial.

A final decision on review will be made no later than 45 days following receipt of the written request for review. If Unum determines that special circumstances require an extension of time for a final decision on review, the review period may be extended by an additional 45 days (90 days in total). Unum will notify you in writing if an additional 45 day extension is needed.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents (within the meaning of Lab. Reg. § 2560.503-1 (m) (8)) upon written request. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by Unum and will be made by a person different from the person who made the initial determination. This person shall also be a person different from the person who made the administrative reconsideration, if requested, and such person will not be the original decision maker's subordinate (or the subordinate of the person who made the administrative reconsideration, if requested). In the case of a claim denied on the grounds of medical necessity or experimental treatment, Unum will consult with a health professional with appropriate training. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or his subordinate.

## WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

- fraud;
- any error Unum makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full. We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

STD-CLM-2   (5/1/2004)

# CLAIM INFORMATION

# LONG TERM DISABILITY

### WHEN DO YOU NOTIFY UNUM OF A CLAIM?

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner. Written notice of a claim should be sent within 30 days after the date your disability begins. However, you must send Unum written proof of your claim no later than 90 days after your elimination period. If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from your Employer, the Policyholder, or you can request a claim form from us. If you do not receive the form from Unum within 15 days of your request, send Unum written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

### HOW DO YOU FILE A CLAIM?

You and your Employer must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to Unum.

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **physician;**
- the appropriate documentation of your monthly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 30 days of a request by us.

In some cases, you will be required to give Unum authorization to obtain additional medical information, and to provide non-medical information as part of your proof of claim, or proof of continuing disability. Unum will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

The initial payment for a payable claim will be made within 60 days from the date proof is received.

### TO WHOM WILL UNUM MAKE PAYMENTS?

Unum will make payments to you.

LTD-CLM-1  (5/1/2004)

Claimant Name: Betty W Bullard     Claim #: 1358453

## WHAT IF YOUR CLAIM IS DENIED?

In the event that your claim is denied, either in full or in part, Unum will notify you in writing and you will have 45 days from the date you receive the claim denial to submit additional information for administrative reconsideration.

## WHAT DO YOU DO TO APPEAL?

If your claim is denied after administrative reconsideration, you may file an appeal. Your appeal must be submitted within 180 days from the date you receive the claim denial and it should be sent in writing to the address specified in the claim denial.

A final decision on review will be made no later than 45 days following receipt of the written request for review. If Unum determines that special circumstances require an extension of time for a final decision on review, the review period may be extended by an additional 45 days (90 days in total). Unum will notify you in writing if an additional 45 day extension is needed.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents (within the meaning of Lab. Reg. § 2560.503-1 (m) (8)) upon written request. The review of the adverse benefit determination will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by Unum and will be made by a person different from the person who made the initial determination. This person shall also be a person different from the person who made the administrative reconsideration, if requested, and such person will not be the original decision maker's subordinate (or the subordinate of the person who made the administrative reconsideration, if requested). In the case of a claim denied on the grounds of medical necessity or experimental treatment, Unum will consult with a health professional with appropriate training. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or his subordinate.

## WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

- fraud;
- any error Unum makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full. We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

LTD-CLM-2   (5/1/2004)

## POLICYHOLDER PROVISIONS

### *WHAT IS THE COST OF THIS INSURANCE?*

## SHORT TERM DISABILITY

The initial premium for each **plan** is based on the initial rate(s) shown in the Rate Information Amendment(s).

Premium payments are required for an insured while he or she is receiving Short Term Disability payments under this plan.

### *INITIAL RATE GUARANTEE AND RATE CHANGES*

Refer to the Rate Information Amendment(s).

## LONG TERM DISABILITY

The initial premium for each **plan** is based on the initial rate(s) shown in the Rate Information Amendment(s).

### *WAIVER OF PREMIUM*

Unum does not require premium payments for an insured while he or she is receiving Long Term Disability payments under this plan.

### *INITIAL RATE GUARANTEE AND RATE CHANGES*

Refer to the Rate Information Amendment(s).

### *WHEN IS PREMIUM DUE FOR THIS POLICY?*

Premium Due Dates:  Premium due dates are based on the Premium Due Dates shown in the Rate Information Amendment(s).

The **Policyholder** must send all premiums to Unum on or before their respective due date.  The premium must be paid in United States dollars.

### *WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?*

Premium increases or decreases which take effect during a policy month are adjusted and due on the next premium due date following the change.  Changes will not be pro-rated daily.

Unum will only adjust premium for the current policy year and the prior policy year. In the case of fraud, premium adjustments will be made for all policy years.

### *WHAT INFORMATION DOES UNUM REQUIRE FROM THE POLICYHOLDER?*

The Policyholder must provide Unum with the following on a regular basis:

- information about employees of each participating Member Employer:
  • who are covered;

EMPLOYER-1  (5/1/2004)

- whose amounts of coverage change; and/or
- whose coverage ends;
- occupational information and any other information that may be required to manage a claim; and
- any other information that may be reasonably required.

Policyholder records that, in Unum's opinion, have a bearing on this policy will be available for review by Unum at any reasonable time.

Clerical error or omission by Unum or the Policyholder will not:

- prevent an employee from receiving coverage;
- affect the amount of an insured's coverage; or
- cause an employee's coverage to begin or continue when the coverage would not otherwise be effective.

## WHO CAN CANCEL OR MODIFY THIS POLICY OR A PLAN UNDER THIS POLICY?

This policy or a plan under this policy can be cancelled:

- by Unum; or
- by the Policyholder.

Unum may cancel or modify this policy or a plan if:

- the total number of employees covered under this policy decreases by 25% or more after 120 day notification by Unum; or
- there is less than 100% participation of those eligible employees for an Employer paid plan after 120 day notification by Unum; or
- the Policyholder does not promptly provide Unum with information that is reasonably required; or
- the Policyholder fails to perform any of its obligations that relate to this policy; or
- the premium is not paid in accordance with the provisions of this policy that specify whether the Policyholder, the employee, or both, pay(s) the premiums; or
- the Policyholder fails to pay any portion of the premium within the 180 day **grace period.**

If Unum cancels or modifies this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 120 days prior to the cancellation date or modification date. The Policyholder may cancel this policy or a plan if the modifications are unacceptable. Unless otherwise agreed by the parties, Unum may cancel this policy or a plan effective only on December 31 of a plan year.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify the policy or plan automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay Unum all premium due for the full period each plan is in force.

The Policyholder may cancel this policy or a plan by written notice delivered to Unum at least 120 days prior to the cancellation date. When both the Policyholder and Unum agree, this policy or a plan can be cancelled on an earlier date. If Unum or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

EMPLOYER-2  (5/1/2004)

If this policy or a plan is cancelled, the cancellation will not affect a **payable claim.**

## *PARTICIPATING EMPLOYERS:*

Refer to the listing of Participating Employers on file with the Policyholder.

EMPLOYER-3   (5/1/2004)

Claimant Name: Betty W Bullard     Claim #: 1358453

## CERTIFICATE SECTION

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

CC.FP-1   (5/1/2004)

Claimant Name: Betty W Bullard      Claim #: 1358453

## GENERAL PROVISIONS

### WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum and may include attachments. It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for your Employer in an eligible class, the date you are eligible for coverage is the later of:

- the Employer's plan effective date; or
- the day after you complete your **waiting period**, if any.

### WHEN DOES YOUR COVERAGE BEGIN?

When your Employer pays 100% of the cost of your coverage under a plan, you will be covered at 12:01 a.m. on the date you are eligible for coverage.

When you and your Employer share the cost of your coverage under a plan or when you pay 100% of the cost yourself, you will be covered at 12:01 a.m. on the latest of:

- the date you are eligible for coverage, if you apply for insurance on or before that date;
- the date you apply for insurance, if you apply within 31 days after your eligibility date; or
- the date Unum approves your evidence of insurability form, if **evidence of insurability** is required.

Evidence of insurability is required if you:

- are a late applicant, which means you apply for coverage more than 31 days after the date you are eligible for coverage; or
- voluntarily cancelled your coverage and are reapplying; unless you were on a paid leave of absence and have notified the Policyholder within 31 days from the date you return to active employment.

An evidence of insurability form can be obtained from your Employer or the Policyholder.

NOTE:

**For your Short Term Disability plan:**

If you are a new applicant and you are applying during the initial enrollment period starting on September 15, 2001 and ending on January 1, 2002, if you participated in the Policyholder's Long Term Disability Plan on December 31, 2001, evidence of insurability will not be required during this initial enrollment period. Your coverage will begin on January 1, 2002.

EMPLOYEE-1  (5/1/2004)

### WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness or temporary leave of absence, your coverage will begin on the date you return to **active employment**.

### ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a paid **leave of absence**, and if premium is paid, you will be covered for up to 12 months following the date your paid leave of absence begins.

### WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increase in your coverage due to a change in your weekly/monthly earnings or due to a plan change requested by your Employer will take effect on the date the change is reported to the Policyholder, if you are in active employment or if you are on a covered leave of absence. If you are not in active employment due to injury or sickness, any increase in your coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect on the date reported to the Policyholder, but will not affect a **payable claim** that occurs prior to the decrease.

### WHEN DOES YOUR COVERAGE END?

Your coverage under the policy or a plan ends on the earliest of:

- the date the policy or a plan is cancelled;
- the date your Employer no longer is a participating Employer of the Annuity Board of the Southern Baptist Convention;
- the date you no longer are in an eligible class;
- the date your eligible class is no longer covered;
- the last day of the period for which you or your Employer made any required contributions; or
- the last day you are in active employment except as provided under the covered leave of absence provision.

Unum will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

### WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You can start legal action regarding your claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

EMPLOYEE-2   (5/1/2004)

Claimant Name: Betty W Bullard     Claim #: 1358453

## HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?

Unum considers any statements you, your Employer or the Policyholder make in a signed application for coverage a representation and not a warranty. If any of the material statements you, your Employer or the Policyholder make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

We will use only statements made in a signed application as a basis for doing this. A copy of the statements will be provided to you or your beneficiary. These statements cannot be used to reduce or deny coverage if your coverage has been inforce for at least two years.

However, if the Employer or the Policyholder gives us information about you that is incorrect, we will:

- use the facts to determine if you have coverage under the plan according to the policy provisions and in what amounts; and
- make a fair adjustment of the premium.

## HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you, your Employer and the Policyholder do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

## DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

## DOES THE POLICYHOLDER ACT AS UNUM'S AGENT?

For the purposes of the policy, under no circumstances will the Policyholder be deemed the agent of Unum.

## DOES YOUR EMPLOYER ACT AS UNUM'S AGENT?

Under no circumstances will your Employer be deemed the agent of Unum.

Claimant Name: Betty W Bullard        Claim #: 1358453

# SHORT TERM DISABILITY

## BENEFIT INFORMATION

### HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that:

- you are limited from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in weekly earnings due to the same sickness or injury.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

### HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

You must be continuously disabled through your **elimination period.**

If your disability is the result of an injury that occurs while you are covered under the plan, your elimination period is 14 days.

If your disability is the result of a sickness, your elimination period is 14 days.

### CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?

Yes, provided you meet the definition of disability.

### WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled. We will send you a payment weekly for any period for which Unum is liable.

After the elimination period, if you are disabled for less than 1 week, we will send you 1/7th of your payment for each day of disability.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

1. Multiply your weekly earnings by 60%.
2. The maximum **weekly benefit** is $500.
3. Compare the answer from Item 1 with the maximum weekly benefit. The lesser of these two amounts is your **gross disability payment.**
4. Subtract from your gross disability payment any **deductible sources of income.**

STD-BEN-1   (5/1/2004)

Claimant Name: Betty W Bullard     Claim #: 1358453

The amount figured in Item 4 is your **weekly payment**.

## WHAT ARE YOUR WEEKLY EARNINGS?

"Weekly Earnings" means your gross weekly income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to your date of disability. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a deferred compensation plan, Section 403(b) annuity, Section 125 plan, or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

## WHAT WILL WE USE FOR WEEKLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LEAVE OF ABSENCE?

If you become disabled while you are on a covered leave of absence, we will use your weekly earnings from your Employer in effect just prior to the date your absence begins.

## HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING?

We will send you the weekly payment if you are disabled and your weekly disability earnings, if any, are less than 20% of your weekly earnings.

