# EXHIBIT

## "2"

EXHIBIT "2"



**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient** Betty W. Bullard | Date of Birth | Social Security Number

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

Date of Last Examination 1-12-04   Diagnosis (including any complications) include ICD9 codes, DSM IV Multi Evaluation Nomenclature and Code Number
① Cataplexy Narcolepsy (347)  ② Hypersomnia with Sleep Apnea (780.53)

Objective findings (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings)

Symptoms

Is this condition due to ☐ an Accident ☒ a Sickness?   Date symptoms first appeared or accident occurred.

Is the accident or sickness related to the patient's employment? ☐ Yes ☒ No ☒ Unknown

Date restrictions and limitations began.   Has patient ever been treated for the same or similar condition? ☐ Yes ☐ No If yes, state when and describe.

**3. Information About the Patient's Ability to Work - this information is critical to understanding your patient's condition**

Has patient been released to work in his/her occupation? ☐ Yes ☒ No   In any occupation? ☐ Yes ☒ No

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do)

ANNUITY BOARD, SBC
INSURANCE OPERATIONS

MAY 1 0 2004

**LIMITATIONS** (What the patient cannot do)

PERSONAL SECURITY
PROGRAM

...en should the patient be able to return to work?   Full Time:          Part Time:

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |
|---|---|---|---|---|

| Date of first visit for this illness or injury 7-27-98 | Date of next visit 6-15-99 | Date of last visit 1-12-04 | Frequency of visits Yearly - sooner for problems |
|---|---|---|---|

Is patient: ☐ Ambulatory ☐ House Confined ☐ Bed Confined ☐ Hospital Confined   Has patient been admitted to hospital? ☐ Yes ☐ No   Confined From:   To:

If Hospital Confined, give name and address of hospital:

Have you completed claim forms regarding this patient for other insurance carriers? ☒ Yes ☐ No If yes, state date and name of insurance company: CUNA Mutual Group for Credit Union

**4. Names and Addresses of Other Treating Physicians**

Referring physician or other treating physicians (names, address, phone #'s):

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name Reuben C. Richardson, M.D. | Degree M.D. | Medical Specialty Sleep Disorders Medicine |
|---|---|---|
| Street Address 1 2025 Normandie Drive Montgomery | | Phone Number (334) 284-9520 |
| Signature of Physician | State A L | Zip Code 36111 | Fax (334) 284-9588 |
| | | Date 4-5-04 |

SSN or Employer's ID Number

I171-01

---

Claimant Name: Betty W Bullard    Claim #: 1358879


**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511    Fax To: 214.720.2105

---

**ATTENDING PHYSICIAN'S STATEMENT** (PLEASE PRINT)

**1. Name of Patient** Betty W. Bullard    Date of Birth ▓▓▓▓    Social Security Number ▓▓▓▓

**2. Diagnosis - Please include the primary diagnosis and list any secondary conditions.**

Date of Last Examination 6-4-98    Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number
Sleep apnea (780.) TMJ Disorder (524.6) MPDS (728.85)

Objective findings (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings) NA

Symptoms  see attached notes

Is this condition due to ☐ an Accident ☐ a Sickness?  NO    Date symptoms first appeared or accident occurred:  UNKNOWN

Is the accident or sickness related to the patient's employment? ☐ Yes ☐ No ☒ Unknown

Date restrictions and limitations began. UNKNOWN    Has patient ever been treated for the same or similar condition? ☒ Yes ☐ No If yes, state when and describe TREATED BY DR FARNE FOR TMJD  DATES UNKNOWN

**3. Information About the Patient's Ability to Work - this information is critical to understanding your patient's condition**

Has patient been released to work in his/her occupation? ☐ Yes ☐ No  in any occupation? ☐ Yes ☐ No  UNKNOWN

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

Fully describe restrictions and limitations.
**RESTRICTIONS (What the patient should not do)**

NONE

**LIMITATIONS (What the patient cannot do)**

NONE

...en should the patient be able to return to work?  Full Time:    Part Time:
NA

Height/Weight    Blood Pressure Last Visit    If Pregnancy, Expected Delivery Date    If Delivered, Actual Delivery Date    Delivery Type ☐ Normal ☐ C-Section

Date of first visit for this illness or injury    Date of next visit    Date of last visit    Frequency of visits

Is patient:  ☐ Ambulatory  ☐ Bed Confined    Has patient been admitted to hospital? ☐ Yes ☐ No
            ☐ House Confined  ☐ Hospital Confined    Confined From:    To:

If Hospital Confined, give name and address of hospital

Have you completed claim forms regarding this patient for other insurance carriers? ☐ Yes ☐ No  If yes, state date and name of insurance company

**4. Names and Addresses of Other Treating Physicians**

Referring physician or other treating physician (names, address, phone #'s)
DR. GEORGE BRADFORD 5741 CARMICHAEL PKWY MONTGOMERY AL 36117  277-3482
DR RUFEW RICHARDSON  2025 NORMANDIE DR MONTGOMERY AL          284-95CC

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

Print or Type Name DR ALBERT T. FCY, III    Degree DMD    Medical Specialty ORTHODONTICS

Street Address 5741 CARMICHAEL PKWY    Phone Number (334) 272 55CC

MONTGOMERY  State AL  Zip Code 36117    Fax (334) 396 3734

Signature of Physician Albert Fey (Tdmd)    Date 3/29/04

SSN or Employer's ID Number: 63 06SSS1

---

**DR. ALBERT T. FOY, JR.**
A PROFESSIONAL ASSOCIATION
5741 Carmichael Parkway, Suite B
MONTGOMERY, ALABAMA 36117

PRACTICE LIMITED TO ORTHODONTICS                    TELEPHONE (205) 272-5910

June 10, 1998

TO: Whom It May Concern 

FROM: Albert T. Foy, Jr., D.M.D.

RE: Betty Bullard

Ms. Bullard suffers from sleep apnea and was
referred by her physician, Dr. Reuben Richardson,
to Dr. Geroge M. Bradford for orthognathic surgery
to open the airway. Dr. Bradford referred her to
this office for orthodontic treatment to prepare
the dentition for the orthognathic surgery and to
provide fixation points as needed.

Secondarily, Ms. Bullard has temporomandibular
disorder with a history of joint noise and pain plus
radiographic evidence of condylar deformation.

Enclosed is a copy of the report from her
physician regarding her condition.

ATF:kbm

Enclosures

Member American Association of Orthodontists

BULL0024

Claimant Name: Betty W Bullard     Claim #: 1358879

Name _Betty_    Age _43_    Model No. _____

1. Angle Class. ___ I  I  I  I ___
2. Crowding or Spacing _lower_
   - Overjet _8mm_    Over Bite _nl_
4. Cross Bite _no_
5. Midline _good_
6. Habits _____
7. Oral Hygiene _3_    Decal. _↑↑↑_    Tend. To Caries _4_
8. Gingivitis _no_    Tend. To P.D. _no_    Frenums _✓_
9. Cong. Missing _no↑_    8's Present _?↑_    Hypoplasia _neg_
   Impactions _no_    Fractures _no_    Atypical Form _neg_
10. T.M.J. _Clicks/pops on both sides (equally_
    _Locked (R) side_

### Mixed Dentition Analysis

2ⁱ Tⁱ Iⁱ  SIZE →  _____
Predicted Size of LOWER 3 + 4 + 5  _____
Estimated Lower Deficiency  _____
Predicted Size of UPPER 3 + 4 + 5  _____
Estimated Upper Deficiency  _____

**Recommendations:**

see Dr. Dwiford (re: sleep apnea imj

discolorations on centrals

sleep apnea    1.8mm md excess

| Date | Service Rendered | Next Visit | Fee |
|---|---|---|---|
| 6-9-98 | TE - Models + X-ray + ... from Dr Dwiford | | |
| | TMK + sleep apnea | | |
| | locked on (R) side | | |
| | *2mm in incisors in lower Dr Bickford | | |
| | wants to ... lower jaw forward | | |
| | need to narrow/widen lower | | |
| | lower to have room to turn | | |
| | lower + rectifies into position | | |
| | Will reduce lower arch + balance when | | |
| | narrow lower arch forward. | | |
| | 12-18 mos to prepare for surgery | 6-9 mos after surg | |
| | They will bring in before removing | | |
| | out of lower teeth. Then open no | | |
| | quickly as possible for esthetic purposes | | |
| | PTX Upper + $4500 - | | |
| | Ceramics are optimal but metal | | |
| | will ... facts especially | | |
| | for surgery cases. | | |
| | Dr Banks may have MI lower teeth | | |
| | Tx plan - fill BIB except to | | |
| | then ext to close lower | | |
| | out to surgical purpose for | | |
| | orthognathic surgery | | |
| | 15 mo to prepare    6 Mo post  $1MO @ $300 | | |
| | ... discoloration and reasonable | | |
| | expectations regarding imj | | |
| | bleach, 509, genui etc    Date: _____ | Date: 3-3-99 | Date: Lucilla called, can't | Date: ... any Rx now |

