IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, § | |
| Plaintiff, § | |
| § | CASE NO. |
| vs. § | |
| § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; § | |
| UNUM LIFE INSURANCE COMPANY | |
| OF AMERICA, et al., § | |
| Defendants. § | |
| § | |

**MOTION FOR EXTENSION OF TIME TO REPLY TO
PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

On or about October 5, 2006, Unum Life Insurance Company of America and UnumProvident Corporation filed Motions for Summary Judgment. Plaintiff filed responses to these motions on October 23, 2006. The deadline for replies to plaintiff's responses is presently October 30, 2006. Defendants respectfully request an additional week, through November 6, 2006, in which to reply to plaintiff's responses. This motion is based upon the following grounds:

1. Undersigned counsel prepared the referenced Motions for Summary Judgment and supporting briefs.

2. Since July, 2006, undersigned counsel has been scheduled to be on vacation out of state from October 23, 2006 through October 30, 2006.

3.  While undersigned counsel has not yet left for vacation, he remains hopeful that he can leave this evening (October 24, 2006) to enjoy the prepaid rental for the remainder of his scheduled vacation.

4.  Undersigned counsel has contacted counsel for the plaintiff and counsel for plaintiff has no objection to this motion.

WHEREFORE, Unum Life Insurance Company of America and UnumProvident Corporation respectfully request that the Court grant a one week extension, through November 6, 2006, in which to file reply briefs.

_____
HENRY T. MORRISSETTE    (MORRH7622)
DOUGLAS W. FINK         (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America,
UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 24, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Douglas W. Fink*
Douglas W. Fink    (FINKD3798)
Attorney for Defendants
    HAND ARENDALL, LLC
    Post Office Box 123
    Mobile, Alabama  36601
    Phone:   (251) 432-5511
    Fax:     (251) 694-6375
    E-mail: dfink@handarendall.com

545611_1

- 3 -