IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § § | |
| Defendants. | § | |
| | § | |

## NOTICE OF SETTLEMENT CONFERENCE

Per the Court's Scheduling Order, counsel for the parties conducted a face to face settlement conference on October 24, 2006, at which conference counsel engaged in good faith settlement negotiations. Though settlement has not yet been reached, the parties have committed to continue to discuss the same and do not presently agree that mediation would be helpful.

/s/Douglas W. Fink
HENRY T. MORRISSETTE (MORRH7622)
DOUGLAS W. FINK (FINKD3798)
OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375
Attorneys for Defendants
Unum Life Insurance Company of America,
UnumProvident Corporation

/s/Thomas O. Sinclair
Thomas O. Sinclair (SIN018)
CAMPBELL, WALLER & POER, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax: (205).803-0053
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 24, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwp-law.com

*s/Douglas W. Fink*
Douglas W. Fink    (FINKD3798)
Attorney for Defendants
HAND ARENDALL, LLC
Post Office Box 123
Mobile, Alabama  36601
Phone:   (251) 432-5511
Fax:      (251) 694-6375
E-mail: dfink@handarendall.com

545600_1