IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1217-MEF |
| ) | |
| UNUMPROVIDENT CORPORATION, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of Defendants' Motion for Extension of Time to Reply to Plaintiff's Response to Motion for Summary Judgment (Doc. # 25), filed on October 24, 2006, it is hereby

ORDERED that the motion is GRANTED. Defendants' reply briefs will be due on or before November 6, 2006.

DONE this the 24th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE