IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | CASE NO. |
| vs. | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |

---

**NOTICE OF APPEARNCE OF JOHN S. JOHNSON**

---

Comes now John S. Johnson and enters his name as additional counsel of record for the Defendant UnumProvident Corporation in the above styled matter. The undersigned attorney requests that the clerk, Court and all parties serve him with all correspondence, pleadings, filings, orders, discovery requests and other documents in this case.

s/ **John S. Johnson**
One of the Attorneys for Defendant
UnumProvident Corporation

**OF COUNSEL:**
HAND ARENDALL, L.L.C.

1200 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 324-4400
jjohnson@handarendall.com

HENRY T. MORRISSETTE
hmorrissette@handarendall.com
DOUGLAS W. FINK
dfink@handarendall.com

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone:   (251) 432-5511
Facsimile:   (251) 694-6375

Attorneys for Defendant UnumProvident
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 31, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

**s/  John S. Johnson**
Of Counsel