IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SERVICE OF WITNESS DISCLOSURES

Come now Unum Life Insurance Company of America and UnumProvident Corporation, defendants in the above-styled cause, and hereby give notice to the District Clerk that they have, on the 6th day of November, 2006, pursuant to Section 8 of the Court's Scheduling Order, served **Witness Disclosures** upon all counsel of record in the above referenced matter via U.S. Mail, properly addressed and first class postage prepaid.

_____
HENRY T. MORRISSETTE      (MORRH7622)
DOUGLAS W. FINK           (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America,
UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 6, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Douglas W. Fink*
Douglas W. Fink    (FINKD3798)
Attorney for Defendants
    HAND ARENDALL, LLC
    Post Office Box 123
    Mobile, Alabama 36601
    Phone:   (251) 432-5511
    Fax:     (251) 694-6375
    E-mail: dfink@handarendall.com

551594_1