IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT
UNUM LIFE INSURANCE COMPANY OF AMERICA'S
SUPPLEMENTAL EVIDENTIARY SUBMISSIONS IN
<u>SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

In response to arguments set forth in Plaintiff's brief, Defendant files herewith the following additional evidentiary submissions in support of its Reply Brief filed with the Court November 6, 2006:

29. Excerpts from the Deposition of Betty Bullard taken on March 8, 2006.

Respectfully submitted,

s/Douglas W. Fink
HENRY T. MORRISSETTE       (MORRH7622)
DOUGLAS W. FINK            (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 6th, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

s/Douglas W. Fink