Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER:  2:05-CV-1217-MEF

Betty Bullard,

    Plaintiff,

vs.

UnumProvident Corporation, et al.,

    Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Betty Bullard may be taken before Sara Mahler, CSR, at the offices of Beasley, Allen, Crow, Methvin, Portis & Miles, at 272 Commerce Street, Montgomery, Alabama 36103, on the 8th day of March, 2006.

DEPOSITION OF BETTY BULLARD

46798



EXHIBIT 29

Page 11

1  Q. Can you just read that into
2  the Record so I'll have it?
3  A. 3298395.
4  Q. Is your current home address
5  still 4001 Tiffany, T-I-F-F-A-N-Y, Drive in
6  Montgomery?
7  A. It is.
8  Q. What's the zip code there?
9  A. 36110.
10 Q. And you have no current work
11 address, as I understand it?
12 A. Correct, but --
13 Q. When you were employed with
14 the Annuity Board of the Southern Baptist
15 Convention, your work address was 2001 East
16 South Boulevard?
17 A. Correct.
18 Q. Go ahead.
19 A. You had asked -- Could you
20 repeat the question about the address, for
21 the work address.
22 Q. Right. I'm sorry. Do you
23 presently have a work address?

Page 12

1  A. I have one day a week that I
2  work.
3  Q. Okay.
4  A. At Sylvan Learning Center, and
5  it's Zelda Road. I cannot remember the
6  number on it.
7  Q. That's Zelda Road, Z-E-L-D-A?
8  A. It is.
9  Q. Here in Montgomery?
10 A. It is.
11 Q. What day do you work at Sylvan
12 Learning Center?
13 A. On Saturdays.
14 Q. Okay. How many hours do you
15 work on Saturdays?
16 A. Eight to eight and a half. It
17 varies.
18 Q. Okay. Eight hours to eight
19 and a half hours?
20 A. Yes.
21 Q. What time do you normally
22 start in the morning?
23 A. Eight o'clock.

1  Q. Okay. What do you do for
2  Sylvan Learning Centers on Saturday?
3  A. I proctor their Prometric --
4  Thompson Prometric Test. I just have to
5  watch cameras as they are testing on
6  computers.
7  Q. Let me ask you a little bit
8  more about that. You said at Thompson?
9  A. Thompson Prometric.
10 Q. Prometric Test. What is a
11 Thompson Prometric Test? Is it a computer
12 test?
13 A. It's a computer test.
14 Q. Okay. What does it test?
15 A. They have several hundred
16 tests that they can learn.
17 Q. Okay. All of the disciplines,
18 math, reading, English, all that, it's just
19 a computer-given test?
20 A. It's for, like, a graduate
21 school, your doctor schools, all kind of
22 different tests.
23 Q. Do you have involvement with

Page 14

1  any of the, I guess I'll call them students,
2  the test takers?
3      A.    Just as they come in and
4  leave.  They have to sign in and out and
5  that's it.
6      Q.    Okay.  Are you there to answer
7  questions should they need assistance?
8      A.    No.
9      Q.    Is there someone else there to
10 perform that function?
11     A.    Yes.
12     Q.    Okay.  How long have you been
13 working Saturdays at the Sylvan Learning
14 Center?
15     A.    I don't recall exactly how
16 long it's been.  It's been -- Let me think
17 just a moment.  -- probably a couple of
18 years.
19     Q.    You've been doing that since
20 you worked at the Annuity Board; correct?
21     A.    I have to supplement what
22 little I'm getting now.  It's not enough for
23 me to -- since I do not get paid for the

Page 15

1 disability and I'm not able to work full
2 time or more hours than that.
3    Q.   Okay.
4    A.   I have to have something to be
5 able to keep my house and have food to eat.
6    Q.   Let me ask you this.  Do your
7 tax -- Do you file tax returns?
8    A.   I do.
9    Q.   Would they reflect when you
10 first began working at the Sylvan Learning
11 Center?
12    A.   Well, they reflect what I did,
13 you know, that year.
14    Q.   Yes, ma'am.
15    A.   Uh-huh.
16    Q.   So, we could tell from those
17 when you started working there?  You said
18 you think it's been a couple of years?
19    A.   Uh-huh.
20    Q.   You think it was also -- You
21 think you began working there while you
22 worked for the Annuity Board at Southern
23 Baptist Convention?

1   A.   I started right before I
2   started being sick. I still had a child at
3   home. I'm a single parent.
4   Q.   Okay.
5   A.   And I had started trying to
6   supplement some then. And then, even though
7   my doctor doesn't want me to do this, it's
8   against, I still feel that I have to do as
9   much -- But it takes me, like, two days to
10   get over it after I work it. And my doctor
11   does not want me doing it. But, again, I
12   feel I have to hang on to that because I
13   will not make it without it.
14           MR. SINCLAIR: Just answer his
15   questions. Okay?
16           THE WITNESS: Okay.
17   Q.   Have you, since you started
18   working at Sylvan Learning Center,
19   consistently worked approximately eight to
20   eight and a half hours per week?
21   A.   Most of the time.
22   Q.   Okay. Have you ever worked
23   less than that?

