IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BETTY BULLARD** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO.** |
| **UNUMPROVIDENT CORPORATION;** ) | |
| **UNUM LIFE INSURANCE COMPANY** ) | **2:05-cv-1217-MEF** |
| **OF AMERICA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO EXTEND SCHEDULING ORDER

The Plaintiff, Betty Bullard, by and through her undersigned counsel, requests this Court extend the following Scheduling Order deadlines. (*Doc. No. 11*) This is the first request for an extension. Defendants do not oppose the extension *except* to the extent the extension changes the expert disclosure and report deadlines.

| TASK | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Trial | January 29, 2007 | June 4, 2007 |
| Discovery Complete, Witness Lists, Deposition Designation, and Evidentiary Exchange | December 20, 2006 | April 4, 2007 |
| Defendant Expert Reports and Designations | November 5, 2006 | February 21, 2007 |
| Plaintiff Expert Reports and Designations | October 5, 2006 | January 23, 2007 |

1

As grounds for this request, Plaintiff states the parties have conducted paper discovery and provided the Plaintiff for deposition but due to scheduling difficulties the Defendants depositions are not scheduled to begin until November 29, 2006. At present it is anticipated that the Defendants depositions will not be completed until the end of December 2006. Plaintiff respectfully requests she be provided an opportunity to depose the Defendants prior to being required to determine what, if any, experts she will need. Further, the parties are at present attempting to resolve several discovery disputes involving Defendants' witnesses and Defendants' discovery responses. This extension will allow sufficient time for the Court to address those disputes that cannot be resolved by the parties.

        Respectfully submitted,

*/s Thomas O. Sinclair*
Thomas O. Sinclair (SIN018)
**Attorney for Plaintiff**

Thomas O. Sinclair
Campbell, Waller & Poer
2100-A South Bridge Parkway, Suite 450
Birmingham, AL 35209
205-803-0051
Fax: 205-803-0053
E-mail: tsinclair@cwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com

     /s/Thomas O. Sinclair_____
     Thomas O. Sinclair (SIN018)

2