IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER

Defendants UnumProvident Corporation and Unum Life Insurance Company of America respond to plaintiff's Motion to Extend Scheduling Order as follows:

As stated in plaintiff's motion, defendants do not oppose the extension of the discovery deadline and trial date in this case; however, plaintiff's expert disclosure deadline passed more than 40 days prior to the filing of plaintiff's motion to extend. In addition, the parties have fully briefed the defendants' summary judgment motions, which are under submission, based on the information then disclosed by plaintiff. In light of the fact that the expert deadlines have passed and the summary judgment motions are

under submission, defendants oppose and object to plaintiff's effort to name experts and make disclosures after the fact.

Plaintiff's motion should be denied to the extent that it seeks to extend those deadlines that have already passed.

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE    (MORRH7622)
DOUGLAS W. FINK    (FINKD3798)
Attorneys for Defendants Unum Life and
UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, **November 15, 2006**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Henry T. Morrissette*

554374