## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **BETTY BULLARD,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO.: 2:05-1217-MEF |
| **UNUMPROVIDENT CORPORATION;** et al, | ) |
| **Defendants.** | ) |

### NOTICE OF APPEARANCE

COMES NOW Jenifer Champ Wallis, of Campbell, Waller, & Poer and hereby enters an appearance as additional counsel for the Plaintiff Betty Bullard and requests the Clerk of the Court enter said appearance into the record of the above referenced proceeding.

Respectfully submitted,

 /s/Jenifer Champ Wallis
Jenifer Champ Wallis
One of the Attorneys for Plaintiff

**OF COUNSEL:**
Jenifer Champ Wallis (WAL191)
Thomas O. Sinclair (SIN018)
Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205) 803-0051
(205) 803-0053(fax)

## CERTIFICATE OF SERVICE

  I hereby certify that on November 17, 2006, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com

            /s/Jenifer Champ Wallis
            Of Counsel