IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY BULLARD** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO.** |
| **UNUMPROVIDENT CORPORATION;** | ) | |
| **UNUM LIFE INSURANCE COMPANY** | ) | **2:05-cv-1217-MEF** |
| **OF AMERICA, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

**PLAINTIFF'S MOTION TO
ORDER DEFANDANTS' COMPLIANCE WITH
GENERAL ORDER NO. 2:04-mc-3228**

COMES NOW, the Plaintiff, Betty Bullard, and respectfully requests this Court order the Defendants to comply with this Court's Order regarding the inclusion of personal data identifiers in public filings and remove and properly redact the Defendants' Evidentiary Submissions.

1.   Defendants' Evidentiary Submissions contain numerous personal identifiers. *See e.g., Doc. No. 18-6* at page 1.

2.   Plaintiff's counsel has been trying for weeks to get the Defendant's to redact the information. *See* Attachment "A".  To date Defendants' have not responded to the Plaintiff's request.

3.   General Order No. 2:04-mc-3228 requires removal of personal data identifiers from "all pleadings filed with the Court, including exhibits to pleadings and other documents . . . ". *See* Attachment "B".

Wherefore, Premises considered, Plaintiff respectfully requests this Court Order the Defendants to comply with this Court's Order regarding the inclusion of personal data identifiers in public filings and remove and properly redact the Evidentiary Submission.

1

Respectfully submitted,

 /s/ Thomas O. Sinclair
Thomas O. Sinclair (SIN018)
Attorney for Plaintiff

OF COUNSEL:
Thomas O. Sinclair
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax: (205).803-0053
E-mail: tsinclair@cwp-law.com

CERTIFICATE OF SERVICE

    I hereby certify that on November 17, 2006, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com

 /s/Thomas O. Sinclair
Thomas O. Sinclair (SIN018)