**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 20, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Betty Bullard vs. UnumProvident Corporation, et al
Case Number: 2:05cv1217-MEF

**Pleading : #18 - Evidentiary Submissions**

**This is a redacted copy of the Evidentiary Submissions that were e-filed on 10/5/06. The corrected pdf document and exhibits are attached to this notice.**