**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## C. EMPLOYMENT STATEMENT (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability  ☒ Long Term Disability  ☐ Supplemental Income Protection Plan (SIPP)  ☒ Waiver of Premium (Life Insurance)

1. **Policyholder Name:** Annuity Board of the Southern Baptist Convention
   **Employer Name:** AL BAPTIST STATE BOARD OF MISSIONS
   **Employer's Phone Number:** (334) 288-2460 X 250
   **Employer Address (Street, City, State, Zip):** 2001 E. SOUTH BLVD. MONTGOMERY, AL. 36111

   **Policy Numbers:** ☐ Economy Plan - 111604  ☒ Standard Plan - 111605
   **Division:** ☒ ESP-001  ☐ PSP-002
   **Case Description:** ☐ Employees with Supplemental Income Protection Plan - Std Plan only (02)  ☒ All other employees (01)

2. **Claimant's Name:** BETTY W. BULLARD
   **Claimant's Address (Street, City, State, Zip):** [redacted]
   **Claimant's Home Phone:** [redacted]  **Date of Birth:** [redacted]  **Social Security Number:** [redacted]
   **Date of Hire:** 06/16/1993  **Effective Date of Insurance:** 06/16/1993  **Date Last Worked:** 5-21-04
   **Claimant's Work Status:** ☒ Full Time  ☐ Part Time  ☐ Exempt  ☐ Non-exempt
   **Has the claimant's employment been terminated?** ☐ Yes  ☒ No   If yes, please provide termination date:

**General Information About the Claimant's Job**

3. **Job Title:** SECRETARY
   **Minimum education or training required:** HIGH School +
   **Does the claimant perform supervisory function?** ☐ Yes  ☒ No   If yes, how many people are supervised?

4. **Describe job duties:** Copy ATTACHED!
   **Duty:** PREPARE OFFICE CORRESPONDENCE, PREPARE OFFICE
   **Duty:** MATERIAL & PROMOTIONS. PREPARE WEEKLY REQUISITIONS, telephone
   **Duty:** OFFICE CONTACT, MAINTAIN DATABASE. ATTEND OFFICE CONFERENCES
   **Duty:** WHERE NEEDED (IN TOWN & OUT OF TOWN)
   **# of Weekly Hours Spent at Duty:** 40

   **Name of Direct Supervisor:** JOE BOB MIZZELL - CHRISTIAN Ethics/Chaplaincy
   **Telephone Number of Direct Supervisor:** (534) 288-2460 X-267
   Please attach a copy of the claimant's job description. ATTACHED

5. **How was claimant paid?** (please check one)
   ☐ Hourly  ☐ Commissions  ☒ Salaried  ☐ Salary and Bonus  ☐ Commissions Only  ☐ Salary and Commissions
   **What is the earnings figure you use to compute premium payments for this claimant?** $ 18,106.89
   **Salary/wage prior to date last worked** (refer to Earnings definition in your contract): $1,509.00 @ month
   ☐ Weekly  ☐ Bi-Weekly  ☒ Semi-Monthly
   $ 754.45  **Bonuses (per year):** $ —  **Overtime (prior year):** $ —  **Commissions (per year):** $ —  **W-2 Earnings:** $ 18,746.40 *

6. **Does the claimant contribute toward the premiums?** (Complete all that apply)
   **STD:** ☐ Yes  ☒ No:  If yes: ☐ Pre-Tax  ☐ Post-Tax   If Post Tax: 100 % paid by employer   % paid by claimant
   **LTD/SIPP:** ☐ Yes  ☒ No:  If yes: ☐ Pre-Tax  ☐ Post-Tax   If Post Tax: 100 % paid by employer   % paid by claimant

7. **Year to Date Earnings as of Date of Disability (For FICA % Deductions):** $ 4526.70 gross Thru 3/21/04

8. **Financial Documentation**
"Monthly Earnings" means your gross monthly income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to your date of disability. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a deferred compensation plan, Section 403(b) annuity, Section 125 plan, or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

* includes advance EIC of $1108.32 + CHRISTMAS gift for 2003
less 403-B Contributions.

INCIDANCE

APR 6 2004
Claims Unit

1971-01



**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

### C. EMPLOYMENT STATEMENT (continued)

10. Date of last Salary/Wage Increase: 01/2003   Work Schedule at time last worked: 5 Days/Week   Hours/Day   40 Hours/Week
Check off regular work days: ☐ Sun ☑ Mon ☑ Tues ☑ Wed ☑ Thurs ☑ Fri ☐ Sat.   Number of hours on date last worked:
Date paid through: 8/31/04   For: ☐ Salary Continuation ☑ Vacation Pay ☑ Accrued Sick Pay ☐ Other

11. Has claimant returned to work? ☑ Yes ☐ No  If yes, date: see attached   ☑ Full Time ☐ Part Time   Hours Per Week

12. If claimant has changed from Economy Plan to Standard Plan, please indicate date of change.

13. Prior LTD Carrier Name                                              Effective Date
Address (Street, City, State, Zip)                                       Termination Date

| 14. Is claimant eligible for: | Yes | No | If yes, weekly or monthly amount | Weekly | Monthly | When do benefits begin? | When do benefits end? |
|---|---|---|---|---|---|---|---|
| Salary Continuation | ☐ | ☑ | $ | ☐ | ☐ | | |
| State Disability | ☐ | ☑ | $ | ☐ | ☐ | | |
| Other Disability Benefits | ☐ | ☑ | $ | ☐ | ☐ | | |
| Social Security | ☐ | ☑ | $ | ☐ | ☐ | | |
| Worker's Compensation | ☐ | ☑ | $ | ☐ | ☐ | | |

Is the claim the result of a work related injury or sickness? ☐ Yes ☑ No
If so, has Workers' Compensation claim been filed? ☐ ☑   If yes, Name and Address of Carrier
Health Insurance ☐ ☑   If yes, Name and Address of Carrier
Life Insurance ☐     If yes, please provide the amount of coverage: $ 73,000.00

If Workers' Compensation claim has been denied, please submit a copy of denial with this claim.

**FRAUD NOTICE:**
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim.

The above statements are true and complete to the best of my knowledge and belief.

Name of Person Completing Form: VIRGINIA T. HANCOCK
Telephone Number: (334) 288-2460 X250
Title of Person Completing Form: ACCOUNTING ASSOCIATE - Payroll & Benefits
Fax Number: (334) 288-2693
Signature: Virginia T. Hancock
Date Signed: 8/31/2004

1179-01

BULL0017

Claimant Name: Betty W Bullard   Claim #: 1358879