# UNUMPROVIDENT

**DISABILITY CLAIM** (PLEASE COMPLETE ALL SECTIONS)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## B. CLAIMANT'S STATEMENT (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability ☑ Long Term Disability ☐ Supplemental Income Protection Plan (SIPP) ☐ Premium Waiver

Policy Numbers: ☐ Economy Plan - 111604  ☑ Standard Plan - 111505    The State in which You Work: AL

1. Claimant's Name: **Betty W. Bullard**

Home Address (Street, City, State, Zip): [redacted]

Home Phone Number: [redacted]   Date of Birth: [redacted]   Social Security Number: [redacted]   ☐ Male ☑ Female

2. Is this condition due to ☐ Accident ☑ Sickness?   Is this disability related to your employment? ☐ Yes ☑ No

Describe the injury incurred (what, how, where, when) or the nature and details of the sickness and when it began: **I have been diagnosed as having narcolepsy, sleep apnea, ulcerative colitis, High blood pressure, I have had surgery on my neck for a herniated disc, surgery on both feet, still need surgery on feet + still have a bulging disc in my back that hurt, have arthritis, Bursitis + TMJ Fibromyalgia**

You have been unable to work because of this condition as of what date? **5-21-04**

3. Employer's Name and Address: **Alabama Baptist State Convention, 2001 E. South Blvd. Montgomery AL 36111**

Claimant's Work Phone Number: **(334) 288-2460 x 35**   Occupational Title: **Secretary**

List the duties of your occupation at the time of your disability: **Prepare office correspondence, material + Promotion, Prepare weekly requisitions, telephone + office contact, maintain database, Attend office conferences when needed.**

# of weekly hours spent at duty: **40**

Have you returned to work? If yes, When?   Part Time:   Full Time: ✓
Hours per week: **40**

If you have not resumed to work, when do you expect to return?   Part Time:   Full Time:

How does your injury or sickness impede your ability to do your occupational duties? **The narcolepsy + sleep apnea causes me to be sleepy all the time even though I'm on 3 medications for it. The ulcerative colitis causes me to stay in restroom a lot + causes pain, etc.**

4. Information about physicians and hospitals
NOTE: TO AVOID DELAY IN EVALUATING YOUR CLAIM, ADVISE YOUR DOCTOR(S) TO ATTACH COPIES OF MEDICAL RECORDS AND TEST RESULTS.

First medical attention for the current disability was given by (complete below):

Doctor's Name: **(also, see attached) Dr. Whitsell (she moved to GA) Dr. Roche McKinny Took Dr. Whitsell's Place**   Doctor's Specialty: **General Practice**

Address (Street, City, State, Zip): **Suite 301 1801 building, 1801 Pine Street, Montgomery AL 36106**   Phone Number: **(334) 265-5577/5574**

Hospital Name: **Jackson Hospital (Hospital Confinements included in doctor recs.)**   Hospital Phone Number:

Address (Street, City, State, Zip):

Dates of Confinement: From:   To:   From:   To:

If other doctors or hospitals were consulted in the last five years, please attach a separate sheet of paper.

5. Marital Status: ☐ Single ☐ Married ☐ Widowed ☑ Divorced   If you are married: Spouse's Name: **N/A**   Spouse's Date of Birth:   Is Spouse Employed? ☐ Yes ☐ No

List your children who are under age 25: (*Please attach additional sheets if necessary)
Name: **Devin M. Bullard**   Date of Birth: **3-22-84**   Married? ☐ Yes ☑ No   Attending High School? ☐ Yes ☐ No **Attends Technical School**

6. If you have been approved or denied for any of these benefits, please send a copy of Award or Denial notification.
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Benefit | Yes/No | Benefit | Yes/No | Benefit | Yes/No |
|---|---|---|---|---|---|
| Social Security/Retirement | ☐ Yes ☑ No | Social Security/Disability | ☐ Yes ☑ No | Canada Pension Plan | ☐ Yes ☑ No |
| Worker's Compensation | ☐ Yes ☑ No | Pension/Retirement | ☐ Yes ☑ No | Pension/Disability | ☐ Yes ☑ No | Unemployment ☐ Yes ☑ No |
| No-Fault Insurance | ☐ Yes ☑ No | Short Term Disability | ☐ Yes ☑ No — Ins. Co. Name and Policy # | | |
| Other (Include Individual Disability or Group Disability Benefits) | ☐ Yes ☑ No — Ins. Co. Name and Policy # | | | | |

7. If your request for benefits is approved, do you want Federal Income Tax Withheld from your check? ☑ Yes ☐ No
If yes, please indicate dollar amount $ **87** per mo. (Note: Minimum withholding is $20.00 per week or $87.00 per month)
Do you want State Income Tax withheld from your check? ☑ Yes ☐ No
If yes, please indicate dollar amount $ **25** per mo. (Note: The amount indicated must be a whole dollar amount)

ANNUITY BOARD, SBC
INSURANCE OPERATIONS

MAY 25 2004

PERSONAL PLANS



# UNUMPROVIDENT

## DISABILITY CLAIM
## CLAIMANT'S AUTHORIZATION

Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511  Fax To: 214.720.2105

**FOR CLAIMANT TO COMPLETE**

### CLAIM FRAUD WARNING STATEMENTS

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Kentucky, Louisiana, Minnesota, New Hampshire, Ohio and Oklahoma, and others require the following statement to appear:

**Fraud Warning**

Any person who knowingly, and with intent to injure, defraud, or deceive an insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a felony.

**Fraud Warning for California Residents**
For your protection, California law requires the following to appear:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Fraud Warning for Colorado Residents**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Fraud Warning for District of Columbia, Maine, Tennessee and Virginia Residents**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Fraud Warning for Florida Residents**
Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Fraud Statement for New Jersey, New Mexico and Pennsylvania Residents**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Statement for New York Residents**
Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### AUTHORIZATION

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of me, my health (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), financial or credit information, earnings, employment history or other insurance benefits, to release this information to any of the UnumProvident Corporation subsidiaries or their duly authorized representatives. I also authorize the UnumProvident Corporation subsidiaries to request a report from the Medical Information Bureau (MIB), and the association of life insurance companies which operates the Health Claims Index (HCI) and the Disability Income Record System (DIRS). I understand that the dates of my past and present claims with any of the UnumProvident Corporation subsidiaries, excluding medical or personal information, may be reported to MIB and that an HCI or DIRS report may reflect this information including the identity of other insurance companies to which I have submitted claims. I further understand that in executing this authorization, information obtained by it will be used for evaluating and administering a claim for benefits.

This authorization is valid for the duration of my claim. I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information relating to HIV or AIDS, mental illness, and drug and alcohol abuse) related to this insurance claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the purpose of verifying, evaluating, negotiating, or other pertinent uses with respect to my claim for benefits or service.

The statements made by me on this claim are true and complete.

I further authorize the UnumProvident Corporation subsidiaries or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator. I know that if I make any representation which I know is false to obtain information from federal records, I could be punished by fine or imprisonment or both.

ANNUITY BOARD, SBC
INSURANCE OPERATIONS
MAY 25 2004
EMPLOYEE BENEFIT PLANS

| | |
|---|---|
| Signature of Claimant x **Betty W. Bullard** | |
| Please Print Name **Betty W. Bullard** | |
| Date Signed **5-17-04** | Social Security Number [redacted] |

I signed on behalf of the claimant, as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.
1171-01

Claimant Name: Betty W Bullard     Claim #: 1358453

7 OF 50