**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient:** Betty W. Bullard
**Date of Birth:** [redacted]
**Social Security Number:** [redacted]

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

**Date of Last Examination:** 2-26-04
**Diagnosis:** 719.47 Pain, ankle & foot

**Objective findings:** Swelling decreased - some restricted motion on ®

**Symptoms:** Bilat. foot pain

Is this condition due to ☐ an Accident ☒ a Sickness?
Is the accident or sickness related to the patient's employment? ☐ Yes ☒ No ☐ Unknown
**Date restrictions and limitations began:** NA
Has patient ever been treated for the same or similar condition? ☐ Yes ☒ No

**3. Information About the Patient's Ability to Work**
Has patient been released to work in his/her occupation? ☒ Yes ☐ No   In any occupation? ☒ Yes ☐ No

**RESTRICTIONS:** none - activity as tolerated

**LIMITATIONS:** Activity as tolerated

When should the patient be able to return to work? **Full Time:** Pt who off work in June/July '03 but has not been **Part Time:** taken off work for current period

**Date of first visit for this illness or injury:** 5-28-03
**Date of next visit:** Pt has not f/u
**Date of last visit:** 2-26-04
**Frequency of visits:** 1/mo

Is patient: ☒ Ambulatory  ☐ Bed Confined  ☐ House Confined  ☐ Hospital Confined
Has patient been admitted to hospital? ☒ Yes ☐ No
Confined From: 6-13-03 To: outpt

Have you completed claim forms regarding this patient for other insurance carriers? ☒ Yes ☐ No
If yes, state date and name of insurance company: BC/BS

**4. Names and Addresses of Other Treating Physicians**

ANNUITY BOARD, SBC
INSURANCE OPERATIONS
MAY 10 2004
PERSONAL SECURITY

**REQUIRED ATTACHMENTS AND SIGNATURES**
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.

**Print or Type Name:** DD Thornbury MD
**Degree:** MD
**Medical Specialty:** ortho
**Street Address:** 4244 Lomac St   Montgomery AL 36106
**Phone Number:** (334) 274-5000
**Fax:** (334) 274-0857
**Date:** 4-9-04
**SSN or Employer's ID Number:** 63-0794692