

**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

### A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient:** Betty W. Bullard
**Date of Birth:** [redacted]
**Social Security Number:** [redacted]

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

**Date of Last Examination:** 3/10/04
**Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number:** 556.9, 211.3, 347, 300.01, 401.1, 722.2

**Objective findings** (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings):
see attached.

**Symptoms:**

Is this condition due to ☐ an Accident ☐ a Sickness?   Date symptoms first appeared or accident occurred:
Is the accident or sickness related to the patient's employment? ☐ Yes ☒ No ☐ Unknown
Date restrictions and limitations began:   Has patient ever been treated for the same or similar condition? ☐ Yes ☐ No  If yes, state when and describe.

**3. Information About the Patient's Ability to Work** - this information is critical to understanding your patient's condition
Has patient been released to work in his/her occupation? ☐ Yes ☐ No   In any occupation? ☐ Yes ☐ No
If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.
Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do)

**LIMITATIONS** (What the patient cannot do)
Pt is unable to adequately do her job secondary to her extreme fatigue, ulcerative colitis (diarrhea) + anxiety with panic attacks. She is presently still trying to work.

When should the patient be able to return to work? Full Time: will be unable to return   Part Time:

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |
|---|---|---|---|---|
| /210 lb | 152/86 | | | |

**Date of first visit for this illness or injury:** I first saw pt 7/14/03 illness present
**Date of next visit:** 4/11/03
**Date of last visit:** 3/10/04
**Frequency of visits:** every 1-2 mths

Is patient: ☒ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined
Has patient been admitted to hospital? ☐ Yes ☒ No   Confined From:   To:
If Hospital Confined, give name and address of hospital:

Have you completed claim forms regarding this patient for other insurance carriers? ☒ Yes ☐ No  If yes, state date and name of insurance company: CUNA Mutual 4/1/04

**4. Names and Addresses of Other Treating Physicians**
Referring physician or other treating physicians (names, address, phone #'s):
see list

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

**Print or Type Name:** Rachel M. McKinney
**Degree:** M.D.
**Medical Specialty:** Family Medicine
**Street Address:** 1801 Pine St, Suite 301
**Phone Number:** (334) 265-5577
**City:** Montgomery   **State:** AL   **Zip Code:** 36106
**Fax:** (334) 265-5584
**Signature of Physician:** [signature]
**Date:** 4/1/04
**SSN or Employer's ID Number:**