IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BETTY BULLARD** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO.** |
| **UNUMPROVIDENT CORPORATION;** ) | |
| **UNUM LIFE INSURANCE COMPANY** ) | **2:05-cv-1217-MEF** |
| **OF AMERICA, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION TO
ORDER DEFENDANTS' COMPLIANCE WITH
GENERAL ORDER NO. 2:04-mc-3228**

      COMES NOW, the Plaintiff, Betty Bullard, and respectfully WITHDRAWS her Motion for an Order to require Defendants to comply with this Court's Order regarding the inclusion of personal data identifiers in public filings and remove and properly redact the Defendants' Evidentiary Submissions.

      Defendants have redacted the personal identifiers, provided the Court with those redacted documents and the Clerk has removed the unredacted documents, thus Plaintiff's Motion is moot.

                                        Respectfully submitted,

                                        /s/ Thomas O. Sinclair
                                        Thomas O. Sinclair (SIN018)
                                        Attorney for Plaintiff

OF COUNSEL:
Thomas O. Sinclair
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax: (205).803-0053

E-mail:  tsinclair@cwp-law.com

CERTIFICATE OF SERVICE

    I hereby certify that on November 20, 2006, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com

    /s/Thomas O. Sinclair
    Thomas O. Sinclair (SIN018)