IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |

## MOTION FOR LEAVE TO FILE REPLY TO
## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION STRIKE

Defendants Unum Life Insurance Company of America and UnumProvident Corporation move the Court for leave to file a reply to Plaintiff's Opposition to Defendant's Motion to Strike Evidentiary Submissions, filed with the Court on November 17, 2006. As grounds therefore, defendants state that there are several points in plaintiff's opposition to which defendants would like an opportunity to respond.

Accordingly, defendants request that they be allowed seven (7) days following an order granting this motion to file a reply.

        *s/Henry T. Morrissette*
        HENRY T. MORRISSETTE   (MORRH7622)
        DOUGLAS W. FINK        (FINKD3798)
        Attorneys for Defendants
        Unum Life Insurance Company of America,
        UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, November 20, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

        tsinclair@cwl-law.com

        *s/Henry T. Morrissette*
        HENRY T. MORRISSETTE (MORRH7622)
        Attorney for Defendants
        HAND ARENDALL, LLC
        Post Office Box 123
        Mobile, Alabama 36601
        Phone:  (251) 432-5511
        Fax:    (251) 694-6375
        E-mail: hmorrissette@handarendall.com

555658