IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| BETTY BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1217-MEF |
| | ) | |
| UNUMPROVIDENT CORPORATION, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Extend Scheduling Order (Doc. #35) filed on November 15, 2006, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The Uniform Scheduling Order (Doc. #11) entered on February 6, 2006 is VACATED. An Amended Scheduling Order will be entered by the court.

DONE this the 20th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE