IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )  CASE NO. 2:05-cv-1217-MEF |
| | ) |
| UNUMPROVIDENT CORPORATION, | ) |
| *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of plaintiff's Motion to Order Defendants' Compliance with General Order No. 2:04-mc-3228 (Doc. #39) filed on November 17, 2006, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 22nd day of November, 2006.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE