IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-1217-MEF |
| | ) |
| UNUMPROVIDENT CORPORATION, | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of defendant's Motion for Leave to File Reply to Plaintiff's Opposition to Defendants' Motion to Strike (Doc. #44) filed on November 20, 2006, it is hereby

ORDERED that the motion is GRANTED..

DONE this the 22nd day of November, 2006.

　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE