IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

### REQUEST FOR AN OPPORTUNITY TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Defendants Unum Life Insurance Company of America and UnumProvident Corporation request an opportunity to respond to Plaintiff's Motion to Compel, filed with the Court on November 17, 2006. As grounds therefore, defendants state that there are several points in plaintiff's motion to which defendants would like an opportunity to respond.

Accordingly, defendants request that they be allowed ten (10) days following an order granting this motion to file a response.

        *s/Henry T. Morrissette*
        HENRY T. MORRISSETTE (MORRH7622)
        DOUGLAS W. FINK (FINKD3798)
        Attorneys for Defendants
        Unum Life Insurance Company of America,
        UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375

## CERTIFICATE OF SERVICE

  I hereby certify that on this day, November 27, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

        tsinclair@cwl-law.com

        *s/Henry T. Morrissette*
        HENRY T. MORRISSETTE (MORRH7622)
        Attorney for Defendants
        HAND ARENDALL, LLC
        Post Office Box 123
        Mobile, Alabama 36601
        Phone: (251) 432-5511
        Fax: (251) 694-6375
        E-mail: hmorrissette@handarendall.com

556670