IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1217-MEF |
| | ) |
| UNUMPROVIDENT CORPORATION; | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of the defendant's Request for an Opportunity to Respond to Plaintiff's Motion to Compel (Doc. #49), it is

ORDERED that the defendant's request is GRANTED. On or before 8 December 2006, the defendants shall file a response to the plaintiff's First Motion to Compel (Doc. #41), filed on 17 November 2006.

DONE this 29th day of November, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE