IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Paul D. Wharton,

Plaintiff,

vs. CASE NO.: CV-01-TMP-2013-S

UNUM Provident Corporation, et al.,

Defendants.

**DECLARATION OF JEFF McCALL**

I, Jeff McCall, state the following:

1. My name is Jeff McCall. I am over the age of nineteen years and competent to make this Declaration. I have personal knowledge of the matters set forth below.

2. In 1994, I was involved in an effort to review Provident Life & Accident Insurance Company's disability operations, including its individual disability claims operations. As part of that review, Provident Life & Accident Insurance Company retained the national law firm of LeBouef, Lamb, Greene & MacCrae to review aspects of Provident Life's disability insurance operations, including Provident Life's individual disability claims operations and to advise Provident Life. The report produced by LeBouef, Lamb, Greene & MacRae for Provident Life was a confidential communication made to facilitate the rendition of professional legal services to Provident Life & Accident Insurance Company by that law firm.

Also, the communications between LeBouef, Lamb, Greene & MacRae and Provident Life during that review process were confidential communications for the purpose of facilitating the rendition of professional legal services to Provident Life by that firm.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July, 19, 2002.

Jeff McCall
JEFF MCCALL