# ATTACHMENT

# "A"
# Part 9
# Documents Bates Stamped
# 213-222

ATTACHMENT "A"





Lumsden, James B
From:       Darling, Timothy Aaron
Sent:        Thursday, July 27, 2000 2:36 PM
To:          Proper, Joel C; Lumsden, James B
Cc:          Thompson Jr, John A
Subject:   FW: NOTICE OF SHORT TERM DISABILITY CERTIFICATION

Hey guys, I know this has been a sticky situation, but I appreciate your help in not discussing the EE's claim with her until after I was able to get the denial through. As you know, my fear was she may try to go back to the M&N route when she heard the adverse decisions we were making. By allowing me to process the denial, I think we have saved UnumProvident a TON of money in LTD, as she would be in LTD now. This way Joel, should you decide the EE is not good for the TWP program and she tries the M&N, she will be ineligible for benefits. I know it sounds harsh, but with the "unwritten rules" we have to deal with internally, and EE's who go out and lose their jobs in the process, we have to try to do the best we can with what we have.

This woman is not disabled, she knew it, and, though I was expecting a fight from her, proof to me was that she readily accepted the denial with an "OK". After 3 weeks of medical collecting and days of putting this denial together, it sort of irks me that someone would willingly do this and it is border fraud to me.

Joel, she will be pursuing the TWP with you on Monday, when you get this, as a heads up.

We are now all set as far as benefits go and I appreciate your patience as I got the denial in order.

Thanks guys, Tim

000213

UNUMPROVIDENT CORPORATION

# Compensation & Benefits

August 1999

The new Human Resources programs being developed at UnumProvident are characterized by strong focus on performance-driven pay, alignment of employee and shareholder opportunities for a fair return on investment in our company, and a strong emphasis on employee stock ownership. These programs are designed to support the UnumProvident business strategy and help deliver on the primary strategy of the company: growing our business by serving customers better.

This special publication details many of these programs, the intent behind them and the philosophy on which they are based. It covers compensation and benefits and other Human Resources policies that have been approved thus far (e.g., tuition reimbursement and matching gifts). It also provides a "glossary of terms" (see page 12) and information on how to get questions answered.

The overall intent of the UnumProvident Human Resources programs is to be competitive in terms of both pay and benefits while supporting the company's business strategies. "These are just two of many areas all across the company in which we're taking action to improve our focus for serving our customers and growing this business," said Chairman and Chief Executive Officer Jim Orr. "Because compensation and benefits are a top priority for all employees, and because changes can be difficult for some employees, we wanted to be clear on these issues first."

"We are introducing programs that complement our business strategy and provide attractive opportunities for our employees based on performance," said President and Chief Operating Officer Harold Chandler. "Certain components of our compensation structure will be based on company performance while others will be individually driven. In the end, employee reward is all about being a contributor."

The new programs resulted from a thorough analysis of the plans and policies of the former UNUM and Provident companies, and of current competitive marketplace practice, and were designed with the help of a consulting firm that focused on balancing the demands of:

- Aligning compensation and benefits plans as closely as possible with the business strategy;
- Market competitiveness; employee recruitment and retention; and
- Maintaining a competitive cost structure.

## Table of contents

Overview

Compensation ...... 3
  Creating Levels
  of Success ......... 3
  Salary Levels
  Being Finalized .... 4
  New Incentive
  Programs ............ 4
  Stock Options ...... 5
  Performance
  Management ...... 6

Benefits ............ 7
  Policies & Programs ...... 8
  Time Off from Work .... 10
  Income and Lifestyle
  Protection .......... 10
  Planning for
  Retirement ........ 11

Glossary ............ 12

Calendar ............ 12

000214

## COMPENSATION AND BENEFITS OVERVIEW *continued from previous page*

The main theme underlying the UnumProvident Human Resources plans is supporting the company's ability to serve customers better. "Our rewards will flow from our ability to deliver superior value to customers," said Harold.

One of the greatest challenges, according to Senior Vice President of Human Resources Eileen Farrar, is communicating the new plans across what have been several different organizations. "We're all going to the same place with these plans, but we're not all starting in the same place," Eileen said. "In some cases, we're starting from three different places, as is the case with Paid Time Off policies. That means we must work hard to communicate these policies and plans clearly."

"We need to be thoughtful, but also timely, in realizing the savings resulting from our merger," added Tom Watjen, Executive Vice President – Finance. "Our success depends on focus and discipline, and our ability to execute well. Obviously, some decisions are difficult. However, we've attempted to make these decisions in the larger context of building the best team in our industry - a company where people enjoy their work and share in its success."

