# ATTACHMENT

## "A"
## Part 10
## Documents Bates Stamped
## 223-232

ATTACHMENT "A"

**BENEFITS** *continued from previous page*

## Time Off From Work

UnumProvident values and respects an individual's need to balance the demands of a high-performance culture with those of daily life. To provide time for employees to manage the demands of work and home, to reduce work disruptions that occur with unplanned time off and to provide a more cost-efficient approach to managing time away from work, UnumProvident will offer a new Paid Time Off (PTO) policy for employees beginning 2000.

The PTO policy is similar in design to the policy that was in place at Provident and Colonial – with modifications – and will replace the traditional policies for vacations, sick time, personal days, etc., that were previously in place at Unum. Under the new PTO policy, employees will receive a certain number of days based on years of service and level in the company. Policies regarding unused vacation and PTO time remaining at the end of 1999 and for 2000 are being finalized and will be communicated in the near future.

In addition to the PTO policy, employees in the U.S. will receive a total of 11 paid holidays in 2000. Information on Canadian holidays will be communicated shortly.

For the remainder of 1999, existing vacation/PTO policies are in place for prior Unum and prior Provident employees. Employees and managers should work together to plan vacation time or paid time off, and to take into consideration year-end business needs and processing concerns. Some areas may also have restrictions on vacation or paid time off during the last few months of the year due to Year 2000 systems concerns.

### Paid Time Off

| Level | Years of Service | Earned Time |
|---|---|---|
| Non-Exempt | 0-4 | 17 days |
| | 5-9 | 20 days |
| | 10-19 | 25 days |
| | 20+ | 30 days |
| Exempt | 0-4 | 20 days |
| | 5-9 | 25 days |
| | 10+ | 30 days |
| Officer | 0+ | 30 days |

## Income and Lifestyle Protection

UnumProvident is the world leader in protecting its customers' incomes and lifestyles from the impact of accidents and illness. This same expertise is also available to UnumProvident employees through the company's benefit program.

UnumProvident's long term disability (LTD) plan will be provided on a group basis. The benefit under the group plan will be 60 percent of annual income (base annual income plus the average of the last two calendar years' incentive) with a monthly maximum benefit of $10,000. The company will pay for coverage on the first $50,000 of salary. Coverage for salary over $50,000 will be paid by employees via payroll deduction.

Under the group short term disability (STD) plan, employees will accumulate two weeks per year of service at 100 percent of base salary for up to eight weeks. Remaining weeks under the STD plan will be paid at a rate of 70 percent of base pay, up to a maximum of 26 weeks.

*Note: Effective Jan. 1, 2000, the new STD plan will replace Provident's Extended Illness Bank, Colonial's extended PTO, and the accumulation of unused sick time – or "timebanks" – previously used by Unum.*

As with all its customers, UnumProvident is committed to providing return-to-work, financial and informational resources that reflect an understanding of the personal, social and business value of a full and independent life. Further information on available resources and detail on LTD and STD plans will be shared with employees in advance of enrollment, which will take place in October 1999.

000223

## Planning for Retirement

Financial planners estimate that most people will need 60 to 80 percent of their pre-retirement income to maintain the same standard of living after retirement. UnumProvident is committed to offering resources and programs that help employees plan for a more secure financial future, with a combination of a pension plan, a 401(k) plan, and a financial planning and education program designed to help employees set and reach financial goals. Following is an overview of these three programs:

### Pension Equity Plan:

UnumProvident's Pension Equity Plan is paid for entirely by the company and provides monthly retirement benefits based on an employee's age, earnings (including base pay, overtime and incentives) and years of service at time of retirement. Prior Unum employees will move to this new plan effective January 1, 2000. Prior Provident and Paul Revere employees will move to this new plan effective April 1, 2000.

### 401(k) Plan:

UnumProvident's 401(k) plan makes it easier for employees to save and helps employees' savings grow faster with matching contributions from the company. All regular employees scheduled to work at least 1,000 hours per year are immediately eligible to participate, and may contribute up to 15 percent of his or her pre-tax income (subject to certain Internal Revenue Service restrictions).

The plan includes a 100 percent match on contributions of 1 percent to 3 percent, and a 50 percent match on the next 1 to 2 percent of contributions after one year of service. Contributions are not matched beyond 5 percent of salary. A portion of the match will be made in the form of company stock, though all other investment decisions under the plan are made by employees. All contributions will vest immediately at 100 percent.

UnumProvident's 401(k) plan will be administered by Fidelity Institutional Retirement Services Company.

### Financial Education:

To help employees better plan for retirement, investing money and making other financial decisions, UnumProvident will offer a financial education program for all employees through American Express Financial Advisors. This is similar to the program that was in place at Unum. Further information on this program will be communicated in fourth quarter 1999.

