# ATTACHMENT

## "A"
## Part 11
## Documents Bates Stamped
## 233-242

ATTACHMENT "A"

000233

# Individual Contribution Components

## What are the components of the individual aspect of the MICP?

### 1. Individual MICP Goals Achievement

Achievement of MICP goals (generally 3) containing some element of "stretch", achievement of Other Performance and Development goals, whereby all goals support the Company's objectives. These are agreed to by the participant and the manager.

### 2. 360° Feedback Program

MICP participants will be evaluated on leadership competencies and behaviors by managers, peers, direct reports and key business partners.

### 3. 2002 Year-end Performance Review and Assessment

Achievement of the MICP goals is the primary driver in determining the individual's performance contribution for the MICP. The manager or member of executive management has the discretion to take into account any unusual events or factors which may significantly affect the participant's overall contributions for the year.



8

000234

# Individual Contribution Components

## What is the process that will be used to determine the individual contribution in 2002?

First, the participant and the manager should have established MICP, other performance, and development goals to be achieved during 2002. The MICP goals (typically 3) should go beyond the normal day-to-day activities, and should contain some "stretch" in performance. Second, the 360 degree feedback process in which peers, direct reports and business partners throughout the Company provide feedback in key areas of leadership competencies and behaviors is considered. Third, the combination of the goal achievement and the 360 feedback are included in the annual performance review.

The combination of these criteria will determine the contribution percentage recommendation which can be 0% or 50 to 125% (this could be higher based upon exceptional individual performance) of the targeted payout for the participant's position. This recommendation will then be used to determine the payment amount. Recommendations below 50% would not justify any payment under the 2002 Plan. Note: managers recommend a performance rating and award recommendation that is reviewed and finalized by both functional and executive management.

## How are your MICP goals set and who approves these goals?

MICP goals, which will be part of your overall performance plan, need to be completed and approved by your manager. It is important that the goals be set through a participatory process between you and your manager so that they will focus on how your efforts can support the Company's business goals and strategy. We expect that functional heads will participate in the process of setting individual goals by giving guidance on the functional goals that should be reflected in one's individual goals. The final approved goals will be agreed to by the participant and manager. Goals should be measurable in qualitative or quantitative terms to the extent possible.


UNUMPROVIDENT

# Deferral Details

000235

## In the past MICP had a mandatory deferral component.   Will there be a deferral component in the future?

There is no longer a mandatory deferral element under the MICP



000236

# Payment Calculation Examples

## Could you show me examples of the impact of different levels of corporate achievement and different assessments of individual contribution?

First, assume that you have an individual whose 2002 eligible earnings are $80,000 and his/her target participation level is 15%. If we assume that the Corporate Achievement (as shown on Page 7) is 125% and if we assume that the assessment of the individual contribution is 110%, the payment would be calculated as shown below.

| 2002 Eligible Earnings | | Target % | | Target Amount | | Corporate Achievement | | Weighted Target | | Individual Contribution Score | | Value of Award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $80,000 | x | 15% | = | $12,000 | x | 125% | = | $15,000 | x | 110% | = | $16,500 |

Alternatively, assume that you have the same individual and that the Corporate Achievement percentage is 100% versus 125% and the individual contribution score is 90%, the payment would be calculated as shown below.

| 2002 Eligible Earnings | | Target % | | Target Amount | | Corporate Achievement | | Weighted Target | | Individual Contribution Score | | Value of Award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $80,000 | x | 15% | = | $12,000 | x | 100% | = | $12,000 | x | 90% | = | $10,800 |

Note: eligible earnings includes base salary & PTO earnings. Any additional earnings such as sign-on bonuses or prior year MICP bonus are not considered eligible earnings and will not be included in the final calculation. Therefore, your MICP eligible earnings may not match your W2 earnings for the plan year.





# Conclusion

**What are the important objectives that this year's MICP targets have been created to support?  As leaders of UnumProvident, what points should we communicate to all employees whether or not they participate in MICP?**

We have developed a set of corporate goals reflecting our key objectives for 2002.  We must profitably grow our business as shown by the weighting being placed on Sales, Return on Equity and Earned Premium under the plan for 2002.  As an organization, we must focus on our departmental and individual objectives in ways that have the greatest impact on these goals.

Expectations for our Company during 2002 include:
- **Partnering** - working more closely as a team with our counter parts within the organization as well as our constituents externally (i.e. customers, partners, etc.)
- **Performance Orientation** - Success matters and we should strive to raise the bar in every aspect of what we do to serve our customers.
- **Focus on Execution** - Providing world class, compassionate service to help individuals return to work and to the fullness of their lives is our primary goal.

UNUM 545



2001

# Performance Recognition Program

## Purpose

The purpose of the Performance Recognition Program is to recognize individual and small group/team achievements that support the overall strategic focus of UnumProvident. Awards will be made to distinguish and reward exceptional individual performance or success on special projects. While the base pay program compensates an employee's sustained performance throughout the year, this program is an immediate one-time, cash payment. By properly recognizing valuable employee contributions, this program can encourage employees to repeat or continue exceptional results.

