# ATTACHMENT "C"

ATTACHMENT "C"

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY BULLARD,                    )
                                  )
        Plaintiff,                )
                                  )
    vs.                           ) CIVIL ACTION FILE
                                  ) NO. 2:05-CV-1217-MEF
UNUMPROVIDENT CORPORATION;        )
UNUM LIFE INSURANCE               )
COMPANY OF AMERICA; GENEX         )
SERVICES, INC.,                   )
                                  )
        Defendants.                )

NOVEMBER 30, 2006

DEPOSITION OF TERESA B. WARD

30(b)(6) DEPOSITION

APPEARING FOR THE PLAINTIFF:

THOMAS O. SINCLAIR, ESQUIRE
JENIFER WALLIS, ESQUIRE
CAMPBELL, WALLER & POWER
2100-A SOUTH BRIDGE PARKWAY
SUITE 450
BIRMINGHAM, ALABAMA  35209

APPEARING FOR THE DEFENDANTS:

HENRY T. MORRISSETTE, ESQUIRE
HAND ARENDALL
3000 AMSOUTH BANK BUILDING
107 ST. FRANCIS STREET
MOBILE, ALABAMA 36602

CATHY H. KERLEY, RPR
HALL AND ASSOCIATES
1010 MARKET STREET, SUITE 402
CHATTANOOGA, TENNESSEE  37402
423-267-4328

```
 1                        I N D E X
                                                      Page
 2  Deposition of TERESA B. WARD
         Direct Examination by Mr. Sinclair              4
 3       Cross Examination by Mr. Morrissette          175

 4                        EXHIBITS

 5  No.         Description                           Page

 6   1        Plaintiff's 30(b)(6) Deposition
              Notice and 30(b)(5) Document
 7            Request                                    5

 8   2        Defendants' Objection of
              Plaintiff's Notices of
 9            Depositions                               14

10   3        General Services Agreement               16
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 15

| | | |
|---|---|---|
| 1 | Let's take a look at area of | 08:14:50 |
| 2 | testimony number one. Quote, the defendant's | 08:14:52 |
| 3 | document retention policy or policies pertaining | 08:14:56 |
| 4 | to the maintenance of claims file and any other | 08:14:58 |
| 5 | documents related to, referencing, or pertaining | 08:15:00 |
| 6 | to claims, end quote. | 08:15:04 |
| 7 | Are you here to testify on behalf of | 08:15:04 |
| 8 | UnumProvident and Unum Life Insurance Company of | 08:15:06 |
| 9 | America as to area of testimony number one? | 08:15:12 |
| 10 | MR. MORRISSETTE: Subject to our | 08:15:14 |
| 11 | objections, which were we objected to the extent | 08:15:14 |
| 12 | the request seeks policies not applicable to | 08:15:18 |
| 13 | plaintiff's claim file. Obviously the company | 08:15:20 |
| 14 | has other types of claims files. You can | 08:15:24 |
| 15 | respond. | 08:15:28 |
| 16 | A    Yes. | 08:15:28 |
| 17 | Q    Yes. Okay. All right. Let's start | 08:15:30 |
| 18 | with number one, then. Are you familiar with | 08:15:36 |
| 19 | UnumProvident's -- you know what, let me back up. | 08:15:40 |
| 20 | You're an UnumProvident employee; right? | 08:15:42 |
| 21 | A    Yes. | 08:15:44 |
| 22 | Q    Have you ever met anybody who is an | 08:15:44 |
| 23 | Unum Life employee? | 08:15:54 |
| 24 | A    Prior to the merger, yes. Currently | 08:15:54 |
| 25 | we are UnumProvident employees, but we also act | 08:15:58 |

```
                                                              Page 16
 1  on behalf of all of the subsidiaries of            08:16:02
 2  UnumProvident, which one of them would be Unum    08:16:04
 3  Life.                                              08:16:08
 4  Q          You act on behalf of.  What do you     08:16:08
 5  mean?                                              08:16:12
 6  A          When we're administering a claim, we   08:16:12
 7  would be acting on behalf of that particular      08:16:16
 8  policy subsidiary.                                 08:16:18
 9  Q          Pursuant to the service agreement      08:16:18
10  between, say, for Unum Life and UnumProvident?    08:16:20
11  A          Correct.                               08:16:24
12  Q          Have you reviewed that service         08:16:24
13  agreement?                                         08:16:26
14  A          No, I have not.                        08:16:28
15  Q          If I tell you that service agreement   08:16:28
16  specifies that you remain UnumProvident           08:16:30
17  employees, would that change your prior response? 08:16:34
18             MR. MORRISSETTE:  Object to the        08:16:36
19  form.                                              08:16:38
20  Q          Have you never looked at the service   08:16:38
21  agreement before?                                  08:16:40
22  A          No, I have not.                        08:16:42
23  Q          Okay.  Okay.  Let me show you what     08:16:42
24  I'm going to mark as Exhibit No. 3.               08:17:40
25                  (Thereupon, the General
                    Services Agreement was
```

