# ATTACHMENT "H"

ATTACHMENT "H"

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY BULLARD,                  )
                                )
        Plaintiff,              )
                                )
    vs.                         ) CIVIL ACTION FILE
                                ) NO. 2:05-cv-1217-MEF
UNUMPROVIDENT CORPORATION;      )
UNUM LIFE INSURANCE             )
COMPANY OF AMERICA; GENEX       )
SERVICES, INC.,                 )
                                )
        Defendants.             )

NOVEMBER 30, 2006

DEPOSITION OF TERESA B. WARD

30(b)(6) DEPOSITION

APPEARING FOR THE PLAINTIFF:

THOMAS O. SINCLAIR, ESQUIRE
JENIFER WALLIS, ESQUIRE
CAMPBELL, WALLER & POWER
2100-A SOUTH BRIDGE PARKWAY
SUITE 450
BIRMINGHAM, ALABAMA 35209

APPEARING FOR THE DEFENDANTS:

HENRY T. MORRISSETTE, ESQUIRE
HAND ARENDALL
3000 AMSOUTH BANK BUILDING
107 ST. FRANCIS STREET
MOBILE, ALABAMA 36602

CATHY H. KERLEY, RPR
HALL AND ASSOCIATES
1010 MARKET STREET, SUITE 402
CHATTANOOGA, TENNESSEE 37402
423-267-4328

Page 2

1                          I N D E X
                                                          Page
2 Deposition of TERESA B. WARD
       Direct Examination by Mr. Sinclair                    4
3      Cross Examination by Mr. Morrissette                175

4                          EXHIBITS

5 No.        Description                                   Page

6  1         Plaintiff's 30(b)(6) Deposition
                Notice and 30(b)(5) Document
7               Request                                      5

8  2         Defendants' Objection of
                Plaintiff's Notices of
9               Depositions                                 14

10 3         General Services Agreement                     16

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 135

```
1  Q           Were there specific policies and        11:36:32
2  procedures of the defendant in making the           11:36:32
3  determination as to entitlement to benefits set     11:36:34
4  up for just Ms. Bullard's claim?                    11:36:36
5  A           Not that I'm aware of.                  11:36:40
6              MR. MORRISSETTE:  Let me clarify the    11:36:40
7  nature of my objection.  To claimants that -- to    11:36:42
8  claims that are -- policies and procedures that     11:36:44
9  would be applicable to Ms. Bullard's claim as       11:36:46
10 distinguished from policies and procedures that     11:36:52
11 would not be applicable to Ms. Bullard's claim.     11:36:52
12             MR. SINCLAIR:  I'm not sure what you    11:36:58
13 just said, but okay.                                11:37:00
14 BY MR. SINCLAIR:                                    11:37:04
15 Q           The policies and procedures of          11:37:04
16 UnumProvident and Unum Life in making a             11:37:06
17 determination as to entitlement of benefits that    11:37:10
18 were utilized or in place at the time of            11:37:12
19 Ms. Bullard's claim, you are aware of those         11:37:16
20 policies and procedures and prepared to testify     11:37:20
21 about them?                                         11:37:22
22 A           Yes.                                    11:37:24
23 Q           Okay.  Are all of the policies and      11:37:26
24 procedures contained in the claims manual?          11:37:28
25             MR. MORRISSETTE:  Object to the         11:37:34
```

```
                                                          Page 136
 1  form.                                                 11:37:34
 2  A         The claims manual is, you know,             11:37:34
 3  definitely a guideline and a reference that's         11:37:38
 4  utilized in administering a claim, but it may not     11:37:42
 5  be, you know, the sole form of documentation.         11:37:46
 6  Q         Okay.  Tell me the rest of them.            11:37:54
 7  A         Well, I would say when you're               11:37:58
 8  administering a claim, you're not going to just       11:38:00
 9  be looking at the claims manual for reference.        11:38:04
10  You would also want to look at the policy itself      11:38:08
11  to determine eligibility.                             11:38:10
12  Q         I'm sorry.  I was asking about the          11:38:12
13  policies and procedures.                              11:38:14
14  A         Okay.  I'm sorry.                           11:38:14
15            MR. MORRISSETTE:  She told you.             11:38:16
16  Q         Okay.  Not what you would refer to.         11:38:16
17  Let me be more specific.  You indicated that the      11:38:20
18  policies and procedures of the defendants in          11:38:24
19  making a determination as to entitlement to           11:38:26
20  benefits are contained in part in the claims          11:38:28
21  manual.                                               11:38:32
22  A         Yes.                                        11:38:32
23            MR. MORRISSETTE:  Object to the             11:38:34
24  form.                                                 11:38:34
25  Q         There are other resources that              11:38:34
```