IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MOTION FOR AN OPPORTUNITY TO RESPOND TO PLAINTIFF'S THIRD MOTION TO COMPEL

Defendant UnumProvident Corporation requests an opportunity to respond to Plaintiff's Third Motion to Compel, filed with the Court on December 13, 2006. As grounds therefore, defendant states that there are several points in plaintiff's motion to which defendant would like an opportunity to respond.

Accordingly, defendant requests that it be allowed ten (10) days following an order granting this motion to file a response.

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE   (MORRH7622)
DOUGLAS W. FINK   (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America,
UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, **December 14, 2006**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE (MORRH7622)
Attorney for Defendants
HAND ARENDALL, LLC
Post Office Box 123
Mobile, Alabama 36601
Phone:   (251) 432-5511
Fax:     (251) 694-6375
E-mail: hmorrissette@handarendall.com

562601