IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL

Defendants UnumProvident Corporation and Unum Life Insurance Company of America hereby respond to Plaintiff's Second Motion to Compel as follows.

1.    Plaintiff's Second Motion to Compel seeks to compel responses to two requests. The first request contains the introductory clause: "if it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. §1001 *et seq.* applies in this matter, *then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1)* documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 *et seq.* and 29 C.F.R. § 2560.503-1." Defendants do not contend that this case is governed by ERISA, so no further response is required.

2.    The second request listed by plaintiff was listed as part of plaintiff's 30(b)(6) deposition notice. Defendants state that they have produced all documents that would come

within the definition of "relevant" documents found at 29 C.F.R. § 2560.503-1(m)(8) in response to other document requests.  Defendants are not aware of any additional documents that would fit within that definition.

Accordingly, plaintiff's motion should be denied as moot.


Respectfully submitted,


s/Henry T. Morrissette
HENRY T. MORRISSETTE (MORRH7622)
DOUGLAS W. FINK       (FINKD3798)
Attorneys for Defendant
UnumProvident Corporation


OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Phone: (251) 432-5511
Fax:     (251) 694-6375


## CERTIFICATE OF SERVICE

I hereby certify that on this day, **December 14, 2006**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com


s/Henry T. Morrissette