**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BETTY BULLARD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO.** |
| **UNUMPROVIDENT CORPORATION;** | ) | |
| **UNUM LIFE INSURANCE COMPANY** | ) | **2:05-cv-1217-MEF** |
| **OF AMERICA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR OPPORTUNITY TO RESPOND TO
PLAINTIFF'S THIRD MOTION TO COMPEL**

COMES NOW the Plaintiff, Betty Bullard, and provides the following in response to Defendant's Motion for Opportunity to Respond to Plaintiff's Third Motion to Compel.

Plaintiff does not oppose providing the Defendants ten (10) days to respond to the Third Motion to Compel and requests Plaintiff be allowed five (5) days to provide her reply to Defendant's Response.

Respectfully submitted,

 /s/ Thomas O. Sinclair\_\_\_\_
Thomas O. Sinclair (SIN018)
Attorney for Plaintiff

OF COUNSEL:
Thomas O. Sinclair
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax:  (205).803-0053
E-mail:  tsinclair@cwp-law.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2006, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com


  /s/Thomas O. Sinclair_____
Thomas O. Sinclair (SIN018)