IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BETTY BULLARD** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   **CASE NO.** |
| **UNUMPROVIDENT CORPORATION;** | ) |
| **UNUM LIFE INSURANCE COMPANY** | )   **2:05-cv-1217-MEF** |
| **OF AMERICA, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S SECOND MOTION TO COMPEL**

COMES NOW the Plaintiff, Betty Bullard, and respectfully WITHDRAWS her Second Motion to Compel.

In responding to the Motion, Defendants have now provided an unequivocal statement that they have complied with the request for production, thus Plaintiff's Motion is moot.

                                         Respectfully submitted,

                                         /s/ Thomas O. Sinclair
                                         Thomas O. Sinclair (SIN018)
                                         Attorney for Plaintiff

OF COUNSEL:
Thomas O. Sinclair
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax: (205).803-0053
E-mail: tsinclair@cwp-law.com

2

CERTIFICATE OF SERVICE

  I hereby certify that on December 15, 2006, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com

              /s/Thomas O. Sinclair
              Thomas O. Sinclair (SIN018)

2