IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1217-MEF |
| | ) |
| UNUMPROVIDENT CORPORATION; | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

On December 15, 2006, the Plaintiff filed a Notice of Withdrawal of Plaintiff's Second Motion to Compel (Doc. #58). Upon consideration of the notice, it is

ORDERED that the plaintiff's Second Motion to Compel (Doc. #52) is DENIED as moot.

The Court reminds the parties that they should make every attempt to confer and resolve discovery matters without the assistance of the court and shall attempt to do so to reach a resolution in the remaining discovery disputes.

DONE this 19th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE