IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1217-MEF |
| | ) |
| UNUMPROVIDENT CORPORATION; | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Pending before this court in the above-styled case are the following discovery matters:

(1)   Plaintiff's First Motion to Compel (Doc. #41);

(2)   Defendant's Response to Plaintiff's First Motion to Compel (Doc. # 53);

(3)   Plaintiff's Third[1] Motion to Compel (Doc. #54); and

(4)   A Motion for an Opportunity to Respond to Plaintiff's Third Motion to Compel (Doc. #55).

The motions before the court fail to indicate that the parties have conferred. The parties are therefore ORDERED to confer within five (5) days of the receipt of this order. If the parties fail to meet and attempt to resolve the discovery matters without the assistance of the court, these motions will denied. Specifically, the parties shall address which issues remain with a detailed response with sufficient information to allow the court to make an

---

[1] The court has entered a separate order relating to Plaintiff's Second Motion to Compel (Doc. #52); Defendant's Response to Plaintiff's Second Motion to Compel (Doc. #56), and the Notice of Withdrawal of Plaintiff's Second Motion to Compel (Doc. #58).

intelligent determination on the pending matters.

    DONE this 19th day of December, 2006.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE