IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BETTY BULLARD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. |
| **UNUMPROVIDENT CORPORATION;** | ) | |
| **UNUM LIFE INSURANCE COMPANY** | ) | CV-2:05-cv-1217-MEF |
| **OF AMERICA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO SUPPLEMENT PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Betty Bullard, by and through her undersigned counsel of record, and hereby moves this honorable Court to grant permission to file a Supplement to her previously filed Opposition to Defendants' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 15(d).[1] Pursuant to M.D. Ala. LR 15.1 the Plaintiff's Supplemental Pleading is attached hereto as Exhibit "1".

Plaintiff files this Supplement based on the deposition testimony of Bonita Connally, Defendant's Lead Disability Specialist (Lead DBS) who handled Plaintiff's claim for disability benefits. Connally's deposition was taken November 29, 2006, after Plaintiff's response to Defendant's Motion for Summary Judgment was due.[2]

Defendant will not be prejudiced by the Court's allowance of this supplemental pleading. Furthermore, even assuming *arguendo* that Defendant should suffer any

---

[1] Per Counsels' agreement, Defendant reserves its right to object to Plaintiff's Motion to file this Supplement.
[2] The Court ordered that Plaintiff's response to Defendants' Motion for Summary Judgment was due on October 23, 2006.

prejudice as a result of this supplemental pleading, which Plaintiff denies, Plaintiff first noticed Ms. Connally's deposition on April 25, 2006 and made numerous attempts to have Connally's deposition scheduled but her deposition was postponed until November 29, 2006.  In her deposition, Ms. Connally admits the Defendants had a duty to fully investigate Plaintiff's claim and that the Defendants failed to fully investigate Plaintiff's claim prior to Ms. Connally denying the claim.

Additionally on November 28, 2006, the day the depositions were to begin (and a month after Plaintiff was required to provide her response to the Motion for Summary Judgment), Defendants produced 163 pages of additional materials including an e-mail from Ms. Connally stating that the Defendants haven't performed well in handling Plaintiff's claim and "we [UnumProvident] are going to pay for the errors".

In light of this newly discovered evidence Plaintiff therefore respectfully requests this Court grant permission to file the attached Supplemental Brief in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment for the reasons set forth above.

                Respectfully submitted,

                /s/ Thomas O. Sinclair
                Thomas O. Sinclair (SIN018)
                One of the Attorneys for Plaintiff

OF COUNSEL:
Thomas O. Sinclair (SIN018)
Jenifer Champ Wallis (WAL191)
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax:  (205).803-0053
E-mail:  tsinclair@cwp-law.com
E-mail:  jwallis@cwp-law.com

CERTIFICATE OF SERVICE

       I hereby certify that on January 5, 2007 I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com

       /s/Thomas O. Sinclair
       Thomas O. Sinclair (SIN018)