IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, § | |
| Plaintiff, § | |
| § | CASE NO. |
| vs. § | |
| § | CV-2:05-cv-1217-MEF-WC |
| UNUMPROVIDENT CORPORATION; § | |
| UNUM LIFE INSURANCE COMPANY | |
| OF AMERICA, et al., § | |
| Defendants. § | |
| § | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO SUPPLEMENT PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Come now Defendants Unum Life Insurance Company of America and UnumProvident Corporation and file this response to Plaintiff's recently filed Motion to Supplement[1] Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Document 63). Defendants oppose Plaintiff's motion on the following grounds:

1. Plaintiff's motion to supplement is untimely. The Scheduling Order in this case (Doc. 11) ordered that dispositive motions be filed by October 5, 2006. Defendants filed motions for summary judgment on October 5, 2006. Plaintiff filed responses in opposition to these motions on October 23, 2006. In accordance with the Court's Order

---

[1] Plaintiff seeks this relief pursuant to F.R.Civ.P., Rule 15(d), which pertains to "supplemental pleadings," though a summary judgment response is not a "pleading." F.R.Civ.P., Rule 7(a).

- 1 -

of October 24, 2006 (Document 27), Defendants filed replies to Plaintiff's responses on November 6, 2006. In addition to reply briefs, Defendants filed a motion for an order striking certain exhibits submitted by Plaintiff in opposition to Defendants' motions for summary judgment. Plaintiff filed an opposition to this motion and Defendants filed a reply. The issues addressed in the aforementioned documents have been thoroughly briefed by the parties.

2. Plaintiff now moves to supplement her opposition to include testimony from a deposition taken after Plaintiff's response to Defendant's Motion for Summary Judgment was due, yet Plaintiff failed to seek timely relief under *F.R.Civ.P.*, Rule 56(f). Rule 56(f) provides a mechanism by which Plaintiff could have sought time to conduct this discovery prior to responding to summary judgment. Inasmuch as extensive briefing has now been conducted on the summary judgment issues, Plaintiff's assertion that Defendants will not be prejudiced by the supplemental filing is incorrect. If supplementation is allowed, Defendants will be required to file yet another response to the additional assertions set forth in Plaintiff's proposed supplement.

3. Should the Court grant Plaintiff's Motion to Supplement, Defendants respectfully request that it be allowed fourteen (14) days from the entry of such order in which to respond to the contentions set forth in Plaintiff's proposed supplement.

WHEREFORE, Defendants respectfully request that Plaintiff's Motion to Supplement be denied as untimely. Alternatively, Defendants request a reasonable time within which to respond to the contentions set forth in Plaintiff's proposed supplement.

Respectfully submitted,

*/s/ Douglas W. Fink*

HENRY T. MORRISSETTE  hmorrissette@handarendall.com
DOUGLAS W. FINK          dfink@handarendall.com

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

JOHN S. JOHNSON          jjohnson@handarendall.com
Attorneys for Defendants
Unum Life Insurance Company of America and
UnumProvident Corporation

HAND ARENDALL, L.L.C.
900 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Phone: (205) 324-4400
Fax:    (205) 322-1163

## CERTIFICATE OF SERVICE

I hereby certify that on this day, January 9, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com


*s/Douglas W. Fink*
Douglas W. Fink    (FINKD3798)
Attorney for Defendants
    HAND ARENDALL, LLC
    Post Office Box 123
    Mobile, Alabama  36601
    Phone:   (251) 432-5511
    Fax:        (251) 694-6375
    E-mail: dfink@handarendall.com

568972_1