IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1217-MEF |
| | ) | |
| UNUMPROVIDENT CORPORATION, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Supplement Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc. #63) filed on January 5, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before January 22, 2007 as to why the motion should not be granted.

DONE this the 9th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE