IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1217-MEF |
| ) | |
| UNUMPROVIDENT CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Plaintiff's Motion to Supplement Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc. # 63) filed on January 5, 2007, and in light of the Defendants' Response to Plaintiff's Motion (Doc. # 64) filed on January 9, 2007, it is hereby ORDERED as follows.

(1) The Motion to Supplement Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc. # 63) is GRANTED.

(2) The Defendants shall respond to the Plaintiff's Supplement (Doc. # 63-1) on or before **January 26, 2007**.

DONE this the 10th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE