IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1217-MEF |
| ) | |
| UNUMPROVIDENT CORPORATION; ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For good cause it, it is

ORDERED that a status conference to be held by telephone on January 17, 2007 at 10:30 am. to be arranged by the defendants. The parties are reminded that this telephone conference will only address the pending issues of discovery.

DONE this 12th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE