**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER: 2:05-CV-1217-MEF

Betty Bullard,

    Plaintiff,

vs.

UnumProvident Corporation, et al.,

    Defendants.

ORIGINAL

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Betty Bullard may be taken before Sara Mahler, CSR, at the offices of Beasley, Allen, Crow, Methvin, Portis & Miles, at 272 Commerce Street, Montgomery, Alabama 36103, on the 8th day of March, 2006.

DEPOSITION OF BETTY BULLARD

46798



DEFENDANT'S EXHIBIT C

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 319

1    A.    Yes.

2    Q.    And that was -- That person who came and talked to you was an employee of the Annuity Board; correct?

        MR. SINCLAIR: Objection to the form.

        A.    That's what I remember, yes. He was one of them.

        Q.    You've never heard any representations about either of these two policies from any employee or representative of Unum Life or UnumProvident have you?

        MR. SINCLAIR: Objection to the form. To the extent you understand those terms, please respond to the gentleman's question.

        A.    Not to my knowledge, no.

        Q.    Instead, you've heard, based on what you've told me, representations from folks at the State Convention or the Annuity Board; right?

        MR. SINCLAIR: Same instructions. Same objection. Respond to

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO