FOSHEE & TURNER COURT REPORTERS

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

**ORIGINAL**

CIVIL ACTION NUMBER  01-TMP-2013-S

PAUL D. WHARTON,

    Plaintiff(s),

vs.

UNUM PROVIDENT CORPORATION,

et al.,

    Defendant(s).

DEPOSITION TESTIMONY OF:

DR. WILLIAM FEIST

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of DR. WILLIAM FEIST, may be taken before Kelly B. Jackson, Registered Professional Reporter and Notary Public, State at

DEFENDANT'S EXHIBIT D

FOSHEE & TURNER COURT REPORTERS

75

1  claims adjustors asked me, yes, I would
2  respond to those.
3      Q.    There is nothing wrong with
4  that, is there?
5      A.    Well, it is a process of
6  normal evaluation of claims.
7      Q.    That is appropriate?
8      A.    In deed.
9      Q.    Did you have any other
10 contact with claims other than the
11 circuit riding, if you will, that you
12 described and the evening round table
13 session?
14     A.    From '95 onward?
15     Q.    Until the time you left?
16     A.    No.
17     Q.    Do you have any personal
18 knowledge as to the Provident claims
19 operation after you left Provident in
20 February of 1996?
21     A.    No, sir.
22     Q.    Have you been involved in
23 disability claims at all with Protective?

A Legalink Company * 1933 Richard Arrington, Jr. Boulevard South * Birmingham, AL  35209 * www.legalink.com
1-800-888-DEPO