IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY BULLARD,                        )
                                      )
        Plaintiff,                    )
                                      )
   vs.                                ) CIVIL ACTION FILE
                                      ) NO. 2:05-cv-1217-MEF
UNUMPROVIDENT CORPORATION;            )
UNUM LIFE INSURANCE                   )
COMPANY OF AMERICA; GENEX             )
SERVICES, INC.,                       )
                                      )
        Defendants.                   )

NOVEMBER 30, 2006

**DEPOSITION OF TERESA B. WARD**

**30(b)(6) DEPOSITION**

APPEARING FOR THE PLAINTIFF:

THOMAS O. SINCLAIR, ESQUIRE
JENIFER WALLIS, ESQUIRE
CAMPBELL, WALLER & POWER
2100-A SOUTH BRIDGE PARKWAY
SUITE 450
BIRMINGHAM, ALABAMA  35209

APPEARING FOR THE DEFENDANTS:

HENRY T. MORRISSETTE, ESQUIRE
HAND ARENDALL
3000 AMSOUTH BANK BUILDING
107 ST. FRANCIS STREET
MOBILE, ALABAMA 36602


CATHY H. KERLEY, RPR
HALL AND ASSOCIATES
1010 MARKET STREET, SUITE 402
CHATTANOOGA, TENNESSEE  37402
423-267-4328



DEFENDANT'S EXHIBIT E

Teresa Ward - Direct by Mr. Sinclair                                135

1  Q         Were there specific policies and
2  procedures of the defendant in making the
3  determination as to entitlement to benefits set
4  up for just Ms. Bullard's claim?
5  A         Not that I'm aware of.
6            MR. MORRISSETTE:  Let me clarify the
7  nature of my objection.  To claimants that -- to
8  claims that are -- policies and procedures that
9  would be applicable to Ms. Bullard's claim as
10 distinguished from policies and procedures that
11 would not be applicable to Ms. Bullard's claim.
12           MR. SINCLAIR:  I'm not sure what you
13 just said, but okay.
14 BY MR. SINCLAIR:
15 Q         The policies and procedures of
16 UnumProvident and Unum Life in making a
17 determination as to entitlement of benefits that
18 were utilized or in place at the time of
19 Ms. Bullard's claim, you are aware of those
20 policies and procedures and prepared to testify
21 about them?
22 A         Yes.
23 Q         Okay.  Are all of the policies and
24 procedures contained in the claims manual?
25           MR. MORRISSETTE:  Object to the

11:36:32
11:36:32
11:36:34
11:36:36
11:36:40
11:36:40
11:36:42
11:36:44
11:36:46
11:36:52
11:36:52
11:36:58
11:37:00
11:37:04
11:37:04
11:37:06
11:37:10
11:37:12
11:37:16
11:37:20
11:37:22
11:37:24
11:37:26
11:37:28
11:37:34

Teresa Ward - Direct by Mr. Sinclair                              136

1  form.
2  A          The claims manual is, you know,
3  definitely a guideline and a reference that's
4  utilized in administering a claim, but it may not
5  be, you know, the sole form of documentation.
6  Q          Okay.  Tell me the rest of them.
7  A          Well, I would say when you're
8  administering a claim, you're not going to just
9  be looking at the claims manual for reference.
10 You would also want to look at the policy itself
11 to determine eligibility.
12 Q          I'm sorry.  I was asking about the
13 policies and procedures.
14 A          Okay.  I'm sorry.
15             MR. MORRISSETTE:  She told you.
16 Q          Okay.  Not what you would refer to.
17 Let me be more specific.  You indicated that the
18 policies and procedures of the defendants in
19 making a determination as to entitlement to
20 benefits are contained in part in the claims
21 manual.
22 A          Yes.
23             MR. MORRISSETTE:  Object to the
24 form.
25 Q          There are other resources that

Teresa Ward - Direct by Mr. Sinclair                              137

| | | |
|---|---|---|
| 1 | contain policies and procedures; correct? | 11:38:38 |
| 2 | A            Well, I think what I was stating is | 11:38:42 |
| 3 | when I would be looking at a claim, I would | 11:38:42 |
| 4 | definitely reference the claims manual, but I'd | 11:38:46 |
| 5 | also look at the claim itself to determine if it | 11:38:50 |
| 6 | meets the definition of disability -- | 11:38:52 |
| 7 | Q            I'm sorry.  And I -- | 11:38:56 |
| 8 | A            -- within the contract. | 11:38:56 |
| 9 | Q            I'm sorry.  I think I'm asking this | 11:38:58 |
| 10 | poorly.  So let me try it again.  I'm not asking | 11:39:00 |
| 11 | what you look at in regard to administering the | 11:39:02 |
| 12 | claim.  Like I said, we're going to get into what | 11:39:06 |
| 13 | you did on this claim in a different deposition, | 11:39:08 |
| 14 | but I'm asking insofar as you're here as a | 11:39:10 |
| 15 | 30(b)(6) representative to identify where those | 11:39:14 |
| 16 | policies and procedures are, not necessarily what | 11:39:16 |
| 17 | happens in the administration of any individual | 11:39:24 |
| 18 | claim or Ms. Bullard's claim, but where can we | 11:39:24 |
| 19 | find the policies and procedures?  All right. | 11:39:28 |
| 20 | You've told me the claims manual is one place. | 11:39:32 |
| 21 | Where else? | 11:39:34 |
| 22 |             MR. MORRISSETTE:  Object to the | 11:39:36 |
| 23 | form. | 11:39:38 |
| 24 | A            The claims manual is definitely a | 11:39:38 |
| 25 | guideline which contains any type of policy or | 11:39:42 |

