# PERSONNEL MANUAL

## FOR
## MISSIONS SUPPORT PERSONNEL
## OF
## THE STATE BOARD OF MISSIONS
### Alabama Baptist Convention

Rick Lance, Executive Director

Approved by
The State Board of Missions
January 1, 2000



DEFENDANT'S EXHIBIT G

65, the coverage reduces to 65% and remains unchanged until retirement.

(2) Dependent Life Insurance - Spouse, $5,000 and $5,000 on each unmarried dependent child to age 19 or to age 25 if a full-time student.

(3) Accident Insurance, $25,000 - $200,000 is based on salary. Coverage for employees who work beyond age 65 is reduced to 65% beginning January 1 after the sixty-fifth birthday. The amount remains at 65% until retirement. Coverage is cancelled at retirement.

(4) Long term Disability - During total disability the plan provides 60% of salary/housing following a three-month waiting period. If Social Security disability benefits are approved, the two benefits are coordinated to equal 60%.

  b. Medical Insurance

Medical insurance is provided for employees and their dependents. Single, dependent children are covered to age 19 or to age 25 if full time students. For active employees who work beyond age 65, the Board's medical insurance carrier will be primary for as long as State Board of Missions employment continues.

Sponsored coverage is available for single dependents who are 19 years old, no longer a student, or are age 25 and still a full time student, or have graduated but do not have other coverage available. The cost of sponsored dependent coverage is reimbursed to the State Board of Missions by the employee or the dependent.

Consolidated Omnibus Budget Reconciliation Act (COBRA) coverage is available for terminated employees. The initial application is prepared by the former employer (SBOM); then coverage is arranged between the terminated employee and the Board's medical insurance carrier. Premium notices are mailed directly to the terminated employee who pays directly to the Board's medical insurance carrier. The cost is charged to the individual. Employees should study the description of coverage for information on covered procedures, non-covered procedures, or conditions, deductibles, and any co-insurance payment.

At age 62 or beyond medical/dental insurance is provided for the retiree and his/her dependents in accordance with the "Retirement Benefits" set out above.

NOTE: All insurance coverage begins on the first day of employment.