MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery , Alabama

HON.  WALLACE CAPEL, JR.

DATE COMMENCED:  1/17/07                    DIGITAL RECORDING: 11:00 - 11:40

DATE COMPLETED:    1/17/07

BETTY BULLARD                          *        2:05cv1217-MEF

vs                                     *

UNUM PROVIDENT CORPORATION, et al      *

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Jenifer Champ Wallis | | Henry Tonsmeire Morrissette |
| Thomas O. Sinclair | * | |
| | * | |
| | * | |

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump

## PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    STATUS CONFERENCE BY TELEPHONE


SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | | |
|---|---|---|
| **Date** 1/17/2007 | | **Location** |

| Time | Speaker | Note |
|---|---|---|
| 11:00:49 AM | Court | Convenes |
| 11:01:37 AM | Plaintiff | Offer Update on discovery; Additional responses provided by defendants (3rd Motion to Compel -portions remains;  Item #9 and #35 mooted) |
| 11:07:25 AM | Court | Addresses Issues of 2004 -2005 Personnell Files |
| 11:09:26 AM | Plaintiff | Addresses #2 of 3rd Motion to Compel - DENIED |
| 11:10:13 AM | Court | Court DENIED #2 |
| 11:10:21 AM | Plaintiff | Addresses Issues of #3 |
| 11:10:29 AM | Defendant | Responds to #3 informs Court of documents provided |
| 11:12:01 AM | Plaintiff | Replies |
| 11:12:18 AM | Court | Provide Privilege log |
| 11:13:34 AM | Plaintiff | Addresses #5 of 3rd Motion to Compel |
| 11:14:18 AM | Defendant | Responds |
| 11:14:48 AM | Court | To the extent that documents exist and guidelines used to determination of this case shall be provided |
| 11:15:52 AM | Plaintiff | Addresses Issue #6 |
| 11:16:22 AM | Defendant | Responds |
| 11:17:56 AM | Court | Identification for time period requested-Granted; Unidentified -Denied |
| 11:18:49 AM | Plaintiff | Address Issue #7 similar to #6 |
| 11:19:05 AM | Defendant | Responds |
| 11:20:49 AM | Court | Counsel should make parties understand that they should not be over technical about the name of reports; If the information is available should be provided |
| 11:20:53 AM | Plaintiff | Addresses Issue #8 |
| 11:21:23 AM | Defendant | Responds |
| 11:22:54 AM | Court | #8 Denied |
| 11:23:03 AM | Plaintiff | Addresses Issue #ll |
| 11:23:57 AM | Defendant | Responds |
| 11:26:44 AM | Plaintiff | #ll, 12,13, 14 Moot |
| 11:27:15 AM | Plaintiff | Addresses Issue #15 |
| 11:27:34 AM | Defendant | Responds |
| 11:28:15 AM | Court | Issue #15 Moot |
| 11:28:27 AM | Plaintiff | Issue #16 1st portion moot |
| 11:30:40 AM | Court | #16 Granted in all other respects |
| 11:32:09 AM | Court | Deny Request without prejudice Re: bonus information from 1st motion to compel (Issue #8) |
| 11:32:58 AM | Plaintiff | Addresses Issue #10 |
| 11:33:31 AM | Defendant | Responds |
| 11:34:53 AM | Court | Documents are relevant and should be turned over; If plaintiffs have documents-  Issue is Moot |
| 11:36:48 AM | Plaintiff | Addresses Issue #17 |
| 11:38:02 AM | Defendant | Responds |
| 11:38:48 AM | Court | Denies |
| 11:39:04 AM | Plaintiff | Addresses Issue #l2 |

| 11:39:15 AM | Defendant | Responds |
|---|---|---|
| 11:40:08 AM | Court | Information should be provided through documentation |
| 11:40:45 AM | | Court In Recess |