IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1217-MEF |
| | ) |
| UNUMPROVIDENT CORPORATION; | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Based upon this Court's status conference held at 10:30 a.m. on 17 January 2007, it is ORDERED as follows:

With respect to Plaintiff's Third Motion to Compel (Doc. #54), Plaintiff's Request for Relief contained in Paragraph 1 is GRANTED with regard only to the eight (8) employees who were working on or supervising Plaintiff's claim during the pendency of that claim (June 2004 through April 2005). The Court limits Plaintiff's Request because, as written, it was overly broad and failed to contain a time restriction.

Plaintiff's Request for Relief contained in Paragraph 2 is DENIED, as that request is overly broad and irrelevant.

Plaintiff's Request for Relief contained in Paragraph 3 is GRANTED. Plaintiff is entitled to a privilege log including an explanation of the document and the reason for invoking privilege under the Fed. R. Civ. P. 26(b)(5).

Plaintiff's Request for Relief in Paragraph 5 is GRANTED to the extent that the information exists for the reasons stated on the record.

Plaintiff's Requests for Relief in Paragraphs 6 and 7 are GRANTED to the extent that Plaintiff can specifically identify the information it seeks and Defendant can produce that information. The requests are limited to the period during which Plaintiff's claim was pending (June 2004 through April 2005). To the extent that Defendant cannot identify this information, Plaintiff's Request is DENIED. The Court reminds Defendant that its cooperation in producing this information is required and that it will not tolerate overly technical definitions of information in so doing.

Plaintiff's Request for Relief in Paragraph 8 is DENIED as irrelevant and stale.

Plaintiff's Request for Relief concerning Request for Production 75 in Paragraph 16 is GRANTED for the reasons stated on the record.

All other Requests for Relief within Plaintiff's Third Motion to Compel are ORDERED MOOT, as the parties have reached agreement on these requests.

With respect to Plaintiff's First Motion to Compel (Doc. #41), Plaintiff's Request No. 8 is DENIED without prejudice as duplicative.

Plaintiff's Request No. 12 is GRANTED for the reasons stated on the record.

Plaintiff's Request No. 17 is DENIED as overly broad and irrelevant.

The remaining Request within Plaintiff's First Motion to Compel is ORDERED MOOT, as the parties have reached agreement on this request.

DONE this 18th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE