AMENDMENT NO. 1

This amendment forms a part of Group Policy No. 111605 001 issued to the Policyholder:

    Annuity Board of the Southern Baptist Convention

The entire policy is replaced by the policy attached to this amendment.

The effective date of these changes is May 1, 2004. The changes only apply to disabilities which start on or after the effective date.

The policy's terms and provisions will apply other than as stated in this amendment.

Dated at Portland, Maine on October 11, 2004.

    Unum Life Insurance Company of America

    By _____
        Secretary

If this amendment is unacceptable, please sign below and return this amendment to Unum Life Insurance Company of America at Portland, Maine within 90 days of October 11, 2004.

**YOUR FAILURE TO SIGN AND RETURN THIS AMENDMENT BY THAT DATE WILL CONSTITUTE ACCEPTANCE OF THIS AMENDMENT.**

Annuity Board of the Southern Baptist Convention

By _____
Signature and Title of Officer


DEFENDANT'S EXHIBIT B

C.AMEND-1        AMEND-1 (5/1/2004)

BULLLTDAP1

                                  **GROUP INSURANCE POLICY**
                                                       **NON-PARTICIPATING**

**POLICYHOLDER:**   Annuity Board of the Southern Baptist Convention

**POLICY NUMBER:**   111605 001 (Group Plans – Standard Plan)

**POLICY EFFECTIVE DATE:**   January 1, 2002

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:**   Texas

Unum Life Insurance Company of America (referred to as Unum) will provide benefits under this policy. Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions. This policy is delivered in and is governed by the laws of the governing jurisdiction. This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- the Policyholder's application;
- each employee's application for insurance (employee retains his own copy as reflected in the records of the Annuity Board); and
- the certificate of coverage issued for each employee of each participating member Employer.

This policy may be changed in whole or in part. Only an officer or a registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to this policy. No other person, including an agent, may change this policy or waive any part of it.

Signed for Unum at Portland, Maine on the Policy Effective Date.

President                                      Secretary

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Copyright 1993, Unum Life Insurance Company of America

C.FP-1                    C.FP-1   (5/1/2004)

BULLLTDAP2

# LONG TERM DISABILITY

# BENEFIT INFORMATION

## *HOW DOES UNUM DEFINE DISABILITY?*

You are disabled when Unum determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 36 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

## *HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?*

You must be continuously disabled through your **elimination period**. Unum will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is the later of:

- 90 days; or
- the date your insured Short Term Disability payments end, if applicable.

## *CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?*

Yes. If you are working while you are disabled, the days you are disabled will count toward your elimination period.

## *WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?*

You will begin to receive payments when we approve your claim, providing the elimination period has been met and you are disabled. We will send you a payment monthly for any period for which Unum is liable.

## *HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?*

We will follow this process to figure your payment:

LTD-BEN-1   (5/1/2004)

BULLLTDAP30