IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1217-MEF |
| ) | |
| UNUMPROVIDENT CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Motion Requesting Leave to File Motion for Partial Summary Judgment (Doc. # 72) filed on January 17, 2007. In her motion, Plaintiff argues that she should be allowed to file a motion for partial summary judgment out of time because she recently discovered that she was denied coverage based on the wrong policy and, due to a delay by the Defendants, received discoverable materials well after the dispositive motion deadline, despite repeated assurances that the materials in question would be produced.[1]

In opposing this motion, the Defendants contend that the fact the wrong policy was employed in denying her coverage is immaterial to the plaintiff's breach of contract and bad faith claims. The Court agrees with the Defendants here, because the Plaintiff's actual policy

---

[1] These materials include email correspondence between Defendants' employees working on Plaintiff's claim that were initially agreed to be produced and a Performance Agreement executed between Defendants and Plaintiff's employer that imposed penalties on Defendants if they did not meet specified time standards in adjudicating Plaintiff's claims.

and the policy used to deny her coverage employ the same definition of disability. However, as to the additional discoverable materials, given the delay in producing these documents and their potential relevance to Plaintiff's underlying claims of breach of contract and bad faith, as well as the Plaintiff's efforts in seeking production of the evidence by having filed numerous Motions to Compel discovery, it would be imprudent for this Court not to give Plaintiff a chance to file her motion. The failure to produce these documents possibly hindered Plaintiff's ability to file her motion for summary judgment before the dispositive motion deadline. For these reasons, it is hereby ORDERED that

(1) Motion Requesting Leave to File Motion for Partial Summary Judgment (Doc. # 72) is GRANTED.

(2) Plaintiff shall file her motion for partial summary judgment on or before Monday February 5, 2007.

DONE this the 31st day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE