IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD           ) | |
|       ) | |
|    Plaintiff,       ) | |
|       ) | |
| v.                       ) | |
|       ) | CASE NO. |
| UNUMPROVIDENT CORPORATION;  ) | |
| UNUM LIFE INSURANCE COMPANY  ) | CV-2:05-cv-1217-MEF |
| OF AMERICA, et al.,      ) | |
|       ) | |
|    Defendants.       ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Betty Bullard, files the following evidentiary submissions in support of her Motion for Partial Summary Judgment filed with the Court February 5, 2007.

A - Email written by Bonita Connally dated July 26, 2004; Produced by Defendants November 29, 2006 (UAMSSUPP00009)

B - Deposition Testimony of Bonita Connally, Taken November 29, 2006

C - Bullard's Insurance Policies; Produced by Defendants January 16, 2007 (BULLLTDAP1-53; BULLLIFEAP1-69)

D – Excerpts from Betty Bullard's Deposition, Taken March 8, 2006

E - Attending Physician Statements Submitted with Betty Bullard's Claim for Benefits (BULL0016-26; BULL0036)

F - Claim Denial Letter Dated September 1, 2004 (UACL00186-189)

G - Bullard's Notice of Appeal Dated October 29, 2004 (UACL00207)

H - Dr. Rachel McKinney's Letter to Defendant Dated October 25, 2004 (UACL00200)

I - Latisha Toney's Medical Response Completed November 30, 2004 (UACL00353-354)

J - Dr. Susy Vergot's Clinical Review Dated November 17, 2004 (UACL00319-320)

K - Appellate Review Denial Letter Dated April 6, 2005 (UACL00574-579)

L - Claim Reassessment Letter Dated April 22, 2005

M - Report of the Targeted Multistate Market Conduct Examination

N - Letter from Alabama Baptist Convention Dated May 9, 2005

O - Letter from Alabama Department of Rehabilitation Services

P - Connally Email and Spreadsheet Dated August 18, 2004; Produced by Defendants November 29, 2006 (UAMSSUPP00018-19)

Q - Side Agreement of Defendant and Plaintiff's Employer, Southern Baptist Convention; Produced by Defendants January 15, 2006 (ULCDI-0001 to 21)

R - Deposition Testimony of Susan Roth; Produced by Defendants January 17, 2006

S - *Anderson v. Unum Life Ins. Co. of America d/b/a Unum Provident Corp.*, 414 F.Supp.2d 1079 (N.D.M.D.)

T - Bonita Connally and Brandon Estrada Emails Dated August 6, 2004; Produced by Defendants November 29, 2006 (UAMSSUPP00011

U - Correspondence from Plaintiff's Counsel to Defendant's Counsel Dated April 25, 2006

V - Correspondence from Defendant's Counsel to Plaintiff's Counsel Dated January 15, 2007

          Respectfully submitted,

           /s/ Jenifer Champ Wallis\_\_\_\_
          Jenifer Champ Wallis
          One of the Attorneys for Plaintiff

OF COUNSEL:
Thomas O. Sinclair(SIN018)
Jenifer Champ Wallis (WAL191)
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax:  (205).803-0053
E-mail:  tsinclair@cwp-law.com
E-mail:  jwallis@cwp-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2007, I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com


                                       /s/ Jenifer Champ Wallis_____
                                       Jenifer Champ Wallis (WAL191)