# ATTACHMENT "A"

ATTACHMENT "A"

| | |
|---|---|
| From: | Estrada, Brandon R |
| Sent: | Monday, July 26, 2004 3:54 PM |
| To: | Connally, Bonita K |
| Subject: | RE: Priority activity for the annuity board |

I will have it completed by the end of the day.

-----Original Message-----

| | |
|---|---|
| From: | Connally, Bonita K |
| Sent: | Monday, July 26, 2004 3:53 PM |
| To: | Estrada, Brandon R |
| Cc: | Parker, Terri L |
| Subject: | Priority activity for the annuity board |

Good afternoon. On Friday morning, I reviewed the AB claim for Betty Bullard with Pam and Barbara. There is multiple APS forms in the file. However, we do not have sufficient medical documentation to support any type of disability.

In review of this file, I can tell you now that we are going to pay for the errors under the performance agreement. The initial letter was sent in June, but there has been no action taken on the file until my review on Friday. We have missed our 30 day compliance letter as the activity was cancelled and the 45 day activity for IL or tolling letter is still pending and past due.

Please ensure that before you leave today you have requested the medical information from all the providers through medical records. You should also call Lou at the Annuity Board and let her know you are awaiting additional medical information as this claim is 50 days old and she will be calling you soon. It is also imperative that you call and make contact with the cx. The only physician indicating that she is unable to work is her PCP.

Bonita Connally
Disability Benefits Consultant
Chattanooga, TN
Phone: 423-294-2332

JAMSSUPP00009