If you are disabled and your weekly **disability earnings** are from 20% through 80% of your weekly earnings, you will receive payments based on the percentage of income you are losing due to your disability.  We will follow this process to figure your payment:

1. Subtract your disability earnings from your weekly earnings.
2. Divide the answer in Item 1 by your weekly earnings.  This is your percentage of lost earnings.
3. Multiply your weekly payment as shown above by the answer in Item 2.

This is the amount Unum will pay you for each week.

Unum may require you to send proof of your disability earnings each week.  We will adjust your weekly payment based on your disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

## HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings routinely fluctuate widely from week to week, Unum may average your disability earnings over the most recent 3 weeks to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless the average of your disability earnings from the last 3 weeks exceeds 80% of weekly earnings.

STD-BEN-2   (5/1/2004)

We will not pay you for any week during which disability earnings exceed 80% of weekly earnings.

## WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

1. The amount that you receive or are entitled to receive as disability income payments under any:

   - state compulsory benefit act or law.
   - automobile liability insurance policy.
   - other group insurance plan.

2. The amount that you receive:

   - under a salary continuation or accumulated sick leave plan.
   - under Title 46, United States Code Section 688 (The Jones Act).
   - from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise that represents recovery for income replacement (lost wages).

Unum will only subtract deductible sources of income which are payable as a result of the same disability.

## WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans

## WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum weekly payment is: $25.

Unum may apply this amount toward an outstanding overpayment.

However, the minimum weekly payment will not be paid if you are receiving salary continuation or accumulated sick leave payments from your Employer.

STD-BEN-3   (5/1/2004)

### WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?

When we determine that you may qualify for benefits under Item(s) 1 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Short Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1 in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a weekly basis over the time period for which the sum was given. If no time period is stated, the sum will be pro-rated on a weekly basis to the end of the maximum period of payment.

### HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?

Unum will send you a payment each week up to the **maximum period of payment.** Your maximum period of payment is 24 weeks during a continuous period of disability.

### WHEN WILL PAYMENTS STOP?

We will stop sending you payments and your claim will end on the earliest of the following:

- when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan, unless you are eligible to receive benefits under Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to cooperate or participate in Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to submit proof of continuing disability;
- the date your disability earnings exceed the amount allowable under the plan;

STD-BEN-4   (5/1/2004)

- the date you die.

## WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- **occupational sickness or injury**, however, Unum will cover disabilities due to occupational sicknesses or injuries for individuals who are not required to be covered by a workers' compensation law.
- intentionally self-inflicted injuries.
- active participation in a riot.
- loss of a professional license, occupational license or certification.
- commission of a crime for which you have been convicted under state or federal law.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

Unum will not pay a benefit for any period of disability during which you are incarcerated.

## WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

1. If your current disability is related to or due to the same cause(s) as your prior disability for which Unum made a payment:

   Unum will treat your current disability as part of your prior claim and you will not have to complete another elimination period when you are performing any occupation for your Employer on a full time basis for 14 consecutive days or less.

   If you return to work on the 15th day, your current disability will be treated as a new claim. The new claim will be subject to all of the provisions of this plan and you will be required to satisfy a new elimination period.

2. If your current disability is unrelated to your prior disability for which Unum made a payment:

   Unum will treat your current disability as part of your prior claim and you will not have to complete another elimination period when you are performing any occupation for your Employer on a full time basis for less than 1 full day.

Your disability, as outlined above, will be subject to the same terms of the plan as your prior claim.

If you do not satisfy Item 1 or 2 above, your disability will be treated as a new claim and will be subject to all of the policy provisions.

If you are covered under another group short term disability plan on the date of your recurrent disability and are entitled to payments under that plan, you will not be eligible for further payments from Unum.

STD-BEN-5  (5/1/2004)

## SHORT TERM DISABILITY

## OTHER BENEFIT FEATURES

### HOW CAN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM HELP YOU RETURN TO WORK?

Unum has a vocational Rehabilitation and Return to Work Assistance program available to assist you in returning to work. We will determine whether you are eligible for this program. In order to be eligible for rehabilitation services and benefits, you must be medically able to engage in a return to work program.

Your claim file will be reviewed by one of Unum's rehabilitation professionals to determine if a rehabilitation program might help you return to gainful employment. As your file is reviewed, medical and vocational information will be analyzed to determine an appropriate return to work program.

If we determine you are eligible to participate in a Rehabilitation and Return to Work Assistance program, you must participate in order to receive disability benefits. We will provide you with a written Rehabilitation and Return to Work Assistance plan developed specifically for you. You must comply with the terms of the Rehabilitation and Return to Work Assistance plan in order to receive disability benefits.

The rehabilitation program may include, but is not limited to, the following services and benefits:

- coordination with your Employer to assist you to return to work;
- adaptive equipment or job accommodations to allow you to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- education and retraining expenses for a new occupation.

### WHAT ADDITIONAL BENEFITS WILL UNUM PAY WHILE YOU PARTICIPATE IN A REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

We will pay an additional disability benefit of 10% of your gross disability payment to a maximum benefit of $250 per week.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income.

In addition, we will make weekly payments to you for 3 weeks following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

This benefit payment may be paid in a lump sum.

STD-OTR-1  (5/1/2004)

## WHEN WILL REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFITS END?

Benefit payments will end on the earliest of the following dates:

- the date Unum determines that you are no longer eligible to participate in Unum's Rehabilitation and Return to Work Assistance program; or
- any other date on which weekly payments would stop in accordance with this plan.

STD-OTR-2  (5/1/2004)

Claimant Name: Betty W Bullard    Claim #: 1359453

# LONG TERM DISABILITY

## BENEFIT INFORMATION

### HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

### HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

You must be continuously disabled through your **elimination period**. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is the later of:

- 180 days; or
- the date your insured Short Term Disability payments end, if applicable.

### CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?

Yes. If you are working while you are disabled, the days you are disabled will count toward your elimination period.

### WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled. We will send you a payment monthly for any period for which Unum is liable.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

LTD-BEN-1   (5/1/2004)

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $7,500.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

### WILL UNUM EVER PAY MORE THAN 100% OF MONTHLY EARNINGS?

The total benefit payable to you on a monthly basis (including all benefits provided under this plan) will not exceed 100% of your monthly earnings.

### WHAT ARE YOUR MONTHLY EARNINGS?

"Monthly Earnings" means your gross monthly income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to your date of disability. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a deferred compensation plan, Section 403(b) annuity, Section 125 plan, or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

### WHAT WILL WE USE FOR MONTHLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LEAVE OF ABSENCE?

If you become disabled while you are on a covered leave of absence, we will use your monthly earnings from your Employer in effect just prior to the date your absence begins.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING?

We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are 20% or more of your indexed monthly earnings, due to the same sickness or injury, Unum will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

1. Add your monthly disability earnings to your gross disability payment.
2. Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, Unum will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, Unum will subtract the amount over 100% from your monthly payment.

LTD-BEN-2   (5/1/2004)

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1. Subtract your disability earnings from your indexed monthly earnings.
2. Divide the answer in Item 1 by your indexed monthly earnings. This is your percentage of lost earnings.
3. Multiply your monthly payment by the answer in Item 2.

This is the amount Unum will pay you each month.

During the first 24 months of disability payments, if your monthly disability earnings exceed 80% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Beyond 24 months of disability payments, if your monthly disability earnings exceed 60% of your indexed monthly earnings, Unum will stop sending you payments and your claim will end.

Unum may require you to send proof of your monthly disability earnings at least quarterly. We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

## HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings routinely fluctuate widely from month to month, Unum may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If Unum averages your disability earnings, we will not terminate your claim unless:

- During the first 24 months of disability payments, the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings; or
- Beyond 24 months of disability payments, the average of your disability earnings from the last 3 months exceeds 60% of indexed monthly earnings.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

## WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

Unum will subtract from your gross disability payment the following deductible sources of income:

LTD-BEN-3    (5/1/2004)

1. The amount that you receive or are entitled to receive under:

   - a workers' compensation law.
   - an occupational disease law.
   - any other act or law with similar intent.

2. The amount that you receive or are entitled to receive as disability income payments under any:

   - state compulsory benefit act or law.
   - automobile liability insurance policy.
   - other group insurance plan.
   - governmental retirement system as a result of your job with your Employer.

3. The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under:

   - the United States Social Security Act.
   - the Canada Pension Plan.
   - the Quebec Pension Plan.
   - any similar plan or act.

4. The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

5. The amount that you receive under a **salary continuation** or **accumulated sick leave** plan.

6. The amount that you receive from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise that represents recovery for income replacement (lost wages).

Unum will only subtract deductible sources of income which are payable as a result of the same disability.

## WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

Unum will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans

LTD-BEN-4   (5/1/2004)

### WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

Unum may apply this amount toward an outstanding overpayment.

### WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?

Once Unum has subtracted any deductible source of income from your gross disability payment, Unum will not further reduce your payment due to a cost of living increase from that source.

### WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?

When we determine that you may qualify for benefits under Item(s) 1, 2 and 3 in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1, 2 and 3 in the deductible sources of income section and appeal your denial to all administrative levels Unum feels are necessary; and
- sign Unum's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or
- that benefits have been denied and all appeals Unum feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

### HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?

Unum will send you a payment each month up to the **maximum period of payment**. Your maximum period of payment is based on your age at disability as follows:

LTD-BEN-5  (5/1/2004)

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than 60 | To age 65, but not less than 5 years |
| Age 60 through 64 | 5 years |
| Age 65 through 69 | To age 70, but not less than 1 year |
| Age 70 and over | 1 year |

## WHEN WILL PAYMENTS STOP?

We will stop sending you payments and your claim will end on the earliest of the following:

- during the first 24 months of payments, when you are able to work in your regular occupation on a **part-time** basis but you choose not to;
- after 24 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan, unless you are eligible to receive benefits under Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to cooperate or participate in Unum's Rehabilitation and Return to Work Assistance program;
- the date you fail to submit proof of continuing disability;
- after 12 months of payments if you are considered to reside outside the United States or Canada. You will be considered to reside outside these countries when you have been outside the United States or Canada for a total period of 6 months or more during any 12 consecutive months of benefits;
- the date your disability earnings exceed the amount allowable under the plan;
- the date you die.

## WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?

Disabilities, due to sickness or injury, which are primarily based on **self-reported symptoms,** and disabilities due to **mental illness** have a limited pay period up to 24 months.

Unum will continue to send you payments beyond the 24 month period if you meet one or both of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 24 month period, Unum will continue to send you payments during your confinement.

   If you are still disabled when you are discharged, Unum will send you payments for a recovery period of up to 90 days.

   If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, Unum will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to Item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, Unum will send payments during the length of the reconfinement.

LTD-BEN-6  (5/1/2004)

Unum will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

Unum will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

## WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries.
- active participation in a riot.
- loss of a professional license, occupational license or certification.
- commission of a crime for which you have been convicted under state or federal law.
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

Unum will not pay a benefit for any period of disability during which you are incarcerated.

## WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 3 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage unless you have been **treatment free** for 3 consecutive months after your effective date of coverage.

## WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, Unum will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

LTD-BEN-7   (5/1/2004)

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim.  The new claim will be subject to all of the policy provisions.

If you are covered under another group long term disability plan on the date of your recurrent disability and are entitled to payments under that plan, you will not be eligible for further payments from Unum.

LTD-BEN-8   (5/1/2004)

# LONG TERM DISABILITY

# OTHER BENEFIT FEATURES

***WHAT BENEFITS WILL BE PROVIDED TO YOUR FAMILY IF YOU DIE? (Survivor Benefit)***

When Unum receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 3 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none. In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

***WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)***

Unum may send a payment if your disability results from a pre-existing condition if, you were:

- in active employment and insured under the plan on its effective date; and
- insured by the prior policy at the time of change.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the Unum plan; or
2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy Item 1 or 2 above, Unum will not make any payments.

If you satisfy Item 1, we will determine your payments according to the Unum plan provisions.

If you only satisfy Item 2, we will administer your claim according to the Unum plan provisions. However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the Unum plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

LTD-OTR-1   (5/1/2004)

### HOW CAN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM HELP YOU RETURN TO WORK?

Unum has a vocational Rehabilitation and Return to Work Assistance program available to assist you in returning to work. We will determine whether you are eligible for this program. In order to be eligible for rehabilitation services and benefits, you must be medically able to engage in a return to work program.

Your claim file will be reviewed by one of Unum's rehabilitation professionals to determine if a rehabilitation program might help you return to gainful employment. As your file is reviewed, medical and vocational information will be analyzed to determine an appropriate return to work program.