**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511  Fax To: 214.720.2105

## ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient** Betty W. Bullard     Date of ~~[redacted]~~

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

| Date of Last Examination | Diagnosis (Including any complications) Include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number |
|---|---|
| 3/10/04 | 556.9, 211.3, 347, 300.01, 401.1, 722.2 |

Objective findings (including current x-rays, EKG's, pyschiatric testing, laboratory data and any clinical findings)
see attached,

Symptoms

Is this condition due to ☐ an Accident ☐ a Sickness?     Date symptoms first appeared or accident occurred:
Is the accident or sickness related to the patient's employment? ☐ Yes ☐ No ☐ Unknown
Date restrictions and limitations began.     Has patient ever been treated for the same or similar condition? ☐ Yes ☐ No  If yes, state when and describe.

**3. Information About the Patient's Ability to Work** - this information is critical to understanding your patient's condition

Has patient been released to work in his/her occupation? ☐ Yes ☐ No  In any occupation? ☐ Yes ☐ No
If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.
Fully describe restrictions and limitations.

**RESTRICTIONS** (What the patient should not do)

**LIMITATIONS** (What the patient cannot do)
Pt is unable to adequately do her job secondary to her extreme fatigue, ulcerative colitis (diarrhea) + Anxiety with panic attacks. She is presently still trying to work

...when should the patient be able to return to work? Full Time: will be unable to return     Part Time:

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type |
|---|---|---|---|---|
| 210 lb | 132/86 | | | ☐ Normal ☐ C-Section |

| Date of first visit for this illness or injury | Date of next visit | Date of last visit | Frequency of visits |
|---|---|---|---|
| [first saw pt 7/05] [illness present] 9/11/03 | | 3/10/04 | every 1-2 mths |

Is patient:  ☐ Ambulatory  ☐ House Confined  ☐ Bed Confined  ☐ Hospital Confined
Has patient been admitted to hospital? ☐ Yes ☒ No
If Hospital Confined, give name and address of hospital:     Confined From:     To:

Have you completed claim forms regarding this patient for other insurance carriers? ☒ Yes ☐ No  If yes, state date and name of insurance company: CUNA Mutual 9/11/01

**4. Names and Addresses of Other Treating Physicians**
Referring physician or other treating physicians (names, address, phone #'s):
see list

## REQUIRED ATTACHMENTS AND SIGNATURES
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of this claim form.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name | Rachel M. McKinney | Degree MD | Medical Specialty Family Medicine |
|---|---|---|---|
| Street Address | 1801 Pine St, Suite 301 | | Phone Number (334) 265-5677 |
| Montgomery | | State AL | Zip Code 36106 |     Fax (334) 265-5784
| Signature of Physician | | | Date 4/1/04 |

SSN or Employer's ID Number:

---

**Claimant Name: Betty W Bullard     Claim #: 1358879**

11 )\\\\ 00 05-27-2004 From (214 7202105) Delivered in WorkList CCWLCCPMAIN11     ITA CT 00634     22 OF 50

36761

**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511    Fax To: 214.720.2105

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient** Betty W. Bullard

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

| Date of Last Examination | Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number |
|---|---|
| 2-26-04 | 719.47 Pain ankle + foot |

Objective findings (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings)
Swelling decreased - some restricted motion in (L)

Symptoms
Bilat. foot pain

Is this condition due to ☐ an Accident ☒ a Sickness?    Date symptoms first appeared or accident occurred:

Is the accident or sickness related to the patient's employment? ☐ Yes ☒ No ☐ Unknown

Date restrictions and limitations began: NA    Has patient ever been treated for the same or similar condition? ☐ Yes ☒ No  If yes, state when and describe.

**3. Information About the Patient's Ability to Work - this information is critical to understanding your patient's condition**

Has patient been released to work in his/her occupation? ☒ Yes ☐ No  in any occupation? ☒ Yes ☐ No

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

Fully describe restrictions and limitations.
RESTRICTIONS (What the patient should not do)    none - activity as tolerated

LIMITATIONS (What the patient cannot do)    Activity as tolerated

...When should the patient be able to return to work? Full Time: Pt who off work in Jan/July '03 but has not been    Part Time: taken off work for current period

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |
|---|---|---|---|---|

| Date of first visit for this illness or injury | Date of next visit | Date of last visit | Frequency of visits |
|---|---|---|---|
| 5-21-03 | Pt has not F/U | 2-26-04 | 1 mo |

Is patient: ☒ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined    Has patient been admitted to hospital? ☒ Yes ☐ No  Confined From: 4-13-03  To: part pt

If Hospital Confined, give name and address of hospital

Have you completed claim forms regarding this patient for other insurance carriers? ☒ Yes ☐ No  If yes, state date and name of insurance company: BC/BS

**4. Names and Addresses of Other Treating Physicians**

Referring physician or other treating physicians (names, address, phone #'s):

ANNUITY BOARD, SBC
INSURANCE OPERATIONS

MAY 10 2004

PERSONAL SECURITY

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name | Degree | Medical Specialty |
|---|---|---|
| DD Thornbury MD | MD | O+W |

| Street Address | | | | Phone Number |
|---|---|---|---|---|
| 4254 Lomac Dr    Montgomery AL 36106 | | | | (334) 274-9080 |

| | State | Zip Code | Fax |
|---|---|---|---|
| | | | (334) 274-0857 |

Signature of Physician    Date U-9-04

SSN or Employer's ID Number:    163-079-1692

# EXHIBIT

## "3"

EXHIBIT "3"

FROM :                          FAX NO. :3342882693        May. 25 2004 08:54AM P2

## UNUMPROVIDENT

**DISABILITY CLAIM** (PLEASE COMPLETE ALL SECTIONS)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2106

6 OF 10

### II. CLAIMANT'S STATEMENT (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability  ☑ Long Term Disability  ☐ Supplemental Income Protection Plan (SIPP)  ☐ Premium Waiver

| Policy Numbers: ☐ Economy Plan - 111804  ☐ Standard Plan - 111805 | The State in which You Work: AL |
|---|---|

**1. Claimant's Name**  Betty W. Bullard

**Home Address** (Street, City, State, Zip)  4001 Tiffany Drive  Montgomery, AL 36110

Home Phone No. ~~[redacted]~~   Male ☑ Female

**2. Is this condition due to:** ☐ Accident ☑ Sickness?   Is this disability related to your employment? ☐ Yes ☑ No

**Describe the injury incurred** (what, how, where, when) or the nature and details of the sickness and when it began:  I have been diagnosed as having nar colepsy, sleep apnea, ulcerative colitis, High blood pressure, I have had surgery on my neck for a herniated disc, surgery on both feet still need surgery on left still have 2 bulging disc in my back that hurt have arthritis.
**You have been unable to work because of this condition as of what date?**  5-21-04    Bursitis & Tos

**3. Employer's Name and Address**  Alabama Baptist State Convention   February 9 a
2001 E. South Blvd. Montgomery AL 36111

| Claimant's Work Phone Number  334 1288-2460x35 | Occupational Title  Secretary | List the duties of your occupation in your disability. | Duty | % of weekly hours spent at duty |
|---|---|---|---|---|
| Have you returned to work? If yes, When? | | Require office correspondence, | | 40 |
| Part Time: | Full Time: ✓ | matter 1+ unmatted. Prepare | | |
| Hours per week: 40 | | weekly registration telephone & | | |
| If you have not returned to work, when do you expect to return? | | office contact main tain database | | |
| Part Time: | Full Time: | Attend office contoncoses when needed | | |

**How does your injury or sickness impede your ability to do your occupational duties?**  The narb lepsy & sleep apnea causes me to be sleepy all the time even though I'm on medication for it. The ulcerative colitis causes me today in restroom all day.