1   A.   No.
2   Q.   Have you ever worked more than
3 eight to eight and a half hours per week?
4   A.   Very occasionally.
5   Q.   Very occasionally?
6   A.   Very rare.
7   Q.   Very rare?
8   A.   But on occasion, I have.
9   Q.   How many times would you say?
10 Fifty-two weeks in a year, how many of those
11 weeks might you have worked more than eight
12 to eight and a half hours per week?
13   A.   Three or four.
14   Q.   Okay. And would you pull a
15 double shift, work two days during those?
16   A.   No. I might work another half
17 day.
18   Q.   All right. Okay. Tell me
19 specifically what you do from the time that
20 you arrive at the Sylvan Learning Center on
21 Saturday mornings around eight o'clock until
22 the time you leave there at the end of your
23 shift.

1  A.  I greet the examinees as they
2  come in, have them sign in. Take them --
3  You know, show them where the computer room
4  is. After everyone is in then I, like I
5  said, I watch the monitors. I can -- As
6  they are taking the test to make sure they
7  aren't cheating on them.
8  Q.  You watch them from a
9  different room?
10 A.  I do.
11 Q.  Okay. Do you check their IDs
12 or anything when they come?
13 A.  I do, against the roster.
14 Q.  Do you typically work with
15 someone else?
16 A.  Yes.
17 Q.  With whom do you typically
18 work?
19 A.  Bob Taffett or -- I mean,
20 other employees there.
21 Q.  Other employees at Sylvan
22 Learning Center. Do y'all team up to
23 proctor these tests?

Page 312

1  Ms. Bullard, you testified that you had
2  discussions with Ginny Hancock, and
3  indicated that you were surprised that you
4  had not been examined further by a
5  physician.
6       And I asked you whether you
7  had any basis in the contract for any
8  contention, similar to those in paragraph
9  thirty of your complaint, that you should
10 have been examined by an independent medical
11 examiner?
12      A.    It came from me, just what I
13 gathered from the description that I had
14 read.  And there is -- I don't think I said
15 earlier either that there is a description
16 of the insurance in our employees manual,
17 too.
18      Q.    Okay.
19      A.    Besides what we have.  And
20 just what I had gathered and then, I guess,
21 from Ginny verbally -- which she had -- you
22 know, she had known -- has read the
23 contract.  I had not.  But between what I

Page 313

1 had read, the description, and what she had
2 told me, I had gathered that they should or
3 would probably.
4    Q.    And you think that was in your
5 Employee Manual?
6    A.    I'm not sure if it was in that
7 description. I know there is a description.
8 And I'm not saying -- I'm not sure if it
9 came from Ginny -- just Ginny or if it was
10 actually stated in the description, but for
11 some reason, I was under the impression.
12    Q.    Do you have a copy of that
13 Employee Manual?
14    A.    I'm not sure.
15    Q.    Okay. If you have it, will
16 you furnish it to your attorney?
17    A.    Yes.
18    Q.    When you claimed that the
19 defendant's breached the contract, are you
20 saying that they simply failed to pay
21 benefits under the policy?
22        MR. SINCLAIR:    I'm going to
23 insert a running objection to the extent

Page 316

1 you mean within the terms of the contracts?
2 And we'll get to your fraud claim in just a
3 minute, but you just said that they promised
4 they would pay you.
5            MR. SINCLAIR:  Same objection.
6       Q.    What do you mean when you say
7 they promised they would pay you?  You mean
8 their obligations under the written
9 contract?
10      A.    That -- Again, it was that if
11 I was determined disabled -- I mean, if my
12 doctor said I was disabled, that I would
13 have -- If I was having health problems and
14 I was disabled, that they would pay the
15 disability.  That's what I had been paying
16 the premium for.
17      Q.    Who told you that?
18      A.    That's my interpretation of
19 what I had read and heard.
20      Q.    Okay.  Read where?
21      A.    In the descriptions that I
22 talked about.
23      Q.    Those being the Employee

1  Manual?
2      A.   And what was given to me.
3      Q.   The documents that we
4  discussed earlier, the one that Ginny
5  Hancock gave you; correct?
6      A.   Yes.
7      Q.   Anything else in writing that
8  you base that statement on?
9      A.   No.  Because I have not had
10 access to the actual --
11     Q.   Policies?
12     A.   -- policies.
13     Q.   You said, based on what you
14 read and what you heard from Ginny?
15     A.   Ginny.  The executive
16 director.
17     Q.   Who is that?
18     A.   Bobby DuBois.
19     Q.   I'm sorry?
20     A.   Bobby DuBois.
21     Q.   Bobby DuBois.  Okay.  That's a
22 man; right?
23     A.   Yes.