The building blocks (see highlight at left) of the UnumProvident compensation and benefits programs are clear and simple, and reflect much of the thinking behind and direction provided by the company's Vision and Values, as laid out in recent employee meetings by Jim Orr, Harold Chandler and other senior executives.

"The UnumProvident compensation philosophy is very clearly aligned with our business goals," Eileen Farrar noted. "It is simple and straightforward, and it tracks with the keys to success Harold has discussed: willingness to change, thorough analysis, confidence to reassess and bold execution. This should send a clear message about the importance of performance as the driver of our success.

"At the same time, it supports the new business models necessary for the new UnumProvident to succeed," she said. "For example, the philosophy and our programs definitely provide greater opportunities for those who create the greatest customer and shareholder value."

"The better we execute these changes, the better we'll all do in the long run," Eileen said.

"It all begins and ends with the customer," Harold said, echoing a message from the employee meetings. "As long as we take care of our customers, other important needs such as shareholder return, employee development and the ability to provide support in the communities where we live and work should be met."

---

**HR Building Blocks**

- Fair, competitive programs
- Partnership: the company provides tools to help employees manage career and financial security
- Performance is rewarded
- Competency, high energy and commitment is expected and supported
- The company and employees will work together in scheduling to get work done, meet customer needs and balance work/life commitments.

---

000215

**COMPENSATION**

Compensation at UnumProvident - like many other issues - requires a sophisticated and flexible approach and must be designed to meet the needs of a changing company in a dynamic competitive environment. Compensation is no longer as simple as adding together take-home pay and an anticipated annual bonus. Base salary, incentive compensation and stock options are all common elements of a strategic compensation package in growth-oriented companies around the world.

"Offering fair market base salary, combined with the variable components of various incentive programs, will equip UnumProvident to recruit and retain qualified employees and provide the framework for that all-important high performance culture that we intend to foster," said Eileen. "Our new program was designed with significant input from a leading consulting firm and we are confident that it will help us meet our corporate objectives. Considering today's very competitive business environment and the equally competitive employment market, it is critical that our compensation structure be both cost-effective and flexible - cost-effective to meet bottom-line expectations yet flexible enough to adequately reward employees that are making a significant contribution to our growth."

Every employee will have a mix of these three compensation components: base salary, incentive compensation, and stock options (long term incentives). The mix of these factors will vary according to each employee's level in the organization and each is discussed in more detail throughout this publication.

## Creating "Levels" of Success

The creation of an effective and fair base salary structure has been a top priority for UnumProvident's Human Resources (HR) team during the transition planning process. The results of their efforts both combine the practices of each of the two former companies and reflect a more contemporary design.

The former Unum "band" and Provident "point" systems have been evaluated and certain aspects combined into the new UnumProvident "level" system. The level system is designed to accomplish a key compensation objective: establish fair market-pricing for job positions.

Multiple published salary survey sources have been and will continue to be utilized to determine market-competitive pay levels for all UnumProvident jobs. This market-based approach will ensure that UnumProvident remains competitive within the marketplace and continues to recruit and retain high-performance employees. In addition to salary surveys, HR will take into consideration roles, skills, abilities, and performance expectations so that total pay levels also reflect individual performance.

**UnumProvident Compensation Framework Levels:**
- 13 – 15 levels in total;
- Several reference points and multiple positions will be included in each level;
- Reference points will reflect the 50th percentile base pay in the market or "market competitive pay"; and
- The salary range around each reference point will spread +/-25 percent.

The new level program is intended to align UnumProvident's compensation strategy with corporate business goals. "The implementation of the level system supports our overall business strategy - variable compensation that creates an opportunity for additional pay and enhanced

---

**Compensation Philosophy**

- Emphasize a performance culture;
- Take into account roles, skills, abilities and performance expectations on an individual basis so that total pay levels reflect both competitive market and individual performance;
- Reinforce an ownership culture in the company; and
- Emphasize positive, constructive work environments by recognizing accomplishments and providing training and development opportunities.

---

**Base Salary Reference Points Target 50th Percentile**

The reference points of base salaries for all employee groups at UnumProvident will be targeted to the 50th percentile of the competitive market. That is, an entry-level underwriter at UnumProvident could expect that his or her base salary opportunity would be similar to entry-level underwriting positions that might be available to them elsewhere.

"All employees will be paid within the salary range for their position which reflects the competitive market," said Eileen. "A real positive in the design of this compensation structure lies in the potential of the cash and stock incentive elements - potential for individual employees and potential for our company."