Additional information on retirement programs and resources will be communicated in fourth quarter 1999.

000224

# Glossary of Terms

**Base Salary** – Annual salary or hourly wage, not including incentives. This represents market-competitive pay.

**Exempt** – Exempt employees are paid an annual salary and are not eligible for overtime.

**Levels** – Job groupings defined by similar job accountabilities, titles, base pay, variable pay and LTI opportunity.

**Long Term Incentive (LTI)** – Stock option grants used as a component of total compensation.

**Management Incentive Compensation Plan (MICP)** – Incentive compensation paid to employees at the manager level or above, based on corporate and individual performance.

**Manager** – Manager level is the one just below director and can include those employees who directly manage others as well as certain high-level individual contributors. Manager will be defined as a particular "level" once the job evaluation process is completed later this year.

**Market Pricing** – A process for valuing jobs which prices them in accordance with how the competitive market pays for similar jobs. Market pricing is an accurate reflection of what is happening in the market from a total compensation perspective, i.e., base salary, variable compensation (incentive) and long term incentive (LTI).

**Median Pay** – Median pay is not the same as average pay. Median pay is reflective of the 50th percentile in the market (i.e., 50 percent of employers pay less than the median amount).

**Non-Exempt** – Non-exempt employees are eligible for overtime based on the results of a Fair Labor Standards Act exemption test.

**Officer** – This is a UnumProvident term used for all jobs at the Assistant Vice President level and above.

**Pension Equity Plan** – Employer-funded pension program that provides a level of monthly income to eligible retirees based on a combination of age, years of service and salary. Former Unum employees had a similar plan known as Lifecycle.

**Performance Recognition Plan** – An incentive cash award available to employees below the manager level in recognition of exceptional individual performance.

**Reference Point** – Market reference points within a level that reflect market competitive pay rates. Reference points are similar to a pricing point or a midpoint of a salary range.

**Voluntary Benefits** – Benefits offered through the workplace and paid for by the employee.

**401(k) Plan** – Employee-funded retirement savings program that includes an employer-funded match to encourage employee contribution.

## UNUMPROVIDENT PAY DAY AND HOLIDAY CALENDAR FOR 2000

**JANUARY**

|    |    |    |    |    |    |    | 1 |
|----|----|----|----|----|----|----|---|
| 2  | ③  | 4  | 5  | 6  | 7  | 8  |   |
| 9  | 10 | 11 | 12 | 13 | [14] | 15 |   |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |   |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |   |
| 30 | [31] |    |    |    |    |    |   |

**FEBRUARY**

|    |    | 1  | 2  | 3  | 4  | 5  |
|----|----|----|----|----|----|----|
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | [15] | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | [29] |    |    |    |    |

**MARCH**

|    |    |    | 1  | 2  | 3  | 4  |
|----|----|----|----|----|----|----|
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | [15] | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | [31] |    |

**APRIL**

|    |    |    |    |    |    | 1  |
|----|----|----|----|----|----|----|
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | [14] | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | [28] | 29 |
| 30 |    |    |    |    |    |    |

**MAY**

|    | 1  | 2  | 3  | 4  | 5  | 6  |
|----|----|----|----|----|----|----|
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | [15] | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | ㉙  | 30 | [31] |    |    |    |

**JUNE**

|    |    |    |    | 1  | 2  | 3  |
|----|----|----|----|----|----|----|
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | [15] | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | [30] |    |

**JULY**

|    |    |    |    |    |    | 1  |
|----|----|----|----|----|----|----|
| 2  | 3  | ④  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | [14] | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | [31] |    |    |    |    |    |

**AUGUST**

|    |    | 1  | 2  | 3  | 4  | 5  |
|----|----|----|----|----|----|----|
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | [15] | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | [31] |    |    |

**SEPTEMBER**

|    |    |    |    |    | 1  | 2  |
|----|----|----|----|----|----|----|
| 3  | ④  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | [15] | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | [29] | 30 |

**OCTOBER**

| 1  | 2  | 3  | 4  | 5  | 6  | 7  |
|----|----|----|----|----|----|----|
| 8  | 9  | 10 | 11 | 12 | [13] | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | [31] |    |    |    |    |

**NOVEMBER**

|    |    |    | 1  | 2  | 3  | 4  |
|----|----|----|----|----|----|----|
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | [15] | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | ㉓  | ㉔  | 25 |
| 26 | 27 | 28 | 29 | [30] |    |    |

**DECEMBER**

|    |    |    |    |    | 1  | 2  |
|----|----|----|----|----|----|----|
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | [15] | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | ㉕  | 26 | 27 | 28 | [29] | 30 |
| 31 |    |    |    |    |    |    |

▢ Pay Day    ◯ U.S. Holidays (plus 3 floating holidays)

000225



UNUMPROVIDENT.℠

2002 Management Incentive Compensation Plan

and

Performance Management Plan

Summary Explanation for Participants

April 2002

000226

**UNUM 534**

# 2002 Management Incentive Compensation Plan and Performance Plan

## What is the purpose of the Management Incentive Compensation Plan?

The purpose of the Management Incentive Compensation Plan (MICP) is to motivate the participants to perform in a way that enables the Company and its subsidiaries to reach its short-term and long-term goals. The MICP is administered by the Compensation Committee of the Board of Directors. Thus, the Committee, based upon the recommendation of senior management, approves the components of the MICP each year, as well as any payments made under the MICP.