## Examples

Resolving a significant customer problem which results in the retention/expansion of UnumProvident's line of business with the customer.
A project team develops and/or implements programs, procedures or systems which result in better customer service, significant savings or stronger business relationships.
Recognition of a special achievement - i.e. successfully dealing with a particularly difficult customer service issue.
Recommendation of procedures or processes which improve service and reduce cost of business.

## Eligibility

All full-time and part-time employees in levels 12-14 who are not eligible for any other incentive or bonus plan are eligible for awards.

## Award Amounts

$300 minimum
$5,000 maximum

An employee may receive more than one Performance award annually. The rewards are one-time, lump-sum payments which are not part of base salary and are not included in the earnings base for benefit plan calculations.

000238

UNUM 529

## Form

All requests are to be submitted on the Performance Recognition Recommendation form which is available on-line in the Human Resources Lotus Notes Database. It is also available as a Word document for those who do not have access to Lotus Notes. If you need the Performance Recognition Program database installed on your Lotus Notes or have questions on the form, please contact Sandra Williams at 423.755.8463

## Procedures

Prompt recognition of special achievements is important and increases the overall impact of the award. Therefore, recommendations should be submitted as soon as possible following the achievement.

Managers/supervisors may recommend an appropriate dollar amount by completing a Performance Recognition Recommendation form.
All awards must be approved by an SVP or higher.
Managers may recommend rewards across divisions for projects which are multi-divisional in scope.

The recommendation should indicate if the Reward should be expensed:

100% to the division to which the employee is assigned.
100% to the division proposing the PRP Award.
An agreed upon percentage splitting the expense between divisions.

Management of the division to which the employee is assigned must approve the Award even if no expense is charged to the division. This is to ensure that the individual's performance goals for the division are being met by the employee receiving the Award payment. If the Award is being paid from another division or the cost of the award is being shared among multiple cost centers, management from all divisions and cost centers sharing in the cost of the award should approve the Award.

Once the request has been approved, the function head's area will present the employee with a card/certificate advising them of the Award. Performance Recognition Program award certificate templates are included below. The Award check will be processed with the next regular payroll cycle (as a separate check) and included with the employee's paycheck.

# Performance Recognition Program

## Purpose

The purpose of the Performance Recognition Program is to recognize individual and small group/team achievements that support the overall strategic focus of UnumProvident. Awards will be made to distinguish and reward exceptional individual performance or success on special projects. While the base pay program compensates an employee's sustained performance throughout the year, this program is an immediate one-time, cash payment. By properly recognizing valuable employee contributions, this program can encourage employees to repeat or continue exceptional results.

## Examples

- Resolving a significant customer problem which results in the retention/expansion of UnumProvident's line of business with the customer.

- A project team develops and/or implements programs, procedures or systems which result in better customer service, significant savings or stronger business relationships.

- Recognition of a special achievement - i.e. successfully dealing with a particularly difficult customer service issue.

- Recommendation of procedures or processes which improve service and reduce cost of business.

## Eligibility

All full-time and part-time employees in levels 12-14 who are not eligible for any other incentive or bonus plan are eligible for awards.

## Award Amounts

$300 minimum
$5,000 maximum

An employee may receive more than one Performance award annually. The rewards are one-time, lump-sum payments which are not part of base salary and are not included in the earnings base for benefit plan calculations.

## Form

All requests are to be submitted on the Performance Recognition Recommendation form which is available on-line in the Human Resources Lotus Notes Database. It is also available as a Word document for those who do not have access to Lotus Notes. If you need the Performance Recognition Program database installed on your Lotus Notes or have questions on the form, please contact Wendy Broy at 207-575-8028. **000240**

## Procedures

Prompt recognition of special achievements is important and increases the overall impact of the award. Therefore, recommendations should be submitted as soon as possible following the achievement.

Managers/supervisors may recommend an appropriate dollar amount by completing a Performance Recognition Recommendation form. All awards must be approved by an SVP or higher. Managers may recommend rewards across divisions for projects which are multi-divisional in scope.

The recommendation should indicate if the Reward should be expensed:

- 100% to the division to which the employee is assigned.

- 100% to the division proposing the PRP Award.

- An agreed upon percentage splitting the expense between divisions.

Management of the division to which the employee is assigned must approve the Award even if no expense is charged to the division. This is to ensure that the individual's performance goals for the division are being met by the employee receiving the Award payment. If the Award is being paid from another division or the cost of the award is being shared among multiple cost centers, management from all divisions and cost centers sharing in the cost of the award should approve the Award.

Once the request has been approved, the function head's area will present the employee with a card/certificate advising them of the Award. Performance Recognition Program award certificate templates are available in the Lotus Notes PRP Database Guidelines. The Award check will be processed with the next regular payroll cycle (as a separate check) and included with the employee's paycheck.

## Budget/Reporting

The Compensation Committee of the Board will determine the PRP budget for the year, which for 2002 has been set at $2,706,800. The budget for each functional area is determined by calculating 1% of the functional area's eligible salaries at the beginning of the year.

Reports by functional area will be provided on a regular basis by Compensation to Senior Management to ensure the budget is being used to reward exceptional performance in a timely fashion. The report contains both budget amount and the amount spent to date.

## Taxes

Taxes are calculated and withheld based on the 27% federal supplemental tax in addition to applicable state and local supplemental taxes.

000241

Performance Recognition Prog 1 (PRP)

Top of Page

000242

UNUM 533