```
                                                          Page 17
 1                    marked Exhibit No. 3 to
                      the deposition of Ms.
 2                    Ward and filed herein.)
 3  BY MR. SINCLAIR:                                      08:17:54
 4  Q          And ask you if you've seen that            08:17:54
 5  document before today.  I think you've already        08:18:00
 6  told me you haven't, but that was what I was          08:18:22
 7  referring to when I asked about the general           08:18:26
 8  services agreement between UnumProvident and Unum     08:18:26
 9  Life.  Have you seen this document that I marked      08:18:32
10  as Exhibit 3?                                         08:19:12
11  A          No, I have not.                            08:19:14
12  Q          Okay.  You indicated that you and --       08:19:14
13  I'm sorry.  I asked you if you knew of anybody        08:19:20
14  who was a Unum Life employee and you indicated        08:19:22
15  that UnumProvident employees act on behalf of the     08:19:26
16  subsidiaries in administering claims.  Did I          08:19:28
17  phrase that correctly?                                08:19:32
18  A          Could you repeat that back, please.        08:19:32
19             (Thereupon, the requested portion
20  of the record was read back as follows:
21  "Question:  Okay.  You indicated that you and --
22  I'm sorry.  I asked you if you knew of anybody
23  who was a Unum Life employee and you indicated
24  that UnumProvident employees act on behalf of the
25  subsidiaries in administering claims.  Did I
```

Page 18

```
 1  phrase that correctly?")                              08:20:00
 2  A           I was talking about in                    08:20:00
 3  administration of claims.                             08:20:02
 4  Q           Okay.  In administration of claims,       08:20:04
 5  UnumProvident employees act on behalf of the          08:20:08
 6  subsidiary, in this case Unum Life Insurance          08:20:12
 7  Company of America?                                   08:20:16
 8  A           As an employee of UnumProvident, we       08:20:16
 9  would be charged with handling the claims of all      08:20:22
10  the various subsidiaries, but we're continuing to     08:20:28
11  act on behalf of the company.                         08:20:32
12  Q           Which company?                            08:20:34
13  A           When we are administering a claim         08:20:36
14  for Unum Life Insurance, we would be acting on        08:20:38
15  behalf of the Unum Life Insurance subsidiary.         08:20:42
16  Q           Okay.  So you're not familiar with        08:20:48
17  the agreement between Unum Life Insurance and         08:20:50
18  UnumProvident, then, which I've marked as             08:20:54
19  Exhibit 3?                                            08:20:56
20  A           No, I'm not.                              08:20:56
21  Q           Okay.  Let me ask you on Exhibit 3,       08:20:58
22  page nine, to read the first sentence out of the      08:21:02
23  paragraph numbered eight, please.  And if you         08:21:06
24  would read it aloud so it will be on the record.      08:21:20
25  A           The parties agree that UnumProvident      08:21:22
```

```
                                                              Page  19
 1  is engaged in an independent business and will         08:21:24
 2  perform its obligations under this agreement as        08:21:26
 3  an independent contractor and not as the               08:21:28
 4  employee, partner, or agent of recipient; that         08:21:32
 5  the associates performing services under this          08:21:36
 6  agreement are not employees of recipient; that         08:21:38
 7  UnumProvident has and hereby retains the right to      08:21:42
 8  exercise full control and -- excuse me, full           08:21:46
 9  control of and supervision over the performance        08:21:50
10  of UnumProvident's obligations under this              08:21:54
11  agreement and full control over the employment,        08:21:56
12  direction, compensation, and discharge of all          08:21:58
13  associates assisting in the performance of such        08:22:02
14  obligations; that UnumProvident will be solely         08:22:04
15  responsible for all matters relating to payment        08:22:08
16  of such associates, including compliance with          08:22:10
17  workers' compensation, unemployment insurance,         08:22:14
18  Social Security, withholding, and all other            08:22:18
19  federal, state, and local laws, rules, and             08:22:22
20  regulations governing such matters; and that           08:22:24
21  UnumProvident will be responsible for                  08:22:26
22  UnumProvident's own acts and those of                  08:22:30
23  UnumProvident associates during the performance        08:22:32
24  of UnumProvident's obligations under this              08:22:34
25  agreement.   Notwithstanding the foregoing, from       08:22:36
```

Page 20