Teresa Ward - Direct by Mr. Sinclair

138

1 procedure that would be utilized in administering 11:39:50
2 a claim. And as I was talking about otherwise 11:39:52
3 earlier, I was referring to the policy itself. 11:39:58
4 So that is the only place right now that I can 11:40:00
5 think of that would be utilized as a guideline or 11:40:02
6 a resource. 
7 Q        I see. Okay. You've been trying to 11:40:06
8 point me there all along and I just wasn't 11:40:08
9 getting it. Policies and procedures, how would 11:40:10
10 you define that phrase? 11:40:14
11 A        Just as it's stated, policies and 11:40:16
12 procedures. 11:40:18
13 Q        Okay. So the policies and 11:40:20
14 procedures will be contained in the claims manual 11:40:20
15 and in the policy? 11:40:22
16 A        Policies and procedures I think in 11:40:26
17 reference to administering a claim would be the 11:40:28
18 claims manual, which is strictly a reference tool 11:40:32
19 and a guideline to utilize when administering the 11:40:36
20 claim. 11:40:40
21 Q        And the policy itself? 11:40:44
22 A        The policy itself, yes, would be 11:40:44
23 utilized. 11:40:46
24 Q        All right. Besides the claims 11:40:50
25 manual and the policy itself, where else can we 11:40:50
                                                    11:40:52

Teresa Ward - Direct by Mr. Sinclair

139

1 find the defendant's policies and procedures
2 regarding making a determination as to
3 entitlement to benefits?
4  A        I can't really think of anything
5 else.  Definitely the information contained
6 within the claim file would be utilized in making
7 any decision and determination.
8  Q        I'm sorry.  I'm doing this poorly.
9 Guideline.  Guideline.  You kept on saying the
10 claims manual is a guideline.  Do you have to
11 follow the claims manual when you're
12 administering a claim and making a determination
13 as to entitlement as to benefits?
14  A        It is a reference that you can
15 utilize when you're administering a claim and it
16 is a guideline, but each claim has to be --
17  Q        Determined.
18  A        -- reviewed and determined based on
19 its own merits.
20  Q        It actually says that at the end of
21 every section of the claims manual now; doesn't
22 it?  Each claim is individual and must be
23 reviewed on its individual merits or something
24 along those lines?
25  A        Right.  I know that it does have

Teresa Ward - Direct by Mr. Sinclair

140

1  that language in there.
2  Q          Okay.  Well, are you saying the
3  policies and procedures provided to the claims
4  handlers are simply guidelines?
5  A          As I stated, the claims handler
6  would definitely be able to reference the claims
7  manual.  They may also utilize, you know,
8  resources available to them in helping them come
9  to a claims determination.
10 Q          Okay.  All right.  In making a
11 claims determination, the company's policies and
12 procedures are contained in the claims manual; is
13 that right?
14            MR. MORRISSETTE:  Object to the
15 form.
16 A          The claims manual is a guideline
17 which is utilized in administering a claim.  It
18 may have reference, you know, to something that
19 you may need to --
20 Q          I'm missing the point here.
21 A          Okay.
22 Q          Let me -- let me -- I mean, the
23 claims manual is now actually called the policies
24 and procedures manual; right?
25 A          Yes.

11:42:14
11:42:16
11:42:20
11:42:34
11:42:46
11:42:50
11:42:54
11:43:00
11:43:04
11:43:06
11:43:12
11:43:14
11:43:20
11:43:20
11:43:20
11:43:20
11:43:26
11:43:30
11:43:36
11:43:40
11:43:42
11:43:42
11:43:44
11:43:48
11:43:50

1  Q          Okay. So when I ask the question
2  where are the company's policies and procedures
3  in making a determination as to entitlement to
4  benefits and you say it's guidelines, I'm not
5  sure if it's my inability to ask a good question
6  or if I'm not understanding what you're saying.
7  I'm looking --
8  A          I think --
9  Q          Go ahead.
10 A          I think the way to answer this
11 question is in making a determination regarding
12 someone's eligibility for benefits, you're having
13 to look at the entire claim file and the
14 information that's been presented and come to a
15 decision based on that information. There's not
16 necessarily any policies and procedures that are
17 strictly written as to how that decision is going
18 to be rendered. There are guidelines within the
19 claims manual which can be utilized in helping
20 you make a determination.
21 Q          Okay. I think I understand what
22 you're saying. So let me make sure. You're
23 saying the claims manual now called the policies
24 and procedures manual, it's guidelines. It's not
25 policies and procedures; is that right?

```
 1         MR. MORRISSETTE:  Object to the           11:45:06
 2  form.
                                                     11:45:08
 3  A         There are procedures within the        11:45:08
 4  claims manual, but all of those may not be       11:45:14
 5  applicable to each claim.  That is why you       11:45:20
 6  reference it when you are administering a claim  11:45:22
 7  to determine if it is something that needs to be 11:45:24
 8  referenced during your handling of a specific    11:45:30
 9  claim.
                                                     11:45:32
10  Q         I think I get where the disconnect     11:45:32
11  is.  It's language and I think I'm using the     11:45:36
12  wrong language because you're in the business and 11:45:38
13  I'm not.  I'm trying to understand what you do.  11:45:40
14             So when you tell me, Mr. Sinclair,    11:45:42
15  you need to go look at everything in the file    11:45:46
16  before you make a determination, you're telling  11:45:48
17  me the policies and procedures.  My question is  11:45:50
18  where does it say that you have to look at       11:45:52
19  everything in the file before you make a         11:45:56
20  determination?
                                                     11:45:56
21  A         And there may be reference within      11:46:00
22  the claims manual as to what information must be 11:46:02
23  reviewed, but ultimately when you are making a   11:46:06
24  decision, you have to be looking at the          11:46:12
25  information that's within the claim file.        11:46:16
```