If we determine you are eligible to participate in a Rehabilitation and Return to Work Assistance program, you must participate in order to receive disability benefits. We will provide you with a written Rehabilitation and Return to Work Assistance plan developed specifically for you. You must comply with the terms of the Rehabilitation and Return to Work Assistance plan in order to receive disability benefits.

The rehabilitation program may include, but is not limited to, the following services and benefits:

- coordination with your Employer to assist you to return to work;
- adaptive equipment or job accommodations to allow you to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- education and retraining expenses for a new occupation.

### WHAT ADDITIONAL BENEFITS WILL UNUM PAY WHILE YOU PARTICIPATE IN A REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

We will pay an additional disability benefit of 10% of your gross disability payment to a maximum benefit of $1,000 per month.

This benefit is not subject to policy provisions which would otherwise increase or reduce the benefit amount such as Deductible Sources of Income. However, the Total Benefit Cap will apply.

In addition, we will make monthly payments to you for 3 months following the date your disability ends if we determine you are no longer disabled while:

- you are participating in the Rehabilitation and Return to Work Assistance program; and
- you are not able to find employment.

This benefit payment may be paid in a lump sum.

LTD-OTR-2   (5/1/2004)

### WHEN WILL REHABILITATION AND RETURN TO WORK ASSISTANCE BENEFITS END?

Benefit payments will end on the earliest of the following dates:

- the date Unum determines that you are no longer eligible to participate in Unum's Rehabilitation and Return to Work Assistance program; or
- any other date on which monthly payments would stop in accordance with this plan.

### WHAT ADDITIONAL BENEFIT IS AVAILABLE FOR CHILD CARE EXPENSES IF YOU ARE PARTICIPATING IN UNUM'S REHABILITATION AND RETURN TO WORK ASSISTANCE PROGRAM?

When you are disabled and incurring child care expenses for your dependent child(ren) and participating continuously in Unum's Rehabilitation and Return to Work Assistance program, we will pay the Child Care Expense Benefit Amount. The payment of the Child Care Expense Benefit Amount will begin immediately after you start Unum's rehabilitation program.

*CHILD CARE EXPENSE BENEFIT AMOUNT*

Our payment of the Child Care Expense Benefit Amount will:

1. be $250 per month, per child; and
2. not exceed $1,000 per month for all eligible child care expenses combined.

*CHILD CARE EXPENSE BENEFIT RULES*

The Child Care Expense Benefit will be provided to reimburse your expenses incurred for providing care for your dependent children who are:

1. under the age of 15; or
2. incapable of providing their own care on a daily basis due to their own physical handicap or mental retardation.

To receive this benefit, you must provide satisfactory proof that:

1. you are incurring expenses for child care while participating in Unum's rehabilitation program; and
2. payments for child care have been made to the child care provider.

Child Care Expense Benefits will end on the earlier of the following:

1. the date the dependent child(ren) attain the age of 15;
2. if the dependent child(ren) are mentally retarded or physically handicapped, the date they are no longer:
   a. incapacitated; or
   b. requiring daily care;
3. the date a charge is no longer made by the child care provider;
4. the date you no longer participate in Unum's rehabilitation program; or
5. any other date payments would stop in accordance with this plan.

LTD-OTR-3  (5/1/2004)

## OTHER SERVICES

These services are also available from us as part of your Unum Long Term Disability plan.

### IS THERE A WORK LIFE ASSISTANCE PROGRAM AVAILABLE WITH THE PLAN?

We do provide you and your dependents access to a work life assistance program designed to assist you with problems of daily living.

You can call and request assistance for virtually any personal or professional issue, from helping find a day care or transportation for an elderly parent, to researching possible colleges for a child, to helping to deal with the stress of the workplace. This work life program is available for everyday issues as well as crisis support.

This service is also available to your Employer.

This program can be accessed by a 1-800 telephone number available 24 hours a day, 7 days a week or online through a website.

Information about this program can be obtained through the Policyholder.

### HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?

A worksite modification might be what is needed to allow you to perform the material and substantial duties of your regular occupation with your Employer. One of our designated professionals will assist you and your Employer to identify a modification we agree is likely to help you remain at work or return to work. This agreement will be in writing and must be signed by you, your Employer and Unum.

When this occurs, Unum will reimburse your Employer for the cost of the modification, up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

### HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from Unum's Social Security claimant advocacy program, you must be receiving monthly payments from us. Unum can provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

SERVICES-1    (5/1/2004)

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

SERVICES-2  (5/1/2004)

# GLOSSARY

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Class(es) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation is considered active employment.
Temporary and seasonal workers are excluded from coverage.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your **maximum capacity.**

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from Unum.

**EMPLOYEE** means a person who regularly provides personal services at the Employee's usual and customary place of employment with the Employer or at any other place that the Employer's business requires the Employee to go. The person must be duly recorded as an Employee on the payroll records of the Employer and is compensated for such services by salary or wages.

**EMPLOYER** or "Southern Baptist Employer" means a church, agency or institution affiliated with the Southern Baptist Convention agreeing to participate in an Annuity Board of the Southern Baptist Convention program.

**EVIDENCE OF INSURABILITY** means a statement of your medical history which Unum will use to determine if you are approved for coverage. Evidence of insurability will be at Unum's expense.

**GAINFUL OCCUPATION** means an occupation that is or can be expected to provide you with an income at least equal to 60% of your indexed monthly earnings within 12 months of your return to work.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROSS DISABILITY PAYMENT** means the benefit amount before Unum subtracts deductible sources of income and disability earnings.

**GROUP PLANS** means the portion of the long term and short term disability plans of the Annuity Board of the Southern Baptist Convention which is available to Southern Baptist Employers.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-W) is published by the U.S. Department of Labor. Unum reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-W.

Indexing is only used to determine your percentage of lost earnings while you are disabled and working.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Injury which occurs before you are covered under the plan will be treated as a sickness. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a leave of absence.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified.

- **For Short Term Disability:**

   **MAXIMUM CAPACITY** means, based on your restrictions and limitations, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.

- **For Long Term Disability:**

   **MAXIMUM CAPACITY** means, based on your restrictions and limitations:

   - during the first 24 months of disability, the greatest extent of work you are able to do in your regular occupation, that is reasonably available.

- beyond 24 months of disability, the greatest extent of work you are able to do in any occupation, that is reasonably available, for which you are reasonably fitted by education, training or experience.

**MAXIMUM PERIOD OF PAYMENT** means the longest period of time Unum will make payments to you for any one period of disability.

**MENTAL ILLNESS** means a psychiatric or psychological condition regardless of cause such as schizophrenia, depression, manic depressive or bipolar illness, anxiety, personality disorders and/or adjustment disorders or other conditions. These conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

**MONTHLY BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**MONTHLY EARNINGS** means your gross monthly income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to your date of disability. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a deferred compensation plan, Section 403 (b) annuity, Section 125 plan or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

**MONTHLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

**OCCUPATIONAL SICKNESS OR INJURY** means a sickness or injury that was caused by or aggravated by any employment for pay or profit.

- For Short Term Disability:

   **PART-TIME BASIS** means the ability to work and earn between 20% and 80% of your weekly earnings.

- For Long Term Disability:

   **PART-TIME BASIS** means the ability to work and earn 20% or more of your indexed monthly earnings.

**PARTICIPANT** means a person who meets the eligibility requirements of an eligible class listed in this policy and is participating in the Group Long Term Disability and/or Group Short Term Disability plan of the Annuity Board of the Southern Baptist Convention.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or

GLOSSARY-3   (5/1/2004)

- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**POLICYHOLDER** means the Annuity Board of the Southern Baptist Convention.

**PRE-EXISTING CONDITION** means a condition for which you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines for your condition during the given period of time as stated in the plan.

**RECURRENT DISABILITY** means a disability which is:

- caused by a worsening in your condition; and
- due to the same cause(s) as your prior disability for which Unum made a Long Term Disability payment.

**REGULAR CARE** means:

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving the most appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

- **For Short Term Disability:**

**SALARY CONTINUATION OR ACCUMULATED SICK LEAVE** means continued payments to you by your Employer of all or part of your weekly earnings, after you become disabled as defined by the Policy. This continued payment must be part of an established plan maintained by your Employer for the benefit of all employees covered under the Policy. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account in calculating your weekly payment.

GLOSSARY-4  (5/1/2004)

## - For Long Term Disability:

**SALARY CONTINUATION OR ACCUMULATED SICK LEAVE** means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Policy. This continued payment must be part of an established plan maintained by your Employer for the benefit of all employees covered under the Policy. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account in calculating your monthly payment.

**SELF-REPORTED SYMPTOMS** means the manifestations of your condition which you tell your physician, that are not verifiable using tests, procedures or clinical examinations standardly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headaches, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

**SICKNESS** means an illness or disease. Disability must begin while you are covered under the plan.

**SOUTHERN BAPTIST EMPLOYMENT** means employment with a Southern Baptist Employer (see definition of "Employer").

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25 equally.

**TOTAL COVERED PAYROLL** means the total amount of monthly earnings for which employees are insured under this plan.

**TREATMENT FREE** means you have not received medical treatment, consultation, care or services including diagnostic measures, or taken prescribed drugs or medicines for the pre-existing condition.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible class before you are eligible for coverage under a plan.

**WE, US** and **OUR** means Unum Life Insurance Company of America.

**WEEKLY BENEFIT** means the total benefit amount for which an employee is insured under this plan subject to the maximum benefit.

**WEEKLY EARNINGS** means your gross weekly income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to your date of disability. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a deferred compensation plan, Section 403 (b) annuity, Section 125 plan or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

**WEEKLY PAYMENT** means your payment after any deductible sources of income have been subtracted from your gross disability payment.

GLOSSARY-5  (5/1/2004)

**YOU** means an employee who is eligible for Unum coverage.

**GLOSSARY-6** (5/1/2004)

## UnumProvident's Commitment to Privacy

UnumProvident understands your privacy is important. We value our relationship with you and are committed to protecting the confidentiality of nonpublic personal information (NPI). This notice explains why we collect NPI, what we do with NPI and how we protect your privacy.

### Collecting Information

We collect NPI about our customers to provide them with insurance products and services. This may include telephone number, address, date of birth, occupation, income and health history. We may receive NPI from your applications and forms, medical providers, other insurers, employers, insurance support organizations, and service providers.

### Sharing Information

We share the types of NPI described above primarily with people who perform insurance, business, and professional services for us, such as helping us pay claims and detect fraud. We may share NPI with medical providers for insurance and treatment purposes. We may share NPI with an insurance support organization. The organization may retain the NPI and disclose it to others for whom it performs services. In certain cases, we may share NPI with group policyholders for reporting and auditing purposes. We may share NPI with parties to a proposed or final sale of insurance business or for study purposes. We may also share NPI when otherwise required or permitted by law, such as sharing with governmental or other legal authorities. *When legally necessary, we ask your permission before sharing NPI about you.* Our practices apply to our former, current and future customers.

*Please be assured we do not share your health NPI to market any product or service.* We also do not share any NPI to market non-financial products and services. For example, we do not sell your name to catalog companies.

The law allows us to share NPI as described above (except health information) with affiliates to market financial products and services. The law does not allow you to restrict these disclosures. We may also share with companies that help us market our insurance products and services, such as vendors that provide mailing services to us. We may share with other financial institutions to jointly market financial products and services. *When required by law, we ask your permission before we share NPI for marketing purposes.*

When other companies help us conduct business, we expect them to follow applicable privacy laws. We do not authorize them to use or share NPI except when necessary to conduct the work they are performing for us or to meet regulatory or other governmental requirements.

UnumProvident companies, including insurers and insurance service providers, may share NPI about you with each other.  The NPI might not be directly related to our transaction or experience with you.  It may include financial or other personal information such as employment history.  Consistent with the Fair Credit Reporting Act, we ask your permission before sharing NPI that is not directly related to our transaction or experience with you.

GLB-1  (5/1/2004)

### Safeguarding Information

We have physical, electronic and procedural safeguards that protect the confidentiality and security of NPI. We give access only to employees who need to know the NPI to provide insurance products or services to you.

### Access to Information

You may request access to certain NPI we collect to provide you with insurance products and services. You must make your request in writing and send it to the address below. The letter should include your full name, address, telephone number and policy number if we have issued a policy. If you request, we will send copies of the NPI to you. If the NPI includes health information, we may provide the health information to you through a health care provider you designate. We will also send you information related to disclosures. We may charge a reasonable fee to cover our copying costs.