**4. Information about physicians and hospitals**  (she moved left)
NOTE: TO AVOID DELAY IN EVALUATING YOUR CLAIM, ADVISE YOUR DOCTOR(S) TO ATTACH MEDICAL RECORDS AND TEST RESULTS.

| First medical attention for the current disability was given by (complete below): |
|---|
| **Doctor's Name**  also, see attached  Dr. Whitsett   Dr. Rachel McKinney | **Doctor's Specialty**  General Practice |
| **Address** (Street, City, State, Zip)  Suite 301 1801 Building  Tooth Dr. Whitsett | **Phone Number**  (334) 265-5577/5594 |
| 1801 Pine Street, Montgomery, AL 36106 Place | |
| **Hospital Name**  Jackson Hospital  (Hospital Confinements listed in doctor records) | **Hospital Phone Number** |
| **Address** (Street, City, State, Zip) | |

| Dates of Confinement: | From: | To: | From: | To: |
|---|---|---|---|---|

If other doctors or hospitals were consulted in the last five years, please attach a separate sheet of paper.

**5. Marital Status:** ☐ Single ☐ Married ☐ Widowed ☐ Divorced   If you are married: Spouse's Name  N/A   Spouse's Date of Birth   Is Spouse Employed? ☐ Yes ☐ No

**List your children who are under age 24** (Please attach additional sheets if necessary).

| Name | Date of Birth | Married? | Attending High School? |
|---|---|---|---|
| ~~[redacted]~~ | ~~[redacted]~~ | ☐ Yes ☐ No | ☐ Yes ☐ No  attends Tronica School |
| | | ☐ Yes ☐ No | ☐ Yes ☐ No |

**6. If you have been approved or denied for any of these benefits, please send a copy of Award or denial notification.**
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Social Security/Retirement | ☐ Yes ☐ No | Social Security/Disability | ☐ Yes ☐ No | Canada Pension Plan | ☐ Yes ☐ No | | |
| Worker's Compensation | ☐ Yes ☐ No | Pension/Retirement | ☐ Yes ☐ No | Pension/Disability | ☐ Yes ☐ No | Unemployment | ☐ Yes ☐ No |
| No-Fault Insurance | ☐ Yes ☐ No | Short Term Disability | ☐ Yes ☐ No | — Ins. Co. Name and Policy # | | | |
| Other (Include Individual Disability or Group Disability Benefits) | | ☐ Yes ☐ No | — Ins. Co. Name and Policy # | | | | |

**7. If your request for benefits is approved, do you want Federal Income Tax Withheld from your check?** ☑ Yes ☐ No
If yes, please indicate dollar amount $ 27  per mo.   (Note: Minimum withholding is $20.00 per week or $88.00 per month.)
**Do you want State Income Tax withheld from your check?** ☑ Yes ☐ No
If yes, please indicate dollar amount $ 25  per mo.   (Note: The amount indicated must be a whole dollar amount.)

ANNUITY BOARD, SBC
INSURANCE OPERATIONS

MAY 25 2004

PERSONAL PLANS

N-141

11:54:00 05-27-2004 From (314-720-2105) Delivered to Worklist CCWL CCTMAIN31    ITA37 00612

---

**Claimant Name: Betty W Bullard      Claim #: 1358879**

FROM :                          FAX NO. :3342862693           May. 25 2004 08:54AM P3



**DISABILITY CLAIM**
**CLAIMANT'S AUTHORIZATION**
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## FOR CLAIMANT TO COMPLETE

### CLAIM FRAUD WARNING STATEMENTS

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Kentucky, Louisiana, Minnesota, New Hampshire, Ohio and Oklahoma, and others require the following statement to appear:

**Fraud Warning**

Any person who knowingly, and with intent to injure, defraud, or deceive an insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a felony.

**Fraud Warning for California Residents**
For your protection, California law requires the following to appear:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Fraud Warning for Colorado Residents**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Fraud Warning for District of Columbia, Maine, Tennessee and Virginia Residents**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Fraud Warning for Florida Residents**
Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Fraud Statement for New Jersey, New Mexico and Pennsylvania Residents**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Statement for New York Residents**
Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### AUTHORIZATION

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of me, my health (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), financial or credit information, earnings, employment history or other insurance benefits, to release this information to any of the UnumProvident Corporation subsidiaries or their duly authorized representatives. I also authorize the UnumProvident Corporation subsidiaries to request a report from the Medical Information Bureau (MIB), and the association of this insurance consumers which operates the Health Claims Index (HCI) and the Disability Income Record System (DIRS). I understand that the details of my past and present claims with any of the UnumProvident Corporation subsidiaries, excluding medical or personal information, may be reported to MIB and that an HCI or DIRS report may reflect this information including the identity of other insurance companies to which I have submitted claims. I further understand that in executing this authorization, information obtained by it will be used for evaluating and administering a claim for benefits.

This authorization is valid for the duration of my claim. I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information pertaining to HIV or AIDS, mental illness, and drug and alcohol abuse) related to this insurance claim to insurance companies, third party administrators, others alone, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the purpose of verifying, evaluating, negotiating, or other pertinent uses with respect to my claim for benefits or service.

The statements made by me on this claim are true and complete.

I further authorize UnumProvident Corporation subsidiaries or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator. I know that if I make any representation which I know is false to obtain information from federal records, I could be punished by fine or imprisonment or both.

ANNUITY BOARD, SBC
INSURANCE OPERATIONS
MAY 2 5 2004
RETIREMENT PLANS

Signature of Claimant     x *Betty W. Bullard*

Please Print Name     *Betty W. Bullard*

Date Signed

I signed on behalf of the claimant, as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

BULL0021


**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511  Fax To: 214.720.2105

**C. EMPLOYMENT STATEMENT** (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability ☒ Long Term Disability ☐ Supplemental Income Protection Plan (SIPP) ☒ Waiver of Premium (Life Insurance)

**1. Policyholder Name**
Annuity Board of the Southern Baptist Convention

Employer Name AL BAPTIST STATE BOARD OF MISSIONS
Employer's Phone Number (334) 288-8760 X 25C  2/9 ex

Employer Address (Street, City, State, Zip)
2001 E. SOUTH BLVD  MONTGOMERY, AL. 36111

Policy Numbers
☐ Economy Plan - 111604   ☒ Standard Plan - 111605

Division
☒ CBP - 001  ☐ PSP - 002

Class Description
☐ Employees with Supplemental Income Protection Plan - Std Plan only (02)
☒ All other employees (01)

**2. Claimant's Name**
BETTY W. BULLARD

Claimant's Address (Street, City, State, Zip)
4001 TIFFANY DRIVE  MONTGOMERY AL  36110

Date of Hire 06/16/1993
Effective Date of Insurance 06/16/1993
Date Last Worked 5-21-04

Claimant's Work Status: ☒ Full Time ☐ Part Time ☐ Exempt ☐ Non-exempt

Has the claimant's employment been terminated? ☐ Yes ☒ No  If yes, please provide termination date:

**General Information About the Claimant's Job**

**3. Job Title** SECRETARY
Minimum education or training required HIGH School +

Does the claimant perform supervisory function? ☐ Yes ☒ No  If yes, how many people are supervised?