000216

**COMPENSATION** *continued from previous page*

market competitiveness," affirms Eileen. "Employees will ultimately benefit from our performance-driven culture, where they truly have the opportunity to create opportunities for increased wealth and development."

## Salary Levels Being Finalized for Communication

Currently, all jobs throughout the UnumProvident organization are being placed into levels based upon an analysis of job profiles and competitive market data. "As you can imagine, this is a mammoth task for HR but it is critical that we complete this comprehensive evaluation and communicate results to all employees before the end of the year," said Eileen.

"In addition to job descriptions and market surveys, we are also incorporating the input of various functional area leaders when appropriate," she said. "Before the process is finalized, the recommendations are submitted to members of the Policy Group for approval." Policy Group members are Jim Orr, Harold Chandler, Dean Copeland, Bob Crispin, Elaine Rosen and Tom Watjen.

Once job levels and the appropriate reference point within the level are determined, the base salaries for these positions are defined within the +/- 25 percent of the reference point. "Let me emphasize that all positions are under review," said Eileen, "and there will be no 'grandfathering' of personnel or positions."

"For those employees at the manager level and below who will be in the same job after this evaluation, there will be no salary reductions for the rest of this year," said Dean Copeland, Executive Vice President responsible for Legal and Human Resources. "We do not anticipate that there will be a large number of salary reductions in our employee base even after that time," he continued. "However, in the event that reductions are necessary, employees will be given 60 days notice."

The timeframe for the communication of the results of this job valuing process follows:
- Individual communication to officers by their managers will be completed this month;
- Individual communication by managers to exempt employees will occur in September and October; and
- Individual communication by managers to non-exempt employees will occur in November and December.

### Pay Cycle will be Semi-Monthly

Beginning January 1, 2000, all UnumProvident employees will be paid on a semi-monthly cycle of 24 payments. All employees will receive 24 paychecks a year, payable on the 15th and last working day of each month. Currently, former Provident employees are paid on a bi-weekly cycle of 26 payments. This change to the pay cycle will have no impact on annual base salary, benefit costs, 401(k) contributions, or other programs.

"This change of pay cycle for our former Provident employees may very well impact personal and household budgets," said Eileen. "I encourage everyone that may be affected by this change to begin planning now to adapt your personal financial budget to the semi-monthly cycle."

*See page 12 for a calendar of pay days in 2000.*

### Sales Compensation Structure Being Evaluated

The compensation structure and incentive programs for field sales employees are also currently under review at UnumProvident. Most sales personnel are not included in the incentive programs outlined in this communications but will have specific programs tailored to meet the unique demands and opportunities of the field.

However, all benefit programs described in this publication do apply to UnumProvident field sales personnel.

## New Incentive Programs to be Implemented

As part of the transition process, the UnumProvident HR department carefully reviewed existing incentive programs in order to create the most effective strategy for the new company. The new UnumProvident Performance Recognition Plan combines elements of former programs.

The Performance Recognition Plan has a two-fold purpose: to provide recognition and rewards to individuals or teams for supporting our overall corporate strategy, and to distinguish and reward exceptional individual performance or success on special projects at the departmental level.

**Performance Recognition Plan:**
- All employees below the manager level who do not participate in any other incentive program are eligible.
- Cash reward amounts range from $300 — $5,000.
- Employees may receive multiple awards throughout the year. Awards will be paid at the time of contribution, not at the end of the year.
- Managers throughout the company will be encouraged to identify individuals who have succeeded in a special project or who have shown exceptional performance.
- The nomination process is currently being defined and will be communicated at the business unit level.
- The program administration process is also in development and will be managed in our functional business units. All awards will be approved by a senior vice president or above.

"This plan reflects our commitment to create positive work environments by recognizing accomplishments and providing development opportunities," said Harold.

In addition to this program, there will be a Management Incentive Compensation Plan (MICP) for all officer, director and manager-level employees. Incentive targets are linked to job level and are awarded based on corporate and individual performance. Officers in the MICP are required to defer a portion of any program payout in stock as long as they can purchase a minimum number of shares. This deferral will help officers accrue the required level of ownership outlined in the box (lower right).

## Stock Options Add Wealth as Company Grows

Stock option programs are being increasingly used throughout corporations to align the long term interests of employees with other key constituencies including customers and shareholders. "UnumProvident will not reach its potential overnight," said Harold. "Every time we help a customer return to work, every time we resolve a problem or help a customer find information they need – we help our company grow. These important actions that we take as employees are the building blocks of our future and it is important that our compensation package include an element of long term reward."