## Who are participants in the MICP?

Participants in the MICP are officers, directors, and managers (Levels 1-11) of the Company and its subsidiaries whose judgments, decisions and actions can have a discernible impact on the profitability of the Company.



UNUM 535

2

# 2002 Management Incentive Compensation Plan and Performance Plan

000228

## How does the MICP relate to our performance management system?

The MICP is an annual incentive plan which includes an individual performance component that is based primarily on the achievement of goals. MICP, Other Performance, and Development goals are part of a broader performance management system that includes performance and developmental planning, continuous feedback, and performance reviews for the individual.

## How does the MICP generally work?

There are minimum corporate (subsidiary) earnings' thresholds which must be met prior to eligibility for awards. Once the thresholds are achieved, there are both corporate (subsidiary) and individual components to the MICP award.

The 2002 Corporate Component contains three factors by which performance will be measured (Sales, Earned Premium and ROE). Note: Canada and Colonial have different performance factors (Sales, Earned Premium, and Operating Income)

The 2002 Individual Component is based on the participant's overall performance for the year which includes an assessment of goals and the results of a 360 assessment. Early in the year, the participant and the manager agree to these goals (MICP, Other Performance, and Development) as they create the Performance Plan. The Performance Plan indicates how the individual's contribution and performance for the year will be measured. MICP goals have the greatest impact.



# 2002 Corporate Thresholds

## What are the performance thresholds which must be met before there are any payments for 2002 ?

For the U.S. Operations, there are earnings thresholds on both a GAAP and a Statutory basis. Adjustments may be made to GAAP and Statutory targets, as appropriate, if acquisition or dispositions have a material effect on the 2002 Financial Plan.

Canada and Colonial have their own thresholds and performance factors (Operating income, Sales, and Earned Premium). These plans compare actual performance to the business plan, and payout is based on Subsidiary performance.

UNUM 537



000230

# MICP Corporate Performance Factors and Weights

## What are the factors for determining the corporate component for 2002 and how is each factor weighted in the calculation?

The factors for 2002 are Sales, Return on Equity (ROE) and Earned Premium and have weightings as shown below. While expense efficiency/budget management does not appear as a separate corporate component, it will affect results since it affects ROE and operating income. Additionally, many managers will include expense management as an individual goal for participants.

| **Business** | **Factor** | **Weight** |
|---|---|---|
| U.S. Operations | Sales | 20% |
| | Return on Equity | 50% |
| | Earned Premium | 30% |
| | | 100% |

| **Canada** | | | **Colonial** | |
|---|---|---|---|---|
| Sales | 20% | | Sales | 40% |
| Operating Income | 50% | | Pretax earnings | 40% |
| Earned Premium | 30% | | Earned Premium | 20% |
| | 100% | | | 100% |

UNUM 538



5

00023 1

# MICP Corporate Performance

## How does the performance scale for the three factors of the corporate component work?

Each factor's contribution to the overall corporate performance is measured. The performance of each factor is multiplied by the weight of the factor, and the sum of the two factors results in the "Total Corporate Achievement" or corporate percentage. Progress toward meeting the goals will be communicated periodically.



6

000232

# Corporate Performance Examples

## Examples of how the overall corporate achievement might work:

If achievement was as shown below, overall corporate performance would be 125%:

|  | Weight | Achievement | Weighted Achievement |
|---|---|---|---|
| Sales | 20% | 150% | 30% |
| ROE | 50% | 100% | 50% |
| Earned Premium | 30% | 150% | 45% |
| Total Corporate Achievement |  |  | 125% |

If achievement was as shown below, overall corporate performance would be 75%:

|  | Weight | Achievement | Weighted Achievement |
|---|---|---|---|
| Sales | 20% | 50% | 10% |
| ROE | 50% | 100% | 50% |
| Earned Premium | 30% | 50% | 15% |
| Total Corporate Achievement |  |  | 75% |

The "Total Corporate Achievement" establishes a percentage or multiple that is used in connection with the individual contribution to determine the participant's payout. Note that the STAT and GAAP thresholds must be attained for any payout to occur under the plan. For Canada and Colonial, the threshold is Operating Income.



7