```
 1  time to time recipient may advise UnumProvident        08:22:40
 2  of matters on which associates shall have              08:22:44
 3  authority to act on behalf of recipient and bind       08:22:46
 4  it in dealings with third parties.                     08:22:50
 5  Q          Okay.  I started off, I think, this         08:22:52
 6  line of questioning by asking you if you are           08:22:56
 7  aware of any persons who were Unum Life Insurance      08:22:58
 8  Company employees and you indicated that you were      08:23:02
 9  before the merger and that after you now have          08:23:04
10  UnumProvident employees acting on behalf of the        08:23:08
11  subsidiaries.                                          08:23:12
12             So let me start over and ask the            08:23:12
13  question a little bit differently.  Since the          08:23:14
14  merger have you ever met a Unum Life Insurance         08:23:14
15  Company of America employee?                           08:23:20
16             MR. MORRISSETTE:  Object to the             08:23:20
17  form.                                                  08:23:24
18  A          I don't recall.                             08:23:24
19  Q          Okay.  Do you know why you don't            08:23:28
20  recall?                                                08:23:30
21  A          Well, I've worked prior to the              08:23:32
22  merger with Provident Life & Accident.  Unum was       08:23:36
23  at another site.  So I may have not had any prior      08:23:40
24  meetings with anyone that were Unum Life               08:23:46
25  Insurance employees.                                   08:23:48
```

```
                                                              Page 21
 1  Q            When was the merger?                        08:23:50
 2  A            I believe it was back in 1999.              08:23:50
 3  Q            Okay.  And at that time Unum Life           08:23:54
 4  Insurance Company of America out of Portland             08:23:58
 5  merged with Provident.  And was Paul Revere              08:24:00
 6  before or after Unum?                                    08:24:04
 7  A            It was prior to.                            08:24:06
 8  Q            Okay.  So at that time Provident had        08:24:06
 9  Paul Revere under its wing already and you               08:24:08
10  actually were working during that merger as well;        08:24:12
11  weren't you?                                             08:24:16
12  A            Yes.                                        08:24:16
13  Q            Okay.  So after that merger in 1999,        08:24:16
14  there was a merger between Unum Life Insurance           08:24:22
15  Company of America and UnumProvident.  At that           08:24:24
16  time all Unum Life Insurance Company of America          08:24:28
17  employees became UnumProvident employees;                08:24:32
18  correct?                                                 08:24:36
19               MR. MORRISSETTE:  Object to the             08:24:36
20  form.                                                    08:24:36
21  A            I don't remember at what time               08:24:38
22  specific.                                                08:24:40
23  Q            Have you ever -- in the seven years         08:24:40
24  since the merger, have you ever spoken with              08:24:44
25  anybody in the company who told you that they            08:24:48
```

```
                                                        Page 22
 1  were Unum Life Insurance Company of America         08:24:50
 2  employees?                                          08:24:52
 3  A           No.                                     08:24:54
 4  Q           You've now looked at Exhibit 3 and      08:24:54
 5  in particular the paragraph that I pointed you      08:24:58
 6  to, paragraph number eight, talking about who       08:25:00
 7  controls and retains authority over the employees   08:25:04
 8  and whose employees they are when they're           08:25:06
 9  servicing contracts.  Is it your understanding      08:25:08
10  that you remain a UnumProvident employee and        08:25:10
11  everyone servicing the Unum Life Insurance          08:25:14
12  Company of America contracts remain UnumProvident   08:25:16
13  employees?                                          08:25:20
14              MR. MORRISSETTE:  Object to the         08:25:20
15  form.                                               08:25:20
16  A           I believe I previously answered that    08:25:20
17  yes, we are all UnumProvident employees.            08:25:24
18  Q           Okay.  All right.  We were talking      08:25:26
19  about area of testimony number one and              08:25:30
20  Mr. Morrissette objected on the basis that he       08:25:34
21  wanted it specific to this claim.  Let me ask       08:25:38
22  you, are you familiar with the UnumProvident --     08:25:40
23  this is another question I should ask.  You're     08:25:44
24  here to testify on behalf of UnumProvident and      08:25:46
25  Unum Life today; right?                             08:25:48
```

Page 23

```
 1  A          Yes.                                      08:25:50
 2  Q          And you're actually a UnumProvident       08:25:50
 3  employee?                                            08:25:52
 4  A          Yes.                                      08:25:52
 5  Q          Okay.  Area of testimony number one       08:25:52
 6  deals first with the defendant's document            08:25:58
 7  retention policies.  Are you familiar with both      08:26:00
 8  companies' document retention policies?              08:26:04
 9  A          I'm familiar with what is required        08:26:08
10  in maintaining a claim file and I am familiar        08:26:12
11  with some aspects of the document retention.         08:26:16
12  Q          Which aspects are you familiar with?      08:26:18
13  A          I am aware of what information would      08:26:22
14  be contained within our claims manual as a           08:26:30
15  referencing tool for retention.                      08:26:32
16  Q          Okay.  Are you familiar -- well, the      08:26:38
17  claims manual, is that the UnumProvident claims      08:26:40
18  manual or is that a document that's maintained by    08:26:42
19  Unum Life Insurance Company of America?              08:26:46
20  A          It's UnumProvident.                       08:26:48
21  Q          What's it called now, by the way?         08:26:50
22  A          It's called the policy -- well, it's      08:26:50
23  still called the claims manual.                      08:26:54
24  Q          Okay.  Now it's the policies and          08:26:56
25  procedures manual?  It used to be the customer       08:26:58
```