This section applies to NPI we collect to provide you with coverage. It does not apply to NPI we collect in anticipation of a claim or civil or criminal proceeding.

### Correction of Information

If you believe NPI we have about you is incorrect, please write to us. Your letter should include your full name, address, telephone number and policy number if we have issued a policy. Your letter should also explain why you believe the NPI is inaccurate. If we agree with you, we will correct the NPI and notify you of the correction. We will also notify any person who may have received the incorrect NPI from us in the past two years if you ask us to contact that person.

If we disagree with you, we will tell you we are not going to make the correction. We will give you the reason(s) for our refusal. We will also tell you that you may submit a statement to us. Your statement should include the NPI you believe is correct. It should also include the reason(s) why you disagree with our decision not to correct the NPI in our files. We will file your statement with the disputed NPI. We will include your statement any time we disclose the disputed NPI. We will also give the statement to any person designated by you if we may have disclosed the disputed NPI to that person in the past two years.

### Coverage Decisions

If we decide not to issue coverage to you, we will provide you with the specific reason(s) for our decision. We will also tell you how to access and correct certain NPI.

### Contacting Us

For additional information about UnumProvident's commitment to privacy, please visit www.unumprovident.com/privacy or www.coloniallife.com or write to: Privacy Officer, UnumProvident Corporation, 2211 Congress Street, M347, Portland, Maine 04122. We reserve the right to modify this notice. We will provide you with a new notice if we make material changes to our privacy practices.

*UnumProvident Corporation is providing this notice to you on behalf of the following insuring companies: Unum Life Insurance Company of America, First Unum Life Insurance Company, Provident Life and Accident Insurance Company, Provident Life and Casualty Insurance Company, Colonial Life & Accident*

GLB-2   (5/1/2004)

*Insurance Company, The Paul Revere Life Insurance Company and The Paul Revere Variable Annuity Insurance Company.*

UnumProvident is the marketing brand of, and refers specifically to, UnumProvident Corporation's insuring subsidiaries. © 2003 UnumProvident Corporation.  The name and logo combination is a service mark of UnumProvident Corporation. All rights reserved.

GLB-3  (5/1/2004)

UNUM

**GROUP INSURANCE
SUMMARY OF BENEFITS
NON-PARTICIPATING**

**IDENTIFICATION NUMBER:**     552580 001

**EFFECTIVE DATE OF
COVERAGE:**                    January 1, 2001

**ANNIVERSARY DATE:**          January 1

**GOVERNING JURISDICTION:**    Maine

**Unum Life Insurance Company of America
Insures the lives of**

**participants in the
Annuity Board of the Southern Baptist Convention
EMPLOYER SECURITY PROGRAM**

**under the
Select Group Insurance Trust - Policy No. 292000**

**(Services Industry Fund)**

Unum Life Insurance Company of America (referred to as Unum) will provide benefits
under this Summary of Benefits. Unum makes this promise subject to all of this
Summary of Benefits' provisions.

The Annuity Board of the Southern Baptist Convention should read this Summary of
Benefits carefully and contact Unum promptly with any questions. This Summary of
Benefits is delivered in and is governed by the laws of the governing jurisdiction.

Signed for Unum at Portland, Maine on the Effective Date of Coverage.

President                           Secretary

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Copyright 1993, Unum Life Insurance Company of America

C.FP-2              C.FP-1  (1/1/2001)              BULL0077

Claimant Name: Betty W Bullard     Claim #: 1358879

EXHIBIT B

**This is not a policy of Workers' Compensation Insurance. The Employer does not become a subscriber to the Workers' Compensation system by purchasing this Summary of Benefits and if the Employer is a non-subscriber, the Employer loses those benefits which would otherwise accrue under the Workers' Compensation laws. The Employer must comply with the Workers' Compensation law as it pertains to non-subscribers and the required notifications that must be filed and posted.**

BULL0078

C.FP-2  (1/1/2001)

Claimant Name: Betty W Bullard    Claim #: 1358879

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call Unum's toll-free telephone number for information or to make a complaint at:

**1-800-321-3889**
**OPTION NUMBER 2**

You may also write to Unum at:

Deborah J. Jewett, Manager
Customer Relations
Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may also write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

**PREMIUMS OR CLAIM DISPUTES:**

Should you have a dispute concerning your premium or about a claim, you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance (TDI).

**ATTACH THIS NOTICE TO YOUR SUMMARY OF BENEFITS:**

This notice is for information only and does not become a part or condition of the attached document.

---

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Unum para informacion o para someter una queja al:

**1-800-321-3889**
**OPCION NUMERO 2**

Usted tambien puede escribir a Unum:

Deborah J. Jewett
Gerente de Relaciones al
Cliente
Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
FAX # (512) 475-1771

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**STE AVISO A SU SUMARIO DE BENEFICIOS:**

Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

---

BULL0079

C.FP-3  (1/1/2001)

---

*Claimant Name: Betty W Bullard      Claim #: 1358879*

## TABLE OF CONTENTS

BENEFITS AT A GLANCE  - LIFE INSURANCE PLAN.............................................B@G-LIFE-1

CLAIM INFORMATION - LIFE INSURANCE.............................................LIFE-CLM-1

EMPLOYER PROVISIONS.............................................................EMPLOYER-1

CERTIFICATE SECTION ...................................................................CC.FP-1

GENERAL PROVISIONS ...............................................................EMPLOYEE-1

LIFE INSURANCE  - BENEFIT INFORMATION..............................................LIFE-BEN-1

OTHER BENEFIT FEATURES ..........................................................LIFE-OTR-1

GLOSSARY ...........................................................................GLOSSARY-1

BULL0080

Claimant Name: Betty W Bullard    Claim #: 1358879

# BENEFITS AT A GLANCE

## LIFE INSURANCE PLAN

This life insurance plan provides financial protection for your beneficiary(ies) by paying a benefit in the event of your death. The amount your beneficiary(ies) receive(s) is based on the amount of coverage in effect just prior to the date of your death according to the terms and provisions of the plan. You also have the opportunity to have coverage for your dependents.

**ORIGINAL PLAN
EFFECTIVE DATE:**    January 1, 2001

**PLAN YEAR:**    January 1, 2001 to January 1, 2002 and each following January 1 to January 1

**IDENTIFICATION
NUMBER:**    552580 001 (Employer Security Program)

**ELIGIBLE CLASS(ES):**

Class 1
    All active salaried employees of a church, agency or institution in the United States affiliated with
    the Southern Baptist Convention

Class 2
    Retirees from a church, agency or institution in the United States affiliated with the Southern
    Baptist Convention if offered by the Employer from which they retire

Class 3
    Surviving Dependents previously covered as dependents of a participating employee and
    Dependents of totally disabled employees

Class 4
    Totally disabled employees age 70 and over as of January 1 of the applicable plan year, who
    became disabled on or after January 1, 1999, who elect to continue their life insurance, provided
    that their former Employer is still participating in the plan

    For retirees and individuals who elect to continue their life insurance coverage, certain terms and
    conditions in this life insurance plan are affected as follows:
    - references to "employee" will read "retiree" or "continuee" as it applies
    - references to "active employment" will not apply
    - references to "minimum hours requirement" will not apply
    - references to "waiting period" will not apply

    For totally disabled Class 4 employees, certain terms and conditions in this life insurance plan are
    affected as follows:
    - references to "active employment" will not apply
    - references to "minimum hours requirement" will not apply
    - premium must be paid

**MINIMUM HOURS REQUIREMENT:**

    You must be working at least the number of hours specified by your Employer, but not less than
    20 hours per week.

**WAITING PERIOD:**

    As specified by your Employer

**REHIRE:**

    As specified by your Employer

B@G-LIFE-1   (1/1/2001)                    BULL0081

Claimant Name: Betty W Bullard    Claim #: 1358879

**WHO PAYS FOR THE COVERAGE:**

**For You:**

*Basic Benefit:*

Your Employer's life plan may be 100% contributory, 100% non-contributory or a combination as selected by your Employer.

*Additional Benefit:*

Your Employer's life plan may be 100% contributory, 100% non-contributory or a combination as selected by your Employer.

**For Your Dependents:**

Your Employer's life plan may be 100% contributory, 100% non-contributory or a combination as selected by your Employer.

**LIFE INSURANCE BENEFIT:**

**AMOUNT OF LIFE INSURANCE FOR YOU**

The amount or amounts of Basic and Additional life insurance for you will be determined by the request of your Employer and reflected as approved in accordance with the classes described below excluding Mississippi Baptist Convention Board, Saddleback Community Baptist Church, Tennessee Baptist Children's Home and Annuity Board of the Southern Baptist Convention:

**Full-time employees**

*Basic Benefit:*

(1) A flat amount in increments of $10,000, up to $50,000; or
(2) An amount based on a multiple of annual earnings from 1x to 8x.

*Additional Benefit:*

Depending on your Basic Benefit amount, your Employer may allow you to choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Part-time employees**

*Basic Benefit:*

Not available unless requested by your Employer and approved by the Annuity Board.

If requested:

(1) A flat amount in increments of $10,000, up to $50,000; or
(2) An amount based on a multiple of annual earnings from 1x to 8x.

Claimant Name: Betty W Bullard      Claim #: 1358879

*Additional Benefit:*

Not available unless requested by your Employer and approved by the Annuity Board.

If requested:

Depending on your Basic Benefit amount, your Employer may allow you to choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

## Mississippi Baptist Convention Board

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $500,000

## Saddleback Community Baptist Church

### Class 1 - All full-time active employees of Saddleback Community Baptist Church classified as a member of the Pastors Management Team

*Basic*

3x annual earnings to a maximum of $500,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

### Class 2 - All full-time active employees of Saddleback Community Baptist Church classified as Professional

*Basic*

2x annual earnings to a maximum of $500,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

B@G-LIFE-3  (1/1/2001)                                    BULL0083

Claimant Name: Betty W Bullard      Claim #: 1358879

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Class 3 - All full-time active employees of Saddleback Community Baptist Church classified as Associates**

*Basic*

1x annual earnings to a maximum of $500,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Tennessee Baptist Children's Home**

*Basic*

3x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $500,000.

*Additional* (closed group as of December 1, 2000)

You may choose Additional life coverage in $10,000 benefit units up to a maximum of $50,000.

Your Basic and Additional Benefits combined cannot exceed a maximum of $500,000.

**Annuity Board of the Southern Baptist Convention**

**Class 1 - All employees of the Annuity Board of the Southern Baptist Convention classified as Officers and Employees with a grade level 15 and above who were covered by an Annuity Board sponsored universal life policy as of March 26, 1999**

*Basic*

$50,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

B@G-LIFE-4  (1/1/2001)                                    BULL0084

Claimant Name: Betty W Bullard    Claim #: 1358879

**Class 2 - All other full-time active employees of the Annuity Board of the Southern Baptist Convention**

*Basic*

4x annual earnings to a maximum of $500,000

*Additional*

You may choose Additional life coverage in amounts based on a multiple of annual earnings from 1x to 8x.

Your Basic and Additional Benefits combined cannot exceed a maximum of the lesser of:

- 8x annual earnings; or
- $500,000.

All amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

**Union University**

3x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $60,000

**Missionary Assistance Program**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**Kentucky Baptist Foundation**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**WMU of Kentucky**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**FBC Montgomery**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

**Kentucky Assemblies**

4x annual earnings, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof, to a maximum of $100,000

AMOUNT OF LIFE INSURANCE AVAILABLE IF YOU BECOME INSURED AT CERTAIN AGES OR HAVE REACHED CERTAIN AGES WHILE INSURED

**Active employees of Mississippi Baptist Convention Board**

On January 1st, following your 65th birthday, your total amount of life insurance will reduce to the greater of:

- 65% of your amount of life insurance in force, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof; or
- $50,000.

If your total amount of life insurance is less than $50,000, your amount will not reduce.

B@G-LIFE-5  (1/1/2001)                         BULL0085

Claimant Name: Betty W Bullard        Claim #: 1358879

Claimant Name: Betty W Bullard        Claim #: 1358453

**All other active employees of participating Employers**

On January 1st, following your 65th birthday, your total amount of life insurance will reduce to the greater of:

- 65% of your amount of life insurance in force, rounded to the next higher multiple of $1,000, if not already an exact multiple thereof; or
- $20,000.

If your total amount of life insurance is less than $20,000, your amount will not reduce.

## AMOUNT OF LIFE INSURANCE AVAILABLE IF YOU RETIRE

**Mississippi Baptist Convention Board**

If you retire, your life insurance will reduce to the lesser of:

- your amount in force at retirement; or
- $50,000.