**4. Describe job duties:** Copy ATTACHED!

Duty PREPARE OFFICE CORRESPONDENCE, PREPARE OFFICE
# of Weekly Hours Spent on Duty

Duty MATERIAL & PROMOTIONS. PREPARE WEEKLY REQUISITIONS, telephone
# of Weekly Hours Spent on Duty

Duty ±OFFICE CONTACT, MAINTAIN DATABASE. ATTEND OFFICE CONFERENCES
# of Weekly Hours Spent on Duty

Duty WHERE NEEDED (IN TOWN & OUT OF TOWN)
# of Weekly Hours Spent on Duty 40

Name of Direct Supervisor JOE BOB MIZZELL — CHRISTIAN Ethics/Chaplaincy
Telephone Number of Direct Supervisor (334) 288-2460 X-267

Please attach a copy of the claimant's job description. ATTACHED

**5. How was claimant paid?** (please check one)
☐ Hourly ☐ Commissions ☒ Salary and Bonus ☐ Commissions Only ☐ Salary and Commissions

What is the earnings figure you use to compute premium payments for this claimant? $ 18,106.89

Salary/Wage prior to date last worked (refer to Earnings definition in your contract). $ 1,509.00 @ month

| Weekly | ☒ Bi-weekly | ☒ Semi-Monthly | Bonuses (per week) | Overtime (prior year) | Commissions (per week) | W-2 Earnings |
| $ | | $ 754.45 | $ | $ | $ | $ 18,746.40 |

**6. Does the claimant contribute toward the premiums?** (Complete all that apply)
STD: ☐ Yes ☒ No  If yes: ☐ Pre-Tax ☐ Post-Tax  If Post-Tax  100 % paid by employer  ___ % paid by claimant
LTD/SIPP: ☐ Yes ☒ No  If yes: ☐ Pre-Tax ☐ Post-Tax  If Post-Tax  100 % paid by employer  ___ % paid by claimant

**7.** Year to Date Earnings as of Date of Disability (For FICA % Deductions) $ 4526.70 Grass  Thru 3/21/04

**8. Financial Documentation**
"Monthly Earnings" means your gross monthly income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to your date of disability. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a deferred compensation plan, Section 403(b) annuity, Section 125 plan, or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

* includes advance EIC of $1108.32 + CHRISTMAS GIFT FOR 2003
less 403-B Contributions.  INSURANCE

APR 06 2004

Claims Unit

1171-01

2 OF 50

214 7202105    # 2/50



**UNUM**PROVIDENT.

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511    Fax To: 214.720.2105

## C. EMPLOYMENT STATEMENT (continued)

| 10. Date of last Salary/Wage Increase 01/**2003** | Work Schedule at time last worked: | **5** Days/Week | Hours/Day | **40** Hours/Week |
|---|---|---|---|---|

Check all regular work days: ☐ Sun ☑ Mon ☑ Tues ☑ Wed ☑ Thurs ☑ Fri ☐ Sat.   Number of hours on date last worked:

Date paid through: **8/31/04**   For: ☐ Salary Continuation ☑ Vacation Pay ☐ Accrued Sick Pay ☐ Other

11. Has claimant returned to work? ☑ Yes ☐ No  If yes, date: **see attached**   ☑ Full Time ☐ Part Time   Hours Per Week

12. If claimant has changed from Economy Plan to Standard Plan, please indicate date of change.

| 13. Prior LTD Carrier Name | Effective Date |
|---|---|
| Address (Street, City, State, Zip) | Termination Date |

| 14. Is claimant eligible for: | Yes | No | If yes, weekly or monthly amount | Weekly | Monthly | When do benefits begin? | When do benefits end? |
|---|---|---|---|---|---|---|---|
| Salary Continuation | ☐ | ☑ | $ | ☐ | | | |
| State Disability | ☐ | ☑ | $ | ☐ | ☐ | | |
| Other Disability Benefits | ☐ | ☑ | $ | ☐ | | | |
| Social Security | ☐ | ☑ | $ | ☐ | ☐ | | |
| Worker's Compensation | ☐ | ☑ | $ | ☐ | ☐ | | |

Is the claim the result of a work related injury or sickness? ☐ Yes ☑ No

| If so has Worker's Compensation claim been filed? | ☐ | ☑ | If yes, Name and Address of Carrier |
|---|---|---|---|
| Health Insurance | ☐ | ☑ | If yes, Name and Address of Carrier |
| Life Insurance | ☐ | | If yes, please provide the amount of coverage: $ **73,000.00** |

If Workers' Compensation claim has been denied, please submit a copy of denial with this claim.

**FRAUD NOTICE:**
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim.

The above statements are true and complete to the best of my knowledge and belief.

| Name of Person Completing Form | Telephone Number |
|---|---|
| VIRGINIA T. HANCOCK | (334) 288-2460 X 250 |
| Title of Person Completing Form | Fax Number |
| ACCOUNTING ASSOCIATE - PAYROLL & BENEFITS | (334) 288-2693 |
| Signature | Date Signed |
| Virginia T. Hancock | 8/31/2004 |

1171-01

BULL0017

# EXHIBIT

# "4"

EXHIBIT "4"



September 1, 2004

BETTY W BULLARD
4001 TIFFANY DRIVE
MONTGOMERY, AL 36110-3003

RE:    Bullard, Betty W
       Claim Number:          1358453
       Policy Number:         111604
       Unum Life Insurance Company of America

Dear Ms. Bullard:

After completing our review of your disability claim, we regret that we are unable to approve your request for benefits.

As you may know, your employer's policy states:

**"HOW DOES UNUM DEFINE DISABILITY?**

You are disabled when Unum determines that:

–    you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and
–    you have a 20% or more loss in your indexed monthly earnings due to the same sickness or injury.

After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience."

"Material and substantial duties means duties that:

–    are normally required for the performance of your regular occupation; and
–    cannot be reasonably omitted or modified."

Unum Life Insurance Company of America
The Benefits Center
PO Box 12030
Chattanooga, TN 37401-3030
Phone: 1-800-633-7479
Fax 1-800-494-4516
www.unumprovident.com

1242-03

"Regular occupation means the occupation you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location."

Based on the information in our file, we do not believe there is a medically supported disability. With a reasonable degree of medical certainty, the information that was contained in the claim file does not provide a clear supportive explanation as to why you are unable to perform work activities. We see in the medical records provided that you have been diagnosed with Obstructive Sleep Apnea (OSD). You reported that you have a history of Narcolepsy; however the doctor doing the sleep study did not identify Narcolepsy as a diagnosis. You had a surgery for the OSD, and treated with a CPAP regimen. The result of a repeat sleep study to asses effectiveness of the CPAP regimen was not contained in the available documentation.

You also reported to have anxiety and panic attacks. Psychotropic medications (antidepressants and stimulants) are being prescribed. There is a report of cognitive impairment but no testing or evaluation of this complaint. The records also do not reflect a referral for further evaluation, testing or treatment as would be expected if an individual were significantly impaired from anxiety and panic attacks and not responding to initial treatment.

You have been diagnosed with Ulcerative Colitis (UC). Related treatment records predate the claimed date of disability. The medical records do not document a change in treatment or recommendation for additional evaluation or testing as would be expected if an individual with colitis was not responding to the recommended treatment plan.

The medical records received also documented treatment from an Orthopedic surgeon. In the Orthopedic records there is mention of having surgery on your feet with placement of screws. Related records have not been provided. Arthritis workup was reported to be negative.

Ms. Bullard as we do see that there are many conditions that seem to be affecting you, we do not see a disabling condition that would preclude you from performing the substantial and material duties of your own occupation as a secretary, therefore your claim has been closed.

If you have additional information to support your request for disability benefits, it must be sent to my attention for further review at the address noted on this letterhead, within 180 days of the date you receive this letter.

However, if you disagree with our determination and want to appeal this claim decision, you must submit a written appeal. This appeal must be received by us within 180 days of the date you receive this letter. You should submit your written appeal to the following address:

Unum Provident
The Benefits Center
Quality Performance Support Unit—1 North
PO Box 180136
Chattanooga, TN 37401-3030

A decision on appeal will be made not later than 45 days after we receive your written request for review of the initial determination. If we determine that special circumstances require an extension of time for a decision on appeal, the review period may be extended by an additional

45 days (90 days in total). We will notify you in writing if an additional 45 day extension is needed.

If an extension is necessary due to your failure to submit the information necessary to decide the appeal, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days from receipt of the notice to provide the specified information. If you deliver the requested information within the time specified, the 45 day extension of the review period will begin after you have provided that information. If you fail to deliver the requested information within the time specified, we may decide your appeal without that information.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal. You will have access to all relevant documents as defined by applicable U.S. Department of Labor regulations. The review will take into account all new information, whether or not presented or available at the initial determination. No deference will be afforded to the initial determination.

The review will be conducted by us and will be made by a person different from the person who made the initial determination and such person will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of a medical judgment, we will consult with a health professional with appropriate training and experience. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate. If the advice of a medical or vocational expert was obtained by the Plan in connection with the denial of your claim, we will provide you with the names of each such expert, regardless of whether the advice was relied upon.

If your request on appeal is denied, the notice of our decision will contain the following information:

a. the specific reason(s) for the appeal determination;
b. a reference to the specific Plan provision(s) on which the determination is based;
c. a statement disclosing any internal rule, guidelines, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);
d. a statement describing your right to bring a civil suit under federal law;
e. a statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and
f. a statement that "You or your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your State insurance regulatory agency."

Notice of the determination may be provided in written or electronic form. Electronic notices will be provided in a form that complies with any applicable legal requirements.