For employees at the director level and below, the long term incentive compensation will consist of periodic stock option grants. Both Unum and Provident have used stock option grants in the past to allow employees to share in the future success of the company. Stock option grants also allow employees the opportunity to increase their stock ownership in the company. Employee stock owners tend to take great pride and interest in the success of the company because of their vested interest in customer satisfaction and profitable growth.

Officers of UnumProvident will also be rewarded with stock option grants and will be required to adhere to stock ownership requirements at a multiple of their base salary. Officers will be required to hold from 0.5 to 12 times their base salary in stock, depending on their level.

---

**Stock Ownership Requirements**

Officers of UnumProvident will be required to adhere to the following stock ownership requirements:

Chairman and President
*12 times base salary*

Executive Vice Presidents
*6 times base salary*

Senior Vice Presidents
*3 times base salary*

Vice Presidents
*1 times base salary*

Assistant Vice Presidents
*0.5 times base salary*

000218

**COMPENSATION** *continued from previous page*

## UnumProvident Part of Trend to Reward With Stock Options

UnumProvident joins a growing list of contemporary companies striving to better align employee and shareholder interests by offering stock option grants to most employees as part of total employee compensation.

The *Wall Street Journal* recently reported that a 1998 survey conducted by William M. Mercer, the leading New York benefits consultant firm, found that 35 percent of 350 firms studied offered stock options to most employees — more than double the amount just five years ago, in 1993.

Texas Instruments, the *Journal* also reported, has quadrupled the number of option-eligible employees since 1993, and during that time, experienced a significant reduction in turnover among its technical workers.

"Ownership provided by stock option grants hopefully gives employees a keener interest in the overall long-term performance of UnumProvident," said Harold Chandler, President and Chief Operating Officer. "Employees can directly participate in the rewards of our work, creating financial opportunity when we deliver quality company performance."

## Performance Management System in Development

UnumProvident's Performance Management System is being designed to support our high-performance culture by utilizing a clear linkage of pay to performance, ongoing feedback and coaching, and a firm commitment to competency and mastery of roles.

Each employee will be expected to follow a defined performance plan that aligns with business goals and to take active ownership of their performance and development. Managers will provide direction and ongoing performance feedback, actively engaging employees in the professional development process.

For 1999, the employee's manager of record in the fourth quarter is responsible for the performance evaluation process. For 2000, a new Performance Management System will be communicated and implemented throughout the company.

000219

August 1999

*If you have questions regarding these programs, please send them via e-mail to HRINFO.*

UnumProvident's benefit program, and the many options available through this program, have been designed taking into consideration the company's broad and diverse work force and the need to blend different corporate cultures and existing plans into a single, comprehensive program. The company is committed to attracting and retaining high performers and to offering a competitive benefits package.

Following is a high-level overview of UnumProvident benefit plans and programs, including medical, dental and vision benefits, disability plans, retirement plans and information on the company's paid time off program for 2000. All details for these plans have not been finalized at this time, and are subject to change.

Creation of Human Resources benefits programs and policies was done only after thorough analysis of the programs and policies in place at Unum and Provident prior to the merger. They were designed with help from benefits specialists in several consulting firms, with an emphasis on aligning compensation and benefit plans with UnumProvident's business strategy and providing a competitive package at reasonable cost to the company and its employees.

This overview is intended to provide employees with a general understanding of the work under way to develop plans and programs for the new company. Details on UnumProvident's full benefit program for 2000 will be completed and ready for communication in late September, in preparation for benefit enrollment in October.

## Benefit Overview

Following is an overview of some of the key benefit programs offered by UnumProvident for U.S. employees in 2000. This overview is intended to provide a general understanding of programs to be offered to employees next year. Detailed information will be shared in advance of enrollment, which will take place beginning in October 1999.

| | |
|---|---|
| Medical: | UnumProvident will share in the cost of medical insurance. |
| | There will be two Point of Service (POS) plans to choose from, in addition to current HMOs. Indemnity plans will be offered only in those locations where POS plans are not available. |
| | Co-pays under the POS plans will range from $10 to $20 per visit, and both POS plans will have co-insurance features. The co-pays for prescription drugs will be $10 for generic and $20 for brand names, with mail order prescription co-pays of $20 to $40. *Note: UnumProvident will not be using a system of "Flex Credits" for medical and dental benefits, as previously used by Unum.* |
| Dental: | UnumProvident will share in the cost of dental coverage. |
| | Through Ameritas, employees will be able to choose from two dental plans, both of which cover orthodontia. |
| | Co-insurance amounts for basic and major services will differ by plan. |
| Vision: | Vision coverage will be offered on a voluntary, employee-pay basis and includes coverage for dependents as well as employees. |
| Voluntary Products: | Voluntary products will be offered for 2000 and future offerings will be evaluated based on employee needs/interest. |