**Baptist Standard**

If you retire, and you have less than 10 years of service with your Employer, your life insurance coverage will terminate of your retirement date.

If you retire and you have 10 or more years of service with your Employer, your amount of life insurance coverage will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

**FBC Roanoke**

If you retire, your life coverage will terminate on your retirement date.

**Southwestern Baptist Theological Seminary**

**Employees hired prior to January 1, 1985**

If you retire, your amount of life insurance coverage will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000. Once you make this election, your amount may not be increased.

**Employees hired on or after January 1, 1985**

If you retire, your amount of life insurance coverage will reduce on your retirement date to $5,000.

Any elections made for Spouse life and Child life insurance will terminate on your retirement date.

BULL0086

B@G-LIFE-6   (1/1/2001)

Claimant Name: Betty W Bullard    Claim #: 1358879

Claimant Name: Betty W Bullard    Claim #: 1358453

**LA Baptist Convention**

If you retire, your amount of life insurance coverage will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

Any elections made for Spouse life and Child life insurance will terminate on your retirement date.

**Tennessee Baptist Children's Home**

If you retire, your amount of life insurance will reduce on the January 1st following your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000.

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

**Annuity Board of the Southern Baptist Convention**

If you retire, your amount of life insurance will reduce according to the following schedule:

| Years of Participation | | Life Insurance Amount |
|---|---|---|
| More Than: | Less Than: | |
| 0 | 1 | $ 1,000 |
| 1 | 2 | $ 2,000 |
| 2 | 3 | $ 4,000 |
| 3 | 4 | $ 6,000 |
| 4 | 5 | $ 8,000 |
| 5 | 6 | $10,000 |
| 6 | 7 | $12,000 |
| 7 | 8 | $14,000 |
| 8 | 9 | $16,000 |
| 9 | 10 | $18,000 |
| 10 | | $20,000 |

In no event will your amount of life insurance (Basic and Additional Benefits combined) exceed the lesser of:

- your amount in force at retirement; or
- $20,000.

If your amount of life insurance reduces to less than $20,000, you can elect Additional life insurance up to a maximum of $20,000 (this amount would include your reduced amount)

**All other Employees of participating Employers that offer Retiree Life benefits as requested by your Employer and reflected as approved in the Annuity Board's records**

If you retire, your amount of life insurance will reduce on your retirement date to the lesser of:

- your amount in force at retirement; or
- $20,000

You can elect less coverage in multiples of $5,000.
Once you make this election, your amount may not be increased.

BULL0087

B@G-LIFE-7  (1/1/2001)

Claimant Name: Betty W Bullard     Claim #: 1358879

Name: Betty W Bullard     Claim #: 1358453

EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR INSURANCE (BASIC AND ADDITIONAL BENEFITS COMBINED) OVER:

- Basic Benefit amounts that exceed 4x annual earnings; or
- any Additional Benefit amounts.

## AMOUNT OF LIFE INSURANCE FOR YOUR DEPENDENTS

The amount of dependent life insurance for your dependents will be determined by the request of your Employer and reflected as approved in the Annuity Board records in accordance with the benefits described below excluding Saddleback Community Baptist Church, Tennessee Baptist Children's Home and the Annuity Board of the Southern Baptist Convention:

Spouse:

*Basic Benefit* (if requested by your Employer and approved by the Annuity Board):

Option A - $5,000

Option B - $10,000

Option C - $15,000

Option D - $20,000

Option E - $25,000

*Additional Benefit* (if requested by your Employer and approved by the Annuity Board):

Amounts in $5,000 benefit units

EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR SPOUSE'S INSURANCE OVER:

Any amount applied for over your Dependent Spouse's Basic life insurance amount.

OVERALL MAXIMUM BENEFIT OF LIFE INSURANCE FOR YOUR SPOUSE (BASIC AND ADDITIONAL BENEFITS COMBINED):

$100,000

EXCEPT FOR CERTAIN BENEFIT SCHEDULES ESTABLISHED PRIOR TO JANUARY 1, 2001, AS REFLECTED IN THE RECORDS OF THE ANNUITY BOARD, THE FOLLOWING RULES APPLY:

THE AMOUNT OF LIFE INSURANCE FOR A DEPENDENT WILL NOT BE MORE THAN 50% OF YOUR AMOUNT OF LIFE INSURANCE. IN NO EVENT WILL YOUR DEPENDENT AMOUNT REDUCE TO LESS THAN $5,000.

Child:

If requested by your Employer and approved by the Annuity Board:

14 days to age 19 or to age 25 if a full-time student: $10,000

Saddleback Community Baptist Church

Class 1 - All full-time active employees of Saddleback Community Baptist Church classified as a member of the Pastors Management Team

Spouse

50% of your life insurance amount, to a maximum of $100,000

Children

BULL0088

B@G-LIFE-8  (1/1/2001)

Claimant Name: Betty W Bullard     Claim #: 1358879

Betty W Bullard     Claim #: 1358453

14 days to age 19 or to age 25 if a full-time student: $10,000

**Class 2 - All full-time active employees of Saddleback Community Baptist Church classified as Professional**

Spouse

$5,000

Children

14 days to age 19 or to age 25 if a full-time student: $10,000

**Class 3 - All full-time active employees of Saddleback Community Baptist Church classified as Associates**

Spouse

$5,000

Children

14 days to age 19 or to age 25 if a full-time student: $10,000

**Tennessee Baptist Children's Home**

Basic

Spouse

$5,000

Children

14 days to age 19 or to age 25 if a full-time student: $10,000

*Additional* (Closed group as of January 1, 2001)

Spouse

$10,000

Children

14 days to age 19 or to age 25 if a full-time student: $5,000

**Annuity Board of the Southern Baptist Convention**

**Class 1 - All employees of the Annuity Board of the Southern Baptist Convention classified as Officers and Employees with a grade level 15 and above who were covered by an Annuity Board sponsored universal life policy as of March 28, 1999**

*Basic*

Spouse

$50,000

Children

14 days to age 19 or to age 25 if a full-time student: $10,000

B@G-LIFE-9  (1/1/2001)                              BULL0089

Claimant Name: Betty W Bullard    Claim #: 1358879

*Additional*

    **Spouse only**

    Amounts in $5,000 benefit units, not to exceed a maximum of $50,000

    Overall maximum (Basic and Additional Benefits combined) cannot exceed $100,000

**Class 2 – All other full-time active employees of the Annuity Board of the Southern Baptist Convention**

*Basic*

    **Spouse**

        50% of your life insurance amount, to a maximum of $50,000

    **Child**

        14 days to age 19 or to age 25 if a full-time student: $10,000

*Additional*

    **Spouse only**

    Amounts in $5,000 benefit units, not to exceed a maximum of $50,000

    Overall maximum (Basic and Additional Benefits combined) cannot exceed $100,000

**OTHER FEATURES:**

    Accelerated Benefit

    Conversion

    Portability

The above items are only highlights of this plan. For a full description of your coverage, continue reading your certificate of coverage section.

**NOTE:** Additional levels of coverage established prior to January 1, 2001, are effective with respect to certain Employers as reflected in the records of the Annuity Board of the Southern Baptist Convention.

BULL0090

B@G-LIFE-10  (1/1/2001)

*Claimant Name: Betty W Bullard*    *Claim #: 1358879*

*Claimant Name: Betty W Bullard*    *Claim #: 1358453*

## CLAIM INFORMATION

## LIFE INSURANCE

### *WHEN DO YOU OR YOUR AUTHORIZED REPRESENTATIVE NOTIFY UNUM OF A CLAIM?*

We encourage you or your authorized representative to notify us as soon as possible, so that a claim decision can be made in a timely manner.

If a claim is based on death, written notice and proof of claim must be sent no later than 90 days after the date of death.

If it is not possible to give proof within this time limit, it must be given no later than 1 year after the proof is required as specified above. These time limits will not apply during any period you or your authorized representative lacks the legal capacity to give us proof of claim.

The claim form is available from your Employer, or you or your authorized representative can request a claim form from us. If you or your authorized representative does not receive the form from Unum within 15 days of the request, send Unum written proof of claim without waiting for the form.

### *WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?*

Proof of claim, provided at your or your authorized representative's expense, must show the cause of death. Also a certified copy of the death certificate must be given to us.

In some cases, you will be required to give Unum authorization to obtain additional medical and non-medical information as part of your proof of claim. Unum will deny your claim if the appropriate information is not submitted.

### *WHEN CAN UNUM REQUEST AN AUTOPSY?*

In the case of death, Unum will have the right and opportunity to request an autopsy where not forbidden by law.

### *HOW DO YOU DESIGNATE OR CHANGE A BENEFICIARY? (Beneficiary Designation)*

At the time you become insured, you should name a beneficiary on your enrollment form for your death benefits under your life insurance. You may change your beneficiary at any time by filing a form approved by Unum with the Annuity Board of the Southern Baptist Convention through your Employer. The new beneficiary designation will be effective as of the date you sign that form. However, if we have taken any action or made any payment before your Employer receives that form, that change will not go into effect.

It is important that you name a beneficiary and keep your designation current. If more than one beneficiary is named and you do not designate their order or share of payments, the beneficiaries will share equally. The share of a beneficiary who dies before you, or the share of a beneficiary who is disqualified, will pass to any surviving beneficiaries in the order you designated.

LIFE-CLM-1  (1/1/2001)                                   **BULL0091**

---

Claimant Name: Betty W Bullard     Claim #: 1358979

If you do not name a beneficiary, or if all named beneficiaries do not survive you, or if your named beneficiary is disqualified, your death benefit will be paid to your estate.

Instead of making a death payment to your estate, Unum has the right to make payment to the first surviving family members of the family members in the order listed below:

- spouse;
- child or children;
- mother or father; or
- sisters or brothers.

If we are to make payments to a beneficiary who lacks the legal capacity to give us a release, Unum may pay up to $2,000 to the person or institution that appears to have assumed the custody and main support of the beneficiary. Also, at Unum 's option, we may pay up to $1,000 to the person or persons who, in our opinion, have incurred expenses for your last sickness and death. These payments made in good faith satisfy Unum 's legal duty to the extent of any such payments and reduces the remaining benefit payable by Unum .

If your spouse or your child dies while covered by dependent life insurance under this plan, benefits will be payable to you.

In addition, if you do not survive your spouse, and dependent life coverage is continued, then your surviving spouse should name a beneficiary according to the requirements specified above for you.

## HOW WILL UNUM MAKE PAYMENTS?

If your or your dependent's life claim is at least $10,000, Unum will make available to the beneficiary a retained asset account (the Unum Security Account).

Payment for the life claim may be accessed by writing a draft in a single sum or drafts in smaller sums. The funds for the draft or drafts are fully guaranteed by Unum.

If the life claim is less than $10,000, Unum will pay it in one lump sum to you or your beneficiary.

Also, you or your beneficiary may request the life claim to be paid according to one of Unum's other settlement options. This request must be in writing in order to be paid under Unum's other settlement options.

If you do not survive your spouse, and dependent life coverage is continued, then your surviving spouse's death claim will be paid to your surviving spouse's beneficiary.

All other benefits will be paid to you.

LIFE-CLM-2  (1/1/2001)                          BULL0092

## WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

- fraud; and
- any error Unum makes in processing a claim.

You must reimburse us in full. We will determine the method by which the repayment is to be made.

Unum will not recover more money than the amount we paid you.

## WHAT ARE YOUR ASSIGNABILITY RIGHTS FOR THE DEATH BENEFITS UNDER YOUR LIFE INSURANCE? (Assignability Rights)

The rights provided to you by the plan for life insurance are owned by you, unless:

- you have previously assigned these rights to someone else (known as an "assignee"); or
- you assign your rights under the plan(s) to an assignee.

We will recognize an assignee as the owner of the rights assigned only if:

- the assignment is in writing, signed by you, and acceptable to us in form; and
- a signed or certified copy of the written assignment has been received and registered by us at our home office.

We will not be responsible for the legal, tax or other effects of any assignment, or for any action taken under the plan(s') provisions before receiving and registering an assignment.

LIFE-CLM-3  (1/1/2001)

BULL0093

Claimant Name: Betty W Bullard     Claim #: 1358879

## EMPLOYER PROVISIONS

### WHAT DOES THIS SUMMARY OF BENEFITS CONSIST OF FOR THE EMPLOYER?

This Summary of Benefits consists of:

- all Summary of Benefits' provisions and any amendments and/or attachments issued;
- the Annuity Board of the Southern Baptist Convention's Participation Agreement;
- each employee's application for insurance (employee retains his own copy as reflected in the records of the Annuity Board); and the certificate of coverage issued for each employee of the Employer.