Unless there are special circumstances, this administrative appeal process must be completed before you begin any legal action regarding your claim.

If we do not receive your written appeal within 180 days of the date you receive this letter, our claim determination will be final.

1242-03

Claimant Name: Bullard, Betty W
Claim Number: 1358453

If you have **new, additional** information to support your request for disability benefits, we would be happy to review it. Please send this information to the address below. For example, please make sure that we have:

- All your current medical records (including treatment notes, procedure notes, and test results) from all treating providers from March 01, 2004 to the present.
- A list from your physician indicating the activities you cannot and should not do along with an explanation of the medical reasoning supporting these restrictions and limitations.
- The enclosed Estimated Functional Abilities form.
- A copy of your treatment plan and return-to-work plan from your physician.
- Results of recent X-rays, magnetic resonance imagings (MRIs), computerized tomography (CT) scans, spinal taps, bone scans, electromyograms (EMG) and nerve conduction studies, if you have had any of these tests/X-rays.
- Physical therapy progress notes, if you are in a physical therapy program.
- Therapy notes/intake evaluations.
- Copies of the results of all psychological testing performed.

Please be aware that we have not evaluated your claim with respect to any policy provisions other than those discussed above, and that the Company reserves its right to enforce any and all provisions of the policy.

Ms. Bullard, if you have any questions, please feel free to contact me at 1-800-633-7479 extension 41123.

Sincerely,

*Brandon Estrada*

Brandon Estrada
Disability Benefits Specialist
Unum Life Insurance Company of America

1242-03

Claimant Name: Betty W Bullard    Claim #: 1358453

# EXHIBIT

## "5"

EXHIBIT "5"



4001 Tiffany Drive
Montgomery, Alabama 36110
October 29, 2004

RE: Betty W. Bullard

Claim Number: 1358453
Policy Number: 111604
Unum Life Insurance
Company of America

Unum Provident
The Benefits Center
Quality Performance Support Unit-1 North
P O Box 180136
Chattanooga, Tennessee 37401-3030

To Whom It May Concern:

I am responding to the letter I received from you dated September 01, 2004 informing me that my claim for disability had been denied and that I could appeal the decision if I wanted to. This letter is to let you know that I do want to appeal this decision.

My primary doctor, Dr. Rachel McKinney, agreed to let my other doctors send her copies of tests, diagnoses and treatment plans and she would put it all together with a letter to send to you. You should receive this soon or you may have it already. Also, my mental help therapist, R. Allen Downs, M.S., filled out your paperwork and sent copies of his files on me. This will come under a separate cover from Dr. McKinney's. If you have not or do not receive either of these documents soon please let me know.

The letter I mentioned above stated there was an Estimated Functional Abilities form enclosed that should be filled out and returned, but there was not one enclosed. If you still want that form completed please send it to Dr. McKinney or me.

Please let Dr. McKinney, Allen Downs or me know if there was something left out or if there is anything else we need to send you.

Thank you for you time and consideration.

Sincerely,

*Betty W. Bullard*

Betty W. Bullard

# EXHIBIT

## "6"

EXHIBIT "6"

# JACKSON FAMILY PRACTICE

*In Affiliation with Jackson Hospital*

George M. Handey, M.D.          Janise H. Whitesell, M.D.          Rachel M. McKinney, M.D.

October 25, 2004

To Whom It May Concern:

I am writing in regards to Betty Bullard, claim number, 1358453. I feel that Ms. Bullard is permanently unable to perform fulltime job of any kind secondary to her multiple medical conditions. She has slowly declined over the past two years. While she has attempted to work the past two years, she has used all of her sick leave and has had many friends at work give their sick leave to her as well. Her inflammatory arthritis has worsened to the point that her rheumatologist has recommended she start Remicade. Her ulcerative colitis continues to be debilitating as well. Please reconsider her for disability. Even with maximum medical treatment, I feel that Ms. Bullard will not be able to have gainful employment.

Sincerely,

*Rachel M. McKinney, MD*

Quality Performance Support
OCT 29 2004

1801 Pine Street • Suite 301 • Montgomery, AL • 36106 • (334) 265-5577

Claimant Name: Betty W Bullard          Claim #: 1358453

# EXHIBIT

## "7"

EXHIBIT "7"

# UNUMPROVIDENT

## Medical Response

**Claimant: Betty Bullard**

**Date Referred: 11/17/04**

**Date Completed: 11/30/04**

**CLAIMANT REPORTS:** I have been diagnosed as having narcolepsy, sleep apnea, ulcerative colitis, high blood pressure. I have had surgery on my neck for a herniated disc, surgery on both feet & still need surgery on feet and still have 2 bulging disc in my back that hurt, have arthritis, bursitis & TMJ, fibromyalgia

**CLINICAL DATA REVIEWED:** A full file, no deterrence review of legible clinical data was performed with focus on records immediately prior to and since the date in question.

Dr. DD Thornbury/Dr. Wells, ortho (4/04-6/04)

Dr. Reuben Richardson, sleep d/o (6/95-7/04)

OSP/CRS reviews: Please see the QPS Referral form

Dr. Albert Foy, orthodontics (6/98-3/04)

Dr. Rachel McKinney, family medicine (6/03-10/04)

Dr. George Bradford (4/98-5/98)

Dr. Janise Whitesell, family practice (?/02-6/03)

Dr. Donna Paul, rheumatology (10/04)

Dr. Roger Kemp, Pain Management (9/04)

Allen Downs MS, therapist (6/04-11/04)

**CLINICAL SUMMARY:**

**02/26/04-**Thornbury visit, bilateral foot pain, pt w/multiple joint pain, rheumatologic studies are negative, think she has some component of mild fibromyalgia, she has responded well to injections to her sinus tarsi in both feet, seems to be getting some relief of her pain.

Exam: less swelling in both ankles, less tenderness, and ROM is a little bit restricted on L side having been in that boot.

Impression: improving ankle pain'

Plan: will get her out of cam walker and go to bilateral malleolar trains to help control swelling, and switch vioxx to bextra

**03/10/04-**McKinney visit, c/o SOB & chest tightness. Pulse ox 98% on RA. Assessment: GAD w/panic. Plan: increase effexor XR 225mg, klonopin 0.25mg tid prn. Recent chest CT was normal, stress test also normal

**03/29/04-**Foy APS r/ls: none. Indicates last visit in 1998

**04/01/04-McKinney APS r/ls: pt is unable to adequately do her job secondary to her extreme fatigue, ulcerative colitis (diarrhea) & anxiety with panic attacks. She is presently still trying to work.**

**04/07/04-**McKinney visit, c/o rash. Skin w/erythematous maculopapular rash w/satellite lesions. Assessment: candidial dermatitis. Plan: nystatin cream bid, cover at night w/desitin.

**04/09/04-Thornbury APS r/ls: none—activity as tolerated.** Pt was off work in June/July 03' but has not been taken off work for current period.

**05/12/04-**Wells initial visit, pain in R shoulder for at least a year's duration, denies specific trauma, pain is limited to shoulder, no radicular component, no burning, no numbness, no tingling in the RUE. h/o previous anterior cervical fusion, she had cervical radiculopathy into the R before she had her surgery.

Exam: significant pain on abduction, internal and external rotation. Non-tender over biceps tendon, no defect in biceps musculature, no tenderness over AC joint. X-ray: AC degenerative arthritis, no other bony pathology noted, type II acromion, we think she has subacromial bursitis and AC degenerative arthritis of R shoulder.

Plan: depo-medrol & xylocaine injection to subacromial space. Darvocet & Demerol given for pain, sending to PT, will see back in 3 wks.

**05/17/04-**Richardson visit, colitis slightly worse, still on asacol, depression stable, sleep—now on CPAP—tries to use

Prior to this visit, pt was last seen November 2003.

**05/19/04**-Wells office notes injection was of some benefit for a few days but pain now returned and she has numbness and tingling radiating to arm & hand.

**06/17/04**-Downs visit, pt somewhat anxious & scattered. Anxious, fearful affect, poor attention span & concentration, mod-severe mood swings w/chronic depression & anxiety.

**06/22/04**-Paul visit

**07/15/04**-Lspine MRI impression:

- L2-3 there is mild L paracentral disc bulge and mild disc dehydration, no significant stenosis
- L3-4 there is disc dehydration and a fissure in the disc annulus and central disc bulge, no significant stenosis
- L4-5 disc dehydration w/tiny fissure in disc annulus and bulge of disc annulus. Also facet hypertrophy w/very mild lateral stenosis bilaterally
- L5-S1 disc dehydration and central bulging, no significant stenosis seen.