000220

**BENEFITS** *continued from previous page*

| | |
|---|---|
| Life Insurance: | UnumProvident will provide a flat $50,000 in term life insurance. Employees will have the option to purchase additional coverage. |
| Accidental Death & Dismemberment: | A voluntary AD&D plan will be offered, allowing employees to purchase coverage in increments of $10,000, up to the lesser of 10 times salary or $250,000. |
| Business Travel Accident: | UnumProvident will provide this coverage at no cost to employees. |
| Health Care Reimbursement: | UnumProvident will offer a health care reimbursement program of up to $3,000 per calendar year. |
| Flex Vacation: | The flexible vacation plan previously offered by Unum will be discontinued beginning in 2000. |
| Short Term Disability: | (See detail in "Income & Lifestyle Protection" section, see page 10) |
| Long Term Disability: | (See detail in "Income & Lifestyle Protection" section, see page 10) |
| Pension Equity Plan: | (See detail in "Retirement" section, see page 11) |
| 401(k): | (See detail in "Retirement" section, see page 11) |

## Policies & Programs

UnumProvident values and respects balancing the demands of a high-performance culture with those of daily life, and those values are reflected in the comprehensive nature of the many benefits offered to UnumProvident employees. This means running the business more competitively (i.e. moving to a new Paid Time Off policy), while at the same time providing employees as much flexibility as possible through programs such as flex time and alternate work options.

"We recognize the value of addressing work and personal life issues, and our new company will work to develop programs that creatively address these needs," said Elaine Rosen, Executive Vice President who has approximately 60 percent of UnumProvident employees reporting through her organization. "We also recognize that the true success of balancing work and personal life is a shared responsibility between the company and employees."

Following is an overview of some of the additional benefits offered by UnumProvident to employees for 2000:

| | |
|---|---|
| Benefits for Part-Time: | Benefits will be offered to employees who work 20 or more hours per week. The amount subsidized for medical and dental benefits will be determined based on the number of hours worked per week. A part-time employee is any regular employee who works between 20 and 40 hours per week. |
| Flex-Time: | A "flex-time" work concept, with core hours between 9 a.m. and 3 p.m., will be developed for all locations. More information will be communicated as details become available. |
| Alternate Work Options: | Alternate work options will be considered in situations when they create a "win/win" for our customers, employees and the company. Employees will be responsible for developing a proposal, with the approval of their manager, that ensures the needs of co-workers and customers have been addressed. More information will be communicated as further guidelines/details become available. |

000221

| | |
|---|---|
| Dependent Care Reimbursement: | UnumProvident will offer a dependent day care reimbursement program of up to $5,000 per calendar year. |
| Child Care Referral: | A program designed to provide information to employees looking for licensed child care providers will be available for all locations in 2000. |
| Child Care Subsidy: | A child care subsidy will be offered to employees whose adjusted gross household income is below a certain threshold (yet to be determined). Eligibility and information on how to participate in the program will be available during the enrollment process in October. |
| On-Site Child Care: | The on-site child care center in Portland will be continued in 2000 for employees of UnumProvident. There are no plans at this time to build any additional child care facilities. |
| Wellpower Program: | UnumProvident's health and fitness program, "Wellpower," will continue in 2000, providing information and resources to promote greater physical and emotional health and well-being. |
| Stock Purchase Program: | Through the company's stock purchase program, employees are able to share in the company's success and "own," as well as work for, UnumProvident. Effective sometime in first quarter 2000, UnumProvident employees will be able to purchase the company's stock at a 15 percent discount to market price. |
| Matching Gifts: | There will be no change in existing programs for prior Unum and prior Provident employees for 1999. A new program is being designed for 2000, the details of which will be communicated in fourth quarter 1999. |
| Tuition Reimbursement: | To support employees in their professional development, UnumProvident will provide assistance in the form of tuition reimbursement for educational courses. The company will provide 100 percent reimbursement for successfully completed courses, to a maximum of $3,000 per calendar year for full-time employees and $1,500 per calendar year for part-time employees. |

Coursework must be related to the employee's present job or will enhance the employee's potential for advancement, and other restrictions apply. This program will be available to regular, full-time and part-time employees who:

- Work a minimum of 20 hours per week;
- Have been employed by the company for at least one year at the start of approved educational courses;
- Remain employed through the completion of approved educational courses; and
- Are performing, and continue to perform, at a satisfactory level.

000222