This Summary of Benefits may be changed in whole or in part. Only an officer or a registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to this Summary of Benefits. No other person, including an agent, may change this Summary of Benefits or waive any part of it.

### WHAT IS THE COST OF THIS INSURANCE?

## LIFE INSURANCE

Premium payments are *required* for an insured while he or she is disabled under this plan.

The initial premium for each plan is based on the initial rate(s) shown in the Rate Information Amendment(s).

### INITIAL RATE GUARANTEE AND RATE CHANGES

Refer to the Rate Information Amendment(s).

### WHEN IS PREMIUM DUE FOR THIS SUMMARY OF BENEFITS?

Premium Due Dates:  Premium due dates are based on the Premium Due Dates shown in the Rate Information Amendment(s).

The **Annuity Board of the Southern Baptist Convention** must send all premiums to Unum on or before their respective due date. The premium must be paid in United States dollars.

### WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?

Premium increases or decreases which take effect during an insurance month are adjusted and due on the next premium due date following the change. Changes will not be pro-rated daily.

If premiums are paid on other than a monthly basis, premiums for increases and decreases will result in a monthly pro-rated adjustment on the next premium due date.

Unum will only adjust premium for the current plan year and the prior plan year. In the case of fraud, premium adjustments will be made for all plan years.

EMPLOYER-1  (1/1/2001)                    BULL0094

### WHAT INFORMATION DOES UNUM REQUIRE FROM THE ANNUITY BOARD OF THE SOUTHERN BAPTIST CONVENTION?

The Annuity Board of the Southern Baptist Convention must provide Unum with the following on a regular basis:

- information about employees of each participating member Employer:
  - who are covered;
  - whose amounts of coverage change; and/or
  - whose coverage ends; and
- any other information that may be reasonably required.

Annuity Board of the Southern Baptist Convention records that, in Unum's opinion, have a bearing on this Summary of Benefits will be available for review by Unum at any reasonable time.

Clerical error or omission by Unum or the Annuity Board will not:

- prevent an employee from receiving coverage;
- affect the amount of an insured's coverage; or
- cause an employee's coverage to begin or continue when the coverage would not otherwise be effective.

### WHO CAN CANCEL OR MODIFY THIS SUMMARY OF BENEFITS OR A PLAN UNDER THIS SUMMARY OF BENEFITS?

This Summary of Benefits or a plan under this Summary of Benefits can be cancelled:

- by Unum ; or
- by the Annuity Board of the Southern Baptist Convention.

### WHO CAN CANCEL OR MODIFY THIS SUMMARY OF BENEFITS OR A PLAN UNDER THIS SUMMARY OF BENEFITS?

This Summary of Benefits or a plan under this Summary of Benefits can be cancelled:

- by Unum ; or
- by the Annuity Board of the Southern Baptist Convention.

Unum may cancel or modify this Summary of Benefits or a plan if:

- there is less than 100% participation of those eligible employees for an Employer paid plan after 90 day notification by Unum; or
- there is less than 75% participation of those eligible employees who pay all or part of the premium for a plan after 90 day notification by Unum; or
- the Annuity Board of the Southern Baptist Convention does not promptly provide Unum with information that is reasonably required; or
- the Annuity Board of the Southern Baptist Convention fails to perform any of its obligations that relate to this Summary of Benefits; or
- the premium is not paid in accordance with the provisions of this Summary of Benefits that specify whether the Annuity Board of the Southern Baptist Convention, the employee or both, pay the premiums; or

EMPLOYER-2  (1/1/2001)                    BULL0095

Claimant Name: Betty W Bullard    Claim #: 1358879

- the Annuity Board of the Southern Baptist Convention fails to pay any premium within the 90 day **grace period**.

If Unum cancels or modifies this Summary of Benefits or a plan, for reasons other than the Annuity Board of the Southern Baptist Convention's failure to pay premium, a written notice will be delivered to the Annuity Board of the Southern Baptist Convention at least 90 days prior to the cancellation date. Unless otherwise agreed by the parties, Unum may cancel this Summary of Benefits effective only on December 31 of a plan year.

If any portion of the premium is not paid during the grace period, Unum will either cancel or modify this Summary of Benefits or a plan automatically at the end of the grace period. The Annuity Board of the Southern Baptist Convention is liable for premium for coverage during the grace period. The Annuity Board of the Southern Baptist Convention must pay Unum all premium due for the full period each Summary of Benefits is in force.

The Annuity Board of the Southern Baptist Convention may cancel this Summary of Benefits or a plan by written notice delivered to Unum at least 90 days prior to the cancellation date. When both the Annuity Board of the Southern Baptist Convention and Unum agree, this Summary of Benefits can be cancelled on an earlier date. If Unum or the Annuity Board of the Southern Baptist Convention cancels this Summary of Benefits or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this Summary of Benefits or a plan is cancelled, the cancellation will not affect a payable claim incurred during the term of this Summary of Benefits.

### PARTICIPATING EMPLOYERS:

Refer to contract file correspondence for a listing of participating Employers.

EMPLOYER-3  (1/1/2001)

BULL0096

## CERTIFICATE SECTION

Unum Life Insurance Company of America (referred to as Unum) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured.   You will want to read it carefully and keep it in a safe place.

Unum has written your certificate of coverage in plain English.   However, a few terms and provisions are written as required by insurance law.   If you have any questions about any of the terms and provisions, please consult Unum's claims paying office. Unum will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the Summary of Benefits (issued to the Annuity Board of the Southern Baptist Convention), the Summary of Benefits will govern.  The Summary of Benefits may be changed in whole or in part.  Only an officer or registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to the Summary of Benefits.  Any other person, including an agent, may not change the Summary of Benefits or waive any part of it.

The Summary of Benefits is delivered in and is governed by the laws of the governing jurisdiction.  When making a benefit determination under the Summary of Benefits, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the Summary of Benefits.

For purposes of effective dates and ending dates under the group Summary of Benefits, all days begin at 12:01 a.m. and end at 12:00 midnight at the Annuity Board of the Southern Baptist Convention's address.

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

BULL0097

CC.FP-1  (1/1/2001)

Claimant Name: Betty W Bullard     Claim #: 1358879

## GENERAL PROVISIONS

### *WHAT IS THE CERTIFICATE OF COVERAGE?*

This certificate of coverage is a written statement prepared by Unum and may include attachments. It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### *WHEN ARE YOU ELIGIBLE FOR COVERAGE?*

If you are working for your Employer in an eligible class, the date you are eligible for coverage is the later of:

- the Employer's plan effective date; or
- the day after you complete your waiting period, if any.

### *WHEN DOES YOUR COVERAGE BEGIN?*

When your Employer pays 100% of the cost of your coverage under a plan, you will be covered at 12:01 a.m. on the later of:

- the date you are eligible for coverage; or
- the date Unum approves your evidence of insurability form, if **evidence of insurability is required.**

When you and your Employer share the cost of your coverage under a plan or when you pay 100% of the cost yourself, you will be covered at 12:01 a.m. on the latest of:

- the date you are eligible for coverage, if you apply for insurance on or before that date;
- the date you apply for insurance, if you apply within 31 days after your eligibility date; or
- the date Unum approves your evidence of insurability form, if evidence of insurability is required.

Evidence of insurability is required if you:

- apply for any amount of life insurance over the amount shown in the LIFE INSURANCE **"BENEFITS AT A GLANCE"** page; or
- are a late applicant, which means you apply for coverage more than 31 days after the date you are eligible for coverage; or
- voluntarily cancelled your coverage and are reapplying.

An evidence of insurability form can be obtained from your Employer.

### *WHEN CAN YOU APPLY FOR LIFE INSURANCE COVERAGE IF YOU APPLY MORE THAN 31 DAYS AFTER YOUR ELIGIBILITY DATE? (Late Entrants)*

You can apply for life insurance coverage at anytime during the plan year. Evidence of insurability is required for any amount of insurance.

EMPLOYEE-1  (1/1/2001)                          BULL0098

Claimant Name: Betty W Bullard      Claim #: 1358879

Coverage will begin at 12:01 a.m. on the date Unum approves your evidence of insurability form.

### WHEN CAN YOU CHANGE YOUR ADDITIONAL COVERAGE? (This does not apply to Late Entrants)

You can change your coverage by applying for different additional benefits at anytime during the plan year.

Evidence of insurability is required if you increase your coverage by any level.

If you are not approved for the increase in your coverage, you will automatically remain at the same amount you had prior to applying for the increase.

A change in coverage that is made at anytime during the plan year will begin at 12:01 a.m. on the date Unum approves your evidence of insurability form.

An evidence of insurability form can be obtained from your Employer.

### WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness or leave of absence, your coverage will begin on the date you return to active employment.

### ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE NOT WORKING DUE TO INJURY OR SICKNESS?

If you are not working due to injury or sickness, are not totally disabled, and if premium is paid, you may continue to be covered for up to nine (9) months.

### ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU BECOME "TOTALLY DISABLED"?

If you become totally disabled prior to age 60, and have been unable to work for nine (9) months, you may qualify for continuation of coverage provided by the Annuity Board of the Southern Baptist Convention. Life insurance coverage would be continued during the period of total disability without cost to you. This coverage, provided by the Annuity Board of the Southern Baptist Convention, for which contributions are not required, would end on the January 1 following the date you reach age 70, unless you resume making monthly payments or you became disabled prior to January 1, 1999. Please contact the Annuity Board of the Southern Baptist Convention for more information about coverage during total disability.

EMPLOYEE-2  (1/1/2001)                                    BULL0099

Claimant Name: Betty W Bullard     Claim #: 1358879

## ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a leave of absence, and if premium is paid, you will be covered through the end of the twelfth month that immediately follows the month in which your leave of absence begins.

## HOW LONG WILL COVERAGE CONTINUE IF YOU ARE SEEKING NEW EMPLOYMENT?

If you leave the Southern Baptist Service and you are actively seeking Southern Baptist Employment, and if premium is paid, you will be covered for up to twelve (12) months.

## WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage due to a plan change will take effect on the date the change occurs or on the date Unum approves your evidence of insurability form, if evidence of insurability is required.

Once your coverage begins, any increased or additional coverage due to a change in your annual earnings will take effect on the date the Annuity Board receives notice of your annual earnings change or on the date Unum approves your evidence of insurability form, if evidence of insurability is required.

If you are not in active employment, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately but will not affect a payable claim that occurs prior to the decrease.

## IS EVIDENCE OF INSURABILITY REQUIRED IF YOU RECEIVE AN INCREASE IN YOUR ANNUAL EARNINGS?

**Basic Benefit**

Evidence of insurability is not required for any increase in your basic life insurance amount due to an increase in your annual earnings.

**Additional Benefit (if available)**

If you previously were declined coverage, evidence of insurability is required for any increases until Unum approves your evidence of insurability form. Evidence of insurability is also required for any increased amount of life insurance in excess of the lesser of 15% or $50,000 or if you have not submitted evidence of insurability within the last two years.

If you are not in active employment, this change in coverage due to a change in your annual earnings will begin on the date you return to active employment.

EMPLOYEE-3  (1/1/2001)            BULL0100

Claimant Name: Betty W Bullard    Claim #: 1358879

## WHEN DOES YOUR COVERAGE END?

Your coverage under the Summary of Benefits or a plan ends on the earliest of:

- the date the Summary of Benefits or a plan is cancelled;
- the date your Employer no longer is a participating Employer of the Annuity Board of the Southern Baptist Convention;
- the date you no longer are in an eligible class;
- the date your eligible class is no longer covered;
- the last day of the period for which you or your Employer made any required contributions; or
- the last day you are in active employment unless continued due to a leave of absence or due to an injury or sickness or due to retirement or seeking new employment, as described in this certificate of coverage.

Unum will provide coverage for a payable claim which occurs while you are covered under the Summary of Benefits or plan.

## WHEN ARE YOU ELIGIBLE TO ELECT DEPENDENT COVERAGE?

Dependent coverage is not available unless requested by your Employer and approved by the Annuity Board.

If you elect coverage for yourself or are insured under the plan, you are eligible to elect dependent coverage for your spouse only, your dependent children only or both (to the extent available).

## WHEN ARE YOUR DEPENDENTS ELIGIBLE FOR COVERAGE?

The date your dependents are eligible for coverage is the later of:

- the date your insurance begins; or
- the date you first acquire a dependent.