**07/18/04**-sleep study for CPAP re-titration. Pt was re-titrated from 4cm to 10cm, she did well on 10cm pressure.

**09/02/04**-Paul visit, exam notes tenderness R/L upper & lower quad, decreased Cspine ROM, pain in shoulder w/abduction, internal rotation & external, TS in right & left MCP, PIP, and wrists, none in DIP

**09/07/04**-Kemp visit, c/o pain in cervical, shoulder, and lumbar areas. Pain is made worse by sitting too long, lying too long, flexion, lifting/lifting legs.

**09/10/04**-bilateral hip MRI impression: normal

**09/29/04**-colonoscopy impression: hemorrhoids, diverticulosis of colon, terminal ileum was cannulated for 10cm and was normal, multiple erosions, edema and erythema was present in sigmoid colon and biopsies obtained.

**10/06/04**-lumbar facet joint block by Kemp

**10/14/04**-Paul visit, c/o hurting all over. Assessment: inflammatory arthritis & ulcerative colitis. Plan to start remicade

**10/25/04**-McKinney statement: **I feel that Ms. Bullard is permanently unable to perform a fulltime job of any kind secondary to her multiple medical conditions.** She has slowly declined over the past two years. Her inflammatory arthritis has worsened to the point that rheumatology has recommended remicade, her ulcerative colitis cont to be debilitating as well.

**11/17/04**-Downs completes FCE indicating mild impairment in 4/16 areas, moderate impairment in 8/16, and moderately severe impairment in 4/16 areas. **APS r/ls: any important book keeping, admin duties, or tasks that involve sustained concentration.**

## ANALYSIS OF MEDICAL INFORMATION AND RESTRICTIONS/LIMITATIONS:

The submitted documentation reflects multiple conditions for which treatment is being sought. The dx have been evident or suspected for several years prior to the DOD. She is identified as having a history of anterior cervical fusion and recent Lspine MRI result indicated degenerative changes. Colonoscopy indicates diverticulosis and hemorrhoids in addition to the presence of multiple erosions and erythema. The clmt has had a dx of excessive daytime sleepiness and OSA for several years with recent sleep study indicating the need to increase CPAP pressure from 4cm to 10cm. She has also had indications of fibromyalgia and fatigue complaints for several years. The sx identified by Downs would also be consistent with the identified psychiatric dx and would be expected to cause some degree of impairment. It is noted that documentation from Dr. Patrick Ryan, neurosurgeon does not appear to have been included in the submitted information. It is also noted that specific details regarding the reported foot surgery does not appear to have been included.

## REFERRAL QUESTIONS:

1. The documentation would indicate a reasonable expectation of some functional loss. The identified conditions have been present for a significant amount of time prior to the DOD.

2. Appropriate r/ls will be deferred to doctoral level review.

Latisha L. Toney RN, BSN       **DATE COMPLETE: 11/30/04**
Sr. Clinical Consultant
Chattanooga QPS
423-294-8659

# EXHIBIT

## "8"

EXHIBIT "8"

Activity
--------------------------------------------------------------------------------

Type: Clinical Resource

Name: File Rev - IL

Status: Completed

Date: 11/17/2004

Owner: Vergot, Susy

Subject: clinical review

Document ID:

Mark As Priority: No

Upon Completion Send Response To: Activity Creator

Request:

has LTD and LWOP files
see referral for pti to file

Created Date: 11/17/2004 - 13:34:28 Created By: Ward, Teresa

Create Site: Chattanooga

Response:

12/2 - Triage to MD

As of 2/2/05, "I have reviewed all medical and
clinical evidence provided to me by Company personnel bearing on the
impairment(s) which I am by training and experience capable to assess
Please see other reviews. This is an appeal review including
additional records.
Betty Bullard is a 49 year old secretary with a DOD
of 5/22/04 for ankle and foot pain, cataplexy and
narcolepsy, hypersomnia and sleep apnea.

ANALYSIS:
Ms. Bullard is noted to be 5' 6" tall, weghing 170 pounds, and historically
having an anterior fusion of the C-spine. The claimant has the current
co-morbid conditions :
COLITIS : Ms. Bullard's Colitis as of 5/17/04 was
noted to be slightly worse though- being treated with Asaco. A 9/04 colonosclpy

was interpreted as having erythema, edema, and mulrple erosion in the sigmoid
colon and Diverticulosis.
ARTHRITIS: AC degenerative arthritis of the right
shoulder is noted by ortho Dr. Well's on 5/12/04. C-spine ROM is decreased.
Swelling and tenderness were noted in the small joints of the hands in 9/04. By

10/04, Remicade was suggested as further arthritic medication.-
LUMBAR DEGENERATION : Ms. Bullard has underwent facet
blocks MRI of the Lumbar Spine had the following positive findings:

L2-3 mild dehydration, mild paracentral disc buldge with out significant
stenosis
L3-4 mild dehydration,fissure in the disc annulus, and a central disc buldge
without signifigant stenosis
L4-5 disc dehydration , tiny fissures and buldge in the disc annulus with
very mild lateral stenosis bilaterally
L5-S1 disc dehydration, central buldge without stenosis

SLEEP APNEA: As of 7/15/04 was doing well on 10 cm CPAP for her sleep
apnea.
FOOT/ANKLE PAIN : claimant reports having screws put
in her feet. Record note 2/04 improving swelling and ankle pain and nalleolar
trains to replace a boot brace on the left ankle.
Normal testing includes:

Chest CT
Stress test
9/10/04 bilateral hip MRI

ANSWERS/CONCLUSIONS:
1. Yes. Some functional loss is supported with the individual conditions
above and the co-morbid diagnosis considered together as a whole person.
2. Reasonable R/L's for the above noted diagnses/conditions would
be:

avoid repetative bending/twisting at the waist
avoid prolong standing/walking
change position as needed for comfort
avoid above the shoulders work
close and readily available restroom facilities
occasional lifitn up to 20 pounds
frequent lifting up to 10 pounds
no lifitng above shoulders
avoid lifting while bending at the waist
avoid fine articulate movements of the hands when arthritis flares in hands

Susy L.L. Vergot. DO
VP MEDICAL DIRECTOR
BOARD CERTIFIED FAMILY PRACTICE

Completed Date:

Complete Site:
                          Followup
-------------------------------------------------------------------------

Type: Clinical Resource

Name: File Rev - IL

Status: Completed

Date: 12/17/2004

Follow Up Owner: Ward, Teresa

# EXHIBIT

## "9"

EXHIBIT "9"



April 6, 2005

Betty Bullard
4001 Tiffany Drive
Montgomery, AL 36110-3003

RE: Life Waiver of Premium Claim Number  1358879
     Long Term Disability Claim Number    1358453
     Policyholder                    Annuity Board of the Southern Baptist Convention

Dear Ms. Bullard:

We have completed our appellate review of the denial of your claim for Long-Term Disability benefits. After a thorough review of your file we have determined that the decision to deny your claim is appropriate and we have upheld it. This letter shall explain our rationale.

The policy for which you are covered defines disability as follows:

"You are disabled when UNUM determines that:

-   you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injuries; and

-   You have a 20 % or more loss in your indexed monthly earnings due to the same sickness or injury.

After 24 months of payments you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

Regular occupation means the occupation that you are routinely performing when your disability begins. Unum will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location."

Your file reflects that you have been claiming total disability since May 22, 2004, stating you are unable to perform the material and substantial duties of your occupation as a Secretary.

UnumProvident Corporation • Quality Performance Support – Appeals, P.O. Box 180136, Chattanooga, TN 37402 •
Fax 423-755-8383 • www.unumprovident.com

Page 2

The Attending Physician Statement completed by Dr. Daniel Thornbury dated April 9, 2004, indicated your restrictions (what the patient should not do) were, "none-activity as tolerated". Your limitations (what the patient cannot do) were indicated as, "activity as tolerated".

During the evaluation of your claim medical records were received from Dr. Daniel Thornbury, Dr. Ruben Richardson, and Dr. Albert Foy.

Upon receipt of the records from your treatment providers your file was reviewed by a Physician Board Certified in Aerospace and Occupational Medicine on August 17, 2004. The Physician's review concluded, in summary, that the information contained within your claim file does not provide support for a disability that would preclude you from working.