## WHAT DEPENDENTS ARE ELIGIBLE FOR COVERAGE?

The following dependents are eligible for coverage under the plan:

- Your lawful spouse, including a legally separated spouse. You may not cover your spouse as a dependent if your spouse is enrolled for coverage as an employee.

- Your unmarried children from 14 days but less than age 19.

- Your unmarried dependent children age 19 or over but under age 25 also are eligible if they are full-time students at an accredited school.

- your unmarried dependent children age 19 or over are eligible, provided they are unable to earn a living because of a physical or mental disability and you are the main source of support and maintenance.

Unum must receive proof within 31 days of the later of:

- the date the child attains age 19; or

EMPLOYEE-4  (1/1/2001)                                    BULL0101

Claimant Name: Betty W Bullard     Claim #: 1358879

- the date the child becomes physically or mentally disabled while still meeting the dependent eligibility requirements,

and as required during the first two years. After the first two years, Unum will ask for proof when needed, but not more than once a year.

Children include your own natural offspring, lawfully adopted children and stepchildren. They also include foster children and other children who are dependent on you for main support and living with you in a regular parent-child relationship. A child will be considered adopted on the date of placement in your home.

No dependent child may be covered by more than one employee in the plan through the same Employer.

No dependent child can be covered as both an employee and a dependent through the same Employer.

## WHEN DOES YOUR DEPENDENT COVERAGE BEGIN?

When your Employer pays 100% of the cost of your dependent coverage under a plan, your dependent will be covered at 12:01 a.m. on the later of:

- the date they are eligible for coverage; or
- the date Unum approves your dependent's evidence of insurability form, if evidence of insurability is required.

When you and your Employer share the cost of your dependent coverage under a plan or when you pay 100% of the cost yourself, your dependents will be covered at 12:01 a.m. on the latest of:

- the date your dependents are eligible for coverage, if you apply for insurance on or before that date;
- the date you apply for dependent insurance, if you apply within 31 days after your dependents' eligibility date; or
- the date Unum approves your dependent's evidence of insurability form, if evidence of insurability is required.

Evidence of insurability is required if:

- you apply for any amount of dependent life insurance over the amount shown in the LIFE INSURANCE "BENEFITS AT A GLANCE" page; or
- your dependents are late applicants, which means you apply for dependent coverage more than 31 days after the date your dependents are eligible for coverage; or
- you voluntarily cancelled your dependent coverage and are reapplying; or
- you declined your dependent coverage and now are applying.

An evidence of insurability form for your dependents can be obtained from your Employer.

BULL0102

**EMPLOYEE-5  (1/1/2001)**

Claimant Name: Betty W Bullard     Claim #: 1358879

## WHEN CAN YOU APPLY FOR DEPENDENT COVERAGE IF YOU APPLY MORE THAN 31 DAYS AFTER YOUR ELIGIBILITY DATE? (Late Entrants)

You can apply for dependent coverage at anytime during the plan year. Evidence of insurability is required for any amount of dependent life insurance.

Coverage for your dependent's will begin at 12:01 a.m. on the date Unum approves your dependent's evidence of insurability form.

## WHEN CAN YOU CHANGE YOUR DEPENDENT COVERAGE?

You can change your dependent coverage at anytime during the plan year. Evidence of insurability is required if you increase your dependent coverage by any level.

If your dependent is not approved for the increase, your dependent will automatically remain at the same amount they had prior to applying for the increase.

A change in coverage that is made at anytime during the plan year will begin at 12:01 a.m. on the date Unum approves your dependent's evidence of insurability form.

An evidence of insurability form for your dependents can be obtained from your Employer.

## WHAT IF YOUR SPOUSE IS TOTALLY DISABLED ON THE DATE YOUR SPOUSE'S COVERAGE WOULD NORMALLY BEGIN?

If your eligible spouse is totally disabled, your spouse's coverage will begin on the date your eligible spouse no longer is totally disabled.

## WHEN WILL CHANGES TO YOUR DEPENDENT'S COVERAGE TAKE EFFECT?

Once your dependent's coverage begins, any increased or additional coverage due to a plan change will take effect on the date the plan change occurs or on the date Unum approves your dependent's evidence of insurability form, if evidence of insurability is required, provided your dependent is not totally disabled. You must be in active employment or on a leave of absence.

If you are not in active employment, any increased or additional dependent coverage due to a plan change will begin on the date you return to active employment.

If your dependent is totally disabled, any increased or additional dependent coverage will begin on the date your dependent is no longer totally disabled.

Any decrease in coverage will take effect immediately but will not affect a payable claim that occurs prior to the decrease.

EMPLOYEE-6   (1/1/2001)

BULL0103

Claimant Name: Betty W Bullard     Claim #: 1358879

## WHEN DOES YOUR DEPENDENT'S COVERAGE END?

Your dependent's coverage under the Summary of Benefits or a plan ends on the earliest of:

- the date the Summary of Benefits or a plan is cancelled;
- the date your Employer no longer is a participating Employer of the Annuity Board of the Southern Baptist Convention's Employer Security Program;
- the date you no longer are in an eligible class;
- the date your eligible class is no longer covered;
- the date of your death, unless your surviving dependents elect to continue coverage as described below;
- the last day of the period for which you or your Employer made any required contributions; or
- the last day you are in active employment unless continued due to a leave of absence or due to an injury or sickness or due to retirement or seeking new employment, as described in this certificate of coverage.

Coverage for any one dependent will end on the earliest of:

- the date your coverage under a plan ends;
- the date your dependent ceases to be an eligible dependent;
- for a spouse, the date of divorce or annulment.

Unum will provide coverage for a payable claim which occurs while your dependents are covered under the Summary of Benefits or plan.

## WILL COVERAGE CONTINUE FOR A CHILD WHOSE COVERAGE WOULD HAVE OTHERWISE ENDED DUE TO AGE LIMITS WHO BECAME DISABLED WHILECOVERED UNDER THE PLAN?

Coverage will be continued for a child whose coverage would have otherwise ended due to age limits who became physically or mentally disabled while covered under the plan provided:

- the child is unmarried;
- the disability was acquired before the child's coverage would have ended;
- the child is incapable of self-support and remains so incapable;
- you are the main source of support and maintenance.

Unum must receive proof within 31 days of the later of:

- the date the child attains age 19; or
- the date the child becomes physically or mentally disabled while still meeting the dependent eligibility requirements,

and as required during the first two years. After the first two years, UNUM will ask for proof when needed, but not more than once a year.

EMPLOYEE-7   (1/1/2001)

BULL0104

### IF I DIE, CAN MY DEPENDENTS CONTINUE THEIR COVERAGE?

If you die and your dependents were covered for dependent life insurance, your surviving dependents can continue their life insurance coverage according to the terms and provisions of this Summary of Benefits.

### WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You or your authorized representative can start legal action regarding a claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

### HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?

Unum considers any material statements you, your Employer or the Annuity Board of the Southern Baptist Convention make in signed application for coverage or an evidence of insurability form a representation and not a warranty. If any of the material statements you, your Employer or the Annuity Board of the Southern Baptist Convention make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

As a basis for doing this, we will use only statements made in an application signed by the Employer or the Annuity Board of the Southern Baptist Convention, or an application or evidence of insurability form signed by you, a copy of which has been given to you or your beneficiary, if any.

Except in the case of fraud, Unum can take action only in the first 2 years coverage is in force.

If the Employer or the Annuity Board of the Southern Baptist Convention gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

### HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you, your Employer and the Annuity Board of the Southern Baptist Convention do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

EMPLOYEE-8  (1/1/2001)                    BULL0105

Claimant Name: Betty W Bullard    Claim #: 1358879

## DOES THE SUMMARY OF BENEFITS REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The Summary of Benefits does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

## DOES THE ANNUITY BOARD OF THE SOUTHERN BAPTIST CONVENTION ACT AS UNUM'S AGENT?

For purposes of this Summary of Benefits, under no circumstances will the Annuity Board of the Southern Baptist Convention be deemed the agent of Unum.

## DOES YOUR EMPLOYER ACT AS UNUM'S AGENT?

For the purposes of the Summary of Benefits, under no circumstances will your Employer be deemed the agent of Unum.

EMPLOYEE-9  (1/1/2001)              BULL0106

Claimant Name: Betty W Bullard      Claim #: 1358879

## LIFE INSURANCE

## BENEFIT INFORMATION

### WHEN WILL YOUR BENEFICIARY RECEIVE PAYMENT?

Your beneficiary(ies) will receive payment when Unum approves your death claim.

### WHAT DOCUMENTS ARE REQUIRED FOR PROOF OF DEATH?

Unum will require a certified copy of the death certificate, enrollment documents and a Notice and Proof of Claim form.

### HOW MUCH WILL UNUM PAY YOUR BENEFICIARY IF UNUM APPROVES YOUR DEATH CLAIM?

Unum will determine the payment according to the amount of insurance shown in the LIFE INSURANCE "BENEFITS AT A GLANCE" page.

### HOW MUCH WILL UNUM PAY YOU IF UNUM APPROVES YOUR DEPENDENT'S DEATH CLAIM?

Unum will determine the payment according to the amount of insurance shown in the LIFE INSURANCE "BENEFITS AT A GLANCE" page.

### WHAT ARE YOUR ANNUAL EARNINGS?

"Annual Earnings" means your gross annual income from services from Southern Baptist Employment last reported to the policyholder prior to the date of loss. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 403(b) annuity, Section 125 plan, or flexible spending account. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

### WHAT WILL WE USE FOR ANNUAL EARNINGS IF YOU BECOME DISABLED DURING A LEAVE OF ABSENCE?

If you become disabled while you are on a leave of absence, we will use your annual earnings from your Employer, as last reported to the Annuity Board of the Southern Baptist Convention, in effect just prior to the date your absence began.

### WHAT INSURANCE IS AVAILABLE WHEN COVERAGE ENDS? (Conversion Privilege)

When coverage ends under the plan, you and your dependents can convert your coverages to individual life policies, without evidence of insurability. The maximum amounts that you can convert are the amounts you and your dependents are insured for under the plan. You may convert a lower amount of life insurance.

You and your dependents must apply for individual life insurance under this life conversion privilege and pay the first premium within 31 days after the date:

LIFE-BEN-1  (1/1/2001)               BULL0107

Claimant Name: Betty W Bullard     Claim #: 1358879

- your employment terminates; or
- you or your dependents no longer are eligible to participate in the coverage of the plan.

Converted insurance may be of any type of the level premium whole life plans then in use by Unum. The person may elect one year of Preliminary Term insurance under the level premium whole life policy. The individual policy will not contain disability or other extra benefits.

## WHAT LIMITED CONVERSION IS AVAILABLE IF THE SUMMARY OF BENEFITS OR THE PLAN IS CANCELLED? (Conversion Privilege)

You and your dependents may convert a limited amount of life insurance if you have been insured under your Employer's group plan with Unum for at least five (5) years and the Summary of Benefits or the plan:

- is cancelled with Unum; or
- changes so that you no longer are eligible.

The individual life policy maximum for each of you will be the lesser of:

- $10,000; or
- your or your dependent's coverage amounts under the plan less any amounts that become available under any other group life plan offered by your Employer within 31 days after the date the Summary of Benefits or the plan is cancelled.

## PREMIUMS

Premiums for the converted insurance will be based on:

- the person's then attained age on the effective date of the individual life policy;
- the type and amount of insurance to be converted;
- Unum's customary rates in use at that time; and
- the class of risk to which the person belongs.

If the premium payment has been made, the individual life policy will be effective at the end of the 31 day conversion application period.

## DEATH DURING THE THIRTY-ONE DAY CONVERSION APPLICATION PERIOD

If you or your dependents die within the 31 day conversion application period, Unum will pay the beneficiary(ies) the amount of insurance that could have been converted. This coverage is available whether or not you have applied for an individual life policy under the conversion privilege.

## APPLYING FOR CONVERSION

Ask your Employer for a conversion application form which includes cost information.

When you complete the application, send it with the first premium amount to:

Unum – Portability/Conversion Unit
2211 Congress Street

LIFE-BEN-2  (1/1/2001)

BULL0108

Claimant Name: Betty W Bullard    Claim #: 1358879

Portland, Maine 04122-1350
1-800-343-5408

## WILL UNUM ACCELERATE YOUR OR YOUR DEPENDENT'S DEATH BENEFIT FOR THE PLAN IF YOU OR YOUR DEPENDENT BECOMES TERMINALLY ILL? (Accelerated Benefit)

If you or your dependent becomes terminally ill while you or your dependent is insured by the plan, Unum will pay you a portion of your or your dependent's life insurance benefit one time. The payment will be based on 50% of your or your dependent's life insurance amount. However, the one-time benefit paid will not be greater than $250,000.