The records indicate that you have been diagnosed with Obstructive Sleep Apnea (OSA). You have reported a history of Narcolepsy, however the physician who conducted a Sleep Study did not identify Narcolepsy as a diagnosis. You have undergone surgery for OSA, and were prescribed a new CPAP regimen. Results of a repeat sleep study to assess the effectiveness of the CPAP regimen were not contained in the available documentation at the time of the Physician's review.

You have been reported to have Anxiety and Panic Attacks. Psychotropic medications (antidepressant and stimulants) are being prescribed. There is report of cognitive dysfunction but there has been no testing or evaluation of this complaint. The record does not document a referral for further evaluation, testing or treatment.

You have been diagnosed with Ulcerative Colitis (UC). The records do not document a change in your treatment or recommendation for additional evaluation or testing as might be expected if you were not responding to the recommended treatment plan.

In a letter from Brandon Estrada, Disability Benefits Specialist dated September 1, 2004, you were advised, in summary, that after completing a review of your claim for Long Term Disability Benefits cannot be approved. Although there are several conditions that seem to be affecting you, we do not see a disabling condition that would preclude you from performing the substantial and material duties of your occupation, therefore your claim has been closed. (please refer to Mr. Estrada's letter for a detailed explanation and rationale for the decision)

On November 2, 2004, a letter was submitted by Dr. Rachel McKinney dated October 25, 2004.

On November 3, 2004, we received your letter of appeal in our Quality Performance Support Unit.

On November 16, 2004, we received the additional medical records you submitted for our review consisting of; records from Dr. Roger Kemp, a sleep study dated July 18, 2004, a colonoscopy dated September 29, 2004, and progress notes from Dr. Donna Paul.

Page 3

On November 22, 2004, we requested records from your mental health therapist Allan Downs. The records were received from Mr. Downs on the same date.

On December 14, 2004, a review of the records from Allan Downs was completed by a Licensed Clinical Psychologist. The Psychologist's review noted that there is no basis for concluding that your psychiatric condition deteriorated around your identified date-of-disability or that psychological factors caused a loss of functional capacity -- compared with your recent level of performance. The medical records provided around your claimed date of disability and since reflect no substantial change of your psychiatric symptoms.

While it remains plausible that psychological factors – or non-clinical issues -- could influence your clinical presentation the available records do not substantiate the claim that your ability to perform any specific occupational duties diminished around your identified date-of-disability nor has continued since.

On February 4, 2005, a review of your file was completed by a Physician Board Certified in Family Practice. The Physician's review noted that as of July 15, 2004, you were noted to be doing well on 10 cm CPAP for your sleep apnea.

The Physician noted that based on review of the records some functional loss is supported considering your multiple diagnoses.

Reasonable restrictions and limitations would consist of the following: avoid repetitive bending/twisting at the waist
- avoid prolong standing/walking
- change position as needed for comfort
- avoid above the shoulders work
- close and readily available restroom facilities
- occasional lifting up to 20 pounds
- frequent lifting up to 10 pounds
- no lifting above shoulders
- avoid lifting while bending at the waist
- avoid fine articulate movements of the hands when arthritis flares in hands

On February 7, 2005, our Board Certified Physician wrote to Dr. McKinney to have her address the restrictions and limitations identified in the Physician's review and to indicate if she felt the restrictions and limitations were reasonable based on her clinical observations.

On February 7, 2005, a Vocational Rehabilitation Consultant (VRC) reviewed your claim file and completed an analysis of your occupational duties. The VRC reviewed the job description for a Secretary provided by your employer.

Page 4

The job description provided by your employer indicated a job title of secretary. The job summary stated, "The office secretary is classified as Missions Support Personnel. The principle job assignment includes the fulfillment of assigned responsibilities with a positive attitude."

The Essential Duties And Responsibilities were reported as follows:
- Prepare office correspondence as directed by the Office Director and Associate.
- Prepare for conferences related to the office that includes material preparation and promotion.
- Prepare weekly requisitions in keeping with Accounting Office guidelines and maintain financial records for the office.
- Serve as a point of contact for guests entering the office by telephone or in person.
- Assist in preparing materials for meetings that are office related.
- Maintain a database of those relating to the work of the office.
- Attend, with prior Executive Director approval, office conferences/events where assistance is needed

Your employer indicated that the job is performed seated at a desk using a computer up to 80% of the work day.

The VRC concluded that the job duties are consistent with the occupation of Secretary (201.362-030) and would be expected to require sedentary capacity (exerting up to 10 pounds of force occasionally, brief periods of walking and standing). The occupation is performed within a work environment that would allow one to change positions as needed and work can be organized as desk level. OSHA requires that toilet facilities be available to employees. The proximity of the bathroom to a work area is a factor of a work environment and not of any specific occupations. The work environment would be expected to have reasonable access to toilet facilities. There would not be any expectations for lifting above the shoulders given that the work environment would allow for organization of work below the shoulders. The occupation would not require bending or twisting in performing the material duties of the occupations. The occupation would be expected to require fingering on a frequent basis.

On February 22, 2005, Dr. McKinney responded to our Physician's letter and indicated that, "I am writing you regarding Betty Bullard. I feel that you have adequately listed her limitation form her ulcerative colitis and her rheumatoid arthritis.  Ms. Bullard states that her fatigue from her narcolepsy is such that she is unable to stay awake at work even for a part time job. As this is not my area of expertise, I am unable to give an opinion on her true limitation from these diagnoses..."

On March 4, 2005, we spoke to you and you indicated that you had been treating with Dr. Donna Paul since July 2004. You stated that you did not think we had all the pertinent records from Dr. Paul that would help us in evaluating your claim.

Upon completion of our discussion we agreed that we would write to Dr. Paul to request all your treatment notes from the time you began seeing her up thorough the present date.

**Page 5**

On March 7, 2005, we sent a written request to Dr. Paul to obtain all your treatment notes form July 2004 through the present date.

On March 14, 2005, the records we requested from Dr. Paul were received in our office. Upon receipt of the records your file was referred back to our medical department for further evaluation.

On March 29, 2005, a review of your file was completed by a Physician Board Certified in Family Practice. The Physician's review concluded that in review of the additional records it appears that you have been having a rheumatoid flare with a sed rate slightly elevated at 21 and an elevated CRP of 11. Swelling and tenderness of the hand joints was noted along with 6 stools a day. There has been reported improvement with your treatment regimen as of the March 3, 2005, office note, but flare symptoms are still noted.

Based on these findings reasonable restrictions and limitations would be:
- avoid repetitive bending/twisting at the waist
- avoid prolong standing/walking
- change position as needed for comfort
- avoid above the shoulders work
- close and readily available restroom facilities
- occasional lifting up to 20 pounds
- frequent lifting up to 10 pounds
- no lifting above shoulders
- avoid lifting while bending at the waist
- avoid fine articulate movements of the hands during this arthritis flares of the hands

These restrictions and limitations appear to remain consistent with the Physician's prior review of February 4, 2005.

We have now had the opportunity to complete a thorough and comprehensive appellate review of the documentation contained in your claim file. We regret to advise you that our appellate review of the entire contents of your file does not support an impairment that would preclude your from performing the material and substantial duties of your regular occupation, and therefore you do not satisfy the definition of disability within your contract. At this time, we have no other alternative but to uphold the denial of your claim for Long Term Disability benefits.

Furthermore, a review of your claim for Life Waiver of Premium has also been conducted.

Your policy states:

If you become totally disabled prior to age 60, and have been unable to work for nine (9) months you may be eligible for continuation of coverage provided by The Annuity Board of the Southern Baptist Convention. Life Insurance coverage would be continued during the period of total disability without const to you.

---

*Claimant Name: Betty W Bullard    Claim #: 1358453*

Page 6

Total Disability for you, means that you are prevented from performing the usual tasks of any occupation for which you are reasonable suited by training and education in such a way as to procure and retain employment."

Since our appellate review has found you not to be medically disabled from performing your own occupation, the denial of your claim for Life Waiver of Premium must also be upheld.

We regret that our decision could not be more favorable. This now concludes our appellate review. If you should have any questions or concerns you may contact me at 1-800-451-8464, extension 48086.