Your or your dependent's right to exercise this option and to receive payment is subject to the following:

- you or your dependent requests this election, in writing, on a form acceptable to Unum;
- you or your dependent must be terminally ill at the time of payment of the Accelerated Benefit;
- your or your dependent's physician must certify, in writing, that you or your dependent is terminally ill and your or your dependent's life expectancy has been reduced to less than 12 months; and
- the physician's certification must be satisfactory to Unum.

The Accelerated Benefit is available on a voluntary basis. Therefore, you or your dependent is not eligible for benefits if:

- you or your dependent is required by law to use this benefit to meet the claims of creditors, whether in bankruptcy or otherwise; or
- you or your dependent is required by a government agency to use this benefit in order to apply for, get, or otherwise keep a government benefit or entitlement.

Premium payments must continue to be paid on the full amount of life insurance.

Also, premium payments must continue to be paid on the full amount of your dependent's life insurance.

If you have assigned your rights under the plan to an assignee or made an irrevocable beneficiary designation, Unum must receive consent, in writing, that the assignee or irrevocable beneficiary has agreed to the Accelerated Benefit payment on your behalf in a form acceptable to Unum before benefits are payable.

An election to receive an Accelerated Benefit will have the following effect on other benefits:

- the death benefit payable will be reduced by any amount of Accelerated Benefit that has been paid; and
- any amount of life insurance that may be available under the conversion privilege will be reduced by the amount of the Accelerated Benefit paid. The remaining life insurance amount will be paid according to the terms of the Summary of benefits subject to any reduction and termination provisions.

LIFE-BEN-3  (1/1/2001)                                        BULL0109

Claimant Name: Betty W Bullard    Claim #: 1358879

Benefits paid may be taxable Unum is not responsible for any tax or other effects of any benefit paid. As with all tax matters, you or your dependent should consult your personal tax advisor to assess the impact of this benefit.

LIFE-BEN-4  (1/1/2001)                    BULL0110

Claimant Name: Betty W Bullard      Claim #: 1358879

## LIFE INSURANCE

## OTHER BENEFIT FEATURES

### *WHAT COVERAGE IS AVAILABLE IF YOU END EMPLOYMENT OR WORK REDUCED HOURS? (Portability)*

If your employment ends with or you retire from your Employer or you are working less than the minimum number of hours as described under Eligible Classes in this plan, you may elect portable coverage for yourself.

### *PORTABLE INSURANCE COVERAGE AND AMOUNTS AVAILABLE*

The portable insurance coverage will be the current coverage and amounts that you and your dependents are insured for under your Employer's group plan.

However, the amount of portable coverage for you will not be more than:

- the highest amount of life insurance available for employees under this plan; or
- 5x your annual earnings; or
- $750,000 from all Unum group life plans combined,

whichever is less.

The amount of portable coverage for your spouse will not be more than:

- The highest amount of life insurance available for spouses under this plan; or
- 100% of your amount of portable coverage; or
- $750,000 from all Unum group life plans combined,

whichever is less.

The amount of portable coverage for a child will not be more than:

- the highest amount of life insurance available for children under this plan; or
- 100% of your amount of portable coverage; or
- $20,000,

whichever is less.

The minimum amount of coverage that can be ported is $5,000 for you and $1,000 for each of your dependents. If the current amounts under the plan are less than $5,000 for you and $1,000 for your dependents, you and your dependents may port the lesser amounts.

Your or your dependent's amount of life insurance will reduce or cease at any time it would reduce or cease for your eligible class if you had continued in active employment with your Employer, based on the plan terms at the time you port coverage.

### *APPLYING FOR PORTABLE COVERAGE*

You must apply for portable coverage for yourself and your dependents and pay the first premium within 31 days after the date:

LIFE-OTR-1  (1/1/2001)                    BULL0111

Claimant Name: Betty W Bullard    Claim #: 1358879

- your coverage ends or you retire from your Employer; or
- you begin working less than the minimum number of hours as described under Eligible Classes in this plan.

You are not eligible to apply for portable coverage for yourself if:

- you have an **injury or sickness**, under the terms of this plan, which has a material effect on life expectancy;
- the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates); or
- you failed to pay the required premium under the terms of this plan.

You are not eligible to apply for portable coverage for a dependent if:

- you do not elect portable coverage for yourself;
- you have an injury or sickness, under the terms of this plan, which has a material effect on life expectancy;
- your dependent has an injury or sickness, under the terms of this plan, which has a material effect on life expectancy;
- the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates); or
- you failed to pay the required premium under the terms of this plan.

If we determine that because of an injury or sickness, which has a material effect on life expectancy, you or your dependents were not eligible for portability at the time you or your dependents elected portable coverage, the benefit will be adjusted to the amount of whole life coverage the premium would have purchased under the Conversion Privilege.

## APPLYING FOR INCREASES OR DECREASES IN PORTABLE COVERAGE

You or your dependents may increase or decrease the amount of life insurance coverage. The minimum and maximum benefit amounts are shown above. However, the amount of life insurance coverage cannot be decreased below $5,000 for you and $1,000 for your dependents. All increases are subject to evidence of insurability. Portable coverage will reduce at the ages and amounts shown in the LIFE INSURANCE "BENEFITS AT A GLANCE" page.

## ADDING PORTABLE COVERAGE FOR YOUR DEPENDENTS

If you chose not to enroll your dependents when your dependents were first eligible for portable coverage, you may enroll your dependents at any time for the amounts allowed under the group plan. Evidence of insurability is required.

You may enroll newly acquired dependents at any time for the amounts allowed under the group plan. Evidence of insurability is required.

## WHEN PORTABLE COVERAGE ENDS

Portable coverage for you will end for the following reasons:

- the date you fail to pay any required premium; or

LIFE-OTR-2  (1/1/2001)                    BULL0112

Claimant Name: Betty W Bullard      Claim #: 1358879

- the date the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates).

Portable coverage for a spouse will end for the following reasons:

- the date you fail to pay any required premium;
- the date your surviving spouse fails to pay any required premium; or
- the date the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates).

Portable coverage for a child will end for the following reasons:

- the date you fail to pay any required premium;
- the date your surviving spouse fails to pay any required premium;
- the date the policy is cancelled (the Policy is the group policy issued to the Trustees of the Select Group Insurance Trust in which the Annuity Board participates); or
- the date your child no longer qualifies as a dependent.

If portable coverage ends due to failure to pay required premium, portable coverage cannot be reinstated.

### PREMIUM RATE CHANGES FOR PORTABLE COVERAGE

Unum  may change premium rates for portable coverage at any time for reasons which affect the risk assumed, including those reasons shown below:

- changes occur in the coverage levels;
- changes occur in the overall use of benefits by all insureds;
- changes occur in other risk factors; or
- a new law or a change in any existing law is enacted which applies to portable coverage.

The change in premium rates will be made on a class basis according to Unum 's underwriting risk studies. Unum  will notify the insured in writing at least 31 days before a premium rate is changed.

### APPLYING FOR CONVERSION, IF PORTABLE COVERAGE ENDS OR IS NOT AVAILABLE

If you or your dependent is not eligible to apply for portable coverage or portable coverage ends, then you or your dependent may qualify for conversion coverage. Refer to Conversion Privilege under this plan.

Ask the Annuity Board for a conversion application form which includes cost information.

BULL0113

LIFE-OTR-3  (1/1/2001)

Claimant Name: Betty W Bullard     Claim #: 1358879

When you complete the application, send it with the first premium amount to:

Unum  - Individual Life Administration
2211 Congress Street
Portland, Maine 04122-1350
1-800-343-5406

LIFE-OTR-4  (1/1/2001)                    BULL0114

Claimant Name: Betty W Bullard     Claim #: 1358879

# GLOSSARY

**ACCREDITED SCHOOL** means an accredited post-secondary institution of higher learning for full-time students beyond the 12th grade level, or a licensed trade school.

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Group(s) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation is considered active employment.
Temporary and seasonal workers are excluded from coverage.

**ACTIVITIES OF DAILY LIVING** means:

- Bathing – the ability to wash oneself either in the tub or shower or by sponge bath with or without equipment or adaptive devices.
- Dressing – the ability to put on and take off all garments and medically necessary braces or artificial limbs usually worn.
- Toileting – the ability to get to and from and on and off the toilet; to maintain a reasonable level of personal hygiene, and to care for clothing.
- Transferring – the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices.
- Continence – the ability to either:
  - voluntarily control bowel and bladder function; or
  - if incontinent, be able to maintain a reasonable level of personal hygiene.
- Eating – the ability to get nourishment into the body.

A person is considered unable to perform an activity of daily living if the task cannot be performed safely without another person's stand-by assistance or verbal cueing.

**ANNUAL EARNINGS** means your gross annual income from services from Southern Baptist Employment last reported to the policyholder prior to the date of loss. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 403(b) annuity, Section 125 plan, or flexible spending account. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

**ANNUITY BOARD OF THE SOUTHERN BAPTIST CONVENTION** means the Applicant named in the Application for Participation in the Select Group Insurance Trust, on the first page of this Summary of Benefits and in all amendments.

**COGNITIVELY IMPAIRED** means a person has a deterioration or loss in intellectual capacity resulting from injury, sickness, advanced age, Alzheimer's disease or similar

BULL0115

GLOSSARY-1   (1/1/2001)

Claimant Name: Betty W Bullard     Claim #: 1358879

forms of irreversible dementia and needs another person's assistance or verbal cueing for his or her own protection or for the protection of others.

**EMPLOYEE** means a person who regularly provides personal services at the Employee's usual and customary place of employment with the Employer or at any other place that the Employer's business requires the Employee to go. The person must be duly recorded as an Employee on the payroll records of the Employer and is compensated for such services by salary or wages.

**EMPLOYER** or "Southern Baptist Employer" means a church, agency or institution affiliated with the Southern Baptist Convention.

**EMPLOYER SECURITY PROGRAM (ESP)** means the portion of the term life plan of the Annuity Board of the Southern Baptist Convention which is available to Southern Baptist Employers.

**EVIDENCE OF INSURABILITY** means a statement of your or your dependent's medical history which Unum will use to determine if you or your dependent is approved for coverage.  Evidence of insurability will be at Unum's expense.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause.

**INSURED** means any person covered under a plan.

**LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a leave of absence.

**LIFE INSURANCE BENEFIT** means the total benefit amount for which an individual is insured under this plan subject to the maximum benefit.

**LIFE THREATENING CONDITION** is a critical health condition that possibly could result in your or your dependent's loss of life.

**PARTICIPANT** means a person who meets the eligibility requirements of an eligible class listed in this Summary of Benefits and is participating in the group life insurance plan of the Annuity Board of the Southern Baptist Convention.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the Summary of Benefits.

**PLAN** means a line of coverage under the Summary of Benefits.

**RETAINED ASSET ACCOUNT** is an interest bearing account established through an intermediary bank in the name of you or your beneficiary, as owner.

GLOSSARY-2  (1/1/2001)                    BULL0116

Claimant Name: Betty W Bullard    Claim #: 1358879

**SICKNESS** means:

- for purposes of Portability, an illness, disease or symptoms for which a person, in the exercise of ordinary prudence, would have consulted a health care provider.
- for all other purposes, an illness or disease.

**SOUTHERN BAPTIST EMPLOYMENT** means employment with a Southern Baptist Employer (see definition of "Employer").

**TOTALLY DISABLED**, for your dependent, means that, as a result of an injury, a sickness or a disorder, your dependent:

- is confined in a hospital or similar institution;
- is unable to perform two or more activities of daily living (ADLs) because of a physical or mental incapacity resulting from an injury or a sickness;
- is cognitively impaired; or
- has a life threatening condition.

**TOTALLY DISABLED**, for you, means that, you are prevented from performing the usual tasks of any occupation for which you are reasonably suited by training and education in such a way as to procure and retain employment.

**TRUST** means the policyholder trust named on the first page of the Summary of Benefits and all amendments to the policy.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible class before you are eligible for coverage under a plan.

**WE, US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means an employee or participant who is eligible for Unum coverage.

GLOSSARY-3  (1/1/2001)

BULL0117