Sincerely,


Teresa Ward, ALHC
Lead Appeals Specialist
Unum Life Insurance Company of America

# EXHIBIT

# "10"

EXHIBIT "10"

UnumProvident Claim Reassessment Unit
PO Box 9728
Portland, ME 04104-5028

BETTY W BULLARD
4001 TIFFANY DRIVE
MONTGOMERY, AL 36110-3003



April 22, 2005

BETTY W BULLARD
4001 TIFFANY DRIVE
MONTGOMERY, AL 36110-3003

Re:  Claim No.  0100067587

Dear Betty W Bullard:

As part of a multistate settlement with insurance regulators and the United States Department of Labor (the "DOL"), The Paul Revere Life Insurance Company, Provident Life and Accident Insurance Company, Provident Life and Casualty Insurance Company, First Unum Life Insurance Company and Unum Life Insurance Company of America ("the Companies") have agreed to implement a Claim Reassessment Process, under which your long term disability claim as captioned above has been determined to be eligible.

For that reason, if you believe that you may be eligible for benefits for which you have not been paid, you are entitled to request that the Companies review their previous decision to deny your disability income claim or terminate benefits being paid on such claim. The settlement with insurance regulators and the DOL sets forth the procedures under which the Companies will conduct the Claim Reassessment Process. This Process will be monitored by the insurance regulators and, as to claimants who are or were covered under an employee benefit plan, by the DOL. A copy of the Regulatory Settlement Agreement is available on the website of UnumProvident Corporation.

If you wish to elect to participate in the Claim Reassessment Process, you must do one of the following within 60 days of the date of this letter:

- Fill out and return the enclosed sheet in the envelope provided; OR

- Visit www.unumprovident.com/elect with your claim number ready (provided at the top of this page); OR

- Place a toll-free call to 1-877-477-0964 and provide your name, current address and claim number. This phone number is provided for your convenience in making your election to participate, but no other information is available currently through this special temporary line.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

Your decision to participate in the Claim Reassessment Process will be acknowledged by the Companies.

The Companies will review claims of those electing to participate based on the original dates of when the claim was denied or closed with the oldest closure dates being reviewed first. The Companies will send you a second notice at a time that is closer to the period when your claim will be reviewed indicating the approximate time period of that review and requesting that you complete and return a Reassessment Information Form to provide information needed for the review of your claim.

Once you have completed and returned your Reassessment Information Form, the Companies will acknowledge its receipt and indicate any specific information that is still needed in order for the Companies to reassess your claim. Once our prior claim decision has been reassessed and any additional investigation is completed, the Companies will advise you in writing whether your claim will be re-opened and further benefits paid.

You are under no obligation to participate in the Claim Reassessment Process. Should you decide not to participate you will not lose any rights that you otherwise have. However, should you choose to participate, you will need to agree that if (and only if) the reassessment results in a reversal or other change in our prior decision denying or terminating benefits, you will not pursue legal action against the Companies to the extent (and only to the extent) such action would be based on any aspect of the prior denial or termination that is reversed or changed.

If you have already commenced legal action relating to your prior claim(s) decision, please provide a copy of this letter to your attorney as soon as possible so that he or she might advise you concerning the alternatives. If, after consulting with your attorney, you decide to participate in the reassessment, you will need to agree to take such action as is necessary to seek to stay such litigation pending the outcome of the reassessment process. If the court does not agree to a stay and a final verdict or judgement is entered prior to completion of the reassessment, the Company will have no further obligation to reassess your claim. If the court stays the litigation relating to your claim, you will need to agree that if (and only if) the reassessment results in a reversal or other change in the prior decision denying or terminating benefits, you will withdraw and dismiss with prejudice your litigated claims, including extracontractual claims, to the extent (and only to the extent) such claims are based on any aspect of the prior denial or termination that is reversed or changed. In other words, to the extent that following the reassessment there remains a complete or partial denial of benefits, a claimant's right to initiate or continue litigation regarding that portion of the prior denial that has not been reversed or changed shall not be waived. As to any portion of a prior denial that is reversed or changed and you have agreed to withdraw the action as described above, the Company will attempt

to reach agreement with you regarding the payment of any reasonable attorney's fee to which you may be entitled under law, and if we are unable to reach such an agreement, you will not be prejudiced from pursuing such fees in a court of law. After you have discussed this with your attorney, we encourage your attorney to contact the attorney representing the Company to discuss these matters so that you might make an informed decision regarding participation in the reassessment process and your other alternatives.

These agreements relating to commencing legal action and any pending litigation, which will be included with the Reassessment Information Form for you to sign, will not apply to the extent that our prior decision denying or terminating benefits is not reversed as a result of the Claim Reassessment Process and any applicable statute of limitations will be tolled during the pendency of the reassessment process.

Sincerely,

UnumProvident Claim Reassessment Unit
Unum Life Insurance Company of America



## Request to Participate Form

Name: Betty W Bullard

Claim Number: 0100067587

Insuring Company: Unum Life Insurance Company of America

**By returning this letter, I am requesting to participate in the Claim Reassessment Process.**

Signature:_____

Last four (4) digits of Social Security: _____

Date: _____

In order to have your claim included in this reassessment, this form must be mailed to the address provided by June 21, 2005.

PO Box 9728
Portland, ME 04104-5028
Phone: 1-877-477-0964

# EXHIBIT

# "11"

EXHIBIT "11"



# ALABAMA BAPTIST CONVENTION
## State Board of Missions

**Dr. Rick Lance,** Executive Director-Treasurer

*"Great Commission Ministries"*

May 9, 2005

Social Security Administration
2450 Presidents Drive
Montgomery, AL 36116

REF:  Ms. Betty Bullard
       Social Security #

TO WHOM IT MAY CONCERN:

Greetings,
The State Board of Missions is a religious organization that carries an ethical obligation to care for our employees. Betty Bullard reached the point where she was physically unable to fulfill her job requirements. We placed her on leave with pay while she was filing application for disability with out disability provider. Our policy carries a 90-day waiting period. Our carrier declined her application and Mrs. Bullard appealed. At the time, she had no source of income or insurance other than what we were providing for her. We decided to keep her on leave with pay status through the appeal process. Her appeal was recently denied and our ability to continue carrying her salary and medical benefits came to an end.

We disagree with our carriers decision to deny her disability. We felt a moral and ethical obligation to keep her from being left with no means of support.

I trust this will provide the answers you are searching for. Let me know if additional information is needed.

Sincerely,

W. Robert DuBois

Dr. W. Robert DuBois
Associate Executive Director

# EXHIBIT

# "12"

EXHIBIT "12"

**Vocational Rehabilitation Service**



Alabama Department of
# REHABILITATION SERVICES



**Bob Riley**
GOVERNOR

**Steve Shivers**
COMMISSIONER

To Whom It May Concern,

Re: Ms. Betty Bullard

Based on conversations with Ms. Bullard, reviewing her treating physician's statements and considering her past job duties, this counselor certifies that Ms. Bullard has permanent disabilities that will prevent her from returning to work. She has been unable to work for well over 12 months and there is no expected improvement for her conditions anytime in the immediate future.

As noted in the medical and psychological documentation, Ms. Bullard has been diagnosed with several disabling conditions. Due to the combination of all of the disabilities along with side effects from the treatment that she is receiving, she has severe limitations to performing any work tasks. Both exertional and non-exertional capacities have been greatly impaired. She is unable to perform jobs that have <u>any</u> physical requirements. She is restricted from meeting the seven strength demands of jobs (sitting, standing, walking, lifting, carrying, pushing, and pulling), and she experiences extreme, chronic fatigue and exhaustion. She is not capable of performing sedentary jobs, even with her extensive work experience. She has irregular sleeping patterns due to both pain and the narcolepsy. Again, the fatigue and exhaustion factors interfere with concentration, memory loss and proper interaction with co-workers, supervisors and others. It should be noted that all of these problems also interfere with her activities of daily living and have limited her independence and quality of life.

In this counselor's opinion, Ms. Bullard's disabilities prevent her from working on a regular and continuing basis and from performing any substantial gainful activity.

With Ms. Bullard's permission, please contact me with any further questions.

Sincerely,

Don Stephens, M.Ed., CRC
Counselor
Vocational Rehabilitation Service

*PROVIDING SERVICES TO ALABAMIANS WITH DISABILITIES*

2127 East South Boulevard ■ Montgomery, AL 36116-2456 ■ 334-288-0220 ■ 1-800-441-7578
■ Fax: 334-281-1388 ■ www.rehab.state.al.us