# ATTACHMENT

## "B"

ATTACHMENT "B"

**Page 1**

```
 1   IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
 2       DISTRICT OF ALABAMA NORTHERN DIVISION
 3
 4   BETTY BULLARD,                )
 5          Plaintiff,             )
 6     vs.                         )   NO. 2:05-CV-1217-MEF
 7   UNUMPROVIDENT CORPORATION;    )
     UNUM LIFE INSURANCE COMPANY   )
 8   OF AMERICA; GENEX SERVICES.;  )
 9          Defendants.            )
10
11                            November 29, 2006
12       DEPOSITION OF BONITA K. CONNALLY
13   APPEARING FOR THE PLAINTIFF:
14   THOMAS O. SINCLAIR, ESQUIRE
     JENIFER WALLIS, ESQUIRE
15   CAMPBELL, WALLER & POWER
     2100-A SOUTH BRIDGE PARKWAY, SUITE 450
16   BIRMINGHAM, ALABAMA 35209
17
18   APPEARING FOR THE DEFENDANTS:
19   HENRY T. MORRISSETTE, ESQUIRE
     HAND ARENDALL
20   107 ST. FRANCIS STREET, SUITE 3000
     MOBILE, ALABAMA
21
22
23           ERIN M. FLATT, CCR
             HALL AND ASSOCIATES
24       1010 MARKET STREET, SUITE 402
         CHATTANOOGA, TENNESSEE 37402
25              423/267-4328
```

**Page 2**

```
                      INDEX
                                          Page
DEPOSITION OF BONITA CONNALLY

Direct Examination by Mr. Sinclair         4
Cross Examination by Mr. Morrissette      214


                     EXHIBITS

No.      Description                      Page
 1    Notice of Deposition                 4
 2    Defendants' Amended Objection to     6
      Plaintiff's Notice of Depositions
```

**Page 3**

```
 1          The deposition of BONITA CONNALLY, called as
 2   a witness at the instance of the Plaintiff, for use
 3   pursuant to the Federal Rules of Civil Procedure and
 4   the Alabama Rules of Civil Procedure, taken by
 5   agreement on the 29th day of November, 2006, at the
 6   offices of Hall & Associates, 1010 Market Street,
 7   Suite 402, Chattanooga, Tennessee.
 8   ----------------------------------------------------
 9            S T I P U L A T I O N S
10          Deposition is being taken by agreement of
11   counsel for the plaintiff and the defendant. It is
12   agreed that the deposition shall be taken in machine
13   shorthand by Erin M. Flatt, Notary Public and Court
14   Reporter, that the signature of the witness to the
15   completed deposition is reserved, and that the
16   witness may be sworn by the said Notary Public.
17          It is further agreed that all formalities as
18   to caption, notice, certificate and mode of
19   transmission are waived, and that the deposition is
20   taken subject to the usual exceptions as to
21   irrelevancy, incompetency and immateriality, which
22   are reserved to the hearing of the cause, except as
23   to the form of the question.
24
25
```

**Page 4**

Bonita Connally – Direct by Mr. Sinclair

```
 1            BONITA CONNALLY,
 2   called as a witness at the instance of the
 3   Plaintiff, having been first duly sworn,
 4   was examined and deposed as follows:
 5                DIRECT EXAMINATION
 6   BY MR. SINCLAIR:
 7      Q       Good morning. Did you volunteer to
 8   come here this morning? Did you want to come have
 9   your deposition?
10      A       I was asked.
11      Q       Okay. You didn't actually ask to have
12   your deposition taken then?
13      A       They asked me to come.
14      Q       Okay. Got you. Who asked you to come?
15      A       I received an E-mail from our legal
16   counsel in the office.
17      Q       Don't tell me what they said now. I'm
18   going to show you what I'm going to mark as
19   Deposition Exhibit 1 and ask you to take a look at
20   that and let me know if you've seen that before.
21      A       I don't remember seeing this.
22             (Thereupon, the Notice of
23              Deposition was marked as Exhibit
                1 and is attached hereto.)
24      MR. MORRISSETTE: For the record, we
25   filed an objection to the document request attached
```

**5**

Bonita Connally - Direct by Mr. Sinclair

1   to that deposition originally and then filed an
2   amended objection because I believe you added one
3   more request when you reserved the deposition. I
4   think that was the last one about bringing anything
5   you've looked at to the deposition was a tack-on.
6   I'm not positive. If it wasn't, my numbering is
7   off.
8       MR. SINCLAIR: Okay. We'll take a look
9   at it. So you're saying this is what you've given
10  me this morning. There's three pleadings.
11      MR. MORRISSETTE: Yes.
12      MR. SINCLAIR: There's defendants'
13  amended objection to plaintiff's notices of
14  depositions duces tecum --
15      MR. MORRISSETTE: Yes.
16      MR. SINCLAIR: -- as we pronounce it in
17  Alabama. We have then defendants' amended objection
18  to plaintiff's notices of depositions and
19  defendants' objections to plaintiff's notice of
20  depositions.
21      MR. MORRISSETTE: The reason is the
22  specific name in there, if you look at the
23  objection, you will see Ms. --
24      MR. SINCLAIR: Okay. So is this the
25  one that would deal with --

**6**

Bonita Connally - Direct by Mr. Sinclair

1       MR. MORRISSETTE: Yes, it is. Bonita
2   Connally amended, which is just one objection added
3   to the bottom of the original objections that
4   Douglas Fink served to that back in the spring.
5       MR. SINCLAIR: Okay. All right. So
6   I've marked the defendants' amended objection to
7   plaintiff's notices of depositions as Deposition
8   Exhibit 2. It was served this morning and you're
9   telling me the only difference on this one from the
10  previous one is in reference to number nine?
11      MR. MORRISSETTE: Yes.
12      MR. SINCLAIR: Okay. Well, we'll go
13  over that then.
14          (Thereupon, the Defendants'
15          Amended Objection to Plaintiff's
16          Notice of Depositions was marked
17          as Exhibit 2 and is attached
            hereto.)
18      MR. MORRISSETTE: Are we doing the
19  usual stipulations?
20      MR. SINCLAIR: Yes. We'll go with the
21  usual stipulations pursuant to Alabama Rules.
22      MR. MORRISSETTE: We'd like to read and
23  sign also.
24      MR. SINCLAIR: Are these two -- well,
25  I'll cover that in a minute.
    BY MR. SINCLAIR:

**7**

Bonita Connally - Direct by Mr. Sinclair

1   Q       How are you doing this morning?
2   A       Okay.
3   Q       How long have you been with the
4   company?
5   A       Since 2003.
6   Q       Okay. And just so I get it right.
7   You'll have to excuse me if I get it wrong at some
8   point and remind me of it. What is your title with
9   the company?
10  A       I am currently a lead disability
11  benefit specialist.
12  Q       Okay. Is that the old consultant role?
13  A       No, sir. It's a different role.
14  Q       It's a different role. Okay. All
15  right. If you would, please state your name for the
16  record.
17  A       Bonita K. Connally.
18  Q       Okay. And Ms. Connally -- I'm sorry.
19  Is it Ms. or Mrs.?
20  A       Mrs.
21  Q       Mrs. Mrs. Connally, you're here today
22  because we requested your deposition pursuant to
23  Deposition Exhibit No. 1. Did you say that you had
24  or had not seen this before?
25  A       I don't remember seeing this before.

**8**

Bonita Connally - Direct by Mr. Sinclair

1   Q       Okay. I take it then you have not
2   brought any documents pursuant to Exhibit A from
3   deposition notice?
4   A       No, sir.
5   Q       Okay. All right.
6       MR. MORRISSETTE: Technically, the
7   claim file that we have previously produced, I
8   guess, but it's not responsive to that. We have
9   brought documents with us today.
10  BY MR. SINCLAIR:
11  Q       All right. We'll get to these in a
12  minute. Before we begin about specifics on this
13  file, I need to get a little bit of your background
14  if I can. I've found it's helpful to start as a
15  reference point to high school because we're all
16  fairly young, we can start at high school and say
17  what we've done since high school. Did you go to
18  college?
19  A       I did.
20  Q       Okay. Did you go to high school here
21  in Tennessee?
22  A       No, sir.
23  Q       Okay. Where are you from?
24  A       Texas.
25  Q       Texas? What part of Texas?

9

Bonita Connally - Direct by Mr. Sinclair

1   A       The Dallas area.
2   Q       Dallas area. Okay. You went to high
3   school out in Dallas?
4   A       In Mesquite, Texas.
5   Q       Mesquite, Texas. Okay. And where did
6   you go to college?
7   A       I went to the University of Texas at
8   Austin for a year and a half and then I returned to
9   the Dallas area and finished my associate's degree
10  at Eastfield College.
11  Q       Eastfield?
12  A       Yes, sir.
13  Q       I'm sorry. Eastfield?
14  A       Yes.
15  Q       Okay. And you went there for long
16  enough to get your associate's. What did you get
17  your associate's in?
18  A       In arts and sciences.
19  Q       Any particular specialty? Was it like
20  psychology or what's in arts and sciences?
21  A       There was -- it was just general
22  studies.
23  Q       Oh, it was general studies?
24  A       Yes, sir.
25  Q       Please don't call me sir. It makes me

10

Bonita Connally - Direct by Mr. Sinclair

1   feel old. Okay. All right. So when did you
2   graduate from high school?
3   A       In 1991.
4   Q       Yeah. You're really going to make me
5   feel old if you say yes, sir, so please don't. You
6   graduated high school in 1991. When did you
7   graduate from -- did you go straight from high
8   school to UT Austin?
9   A       I had a break.
10  Q       Okay. How long of a break did you have
11  there?
12  A       I believe it was a semester.
13  Q       Okay. Long enough to catch your
14  breath?
15  A       Yes, sir.
16  Q       You've got to stop with the yes, sir.
17  All right. So you took a break for about let's say
18  six months at most. And then in 1992 you started at
19  UT Austin?
20  A       Yes.
21  Q       Okay. Did you work anywhere in that
22  break period?
23  A       Yes, I did.
24  Q       Okay. What did you do?
25  A       Retail sales.

11

Bonita Connally - Direct by Mr. Sinclair

1   Q       Who were you with?
2   A       Limited Express.
3   Q       Okay. All right. Then you went to UT
4   Austin in '92 and stayed there until '94?
5   A       Approximately '94.
6   Q       Okay. And did you go straight from UT
7   Austin to Eastfield?
8   A       I don't remember. I may have had a
9   semester break in between.
10  Q       Did you do any work between those two
11  colleges?
12  A       Yes, I did.
13  Q       Okay. All right. What did you do
14  during that break?
15  A       I worked at Block Buster Video.
16  Q       Okay. All right. And then I take it
17  then you started Eastfield around '95?
18  A       That's probably correct.
19  Q       Okay. Probably the beginning of '95 if
20  I'm doing my math right?
21  A       That sounds correct.
22  Q       Okay. All right. And you graduated
23  from Eastfield College '97?
24  A       '97.
25  Q       Okay. All right. And where did you go

12

Bonita Connally - Direct by Mr. Sinclair

1   after Eastfield?
2   A       I did not.
3   Q       Okay. I mean -- I'm sorry. Let me ask
4   that question. Have you ever had your deposition
5   taken before?
6   A       Yes, sir.
7   Q       You have? How many times have you had
8   your depo taken?
9   A       None with UnumProvident. With Cigna
10  Group Insurance, I would guess three to four times.
11  Q       Okay. And you enjoyed every one of
12  them immensely, right? Don't answer that.
13          Okay. At the outset, I should probably
14  tell you the rules. I assumed that you had like a
15  hundred depos, but let me tell you the way it works.
16  If I ask a bad question, you don't understand it,
17  tell me. I'll do that. Henry will tell you I do
18  that a lot. So you tell me if you don't understand
19  what I'm asking.
20  A       Okay.
21  Q       If you need a break, you just tell me
22  and we'll take a break. Same goes for the court
23  reporter. All right?
24          When you graduated from Eastfield
25  College, if I'm doing my math right, it seems like

13

Bonita Connally - Direct by Mr. Sinclair

1  you might have graduated in May or December.  Was it
2  May or December graduation; do you remember?
3  A       May.
4  Q       May of '97; is that right?
5  A       That sounds correct.
6  Q       Okay.  After you graduated from
7  Eastfield College in May of '97, did you take a job
8  somewhere?
9  A       I was working during school.
10 Q       Oh, you were?  Okay.
11 A       Yes, sir.
12 Q       Okay.  Well, who were you working with
13 during school?
14 A       In 1995, I started working with Cigna
15 Group Insurance.
16 Q       Is Cigna headquartered in Dallas?
17 A       No, sir.
18 Q       Okay.  But that's where you were
19 working, in the Dallas area?
20 A       Yes.
21 Q       Okay.  What did you do with Cigna in
22 '95 when you started?
23 A       In 1995 when I started, I was a support
24 specialist, like a clerical.
25 Q       Okay.  Okay.  Were you working full

14

Bonita Connally - Direct by Mr. Sinclair

1  time with them?
2  A       Yes, sir.
3  Q       And going to school full time?
4  A       Yes.
5  Q       Good for you.  Okay.  You were working
6  full time with Cigna as a support specialist, like a
7  clerical position, starting in 1995.  Did you
8  continue to work for Cigna up until May of '97 when
9  you graduated?
10 A       Yes.
11 Q       Okay.  And when did you stop working
12 for Cigna?
13 A       In 2003.
14 Q       Do you remember what month it was?
15 A       It was February.
16 Q       Okay.  You just had this urge to move
17 to Chattanooga?
18 A       I was offered a position.
19 Q       Okay.  All right.  So between 1995 when
20 you started with Cigna and February of 2003, did you
21 work for anybody else besides Cigna?
22 A       No, sir.
23 Q       Okay.  All right.  Let's start by
24 running through what you did with Cigna, if we can.
25 A       Okay.

15

Bonita Connally - Direct by Mr. Sinclair

1  Q       I know that you started in '95 as a
2  support specialist, which you put it just
3  essentially a clerical position?
4  A       That's correct.
5  Q       Okay.  What did you do in that
6  position?
7  A       Filed, mailed, copied things for claims
8  specialists and I did that for approximately nine
9  months.  That was the requirement for the time in
10 job before you could post for another position.
11 Q       Oh, okay.  All right.  So do you
12 remember when -- I think we've said January of '95
13 you went back to Eastfield.  Did you start in
14 January of '95 with Cigna?
15 A       No, sir.
16 Q       Do you remember when that was?
17 A       I believe it was in September.
18 Q       Okay.  So you worked with Cigna until
19 about June of '96 as essentially a clerical position
20 and then you changed or posted for another position?
21 A       Yes, sir.
22 Q       Okay.  All right.  What did you do next
23 with Cigna?
24 A       I was a long-term disability benefit
25 analyst --

16

Bonita Connally - Direct by Mr. Sinclair

1  Q       Okay.
2  A       -- handling claims.
3  Q       When did you start that position with
4  Cigna?  Was it June of '96?
5  A       May, June.  I don't remember exactly.
6  Q       LTD analyst?
7  A       Yes, sir.
8  Q       Okay.  All right.  What does an LTD
9  analyst do with Cigna?
10 A       The position doesn't exist anymore.  At
11 the time, it was a claims payer position.
12 Q       I'm not sure what you mean by claims
13 payer position.  Do you mean somebody who approved
14 and adjudicated claims?
15 A       Yes, sir.
16 Q       Okay.  Did you work on group business?
17 A       Yes.
18 Q       Did you even make that distinction
19 between group and individual IDI?
20 A       I never handled any individual
21 disability.
22 Q       All group?
23 A       Yes, sir.
24 Q       Got you.  Okay.  Jumping along, from
25 June of '96 to when was the last time you were

17

Bonita Connally - Direct by Mr. Sinclair

1 working as an LTD analyst in the group section?
2 A    I don't remember. They changed the job
3 titles and restructured the jobs probably 1997.
4 Q    Okay.
5 A    At that time I continued to do the same
6 type of thing, handling claims, managing disability
7 benefits with group business.
8 Q    Just the title changed?
9 A    The title changed.
10 Q    Okay. What did the title change to?
11 A    Case manager.
12 Q    Okay. From 1997 -- well, let me ask it
13 this way. Before you left Cigna, did you have any
14 promotions or job duties change?
15 A    Yes.
16 Q    Okay. 1997 you were working as a case
17 manager, which is essentially the same thing as an
18 LTD analyst in the group section, right?
19 A    Correct.
20 Q    Okay. All right. When did you stop
21 having that particular job duty with Cigna?
22 A    I don't remember. The way that they
23 had it structured, they had case manager one, which
24 was a newer case manager coming right out of the
25 benefit analyst role when they changed that. Case

18

Bonita Connally - Direct by Mr. Sinclair

1 manager two, which was someone with a little more
2 experience, didn't require quite as much sign-off
3 authority. Case manager three who still handled
4 claims, had a little more autonomy and then from
5 there, I moved to a senior case manager role.
6 Q    Okay. So you progressed case manager
7 one, two and three and then up to senior manager
8 role?
9 A    Yes, sir.
10 Q    Okay. You know I'm going to ask you
11 the dates of those particular changes. Do you
12 recall when that occurred?
13 A    I don't remember specifically. I
14 believed that the case manager three was in, I want
15 to say, '99, probably spring of '99.
16 Q    Okay. Was that when you became a case
17 manager three or when you stopped being a case
18 manager?
19 A    When I became a case manager three.
20 Q    Okay.
21 A    And then I believe it was in 2000 that
22 I interviewed and got the role of senior case
23 manager. The duties were a little different for
24 that position.
25 Q    Okay. All right. So I'm guessing

19

Bonita Connally - Direct by Mr. Sinclair

1 sometime in 1998 you went from a case manager one to
2 a case manager two?
3 A    Yes.
4 Q    Okay. So you worked approximately a
5 year in each one of these as you progressed up to
6 senior case manager?
7 A    That sounds correct.
8 Q    Okay. And did you work as a senior
9 case manager up until the time that you left Cigna
10 in February of 2003?
11 A    Yes, I did.
12 Q    Okay. Did you receive any training
13 from Cigna in how you adjudicate a claim under an
14 LTD policy?
15 A    Yes.
16 Q    You did. Okay. Tell me what training
17 you received from Cigna.
18 A    When I began the position of the
19 benefit analyst, they had a formalized training
20 program. It went through looking at a contract,
21 looking at a policy, what to look for
22 eligibility, what resources were available in the
23 office for us to use, a little bit of medical
24 terminology and that program was approximately three
25 months, I think.

20

Bonita Connally - Direct by Mr. Sinclair

1 Q    Okay.
2 A    And then from there -- I'm sorry.
3 Q    Go ahead.
4 A    Okay. From there, when we came out of
5 training, we had people that we referred all of our
6 files to. So all of our work went through a more
7 senior person. Generally, it would be -- when the
8 titles changed, it would have been a senior case
9 manager. So they reviewed the letters. They
10 reviewed all the decisions to make sure we were
11 doing what we should be doing under the contract.
12 Q    Got you. And I take it as you went up
13 the progression, your authority for approval
14 authority changed. Is that the way they broke it
15 apart?
16 A    Yes, sir.
17 Q    Case manager three, is that the same
18 thing as a lead DDS or would it be a consultant?
19 A    It would be similar to a lead DBS.
20 Q    Okay. All right. We talked about the
21 formal Cigna training program for about three months
22 when you first started into the -- well, actually
23 that would be into the LTD analyst period that you
24 were with Cigna, right?
25 A    Yes.

1  Q          Okay.  Outside of that three-month
2  training period, was that OJT training or was that
3  formalized schooling?
4  A          It was on-the-job, but it was in a
5  classroom setting.  I think our classroom -- our
6  training class had three people in it.  So we
7  handled real claims and real claim situations, but
8  we handled them with a trainer hands-on.
9  Q          Somebody looking over your shoulder?
10  A          Correct.
11  Q          All right.  Did you have any
12  other training while you were at Cigna on how to
13  adjudicate LTD policies?
14  A          We had on-the-job different procedures
15  that would come out.  We had trainers that would
16  come in and speak with us about different things,
17  different claim situations that had come up, but I
18  don't remember anything specific.
19  Q          Okay.  While you were at either UT
20  Austin or Eastfield College, did you have any formal
21  training in classes regarding insurance?
22  A          No, sir.
23  Q          So UnumProvident came to you in 2003
24  and said you're really good, we want you?
25  A          I had some friends that had already

1  come from the Dallas Cigna office to UnumProvident.
2  They liked the position.  There was more room for
3  growth because the Dallas Cigna office was rather
4  small.  This was a larger office.
5  Q          It's a branch office?
6  A          Yes, sir.
7  Q          I've got you.  Okay.
8  A          It's a claims branch office in Dallas.
9  Q          Because I think Cigna is like --
10  okay.  Right.  Where is their headquarters?
11  A          I believe it's Philadelphia.
12  Q          That sounds about right.
13  A          That's where the largest office is, I
14  think.
15  Q          Okay.  So you're in a branch office.
16  There's essentially a ceiling and you were looking
17  to go somewhere like corporate headquarters at
18  UnumProvident here?
19              MR. MORRISSETTE:  Object to the form.
20  A          Well, not necessarily go to corporate,
21  but just go where I could advance to a different
22  type of position.
23  Q          Okay.  I think we're saying the same
24  thing, but okay.  Now, you do work for
25  UnumProvident, right?

1  A          That's correct.
2  Q          You are a UnumProvident employee?
3  A          That's correct.
4  Q          Okay.  Although you manage the Unum
5  Life group block, I'm guessing?
6  A          Yes, sir.
7  Q          Let me say that a different way.  You
8  probably -- or do you manage?  As a DBS, would you
9  manage the entire block?
10              MR. MORRISSETTE:  Object to the form.
11  A          Wouldn't object --
12  Q          Really, if Henry wants to object, we're
13  going to let him.
14  A          No.  Would you repeat the question
15  again for me?
16  Q          Sure.  That's okay.  As a lead DBS,
17  would you be in charge of an entire block?
18  A          I don't have an entire block of
19  business.  I have a portion of claims and the claims
20  that I handle are generally underwritten by Unum
21  Life Insurance Company.
22  Q          Okay.  And we've got some nice charts
23  that Henry brought me this morning that we'll go
24  through and you can probably point out how all this
25  works.  Let me ask you -- let me back up a little

1  bit with Cigna.  When you were with Cigna, you had
2  resources available, doctors, that sort of thing,
3  that you could refer medical questions to, right?
4  A          Yes, sir.
5  Q          Okay.  When you were with Cigna, did a
6  doctor determine whether or not somebody was
7  disabled?
8  A          No, sir.
9  Q          The doctor determined what?
10  A          The doctor determined if the
11  restrictions that the treating provider had given us
12  were supported by the information we had on the
13  file.
14  Q          Okay.  The way I always try to
15  understand this or try to explain this to people who
16  don't understand it, and you tell me if this is
17  right, is that there are essentially three legs to
18  receiving benefits under a group policy such as the
19  one in Ms. Bullard's case.  There's essentially a
20  diagnosis of a medical condition, number one.
21  Number two is giving rise to restrictions and
22  limitations.  And then number three is which prevent
23  that person from performing their occupational
24  duties or occupational duties of any occupation if
25  it's that type of definition.  Is that the way it

25

Bonita Connally - Direct by Mr. Sinclair

1  works in your understanding?
2          MR. MORRISSETTE:   Object to the form.
3  A       That would be the generally -- the
4  general idea of what we're looking at.
5  Q       See, I'm a lawyer.  You're going to
6  have to oversimplify it for me to be able to
7  understand it.  When you were with Cigna, what
8  you're telling me is that the first leg, the
9  diagnosis and the relationship to the restrictions
10 and limitations were determined by medical
11 personnel, correct?
12 A       The diagnosis was determined by what
13 the treating physician for the insured said.  This
14 is what Ms. Smith has.
15 Q       Okay.
16 A       From there, they would provide us with
17 medical documentation.  That would go to an in-house
18 medical resource who would look at that and say
19 these are the restrictions their own physician
20 identified.  Based on this medical information, yes,
21 we can see that those restrictions are supported or
22 no, we can't.  They didn't necessarily validate the
23 diagnosis.  They were looking to validate whether
24 the restrictions provided were appropriate.
25 Q       Is that the same set up here at

26

Bonita Connally - Direct by Mr. Sinclair

1  UnumProvident?
2          MR. MORRISSETTE:   Object to the form.
3  A       Yes, sir.
4          MR. SINCLAIR:   Did I say something
5  really objectionable in that?
6          MR. MORRISSETTE:   Same setup is a
7  fairly vague term.
8          MR. SINCLAIR:   Okay.
9  BY MR. SINCLAIR:
10 Q       Here at UnumProvident -- Henry makes
11 fun of me.  Just ignore him after a while.
12         Here at UnumProvident, the in-house
13 positions at UnumProvident perform the same function
14 that you were referring to was performed at Cigna by
15 the in-house physicians, correct?
16 A       I don't know that it's exactly the
17 same, but it's similar.
18 Q       Okay.  All right.  We'll get to that
19 question in a second, I guess, then.
20         All right.  So in 2003, you had
21 somebody that put you in contact with UnumProvident
22 and you ended up moving here and starting?
23 A       That's correct.
24 Q       When in 2003 did you start?  February.
25 You already told me that.  February of 2003 you

27

Bonita Connally - Direct by Mr. Sinclair

1  started.  Did you move straight into the lead DBS
2  role?
3  A       No, sir.
4  Q       Okay.  In February of 2003 when you
5  started with UnumProvident, what did you start off
6  at?
7  A       I started off as a disability benefits
8  consultant.
9  Q       I've got it backwards, haven't I?  The
10 consultant is one role below you, isn't it?
11 A       The consultant is a position that
12 doesn't exist anymore, but when it did, it was above
13 a lead disability benefits specialist.
14 Q       They're changing things again.  Okay.
15 All right.  So you started off as a DBS/consultant?
16 A       No.
17 Q       I'm sorry.  You started off as a DBS
18 reporting to a consultant?
19 A       No.
20 Q       Help me out here.
21 A       I started off as the consultant.
22 Q       Okay.  Thank you.
23 A       I had disability benefits specialists
24 working with me.  They didn't report to me, but I
25 looked at their work.

28

Bonita Connally - Direct by Mr. Sinclair

1  Q       They weren't your direct reports?
2  A       Correct.
3  Q       Okay.  All right.  I'm following along
4  now.  How long did you work as a consultant, up
5  until the time they changed the titles?
6  A       I worked as a consultant until
7  September of 2004.  I believe they changed the
8  titles in November of 2004.
9  Q       Okay.  So you got promoted from a
10 consultant to a lead DBS?
11 A       No.
12 Q       See, you're messing with me now, aren't
13 you?  This is your fault.  You told her.
14         MR. MORRISSETTE:   This is where he asks
15 a lot of questions and you get frustrated and you
16 blurt out answers, so listen to his question.
17 BY MR. SINCLAIR:
18 Q       Okay.  All right.  So in September of
19 2004, you got a promotion?
20 A       No.
21 Q       Okay.  All right.  Help me out then.
22 What happened in September of 2004 that made you
23 stop being a consultant?
24 A       We relocated to Dallas.
25 Q       Okay.  So you moved to Chattanooga and

29

Bonita Connally - Direct by Mr. Sinclair

1  then back to Dallas?
2  A     Yes, sir.
3  Q     Okay. Good for you. All right. So
4  when you relocated back to Dallas, what was your
5  title?
6  A     Lead disability benefits specialist.
7  Q     Okay. That's still the title you've
8  got right now, right?
9  A     That's correct.
10  Q     Okay. All right. And then in November
11  of 2004, they got rid of the consultant role
12  altogether?
13  A     Yes.
14  Q     Okay. All right. I think we've
15  covered that enough. I think I understand.
16        All right. Let me ask you -- let me
17  back up to February of 2003 and talk about training.
18  We talked about Cigna's training. What training did
19  you receive when you came on board with
20  UnumProvident?
21  A     I didn't have formalized training. I
22  did have a more senior consultant that worked with
23  me, brought me up to speed on the claim payment
24  systems because those were a little bit different
25  than what Cigna had and I had some training on

30

Bonita Connally - Direct by Mr. Sinclair

1  Navilink because Cigna had paper files.
2  Q     You said claim paying system. What is
3  that?
4  A     It's the claim payment system where the
5  checks are issued.
6  Q     Oh, okay. When you get approval and
7  then you type in issue check and somebody signs off
8  on it, that system?
9  A     Right. The system that releases the
10  checks.
11  Q     What's the name of that system?
12  A     The BAS system.
13  Q     B-A-S?
14  A     That's correct.
15  Q     Got it. Okay. All right. Nobody ever
16  sat down with you and went through the training
17  manual with you?
18  A     No, sir.
19  Q     You never had even looked at the
20  UnumProvident training manual?
21  A     I didn't have a training manual. I did
22  have a policy and procedure manual available to me
23  that I referred to.
24  Q     Okay. A policy and procedure manual.
25  Are you talking about what -- what's the current

31

Bonita Connally - Direct by Mr. Sinclair

1  name of the claims manual?
2  A     I don't know.
3  Q     Okay. Customer care center claims
4  manual is the way I always had it referred to.
5  A     Yeah. I think it's different now. I
6  think it's the benefit center claims manual. At one
7  time it was through Knowledge Net.
8  Q     Right. It was online at Knowledge Net?
9  A     Correct.
10  Q     Is that what you're talking about when
11  you say policy and procedure manual?
12  A     Yes, it is.
13  Q     Okay. So policy and procedure manual,
14  that term -- you're talking about when I say claims
15  manual?
16  A     Yes.
17  Q     Okay. How long did you have the more
18  senior consultant working with you when you first
19  started with UnumProvident?
20  A     I don't know that she ever stopped
21  working with me. We were a group of consultants
22  reporting to a director and we all worked together.
23  Q     Okay. Whose direct report were you at
24  that point?
25  A     Jerry Smith.

32

Bonita Connally - Direct by Mr. Sinclair

1  Q     Smart guy. Off the record.
2        (Thereupon, a brief discussion
         was had off the record.)
3
4  BY MR. SINCLAIR:
5  Q     Okay. So you worked with Jerry Smith
6  up until the time that -- in September of 2004 you
7  went back out to the Dallas area, right?
8  A     I didn't work with Jerry Smith until
9  2000 -- September 2004.
10  Q     Okay. Let's back up to February of
11  2003. Whose direct report were you when you started
12  with UnumProvident?
13  A     I don't remember his name. I was under
14  him for one month and then they changed and Jerry
15  Smith was who I reported to.
16  Q     Okay. All right. So from March of
17  2003 on up to today, you have been Jerry Smith's
18  direct report?
19  A     No.
20  Q     All right. When did you stop being
21  Jerry Smith's direct report?
22  A     I believe it was in April of 2005 --
23  2004. That's right.
24  Q     Okay.
25  A     And I reported to Gretchen. I don't

33

Bonita Connally - Direct by Mr. Sinclair

1  remember her last name.
2  Q      Sheldon?
3  A      No.  It was for one month.  And then in
4  May Of 2004, I began reporting to Terry Parker and I
5  reported to Terry until September of '04.
6  Q      When you made the move?
7  A      Correct.
8  Q      Okay.  All right.  I know that's a
9  branch off of Dallas and y'all just handle group
10  claims out there?
11  A      In the UnumProvident office?
12  Q      Yes.
13  A      They don't handle claims there.
14  Q      They don't handle claims there?
15  A      No, sir.
16  Q      What do they do there?
17  A      It's a Dallas field office.  It's a
18  sales and service support office.
19  Q      Okay.  Okay.  Are you telling me you've
20  moved into sales and service out in Dallas?
21  A      No, sir.
22  Q      Okay.  Let's back up.  Who do you
23  report to now from September of '04 to present?
24  A      From September of '04 when I left with
25  Terry Parker, in October of '04, I reported to Dan

34

Bonita Connally - Direct by Mr. Sinclair

1  Vatt.  In 2005 I reported to Brian Porter and right
2  now I am drawing a complete blank.  Give me just a
3  second.
4  Q      Okay.
5  A      Meg Murray Nutz.
6  Q      Do you need that spelled?  Meg Murray
7  Nutz?
8  A      Meg Murray Nutz.
9  MR. MORRISSETTE:  Is that M-E-T-S-
10  N-U-T-Z, I think.
11  Q      Okay.  Where is Ms. Nutz?
12  A      She's in the Chattanooga -- she's in
13  the Chattanooga office.
14  Q      Okay.  And what is her job title?
15  A      She is a director.
16  Q      Okay.  What -- please tell me they
17  still call them impairment units.
18  A      No, sir.
19  Q      Okay.  What do they call it now?
20  A      We're aligned by the sales office
21  regions now, so it's different regions.
22  Q      They went back to regions?
23  A      Yes.
24  Q      It took them 15 years to get away from
25  it.  Now they've gone back to regions.  Okay.  Tell

35

Bonita Connally - Direct by Mr. Sinclair

1  me what region are you in?
2  A      I believe it is southeast.
3  MR. MORRISSETTE:  You're referring to
4  currently?
5  Q      What region are you currently in?
6  A      Southeast.
7  Q      I don't mean like physically today.  I
8  mean like your director is director of the southeast
9  region; is that right?
10  A      We handle claims out of the Atlanta
11  sales office, so southeast sales region.
12  Q      Okay.  What office do you go to on a
13  regular basis?
14  A      The Chattanooga office.
15  Q      Okay.  You went back to Dallas and then
16  came back to Chattanooga?
17  A      That's correct.
18  Q      Okay.  All right.  When did that
19  happen?
20  A      When did --
21  Q      You came back here?
22  A      -- I come back to Chattanooga?  Last
23  week.
24  Q      Last week permanently?
25  A      Yes.

36

Bonita Connally - Direct by Mr. Sinclair

1  Q      Well, welcome home.  No wonder Henry
2  was so agreeable to having your deposition taken
3  here.  I thought he was just being a nice guy.
4  MR. MORRISSETTE:  I told you if you
5  waited two weeks, we'd move it.
6  Q      Okay.  All right.  So you're back here
7  now and you are still lead DBS?
8  A      Yes.
9  Q      What were you doing out in the sales
10  and service office in Dallas?
11  A      I was still a lead disability
12  specialist.  I was still handling claims and I was a
13  technical resource for them.  I had a special
14  arrangement --
15  Q      Okay.
16  A      -- working remote.
17  Q      Okay.  I'm just going to let it go.  At
18  this point, I can't -- did you work remotely on this
19  claim?
20  A      No, sir.
21  Q      Okay.  All right.  They've now redone
22  the impairment units and taken it down into regions.
23  How many regions are there?
24  A      I don't know.
25  Q      Okay.  You're definitely in the

37

Bonita Connally - Direct by Mr. Sinclair

1 southeast region though?
2 A       I believe so.
3 Q       How is it commonly referred to in your
4 office?  Do they call them -- they used to call them
5 units.  It used to be impairment units.  Is it not
6 called a unit now?
7 A       I don't know that they're called units.
8 We're just director teams reporting to whatever
9 region.
10 Q       Okay.  Director teams.  All right.  And
11 Ms. Nutz is the director of the southeast region?
12 A       She's the director of my team, yes,
13 handling the southeast region claims.
14 Q       Okay.  Your lawyer handed me some nice
15 charts here this morning and I'm going to pull them
16 out and ask you to take a look at them and see if
17 maybe you can help me go figure this out so you
18 don't go nuts trying to explain this to me.
19       MR. MORRISSETTE:  For the record, those
20 were produced pursuant to the 30B6 deposition
21 notice.  You can ask her about them, but she's not
22 the producing witness.
23       MR. SINCLAIR:  Okay.  Got you.
24 BY MR. SINCLAIR:
25 Q       Take a look at them.

38

Bonita Connally - Direct by Mr. Sinclair

1 A       Okay.
2 Q       Flip through those charts and see if
3 you see your particular unit in there anywhere.
4 A       Yes, sir.
5 Q       You do?
6 A       Yes.
7 Q       Okay.  See, we have charts.  All right.
8 Point to your -- you know what, they call them teams
9 now?
10 A       At this time, they were teams.
11 Q       All right.  So what do they call
12 them -- they switched from teams to regional office?
13 A       Regional units, yes.
14 Q       Regional units?
15 A       Yes.  That would be the director teams
16 I referred to earlier.  It's the regional unit
17 teams.
18 Q       Okay.  And when did they -- I take it
19 back in '04.  Does that look like a date?  Do you
20 know when they changed the names from this?
21 A       This is probably correct for what it
22 was at this time in April of '04.  It's when we
23 moved from impairment units to actually having a
24 large case team.  That's what this organizational
25 chart is for, the large case teams.

39

Bonita Connally - Direct by Mr. Sinclair

1 Q       The large case teams.  What do they
2 mean by large case?
3 A       They were accounts that required maybe
4 special handling or because of the size of the
5 group, they required an actual whole team of people
6 to work on them because of the number of claims they
7 had.
8 Q       Big -- and Mr. Smith explained this to
9 me at one point.  It's not the size of the claim
10 we're talking about.  It's the size of the client's
11 business?
12 A       The account, yes.
13 Q       And our customer or client is the group
14 policyholder and if they've got 40,000 employees,
15 we're going to set up a special team for them; is
16 that right?
17 A       That sounds correct.
18 Q       It only took him two or three hours to
19 do that.
20       All right.  So show me on this chart
21 here where your team is.
22 A       Team three.
23 Q       Team three.  Okay.
24       MR. MORRISSETTE:  For the record, the
25 numbers -- it's my understanding that the number

40

Bonita Connally - Direct by Mr. Sinclair

1 written on the bottom right-hand corner of that
2 chart refers to the date that chart would be
3 current.
4 Q       Okay.  So this is when Terry Parker was
5 the director.  And I'm now seeing -- because I just
6 got these just when your deposition started.  I'm
7 seeing the dates now or the things that are
8 different, I'm guessing.  We have on UAMSSUPP163, we
9 have 404 and then on 162, we have 504.  Is that the
10 same chart just from different months?  Is that what
11 that is?  I mean, I know you don't -- take a look at
12 your team.  Is that still your team in 5/04?
13 A       Yes.  This was our team in May of '04.
14 Q       All right.  Take a look at what's been
15 marked at UAMSUPP161.  Do you see your team on there
16 anywhere?
17 A       I see people that were on my team at
18 one time.  I was not on the same team when this
19 chart was produced.  I was actually moved to team
20 two because this is after I had moved to Dallas.
21 Q       You were working remotely and
22 coordinating with --
23 A       With Dan Vatt was my director at the
24 time.
25 Q       Okay.  All right.  December '04 large

41

Bonita Connally - Direct by Mr. Sinclair

1  case organization.  Do you see your team on there?
2  A        I would have been in team two, director
3  Dan Vatt.  This is after the consultant role was
4  gone and the consultant positions no longer exist.
5  Now they're managers.
6  Q        Got you.  So the consultants -- this is
7  from December of '04.  That's right.  You said the
8  end of '04, November, didn't you?
9  A        Uh-huh.
10 Q        Okay.  November of '04 they got rid of
11 the consultant title and changed it to a manager
12 title, is that what it is?
13 A        The consultant role really didn't exist
14 anymore then.  The managers came on and the managers
15 did what the consultants did, but they also had
16 human resources responsibilities that the
17 consultants didn't have.  So they had performance
18 management responsibilities.
19 Q        Okay.  Got you.  And that's UAMSSUPP160
20 I got this morning.  Okay.  Would you even be listed
21 in the Chattanooga -- well, I guess if you have a
22 remote, working remote -- they sent you to Dallas to
23 coordinate in the sales and service of group
24 policies?
25 A        I moved to Dallas for reasons outside

42

Bonita Connally - Direct by Mr. Sinclair

1  the company and they accommodated me by letting me
2  handle claims from that office.
3  Q        All right.  These are all different
4  months.  When did you come back?
5  A        I came back here to the Chattanooga
6  office this past week, week-and-a-half ago.
7  Q        That's right.  Okay.  All right.  Well,
8  let me ask you.  Let me back up a minute.  Did you
9  actually prepare for your deposition today?
10 A        Yes.
11 Q        Okay.  What did you do in preparation
12 for your deposition?
13 A        I briefly reviewed the file.
14 Q        All right.  And you're talking about
15 which file?
16 A        The claim file for Ms. Bullard.
17 Q        I'm sorry.  The LTD claim file?
18 A        Yes, sir.
19 Q        Did you review the LWOP claim file,
20 too?
21 A        No, sir.
22 Q        Okay.  All right.  And how long did you
23 take to review that?
24 A        I don't remember.  It's been just
25 within the past day or two.

43

Bonita Connally - Direct by Mr. Sinclair

1  Q        Okay.  And did you review or use
2  anything else in preparation for today's deposition?
3  A        No, sir.
4  Q        Okay.  Did you review any other
5  documents?
6  A        No, sir.
7  Q        Okay.  Who did you meet with in
8  preparing for today's deposition?
9  A        My attorney.
10 Q        That's the wonderful Mr. Morrissette
11 sitting to your left?
12 A        Yes, sir.
13 Q        All right.  Off the record, please.
14          (Thereupon, a brief discussion
15          was had off the record.)
16 BY MR. SINCLAIR:
17 Q        Okay.  Let's talk about the claim file,
18 if we can for a moment.  Your lawyer has got a copy
19 over there that appears -- tell me what the
20 beginning and ending Bates number stack of documents
21 is, please.
22 A        The beginning is UC -- UACL00001 and
23 the last page is UACL006023.
24          MR. MORRISSETTE:  For the record, we
25 produced documents up through UACL1444 and UAMS1

44

Bonita Connally - Direct by Mr. Sinclair

1  through 269, but because of some back and forth
2  sending of life waiver premium files, etc., it
3  appears that the initial claim file was the number
4  she just described.
5          MR. SINCLAIR:  Okay.  Thank you.
6          MR. MORRISSETTE:  Didn't want there to
7  be any confusion.
8  BY MR. SINCLAIR:
9  Q        When you referred a moment ago to
10 reviewing the claim file, is that what you're
11 talking about there?
12 A        Yes, sir.
13 Q        Okay.  Well, actually what you're
14 probably talking about is a nice folder with the
15 tabs already on it that you reviewed or did you just
16 review that copy?
17 A        It looked like this.  It wasn't -- I
18 don't believe it was this exact copy, but it is a
19 copy that resembled this.
20 Q        Okay.  And that's all you reviewed in
21 preparing for your testimony here today?
22 A        Yes, sir.
23 Q        Okay.  And that Bates number range
24 UACL1 through 602 is what you're talking about when
25 you say the claim file?

45

Bonita Connally - Direct by Mr. Sinclair

1    MR. MORRISSETTE:  Object to the form,
2  but you can answer.
3    A    Yes, it is.  I did not review the
4  information after September of 2004.
5    Q    Why not?
6    A    Because that's when my handling of the
7  claim file stopped.
8    Q    Okay.  And I know why.  All right.  You
9  started at Cigna in the group business.  Did you
10  have an understanding of what ERISA was?
11    A    Yes.
12    Q    Okay.  Did you get any training on what
13  ERISA was?
14    A    Yes, I did.
15    Q    Okay.  Was that at Cigna and at
16  UnumProvident or one or the other?
17    A    At Cigna we did.  I don't remember
18  formalized training for ERISA at Provident.
19    Q    But did you have that same sort
20  of senior consultant looking over your shoulder
21  saying that's an ERISA policy, that needs to be
22  governed by this portion of the claims manual?
23    A    Yes.
24    Q    Okay.  So you got the training at
25  UnumProvident that you were referring to earlier

46

Bonita Connally - Direct by Mr. Sinclair

1  about it, but it wasn't a class?
2    A    Correct.
3    Q    Okay.  All right.  Let me ask you, does
4  ERISA govern this particular policy?
5    A    This particular policy, no.
6    Q    Okay.  Why not?
7    A    Because it's the annuity board policy.
8  It would -- to my understanding, it would fall under
9  the association or something like that that's just
10  not included in the regular ERISA handlings.
11    Q    And that's what I'm looking for is your
12  understanding as a claims handler.  I said claims
13  handler.  A lead DBS.  I'm not asking for a legal
14  definition --
15    A    Okay.
16    Q    -- which I myself probably couldn't
17  give either.  But do you have an understanding of
18  particularly why it is that ERISA doesn't apply to
19  Ms. Bullard's policy?
20    MR. MORRISSETTE:  Object to the form.
21  It calls for a legal conclusion.  You may answer.
22    A    My understanding is that the policy is
23  an association type policy and the entire policy
24  with the Annuity Board wasn't governed under ERISA,
25  so her claim wasn't.

47

Bonita Connally - Direct by Mr. Sinclair

1    Q    An association type policy.  What do
2  you mean by that?
3    A    The way that I was trained, they had
4  like Southern Medical Association or any groups of
5  physicians or groups of church organizations, things
6  like that normally weren't ERISA policies.  If I had
7  any question about it, I would refer to a more
8  senior person for clarification.
9    Q    When you first came on at UnumProvident
10  in the group business, were you handling this
11  particular policy?
12    A    No, sir.
13    Q    When did you start handling the Annuity
14  Board policy?
15    A    Probably May of 2004 is when I first
16  heard of the policy.
17    Q    And when was this claim submitted to
18  you?
19    A    I'll need to check and see.
20    Q    Sure.  If you would, tell me what Bates
21  number you're referring to --
22    A    Okay.
23    Q    -- when you find that date.
24    A    Okay.  00002 has a date received of
25  June 3rd of 2004 and the same page indicates the

48

Bonita Connally - Direct by Mr. Sinclair

1  employee form and the physician form, employer form
2  also received on that date.
3    Q    Okay.
4    MR. SINCLAIR:  Henry, you don't mind
5  attaching by reference, do you?
6    MR. MORRISSETTE:  No, I do not.  If
7  you'll refer to our Bates stamp number that we
8  produced, I don't mind everybody understanding what
9  that is.
10    MR. SINCLAIR:  Okay.  All right.  If we
11  have to go filing something, we'll say that's a
12  reference that makes an attachment or do you want me
13  to assign it a particular deposition exhibit number
14  and say it's now attached by reference?
15    MR. MORRISSETTE:  I'm comfortable with
16  regard to the file documents we've identified that
17  she's looking at right now, the UACL series,
18  referring to that by reference in the deposition
19  without marking it as a separate exhibit.
20    MR. SINCLAIR:  Considering it a
21  deposition exhibit?
22    MR. MORRISSETTE:  Hold on.  Because of
23  some confusion over Bates stamp numbers to the
24  extent we reference other subsets of Bates stamps, I
25  would at least want to note on the record that we're

49

Bonita Connally - Direct by Mr. Sinclair

1  going to reference this series and I'll agree again,
2  I'm sure, that it doesn't have to be marked as an
3  exhibit.
4          MR. SINCLAIR:   You got it.   All right.
5  When we're talking about UACL documents that she
6  identifies or I identify a document, we'll consider
7  it to be without having to attach it or assign a
8  deposition exhibit number, we'll consider it to be
9  an exhibit to the deposition.
10          MR. MORRISSETTE:   Yes, or the
11  equivalent of an exhibit to the deposition.
12  BY MR. SINCLAIR:
13      Q       Okay.  So when you were looking at
14  UACL2 and you said the claim was submitted in June
15  of 2004, you were actually already with the team
16  that worked on the Annuity Board policy?
17      A       Yes.
18      Q       I said it right?
19      A       Yes.
20      Q       Okay.  Okay.  And you were still here
21  in Chattanooga at that time?
22      A       Yes.
23      Q       Okay.
24          (Thereupon, a brief discussion
                was had off the record.)
25

50

Bonita Connally - Direct by Mr. Sinclair

1  BY MR. SINCLAIR:
2      Q       June of 2004 this claim was submitted.
3  Did it go straight to you?
4      A       No, sir.
5      Q       Okay.  Who did it go to?
6      A       It indicates the assignment result was
7  Brandon Estrada and he was a DBS.  As a consultant,
8  I didn't handle -- actually handle assignment of
9  claims.
10      Q       Okay.  Mr. Estrada, would he have had
11  the authority to approve payment on this particular
12  claim?
13      A       He would have been able to make the
14  recommendation and then I would have looked at his
15  recommendation.
16      Q       You had the authority to approve
17  probably up to a certain amount in the monthly
18  benefit level payment on claims, correct?
19          MR. MORRISSETTE:   Object to the form.
20      A       Yes, sir.
21      Q       Okay.  What was your approval limit at
22  that time; do you remember?
23      A       I don't remember and I don't know that
24  I had a limit.
25      Q       Group policy you may not have.  Okay.

51

Bonita Connally - Direct by Mr. Sinclair

1  You are a consultant at that point?
2      A       Yes.
3      Q       Okay.  That's two in a row.  You were a
4  consultant at that point.  So Mr. Estrada would come
5  to you with his recommendation on whether or not to
6  pay a claim and you would sign off or not sign off
7  on his recommendation, correct?
8      A       Yes.
9      Q       Okay.  All right.  So who handled --
10  did Mr. Estrada handle the entire claim?
11          MR. MORRISSETTE:   Object to the form.
12      Q       In other words, did he handle the
13  initial decision, recommendation I should say?
14      A       He handled the initial review and I
15  assisted him with the determination.
16      Q       Okay.  So did he come to you then with
17  a recommendation that you then approved or signed
18  off on?
19      A       I would have to consult the file.
20      Q       Please do.  This is not a test.  So if
21  at any point you have to look at the documents,
22  that's fine.  You're breaking it apart into the left
23  and right side, aren't you, on the file?  Isn't that
24  how they break it up, on the left and the right side
25  of the file?  You've got the right side as the

52

Bonita Connally - Direct by Mr. Sinclair

1  medicals, I think, and the left side as the
2  administration function.  Do they still do that?
3      A       No.
4      Q       Of course not.
5      A       It's all online.  We don't get this
6  benefit anymore.
7      Q       Of course it is.  What system has got
8  the group business in it?  I know it's different for
9  IDI.
10      A       The claim, actual claim documentation
11  is handled in Navilink.
12      Q       Okay.
13      A       It's an imaging system.
14      Q       That's right.  Mr. Smith explained to
15  me when they made that change.
16      A       Well, I'm having trouble finding it.  I
17  know it's here.
18      Q       That's okay.  You're looking for an
19  E-mail which is -- I take it that is an E-mail?
20      A       No.  This particular type --
21          MR. MORRISSETTE:   If you're talking
22  about a document, let's --
23      A       Okay.  This is an example document
24  UACL00298.  It's not from me.  It's a claim
25  document.  It's actually in the claim file.  It's

53

Bonita Connally - Direct by Mr. Sinclair

1  not an E-mail.
2  Q      It's like a memo?
3  A      Correct.
4  Q      And it's electronic?
5  A      Correct.
6  Q      Okay.
7  A      Okay. I am looking at document number
8  UACL00171 and the recommendation made to -- for the
9  initial decision was actually created, the activity
10 was created by me sent to Brandon, completed by
11 Brandon.
12 Q      Okay. So Brandon didn't bring you a
13 recommendation on this file?
14 A      Not according to this, no.
15 Q      Do you recall?
16 A      I don't recall.
17 Q      Have you seen any documentation to
18 indicate that Mr. Estrada actually brought you his
19 recommendation and then you sent that document,
20 Bates number UACL171?
21 A      No.
22 Q      Is that unusual or is that just
23 standard in your role as a consultant this time
24 period we're talking about in 2004 for you to make
25 the decision instead of having a recommendation, a

54

Bonita Connally - Direct by Mr. Sinclair

1  formal recommendation given to you?
2          MR. MORRISSETTE:   Object to the form.
3  A      It's not unusual.
4  Q      And would that have been with you and
5  Mr. Estrada sitting down in a room together and you
6  and he discussing the claim and then coming to a
7  mutual agreement or would it have been from you
8  reviewing the paper file?
9  A      It would have been from me reviewing
10 the information, all the information contained in
11 the file with the policy and I don't recall if I sat
12 down with him, but we did spend a lot of time
13 discussing various claims. So it's quite possible
14 he was involved.
15 Q      Okay. Okay. All right. 171. Now,
16 just so I get this straight, you were actually
17 looking at the LTD claim, right?
18 A      Correct.
19 Q      Were you looking at the STD claim?
20 A      No.
21 Q      Okay. Who would have processed an STD
22 claim?
23 A      I don't believe that this file had an
24 STD claim.
25 Q      Why do you say that?

55

Bonita Connally - Direct by Mr. Sinclair

1  A      At the beginning, there is a
2  documentation. Let me find it. It's a notation by
3  Sharon Yarbrough that said file did not have STD,
4  please set up for LTD. Let me find the document.
5  It is UACL00015.
6  Q      UACL00015. Is that 15?
7  A      Yes.
8  Q      Okay. All right. I'm looking at a
9  Navilink screen print; is that right?
10 A      Yes, sir.
11 Q      Okay. This is the management section
12 of Navilink that contains the different functions
13 that are available in different file sections; is
14 that right?
15 A      I don't know. I believe this one is
16 just a requested activity because it has an activity
17 owner, Tiffany Castleman.
18 Q      Okay. So an activity owner is somebody
19 who generates an activity, right?
20 A      Yes.
21 Q      Okay. All right. And where do you --
22 I take it you're reading down here in the request
23 section of UACL00015. It says, quote, her fax cover
24 sheet, claim should have been set up as LTD.
25 Claimant does not have STD coverage. Please have

56

Bonita Connally - Direct by Mr. Sinclair

1  corrected and direct claim to appropriate LTD DBS,
2  thanks, end quote. That's what you're referring to
3  when you say there's no STD claim filed in this
4  case?
5  A      Yes, sir.
6  Q      Have you yourself done any research to
7  determine whether or not Ms. Bullard was, in fact,
8  enrolled in the STD portion of this plan?
9  A      Not that I remember.
10 Q      Did this particular group policy have
11 an STD policy set up in conjunction with the LTD
12 policy?
13 A      I don't remember.
14 Q      Okay. How long were you in -- from May
15 of 2004 to September of 2004, you were the lead DBS
16 for the Annuity Board block of business?
17 A      No.
18 Q      No. Okay. When did you stop being in
19 that particular --
20 A      I was the consultant.
21 Q      I'm sorry. Consultant. Okay. I'm
22 going to say it again then. Between May of 2004 and
23 September of 2004, you were in the Annuity Board
24 block of business, right?
25 A      That's correct.

57

1  Q        Okay.  As the consultant?
2  A        That's correct.
3  Q        Okay.  You were the person who had
4  authority to make a determination on Ms. Bullard's
5  claim, correct?
6  A        Yes, sir.
7  Q        Okay.  Do you want to reconsider your
8  decision?
9  A        No, sir.
10 Q        Have you looked at any medical records
11 outside of those contained in this file here?
12 A        No, I have not.  And I also haven't
13 looked at any of the records received after
14 September of 2004.
15 Q        Which is when you stopped being the
16 person responsible for adjudicating Ms. Bullard's
17 claim; is that correct?
18 A        That's correct.
19 Q        So between June and September of 2004,
20 there was a decision made on Ms. Bullard's case and
21 we've, I think, found that at 171.  Let me ask you,
22 when you get a claim in for a big customer like the
23 Annuity Board -- I mean, how many people are insured
24 through the Annuity Board; do you recall?
25 A        I don't remember.

58

1  Q        It's thousands, correct?
2  A        I don't remember.
3  Q        Versus hundreds?  You don't recall?
4  A        I don't remember.
5  Q        Okay.  Would you automatically check to
6  see if a person had STD coverage if you got a claim
7  in for disability?
8  A        Someone in the organization should do
9  it.  Normally it's the intake person that sets up
10 the claim.  In this case, it was Tiffany Castleman
11 that set up the claim file.
12 Q        Intake coordinator?  They changed it
13 again, didn't they?
14 A        I don't know what their title is now.
15 Q        All right.  Okay.  Let's go to UACL --
16 you know what, when you get somebody who comes in
17 through a group claim, do you search their social to
18 see if they're an insured anywhere else through the
19 company?
20 A        I don't.  I think they have -- we have
21 the ability to see if they have any other claims.
22 Q        Do you have the ability to see if
23 they're a participant in any other plans or have any
24 IDI policies?
25 A        I'm sure we do, but I'm not familiar

59

1  with it.
2  Q        Would that be what the intake
3  coordinator would do?
4  A        Yes.
5  Q        Okay.  So when she sent you the
6  activity saying supposed to be an LTD file, that's
7  where the search for any other policy coverage is.
8  It's not actually in your team?
9  A        That's correct.
10 Q        Okay.  All right.  Okay.  Let's go to
11 171 if we can.  When they make me copies, they cut
12 off half the numbers and they do it on purpose,
13 don't you, Henry?
14 MR. MORRISSETTE:  My copy has half the
15 number cut off.
16 BY MR. SINCLAIR:
17 Q        Okay.  I'm looking at UACL171 which
18 is -- has a created date of 8/18/2004 at 10:06 and
19 one second a.m.  This is actually a note to the file
20 that you generated, correct?
21 A        Yes, sir.
22 Q        Okay.  When you make a decision as a
23 consultant, like you did as reflected in this
24 document UACL171, do you actually have time to sit
25 down and read every single medical record?

60

1  A        Yes, sir.
2  Q        You do?
3  A        Yes.
4  Q        So you took the time to sit down and
5  read every medical record in this file up to the
6  date on this stamp right here?
7  A        I don't remember.
8  Q        Okay.  But that was part of your job
9  duties would be to review every medical record up to
10 the date on this stamp so that you make the
11 determination based upon the entire contents of the
12 claim file?
13 A        Yes.
14 Q        Okay.  Okay.  You know, let me back up.
15 You said that you had started in May of 2004 with
16 the Annuity Board block of business, but you had
17 actually dealt with group policies before that
18 obviously.  Did they tell you in 2004 whether or not
19 the Annuity Board block of business was ERISA or
20 non-ERISA?
21 A        I don't remember.
22 Q        Okay.  But that would be something that
23 you would, as a consultant, need to be sure was
24 included in letters going out, right?
25 A        Yes.

61

Bonita Connally - Direct by Mr. Sinclair

1  Q        Okay.  Do you recall whether or not the
2  denial letter sent out as a result of your decision
3  on August 18th contained the ERISA language?
4  A        I don't recall.
5  Q        Okay.  Do you want to flip over and
6  we'll take a look at it real quick?
7  A        I don't see specific ERISA language.  I
8  do see appeal rights.
9  Q        I'm sorry.  Tell me the Bates number
10 range you're referring to.
11 A        UACL00186 through 189.
12 Q        Okay.  Okay.  I'm sorry.  You're
13 referring to UACL188 when you say the appeal
14 language.  Is that what you're referring to?
15 A        It begins on page 187.
16 Q        Okay.  I see.  Right there at the
17 bottom?
18 A        Yes.
19 Q        Okay.  Got you.  Is there any language
20 in here concerning ERISA rights?
21 A        Not that I recognize.
22 Q        Okay.  And that was something that was
23 required in 2004, correct, would be the language
24 that the manual says should be included about
25 appellate rights?

62

Bonita Connally - Direct by Mr. Sinclair

1  A        Yes, sir.
2           MR. MORRISSETTE:  Object to the form.
3  Q        I'm sorry.  The claims manual at that
4  point contained reference to the January 2002
5  regulations and the requirements to put in language
6  regarding ERISA appellate rights and any adverse
7  decision, correct?
8           MR. MORRISSETTE:  Object to the form.
9  A        Probably.
10 Q        Okay.  Do you want to take a look at
11 the claims manual?  You don't remember specifically?
12 A        I don't remember the specific dates.
13 Q        Oh, okay.  The dates.
14 A        But it's likely there was language in
15 the claims manual.
16 Q        All right.  Okay.  UACL171, let's --
17 I'll tell you what's do.  I don't want to mess with
18 Henry's copy, but let's put a nice little -- so we
19 can find it.  I'll do the same.  Let's turn to 171
20 if we can.  This is your decision then not based
21 upon any recommendation from Mr. Estrada?
22 A        That seems to be correct.
23 Q        Okay.  Is there anything in the file
24 that would indicate otherwise?
25 A        No.

63

Bonita Connally - Direct by Mr. Sinclair

1  Q        All right.  So you made the decision
2  that Ms. Bullard was not entitled to benefits under
3  the terms of the policy, correct?
4  A        Yes.
5  Q        Okay.  Tell me why she wasn't entitled
6  to benefits under the terms of the policy.
7  A        According to the documentation, it says
8  based on the review of the resulting RN and OSP
9  review, which is the on-site physician, Dr. Vatt,
10 medical information provided confirms that the
11 claimant has multiple conditions.  However, the only
12 physician indicating she is unable to work is
13 treating her for sleep apnea.  Records do not
14 document a change in her condition, treatment or
15 sufficient restrictions and limitations which would
16 preclude her from working in her own occupation.
17 With that, I recommend denial of the claim.
18 Q        Okay.  Do you wish you had done
19 something differently on this file looking back on
20 it?
21 A        No.
22 Q        You think you did everything the right
23 way on this file?
24 A        Based on what I see here, yes.
25 Q        Are you proud of your work on this

64

Bonita Connally - Direct by Mr. Sinclair

1  file?
2  A        Yes.
3  Q        Have you ever -- have you ever made a
4  decision on a claim file that you looked back on at
5  some point after the decision was made and thought I
6  wish I had done something differently there?
7  A        Not that I remember.
8  Q        Okay.  Okay.  Multiple conditions,
9  reviews, change in condition.  I'm going to have to
10 walk through this and get you to help me figure out
11 what you're referring to there.
12 A        Okay.
13 Q        When you say -- when you say that the
14 claimant has multiple conditions, do you recall the
15 conditions that you understood Ms. Bullard to have
16 at the time you made this decision?
17 A        I don't recall.
18 Q        Okay.  You refer to an RN and OSP
19 review.  Are you talking about the on-site
20 physician?  Is that what OSP is?
21 A        Yes, sir.
22 Q        Okay.  You can't say sir.  You've got
23 to say something else.  Just yeah.
24 A        Yes.
25 Q        Okay.  So that would be Dr. Vatt?

Bonita Connally - Direct by Mr. Sinclair

1  A       Correct.
2  Q       Okay.  Is he still with the company?
3  A       I don't believe so.
4  Q       Do you know where he went?
5  A       I don't know.
6  Q       Okay.  Do you recall who the RN was
7  that reviewed this file?
8  A       It was Pam McMillan.
9  Q       Is she still with the company?
10 A       Yes, she is.
11 Q       Okay.  Okay.  See, the reason I asked
12 about reviewing all of the medical records is
13 because the language caught me and I thought, okay,
14 maybe she's -- in this note here at 177, maybe you
15 were saying you reviewed the RN and OSP review, but
16 what you're telling me, I guess, is that you
17 actually reviewed all the medical records
18 themselves?
19 A       It's very likely I looked at all the
20 medical records, but my determination was based on
21 the medical professionals' conclusion.  So I looked
22 at the records.  Pam McMillan looked at the records,
23 who was the nurse, and commented and then Dr. Vatt,
24 who was the professional, the medical professional
25 looked at the records and commented.  And because

Bonita Connally - Direct by Mr. Sinclair

1  I'm not a medical professional, I have to defer to
2  their expertise.
3  Q       Okay.  Okay.  Well, let me ask you, the
4  way this thing is stacked, can you tell which
5  records you actually looked at?
6  A       It should have been the medical
7  information received in the file before
8  August 18th of 2004.
9  Q       And if I'm looking at this the right
10 way and they were in reverse Bates numbering, that's
11 everything from UACL1 back to UACL170?
12 A       Yes, sir.
13 Q       Okay.  So that was essentially -- let
14 me -- he'll object to this if I don't stop and say
15 okay.  The documents that are Bates numbered UACL1
16 through 170, those documents are the claim file that
17 you're referring to when you say you reviewed the
18 file prior to making this decision on August 18th,
19 2004?
20         MR. MORRISSETTE:  Object to the form.
21 A       That's correct.
22 Q       Okay.  All right.  All right.  So let
23 me ask you to tell me do you think first off that
24 the company did a good job up to August 18th,
25 2004, the company, UnumProvident had done a good job

Bonita Connally - Direct by Mr. Sinclair

1  in investigating this claim?
2  A       I believe so.
3  Q       If you believe they hadn't --
4  A       Then yes, I think we had done a good
5  job of investigating the claim.
6  Q       Okay.  As you looked back on it in your
7  review yesterday or did before and sitting here
8  today, do you wish you had maybe investigated it a
9  little bit more?
10 A       Yes.
11 Q       Tell me what you would have gotten.
12 A       Additional records from, I believe,
13 it's Dr. Paul, the rheumatologist.  Those did not
14 appear to be in the file, after the telephone
15 conversation referenced UACL00145.
16 Q       And this was a physician to a
17 physician?  You're talking about -- I'm sorry.  Say
18 that number again.
19 A       It's UACL00145.  It's a phone call
20 documentation between Mr. Estrada and Ms. Bullard.
21 Q       I'm sorry.  I thought you were
22 referring to another phone call.
23         All right.  So you feel like looking
24 back on it, obviously you felt like on
25 August 18th, 2004, you felt like that was the

Bonita Connally - Direct by Mr. Sinclair

1  right decision to make to deny the claim?
2  A       Yes, sir.
3  Q       Okay.  But looking back on it today, do
4  you think maybe you should have gotten some more
5  records because of some of the things that
6  Ms. Bullard conveyed to Mr. Estrada as reflected in
7  the memorandum here?
8  A       Yes.
9          MR. MORRISSETTE:  Object to the form.
10 Q       At UACL145 to 148?
11 A       Yes.
12 Q       Okay.  All right.  You think maybe
13 additional records from Dr. Paul.  Anything else
14 that you think maybe you would have wanted in
15 addition to what you had?
16 A       Not that I can see looking at it right
17 now.
18 Q       Okay.  How long did you spend looking
19 at this claim file yesterday?  Was it yesterday or
20 the day before?
21 A       Yesterday and the day before.
22         MR. MORRISSETTE:  Objection.  Asked and
23 answered.
24 A       Day two.
25 Q       Okay.  The past couple of days you've

Bonita Connally - Direct by Mr. Sinclair

1   been looking at this thing. You've been doing other
2   things. You haven't been just sitting there looking
3   at this file for two days, have you?
4   A     No.
5   Q     Okay. I didn't think so. Because as
6   big as this thing is, God help if you had to do
7   that. Seriously, you've been looking at the file
8   for the last couple of days. Do you think Betty
9   Bullard should have been paid benefits?
10         MR. MORRISSETTE:  Object to the form.
11   Asked and answered.
12   A     Based on the information in the file,
13   no. I think the decision was correct.
14   Q     And they can't -- see, the problem is
15   they can't see your hand. I saw what you were
16   doing. You were showing up to --
17   A     Up to document 00171.
18   Q     But did you just limit your review to
19   just UACL1 to 171?
20   A     Yes, sir, I did.
21   Q     You did? Okay. So preparing for the
22   deposition today, you didn't look at the entire
23   claim file?
24   A     I didn't look at any documentation
25   after the denial letter that was actually sent on

Bonita Connally - Direct by Mr. Sinclair

1   September 1st, UACL00186.
2   Q     186. All right. So your review -- you
3   limited your review in preparing for today's
4   deposition was from UACL1 to UACL189?
5   A     That's correct.
6   Q     Okay. So you haven't looked at all the
7   medical records and comments beyond that?
8   A     No, I have not.
9   Q     Okay. Okay. Let's go back to your
10   letter. When you --
11         MR. MORRISSETTE:  The letter, what are
12   you referring to?
13         I'm sorry. You're right. See, he
14   keeps me straight. Let's go back to UACL171, if we
15   can, please. Okay. Let me ask you, you said that
16   the medical information provided confirms that the
17   CX, what is that?
18   A     Claimant.
19   Q     Claimant has multiple conditions. What
20   conditions were you aware of as of the
21   August 18th, 2004 memorandum reflected at UACL171?
22   A     I don't remember.
23   Q     Okay. Take a moment and go back
24   through. I think you referred to the RN and OSP
25   review that you also reviewed in preparing for

Bonita Connally - Direct by Mr. Sinclair

1   making the determination on the claim. Take a look
2   and -- if you might need a few minutes, I know you
3   looked through it the last couple of days, but you
4   may not remember every single condition. But I want
5   you to take a minute and let's go over what
6   conditions you were aware of when you made this
7   decision. Do you want a few minutes to take a look
8   through the claim file?
9   A     I'm okay.
10   Q     Okay. All right. Tell me when you're
11   ready to tell me the conditions that you were aware
12   of when you made this decision.
13   A     Looks like based on what the doctor had
14   provided to us and the information in the file, she
15   had pain in both ankles.
16   Q     I'm sorry. You're referring to a
17   document. Let's be sure, so Mr. Morrissette doesn't
18   get on to me again, what document you're referring
19   to.
20   A     I am looking at UACL00166. It is a
21   copy of the review completed by Pam McMillan.
22   Q     That's the RN review?
23   A     The nurse, yes, sir.
24   Q     Is that a walk-in review or is that a
25   formal review?

Bonita Connally - Direct by Mr. Sinclair

1   A     I don't know.
2   Q     Okay. 166. We've got pain in ankles.
3   Hang on. Let me catch up with you here. Okay.
4   UACL166 is the RN review by Pam McMillan, right?
5   A     Yes, sir.
6   Q     Okay. All right. Okay. Now, tell me
7   what conditions you were aware of from this
8   particular document.
9   A     Okay. It indicates in January of 2004,
10   she had persistent pain in both of her ankles. In
11   May of 2004, she also reported worsening colitis.
12   She had some depression that was indicated to be
13   stable. She was sleeping with a Cpap machine.
14   Q     And I'm sorry. That was for what
15   condition?
16   A     Sleep apnea. Also indicated in April
17   of '04 she had had a rash.
18   Q     Was there a condition associated with
19   that rash?
20   A     I don't believe that it says. It just
21   says rash.
22   Q     Okay.
23   A     There's information, 1998 from her
24   orthodontist saying she had had surgery to open an
25   airway in '98.

73

Bonita Connally - Direct by Mr. Sinclair

1  Q        TMJ, was that the condition you're
2  referring to?
3  A        Yes. And symptoms were also indicated
4  of extreme fatigue. The other diagnosis indicated
5  was anxiety.
6  Q        Okay. You were talking about as you
7  listed those conditions out, the conditions you are
8  aware of when you made the decision reflected in
9  documents Bates numbered UACL177, correct?
10         MR. MORRISSETTE:   Object to the form.
11 Q        Did I say that the right way?
12 A        Can you repeat the question?
13 Q        Sure. When you made the decision in
14 August of 2004, I had asked you what conditions
15 you're aware of and that's the list you just gave
16 me, correct?
17         MR. MORRISSETTE:   Object to the form.
18 A        That's correct.
19 Q        Okay. Were there any other conditions
20 that you were aware of when you made that decision
21 in August of 2004?
22 A        Not that I remember.
23 Q        Is there any -- okay. Do you know why
24 you don't recall?
25 A        No.

74

Bonita Connally - Direct by Mr. Sinclair

1  Q        Is there something that would help you
2  recall those conditions?
3  A        Let me look at the physician report
4  also that follows the nurse review, document 168.
5  Q        Okay.
6  A        It looks like an additional diagnosis
7  that I would have been aware of based on the
8  physician review was physician indicating some
9  component of mild fibromyalgia.
10 Q        Okay.
11 A        And I don't see any additional
12 diagnoses other than the ones I listed.
13 Q        Okay. Let me list them out so I make
14 sure we don't miss any. I'm not asking what
15 conditions she has. I'm asking what conditions you
16 were aware of when you made that decision.
17         MR. MORRISSETTE:   I'm going to object
18 to the form. She's testified she reviewed all the
19 documents in here and this isn't a test. So I
20 think, you know, asking her to list them now does
21 not recognize that testimony earlier, so I object to
22 the form.
23 Q        Okay. This isn't, you know, like I'm
24 going to trick you and get you to answer. I want to
25 make sure you're telling me every one you had

75

Bonita Connally - Direct by Mr. Sinclair

1  knowledge of when you made the decision. Are there
2  any other documents we could review that would help
3  your recollection as to what conditions?
4  A        I can look at the attending physician
5  statement provided with the claim.
6  Q        Okay. Let's take a look at that. I
7  don't --
8           (Thereupon, a brief discussion
9            was had off the record.)

10 BY MR. SINCLAIR:

11 Q        We were talking about the conditions
12 you were aware of when you made your determination.
13 Do you call it an initial determination?
14 A        Yes.
15 Q        Okay. I thought so. I didn't know if
16 it had changed at some point. But it's called an
17 initial determination, which is we have determined
18 either, A, we're going to pay your claim or, B,
19 we're not going to pay your claim and these are the
20 reasons why and you have the right to appeal?
21 A        Correct.
22 Q        And then the appeal happens and then
23 you have the appellate determination, right?
24 A        Right.
25 Q        Okay. Did I say it the right way?

76

Bonita Connally - Direct by Mr. Sinclair

1  A        Uh-huh.
2  Q        All right. So the initial
3  determination was made by you in August of 2004.
4  And I'm trying to figure out what conditions you
5  were aware of at the time you made your initial
6  determination and we had, I think, gone to the
7  attending physicians form.
8           MR. MORRISSETTE:   There's several.
9           MR. SINCLAIR:   I'm sorry?
10          MR. MORRISSETTE:   There's several.

11 BY MR. SINCLAIR:

12 Q        Yeah. We have gone to the RN form.
13 We've gone to the OSP review. Somebody may ought to
14 at least look and realize that I got something
15 right. Okay. The OSP review and then next we're
16 going to the attending physician form, which is
17 submitted with the claim form, correct?
18 A        Correct.
19          MR. MORRISSETTE:   That was my
20 objection. You said the attending physician form.
21 There were several physician forms. Not several,
22 but --
23          MR. SINCLAIR:   Actually, attending
24 physician statements and forms are called that in
25 the file. We have the medical records separately.

77

1  We'll catch you up on the lingo in a minute. I'm
2  messing with you.
3  BY MR. SINCLAIR:
4  Q        Now, tell me what form are you looking
5  at when you say attending physician form?
6  A        Page UACL00024. It is an attending
7  physician's statement completed by Dr. Thornbury.
8  Q        Okay.
9  A        It gives a diagnosis of pain in the
10 ankle and foot.
11 Q        I'm sorry. Two four?
12 A        Yes, sir.
13 Q        Pain in ankle and foot.
14          MR. MORRISSETTE:  Second page below the
15 name.
16 Q        Okay.
17 A        The next --
18 Q        I'm sorry. Where are you seeing pain?
19 A        Diagnosis.
20 Q        Where is that on this?
21 A        It's at the top underneath her name.
22 Q        Oh, 719.47?
23 A        Yes.
24 Q        What is that?
25 A        That is an ICD9 code.

78

1  Q        Okay.
2  A        And the diagnosis written next to it is
3  pain in the ankle and foot.
4  Q        Would you have taken that diagnosis
5  code and gone and looked it up somewhere?
6  A        Probably not.
7  Q        Probably not? Would Mr. Estrada have
8  done that?
9  A        Yes, probably.
10 Q        Okay. What would he have gone and
11 looked in?
12 A        The ICD9.
13 Q        Is that something y'all have got
14 available as a desk reference or do you have it
15 online?
16 A        We have -- we can go and find it
17 online. Normally, we'll just go and ask one of the
18 nurses though because they'll usually keep the books
19 at their desks.
20 Q        Are you talking about -- when you say
21 nurses, are the Genex nurses on-site or are you
22 talking about --
23 A        I'm talking about the clinical case
24 managers, which are also nurses. In this case, Pam
25 McMillan.

79

1  Q        All right. Pam was -- Ms. McMillan was
2  a UnumProvident employee, not a Genex?
3  A        Correct.
4  Q        Okay. Pain in the ankle and foot. I'm
5  trying to figure out some way to say that. That's
6  really just pain in the ankle and foot?
7  A        That's her diagnosis, pain in ankle and
8  foot. Another diagnosis that would have been
9  considered on UACL00025, it's another attending
10 physician statement completed by Dr. Richardson, is
11 a diagnosis of cataplexy/narcolepsy and hypersomnia
12 with sleep apnea which is also -- the sleep apnea
13 was also indicated in the physician review.
14 Q        I'm sorry. These are big words and I'm
15 writing them as fast as I can here. Those are more
16 ICD9 codes that are up there in UACL25 up at the top
17 and under diagnosis?
18 A        It's got the diagnosis listed and then
19 in parenthesis the 347, that's the ICD9 code.
20 Q        Okay. Got you.
21 A        After that, UACL00026, there is a
22 letter from Dr. Foy.
23 Q        An advocacy letter? Do y'all refer to
24 them as advocacy letters?
25 A        No. I haven't heard of that.

80

1  Q        All right. Go ahead.
2  A        It's a letter from Dr. Foy in 1998 also
3  saying she has sleep apnea and that she had had
4  surgery to open her airway. This is all dated back
5  in 1998.
6  Q        That's the TMJ?
7  A        It's -- the TMJ is something different.
8  The surgery looks like it was done because of the
9  sleep apnea and he says secondarily she has
10 temporomandibular disorder, which is the TMJ.
11 Q        Okay.
12 A        Page UACL00027 is another attending
13 physician statement completed by Dr. Foy. It
14 provides a diagnosis of sleep apnea, TMJ and MPOS.
15 Q        Do you know what that is?
16 A        I do not. I would have to look that
17 up.
18 Q        Would the RN review contain it? That's
19 at 166. Would you like to borrow some tabs?
20 A        I've got it. In the RN review, she
21 doesn't spell out what that is.
22 Q        Okay.
23 A        She just references the letter from
24 Dr. Foy.
25 Q        MPOS and it's got a code of 72885?

1  A        Yes.
2  Q        Okay.
3  A        We do have one additional attending
4  physician statement.  It's page UACL00038.
5  Q        Okay.  Were there medical records
6  attached to this claim?
7  A        Yes.
8  Q        All right.  I'll tell you what's
9  let's do so I can keep track.  Go ahead.  What
10  number were you referring to?
11  A        UACL00038.
12  Q        Three eight.  Okay.
13  A        This is still identifying the
14  diagnoses.
15  Q        Got you.  Nothing but numbers.
16  A        Right.  He provides quite a few
17  diagnosis codes, which I would have to take a look
18  at the ICD9 book right now to see or Pam's review,
19  Ms. McMillan.
20  Q        The problem is she doesn't actually
21  give ICD9 codes in her review.
22  A        Right.  She doesn't give the codes in
23  the review.  He does say in this -- or she does say,
24  Rachel McKinney does say she's got the extreme
25  fatigue, which we've referenced already, ulcerative

1  colitis, anxiety with panic attacks.
2  Q        There's one, two, three, four, five,
3  six ICD9 codes in there?
4  A        Correct.
5  Q        Okay.  When you were doing your review
6  prior to your decision in August of 2004, you
7  indicated you reviewed everything in the claim file
8  up to that date; is that correct?
9  A        Yes.
10  Q        Would you have pulled out the ICD9 book
11  and looked up these ICD codes?
12  A        Probably not.
13  Q        Would you have done anything to make
14  sure that each one of these codes had been
15  identified in the claim file?
16  A        I don't remember that I would.  I would
17  have looked at -- underneath that, he says see
18  attached, Dr. McKinney she says and includes her
19  records.  So I would have reviewed her office notes.
20  Q        Okay.  But as far as particular codes
21  written out here on UACL38, you wouldn't have made
22  sure that somebody had looked up each one of those
23  and investigated each one of those conditions?
24  A        Yeah.  I don't know.  I don't see in
25  the file that that was done.

1  Q        Would that have been part of your
2  responsibilities?
3          MR. MORRISSETTE:  Object to the form.
4  A        I don't know necessarily that looking
5  up the specific codes would be.
6  Q        Okay.
7  A        But normally it was something that I
8  did.  I can't say for sure that I did it in this
9  case.
10  Q        Okay.  Do you have a lot of people who
11  list out just number ICD9 codes under the diagnosis?
12  Does that happen a lot in group files?
13          MR. MORRISSETTE:  Object to the form.
14  A        It happens sometimes.  The form
15  actually asks that they include the ICD9 numbers.
16  Normally when they put it, they'll put the diagnosis
17  and the number.
18  Q        The company actually likes to have an
19  ICD9 versus this person's stomach hurts.  You
20  actually want to have a particular diagnosis given
21  for a condition, right?
22  A        Yeah.
23  Q        Okay.  Would it be -- would it be the
24  company's responsibility to make sure that every
25  condition listed by the attending physicians is

1  investigated --
2          MR. MORRISSETTE:  Object to the form.
3  Q        -- prior to making a decision on the
4  claim?
5          MR. MORRISSETTE:  Object to the form.
6  A        Yes.
7  Q        Okay.  Any more attending physician
8  forms that you see in this initial -- in this
9  initial claim submission?  I think you've got them
10  all, but --
11  A        I don't think so.
12  Q        Okay.  Here we go.  Here is a way, I
13  think, to do it.  We've been looking at the initial
14  claim packet.  Is that a way to put it?
15  A        That would be fine.
16  Q        Okay.  What would you refer to it as?
17  A        Just the initial claim forms.
18  Q        Okay.  And it includes the attending
19  physician statement, employer's statement,
20  claimant's statement and any additional attachments
21  included with those forms?
22  A        Yes.
23  Q        Okay.  You were -- we started out, I
24  think, around UACL22 and we went all the way back to
25  UACL58.  Now, you tell me if I've got that right

85

1  because I want to make sure that that is actually --
2  my understanding is that's the initial claim package
3  of information submitted; is that right?
4      A      It looks correct.
5      Q      Because we've got -- back on 58, it
6  looks to me like that's the group account printout
7  of reported salaries for Ms. Bullard, which it
8  looks -- you know what. Let me ask you a question.
9  Was this account a list billing account or was it --
10     A      I don't remember.
11     Q      Okay. Because it looks like if they've
12 got her salary, it's some sort of list billing with
13 information on salary coverage.
14         MR. MORRISSETTE:  Object to the form.
15     Q      I mean, when you've got group files,
16 you've got group billing accounts where essentially
17 the employer collects the funds and submits one
18 payment to the company for its group account, right?
19 That's one particular billing method --
20         MR. MORRISSETTE:  Object to the form.
21     Q      -- in group accounts?
22     A      Right.
23     Q      Then you've got group accounts
24 sometimes having the employer listing out all the
25 individual employees covered, the amount of their

86

1  salary and their premiums and submitted that into
2  the company as well?
3      A      Right.
4      Q      In the first scenario where the company
5  never gets the name of the employee, you've got to
6  confirm employment and you've got to confirm salary
7  and you have to confirm that they're a participant
8  when you get the first claim in, right?
9      A      Right.
10     Q      Okay. This is -- this is why I said
11 this when I looked at 55 or 58, UACL58. That looks
12 like something that's printed off given the F
13 shortcut keys down there that I recognize from
14 y'all's files, that looks like something that was
15 printed off from -- gosh, would that be -- it
16 wouldn't be BAS. What would it be, Navilink? I
17 don't think the Navilink --
18     A      This isn't a Navilink screen. It could
19 be BAS. I'm not familiar with this type of printout
20 though.
21         MR. MORRISSETTE:  Let me warn you not
22 to guess or speculate. If you know the answer, you
23 can --
24     Q      But you can give me your thoughts and
25 ideas as much as you'd like because I could use them

87

1  to be quite honest with you.
2             Anyway, I got off on -- I think --
3  anyway, okay. So did we agree that 22 to 58 out of
4  the UACL Bates range is the initial claim package?
5      A      It appears to be.
6      Q      Okay.
7          MR. MORRISSETTE:  I'm sorry. What were
8  those numbers again? I apologize.
9      Q      That's okay. UACL22 to UACL58 appear
10 to be the initial claim packet submitted to the
11 company?
12     A      Yes.
13     Q      Okay. Now, if you can, flip over to
14 UACL60.
15     A      Okay.
16     Q      Do you see there on the edge of -- on
17 the right-hand side just above the Bates number
18 there? It's got -- it appears to be a time stamp,
19 date stamp and faxed stamp delivered to somebody's
20 particular workstation. Do you see that?
21     A      Uh-huh.
22     Q      And look up a little bit further up the
23 page on the right-hand corner. It says 44 of 50.
24 What -- what is that?
25     A      I don't know.

88

1      Q      Okay. Let's go back to UACL17. Okay.
2  You see where on UACL17 up there in the right-hand
3  edge, it says one of 50?
4      A      Yes.
5      Q      And if you go all the way back to UACL
6  66, it says 50 of 50.
7      A      Okay.
8      Q      It possible that UACL17 through UACL66
9  is the initial claim packet?
10     A      That's possible.
11     Q      Okay. Okay. And it actually says on
12 that cover page on 17 that there's 50 pages. So
13 maybe that makes sense. It adds up there, right?
14 Who was -- do you know who Linda Young is?
15     A      I don't.
16     Q      Okay. Did you have a lot of client
17 contact, customer contact?
18     A      I don't believe that I did.
19     Q      Okay. The Annuity Board, I asked you
20 earlier whether or not they were a big account.
21 Let's go back to UACL65.
22     A      Okay.
23     Q      That says on there total volume 1509.
24 What does that mean?
25     A      I don't know.

Bonita Connally - Direct by Mr. Sinclair

1  Q        Okay.  Can you tell me from looking at
2  that page when Ms. Bullard's coverage became
3  effective?
4            MR. MORRISSETTE:  Object to the form.
5  A        It has a coverage effective date of
6  1/1/96.
7  Q        Okay.  But Ms. Bullard says she's been
8  paying for this policy a lot longer than that.
9            MR. MORRISSETTE:  Object to the form.
10  Q        Can you explain why her effective date
11  is '96 when she says she's been paying on this
12  policy for a couple of decades?
13            MR. MORRISSETTE:  Object to the form.
14  Q        Is it possible that this is a Unum Life
15  policy now and before it was a Provident Life
16  policy?
17  A        I don't -- it's possible, but I don't
18  know that it is.
19            MR. MORRISSETTE:  Again, I ask you not
20  to guess if you don't know.
21  A        Okay.  I don't know.
22  Q        But you answered the question.  I
23  didn't say is it in fact.  I asked you if it's
24  possible.
25  A        I don't know.

Bonita Connally - Direct by Mr. Sinclair

1  Q        Okay.  1996 is the effective date of
2  coverage, but we don't know whether or not that's
3  just a just a new policy issue date, do we?
4            MR. MORRISSETTE:  Object to the form.
5  A        No.  And I don't know from looking at
6  this if this coverage is actually referring to
7  coverage with Unum Life Insurance Company of
8  America.
9  Q        Good point.  Were you working on
10  anybody else but Unum Life Insurance Company of
11  America?
12  A        Not that I remember.
13  Q        Okay.  Did you work on any Provident
14  group policies?
15  A        Not that I remember.
16  Q        Have you worked on any since?
17  A        Not that I remember.
18  Q        Provident is pretty much out of the
19  group policy business at this point, aren't they?
20            MR. MORRISSETTE:  Object to the form.
21  A        I don't know.
22  Q        Okay.  History -- see, this is why I
23  was trying to nail down what you got initially as
24  the initial claim.  It looks like this is a fax that
25  came to UnumProvident on 5/26/04.  Do you see that

Bonita Connally - Direct by Mr. Sinclair

1  date on 17?
2  A        Yes.
3  Q        Who would have -- would the intake
4  specialist have gotten this fax?  Is that the person
5  you referred to earlier?
6  A        Yes.
7  Q        Okay.  And they would have put it all
8  together and sent it off to wherever it's supposed
9  to go based upon the team assigned to that
10  particular customer like the Annuity Board was your
11  team?
12  A        Yes.
13  Q        Okay.  All right.  Look at UACL67.
14  Now, it looks to me like that document is created by
15  Jason Miller?
16  A        Yes.
17  Q        Who is Jason Miller?
18  A        I don't remember.
19  Q        Okay.  But completed by Brandon Estrada
20  and Brandon was your direct report?
21  A        No.
22  Q        He wasn't?
23  A        No.
24  Q        Okay.  Did we already cover this?
25  A        Yes.

Bonita Connally - Direct by Mr. Sinclair

1  Q        Okay.  You were a consultant at that
2  time?
3  A        Correct.
4  Q        Okay.  But Brandon was not your direct
5  report?
6  A        Correct.
7  Q        Whose direct report was he?
8  A        Terry Parker's.
9  Q        Terry Parker.  I do remember going
10  through all this.  So that's why they changed it.
11  Okay.  All right.  We can avoid that long painful
12  conversation.
13            Now, who assigned files to particular
14  benefit specialists at this time?
15  A        I think the intake team did.
16  Q        They did?
17  A        When it came in.
18  Q        It wouldn't be a managerial duty?
19  A        I don't remember that it was.
20  Q        Okay.  So you wouldn't have had
21  anything to do with telling Brandon Estrada that
22  this was his claim to handle?
23  A        No.
24  Q        Would you have received notification
25  that this claim had been assigned to somebody who

93

Bonita Connally - Direct by Mr. Sinclair

1  had to come to you with their recommendations?
2  A        No.
3  Q        You wouldn't have known how many
4  files -- I mean, how many benefit specialists, how
5  many people did you have who came to you for review
6  of their recommendations on claims?
7  A        I don't remember, but I can look.
8  Q        Okay.  That's what this is all about
9  here.  As a matter of fact, let's talk about
10  specifically.  I'm going to hand you the documents
11  that they have produced to me this morning.  Tell me
12  which one of the Bates numbers you're looking at.
13  A        Okay.  This is UAMSSUPP00162.  It's
14  from May of 2004 and there are four disability
15  benefit specialists --
16  Q        Okay.
17  A        -- that would have been working with
18  me.
19          MR. MORRISSETTE:  I want to also say on
20  those flow charts, we're going to mark those
21  confidential in the confidentiality agreement.  I
22  did not get a chance to stamp them.
23          MR. SINCLAIR:  Why don't you go ahead
24  and take a look -- yeah, here take a look.  Give me
25  the Bates numbers.

94

Bonita Connally - Direct by Mr. Sinclair

1          MR. MORRISSETTE:  163 through 142.
2          MR. SINCLAIR:  Okay.  We provide notice
3  under the terms of the agreement.  We challenge the
4  designation.
5          MR. MORRISSETTE:  I would appreciate it
6  if you would send me that in writing please.  I'll
7  be glad to send you the designating --
8          MR. SINCLAIR:  Same, same.
9  BY MR. SINCLAIR:
10  Q        All right.  So you had three -- no,
11  four DBSs who reported to you in May of 2005.
12  Strike that.  I said it the wrong way, didn't I?  I
13  got into that report thing that you guys up there at
14  UnumProvident do.
15          All right.  You had four DBSs who had
16  to come to you for review of their recommendations?
17  A        Correct.
18  Q        Okay.  How many claims on average in
19  May of 2005 did those DBSs carry?
20  A        I don't remember.
21  Q        Okay.  Would you have been -- would you
22  have been one of the personnel responsible for
23  overseeing their work on a daily basis or just when
24  they came to interact with you --
25          MR. MORRISSETTE:  Object to the form.

95

Bonita Connally - Direct by Mr. Sinclair

1  Q        -- in May of 2004?
2  A        I would be available when they came
3  with questions when they had recommendations on a
4  file and then also I would be able to pull a listing
5  of the claims that they currently had.
6  Q        Got you.  Managerial reports.
7  Mr. Smith went over that with me.  I do remember
8  that.
9          MR. MORRISSETTE:  Object to the form.
10  Q        Okay.  All right.  So this thing gets
11  assigned to Brandon Estrada and he's in charge of
12  investigating the claim --
13  A        Yes.
14  Q        -- is that right?  Okay.  Do you think
15  he did a thorough job of investigating this claim?
16          MR. MORRISSETTE:  Object to the form.
17  A        I don't know.  I think he could have
18  obtained Dr. Paul's records.
19  Q        You're right.  It's a little broad,
20  isn't it?  I need to ask it a little bit
21  differently.
22          Do you think he gathered all available
23  information on every condition this young lady had?
24          MR. MORRISSETTE:  Object to the form.
25  A        No.

96

Bonita Connally - Direct by Mr. Sinclair

1  Q        Okay.  I think we've narrowed down the
2  conditions.  You tell me if I miss any.  Strike
3  that.  You tell me if I fail to list one that you're
4  aware of after reviewing this file.  Okay?
5  A        Okay.
6  Q        We have pain in the ankles, colitis,
7  depression, sleep apnea, unspecified rash, TMJ,
8  fatigue, anxiety, fibromyalgia, catalepsy,
9  narcolepsy, hypersomnia with sleep apnea, something
10  called MPOS and there was one physician who did
11  nothing but list ICD9 codes.  Do you want me to
12  read through those ICD9 -- you wouldn't be able to
13  identify them either.
14  A        No.
15  Q        Have I listed all the conditions that
16  you were aware of at the time you made your decision
17  in August of 2004?
18  A        Did you include ulcerative colitis.
19  Q        I believe I did.  Any others?
20  A        I would have seen everything that was
21  in the file at the time and based on looking at it
22  right now, I don't see any others.
23  Q        Okay.  Let's turn back to UACL145, if
24  we can.  You actually pointed this document out
25  earlier.  It's the phone memo.  It's the -- I think

97

Bonita Connally - Direct by Mr. Sinclair

1   y'all call this the initial call. It's a list of
2   questions that they're supposed to go over with the
3   claimant. Do you remember that?
4   A        Yes.
5   Q        Okay. Did I say that the right way?
6   A        Yes.
7   Q        Okay. You know, the first thing that
8   caught my attention when I looked at this file is
9   this is actually -- up here at the top, it says to
10  file psychiatric impairment unit; is that right?
11  A        I don't think that's correct.
12  Q        Was Brandon Estrada in the psychiatric
13  impairment unit?
14  A        Before he came to Terry Parker's team
15  and large case, he was.
16  Q        Okay. But when this claim came in, he
17  was in Terry Parker's team already?
18  A        Yes.
19  Q        This is back when they had the
20  impairment units, right?
21          MR. MORRISSETTE:  Object to the form.
22  When is this?
23  Q        I'm sorry. When this claim came in,
24  they had just transitioned from the impairment
25  units; is that right?

98

Bonita Connally - Direct by Mr. Sinclair

1   A        When this claim came in, we still had
2   impairment units, but we had a large case group and
3   the large case organization didn't necessarily
4   operate in impairment units. We operated by
5   account. So there were still impairment units out
6   there, but this file wasn't included in an
7   impairment unit.
8   Q        Customer service.
9   A        Yes.
10  Q        Customer service. Okay. That makes a
11  lot of sense. I don't mean claimant. I meant like
12  the Annuity Board. They have one person to contact
13  with their claims. They had one group they had to
14  contact with requests for information. They didn't
15  have to call across impairment units. They went to
16  one particular large case group?
17  A        Correct.
18  Q        Got you. Okay. All right. So the
19  psychiatric impairment unit, that's not correct.
20  Brandon -- Mr. Estrada, pardon me, may have just
21  left that from his last position?
22  A        He may have.
23  Q        Okay. But this was not assigned to the
24  psychiatric impairment unit?
25  A        No.

99

Bonita Connally - Direct by Mr. Sinclair

1   Q        You know, that's a good question.
2   Within the large case file group, large case group?
3   A        Yes.
4   Q        Large case group, did y'all have
5   individuals who were essentially mini-impairment
6   units? Like did you have one individual who would
7   get all the psych claims and one that would get all
8   the bad back claims?
9   A        Not that I remember.
10  Q        Okay. So in your group of four, you
11  would have Mr. Estrada getting, you know, claims for
12  bad backs to mental and nervous conditions?
13  A        He would handle multiple conditions.
14  Q        Okay. All right. Whereas in the
15  impairment unit section, sections or teams at that
16  time, they would specialize in one particular type
17  like ortho, right?
18  A        Yes.
19  Q        Okay. All right. Let's take a look,
20  if we can, at the claimant detail call. This is
21  actually a call that -- it's like a task on your
22  system, right, that is supposed to be made?
23  A        Yes.
24  Q        Okay. I think it's in the claims
25  manual that they specify it's supposed to be made

100

Bonita Connally - Direct by Mr. Sinclair

1   within a certain time period too, correct?
2   A        That's correct.
3   Q        Okay. Okay. So essentially this is
4   Brandon's file memo on his call with Ms. Bullard; is
5   that right?
6   A        Yes.
7   Q        Okay. All right. It says in here in
8   the first sentence why do you feel you're unable to
9   work, and this is Brandon writing down his
10  recollection of the call. He says that she has
11  multiple symptoms, she has diverticulitis. I don't
12  believe we covered diverticulitis in that list we
13  just did, did we?
14  A        I didn't see it.
15  Q        Okay. So --
16  A        I don't know if it's one of the listed
17  ICD9 diagnoses.
18  Q        Good point. That doctor who listed six
19  ICD9 codes, they may be diverticulitis. Okay. Take
20  a minute and go through this internal memo and tell
21  me if you see -- I'm bringing this to your attention
22  so we can make sure we get all the conditions. If
23  we would, take a look at this and see if you see any
24  more conditions that we haven't discussed.
25  A        She reports a bulging disc in her back

1  and that she was trying to get appointment.
2  Q    Okay.
3  A    She talks about surgery on both feet
4  and screws in her feet, but that could have been
5  covered by the prior physician that indicated she
6  had pain in her feet and ankles because we did have
7  that diagnosis.
8  Q    That's right. It was pain in feet and
9  ankles?
10  A    Correct.
11  Q    So she indicates in here that she had
12  foot surgery and screws in her feet. Okay. And
13  you're looking -- I'm sorry. We're looking at the
14  internal memorandum UACL145 to -- I hate to say it,
15  but I think there's -- 149. There's a blank page.
16  Is your page blank?
17  A    It's blank, yes.
18  Q    Okay. I'm sorry. If you would, just
19  continue through and see if you see any additional
20  conditions.
21  A    Colitis was already mentioned and she
22  says she also has arthritis. I don't see any other
23  conditions.
24  Q    Okay. Are there any other documents in
25  this file that would refresh your recollection about

1  the conditions you were assessing in determining
2  whether or not she was disabled as of August 2004?
3  MR. MORRISSETTE:  Object to the form.
4  A    I don't see any other attending
5  physician statements. There are records from
6  Dr. Thornbury that began on UACL00157. These were
7  also referenced in the physician review with
8  Dr. Vatt and the nurse review with Pam McMillan.
9  Q    Okay.
10  A    So I don't see any additional
11  documentation.
12  Q    Okay.
13          (Thereupon, a brief recess was
14          taken.)
15  BY MR. SINCLAIR:
16  Q    All right. Before we took a break, I
17  was asking if there were any other documents in
18  there that you could look at that would refresh your
19  recollection about what conditions you were
20  assessing with regards to Ms. Bullard's claim and I
21  think you indicated there were no other documents
22  that you would point to that would refresh your
23  recollection in that claim file, correct?
24  A    Correct.
25  Q    When I say claim file, I'm saying the

1  claim files that existed up to the date of your
2  decision --
3  A    Right.
4  Q    -- versus the entire rest of the claim
5  file that came after your decision.
6          Okay. All right. I'm going to list
7  out the conditions that we've gone over and you tell
8  me if I miss any that you are aware of that you were
9  considering when you made your initial
10  determination. Okay?
11  A    Okay.
12          MR. MORRISSETTE:  Again, I object to
13  the form since this is not a test and she's referred
14  to the file.
15  Q    Okay. Pain in the ankles, colitis,
16  depression, sleep apnea, unspecified rash, TMJ,
17  fatigue, anxiety, fibromyalgia, cataplexy,
18  narcolepsy, hypertension with sleep apnea or
19  hypersomnia with sleep apnea, excuse me, prior
20  surgery on sleep apnea, something calmed MPOS, six
21  additional undefined ICD codes that you said were in
22  that attending physician statement, diverticulitis,
23  bulging disc, arthritis and a foot surgery with
24  screws in her feet. Were there any other
25  conditions, other than those that I've just listed

1  in this question, that you were aware of and
2  assessed when you made your initial determination?
3  A    I didn't see any other in the file.
4  Q    Okay. And do you recall any as you sit
5  here today?
6  A    No, I don't.
7  Q    Okay. Let's turn to 177 then, if we
8  can, please. And I think before I took us off --
9  171, if you would. That's the August 18th, 2004
10  note to file where you document your decision. As
11  you sit here today, do you feel like you had enough
12  information to assess the conditions that we've just
13  listed out?
14          MR. MORRISSETTE:  Object to the form.
15  A    Yes. And the reason is because of the
16  physician review because Dr. Vatt, when he reviewed
17  the file, it's customary for the physicians when
18  they review, they're going to consider all of the
19  documentation in the file. If they feel like
20  there's something else that we need, they'll tell us
21  and I don't see in his review where he recommended
22  we obtain any other additional information. So with
23  that in mind, I can say, yes, I feel like the
24  decision was appropriate.
25  Q    Okay. And we're going to talk to

1  Dr. Vatt. The reason this came up was because you
2  indicated to me that you didn't just review
3  Dr. Vatt's review or the RN review. You reviewed
4  the entire file before you made this decision?
5  A      That's correct.
6  Q      Okay. So do you feel like you had
7  enough information in this file when you reviewed
8  all of these conditions to assess whether or not
9  this lady was disabled under the policy?
10 A      Yes, deferring to the physicians'
11 expertise.
12 Q      Okay. Do you feel like -- earlier you
13 indicated to me that there was one particular doctor
14 that you feel like at this point maybe you should
15 have gotten in contact with and investigated
16 further.
17         MR. MORRISSETTE:  Object to the form.
18 A      Yes.
19 Q      Do you recall that?
20 A      I do.
21 Q      And that was, I think, in connection --
22 well, do you recall what he did?
23 A      He was a rheumatologist.
24 Q      Rheumatologist. Okay. So except for
25 those -- well, let's flip to his because that was

1  one of the attending physician statements, correct?
2  A      No.
3  Q      Oh, that was the phone call?
4  A      Correct.
5  Q      Okay. All right. What in this phone
6  call memorandum made you think that you should be --
7  at this point, you should have maybe followed up
8  with this particular attending physician? If you
9  would, identify what it is in here that made you
10 make that statement.
11 A      Can you give me the page of the file
12 documentation?
13 Q      I'm sorry. It's page 145.
14 A      Okay. With her indicating she had her
15 rheumatologist, she was seeing a rheumatologist in
16 this review and that she had arthritis indicated,
17 that was -- that was the reason that I think maybe
18 we should have also requested records from Dr. Paul.
19 Q      Okay. So Dr. Paul -- where are you
20 seeing that?
21 A      It's at the very bottom after
22 Dr. Rachel McKinney, general practitioner, it says
23 Dr. Donna Paul, rheumatologist.
24 Q      Okay. I see what you're talking about.
25 A      But also when she had the attending

1  physician's statements completed, she didn't provide
2  one to Dr. Paul. So I don't know if that was
3  because she doesn't feel she had a rheumatological
4  disabling condition or Dr. Paul came on after she
5  initially filed her claim.
6  Q      And you didn't know the answer to those
7  when you made the decision in August of 2004, right?
8  A      Correct.
9  Q      Okay. Let me ask you, does -- do you
10 feel like in your role, you had the duty to
11 investigate the claim?
12         MR. MORRISSETTE:  Object to the form.
13 A      I don't know that it was an
14 investigative duty because normally that was handled
15 by the disability benefit specialist and because the
16 physician didn't indicate additional records were
17 needed.
18 Q      Okay. So I think --
19 A      That's probably why we didn't go after
20 anything additional.
21 Q      I can tell why you furrowed your brow
22 then because I asked it the wrong way. You as the
23 consultant weren't responsible for investigating a
24 claim; is that right?
25 A      That's correct.

1  Q      Okay. The disability benefit
2  specialist, in this case, Mr. Estrada would have had
3  that duty to investigate the claim?
4  A      That's correct.
5  Q      Then he -- once he had gathered the
6  documents and materials would send that for an RN
7  review and, if necessary, an OSP review, correct?
8  A      Yes.
9  Q      Okay. And then after the claim had
10 been investigated by Mr. Estrada, the nurse had
11 summarized the medical records and the on-site
12 physician had provided his view of the claimed
13 medical conditions, it would then come to you for
14 your determination?
15 A      That's correct.
16 Q      Okay. Would you in the course of your
17 duties as a consultant at this point in this claim
18 in August of 2004, would you be responsible for
19 telling a disability benefit specialist that he had
20 to go and investigate further?
21 A      Yes.
22 Q      Okay. Did you feel like or did you
23 tell that to Mr. Estrada in August of 2004?
24 A      I don't see in the file where I did.
25 Q      So you felt like the company had a

Bonita Connally - Direct by Mr. Sinclair

1  sufficient amount of information to make the
2  determination without any further investigation?
3  A      Yes.
4  Q      But looking back on it, you would like
5  to have additional information from Dr. Paul, the
6  rheumatologist?
7  A      That's correct.
8  Q      Okay. Well, do you feel like you had
9  sufficient information to assess the effects of her
10 colitis?
11 A      I don't know. Let me take a look at
12 what the physician said.
13 Q      Okay. I see what you're saying. You
14 relied upon Dr. Vatt?
15 A      That's correct.
16 Q      Okay.
17 A      Because I'm not a medical professional.
18 Q      Okay.
19 A      Any type of medical conclusion would
20 come from either the nurse or the on-site physician.
21 Q      Medical conclusion -- I'm sorry.
22 A      No. That's okay.
23 Q      Okay. Medical conclusion based upon
24 the materials in the file?
25 A      Yes.

Bonita Connally - Direct by Mr. Sinclair

1  Q      But the on-site physicians don't have
2  the authority to go direct the DBS to gather
3  additional records. They can recommend it, but they
4  can't actually tell them to go do that, correct?
5  A      That's correct.
6  Q      Okay. Because of the claim structure
7  of the department -- well, strike that.
8         As the structure of the Chattanooga
9  large case team was set up, there were people who
10 interacted with one another, for example, you and
11 Mr. Estrada and your role was superior to his
12 insofar as you had the authority to make the
13 determination, he did not, but he didn't directly
14 report to you in a managerial capacity, correct?
15 A      That's correct.
16 Q      And the same would hold true for the
17 physicians at this point in time in August of 2004.
18 The physicians didn't report to you, correct?
19 A      That's correct.
20 Q      And the RNs didn't report to you?
21 A      That's correct.
22 Q      Their reporting structure was different
23 from Mr. Estrada's?
24 A      Yes.
25 Q      All right. So it was Mr. Estrada's

Bonita Connally - Direct by Mr. Sinclair

1  responsibility to make sure that there was
2  sufficient information in the file for the RN and
3  OSP to assess each one of those conditions that
4  we've discussed about Ms. Bullard?
5  A      Yes.
6  Q      Okay. All right. Let's flip -- let's
7  flip to that physician review you were talking
8  about, 166.
9  A      Okay.
10 Q      Okay. Now, let's talk about, if we
11 can, the way that these OSPs were conducted at this
12 time.
13 A      Okay.
14 Q      It is true, is it not, that the entire
15 claim file was not marched down to the OSP for
16 review?
17        MR. MORRISSETTE:   Object to the form.
18 A      They had access to the entire file on
19 Navilink.
20 Q      On Navilink?
21 A      Correct.
22 Q      When this particular review was
23 completed, was the Navilink change-over completed?
24 A      I don't understand the question.
25 Q      There was actually a transition period

Bonita Connally - Direct by Mr. Sinclair

1  to Navilink, correct?
2  A      That's correct.
3  Q      Okay. And I thought that that had not
4  been completed up until the middle of last year.
5  Was it completed in August of 2004?
6         MR. MORRISSETTE:   Object to the form.
7  A      I don't know when it was completed.
8  For this claim, based on its received date, it was
9  always on Navilink. So there was not a paper
10 component to this file.
11 Q      So everything in this file was
12 maintained in an electronic form. Let me ask you,
13 how do you trigger an OSP review? Does it only
14 follow an RN review?
15 A      Yes, it does.
16 Q      Okay. So there is a structure that's
17 set out how you're supposed to take the claim first
18 and either do a walk-in or ask for a formal review
19 with the RN, correct?
20 A      That's correct.
21 Q      Okay. So I guess we were going to the
22 OSP review in order to discuss your basis for the
23 decision and you indicated -- and it appears that
24 we've got to start at the RN review, right?
25 A      That's correct.

113

1  Q        Okay. Let's do that then and I don't
2  know if I flagged that one. Please tell me if you
3  find that RN review.
4        MR. MORRISSETTE:  Is it 165?
5  A        Yeah. It was indicated, looks like,
6  page 165.
7  Q        Okay. UACL165. It actually was a
8  walk-in, right, a walk-in review that Mr. Estrada
9  did. Wait a minute. 165 --
10  A        Try 164 --
11  Q        Okay. That's what I was thinking.
12  A        -- instead, yeah.
13  Q        165 looks like an 8/17/04 walk-in that
14  Pamela McMillan had with you; is that right?
15  A        No. This is page 165, clinical
16  consultant activity.
17  Q        Was she a clinical consultant?
18  A        Yes, she is.
19  Q        Okay. You know what that is, I bet
20  that's a request to the doctor for the OSP review.
21  A        Yeah, that's correct. Because page 166
22  and 167 follow with her question directly to the
23  physician.
24  Q        Okay. All right. Good. So we can
25  actually start at 164 when we're looking at the

114

1  medical documentation from the in-house medical
2  personnel. And 164, that -- UACL164, you indicated
3  that was the RN review in this case; is that
4  correct?
5  A        This is the activity for the nurse
6  review. Yes, that's correct.
7  Q        But that's not her summary, is it?
8  A        No. Her summary is actually completed
9  on page 167 before the question to the physician and
10  then Dr. Vatt's review begins on 168.
11  Q        Thank you. All right. So let me get
12  this right. At UACL 164 Nurse McMillan has
13  essentially a request to do a re-review, it looks
14  like, of the medical records; is that right?
15  A        That appears correct.
16  Q        Okay. And her question, does it appear
17  by this documentation, updated medical information,
18  that R and A and P, that's restriction and
19  limitations; is that correct?
20  A        That's correct.
21  Q        Does it appear by this documentation
22  the restrictions and limitations of no work will be
23  supported. Is that the right question to be asking
24  at this point in this file?
25        MR. MORRISSETTE:  Object to the form.

115

1  A        If the physician had indicated
2  restrictions to be no work, then that would be the
3  question to ask.
4  Q        But the policy didn't require no work
5  in order to be disabled under the terms of the
6  policy, right? It was actually not no work, but you
7  can't do your work?
8  A        The policy does not require that you be
9  unable to do any work.
10  Q        I think it's got like a 24-month on-occ
11  and then any occ thereafter. Is that your
12  recollection?
13  A        I believe so.
14  Q        Okay. So at this point, the question
15  posed here by the RN is do the attending physicians
16  statements, are they supported by the documentation?
17  Am I saying that the correct way?
18  A        This review that we're looking at, page
19  164, the question, this question is actually posed
20  by Mr. Estrada.
21  Q        Oh, it is?
22  A        Yeah, to Pam.
23  Q        Oh, I see.
24  A        It says updated medical information has
25  arrived. Does it appear by this documentation that

116

1  the R&Ls of no work will be supported? He's saying
2  R&Ls of no work because the attending physician
3  statement said under restrictions no work.
4  Q        Got you.
5  A        Then from there --
6  Q        And we're talking about the first block
7  under request on UACL164, that first question there
8  is Mr. Estrada sending a question to the RN?
9  A        That's correct.
10  Q        Okay. All right. Okay. Got you.
11  Now, what's underneath that? There's another -- you
12  know, these aren't E-mails. These are memos, right?
13  But they appear to be in response to each other like
14  an E-mail system. Can you tell me why that is?
15  A        You can add -- when you send an
16  activity, you can go back in that activity and add
17  additional. You can never delete anything, but you
18  can add additional comments and that's what was done
19  in this case. The activity was sent to Pam by
20  Mr. Estrada and then in response, that's where the
21  last portion came in, discussed with Pam McMillan,
22  RN.
23  Q        Okay. Got you. Now, see, here's -- I
24  looked at this and I couldn't figure this out
25  because look down at the bottom of UACL164. It says

117

Bonita Connally - Direct by Mr. Sinclair

1  you, B. Connally DBC?
2  A      Yes.
3  Q      Did you author any part of this?
4  A      I did because I had signed it, but it
5  should have been in consultation with Pam. When we
6  did walk-ins, we actually went to her desk.
7  Q      I've got you.
8  A      So it's possible that she would be
9  typing or I would be typing, but both parties should
10 be indicated somewhere. That's why it says
11 discussed with Pam McMillan.
12 Q      Got you. Okay. So this is another one
13 of those situations where somebody is simply
14 documenting a conversation that occurred between you
15 and the nurse; is that right?
16 A      Yes.
17 Q      Okay. Got you. Would you have
18 typed this -- or actually, we don't know who typed
19 that in, do we?
20 A      It doesn't have a completed -- a
21 completed date on it. It was completed, but it
22 doesn't have a date to tell who typed it.
23 Q      Okay. All right. Based on medical
24 information on file, you see that sentence down
25 there at the first, discussed with Pam McMillan, RN,

118

Bonita Connally - Direct by Mr. Sinclair

1  based on -- is this you talking here?
2  A      Yes.
3  Q      Okay. So this is you, the second
4  message on 164, UACL164, this is you talking here,
5  quote, discussed with Pam McMillan, RN. Based on
6  medical information on file, disability does not
7  appear supported. End quote. Let's take that
8  second sentence there, based on medical information
9  on file. Were you supposed to limit your review to
10 the medical information that was on the file?
11 A      Yes, sir.
12 Q      Okay. Do you think maybe you -- were
13 you authorized to ask questions about how much
14 investigation had been done into these medical
15 conditions?
16        MR. MORRISSETTE:   Object to the form.
17 A      I don't understand the question.
18 Q      Okay, bad question. This was authored,
19 it looks like, 8/12/04, right?
20 A      The activity was created on 8/12, but I
21 don't have the completion date. It should have been
22 between 8/12 and 8/17 when the next activity was
23 authored.
24 Q      But it's prior, this activity was prior
25 to you making your decision?

119

Bonita Connally - Direct by Mr. Sinclair

1  A      Yes, sir.
2  Q      Okay. As a consultant, did you get to
3  tell the DBS that, hey, I've looked at all these
4  medical conditions and you need to go ask more
5  questions and get more medical documents?
6  Q      You could do that?
7  A      Yes.
8  Q      Do you think maybe you should have done
9  that with Mr. Estrada in this case?
10 A      I don't know.
11 Q      You know, I see that sentence and I say
12 based on medical information in the file and I
13 think, okay, we've got -- we've listed out 15 or so
14 conditions and I didn't see medical records on half
15 of them before the decision was made. I mean, you
16 don't think maybe somebody should have gone out and
17 gotten maybe some more medical record requests out
18 before the decision was made?
19        MR. MORRISSETTE:   Object to the form.
20 A      I don't know.
21 Q      All right. Next sentence there
22 on 164, UACL164 says ortho physician does not
23 provide RLs, restrictions and limitations, right?
24 A      That's correct.
25

120

Bonita Connally - Direct by Mr. Sinclair

1  Q      To indicate she is unable to work and
2  does state that she is capable of working in on
3  occupation?
4  A      Yes.
5  Q      And another occupation?
6  A      Yes.
7  Q      Okay. All right. Can you point me to
8  the file portion where he states -- the ortho
9  physician states that?
10 A      Yeah. Let me take a minute.
11 A      Are you talking about Dr. Paul there?
12 A      No. Dr. Paul is the rheumatologist.
13 Q      Right.
14 A      And this would have been in
15 conversation with Ms. McMillan also. Okay. Her
16 orthopaedic physician is Dr. Thornbury and on the
17 attending physician statement, UACL00024, under
18 restrictions, he says none, activity as tolerated.
19 And under limitations, he says activity as
20 tolerated.
21 Q      UACL24?
22 A      Yes, sir.
23 Q      Dr. Thornbury.
24 A      And he was the physician indicated he
25 was treating her for her pain in her ankle and foot

121

1  and underneath that he says patient was off work
2  June, July of 2003, but has not been taken off of
3  work for current period.
4  Q        Okay.  And this is in regard to the
5  pain in her ankle and foot?
6  A        Yes.
7  Q        Okay.  So Dr. Thornbury didn't provide
8  R&Ls for pain in ankles and foot.  All right.  Let
9  me ask you -- oh, I see what you're saying there.
10 Back to 164.
11 A        Okay.
12 Q        Quote, while her physician treating for
13 sleep apnea indicates she is unable to work, he also
14 provides no R&Ls to her abilities, end quote.  Do
15 you see -- and you know what I'm about to ask.
16 Where did you get that?
17 A        Yes.
18 Q        Another attending physician statement
19 submitted.  In that previous attending physician
20 statement that was submitted with the initial claim
21 form and you're going now to another one, I think --
22 which one are you going to?
23 A        Page UACL0005 completed by Dr. Rubin
24 Richardson who was her sleep disorder physician and
25 under restrictions and limitations, he doesn't

122

1  provide any.  It's left blank.
2  Q        And you're talking about -- in the
3  first part of that sentence, you say the attending
4  physician says she's unable to work.  You're
5  referring to UACL25, block number three, quote, has
6  this patient been released to work in his/her
7  occupation.  It was checked no.  In any occupation,
8  it's checked no.
9  A        That's correct.
10 Q        Okay.  But you're saying he didn't give
11 you enough to document the restrictions and
12 limitations?
13 A        Correct.  And he also didn't provide
14 restrictions and limitations.  So that's why the
15 question was asked no work, is no work supported.
16 Q        Who requested his records?
17 A        Dr. Richardson?
18 Q        Uh-huh.
19 A        Dr. Richardson's records were provided
20 with the initial claim, initial claim form.
21 Q        I'm sorry.  What are you referring to?
22 A        Page UACL00028.  And there is also a
23 consultation from Dr. Richardson, page UACL00031.
24 Q        Okay.  UACL28 and UACL31?
25 A        And there are subsequent records from

123

1  Dr. Richardson following that.
2  Q        Okay.  Do you feel like you had all of
3  the records necessary to assess Dr. Richardson's
4  reasons for saying this woman couldn't go back to
5  work?
6  A        I don't remember, but probably because
7  his records were provided with the initial claim.
8  Q        Okay.  I'm sorry.  I keep taking us off
9  of them.  We were --
10          MR. MORRISSETTE:  I'm sorry.  You said
11 subsequent records?
12 A        Oh, subsequent to page --
13          MR. MORRISSETTE:  Were you referring to
14 after the attending physician?
15 A        I was referring to after that page.
16 Q        The package of the initial claim form
17 documents?
18 A        Right.  There were more records than
19 just on page 00028, 00031.
20 Q        In those initial 50 pages of that fax
21 that you got from the Annuity Board, they included
22 medical records?
23 A        That's correct.
24          MR. MORRISSETTE:  There were also
25 Richardson records further in the file.  That's what

124

1  I thought she was referencing.
2          MR. SINCLAIR:  There were?  Where are
3  they?
4          MR. MORRISSETTE:  93 -- 92, 93.
5          THE WITNESS:  Yeah.  It looks like
6  there was a request made to Dr. Richardson on
7  July 27th, 2004.  Page UACL00087 and then received
8  on UACL00093.
9  BY MR. SINCLAIR:
10 Q        I remember seeing these.  I had a
11 question about 92 I think it is, the letter to
12 Dr. Richardson.
13 A        Okay.
14 Q        It says we want -- this is -- this
15 is -- it doesn't have a signature page.  This is
16 obviously Mr. Estrada or somebody at the claims
17 department asking Dr. Richardson for his records,
18 right?  Would Mr. Estrada initiate these requests?
19 A        Yes.
20 Q        Okay.  It may be handled by somebody
21 else, but Mr. Estrada would be the person initiating
22 the request?
23 A        Yes.
24 Q        Why are they requesting records from
25 February of 2004 to July 27th, 2004?

125

Bonita Connally - Direct by Mr. Sinclair

1   A        I do not know.  It's probably to get a
2   history back just prior to her date of disability.
3   Q        As a consultant, would you not want to
4   see more of a medical history than just three months
5   prior to the disability?
6   A        It would depend on each claim.
7   Q        Okay.  Well, I mean, a diagnosis of
8   sleep apnea.  What else did Dr. Richardson put,
9   cataplexy, narcolepsy, hypersomnia, sleep apnea.
10  Are you familiar with those conditions?
11  A        I know of them.
12  Q        Okay.  And you've dealt with claims
13  with those particular diagnoses before?
14  A        Yes, sir.  Yes.
15  Q        Thank you.  Would those conditions not
16  warrant an investigation beyond just a three-month
17  period prior to the date of disability?
18  A        I don't know, but looking back in the
19  file at the records provided by Dr. Richardson when
20  the claim was made, it looks like those began in
21  '98.  So we did have some semblance of a history
22  already in the file.
23  Q        Okay.  You're talking about the claim
24  form documents that were sent in, the first 50
25  pages?

126

Bonita Connally - Direct by Mr. Sinclair

1   A        Correct.
2   Q        But when you -- when an investigation
3   is made into a claimant's medical condition -- well,
4   you know, that's a good question.  When you made
5   your decision, did you dispute the diagnosis
6   assigned by the attending physician?
7   A        No, sir.
8   Q        You felt like the restrictions and
9   limitations assigned by Dr. Richardson were not
10  appropriate based upon the OSP review?
11  A        That was Dr. Vatt's conclusions, so
12  yes.
13  Q        Well, Dr. Vatt can't make the
14  determination as to contractual liability under the
15  terms of the policy.  He can only -- actually, let
16  me ask you this question.  Is he authorized to find
17  a claimant disabled under the AMA Guidelines?
18          MR. MORRISSETTE:   Object to the form.
19  A        I don't know.
20  Q        Okay.  Do you know what guidelines the
21  OSPs used in this time period of 2004?
22  A        No.
23  Q        Okay.  All right.  I'm sorry.  I'm back
24  to 164 now.  Do you want to flag?  Down at the
25  bottom it says, recommend confer with OSP for

127

Bonita Connally - Direct by Mr. Sinclair

1   further clarification.  What were you wanting to
2   clarify?
3   A        Probably her restrictions of no work.
4   Q        And tell me what you mean by
5   restrictions.
6   A        What the physician is saying she's
7   unable to do.
8   Q        And limitations?
9   A        Correct.
10  Q        I'm sorry.  Let me ask the question a
11  little bit better.  Restrictions are different from
12  limitations, right?
13  A        Right.
14  Q        Okay.  Define -- give me your
15  definition of restrictions.
16  A        Restriction is something that you can't
17  do.
18  Q        And your definition of limitation?
19  A        It's something that you can do, but
20  only for a limited time.
21  Q        Or should not do on a regular basis?
22  A        Correct.
23  Q        Okay.
24          MR. MORRISSETTE:   Object to the form.
25  Q        You were requesting clarification on

128

Bonita Connally - Direct by Mr. Sinclair

1   the restrictions and limitations assigned to
2   Ms. Bullard, is that right, in this activity report
3   at 164?
4   A        I was requesting that she assist in
5   clarification of the restrictions the doctor had
6   already gave.  And by clarification, I mean are
7   those restrictions supported.
8   Q        But I mean -- okay.  Maybe I'm missing
9   something.  I thought you were indicating to me that
10  nobody had provided restrictions and limitations.
11  Some doctors had indicated that she was not able to
12  return to work, but the strict definition you've
13  given me is in addition to simply a doctor saying
14  she can't return to work, you're saying write down
15  what she cannot do and what she should not do and I
16  didn't see that in the medical records that we've
17  reviewed thus far.  So let me ask the question
18  again, I guess.  You're asking for the OSP, the
19  on-site physician, to assess the attending
20  physician's restrictions and limitations they have
21  assigned to this young lady?
22  A        That's correct.
23  Q        What restrictions and limitations were
24  the on-site physician going to be assessing?
25  A        No work.

1           MR. MORRISSETTE:  Object to the form.
2  A      Which is what they -- that's all we had
3  been able to get from the physician was either none,
4  she has no restrictions or her restriction is no
5  work.
6  Q      The one guy who said none was a guy who
7  said she had pain in her ankles and feet, right?
8  When we talk about restrictions and limitations, you
9  say someone said none.  It was actually the
10  physician who treated and diagnosed her with pain in
11  ankles and feet who said no restrictions and
12  limitations?
13            MR. MORRISSETTE:  Object to the form.
14  A      Her orthopedist said none, no
15  restrictions and limitations.
16  Q      And what was the condition he was
17  assessing?
18  A      Pain in ankles and feet.  And the
19  orthodontist, Dr. Foy, treating her for sleep apnea
20  and TMJ indicated as a diagnosis also says none
21  under restrictions and limitations.
22  Q      An orthodontist is not -- I mean, he's
23  treating her TMJ as it relates to -- are you
24  familiar with sleep apnea?
25  A      I've heard of it.

1  Q      Have you assessed --
2  A      I've seen claims with it, yes.
3  Q      Okay.  An orthodontist treating
4  somebody with sleep apnea would be moving their jaw
5  around in order to assist them in sleeping and
6  breathing, correct?
7            MR. MORRISSETTE:  Object to the form.
8  A      Yes.
9  Q      Okay.  They wouldn't be assessing their
10  sleep apnea restrictions and limitations.  They
11  would be assessing what's going on in their mandible
12  essentially that's causing them to maybe -- as it
13  relates to the sleep apnea; is that right?
14            MR. MORRISSETTE:  Object to the form.
15  A      I don't know.
16  Q      Let me ask it another way.  You said
17  the orthodontist said no restrictions and
18  limitations and the doctor treating her pain in her
19  feet and ankles said no restrictions and
20  limitations, but I haven't seen any restrictions and
21  limitations as that term is defined in the file up
22  to the date of this request from her attending
23  physicians.
24            MR. MORRISSETTE:  Object to the form.
25  Q      Have you -- can you point me to any?

1  A      There weren't any provided with the
2  exception of no work.
3  Q      Okay.
4  A      And we do have to consider that a
5  restriction and limitation because he's restricting
6  her from no work.
7  Q      So that box being checked is sufficient
8  to -- I'm sorry.  You're looking at the attending
9  physician statements.  Let's say, for example, 25
10  UACL25.  Block number three. has patient been
11  released to return to work in his/her occupation.
12  Check no.  That is a restriction and limitation?
13  A      It could be considered a restriction
14  and limitation, but it's not specific.
15  Q      Okay.  Because in the very next line --
16            MR. MORRISSETTE:  Where are you?
17            MR. SINCLAIR:  Sure.  UACL25.
18            MR. MORRISSETTE:  Where were you
19  referring to the no work?
20            MR. SINCLAIR:  UACL25.
21            MR. MORRISSETTE:  No.
22            MR. SINCLAIR:  UACL25.
23            MR. MORRISSETTE:  171.
24  BY MR. SINCLAIR:
25  Q      No.  We were talking about UACL25.  All

1  right.  The very next block down in UACL25 under
2  three, you've got first released her to return to
3  work in his or her occupation, no.  The next line
4  down says if patient has demonstrated a loss of
5  function, please provide restrictions and
6  limitations and the date they began in the space
7  provided below.  It actually has blocks where
8  restrictions are supposed to be described and then a
9  separate block where limitations are supposed to be
10  described and I had never heard it indicated that
11  those blocks under three of the attending physician
12  statements were redundant.  I mean, they are
13  separate things, correct?  Saying somebody can't
14  return to work is completely different from
15  providing a description of restrictions and a
16  description of limitations.
17  A      It is different.
18  Q      Okay.  So my question was when you
19  sent -- in 164, when you sent this request for an
20  on-site physician review for further clarification,
21  you indicated it was for the restrictions and
22  limitations.  You wanted him to assess her attending
23  physicians' assignment of restrictions and
24  limitations.  I don't see any in the file.
25            MR. MORRISSETTE:  Are you referring to

Bonita Connally - Direct by Mr. Sinclair

1  just her or Dr. McKinney? Object to the form.

2  Q      Do you understand the question as I

3  posed it?

4  A      No.

5  Q      Okay. You told me that at the 164 when

6  you stated, quote, recommend confer with OSP for

7  further clarification, end quote, that the reason

8  for your request for the OSP clarification was that

9  you wanted an on-site physician to assess the

10  restrictions and limitations that were assigned to

11  Ms. Bullard. Do you remember giving me that

12  statement?

13  A      Yes.

14  Q      What restrictions and limitations was

15  the OSP going to assess if there were none assigned

16  by the attending physicians?

17  A      I don't know.

18  Q      What restrictions and limitations did

19  Mr. Estrada --

20        MR. MORRISSETTE:  Object to the form.

21  Where are you saying there were no restrictions and

22  limitations?

23        MR. SINCLAIR:  She's got it so far.

24  She understands.

25        MR. MORRISSETTE:  Object to the form.

Bonita Connally - Direct by Mr. Sinclair

1  I think you're misstating what the file says.

2  BY MR. SINCLAIR:

3  Q      Let me ask you this way. As you sit

4  here today, do you think somebody should have made

5  an additional effort to find out what restrictions

6  and limitations these physicians were assigning?

7        MR. MORRISSETTE:  Object to the form.

8  A      Yes.

9  Q      Okay. Let's go on to 166, which I

10  think -- oh, you know what. Wait a minute. You

11  tried to straighten me out on this a minute ago.

12  The RN review starts at about 165 and she indicates

13  activity, updated medical records received. I think

14  she's summarizing medical records there. Is that

15  what that indicates to you?

16  A      It just says we received additional

17  records since she looked at the file last, previous

18  reviews were dated 7/30 and 8/12.

19  Q      Okay. So do you want to go back and

20  look at the 7/30 review and 8/12 review and we'll

21  see if we can't --

22        MR. MORRISSETTE:  Where were you

23  looking?

24  A      For the 7/30 review. Page UACL00129.

25  Q      Okay. Okay. This is going to be the

Bonita Connally - Direct by Mr. Sinclair

1  initial assessment by the RN, right? Okay. Let me

2  ask that a different way. The claims manual talks

3  about how you're to seek guidance as DBS from the

4  on-site medical personnel RN through a walk-in if

5  you need additional guidance on how to proceed with

6  a claim. Do you remember seeing that in the claims

7  manual?

8  A      Yes.

9  Q      Okay. This is what he's doing here,

10  correct? This is where Mr. Estrada is going in to

11  see Nurse McMillan and essentially just providing

12  her with the initial claim, 50 pages of claim form,

13  right? At this point, he hasn't made any medical

14  records requests. He's written her a couple of

15  letters to indicate that they are assessing it. You

16  know what they did, they made a medical records

17  request. I see that. Let me restate that question

18  because that's not a fair assessment.

19        This is the first review she's talking

20  about that she did on the file. It said the 7/30

21  review. It says here that she reviewed certain

22  medical records. Can you tell exactly what medical

23  records she reviewed?

24  A      It says medical records from

25  Dr. Richardson, sleep disorders medicine, 1998 to

Bonita Connally - Direct by Mr. Sinclair

1  2004.

2  Q      Okay. I'm sorry. That's UACL129. It

3  says down there, 5/17/04, repeat colonoscopy,

4  reported to indicate colitis worse. Do you see

5  where she says that in her review?

6  A      Yes.

7  Q      Okay. Do you know what doctor was

8  treating her for colitis?

9  A      I don't know.

10  Q      Okay. Look down at the bottom of that

11  sentence. This is why I wanted us to flip back

12  here. You see that last sentence down there?

13  A      Yes.

14  Q      It actually agrees with what I think

15  you've told me. It says, quote, need updated

16  treatment notes, diagnostic test results, and

17  specific restrictions and limitations from all

18  treating physicians. Now, that didn't happen, did

19  it?

20        MR. MORRISSETTE:  Object to the form.

21  A      I don't see where everything was

22  received.

23  Q      Do you see where the requests were

24  made?

25  A      I don't see any requests made between

137

Bonita Connally - Direct by Mr. Sinclair

1  the 7/30 review and her August 4th review.
2  Q        Okay. When you were reviewing this
3  file, did you see any peer-to-peer,
4  physician-to-physician conversations between
5  Dr. Vatt and the attending physicians?
6  A        I didn't see any.
7  Q        And they would be documented in the
8  claim file, right?
9  A        Yes, sir.
10  Q        Now, as a consultant, you would
11  interact with Dr. Vatt on a regular basis -- well,
12  strike that. How do you define regular basis.
13            Would you see Dr. Vatt on a daily
14  basis?
15  A        No.
16  Q        Okay. They're actually located in a
17  different section of the building essentially,
18  correct?
19  A        The physicians are.
20  Q        They would sometimes come down to like
21  large case group to be available for assessments,
22  but they would typically be available in their
23  offices in a different part of the building?
24  A        That's correct.
25  Q        And you would have to actually send

138

Bonita Connally - Direct by Mr. Sinclair

1  them an activity request or take the file up to them
2  for review?
3  A        You would send them a request.
4  Q        Send them a request. Have you ever
5  been in Dr. Vatt's office?
6  A        I don't remember.
7  Q        Okay. Okay. Let's then turn to the
8  8/12/04 RN review she indicates she completed.
9  Wait. There was another question I had. Hold on a
10  second. Hold on a second. If you would, flip back
11  to UACL129. That's the first RN review by Nurse
12  McMillan. That first review was completed when,
13  7/30/04, that's below her signature, correct?
14  A        That's correct.
15  Q        Then we flip over to UACL130 and
16  does this activity reflected on UACL130 predate the
17  7/30 review by Nurse McMillan?
18  A        It looks like it does.
19  Q        Okay. Now, you -- okay. So UACL130
20  predates the nurse review on 7/30?
21  A        Yes.
22  Q        Okay. It indicates on there that 45
23  days IL decision or extension due. Now, I'm going
24  to take a guess. Forty-five days, it's calendared
25  for a follow-up to make the initial liability

139

Bonita Connally - Direct by Mr. Sinclair

1  decision or extend the decision time period; is that
2  right?
3  A        That's correct.
4  Q        Okay. Now, that's done on 7/16/04. On
5  6/7/04, there's an activity that appears to predate
6  that previous activity on that same UACL130 and it
7  says claim is going to be reviewed in MDM on
8  7/30/04. What is an MDM?
9  A        I don't remember what it stands for.
10  It was the triage with the nurse or with the
11  physician.
12  Q        It has to do with multidisciplinary?
13  A        Yes.
14  Q        Okay. Are you familiar with the term
15  roundtable?
16  A        Yes.
17  Q        It's the polite way of saying we're
18  bringing in multidisciplinary personnel to review
19  the claim. We're bringing in a claims DBS, a nurse,
20  maybe a consultant to review it. That's what an MDM
21  is, right?
22            MR. MORRISSETTE:    Object to the form.
23  A        It might not have all of those parties.
24  It could have a different variation.
25  Q        The reason I'm asking this is because I

140

Bonita Connally - Direct by Mr. Sinclair

1  went through this thing and obviously, I don't --
2  but I could not find any record from the MDM in this
3  file. Is there a record generated?
4  A        There should be if it was. I think in
5  this case, he might have misspoke by calling it MDM.
6  Q        Misspoke, what do you mean?
7  A        He might have referred to the --
8  meaning the triage with the nurse, but putting MDM
9  in the file.
10  Q        But MDM is a very specific thing?
11  A        Yes, it is.
12  Q        Multidisciplinary management?
13            MR. MORRISSETTE:    Object to the form.
14  She said she doesn't know what it is.
15  Q        Does that sound familiar?
16  A        I don't remember what it stands for.
17  Q        Would it help to look at the claims
18  manual?
19  A        Multidisciplinary, that does sound
20  familiar. I do not know what the last M stands for.
21  Q        Okay. But anytime an MDM was
22  performed, there would have to be documentation on
23  it?
24            MR. MORRISSETTE:    Object to the form.
25  A        That's correct.

**141**

Bonita Connally - Direct by Mr. Sinclair

1  Q        Where would the documentation be
2  maintained?
3  A        In the claim file.
4  Q        It would?
5  A        Yes.
6  Q        It wouldn't be in the manager's file?
7  A        No, sir.
8  Q        Unless there was an attorney present?
9  A        No. I don't even know then that it
10 would be kept somewhere else. All the documentation
11 pertaining to the file should always be in the claim
12 file.
13 Q        But legal would -- okay. Have you ever
14 been to an MDM where an attorney is present from
15 legal?
16 A        Yes, I have.
17 Q        Okay. And they're often -- okay. How
18 often -- how many times have you been to MDMs?
19 A        Probably between six and twelve.
20 Q        Okay. And it's just like two or three
21 people sitting around in a little conference room
22 chatting or is it a large table with many different
23 disciplines sitting around the table that are
24 available?
25 A        There's usually many different

**142**

Bonita Connally - Direct by Mr. Sinclair

1  disciplines available.
2  Q        All right. So we would have sitting at
3  that table typically somebody from legal. Have you
4  ever been to an MDM where somebody from legal wasn't
5  there?
6  A        Maybe once.
7  Q        Once. Okay. All right. So typically
8  there would be somebody from legal there. You would
9  have somebody from maybe a nurse's position,
10 somebody from an OSP position, somebody from a
11 consultant position, somebody from a management
12 position and then the DBSs would bring in those
13 claims for the MDM review, right?
14 A        Correct.
15 Q        Any other positions that would
16 typically be seated at that table that I haven't set
17 out here?
18 A        Yeah. There could be a vocational
19 professional there.
20 Q        Voc rehab. Okay. Anybody else that
21 you can think of?
22 A        Not that I can think of offhand.
23 Q        All right. So you didn't see any
24 documentation in there from an MDM on 7/30?
25 A        No.

**143**

Bonita Connally - Direct by Mr. Sinclair

1  Q        Okay.
2           MR. MORRISSETTE: Do you want to take
3  break?
4           MR. SINCLAIR: Sure. We can take a
5  break.
6           (Thereupon, a brief recess was
7           taken.)

8  BY MR. SINCLAIR:
9  Q        We were looking back at the different
10 nurse reviews and we had found an indication the
11 claim went to an MDM on UACL130?
12          MR. MORRISSETTE: Object to the form.
13 Q        We can't find any documentation. I'm
14 not asking a question. I'm just bringing you back
15 to where we were. Next we're going to look for the
16 8/12 nurse review and I think that that's just a
17 couple of pages over. Actually, tell me something
18 if I'm wrong. 164 is a file review by Pamela
19 McMillan. Oh, no. You know what, she's
20 referring -- when she says 8/12/04, she's referring
21 to her meeting with you, isn't she?
22 A        What page are you looking at?
23 Q        I'm sorry. Remember, we were talking
24 about the dates that she had indicated she had

**144**

Bonita Connally - Direct by Mr. Sinclair

1  previously reviewed the file and we started on 165
2  saying, okay, she had 7/30/04 and 8/12/04 down.
3  A        Okay.
4  Q        All right. We found 7/30/04. Go to
5  the previous page, the immediately preceding page,
6  164. That's her review with you on 8/12/04, isn't
7  it?
8  A        Yes.
9  Q        Okay. All right. Good. We don't have
10 to go find another summary of medical records then.
11 All right. Okay. We were going to flip over now to
12 166 which is where my question began some time ago
13 about the nurse review and the physician review of
14 these records.
15 A        Okay.
16 Q        Okay. Now, if I'm right, you tell me
17 if I'm wrong, but I think that 166 and 167 is the
18 nurse's summary of the medical records on file at
19 the time that she made this review, which appears to
20 be 8/17/04?
21 A        Yes.
22 Q        Okay. All right. Now, it doesn't give
23 a completed date or actually it does in her
24 signature line. On 167, UACL167, it says 8/17/04,
25 Pamela McMillan. Do you see that?

1   A       Yes.
2   Q       All right.  You reviewed this document
3   prior to making the initial liability decision,
4   right?
5   A       Yes.
6   Q       Okay.  Did you --
7           MR. MORRISSETTE:  Let me -- she's
8   flipping through.  I'm worried she's not listening
9   to your question.
10          THE WITNESS:  I'm sorry.  I am.
11          MR. MORRISSETTE:  Let's call time out
12  if you need to look through the file.
13  Q       Yeah, you can do that.  You were, I
14  think, probably looking for another nurse review,
15  weren't you?
16  A       Uh-huh.
17  Q       I didn't see one when I went through it
18  the last couple of times.  I think there's just two.
19  A       Okay.
20  Q       I think she's referring to the meeting
21  with you is the only thing I can figure out going
22  through this thing.  Okay.  UACL166 and 167 are
23  Nurse McKinney's summary of the medical records.
24  Now, let me ask you.  A nurse, she summarizes the
25  medical records.  Does she determine what

1   information out of the medical records are relevant?
2   A       I don't think so.
3   Q       Okay.  So the OSP, the physician who
4   reviews these records, is responsible for reviewing
5   all the medical records, not just the nurse's
6   summary?
7   A       Correct.
8   Q       Okay.  So Dr. Vatt is responsible --
9   I'm not asking you whether or not he did, but it's
10  your understanding that the OSPs are responsible for
11  reviewing all the medical records, not just the
12  nurse summary, correct?
13  A       That's my understanding.
14  Q       Okay.  All right.  Would it concern you
15  if the doctors only reviewed the summaries?
16          MR. MORRISSETTE:  Object to the form.
17  A       Yes.
18  Q       Okay.  Take a minute and look through
19  166 and 167.  This is what you reviewed along with
20  168 and 169 and 170.  This is the on-site physician
21  and RN review, is that right?  From 166 to 170 is
22  the on-site physician and RN review?
23  A       That's correct.
24  Q       Okay.  Just so I understand and you can
25  help me with this.  It looks like at 168, UACL 168,

1   this is part of the physician review, but it's
2   actually the nurse's summary of the medical records;
3   is that right?
4           MR. MORRISSETTE:  Where are you
5   specifically referencing?
6   Q       Take a look at 166 and 168.  Do you
7   see there -- I guess I'm asking you to explain how
8   this activity form thing works on the computer
9   system.  At what point can I tell when
10  Dr. Thornbury -- I'm sorry.  At what point can I
11  tell when Dr. Vatt is talking?
12  A       Should be on 169 under response.
13  Q       Okay.
14  A       And I believe that -- well, normally
15  their form, the way they did things was to copy
16  their review and preface that with the questions
17  they were asking the physician, but they had to do
18  that in a separate activity.
19  Q       Got you.  I think I understand what you
20  just said.  Okay.  Let me ask you at 169, UACL169,
21  that's the -- halfway down, physician question.
22  That's the question being posed by the nurse to the
23  physician and it's actually a take on the initial
24  question posed to the nurse, right?  Do you remember
25  that initial question posed to the nurse?

1   A       Yes.
2   Q       Okay.
3   A       She's asking specifically about support
4   for the restrictions stated by Dr. McKinney.
5   Q       Yeah.  Dr. McKinney didn't treat or
6   provide documentation on all of these records,
7   right?
8           MR. MORRISSETTE:  Object to the form.
9   Q       Let me say that again.  What did
10  Dr. McKinney -- how can I put this?  Dr. McKinney --
11  let's go up to her summary and actually I looked at
12  this earlier.  Okay.  Here we go.  166, let's look
13  at the nurse review, if we can.  She says down there
14  at the second to last paragraph, quote,
15  Dr. McKinney, family physician, notes from 2003 to
16  2004 records:  04-07-04, most recent note in claim
17  file from attending physician and prior to date of
18  disability indicated E complaining of rash and
19  stated she started hydrocortisone rectally for
20  ulcerative colitis.
21          Here's my question to you.  The
22  question posed by the nurse in this case at
23  UnumProvident, is that an appropriate way to phrase
24  the question?  I mean, she's asking whether or not
25  Dr. McKinney's R&Ls are supported and for what

149

1  duration.
2  A        I don't know.
3  Q        Okay. Would you have phrased it
4  differently?
5          MR. MORRISSETTE:  Object to the form.
6  A        I don't know.
7  Q        Well, as you sit here today, would you
8  phrase it differently?
9          MR. MORRISSETTE:  Object to the form.
10  A        I may ask or have asked if based on the
11  records we had received from each different
12  physician, if restrictions and limitations were
13  clearly identified by the doctor and if they're
14  supported.
15  Q        Okay. That's what I thought. I mean,
16  there's more than one doctor who's assigned a
17  specific diagnosis to this young lady, right?
18  A        Yes.
19  Q        Okay. There are multiple diagnoses.
20  Am I saying that the right way? Is it diagnoses? I
21  have no idea.
22  A        Diagnoses.
23          MR. SINCLAIR:  Henry, is it diagnoses
24  or diagnosis?
25  A        I think it's diagnoses.

150

1  Q        Okay. There's multiple diagnoses
2  assigned to this young lady. I mean, I think we
3  went through 15 or so conditions that she's been
4  diagnosed with. Why would they -- you know, you
5  don't know why she phrased it that way.
6  A        I don't know.
7  Q        Yeah. You don't know. Okay. Let's
8  look at -- let me just ask you straight out. As
9  we're sitting here today and you're looking at 169
10  and you're looking at the question that Nurse
11  McKinney posed to Dr. Vatt, does that raise a flag
12  with you? Does that make you think maybe somebody
13  needs to go back and look at this one again?
14          MR. MORRISSETTE:  Object to the form.
15  A        I don't understand the question.
16  Q        Okay. If we were back in August of
17  2004 and I pointed out that the nurse's question to
18  the doctor limited his review to the assessment of
19  the family physician, Dr. McKinney's R&Ls, would you
20  maybe tell the nurse to do it differently?
21          MR. MORRISSETTE:  Object to the form.
22  What do you mean pointed out? The whole question is
23  not that limited. Anyway, object to the form.
24  A        I may have asked her why she only
25  included Dr. McKinney.

151

1  Q        Maybe because that's the only R&Ls she
2  actually had at that point in the file.
3          Okay. All right. Let's move to the
4  doctor's assessment, which is bottom of 169 to 170.
5  Okay. Do you know what -- let me ask you, what does
6  a physician board certified in aerospace do?
7  A        I do not know.
8  Q        Okay. And I'm being serious. I have
9  no clue either.
10          Okay. Claimant has been diagnosed with
11  obstructive sleep apnea. Claimant reports she has a
12  history of narcolepsy, but doctor doing sleep study
13  did not identify narcolepsy as a diagnosis. We
14  actually covered all the diagnoses and we actually
15  covered cataplexy and narcolepsy earlier; do you
16  remember that?
17  A        Yes.
18  Q        But it wasn't in a sleep study form.
19  It was actually on an attending physician statement,
20  right?
21          MR. MORRISSETTE:  Object to the form.
22  A        We found it on an attending physician
23  statement.
24  Q        Okay. So what the doctor is saying
25  there is that the sleep study record didn't identify

152

1  narcolepsy. He's not saying she didn't have
2  narcolepsy, correct?
3  A        Correct.
4  Q        I want to know your understanding as
5  you're reading this because you're the person who
6  made the initial liability determination. Did you
7  think he was saying she didn't have narcolepsy?
8          MR. MORRISSETTE:  Object to the form.
9  A        No.
10  Q        Okay. You understood him to be just
11  saying that the doctor who did the sleep study
12  didn't say narcolepsy?
13  A        Yes.
14  Q        Okay. In your opinion, does that
15  mean -- or the way you read this to you when you're
16  making this decision, does that mean she didn't have
17  narcolepsy in your mind?
18  A        Not necessarily, no.
19  Q        When you made the determination, did
20  you think she had narcolepsy?
21  A        I don't remember.
22  Q        As you sit here today, do you think she
23  has narcolepsy?
24  A        I don't know.
25  Q        Let's go down. It states psychotropic

1 medications, antidepressants and stimulants are
2 being prescribed. There is a report of cognitive
3 impairment, but no testing or evaluation of this
4 complaint. The record does not document a referral
5 for further evaluation, testing or treatment as
6 would be expected if an individual were
7 significantly impaired. That statement right there
8 by Dr. Vatt, does that mean to you that he wants
9 somebody to go get the records and assess this
10 woman's abilities as far as a cognitive testing?
11 A        That's not how I interpret it.
12          MR. MORRISSETTE:  Object to the form.
13 Q        How do you interpret it?
14 A        I interpret it to say that it's
15 mentioned in her office notes with one of the
16 physicians. It doesn't specify which one, that she
17 had some cognitive complaints, but that there had
18 been no formal cognitive testing.
19 Q        So there's a lack of documentation?
20 A        There's just a lack of cognitive
21 testing.
22          MR. MORRISSETTE:  Object to the form.
23 Q        Okay. Do you think she should have had
24 cognitive testing done?
25          MR. MORRISSETTE:  Object to the form.

1 A        I don't know.
2 Q        Who would make that call in your claim
3 structure? Earlier you indicated the doctors --
4 A        It would have been a physician to
5 recommend. Looking at what she was claiming
6 disability for, it doesn't look like cognitive
7 issues were claimed as her disabling condition.
8 Q        What do you mean what she's claiming
9 disability for?
10 A        On her initial disability form, when
11 she fills it out -- let me get the form. It is --
12 Q        I think it's like 18. No, that's
13 employment statement.
14 A        It is, looks like, page 22 when she
15 describes her nature of sickness, she includes
16 narcolepsy, sleep apnea, ulcerative colitis, high
17 blood pressure, surgery on her neck, surgery on both
18 feet, still needs surgery on feet, has two bulging
19 discs in back, arthritis, bursitis, TMJ and
20 fibromyalgia.
21 Q        And she actually ran out of room to
22 write on there, didn't she?
23          MR. MORRISSETTE:  Object to the form.
24 A        It looks like she had to go to the next
25 line.

1 Q        If a claimant fails to indicate a
2 condition -- well, wait a minute. If a claimant
3 fails to list in the claim form the nature of the
4 sickness, but the records indicate an additional
5 sickness that wasn't indicated, should she be
6 assessed for both what she listed and what the
7 records indicate?
8          MR. MORRISSETTE:  Object to the form.
9 A        We would look or should be looking at
10 what the records say as well as what she has said.
11 Q        And if somebody had a cognitive
12 impairment as a basic, you would want to really look
13 at what's going on with them because maybe they
14 don't have the ability to fill out the form, right?
15          MR. MORRISSETTE:  Object to the form.
16 A        We would want further information.
17 Q        Okay. Let's go down to the next block
18 here on 170. This is Dr. Vatt talking. Claimant
19 has been diagnosed with ulcerative colitis, related
20 treatment records predate the claimed date of
21 disability. The record does not document a change
22 in treatment or recommendation for additional
23 evaluation or testing as would be expected if an
24 individual with colitis was not responding to the
25 recommended treatment plan. Are you familiar with

1 colitis?
2 A        I've heard of the condition.
3 Q        What do you understand colitis to be?
4 A        It's a gastric, gastric issue, could
5 have diarrhea, could have constipation, abdominal
6 cramping.
7 Q        That statement that Dr. Vatt made
8 regarding ulcerative colitis, when you reviewed that
9 to make your determination, was it your
10 understanding that he was asking for additional
11 records with regard to the ulcerative colitis?
12          MR. MORRISSETTE:  Object to the form.
13 A        No.
14 Q        Well, tell me, do you feel like his
15 statement was an indication that she didn't have
16 ulcerative colitis?
17 A        No.
18 Q        There's mention of an expected
19 treatment plan here. Did that indicate to you that
20 she was not being actively treated for colitis?
21          MR. MORRISSETTE:  Object to the form.
22 A        No.
23 Q        Did that statement regarding her
24 colitis indicate that there were restrictions and
25 limitations arising from that condition?

157

1    A        Not based on this statement.
2    Q        Does the statement provide any
3    assessment of restrictions and limitations assigned
4    by attending physicians with ulcerative colitis as
5    the basis for those restrictions and limitations?
6    A        No.
7    Q        Okay.  Next sentence, there's mention
8    of having surgery on her feet with placement of
9    screws.  Related records have not been provided.
10   Arthritis work-up was reported to be negative.
11   Okay.  Let's take that statement.  Do you think that
12   from that statement Dr. Vatt was indicating that
13   somebody should go get some medical records on that
14   particular medical condition?
15       MR. MORRISSETTE:   Object to the form.
16   A        No.
17   Q        As you look back on it today, do you
18   think maybe getting additional medical records on
19   the potential for additional surgery on her feet was
20   something that should have been done?
21       MR. MORRISSETTE:   Object to the form.
22   A        With the arthritis and that would have
23   been Dr. Paul.
24   Q        Okay.  In that statement from Dr. Vatt,
25   is there any indication of his assessment of the

158

1    restrictions and limitations assigned by the
2    attending physicians on account of the foot and
3    ankle pains that she was suffering?
4    A        I don't see any.
5    Q        Okay.  Next sentence, claimant is on a
6    number of medications.  This raises the question of
7    polypharmacy and drug interaction contributing to
8    reported symptoms.  Does that indicate to you maybe
9    somebody is going to have to do another review of
10   the file with a different specialty maybe to
11   consider the effect of all these medications on her
12   cognitive abilities?
13       MR. MORRISSETTE:   Object to the form.
14   A        I don't know.  I don't think I
15   considered that at the time.
16   Q        Okay.  You initially sent this for an
17   OSP review for clarification on the restrictions and
18   limitations assigned by the attending physicians.
19   And I think we've found that when you look now at
20   Dr. Vatt's clarification, does he actually clarify
21   restrictions and limitations for specific conditions
22   at any point in his statements found at 169 and 170?
23   A        No.
24   Q        All right.  And 171 is your decision
25   and I think we -- you know, we got through the first

159

1    sentence.  It only took us about three hours.  I'll
2    see if I can't speed this up.
3            Medical information confirms -- medical
4    information provided confirms that claimant has
5    multiple conditions.  We've gone through all those
6    conditions that you're aware of, correct?
7    A        Yes.
8    Q        Okay.  However, the only physician
9    indicating she is unable to work is treating her for
10   sleep apnea.  Records -- okay.  We've already
11   covered that.  We couldn't find restrictions.  We
12   already covered the restrictions and limitations
13   question.  So I'll just leave off with that.  Next
14   sentence, records do not document a change in her
15   condition.  Okay.  Is there anything in the policy
16   that requires her condition to change?
17   A        No.
18   Q        Treatment for sufficient R&Ls which
19   would preclude her from working in on occupation.
20   That's what OO means, right?
21   A        That's correct.
22   Q        Okay.  I do know that the policy
23   requires treatment, right?
24   A        It does require them to be under
25   appropriate care.

160

1    Q        Right.  Is the burden on the claimant
2    to document the restrictions and limitations?
3            MR. MORRISSETTE:   Object to the form.
4    A        I would have to take a look at the
5    policy for this particular one.  I do think it's the
6    responsibility of, in this case, Unum Life Insurance
7    Company of America to request the information and go
8    after the information that's out there.
9    Q        Okay.
10   A        We ask that the claimants assist us,
11   but I wouldn't say that it's their responsibility.
12   Q        Let me ask you, we talked about ERISA
13   earlier.  Now, I know in the claims manual they give
14   you training on bad faith and requirements of
15   different states.  Have you had any training of any
16   sort, whether OJT, informal training or formal
17   training through manuals, regarding the duty of an
18   insurance company to investigate claims?
19       MR. MORRISSETTE:   Object to the form.
20   A        I'm not sure.
21   Q        Okay.  Are you familiar with ERISA and
22   the requirements under ERISA?
23   A        With some of them.
24   Q        Okay.  Under ERISA, is a person
25   responsible for providing the documents to

1  UnumProvident themselves or does UnumProvident have
2  that same duty?
3        MR. MORRISSETTE:  Object to the form.
4  A        I don't know.
5  Q        Okay.  All right.  Have we talked about
6  everything that you did on this file?
7  A        Everything that I can see --
8  Q        Okay.
9  A        -- from the file.  I don't remember
10 anything outside of what we've looked at today.
11 Q        Let me ask you, you would communicate
12 via E-mail with the members of your team, right?
13 A        That's correct.
14 Q        Okay.  What is -- you have Outlook, I
15 think, is what Mr. Smith indicated to me the last
16 time I -- it is Outlook, right?
17 A        Yes, sir.
18 Q        And it was Outlook in 2004?
19 A        I think so.
20 Q        Okay.  You would communicate via
21 E-mails.  Are those E-mails placed in the claim
22 file?
23 A        No, sir.
24 Q        Okay.  Are you familiar with K-Vault
25 System?

1  A        No.
2  Q        Okay.  Are you familiar with the
3  retention of corporate E-mails pursuant to a court
4  order out of New York?
5  A        No.
6  Q        Okay.  All right.  So we've gone over
7  everything you can recall doing on this as you sit
8  here a mere two years later?  Now, I'm smiling when
9  I ask that so it will be reflected on the record.  I
10 understand you may not recall walking down the hall
11 to get a cup of water and chatting with Mr. Estrada
12 over it, but everything that's documented in this
13 file that you did, we've gone over so far, right?
14 A        Everything that I can remember, yes.
15 Q        Okay.  All right.  Would you have done
16 anything or taken any action on the file -- strike
17 that.  Bad question.
18        All right.  When you were a consultant,
19 you had a certain number of reviews that you had to
20 perform on a given week, right?
21        MR. MORRISSETTE:  Object to the form.
22 A        I don't remember having a number.
23 Q        Okay.  When they would review your
24 performance, the metrics, I think, is the way it's
25 phrased -- on your performance, that's outside of

1  the -- I'm not talking like the 360 type review.
2  I'm talking like the actual metrics on we want you
3  to be on this many files on any given week.  Do you
4  recall how many that was?
5        MR. MORRISSETTE:  Object to the form.
6  A        No.
7  Q        Okay.  Do you recall how many that was
8  in 2004?
9        MR. MORRISSETTE:  Same objection.
10 A        No.
11 Q        Okay.  When you set your goals -- when
12 did you go to group, May 2004?
13 A        To --
14 Q        I'm sorry.  To the Chattanooga large
15 case consultant position with team three.
16 A        May of 2004.
17 Q        When you started in May of 2004, did
18 they give you your targets and goals for the given
19 period?  Some of them were quarterly.  Some of them
20 were on a yearly basis.  I'm guessing yours were
21 quarterly because you started in the middle of the
22 year, but did they give you goals that they wanted
23 you to sort of benchmark yourself with?
24        MR. MORRISSETTE:  Object to the form.
25 Assumes facts not in evidence.

1  A        The only thing I can remember was they
2  wanted a certain percentage of claim determinations
3  to be made by 45th day or 60th day so we didn't have
4  a lot of claims waiting out there with no action
5  being taken.  I don't remember -- I think there were
6  others, but I don't remember them.
7  Q        Okay.  And you -- Terry Parker was your
8  management director or you were her management
9  direct report, correct?
10 A        I was her direct -- yes, I was her
11 direct report.
12 Q        I actually said that very specifically
13 and correctly, didn't I?  That was the first time
14 today.
15        All right.  Terry parker would have --
16 she kept your personnel file assessments, correct?
17 A        Yes.
18 Q        She would have that in her manager
19 file?
20        MR. MORRISSETTE:  Object to the form.
21 A        Yes.
22 Q        Okay.  And just so I'm clear, we're
23 talking about there were goals set for everybody
24 from DBSs to consultants about performance, specific
25 goals like how many you had to review in any given

Bonita Connally - Direct by Mr. Sinclair

1   period or how many closures or return to work --
2   closures being a bad word. Return to works you
3   might have in any given period, that was set out in
4   those -- I can't remember what they call the
5   metrics, but that was set out in a specific document
6   for everybody, right?
7           MR. MORRISSETTE: Object to the form.
8   A       I don't recall goals around return to
9   work or claim closures. I do remember goals around
10  accuracy, of claim coding, timeliness of decision,
11  starting the change in definition evaluations, past
12  due activities on your work list, things like that.
13  Q       Okay. And that would be assessed by
14  Ms. Parker?
15  A       That's correct.
16  Q       Your performance at least?
17  A       Correct.
18  Q       Okay. Got it. All right. In 2004,
19  that's right about the time they started return to
20  work success story meetings, correct? Were you part
21  of those?
22  A       I don't remember those.
23  Q       Okay. When you close a claim for
24  whatever reason, even if it's a denial of a claim,
25  is it categorized as a return to work success

Bonita Connally - Direct by Mr. Sinclair

1   story --
2           MR. MORRISSETTE: Object to the form.
3   Q       -- in 2004, in the time period we're
4   talking about?
5           MR. MORRISSETTE: Object to the form.
6   A       I don't think so.
7   Q       Okay. All right. I'm saying it the
8   wrong way then. Let me try it a different way.
9   You're familiar with the term return to work and
10  RTW?
11  A       Yes.
12  Q       Okay. All right. Tell me what your
13  understanding of the definition of return to work or
14  RTW is as you understand it to be used in the
15  company?
16  A       Return to work would be someone going
17  back to either their original occupation or a
18  different occupation within their abilities.
19  Q       Would it be somebody actually
20  physically returning to a job site?
21  A       That's my understanding.
22  Q       Okay.
23  A       Maybe not with their initial employer,
24  but someone actually going back to work.
25  Q       Okay. So return to work would mean

Bonita Connally - Direct by Mr. Sinclair

1   strictly somebody going back to a job?
2   A       Correct.
3   Q       Not claim closure?
4   A       That's my understanding, yes.
5   Q       Okay. You know, I didn't ask this one.
6   Let me ask you this one. We were searching for
7   R&Ls, restrictions and limitations, in the file
8   earlier for all these conditions and from these
9   attending physicians. Are you familiar with any
10  documents within the company that provide guidance
11  on what are appropriate restrictions and limitations
12  for given conditions?
13          MR. MORRISSETTE: Object to the form.
14  A       No.
15  Q       You've never heard of anything like
16  that?
17  A       I'm not familiar with anything, no.
18  Q       Have you ever heard of it?
19  A       Not that I can remember.
20  Q       Okay. So, for example, the company
21  having a memorandum on colitis and setting out
22  restrictions and limitations that are appropriate
23  typically for a given case of colitis, you've never
24  seen anything like that?
25  A       Not that I remember, no.

Bonita Connally - Direct by Mr. Sinclair

1   Q       Okay. And it really wasn't your
2   responsibility to assess restrictions and
3   limitations, was it?
4   A       No, sir.
5   Q       Okay. I didn't ask this one. I should
6   have asked this one. You told me you had been
7   deposed about five or six time for Cigna; is that
8   right?
9   A       I don't remember how many times I said,
10  but with Cigna, yes.
11  Q       I'm not going to say she told me -- but
12  it was somewhere around that number for Cigna. Have
13  you ever been deposed as a representative or in your
14  employment role with UnumProvident?
15  A       No, I have not.
16  Q       Have you ever had any claims end up in
17  litigation that you're aware of?
18  A       Not that I'm aware of.
19  Q       I'm your first?
20  A       You're my first.
21  Q       Sorry. How long would you spend
22  typically reviewing a file the size of
23  Ms. Bullard's --
24          MR. MORRISSETTE: Object to the form
25  Q       -- before you made the determination?

169

Bonita Connally - Direct by Mr. Sinclair

1   A        I don't know.
2   Q        It's 171 pages.
3   A        I don't know. It would depend on the
4   amount of documentation actually in the file.
5   Q        Okay. That's fair. Time records, you
6   kept track of when you started your review and when
7   you ended your review though, right?
8              MR. MORRISSETTE: Object to the form.
9   A        I'm not sure of your question.
10  Q        There was a system that tracked the
11  amount of time spent in reviewing a file, correct?
12             MR. MORRISSETTE: Object to the form.
13  A        I'm sorry. I don't understand. There
14  was a -- it would track when we receive a claim and
15  when we made the determination and give us that, but
16  it didn't actually say you've looked at this file
17  for X number of hours on this day. Does that answer
18  your question?
19  Q        It does answer my question. See, I've
20  gotten files where the doctor began his activity and
21  it logged the time and ended his activity and it
22  logged the time. Have you seen those records
23  before?
24  A        Yes.
25  Q        Okay. It didn't actually indicate

170

Bonita Connally - Direct by Mr. Sinclair

1   beginning and end time for Dr. Vatt, did it? Would
2   you take a look and see if you can find it?
3   A        I'll take a look.
4   Q        Okay.
5   A        I don't see where it logged any type of
6   completion date for his review.
7   Q        Doesn't it normally do that
8   automatically on the system?
9   A        I don't know. I thought so.
10  Q        I mean, it says completed date,
11  completed site and that should be -- when it says
12  completed date, it's not just date, it's actually
13  time, right? It's got a time stamp?
14  A        It's time stamped.
15  Q        Yeah. And it's not on your copy
16  either?
17  A        No.
18  Q        Would it be in the physician files?
19  A        I don't know.
20             MR. MORRISSETTE: Object to the form.
21  Q        Okay. I'll tell you what. Let's turn
22  to the claimant call sheet, initial call, which is
23  145. And actually, if you would, flip over to 146
24  there. That's the medication list. Do you see all
25  the medications she indicated she was taking?

171

Bonita Connally - Direct by Mr. Sinclair

1   A        Yes.
2   Q        This is actually a recorded memo from
3   Mr. Estrada regarding his phone call with her. You
4   see all those medications there. As a consultant,
5   do you see that list of medications and say maybe I
6   need to have an assessment about the effect these
7   medications have on somebody?
8              MR. MORRISSETTE: Object to the form.
9   A        Not specifically because it should be
10  addressed in the physician review.
11  Q        But it wasn't with Dr. Vatt?
12             MR. MORRISSETTE: Object to the form.
13  A        I didn't see it.
14  Q        He actually asked a question about it.
15  Do you remember that? You probably don't. Let me
16  flip back to it and we'll take a look, page 170.
17  Quote, claimant is on a number of medications. This
18  raises the question of polypharmacy and drug
19  interactions contributing to the reported symptoms.
20  End quote. He doesn't actually answer the question
21  about the effect these medications have, did he?
22             MR. MORRISSETTE: Object to the form.
23  A        No, he did not.
24  Q        Okay. Were you eligible -- let me back
25  up. Have you had any interaction with the

172

Bonita Connally - Direct by Mr. Sinclair

1   reassessment team?
2   A        I don't think so.
3   Q        Okay. Are you on any committees?
4   A        No.
5   Q        Okay. Were you on any committees at
6   the time back in 2004?
7   A        I don't remember. I don't think so.
8   Q        Okay. Are you familiar with -- let me
9   ask you this. Today if this woman's claim came in
10  to UnumProvident today, would she have a co-morbid
11  review provided?
12             MR. MORRISSETTE: Object to the form.
13  A        That's possible.
14  Q        Ms. Bullard actually got notice that
15  she was eligible to participate in the reassessment
16  process. If she went through that process, she
17  would be required to be provided a co-morbid review,
18  right?
19             MR. MORRISSETTE: Object to the form.
20  A        I don't know.
21  Q        Okay. It's a great answer if you don't
22  know.
23  A        I don't know.
24  Q        And that's the best answer you can
25  give. If you don't know, say it. Do you think she

173

1  should have been given a co-morbid review?
2         MR. MORRISSETTE:  Object to the form.
3  Q       I think I -- I just figured out.  Did
4  she get a co-morbid review in this file?
5  A       I don't see that there was a co-morbid
6  review done.
7  Q       Unless there was one done at the
8  multidisciplinary meeting and we didn't get it.
9  Assuming it didn't happen there, there's no
10 co-morbid review in that file up to the date of your
11 assessment, right?
12 A       Not that I see.
13 Q       Okay.  As you sit here today, do you
14 think she should have had one?
15        MR. MORRISSETTE:  Object to the form.
16 A       I don't know.
17 Q       Are you a cautious person?
18 A       Sometimes.
19 Q       Would you err on the side of caution in
20 this claim?
21 A       Yes.
22        MR. MORRISSETTE:  Would you read that
23 back?
24              (Thereupon, the court reporter read
25              the requested portion of the record.)

174

1         MR. MORRISSETTE:  Object to the form.
2  BY MR. SINCLAIR:
3  Q       As a consultant, are you in the PRP or
4  the MICP?
5  A       As a consultant, it was the MICP.
6  Q       Okay.  So you would have 360 assessment
7  performance reports?
8  A       Yes.
9  Q       You would have -- and that's actually
10 input from medical personnel, from direct reports
11 below you interacting with you.  Everybody gets to
12 put in something in the 360 report, right?
13 A       Everybody that I work with gets to say
14 something.
15 Q       Okay.  Including your manager who would
16 talk about whether or not you met your goals for a
17 given year?
18        MR. MORRISSETTE:  Object to the form.
19 A       That's correct.
20 Q       Okay.  The PRP was for the DBS and
21 below, right; do you remember?
22 A       I don't remember.  I think so.  I don't
23 remember consultants being eligible for a PRP.
24 Q       Okay.  Did you receive any awards from
25 the time you began with UnumProvident up to today?

175

1  Have you ever received any awards?
2  A       What do you mean by awards?
3  Q       How would you define awards?
4  A       Plaques, special recognitions for
5  different projects, things like that.
6  Q       Okay.
7  A       And the answer to that would be no, not
8  that I remember.
9  Q       Are there any programs in place at
10 UnumProvident to recognize employee performance?
11 A       Yes.
12 Q       What programs are those?
13 A       I don't know what type of incentive
14 plan.  I don't know what it's called now.  I think
15 they've done away with the PRP and grouped it all
16 together, but I don't remember the name of it.
17 Q       Okay.  Anything else?
18 A       I think they have a star team award.
19 It's for -- I believe it's outstanding customer
20 service and they still have leadership awards
21 available to directors.
22 Q       Anything else?
23 A       I don't know of anything else.  There's
24 probably other things, but I don't remember any.
25 Q       Well, what awards are you eligible for?

176

1  A       Should be anything that is considered
2  with the regular DBSs.  The star team award is
3  usually given to DBSs.  The compensation, which is
4  not -- I don't really consider that an award, but
5  there's the compensation program similar to what the
6  MICP used to be that all DBSs are eligible for now.
7  Outside of that, I don't know of any.
8         MR. SINCLAIR:  Okay.  Let's take a
9  break and we'll get you out of here in time.
10              (Thereupon, a brief recess was
11              taken.)
12 BY MR. SINCLAIR:
13 Q       I'm going through documents Bates
14 numbered UAMSSUPP163.  Of course, they're Bates
15 numbered backwards, starting at 1 through 163.  I'm
16 trying to determine if your name is in here
17 anywhere.  So I'm going to try to do both so we can
18 get you out of here.  Okay?
19 A       Okay.
20 Q       Take a look, if you would, at
21 Deposition Exhibit 1 and Deposition Exhibit 2.  You
22 stated that you had not brought any documents
23 responsive to Exhibit A to the deposition notice?
24 A       That's correct.
25 Q       Okay.  If you would, read number nine

177

Bonita Connally - Direct by Mr. Sinclair

1  for me, please.
2  A      Which exhibit?
3  Q      I'm sorry. Exhibit 8. I'm sorry. Let
4  me say this again. If you would -- and this is rude
5  of me. I'm asking you to read. But if you would,
6  take a look at Deposition Exhibit 1, the last item
7  here requested, all documents the department
8  reviewed in preparation for this deposition. Okay.
9  You told me you had reviewed only the claim file in
10  preparing for this deposition, right?
11  A      That's correct.
12  Q      Okay. Have you seen the document
13  labeled Deposition Exhibit 2?
14  A      I don't remember seeing this document.
15  Q      Okay. Maybe I got this right. Take a
16  look at number nine, if you would, please. That's
17  all the documents. That's the request for all the
18  documents you reviewed in preparing for the
19  deposition, right?
20  A      Yes, it is.
21  Q      Okay. And you're not with -- you've
22  told me every document you've reviewed in preparing
23  for this deposition?
24  A      Yes, the claim file.
25  Q      Okay. Just the claim file?

178

Bonita Connally - Direct by Mr. Sinclair

1  A      Yes.
2         (Thereupon, a brief discussion
        was had off the record.)
3
4  BY MR. SINCLAIR:
5  Q      Give me a minute and let me look
6  through these documents and see if your name pops up
7  anywhere. You went to Texas in December of '04?
8  A      That is correct.
9  Q      That's when you stopped handling this
10  thing. So let me see. Okay. Let's take a look at
11  Exhibit UAMSSUPP47. Have you seen something like
12  that before?
13  A      No.
14  Q      Do you know what that is?
15  A      No.
16  Q      Okay. Requesting CCS name is on this
17  document UAMSSUPP47, requesting CCS name is Brandon
18  R. Estrada and he's listed three times. Then over
19  here to the right, it says REQAP name. Do you see
20  that?
21  A      Yes.
22  Q      Tell me if you think I'm wrong, but it
23  appears this document summarizes the document
24  request made by Mr. Estrada for medical records?
25  A      That's possible. I haven't seen the

179

Bonita Connally - Direct by Mr. Sinclair

1  document before.
2  Q      Okay. Okay. Requested date, 7/27/04
3  for Dr. Foy's records, 7/27/04 for Dr. Richardson's
4  records, 7/27/04 for Dr. Thornbury's records.
5  Received dates, 8/2/04 for Dr. Foy, 7/28/04 for
6  Dr. Richardson, 8/9/04 for Dr. Thornbury. Now, the
7  thing that catches my attention is that Dr. Foy's
8  records and Dr. Thornbury's records were received
9  after the RN summary of the medical records, the
10  last one she performed on 7/30/04, right?
11         MR. MORRISSETTE:  Object to the form.
12  A      I don't know. I would have to look in
13  the file.
14  Q      Okay. If you would, take a look.
15         (Thereupon, a brief discussion
        was had off the record.)
16
17  BY MR. SINCLAIR:
18  Q      Okay.
19  A      The date of her last review is dated
20  8/17/04.
21  Q      8/17/04. Does she reference -- oh,
22  you're right, it is. 7/30 was the second one,
23  wasn't it, the meeting she had with you?
24  A      I believe.
25  Q      Thank you. This is what happens when

180

Bonita Connally - Direct by Mr. Sinclair

1  they don't give me the documents before the
2  deposition.
3  A      It was 8/17.
4  Q      All right. Does that seem to
5  you to be sort of a short list given the number of
6  medical conditions that this woman has?
7         MR. MORRISSETTE:  Object to the form.
8  A      I don't know.
9  Q      I mean, we've got to assume first off
10  we know what this is. I'm asking you to assume it's
11  a list of who they requested records from.
12         MR. MORRISSETTE:  Object to the form.
13  Q      Do you think maybe this list should be
14  a little bit longer?
15  A      It's possible.
16         MR. MORRISSETTE:  Object to the form.
17  A      But I don't know what was received
18  prior to 7/27/04 and if that list only included
19  requests made on 7/27/04 or if it included back
20  prior to that because I'm not really sure what that
21  is.
22  Q      What system would this come off of?
23  A      I don't know. That doesn't appear to
24  be part of Navilink.
25  Q      Yeah. I know it's not Navilink, but

1   it's got to be part of -- y'all actually -- the DBS
2   would send the request down to a particular
3   department that handles this, correct?
4   A        Correct.
5   Q        What is the name of that department?
6   A        Medical records.
7   Q        Medical records department.  The
8   medical records would maintain its own database for
9   various reasons.  Are you familiar with HIPAA and
10  other rules and regulations regarding medical
11  records?
12  A        Yes?
13  Q        Okay.  They actually have their own
14  medical records file down there, correct?
15           MR. MORRISSETTE:  Object to the form.
16  A        I don't know.
17  Q        Were you ever asked to assess
18  additional medical records beyond the September '04
19  date --
20  A        No.
21  Q        -- for this file?
22  A        No, I was not.
23  Q        Okay.  All right.  Do you know if this
24  file was sent back down to claims in order to have
25  it reassessed because of new medical records being

1   included in the appeal?
2   A        I don't know.
3   Q        Okay.  Okay.  Take a look at what's
4   been marked as UAMSSUPP20.  You didn't process the
5   LWOP claim, right?
6   A        That's correct.
7   Q        And that's in a different place?  The
8   claims process, the LWOP claims process is in a
9   different place physically?
10  A        Yes.
11  Q        It looks like Portland from what I can
12  tell there.  Can you tell who was processing the
13  LWOP claim?
14  A        It looks like Portland.
15  Q        Okay.  Would they have followed your
16  determination or would you have followed their
17  determination?
18  A        I don't know.  I know that we wouldn't
19  follow their determination.  I don't know if theirs
20  is based on their own evaluation or if they look at
21  what we did.
22  Q        Could be a different definition?
23  A        I believe that it is.
24  Q        I think it's -- okay.  Take a look and
25  see if you can identify what I've given you.  It's

1   Bates number UAMSSUPP19 and 18.
2   A        Okay.
3   Q        Do you recognize that document or those
4   two pages?
5   A        Yes, I do.
6   Q        Okay.  Please tell me what those two
7   pages reflect.
8   A        It is an E-mail to Christina Floyd,
9   Brandon Estrada, Roberta Young, Susan Neal and Karen
10  Shock with a copy to Terry Parker concerning MUPS,
11  which are claims in initial review that are older
12  than 45 days old and it's a list provided to them
13  saying take a look and let me know if there are
14  additional changes, wanting to know if there had
15  been a decision made or not, if the file is
16  highlighted, it means action should be taken toward
17  initial liability determination.
18  Q        This is you sending an E-mail to your
19  four folks who are your DBSs telling them we've got
20  some old files sitting around beyond the 45-day
21  window we set for ourselves, move them?
22  A        That's correct.
23  Q        And that was sent when?
24  A        This was sent August 18th.
25  Q        Take a look at UAMSSUPP18.  That was

1   the attachment to this E-mail, correct?
2   A        That is correct.
3   Q        And that attachment was identifying
4   cases that were beyond 45 days and a decision needed
5   to be made on, correct?
6   A        That is correct.
7   Q        Whose file do you see on there that
8   we've been talking about all day?
9   A        Betty Bullard's file.
10  Q        So on August 18th, 2004, at 11:21 a.m.,
11  you sent Mr. Estrada an E-mail saying he's got some
12  initial liability decision files that are over 45
13  days?
14  A        That's correct.
15  Q        UAMSSUPP18 appears to be a report
16  generated by you?
17  A        Yes.
18  Q        What system is that?
19  A        I do not know.
20  Q        It's a management system, isn't it,
21  accessible only to consultants and managerial level
22  employees?
23  A        Probably.  I don't remember.
24  Q        Okay  Aging MUPS, greater than 45 days
25  is the title of that document, large case team

185

1  three. How often did you generate these reports?
2  A          I don't know. Possibly weekly.
3  Q          And it actually says on there that you
4  prepared it, correct?
5  A          That's what it says.
6  Q          Did you maintain a file with these
7  reports?
8  A          I don't believe so.
9  Q          Where would that file be if you did?
10 A          I don't know.
11 Q          Ms. Bullard's claim is indicated on
12 UAMSSUPP and I'm going to put this page out here so
13 we can follow. It's indicated that it's being
14 handled by a DBS named Brandon R. Estrada, right?
15 A          Yes.
16 Q          That's impairment column here, gen med?
17 A          Yes.
18 Q          Did you categorize files by impairment?
19 A          I did not.
20 Q          Who did?
21 A          It was categorized when it came in
22 through intake.
23 Q          But it doesn't matter about impairment
24 when it gets to the large case group, right?
25 A          No. It shouldn't matter, no.

186

1  Q          Why did they -- did you put any stress
2  on the impairment --
3  A          No.
4  Q          -- categorization?
5  A          No.
6  Q          Okay. Status undecided; is that
7  correct?
8  A          That's correct.
9  Q          And this is as of 11:21 a.m. on
10 August 18th, 2004.
11 A          Okay.
12 Q          Is that right?
13 A          That's what it says.
14 Q          Okay. The claimant is Betty W.
15 Bullard. Do you want to check the social or do you
16 know that's her?
17 A          It says that it's her.
18 Q          Days pending /1 status, what is that?
19 A          Noncompensable claim determination.
20 Q          What's that mean?
21 A          The claim is going to be denied.
22 Q          So why was it being included in a list
23 of MUPS over 45 days if the claim was going to be
24 denied?
25 A          Because the list couldn't be altered.

187

1  I couldn't take names out of the list. I could just
2  put status beside it.
3  Q          You know where I'm headed, don't you?
4  171. Okay. UACL171 is what we've been talking
5  about for most of the day. It's your decision. And
6  it appears that you created this decision claim
7  document on August 18th, 2004, at 10.00.01; is
8  that right?
9  A          Yes.
10 Q          Okay. So an hour later when you
11 generated this report reflected in UAMSSUPP19 and
12 18, it was an hour and 20 minutes later and she had
13 already been categorized as an NCCD, noncompensable
14 claim decision?
15 A          Yes.
16 Q          Where did that come from, 71, NCCD?
17 Where does that -- what system is that from?
18 A          I don't know.
19 Q          Well, when you made your decision
20 here --
21 A          Yes.
22 Q          -- on UACL171, physically what did you
23 do?
24 A          I don't remember.
25 Q          Well, I mean, you're making a claim

188

1  decision and you type in your reasons for the claim
2  decision and do you just put that memo in the file
3  and hope somebody catches it?
4  A          No.
5  Q          You have to recategorize the claim,
6  right?
7  A          That's correct.
8  Q          Okay. So do you continue typing in
9  Navilink and recategorize the claim somewhere?
10 A          I would make this in Navilink and
11 likely go to the BAS system to close the claim.
12 Q          Okay. And the BAS system is
13 essentially how you pay the claim or categorize it.
14 Seventy-one means NCCD?
15 A          That's what it says. I don't have it
16 memorized.
17 Q          Okay. All right. But you type in a 71
18 in the BAS system for Betty Bullard's claim after
19 you made the determination and that 71 would take
20 care of generating this information on your report
21 here?
22 A          That's correct.
23 Q          Okay. All right. Take a look at the
24 document Bates number UAMSSUPP17 that I got provided
25 to me just when we started your deposition.

1    A     Okay.
2    Q     Do you recognize that document?
3    A     Yes, I do.
4    Q     All right.  Remember how we were
5 talking earlier about the little note that I
6 couldn't figure out about the multidisciplinary
7 something in the file --
8    A     Yes.
9    Q     -- that's the successor to the round
10 table forums.  Looking at UAMSSUPP17, does that
11 refresh your recollection about whether or not a
12 multidisciplinary review was performed on this file?
13    A     It does.  And again, I think it was
14 just misspoke.  I think it was a typo because I
15 don't recall a multidisciplinary being done on this
16 particular claim.
17    Q     This is from you to the nurse, Pam
18 McMillan.  She's seeing Brandon Estrada, on August
19 13th, 2004, it states, quote, please let me know if
20 you need a referral for full clinical review.  End
21 quote.  Let me ask you what that means?
22    A     If she needed a referral for a full
23 clinical review, a different type of activity sent
24 to her in Navilink.
25    Q     Versus a walk-in review?

1    A     Yes.
2    Q     Any other types of reviews?
3    A     Not that I can think of.
4    Q     Quote, we did the MDM this week on the
5 following claims and determined that we need
6 additional review from the OSP.  End quote.  And it
7 lists Betty Bullard there.  And you think both you
8 and Brandon miscategorized this?
9    A     I think so, yes.
10   Q     You only did 12 MDMs the entire time
11 you were with UnumProvident, correct?
12   A     That's correct.
13   Q     It doesn't sound like a common enough
14 occurrence so that it would be something you would
15 miscategorize?
16   A     At the time, we were going through
17 changes in our procedures with the nurses also and
18 we had triage and we had previously had MDM.  So I
19 do believe that it was a typo.
20   Q     So both you and Brandon made the same
21 typo on the same file?
22   A     I believe so, yes.
23   Q     Okay.  And Ms. McMillan responds to you
24 the same day, good service, a few minutes later and
25 says, I'm going to try to do them as walk-ins and

1 take them to the doc on Monday?
2    A     Yes.
3    Q     That's what she said in response?
4    A     That's what she says.
5    Q     Okay.  Let me ask you to look at
6 UAMSSUPP16 and ask you if you can identify this --
7 I'm sorry, 16 and 15 and ask if you can identify
8 those documents.
9    A     Yes.
10   Q     Okay.  Please tell me what those two
11 pages are.
12   A     It is an E-mail with an attachment of
13 an aging MUP list over 45 days sent to -- sent to
14 Brandon Estrada, Roberta Young, Christina Floyd,
15 Susan Neal and Karen Shock.  It's the same type of
16 list before.  This is dated August 12th.  So this
17 is roughly a week prior.
18   Q     Okay.  And just like before, there's a
19 spread sheet that's attached to that E-mail and do
20 you see Ms. Bullard's claim listed there?
21   A     Yes, I do.
22   Q     Okay.  It indicates that, once again,
23 the DBS is Brandon Estrada, general med unit, status
24 is undecided, policyholder is newly with the
25 Southern Baptist Convention, claimant's name is

1 Betty W. Bullard, gives her social and states it's
2 been pending for 64 days and under the status
3 indicates meds pending, follow-up for 8/27?
4    A     Yes.
5    Q     It didn't wait until 8/27 though, did
6 it?
7    A     No, it did not.
8    Q     Why not?
9    A     I don't know.  I can guess that the
10 meds we had requested came in before 8/27.
11   Q     You send out these lists once a week to
12 your claims handlers, to your DBSs?
13   A     I don't remember how often I did, but
14 at the time probably.
15   Q     Why do you say at the time?
16   A     When I was a consultant in 2004 --
17   Q     Okay.
18   A     -- I believe that's what we were doing.
19   Q     But they didn't actually get files -- I
20 mean, do you remember me asking you earlier today
21 whether or not you knew how many files these people
22 had?
23   A     Right.
24   Q     And you indicated you really didn't
25 know?

---

Bonita Connally - Direct by Mr. Sinclair

1   A        I could find it, but I didn't have it
2   readily on hand.
3   Q        Okay. You were tasked with actually
4   keeping track of how many files and the age of those
5   files, right?
6   A        Of the pending files, yes.
7   Q        Of the pending files?
8   A        Correct.
9   Q        Is there another kind of file?
10  A        Yes. There are claims that are open in
11  benefit that are also managed by the disability
12  specialists.
13  Q        Okay. Any other kinds of files?
14  A        Not that they would be actively
15  handling at their desk that I can think of.
16  Q        Okay. So you were responsible for only
17  the pending files?
18  A        For following up on the pending files.
19  Q        I thought you indicated to me earlier
20  that you were also responsible for keeping track of
21  definition dates and that sort of thing which would
22  be open files?
23  A        That would be correct also.
24  Q        Okay. So you would be in charge of
25  pending and open files, in other words, you would be

---

Bonita Connally - Direct by Mr. Sinclair

1   tasked with knowing how many pending and open files
2   these individuals had on their desk?
3   A        Yes.
4   Q        Which is -- maybe I'm misunderstanding
5   your previous answer, but when I asked you if you
6   are aware of how many files these people have on
7   their desk, I'm not asking -- let me start over.
8            Aging MUPS, how many other reports
9   would you pull on these DBS's files?
10  A        I don't remember.
11  Q        Okay. What other type of reports are
12  available on the pending files held by these DBSs?
13  A        I don't remember any other reports
14  available on pending files.
15  Q        How about on open files?
16  A        On open, I believe there were reports
17  for past due ERDs or change in definition dates that
18  were coming up.
19  Q        Okay. Where would these dates come
20  from?
21  A        The dates of what?
22  Q        Well, I mean, if you've got a report
23  here for aging MUPS, how does the system know it's
24  an aged MUP?
25  A        It's based off of the received date of

---

Bonita Connally - Direct by Mr. Sinclair

1   the claim.
2   Q        Okay. So it's got to be pulling it
3   from Navilink?
4   A        Yes.
5   Q        And it's got to be a report available
6   in Navilink?
7   A        We didn't get the report from Navilink.
8   Q        Where did you get it?
9   A        I don't remember.
10  Q        Did you generate them yourself?
11  Actually, it says prepared by you.
12  A        It says that I did, yes.
13  Q        Okay. Let me show you what's been
14  marked as UAMSSUPP3 or 13 and 12?
15  A        Okay.
16  Q        Can you identify those two pages,
17  please?
18  A        Yes. It's an E-mail sent to Terry
19  Parker, who is the director, with a list of MUPS
20  over 45 days.
21  Q        Okay. So you report to her on how many
22  undecided filings are out there?
23  A        That's what this report was. It was
24  the number of undecided files over 45 days.
25  Q        Okay. Is that something you did on a

---

Bonita Connally - Direct by Mr. Sinclair

1   regular basis?
2   A        I don't remember.
3   Q        Okay. It doesn't give the status in
4   here, by the way. Do you know why that is --
5   A        I don't know why that is.
6   Q        -- on number 12? Would you have
7   redacted that before you sent it off to --
8   A        No. If it is there, it should have
9   been included in my report to her.
10  Q        Okay. Okay. Let me just -- I'm sorry.
11  I did not have a chance to review these. And I'm
12  sorry I'm holding you up now from getting your
13  children. I apologize.
14           Take a look at UAMSSUPP10 and 11 and
15  tell me if you can identify those.
16  A        Okay. It is a message from Brandon to
17  me. Let's see if number ten came first. Okay.
18  Number ten is an E-mail message I sent to Brandon
19  with a copy to Terry sending him a list of older
20  MUPS. It includes Ms. Bullard's name asking him if
21  he needs assistance or would like to discuss,
22  follow-up again at the end of next week to determine
23  what type of progress we've made on the claim. And
24  document 11 is a response back from him giving me
25  the names of the claimants I had sent earlier,

1  saying what he was going to do specifically on
2  Ms. Bullard's.  It says a tolling letter was going
3  to be sent as all medical needs to be retrieved and
4  at the bottom is just a copy of the E-mail sent on
5  page ten.
6      Q      Okay.  Okay.  If I'm understanding on
7  UAMSSUPP11, that's an E-mail dated August 6th, 2004,
8  at 11:19 a.m. going from you to Brandon Estrada
9  copying Terry Parker on his aging MUPS?
10     A      Correct.
11     Q      You're not his manager.  He's not your
12  direct report, right?
13     A      Correct.
14     Q      So why would you be copying your boss
15  on an E-mail to him pointing out what needs to be
16  done?
17     A      Because my director at the time did not
18  have LTD experience.
19     Q      So she couldn't do this and you were
20  doing it?
21     A      Correct.
22     Q      Okay.  All right.  This same E-mail,
23  August 6th, 2004, says meds pending, follow-up
24  8/27?
25     A      Yes.

1      Q      Same follow-up date we saw on the
2  earlier report, right?
3      A      Yes.
4      Q      Okay.  You state down at the bottom,
5  please remember that we should request meds, clearly
6  explain to the claimant what is pending and provide
7  for a follow-up date that we will make a
8  determination based on the information in the claim
9  file.  This should be done by -- who is TPC?
10     A      Telephone call.
11     Q      And follow-up by letter?
12     A      Yes.
13     Q      Okay.  Was that done in Ms. Bullard's
14  case?
15     A      I didn't see that a letter followed,
16  no.
17     Q      We've already talked about the
18  telephone call, I think.
19     A      Yes, we have.
20     Q      Okay.  It looks like there are one,
21  two, three, four, five, six, seven that you're
22  asking him about in this E-mail, seven MUPS.
23     A      Yes.
24     Q      These are claims that are over the
25  45-day period that's allowed --

1      A      Yes.
2      Q      -- for the initial liability
3  determination?
4      A      Yes.
5             MR. MORRISSETTE:  Object to the form.
6      Q      You can add another 45 days onto that
7  by an extension or tolling letter, correct?
8             MR. MORRISSETTE:  Object to the form.
9      A      I believe so.
10     Q      Up to 90 days?
11     A      Yes.
12     Q      Generally to make the initial liability
13  determination?
14            MR. MORRISSETTE:  Object to the form.
15     A      Yes.
16     Q      Okay.  How many days out was Ms.
17  Bullard's claim when the initial liability
18  determination was made on August 18th?
19     A      I don't know.  That's it, 71 days.
20     Q      Seventy-one days.  Tell me something,
21  could you ask all of the attending physicians to
22  provide restrictions and limitations and get that
23  information to you and reasonably expect it to be
24  done in nine days?
25     A      No.

1             MR. MORRISSETTE:  Object to the form.
2      Q      August 6th, 2004, he responds,
3  Mr. Estrada does.  I've got to tell you, the series
4  of documents that they gave me here today appear to
5  me to indicate that you had much more managerial
6  role over Mr. Estrada than maybe I understood at the
7  beginning of your deposition.  Did he report to you
8  on a daily basis about his activities?  Did he come
9  in and tell you what he was getting done?
10     A      He would, yes.
11     Q      Okay.  Were you pleased with his
12  performance?
13     A      I don't remember.
14     Q      Well, did you provide him with any
15  input on his performance?
16     A      Probably.
17     Q      And there are -- this company has got a
18  formal process for everything, right?  For assessing
19  another performance -- or another employee's
20  performance, there would either be an E-mail copying
21  your direct report or I'm sorry, the person to whom
22  you directly report like you did here.  As a matter
23  of fact, is that what you were doing there?  When
24  you sent an E-mail to Mr. Estrada pointing out how
25  many he had over 45 days and you copied Ms. Parker,

1  were you doing it to point out that he wasn't
2  getting it done?
3          MR. MORRISSETTE:  Object to the form.
4  A       Not necessarily to show he wasn't
5  getting it done, but to show where he had areas he
6  needed to improve.
7  Q       Did you provide any formal assessments
8  for this guy, Mr. Estrada?
9          MR. MORRISSETTE:  Object to the form.
10 A       I may have done a 360.  I didn't do
11 formal performance evaluations.
12 Q       What other documents reflect
13 Mr. Estrada's performance?
14         MR. MORRISSETTE:  Object to the form.
15 A       It would be any type of yearly
16 performance review that Ms. Parker did.
17 Q       Okay.
18         And any metrics that she maintained to
19 write that performance review.
20 Q       I should point out that probably should
21 be more specific.  Individual managers set their own
22 metrics sometimes for employee performance, correct?
23         MR. MORRISSETTE:  Object to the form.
24 A       I don't know.
25 Q       Okay.  Okay.  He E-mails you back

1  August 6th and copies Terry Parker?
2  A       Uh-huh.
3  Q       Was Terry Parker his boss?
4  A       Yes, she was.
5  Q       Okay.  All right.  So basically you're
6  the right-hand person who's really -- because you
7  have experience in LTD, you're sort of keeping track
8  of things for her; is that right?
9  A       That's correct.
10 Q       Okay.  He E-mails you back on August
11 6th saying on Betty Bullard, tolling letter going to
12 be sent as all medical needs to be retrieved.  Did
13 you send the tolling letter out?
14 A       I don't see that he did.
15 Q       As a matter of fact, the decision was
16 made on her file, what, 12 days later?
17 A       On the 18th.
18 Q       August 18th, 2004.  So he's saying here
19 on August 6th, 2004 that he's going to toll this
20 another 45 days, right?
21 A       Yes.
22         MR. MORRISSETTE:  Object to the form.
23 Q       That's what the tolling letter means?
24 A       Yes.
25         MR. MORRISSETTE:  Object to the form.

1  Q       And he indicates he's awaiting
2  medicals.  Did you see any medicals received after
3  August 6th, 2004, in this file?
4  A       Let me check.  I don't see any after
5  August 6th prior to the claim determination.
6          MR. MORRISSETTE:  Object to the form.
7  The file reflects differently.
8          MR. SINCLAIR:  Henry, it's okay.  At
9  this point, if you want to point out that the record
10 actually shows that they did receive it between
11 August 6th and 18th, I don't object to that.
12 I'm not trying to trick this young lady.  I'm just
13 trying to get her understanding.
14         THE WITNESS:  Oh, I was looking at the
15 invoice date.  Records from Dr. Thornbury were
16 received an August 9th.  Sorry about that.
17 BY MR. SINCLAIR:
18 Q       That's okay.  How many pages were
19 received from Dr. Thornbury on August 9th?
20 A       Including the invoice and the
21 request --
22 Q       Hang on a second.  Back up if you
23 would, please.
24 A       Okay.  It appears nine records or nine
25 pages.

1  Nine pages.  Okay.  So is it your
2  understanding that Mr. Estrada was telling you in
3  this E-mail dated August 6th that he was waiting
4  on nine pages of medical records?
5          MR. MORRISSETTE:  Object to the form.
6  A       He didn't specify the number or who he
7  was waiting on records from.
8  Q       Let me show you what's been marked and
9  provided today as UAMSSUPP44.  This is a Chattanooga
10 QPS position triage worksheet.  You aren't in QPS?
11 A       No, I'm not.
12 Q       QPS is the appeal folks?
13 A       Yes, it is.
14 Q       You see right here where it says
15 co-morbid, actually co-morb?
16 A       Yes.
17 Q       Have you ever seen one of these sheets
18 before?
19 A       I have not.
20 Q       Okay.  Would it surprise you that QPS
21 performed a co-morbid review on her claim?
22 A       No, it would not.
23 Q       Okay.
24         (Thereupon, a brief discussion
25         was had off the record.)

205

BY MR. SINCLAIR:

1  Q      Take a look at what's been marked as
2  UAMSSUPP9 provided to me today.
3  A      Okay.
4  Q      Can you identify that document?
5  A      Yes, I can.
6  Q      Do you remember that document?
7  A      I don't remember.
8  Q      Do you remember there being a problem
9  with the servicing of this large block of business
10 from the Annuity Board?
11 A      I don't remember.
12 Q      Okay. Have you seen that document
13 prior to coming here today since you authored it?
14 Let me be more specific. Have you seen that
15 document at any point in time since July 26th,
16 2004?
17 A      I don't believe so.
18 Q      Okay. Why do you say you don't believe
19 so?
20 A      I don't remember seeing it.
21 Q      Okay. All right. Let's march through
22 this, if we can. This is from you, authored by you
23 to Mr. Estrada and copying Terry Parker. The
24 subject line is priority activity for the Annuity

206

1  Board and it's dated July 26th, 2004, which is
2  about three weeks, maybe four -- well, strike that.
3  Priority activity for the Annuity
4  Board, quote, good afternoon, on Friday morning, I
5  reviewed the AB. Is that Annuity Board?
6  A      Yes.
7  Q      Claim for Betty Bullard with Pam and
8  Barbara. End quote. Who is Pam and Barbara?
9  A      Pam is Pam McMillan and Barbara is
10 Barbara Berke. She's the vocational specialist that
11 was working with the team at the time.
12 Q      Okay. Where in the file is it
13 reflected that you sat down with a vocational person
14 and a nurse at the same time to review this file?
15 A      I don't know. I'll need to take a
16 look.
17 Q      Sure.
18 A      What is the date of that?
19 Q      Oh, I'm sorry.
20 A      That's okay.
21 Q      July 26th, 2004.
22 A      On document UACL00080, it's a note to
23 file. It says review of claim with Pam, RN, and
24 Barbara, voc.
25 Q      Okay. I do remember this now. This is

207

1  the document that reflects that there was the
2  subject line on UACL80 is MDM review?
3  A      Yes.
4  Q      Are there any records reflecting what
5  went on at that meeting, who was present at the
6  meeting?
7  A      Just that documentation.
8  Q      Just this. And this is actually a note
9  to the file created by you as an activity for
10 Brandon Estrada; is that correct?
11 MR. MORRISSETTE:  Object to the form.
12 A      It's a claim documentation to the file.
13 Q      Okay. So it's not an activity?
14 A      Correct. It's not an activity.
15 Q      Okay. All right. Review of claim with
16 Pam, RN, and Barbara, Voc, the only APs, attending
17 physicians?
18 A      Attending physician, yeah, either
19 attending physician or attending physician
20 statements.
21 Q      The only attending physician statements
22 that are providing R&Ls, that is providing R&Ls to
23 her abilities is her primary care physician, PCP?
24 A      Yes.
25 Q      She indicates multiple treating

208

1  physicians to include a mental health professional.
2  At this time we need complete medical records from
3  each of the physicians noted on her claim form.
4  After same, consider full file review. Did you get
5  all the medical records from each one of her
6  attending physicians and treating physicians?
7  MR. MORRISSETTE:  On her claim file,
8  object to the form.
9  A      I don't think so.
10 Q      Okay. All right. Thank you.
11 Back to UAMSSUPP9. Okay. How about I
12 have you read the middle paragraph?
13 A      Okay. The middle paragraph?
14 Q      I'm sorry. The second one.
15 A      Okay. In review of this file, I can
16 tell you now we're going to pay for the errors under
17 the performance agreement. The initial letter was
18 sent in June. There's been no action taken on the
19 file per my review on Friday. We've missed our 30
20 day compliance letter as the activity was canceled
21 and the 45-day activity for initial liability. Our
22 tolling letter is still pending and past due.
23 Q      Is this bringing back some of what
24 happened with this file for you?
25 MR. MORRISSETTE:  Object to the form.

Bonita Connally - Direct by Mr. Sinclair

1     A       Not really.

2     Q       Okay. All right. First off, first

3 word that jumps out at me, performance agreement.

4 What are you referring to?

5     A       The Annuity Board -- I do not remember

6 what the exact agreement was, but they did have a

7 performance agreement in place just indicating we

8 were going to satisfy certain standards. If we

9 didn't, when I say pay, I mean truly financially we

10 would owe them money at the end of the year.

11     Q       Really?

12     A       Yes.

13     Q       You would have to pay them some of

14 the premium?

15     A       That is correct.

16     Q       What were the performance requirements?

17     A       I don't remember.

18     Q       This is an actual document that you're

19 talking about now, right?

20     A       I think so.

21          MR. SINCLAIR: Henry, have y'all

22 produced this and I've missed it?

23          MR. MORRISSETTE: Don't know.

24     Q       Okay. All right. What errors were you

25 referring to?

Bonita Connally - Direct by Mr. Sinclair

1     A       That E-mail was referring to missing

2 the compliance dates, missing the follow-up dates

3 that he should have had on the file.

4     Q       Hence your E-mails with his 45-day MUPS

5 that immediately followed this July 26, 2004 E-mail?

6     A       Yes.

7     Q       Okay. Thirty-day compliance letter,

8 what is that?

9     A       That's the letter that we send to the

10 claimant if we haven't been able to make a decision

11 by 30 days just to let them know what we're still

12 needing on the file.

13     Q       He didn't send out the 30-day

14 compliance letter, did he? Wait. Let me ask that

15 question again. I can probably save you some time.

16 He didn't send out the 30-day compliance letter

17 within the 30-day time period he was supposed to

18 send it out, did he?

19          MR. MORRISSETTE: Object to the form.

20     A       No.

21     Q       And the activity was canceled. What

22 does that mean?

23     A       It means he canceled the activity.

24     Q       He just decided he didn't want to play

25 that game or -- strike that. Forget it.

Bonita Connally - Direct by Mr. Sinclair

1          Okay. The 45-day activity for initial

2 liability or tolling letter is still pending and now

3 past due. That's the MUPS?

4     A       Correct.

5     Q       Okay. This is you talking via E-mail

6 to Brandon Estrada, quote, please ensure that before

7 you leave today, you have requested the medical

8 information from all the providers through medical

9 records. End quote. I would have been a whole lot

10 easier on you today if I had had this. You were

11 telling him right here exactly what you've told me

12 here today?

13          MR. MORRISSETTE: Object to the form.

14     Q       Did he do what you told him to do here?

15 Did he go out and get all the medical information

16 from all the medical providers through medical

17 records?

18     A       No.

19          MR. MORRISSETTE: Object to the form.

20     Q       Quote, you should also call Lou at the

21 Annuity Board and let her know you are awaiting

22 additional medical information as this claim is 50

23 days old and she will be calling you soon, end

24 quote. Who is Lou?

25     A       Lou, I do not remember her last name.

Bonita Connally - Direct by Mr. Sinclair

1 She was the human resource contact at the Annuity

2 Board that we got information from.

3     Q       Okay. Is this refreshing your

4 recollection about this file at all?

5     A       Not really

6     Q       Okay. Was it a fairly common

7 occurrence for somebody to cancel an activity --

8          MR. MORRISSETTE: Object to the form.

9     Q       -- like the 45-day period?

10     A       Not -- no.

11     Q       Because that's something they stress in

12 training, right?

13     A       Yes.

14     Q       As a matter of fact, the training

15 manuals, which they haven't produced in this case,

16 stresses a great deal?

17          MR. MORRISSETTE: Object to the form.

18     A       I don't know about the manuals.

19     Q       I know. Somebody stood over your

20 shoulder and told you about what it said. I know.

21 I got that earlier.

22          Okay. I have no idea what this report

23 is. Take a look at UAMSSUPP7 and tell me if you can

24 identify that document.

25     A       No. It lists the claims specialist as

213

Bonita Connally - Direct by Mr. Sinclair

1  a B. Flinner.
2  Q        We don't know who that is?
3  A        I think she handled the waiver of
4  premium.
5  Q        Okay.  Days since notice, 43.  Date
6  notice received 6/3/04.  That's the claim date.
7  Undecided policy.  I'm sorry.  What's the policy
8  number on here?
9  A        The policy number?
10 Q        UACL claim file.
11 A        111604.
12 Q        Okay.  All right.  You don't know who
13 B. Flinner is?
14 A        No.
15 Q        Okay.  Did Mr. Estrada, was he
16 penalized for having old MUPS?
17 A        I don't know.
18 Q        Was there a penalty for you?
19 A        No.
20 Q        Was his claims -- were his claims and
21 the other three DBSs' claims considered to be yours
22 when it came to evaluating you?
23         MR. MORRISSETTE:  Object to the form.
24 A        I don't think they were considered to
25 be mine, but it was looked at.  The performance of

214

Bonita Connally - Cross by Mr. Morrissette

1  the team was looked at when they looked at my
2  performance.
3  Q        So if your team had the largest 45 --
4  over 45 MUPS category in the entire company, that
5  would reflect poorly upon you?
6  A        Yes, it would.
7  Q        Reflects poorly on Mr. Brandon --
8         MR. MORRISSETTE:  Object to the form.
9  Q        -- Estrada, correct?
10 A        Yes.
11 Q        Was there any compensation or reward or
12 incentive for having zero old MUPS or having the low
13 number?
14 A        No.
15 Q        Was there any incentive to getting the
16 aged MUPS closed?
17 A        No.
18         MR. MORRISSETTE:  Object to the form.
19 Q        Was there any incentive to making the
20 initial liability decision on aged MUPS?
21 A        No.
22 Q        But it reflected poorly if they hung
23 around?
24 A        Yes, it did.
25         MR. SINCLAIR:  Okay.  Do you know --

215

Bonita Connally - Cross by Mr. Morrissette

1  okay.  I'm done.  I'm sorry.
2         CROSS EXAMINATION
3  BY MR. MORRISSETTE:
4  Q        You were asked earlier whether any of
5  the physicians gave restrictions and limitations and
6  I believe it was implied that -- anyway, strike
7  that.
8         Did Dr. McKinney give restrictions and
9  limitations in her claim?
10 A        I don't know.  I'll need to look.  She
11 gives limitations, unable to adequately do her job
12 secondary to extreme fatigue, ulcerative colitis,
13 anxiety with panic attacks.  She is presently still
14 trying to work.
15 Q        Okay.  Was any part of your
16 compensation either regular or incentive
17 compensation in any way tied to denial of claims or
18 whether you denied claims?
19         MR. SINCLAIR:  Objection to the form of
20 the question.
21 A        No.
22         MR. MORRISSETTE:  That's all I have.
23 (Further this deponent saith not)
24         (Signature reserved.)
25

216

1         WITNESS CERTIFICATE
2
3  I, BONITA CONNALLY, do hereby certify:
4  That I have read and examined the contents
5  of the foregoing pages of record of testimony as given
6  by me at the time and place herein aforementioned;
7  And that to the best of my knowledge and belief
8  the foregoing pages are a complete and accurate record of
9  all the testimony given by me at said time, except as
   noted
10 on the errata sheet attached hereto.
11 I have_____ or have not_____ made
12 corrections to be attached.
13
14 _____
15         BONITA CONNALLY
16 STATE OF _____ )
17 COUNTY OF _____ )
18 I,_____, Notary Public for the
   County of_____, State of_____,
19 hereby certify:
20 That the herein above named personally
   appeared before me this____ day of_____, 2006
21 and that I personally witnessed the execution of this
   document for the intents and purpose herein above
   described.
22 Sworn to and subscribed before me this
   _____ day of_____, 2006.
23
24 _____
25         NOTARY PUBLIC
   My commission expires:_____.

217

E R R A T A   P A G E

The witness, BONITA CONNALLY, requests the
following changes to be made in the transcript of the
deposition which was taken on: November 29, 2006.

Page / Line               Change          / Reason

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

                        _____
                        BONITA CONNALLY

_____
Notary Public

My commission expires:
                _____

---

218

REPORTER'S CERTIFICATE

STATE OF TENNESSEE:
               :
COUNTY OF HAMILTON:

        I, Erin M. Flatt, the officer before whom
the foregoing deposition was taken do hereby certify
that the witness whose testimony appears in the
foregoing deposition was duly sworn by me;

        That the testimony of said witness was taken
by me in machine shorthand and thereafter reduced to
typewriting; that the said deposition is a true
record of testimony given by said witness;

        That I am neither counsel for, related to,
nor employed by any of the parties to the action in
which this deposition was taken, and further that I
am not a relative or employee of any attorney or
counsel employed by the parties hereto, nor
financially or otherwise interested in the outcome
of the action.

        That the said deposition has in no manner
been changed or altered since same was given by said
witness, but that the same has remained in my possession
up to the time of delivery.

        In witness whereof, I have hereunto set my
hand this 20th day of December, 2006.

                        _____
                        Erin M. Flatt, Notary Public
                        in and for the State of
                        Tennessee at Large.
                        My commission expires
                        November 7, 2010.

**'**

**'04 [14]**   33/5 33/23 33/24
33/25 38/19 38/22 40/13
40/25 41/7 41/8 41/10 72/17
178/7 181/18
**'92 [1]**   11/4
**'94 [2]**   11/4 11/5
**'95 [6]**   11/17 11/19 13/22
15/1 15/12 15/14
**'96 [4]**   15/19 16/4 16/25
89/11
**'97 [5]**   11/23 11/24 13/4
13/7 14/8
**'98 [2]**   72/25 125/21
**'99 [2]**   18/15 18/15

**0**

**00002 [1]**   47/24
**00028 [1]**   123/19
**00031 [1]**   123/19
**00171 [1]**   69/17
**04 [30]**   40/12 90/25 113/13
118/19 136/3 138/8 138/13
139/4 139/5 139/8 143/21
144/2 144/2 144/4 144/6
144/20 144/24 148/16 179/2
179/3 179/6 179/5 179/5
179/6 179/10 179/20 179/21
180/18 180/19 213/6
**04-07-04 [1]**   148/16

**1**

**1/1/96 [1]**   89/6
**1010 [2]**   1/24 3/6
**107 [1]**   1/19
**10:06 [1]**   59/18
**10:06.01 [1]**   187/7
**11 [2]**   196/14 196/24
**111604 [1]**   213/11
**11:19 [1]**   197/8
**11:21 a.m [2]**   184/10 186/9
**12 [9]**   118/20 118/22 134/18
134/20 143/17 190/10 195/14
196/6 202/16
**12th [1]**   191/16
**13 [1]**   195/14
**13th [1]**   189/19
**142 [1]**   94/1
**145 [2]**   106/13 170/23
**146 [1]**   170/23
**148 [1]**   68/10
**149 [1]**   101/15
**15 [5]**   34/24 55/6 119/14
150/3 191/7
**1509 [1]**   88/23
**16 [1]**   191/7
**162 [1]**   40/9
**163 [2]**   94/1 176/15
**164 [14]**   113/10 113/25 114/2
114/12 115/19 118/4 119/23
121/10 126/24 128/3 132/19
133/5 143/19 144/6
**165 [7]**   113/4 113/6 113/9
113/13 113/15 134/12 144/1
**166 [11]**   72/2 80/19 111/8
113/21 134/9 144/12 144/17
146/19 146/21 147/6 148/12
**167 [6]**   113/22 114/9 144/17
144/24 145/22 146/19
**168 [6]**   74/4 114/10 146/20
146/25 146/25 147/6
**169 [6]**   146/20 147/12 147/20

150/9 151/4 158/22
**17 [4]**   88/12 91/1 118/22
180/3
**170 [7]**   66/16 146/20 146/21
151/4 155/18 158/22 171/16
**171 [10]**   54/15 57/21 59/11
62/19 69/19 104/9 131/23
158/24 169/2 187/4
**177 [2]**   65/14 104/7
**18 [3]**   154/12 183/1 187/12
**186 [1]**   70/2
**187 [1]**   61/15
**189 [1]**   61/11
**18th [15]**   61/3 66/8 66/18
66/24 67/25 70/21 104/9
183/24 184/10 186/10 187/7
199/18 202/17 202/18 203/11
**1991 [2]**   10/3 10/6
**1992 [1]**   10/18
**1995 [4]**   13/14 13/23 14/7
14/19
**1996 [1]**   90/1
**1997 [3]**   17/3 17/12 17/16
**1998 [5]**   19/1 72/23 80/2
80/5 135/25
**1st [1]**   70/1

**2**

**20 [1]**   187/12
**2000 [2]**   18/21 32/9
**2002 [1]**   62/4
**2003 [14]**   7/5 14/13 14/20
19/10 21/23 26/20 26/24
121/2 148/15
**2004 [76]**   28/7 28/8 28/19
28/22 29/11 32/6 32/9 32/23
33/4 45/4 47/15 47/25 49/15
50/2 53/24 56/15 56/15 56/22
56/23 57/14 57/19 59/18
60/15 60/18 61/23 66/8 66/19
66/25 67/25 70/21 72/9 72/11
73/14 73/21 76/3 82/6 93/14
95/1 96/17 102/2 104/9 107/7
108/18 108/23 110/17 112/5
124/7 124/25 124/25 126/21
136/1 148/16 150/17 161/18
163/8 163/12 163/16 163/17
165/18 166/3 172/6 184/10
186/10 187/7 189/19 192/16
197/7 197/23 200/2 202/18
202/19 203/3 205/17 206/1
206/21 210/5
**2005 [4]**   32/22 34/1 94/11
94/19
**2006 [6]**   1/10 3/5 216/18
216/21 217/3 218/16
**2010 [1]**   218/21
**20th [1]**   218/16
**2100-A [1]**   1/15
**214 [1]**   2/5
**22 [2]**   87/3 154/14
**24-month [1]**   115/10
**25 [1]**   131/9
**26 [1]**   210/5
**269 [1]**   44/1
**26th [3]**   205/16 206/1 206/21
**27 [4]**   192/3 192/5 192/10
197/24
**27th [2]**   124/7 124/25
**29 [2]**   1/10 217/3
**29th [1]**   3/5
**2:05-CV-1217-MEF [1]**   1/5

**3**

**30 [11]**   134/18 134/20 134/24
135/20 137/1 138/17 138/20
142/24 179/22 208/19 210/11
**30-day [3]**   210/13 210/16
210/17
**3000 [1]**   1/19
**30B6 [1]**   37/20
**347 [1]**   79/19
**35209 [1]**   1/16
**360 [4]**   163/1 174/6 174/12
201/10
**37402 [1]**   1/25
**3rd [1]**   47/25

**4**

**40,000 [1]**   39/14
**402 [2]**   1/24 3/7
**404 [1]**   40/9
**423/267-4328 [1]**   1/25
**43 [1]**   213/5
**4328 [1]**   1/25
**44 [1]**   87/23
**45 [14]**   138/22 183/12 184/4
184/12 184/24 186/23 191/13
195/20 195/24 199/6 200/25
202/20 214/3 214/4
**45-day [6]**   183/20 198/25
208/21 210/4 211/1 212/9
**450 [1]**   1/15
**45th [1]**   164/3
**4th [1]**   137/1

**5**

**5/04 [1]**   40/12
**5/17/04 [1]**   136/3
**5/26/04 [1]**   90/25
**50 [9]**   87/23 88/3 88/6 88/6
88/12 123/20 125/24 135/12
211/22
**504 [1]**   40/9
**55 [1]**   86/11
**58 [3]**   85/5 86/11 87/3

**6**

**6/3/04 [1]**   213/6
**6/7/04 [1]**   139/5
**602 [1]**   44/24
**60th [1]**   164/3
**64 [1]**   192/2
**66 [1]**   88/6
**6th [10]**   197/7 197/23 200/2
202/1 202/11 202/19 203/3
203/5 203/11 204/3

**7**

**7/16/04 [1]**   139/4
**7/27/04 [5]**   179/2 179/3
179/4 180/18 180/19
**7/28/04 [1]**   179/5
**7/30 [9]**   134/18 134/20
134/24 135/20 137/1 138/17
138/20 142/24 179/22
**7/30/04 [5]**   138/13 139/8
144/2 144/4 179/10
**71 [5]**   186/18 187/16 188/17
188/19 199/19
**719.47 [1]**   77/22
**72885 [1]**   80/25

**8**

**8/12 [5]**   118/20 118/22

**8**

8/12... [3]    134/18 134/20 143/17
8/12/04 [5]    118/19 138/8 143/21 144/2 144/6
8/17 [2]    118/22 180/3
8/17/04 [5]    113/13 144/20 144/24 179/20 179/21
8/18/2004 [1]    59/18
8/2/04 [1]    179/5
8/27 [4]    192/3 192/5 192/10 197/24
8/9/04 [1]    179/6

**9**

90 [1]    199/10
92 [2]    124/4 124/11
93 [2]    124/4 124/4
96 [1]    89/6
9th [2]    203/16 203/19

**A**

a.m [4]    59/19 184/10 186/9 197/8
AB [1]    206/5
abdominal [1]    156/5
abilities [5]    121/14 153/10 158/12 166/18 207/23
ability [3]    58/21 58/22 155/14
able [7]    25/6 50/13 95/4 96/12 128/11 129/3 210/10
about [87]    5/4 8/12 10/17 15/19 20/20 20/21 21/16 22/12 29/17 29/18 30/25 31/10 31/14 37/21 39/10 42/14 43/17 44/11 44/14 44/24 46/1 47/7 49/5 52/22 53/24 61/24 64/19 65/12 67/17 73/6 75/11 78/20 78/22 78/23 93/8 93/9 101/3 101/25 102/19 106/24 111/4 111/8 111/10 116/6 118/13 120/11 121/15 122/2 124/11 125/23 129/8 131/25 134/12 135/3 135/20 143/25 144/13 148/3 159/1 160/12 161/5 164/23 164/24 165/19 166/4 168/7 171/6 171/14 171/21 174/16 184/8 185/23 187/5 189/5 189/6 189/11 194/15 198/17 198/22 200/8 203/16 206/2 208/11 209/19 212/4 212/18 212/20
above [4]    27/12 87/17 216/18 216/19
access [1]    111/18
accessible [1]    184/21
accommodated [1]    42/1
according [2]    53/14 63/7
account [8]    39/12 85/6 85/9 85/9 85/18 88/20 98/5 158/2
accounts [4]    39/3 85/16 85/21 85/23
accuracy [1]    165/10
accurate [1]    216/6
across [1]    98/15
action [6]    162/16 164/4 183/16 208/18 218/9 218/12
actively [2]    156/20 193/14
activities [2]    165/12 200/8
activity [38]    53/9 55/16

55/16 55/18 55/19 59/6 113/16 114/5 116/16 116/16 116/19 118/20 118/22 118/24 120/18 120/19 128/2 134/13 138/1 138/16 139/5 139/6 147/8 147/18 169/20 169/21 189/23 205/25 206/3 207/9 207/13 207/24 208/20 208/21 210/21 210/23 211/1 212/7
actual [4]    39/5 52/10 163/2 209/18
actually [78]    4/11 20/22 38/23 40/19 42/9 44/13 49/15 50/8 52/25 53/9 53/18 54/16 59/8 59/19 59/24 60/17 65/17 66/5 69/25 76/23 81/20 83/15 83/18 83/20 85/1 88/11 90/6 96/24 97/9 99/21 110/4 111/25 113/7 113/25 114/8 115/6 115/19 117/6 117/18 126/15 129/9 132/7 136/14 137/16 137/25 143/18 144/23 147/2 147/23 148/11 151/2 151/14 151/14 151/19 154/21 158/20 164/12 166/19 166/24 169/4 169/16 169/25 170/12 170/23 171/2 171/14 171/20 172/14 174/9 181/1 181/13 185/3 192/19 193/3 195/11 203/10 204/15 207/8
add [4]    116/15 116/16 116/18 199/6
added [2]    5/2 6/2
addition [2]    68/15 128/13
additional [28]    67/12 68/13 74/6 74/11 81/3 84/20 102/10 102/10 103/21 104/22 107/16 107/20 109/5 110/3 116/17 116/18 134/5 134/16 135/5 155/4 155/22 156/10 157/18 157/19 181/18 183/14 190/6 211/22
addressed [1]    171/10
adds [1]    88/13
adequately [1]    215/11
adjudicate [2]    19/13 21/13
adjudicated [1]    16/14
adjudicating [1]    57/16
administration [1]    52/2
advance [1]    22/21
adverse [1]    62/6
advocacy [2]    79/23 79/24
aerospace [1]    151/6
aforementioned [1]    216/5
after [25]    12/1 13/6 26/11 40/20 41/3 45/4 57/13 64/5 67/14 69/25 79/21 96/4 103/5 106/21 107/4 107/19 108/9 123/14 123/15 160/8 179/9 188/18 203/2 203/4 208/4
afternoon [1]    206/4
again [18]    23/15 27/14 49/1 56/22 58/13 67/18 71/18 87/8 89/19 103/12 128/18 148/9 150/13 177/4 189/13 191/22 196/22 210/15
age [1]    193/4
aged [3]    194/24 214/16 214/20
aging [5]    184/24 191/13 194/8 194/23 197/9
ago [4]    42/6 44/9 134/11 144/12

agree [2]    49/1 87/3
agreeable [1]    36/2
agreed [2]    3/12 3/17
agreement [9]    3/5 3/10 54/7 93/21 94/3 208/17 209/3 209/6 209/7
agrees [1]    136/14
ahead [4]    20/3 80/1 81/9 93/23
airway [2]    72/25 80/4
ALABAMA [6]    1/1 1/16 1/20 3/4 5/17 6/20
aligned [1]    34/20
all [190]    3/17 6/5 7/14 8/5 8/11 8/15 10/1 10/17 11/3 11/13 11/16 11/22 11/25 11/23 14/19 14/23 15/11 15/22 16/8 16/22 17/20 18/25 20/5 20/6 20/10 20/20 21/11 23/24 26/18 26/20 27/15 28/3 28/18 28/21 29/3 29/10 29/14 29/16 30/15 31/22 32/16 32/20 33/8 35/18 36/6 36/21 37/10 38/7 38/11 39/20 40/14 40/25 42/3 42/3 42/7 42/14 42/22 43/13 44/20 45/8 46/3 48/10 49/4 51/9 52/5 54/10 54/15 55/8 55/21 58/15 59/10 62/16 63/15 65/12 65/17 65/19 66/22 66/22 67/23 68/12 70/2 70/6 71/10 72/6 74/18 76/2 79/1 80/1 80/4 81/8 84/10 84/24 85/24 88/5 91/7 91/13 92/10 92/11 93/8 94/10 94/15 95/10 95/22 96/15 98/18 99/7 99/7 99/14 99/19 100/7 100/22 102/16 103/6 104/18 105/8 106/5 110/25 111/6 113/24 114/11 116/10 117/23 119/3 119/22 120/7 121/8 123/2 126/23 129/2 131/25 136/17 139/23 141/10 142/2 142/7 142/23 144/4 144/9 144/11 144/22 145/2 146/5 146/11 146/14 148/6 151/3 151/14 158/11 158/24 159/5 161/5 162/6 162/15 162/18 164/15 165/18 166/7 166/12 167/8 170/24 171/4 175/15 176/6 177/7 177/17 177/17 180/4 181/23 184/8 188/17 188/23 189/4 197/3 197/22 199/21 202/5 202/12 205/22 207/15 208/5 208/10 209/2 209/24 211/8 211/15 211/16 212/4 213/12 215/22 216/7
allowed [1]    198/25
along [3]    16/24 28/3 146/19
already [14]    21/25 26/25 44/15 49/15 81/25 91/24 97/17 101/21 125/22 128/6 159/10 159/12 183/19 198/17
also [30]    6/22 41/15 48/2 57/12 70/25 72/11 72/16 73/3 74/4 78/24 79/12 79/13 80/2 93/19 95/4 101/22 102/7 106/18 106/25 120/15 121/13 122/13 122/22 123/24 129/20 190/17 191/11 193/20 193/23 211/20
altered [2]    186/25 218/13
Although [1]    23/4
altogether [1]    29/12

**A**

always [4]   24/14 31/4 112/9
141/11
am [9]   7/10 34/2 53/7 71/20
115/17 145/10 149/20 218/9
218/10
AMA [1]   126/17
amended [7]   2/13 5/2 5/13
5/17 6/2 6/6 6/14
AMERICA [4]   1/7 90/8 90/11
160/7
amount [5]   50/17 85/25
109/1 169/4 169/11
analyst [8]   15/25 16/6 16/9
17/1 17/18 17/25 19/19 20/23
ankle [9]   77/10 77/13 78/3
79/4 79/6 79/7 120/25 121/5
158/3
ankles [12]   71/15 72/2
72/10 96/6 101/6 101/9
103/15 121/8 129/7 129/11
129/18 130/19
annuity [21]   46/7 46/24
47/13 49/16 56/16 56/23
57/23 57/24 60/16 60/19
88/19 91/10 98/12 123/21
205/11 205/25 206/3 206/5
209/5 211/21 212/1
another [22]   15/10 15/20
67/22 79/8 79/9 80/12 110/10
116/11 117/12 120/5 121/18
121/21 130/16 138/9 144/10
145/14 158/9 193/9 199/6
200/19 200/19 202/20
answer [13]   12/12 45/2
46/21 74/24 86/22 107/6
169/17 169/19 171/20 172/21
172/24 175/7 194/5
answered [3]   68/23 69/11
89/22
answers [1]   28/16
antidepressants [1]   153/1
anxiety [5]   73/5 82/1 96/8
103/17 215/13
any [112]   8/2 9/19 11/10
16/20 17/13 19/12 21/11
21/20 24/24 43/4 44/7 45/12
47/4 47/7 51/21 53/17 56/6
57/10 57/13 58/21 58/23
58/23 59/7 61/19 62/6 62/21
69/24 73/19 73/23 74/11
74/14 75/2 84/7 84/20 90/13
90/16 96/2 96/19 96/22
100/23 101/19 101/22 101/24
102/4 102/10 102/17 103/8
103/24 104/3 104/4 104/22
109/2 109/19 115/9 115/11
117/3 122/1 122/7 130/20
130/25 131/1 132/24 135/13
136/25 137/3 137/6 140/2
142/15 142/23 143/14 157/2
157/25 158/4 158/22 160/15
160/15 162/16 163/3 164/25
165/3 167/9 168/16 170/5
171/25 172/3 172/5 174/24
175/1 175/9 175/24 176/7
176/22 186/1 190/2 193/13
194/13 200/14 201/7 201/15
201/18 203/2 203/4 205/16
207/4 214/11 214/15 214/19
215/4 215/15 215/17 218/9
218/10

anybody [3]   14/21 90/10
142/20
anymore [4]   16/10 27/12
41/14 52/6
anything [19]   5/4 21/18
43/2 62/23 68/13 82/13 92/21
107/20 116/17 159/15 161/10
162/16 167/15 167/17 167/24
175/17 175/22 175/23 176/1
anytime [1]   140/21
anyway [4]   87/2 87/3 150/23
215/6
anywhere [6]   10/21 38/3
40/16 58/18 176/17 178/7
apart [2]   20/15 51/22
apnea [24]   63/13 72/16
79/12 79/12 80/3 80/9 80/14
96/7 96/9 103/16 103/18
103/19 103/20 121/13 125/8
125/9 129/19 129/24 130/4
130/10 130/13 151/11 154/16
159/10
apologize [2]   87/8 196/13
appeal [6]   61/8 61/13 75/20
75/22 182/1 204/12
appear [9]   67/14 87/9
114/16 114/21 115/25 116/13
118/7 180/23 200/4
appeared [1]   216/18
APPEARING [2]   1/13 1/17
appears [13]   43/19 44/3
87/5 87/18 112/23 114/15
139/5 144/19 178/23 184/15
187/6 203/24 218/5
appellate [3]   61/25 62/6
75/23
apply [1]   46/18
appointment [1]   101/1
appreciate [1]   94/5
appropriate [8]   25/24 56/1
104/24 126/10 148/23 159/25
167/11 167/22
approval [3]   20/13 30/6
50/21
approve [2]   50/11 50/16
approved [2]   16/13 51/17
approximately [4]   11/5 15/8
19/4 19/24
April [3]   32/22 38/22 72/16
APs [1]   207/16
are [114]   3/19 3/22 6/17
6/23 7/1 8/23 23/2 23/20
24/17 25/19 25/21 30/5 30/25
33/19 35/1 35/5 36/7 36/23
40/7 42/3 51/1 55/13 57/23
63/25 64/19 66/15 66/16
70/11 73/7 75/1 75/19 76/24
77/4 77/18 78/20 78/21 78/21
78/24 79/14 79/15 79/16
93/14 101/24 102/5 103/8
106/19 115/16 116/12 120/11
121/22 122/21 122/25 124/2
124/24 125/10 127/11 128/6
129/23 131/16 132/8 132/9
132/12 132/25 133/21 135/15
137/19 139/14 141/23 143/23
145/22 146/1 146/10 147/4
148/25 149/19 153/1 155/25
160/21 161/21 161/24 162/2
167/9 167/11 167/22 172/3
172/8 173/17 174/3 175/9
175/12 175/25 176/6 181/9
183/11 183/11 183/13 183/19

184/12 191/11 193/10 193/10
193/11 194/6 194/11 195/22
198/20 198/24 198/24 200/17
207/4 207/22 209/4 211/21
216/6
area [5]   9/1 9/2 9/9 13/19
32/7
areas [1]   201/5
aren't [5]   28/12 51/23
90/19 116/12 204/10
ARENDALL [1]   1/19
arising [1]   156/25
around [10]   11/17 84/24
130/5 141/21 141/23 165/8
165/9 168/12 183/20 214/23
arrangement [1]   36/14
arrived [1]   115/25
arthritis [6]   101/22 103/23
106/16 154/19 157/10 157/22
arts [2]   9/18 9/20
as [125]   3/1 3/17 3/20 3/22
4/2 4/4 4/18 4/22 5/16 6/7
6/15 8/14 14/6 15/1 15/19
17/1 17/16 17/17 18/2 19/5
19/8 20/12 20/18 23/8 23/16
24/18 27/7 27/15 27/17 27/21
28/4 28/6 46/12 48/19 49/2
50/7 51/25 52/1 53/23 55/24
57/1 59/22 59/23 60/23 61/2
67/6 68/6 69/5 69/6 70/20
73/6 75/3 78/14 79/15 79/15
79/24 82/20 82/20 84/16 86/2
86/25 86/25 90/23 93/9 102/2
104/4 104/10 107/22 108/17
110/8 110/12 119/2 120/18
120/19 125/3 126/14 129/20
129/23 130/12 130/21 133/2
134/3 135/3 137/10 149/7
150/8 151/13 152/4 152/22
153/5 153/10 153/10 154/7
155/10 155/10 155/12 155/23
157/4 157/17 162/7 165/25
166/14 168/13 171/4 173/13
174/3 174/5 182/4 186/9
187/13 190/25 195/14 197/3
200/22 202/12 202/15 204/9
205/2 207/9 208/20 211/22
212/14 212/25 216/4 216/7
ask [53]   4/11 4/19 12/3
12/16 17/12 18/10 23/25
29/16 37/16 37/21 42/8 46/3
57/21 66/3 66/23 70/15 78/17
85/8 89/19 95/20 107/9
112/12 112/18 115/3 118/13
119/4 121/9 121/15 126/16
127/10 128/17 130/16 134/3
135/2 145/24 147/20 149/10
150/8 151/5 160/10 160/12
161/11 162/9 167/5 167/6
168/5 172/9 189/21 191/5
191/6 191/7 199/21 210/14
asked [18]   4/10 4/13 4/14
65/11 68/22 69/11 73/14
88/19 89/23 107/22 122/15
149/10 150/24 168/6 171/14
181/17 194/5 215/4
asking [23]   12/19 46/13
74/14 74/15 74/20 102/17
114/23 124/17 128/18 139/25
143/15 146/9 147/7 147/17
148/3 148/24 156/10 177/5
180/10 192/20 194/7 196/20
198/22

**A**

asks [2]   28/14 83/15
assess [12]   104/12 105/8
 109/9 111/3 123/3 128/19
 132/22 133/9 133/15 153/9
 168/2 181/17
assessed [4]   104/2 130/1
 155/6 165/13
assessing [8]   102/1 102/20
 128/24 129/17 130/9 130/11
 135/15 200/18
assessment [9]   135/1 135/18
 150/18 151/4 157/3 157/25
 171/6 173/11 174/6
assessments [3]   137/21
 164/16 201/7
assign [2]   48/13 49/7
assigned [16]   91/9 92/13
 92/25 95/11 98/23 126/6
 126/9 128/1 128/21 133/10
 133/15 149/16 150/2 157/3
 158/1 158/18
assigning [1]   134/6
assignment [3]   50/6 50/8
 132/23
assist [3]   128/4 130/5
 160/10
assistance [1]   196/21
assisted [1]   51/15
associate's [3]   9/9 9/16
 9/17
associated [1]   72/18
ASSOCIATES [2]   1/24 3/6
association [4]   46/9 46/23
 47/1 47/4
assume [2]   180/9 180/10
assumed [1]   12/14
Assumes [1]   163/25
Assuming [1]   173/9
at [239]
Atlanta [1]   35/10
attach [1]   49/7
attached [9]   4/23 4/25 6/15
 48/14 81/6 82/18 191/19
 216/8 216/10
attaching [1]   48/5
attachment [4]   48/12 184/1
 184/3 191/12
attachments [1]   84/20
attacks [2]   82/1 215/13
attending [47]   75/4 76/7
 76/16 76/20 76/23 77/5 77/6
 79/9 80/12 81/3 83/25 84/7
 84/18 102/4 103/22 106/1
 106/8 106/25 115/15 116/2
 120/17 121/18 121/19 122/3
 123/14 126/6 128/19 130/22
 131/8 132/11 132/22 133/16
 137/5 148/17 151/19 151/22
 157/4 158/2 158/18 167/9
 199/21 207/16 207/18 207/19
 207/19 207/21 208/6
attention [3]   97/8 100/21
 179/7
attorney [4]   43/9 141/8
 141/14 218/10
August [40]   61/3 66/8 66/18
 66/24 67/25 70/21 73/14
 73/21 76/3 82/6 96/17 102/2
 104/9 107/7 108/18 108/23
 110/17 112/5 137/1 150/16
 183/24 184/10 186/10 187/7

189/18 191/16 197/7 197/23
 199/18 200/2 202/1 202/10
 202/18 202/19 203/3 203/5
 203/11 203/16 203/19 204/3
August 12th [1]   191/16
August 18th [1]   61/3 66/8
 66/18 66/24 67/25 70/21
 104/9 183/24 184/10 186/10
 187/7 199/18 202/18
August 2004 [1]   102/2
August 4th [1]   137/1
August 6th [9]   197/7 197/23
 200/2 202/1 202/19 203/3
 203/5 203/11 203/19 204/3
August 9th [1]   203/19
Austin [6]   9/8 10/8 10/19
 11/4 11/7 21/20
author [1]   117/3
authored [4]   118/18 118/23
 205/14 205/23
authority [8]   18/3 20/13
 20/14 50/11 50/16 57/4 110/2
 110/12
authorized [2]   118/13
 126/16
automatically [2]   58/5
 170/8
autonomy [1]   18/4
available [15]   19/22 24/2
 30/22 55/13 78/14 95/2 95/22
 137/21 137/22 142/14 142/1
 175/21 194/12 194/14 195/5
average [1]   94/18
avoid [1]   92/11
awaiting [2]   203/1 211/21
award [3]   175/18 176/2 176/4
awards [6]   174/24 175/1
 175/2 175/3 175/20 175/25
aware [19]   70/20 71/6 71/11
 72/7 73/8 73/15 73/20 74/7
 74/16 75/12 76/5 96/4 96/16
 103/8 104/1 159/6 168/17
 168/18 194/6
away [2]   34/24 175/15

**B**

B-A-S [1]   30/13
back [73]   6/4 15/13 23/25
 29/1 29/4 29/17 32/7 32/10
 33/22 34/22 34/25 35/15
 35/16 35/21 35/22 36/6 38/19
 42/4 42/5 42/8 44/1 60/14
 63/19 64/4 66/11 67/6 67/24
 68/3 70/9 70/14 70/23 80/4
 84/24 85/5 88/1 88/5 88/21
 96/23 97/19 99/8 100/25
 109/4 116/16 121/10 123/4
 125/2 125/18 126/23 134/19
 136/11 138/10 143/10 143/15
 150/13 150/16 154/19 157/17
 166/17 166/24 167/1 171/16
 171/24 172/6 173/23 180/19
 181/24 196/24 201/25 202/10
 203/22 208/11 208/23 209/13
background [1]   8/13
backs [1]   99/12
backwards [2]   27/9 176/15
bad [7]   12/16 99/8 99/12
 118/18 160/14 162/17 165/2
Baptist [1]   191/25
Barbara [6]   206/8 206/8
 206/9 206/10 206/24 207/16
BAS [6]   30/12 86/16 86/19

188/11 188/12 188/18
based [24]   25/20 60/11
 62/20 63/8 63/24 65/20 69/12
 71/13 74/7 91/9 96/21 109/23
 112/8 117/23 118/1 118/5
 118/8 119/13 126/10 149/10
 157/1 182/20 194/25 198/8
basic [1]   155/12
basically [1]   202/5
basis [11]   35/13 94/23
 112/22 127/21 137/11 137/12
 137/14 157/5 163/20 196/1
 200/8
Bates [19]   43/20 44/23
 47/20 48/7 48/23 48/24 53/20
 61/9 66/10 66/15 73/9 87/4
 87/17 93/12 93/25 176/13
 176/14 183/1 188/24
be [149]   3/12 3/16 20/7
 20/11 20/18 20/19 20/23
 23/17 25/3 25/6 37/5 38/15
 40/2 41/20 44/7 45/21 49/2
 49/7 49/8 59/2 59/6 60/9
 60/22 60/23 61/23 61/24
 62/22 64/25 67/14 71/17
 72/12 83/5 83/23 83/23 84/15
 86/15 86/16 86/16 86/19 87/1
 87/5 87/10 87/18 92/18 94/7
 95/2 95/4 96/12 99/22 99/25
 100/19 106/6 108/18 114/22
 114/23 115/2 115/2 115/5
 115/8 116/1 116/13 117/8
 117/9 117/10 124/20 124/21
 128/24 130/4 130/9 130/11
 131/13 132/8 132/9 134/25
 137/7 137/21 137/22 139/7
 140/4 140/22 141/1 141/6
 141/10 141/11 142/8 142/16
 142/18 144/20 147/12 152/10
 153/6 155/5 155/9 155/23
 156/3 157/10 159/24 162/9
 163/3 164/3 165/13 166/14
 166/16 166/19 170/11 170/18
 171/9 172/17 172/17 175/7
 176/1 176/6 180/5 180/13
 180/24 181/1 182/22 183/16
 184/5 184/15 185/9 186/21
 186/23 186/25 190/14 193/14
 193/22 193/23 193/24 193/25
 195/2 195/5 197/3 197/3
 197/14 197/15 198/9 199/23
 200/20 201/15 201/21 202/12
 202/12 205/15 211/23 213/21
 213/25 216/10 217/3
became [3]   18/16 18/19 89/2
because [58]   5/2 7/22 8/15
 22/3 22/9 29/24 30/1 39/4
 39/6 40/5 40/20 44/1 45/6
 46/7 48/22 55/16 65/13 65/25
 68/5 69/5 78/18 80/8 85/1
 85/5 85/11 86/25 101/6
 104/15 104/16 105/1 105/25
 107/3 107/14 107/15 107/22
 109/17 110/6 113/21 116/2
 116/25 117/4 123/6 131/5
 131/15 135/18 139/25 151/1
 152/5 155/13 163/21 171/9
 180/20 181/25 186/25 189/14
 197/17 202/6 212/11
been [69]   4/3 7/3 20/8 32/17
 40/14 41/2 42/24 50/13 54/4
 54/7 54/9 55/24 66/6 69/1
 69/1 69/2 69/7 69/9 74/7

**B**

been... [50]  79/8 82/14 83/1 84/13 89/7 89/11 92/25 93/17 94/21 94/22 101/4 108/10 112/4 117/5 118/14 118/21 120/14 121/2 122/6 129/3 131/10 138/5 141/14 141/18 142/4 150/3 151/10 153/18 154/4 155/19 157/9 157/20 157/23 168/6 168/13 173/1 182/4 183/15 184/8 187/4 187/13 192/2 195/13 196/9 204/8 205/2 208/18 210/10 211/9 218/13
before [35]  4/20 7/24 7/25 8/12 12/5 15/10 17/13 60/17 66/7 67/7 68/20 68/21 89/15 97/14 102/16 104/8 105/4 114/9 119/16 119/19 125/13 168/25 169/23 178/12 179/1 180/1 191/16 191/18 192/10 196/7 204/18 211/6 216/18 216/21 218/4
began [8]  19/18 33/4 102/6 125/20 132/6 144/12 169/20 174/25
begin [1]  8/12
beginning [6]  11/19 43/20 43/22 55/1 170/1 200/7
begins [2]  61/15 114/10
being [20]  3/10 18/17 28/23 32/20 36/3 56/18 57/15 131/7 147/22 151/8 153/2 156/20 164/5 165/2 174/23 181/25 185/13 186/22 189/15 205/9
belief [1]  216/6
believe [34]  5/2 10/12 15/17 18/21 22/11 28/7 32/22 35/2 37/2 44/18 54/23 55/15 65/3 67/2 67/3 67/12 72/20 88/18 96/19 100/12 115/13 147/14 175/19 179/24 182/23 185/8 190/19 190/22 192/18 194/16 199/9 205/18 205/19 215/6
believed [1]  18/14
below [6]  27/10 77/14 132/7 138/13 174/11 174/21
benchmark [1]  163/23
benefit [14]  7/11 15/24 17/25 19/19 31/6 50/18 52/6 92/14 93/4 93/15 107/15 108/1 108/19 193/11
benefits [9]  17/7 24/18 27/7 27/13 27/23 29/6 63/2 63/6 69/9
Berke [1]  206/10
beside [1]  187/2
besides [1]  14/21
best [2]  172/24 216/6
bet [1]  113/19
better [1]  127/11
BETTY [9]  1/3 69/8 184/9 186/14 188/18 190/7 192/1 202/11 206/7
between [13]  11/9 11/10 14/19 16/19 56/22 57/19 67/20 117/14 118/22 136/25 137/4 141/19 203/10
beyond [5]  70/7 125/16 181/18 183/20 184/4
big [5]  39/8 57/22 69/6

79/14 88/20
billing [4]  85/9 85/12 85/16 85/19
BIRMINGHAM [1]  1/16
bit [9]  8/13 19/23 24/1 29/24 67/9 87/22 95/20 127/11 180/14
blank [5]  34/2 101/15 101/16 101/17 122/1
block [16]  11/15 23/5 23/9 23/17 23/18 56/16 56/24 60/16 60/19 116/6 122/5 131/10 132/1 132/9 155/17 205/10
blocks [2]  132/7 132/11
blood [1]  154/17
blurt [1]  28/16
board [23]  29/19 46/7 46/24 47/14 49/16 56/16 56/23 57/23 57/24 60/16 60/19 88/19 91/10 98/12 123/21 151/6 205/11 206/1 206/4 206/5 209/5 211/21 212/2
BONITA [10]  1/11 2/4 3/1 4/1 6/1 7/17 216/3 216/12 217/2 217/19
book [2]  81/18 82/10
books [1]  78/18
borrow [1]  80/19
boss [2]  197/14 202/3
both [9]  71/15 72/10 101/3 117/9 154/17 155/6 176/17 190/7 190/20
bottom [10]  6/3 40/1 61/17 106/21 116/25 126/25 136/10 151/4 197/4 198/4
box [1]  131/7
branch [4]  22/5 22/8 22/15 33/9
Brandon [26]  50/7 53/10 53/11 53/12 91/19 91/20 92/4 92/21 95/11 97/12 98/20 100/9 178/17 183/9 185/14 189/18 190/8 190/20 191/14 191/23 196/16 196/18 197/8 207/10 211/6 214/7
Brandon's [1]  100/4
break [13]  10/9 10/10 10/17 10/22 11/9 11/14 12/21 12/22 51/24 102/16 143/3 143/5 176/9
breaking [1]  51/22
breath [1]  10/14
breathing [1]  130/6
Brian [1]  34/1
BRIDGE [1]  1/15
brief [10]  32/2 43/14 49/24 75/8 102/13 143/6 176/10 178/2 179/15 204/24
briefly [1]  42/13
bring [2]  53/12 142/12
bringing [6]  5/4 100/21 139/18 139/19 143/15 208/23
broad [1]  95/19
broke [1]  20/14
brought [6]  8/2 8/9 23/23 29/23 53/18 176/22
brow [1]  107/21
building [2]  137/17 137/23
bulging [3]  100/25 103/23 154/18
BULLARD [20]  1/3 42/16 56/7 63/2 64/15 67/20 68/6 69/9

85/7 89/7 100/4 111/4 128/2 133/11 172/14 186/15 190/7 192/1 202/11 206/7
Bullard's [16]  24/19 46/19 57/4 57/16 57/20 89/2 102/20 168/23 184/9 185/11 188/18 191/20 196/20 197/2 198/13 199/17
burden [1]  160/1
bursitis [1]  154/19
business [13]  16/16 17/7 23/19 39/11 45/9 47/10 52/8 56/16 56/24 60/16 60/19 90/19 205/10
Buster [1]  11/15
but [123]  8/8 12/15 13/18 21/4 21/7 21/17 22/21 22/24 26/17 27/12 27/24 37/21 41/15 44/1 44/18 45/2 45/19 46/1 46/17 54/12 58/25 60/8 60/16 60/22 62/14 62/18 65/15 65/20 68/3 69/18 71/3 71/4 75/16 76/22 81/15 82/20 83/7 84/10 86/24 89/7 89/17 89/22 90/2 90/10 91/19 92/4 93/7 96/11 97/16 98/2 98/6 98/23 101/4 101/15 106/25 109/4 110/1 110/3 110/13 114/7 115/4 115/6 116/13 116/17 117/4 117/9 117/21 118/20 118/24 121/2 122/10 123/6 124/21 125/18 126/2 127/19 128/8 128/12 130/20 131/14 137/22 140/2 140/8 140/10 140/21 141/13 144/17 146/9 147/1 147/17 151/12 151/18 153/3 153/17 155/4 160/11 162/12 163/22 164/6 165/5 166/24 168/10 168/11 169/15 171/11 175/16 175/24 176/4 177/5 178/22 180/17 180/25 185/23 188/17 192/13 192/19 193/1 194/5 201/5 209/6 213/25 214/22 218/14

**C**

calendared [1]  138/24
call [28]  9/25 34/17 34/19 37/4 37/4 38/8 38/11 67/19 67/22 75/13 97/1 97/1 98/15 99/20 99/21 100/4 100/10 106/3 106/6 145/11 154/2 165/4 170/22 170/22 171/3 198/10 198/18 211/20
called [8]  3/1 4/2 37/6 37/7 75/16 76/24 96/10 175/14
calling [2]  140/5 211/23
calls [1]  46/21
calmed [1]  103/20
came [26]  20/4 21/23 29/19 35/16 35/21 41/14 42/5 47/9 90/25 92/17 93/5 94/24 95/2 97/14 97/16 97/23 98/1 103/5 105/1 107/4 116/21 172/9 185/21 192/10 196/17 213/22
CAMPBELL [1]  1/15
can [83]  8/14 8/16 14/24 23/24 25/21 37/17 37/21 43/18 45/2 59/11 62/19 62/20 66/4 68/16 70/15 73/12 75/4 78/16 79/15 81/9 86/23 86/24 87/13 89/1 89/10 92/11 93/7

**C**

can... [56]  96/24 99/20
  100/22 104/8 104/23 106/11
  107/21 110/3 111/11 113/24
  116/14 116/15 116/16 116/17
  116/18 120/7 126/15 127/19
  130/25 135/22 142/21 142/22
  143/4 145/13 145/21 146/24
  147/9 147/10 148/12 148/13
  161/7 162/7 162/14 164/1
  167/19 170/2 172/24 176/17
  182/11 182/12 182/25 185/13
  190/3 191/6 191/7 192/9
  193/15 195/16 196/15 199/6
  205/5 205/6 205/23 208/15
  210/15 212/23
can't [16]  25/22 36/18
  64/22 69/14 69/15 83/8 110/4
  115/7 126/13 127/16 128/14
  132/13 134/21 143/14 159/2
  165/4
cancel [1]  212/7
canceled [3]  208/20 210/21
  210/23
cannot [1]  128/15
capable [1]  120/2
capacity [1]  110/14
caption [1]  3/18
care [4]  31/3 159/25 188/20
  207/23
carry [1]  94/19
case [53]  17/11 17/16 17/23
  17/24 17/25 18/3 18/5 18/6
  18/14 18/16 18/17 18/19
  18/22 19/1 19/2 19/6 19/9
  20/8 20/17 24/19 38/24 38/25
  39/1 39/2 41/1 56/4 57/20
  58/10 78/23 78/24 83/9 97/15
  98/2 98/3 98/16 99/2 99/2
  99/4 108/2 110/9 114/3
  116/19 119/10 137/21 140/5
  148/22 160/6 163/15 167/23
  184/25 185/24 198/14 212/15
cases [1]  184/4
Castleman [2]  55/17 58/10
catalepsy [1]  96/8
cataplexy [4]  79/11 103/17
  125/9 151/15
cataplexy/narcolepsy [1]
  79/11
catch [3]  10/13 72/3 77/1
catches [2]  179/7 188/3
categorization [1]  186/4
categorize [2]  185/18
  188/13
categorized [3]  165/25
  185/21 187/13
category [1]  214/4
caught [2]  65/13 97/8
cause [1]  3/22
causing [1]  130/12
caution [1]  173/19
cautious [1]  173/17
CCR [1]  1/23
CCS [2]  178/16 178/17
ceiling [1]  22/16
center [2]  31/3 31/6
certain [6]  50/17 100/1
  135/21 162/19 164/2 209/8
certificate [3]  3/18 216/1
  218/1
certified [1]  151/6

certify [3]  216/3 216/17
  218/4
challenge [1]  94/3
chance [2]  93/22 196/11
change [12]  17/10 17/14
  52/15 63/14 64/9 111/23
  155/21 159/14 159/16 165/11
  194/17 217/4
change-over [1]  111/23
changed [16]  15/20 17/2
  17/8 17/9 17/25 20/8 20/14
  28/5 28/7 32/14 38/20 41/11
  58/12 75/16 92/10 218/13
changes [4]  18/11 183/14
  190/17 217/3
changing [1]  27/14
charge [3]  23/17 95/11
chart [6]  38/25 39/20 40/2
  40/2 40/10 40/19
charts [5]  23/22 37/15 38/2
  38/7 93/20
CHATTANOOGA [15]  1/25 3/7
  14/17 28/25 34/12 34/13
  35/14 35/16 35/22 41/21 42/5
  49/21 110/8 163/14 204/9
chatting [2]  141/22 162/11
check [6]  30/7 47/19 58/5
  131/12 186/15 203/4
checked [3]  122/7 122/8
  131/7
checks [2]  30/5 30/10
children [1]  196/13
Christina [2]  183/8 191/14
church [1]  47/5
Cigna [39]  12/9 13/14 13/16
  13/21 14/6 14/8 14/12 14/20
  14/21 14/24 15/14 15/18
  15/23 16/4 16/9 17/13 17/21
  19/9 19/13 19/17 20/21 20/24
  21/12 22/1 22/3 22/9 24/1
  24/1 24/5 25/7 26/14 29/25
  30/1 45/9 45/15 45/17 168/7
  168/10 168/12
Cigna's [1]  29/18
Civil [2]  3/3 3/4
claim [159]  8/7 19/13 21/7
  21/17 29/23 30/2 30/4 36/19
  39/9 42/16 42/17 42/19 43/17
  44/3 44/10 44/25 45/7 46/25
  47/17 49/14 50/2 50/12 51/6
  51/10 52/10 52/10 52/24
  52/25 54/6 54/17 54/19 54/22
  54/24 55/24 56/1 56/3 57/5
  57/17 57/22 58/6 58/10 58/11
  58/17 60/12 63/17 64/4 66/16
  67/1 67/5 68/1 68/19 69/23
  71/1 71/8 75/5 75/18 75/19
  76/17 81/6 82/7 82/15 84/4
  84/9 84/14 84/17 85/2 86/8
  87/4 87/10 88/9 90/24 92/22
  92/25 95/12 95/15 97/16
  97/23 98/1 102/20 102/23
  102/25 103/1 103/4 107/5
  107/11 107/24 108/3 108/9
  108/17 110/6 111/15 112/8
  112/17 121/20 122/20 122/20
  123/7 123/16 125/6 125/20
  125/23 135/6 135/12 135/12
  137/8 139/7 139/19 141/3
  141/11 143/12 148/16 154/2
  155/3 161/21 164/2 165/9
  165/10 165/23 165/24 167/3

169/14 172/9 173/20 177/9
  177/24 177/25 182/5 182/13
  185/11 186/19 186/21 186/23
  187/6 187/14 187/25 188/1
  188/5 188/9 188/11 188/13
  188/18 189/16 191/20 195/1
  196/23 198/8 199/17 203/5
  204/21 206/7 206/23 207/12
  207/15 208/3 208/7 211/22
  213/6 213/10 215/9
claimant [22]  55/25 63/11
  64/14 70/18 70/19 97/3 98/11
  99/20 126/17 151/10 151/11
  155/1 155/2 155/18 158/5
  159/4 160/1 170/22 171/17
  186/14 198/6 210/10
claimant's [3]  84/20 126/3
  191/25
claimants [2]  160/10 196/25
claimed [3]  108/12 154/7
  155/20
claiming [2]  154/5 154/8
claims [67]  15/7 16/2 16/11
  16/12 16/14 17/6 18/4 21/7
  22/8 23/19 23/19 31/1 31/3
  31/6 31/14 33/10 33/13 33/14
  35/10 36/12 37/13 39/6 42/2
  45/22 46/12 46/12 50/9 50/18
  54/13 58/21 62/3 62/11 62/15
  93/6 94/18 95/5 98/13 99/7
  99/8 99/11 99/24 124/16
  125/12 130/2 135/2 135/6
  139/19 140/17 142/13 160/13
  160/18 164/4 168/16 181/24
  182/8 182/8 183/11 190/5
  192/12 193/10 198/24 212/25
  213/20 213/20 213/21 215/17
  215/18
clarification [10]  47/8
  127/1 127/25 128/5 128/6
  132/20 133/7 133/8 158/17
  158/20
clarify [2]  127/2 158/20
class [2]  21/6 46/1
classes [1]  21/21
classroom [2]  21/5 21/5
clear [1]  164/22
clearly [2]  149/13 198/5
clerical [4]  13/24 14/7
  15/3 15/19
client [2]  39/13 88/16
client's [1]  39/10
clinical [5]  78/23 113/15
  113/17 189/20 189/23
close [2]  165/23 188/11
closed [1]  214/16
closure [1]  167/3
closures [3]  165/1 165/2
  165/9
clue [1]  151/9
co [9]  172/10 172/17 173/1
  173/4 173/5 173/10 204/15
  204/15 204/21
co-morb [1]  204/15
co-morbid [8]  172/10 172/17
  173/1 173/4 173/5 173/10
  204/15 204/21
code [4]  77/25 78/5 79/19
  80/25
codes [13]  79/16 81/17
  81/21 81/22 82/3 82/11 82/14
  82/20 83/5 83/11 96/11
  100/19 103/21

**C**

coding [1]  165/10
cognitive [9]  153/2 153/10
  153/17 153/18 153/20 153/24
  154/6 155/11 158/12
colitis [24]  72/11 82/1
  96/6 96/18 101/21 103/15
  109/10 136/4 136/8 148/20
  154/16 155/19 155/24 156/1
  156/3 156/8 156/11 156/16
  156/20 156/24 157/4 167/21
  167/23 215/12
collects [1]  85/17
college [7]  8/18 9/6 9/10
  11/23 12/25 13/7 21/20
colleges [1]  11/11
colonoscopy [1]  136/3
column [1]  185/16
come [21]  4/8 4/8 4/13 4/14
  21/15 21/16 21/17 22/1 35/22
  42/4 51/4 51/16 93/1 94/16
  108/13 109/20 137/20 180/22
  187/16 194/19 200/8
comes [1]  58/16
comfortable [1]  48/15
coming [4]  17/24 54/6
  194/18 205/14
commented [2]  65/23 65/25
comments [2]  70/7 116/18
commission [3]  216/24
  217/23 218/21
committees [2]  172/3 172/5
common [2]  190/13 212/6
commonly [1]  37/3
communicate [2]  161/11
  161/20
company [25]  1/7 7/4 7/9
  23/21 42/1 58/19 65/2 65/9
  66/24 66/25 83/18 85/18 86/2
  86/4 87/11 90/7 90/10 108/25
  160/7 160/18 166/15 167/10
  167/20 200/17 214/4
company's [1]  83/24
compensation [5]  176/3
  176/5 214/11 215/16 215/17
complaining [1]  148/18
complaint [1]  153/4
complaints [1]  153/17
complete [3]  34/2 208/2
  216/6
completed [24]  3/15 53/10
  71/21 77/7 79/10 80/13 91/19
  107/1 111/23 111/23 112/4
  112/5 112/7 114/8 117/20
  117/21 117/21 121/23 138/8
  138/12 144/23 170/10 170/11
  170/12
completely [1]  132/14
completion [2]  118/21 170/6
compliance [5]  208/20 210/2
  210/7 210/14 210/16
component [2]  74/9 112/10
computer [1]  147/8
concern [1]  146/14
concerning [2]  61/20 183/10
conclusion [5]  46/21 65/21
  109/19 109/21 109/23
conclusions [1]  126/11
condition [20]  24/20 63/14
  64/9 71/4 72/15 72/18 73/1
  83/21 83/25 95/23 107/4
  126/3 129/16 154/7 155/2

conditions [48]  63/11 64/8
  64/14 64/15 70/19 70/20 71/6
  71/11 72/7 73/7 73/7 73/14
  73/19 74/2 74/15 74/15 75/3
  75/11 76/4 82/23 96/2 96/15
  99/12 99/15 100/22 100/24
  101/20 101/23 102/1 102/19
  103/7 103/25 104/12 105/8
  108/13 111/3 118/15 119/4
  119/15 125/10 125/15 150/3
  158/21 159/5 159/6 167/8
  167/12 180/6
conducted [1]  111/11
confer [2]  126/25 133/6
conference [1]  141/21
confidential [1]  93/21
confidentiality [1]  93/21
confirm [3]  86/6 86/6 86/7
confirms [4]  63/10 70/16
  159/3 159/4
confusion [2]  44/7 48/23
conjunction [1]  56/11
CONNALLY [13]  1/11 2/4 3/1
  4/1 6/2 7/17 7/18 7/21 117/1
  216/3 216/12 217/2 217/19
connection [1]  105/21
consider [7]  49/6 49/8
  104/18 131/4 158/11 176/4
  208/4
considered [6]  79/9 131/13
  158/15 176/1 213/21 213/24
considering [2]  48/20 103/9
constipation [1]  156/5
consult [1]  51/19
consultant [45]  7/12 20/18
  27/8 27/10 27/11 27/15 27/18
  27/21 28/4 28/6 28/10 28/23
  29/11 29/22 31/18 41/3 41/4
  41/11 41/13 45/20 50/7 51/1
  51/4 53/23 56/20 56/21 57/1
  59/23 60/23 92/1 107/23
  108/17 113/16 113/17 119/2
  125/3 137/10 139/20 142/11
  162/18 163/15 171/4 174/3
  174/5 192/16
consultants [7]  31/21 41/6
  41/15 41/17 164/24 174/23
  184/21
consultation [2]  117/5
  122/23
contact [7]  26/21 88/17
  88/17 98/12 98/14 105/15
  212/1
contain [1]  80/18
contained [4]  54/10 57/11
  61/3 62/4
contains [1]  55/12
contents [2]  60/11 216/4
continue [3]  14/8 101/19
  188/8
continued [1]  17/5
contract [2]  19/20 20/11
contractual [1]  126/14
contributing [2]  158/7
  171/19
Convention [1]  191/25
conversation [4]  67/15
  92/12 117/14 120/15
conversations [1]  137/4
conveyed [1]  68/6
coordinate [1]  41/23

coordinating [1]  40/22
coordinator [2]  58/12 59/3
copied [2]  15/7 200/25
copies [2]  59/11 202/1
copy [12]  43/18 44/16 44/18
  44/19 59/14 62/18 71/21
  147/15 170/15 183/10 196/19
  197/4
copying [4]  197/9 197/14
  200/20 205/24
corner [2]  40/1 87/23
corporate [3]  22/17 22/20
  162/3
CORPORATION [1]  1/6
correct [161]  11/18 11/21
  13/5 15/4 17/19 19/7 21/10
  23/1 23/3 25/11 26/15 26/23
  28/2 29/9 30/14 31/9 33/7
  35/17 38/21 39/17 46/2 50/18
  51/7 53/3 53/5 54/18 56/25
  57/2 57/5 57/17 57/18 58/1
  59/9 59/20 61/23 62/7 62/22
  63/3 65/1 66/21 69/13 70/5
  73/9 73/16 73/18 75/21 76/17
  76/18 79/3 82/4 82/8 85/4
  92/3 92/6 94/17 97/11 98/17
  98/19 100/1 100/2 101/10
  102/23 102/24 105/5 106/1
  106/4 107/8 107/25 108/4
  108/7 108/15 109/7 109/15
  110/4 110/5 110/14 110/15
  110/18 110/19 110/21 111/21
  112/1 112/2 112/19 112/20
  112/25 113/21 114/4 114/6
  114/14 114/15 114/19 114/20
  115/17 116/9 119/25 122/9
  122/13 123/23 126/1 127/9
  127/22 128/22 130/6 132/13
  135/10 137/18 137/24 138/13
  138/14 139/3 140/25 142/14
  146/7 146/12 146/23 152/3
  159/6 159/21 161/13 164/9
  164/16 165/15 165/17 165/20
  167/2 169/11 174/19 176/24
  177/11 178/8 181/3 181/4
  181/14 182/6 183/22 184/1
  184/2 184/5 184/6 184/14
  185/4 186/7 186/8 188/7
  188/22 190/11 190/12 193/8
  193/23 197/10 197/13 197/21
  199/7 201/22 202/9 207/10
  207/14 209/15 211/4 214/9
corrected [1]  56/1
corrections [1]  216/10
correctly [1]  164/13
could [20]  15/10 22/21 24/3
  75/2 86/18 86/25 95/17 101/4
  102/18 119/7 131/13 139/24
  140/2 142/18 156/4 156/5
  182/22 187/1 193/1 199/21
couldn't [8]  46/16 116/24
  123/4 126/11 186/25 187/1
  189/6 197/19
counsel [4]  3/11 4/16 218/9
  218/11
COUNTY [3]  216/15 216/16
  218/3
couple [7]  68/25 69/8 71/3
  89/12 135/14 143/18 145/18
course [4]  52/4 52/7 108/16
  176/14
court [5]  1/1 3/13 12/22
  162/3 173/24

**C**

cover [4]  6/24 55/23 88/12 91/24
coverage [9]  55/25 58/6 59/7 85/13 89/2 89/5 90/2 90/6 90/7
covered [8]  29/15 85/25 100/12 101/5 151/14 151/15 159/11 159/12
Cpap [1]  72/13
cramping [1]  156/6
created [7]  53/9 53/10 59/18 91/14 118/20 187/6 207/9
Cross [2]  2/5 215/2
cup [1]  162/11
current [3]  30/25 40/3 121/3
currently [4]  7/10 35/4 35/5 95/5
customary [1]  104/17
customer [8]  31/3 39/13 57/22 88/17 91/10 98/8 98/10 175/19
cut [2]  59/11 59/15
CV [1]  1/5
CX [1]  70/17

**D**

daily [3]  94/23 137/13 200/8
Dallas [21]  9/1 9/2 9/3 9/9 13/16 13/19 22/1 22/3 22/8 28/24 29/1 29/4 32/7 33/9 33/17 33/20 35/15 36/10 40/20 41/22 41/25
Dan [3]  33/25 40/23 41/3
database [1]  181/8
date [42]  38/19 40/2 47/23 47/24 48/2 59/18 60/6 60/10 82/8 87/19 89/5 89/10 90/1 90/3 91/1 103/1 112/8 117/21 117/22 118/21 125/2 125/17 130/22 132/6 144/23 148/17 155/20 170/6 170/10 170/12 170/12 173/10 179/2 179/19 181/19 194/25 198/1 198/7 203/15 206/18 213/5 213/6
dated [7]  80/4 134/18 179/19 191/16 197/7 204/3 206/1
dates [12]  18/11 40/7 62/12 62/13 143/25 179/5 193/21 194/17 194/19 194/21 210/2 210/2
day [25]  3/5 42/25 68/20 68/21 68/24 164/3 164/3 169/17 183/20 184/8 187/5 190/24 198/25 208/20 208/21 210/4 210/7 210/13 210/16 210/17 211/1 212/9 216/18 216/21 218/16
days [28]  68/25 69/3 69/8 71/3 138/23 138/24 183/12 184/4 184/13 184/24 186/18 186/23 191/13 192/2 195/20 195/24 199/6 199/10 199/16 199/19 199/20 199/24 200/25 202/16 202/20 210/11 211/23 213/5
DBC [1]  117/1
DBS [21]  20/18 20/19 23/8 23/16 27/1 27/15 27/17 28/10 36/7 46/13 50/7 56/1 56/15

110/2 119/3 135/3 139/19 174/20 181/1 185/14 191/23
DBS's [1]  194/9
DBS/consultant [1]  27/15
DBSs [11]  94/11 94/15 94/19 142/12 164/24 176/2 176/3 176/6 183/19 192/12 194/12
DBSs' [1]  213/21
deal [2]  5/25 212/16
dealt [2]  60/17 125/12
decades [1]  89/12
December [6]  13/1 13/2 40/25 41/7 178/7 218/16
decided [1]  210/24
decision [56]  51/13 53/9 53/25 57/8 57/20 59/22 61/2 62/7 62/20 63/1 64/4 64/5 64/16 66/18 68/1 69/13 71/7 71/12 73/8 73/13 73/20 74/16 75/1 82/6 84/3 96/16 103/2 103/5 104/10 104/24 105/4 107/7 112/23 118/25 119/16 119/19 126/5 138/23 139/1 139/1 145/3 152/16 158/24 165/10 183/15 184/4 184/12 187/5 187/6 187/14 187/19 188/1 188/2 202/15 210/10 214/20
decisions [1]  20/10
defendant [1]  3/11
Defendants [2]  1/8 1/17
defendants' [6]  2/13 5/12 5/17 5/19 6/6 6/6
defer [1]  66/1
deferring [1]  105/10
define [3]  127/14 137/12 175/3
defined [1]  130/21
definitely [1]  36/25
definition [10]  24/25 46/14 127/15 127/18 128/12 165/11 166/13 182/22 193/21 194/17
degree [1]  9/9
delete [1]  116/17
delivered [1]  87/19
delivery [1]  218/14
demonstrated [1]  132/4
denial [5]  61/2 63/17 69/25 165/24 215/17
denied [3]  186/21 186/24 215/18
deny [1]  68/1
department [6]  110/7 124/17 177/7 181/3 181/5 181/7
depend [2]  125/6 169/3
depo [1]  12/8
deponent [1]  215/23
depos [1]  12/15
deposed [3]  4/4 168/7 168/13
deposition [53]  1/11 2/4 2/12 3/1 3/10 3/12 3/15 3/19 4/9 4/12 4/19 4/22 5/1 5/3 5/5 6/7 7/22 7/23 8/3 12/4 36/2 37/20 40/6 42/9 42/12 43/2 43/8 48/13 48/18 48/21 49/8 49/9 49/11 69/22 70/4 176/21 176/21 176/23 177/6 177/8 177/10 177/13 177/19 177/23 180/2 188/25 200/7 217/3 218/4 218/5 218/7 218/10 218/13
depositions [6]  2/13 5/14

5/18 5/20 6/7 6/15
depression [3]  72/12 96/7 103/16
described [4]  44/4 132/8 132/10 216/20
describes [1]  154/15
description [3]  2/11 132/15 132/16
designating [1]  94/7
designation [1]  94/4
desk [5]  78/14 11//6 193/15 194/2 194/7
desks [1]  78/19
detail [1]  99/20
determination [33]  51/15 57/4 60/11 65/20 71/1 75/12 75/13 75/17 75/23 76/3 76/6 103/10 104/2 108/14 109/2 110/13 126/14 152/6 152/19 156/9 168/25 169/15 182/16 182/17 182/19 183/17 186/19 188/19 198/8 199/3 199/13 199/18 203/5
determinations [1]  164/2
determine [5]  24/6 56/7 145/25 176/16 196/22
determined [6]  24/9 24/10 25/10 25/12 75/17 190/5
determining [1]  102/1
diagnosed [4]  129/10 150/4 151/10 155/19
diagnoses [11]  74/12 81/14 100/17 125/13 149/19 149/20 149/22 149/23 149/25 150/1 151/14
diagnosis [27]  24/20 25/9 25/12 25/23 73/4 74/6 77/9 77/19 78/2 78/4 79/7 79/8 79/11 79/17 79/18 80/14 81/17 83/11 83/16 83/20 101/7 125/7 126/5 129/20 149/17 149/24 151/13
diagnostic [1]  136/16
diarrhea [1]  156/5
did [200]  4/7 4/8 7/23 8/17 8/19 8/20 9/5 9/16 10/1 10/6 10/7 10/10 10/21 10/23 10/24 11/6 11/10 11/12 11/13 11/25 12/2 13/7 13/21 14/7 14/11 14/20 14/24 15/5 15/8 15/13 15/22 16/3 16/16 16/18 17/10 17/13 17/20 19/8 19/11 19/12 19/16 21/11 21/20 24/5 26/4 26/24 27/1 27/5 27/12 28/4 29/18 29/22 30/21 31/17 32/20 35/18 35/20 36/18 38/18 41/15 41/15 42/4 42/8 42/11 42/19 42/22 43/1 43/4 43/7 44/15 45/3 45/9 45/12 45/14 45/17 45/19 47/13 50/3 50/5 51/10 51/12 51/16 54/12 55/3 56/10 56/18 59/23 60/18 63/22 66/24 67/7 67/13 68/18 69/18 69/20 69/21 73/11 75/25 83/8 83/8 87/3 88/16 88/18 90/13 91/24 92/15 92/16 93/5 93/22 94/19 95/15 96/10 96/18 96/19 97/5 99/4 99/6 100/13 100/13 101/6 105/22 108/22 108/22 108/24 110/13 113/9 117/3 117/4 117/6 119/2 121/16 125/8 125/21 126/5 133/18 135/16

**D**

**did...** [64]  135/20 136/18
137/3 145/6 146/9 147/15
148/9 151/13 152/6 152/11
152/19 156/19 156/23 161/6
162/13 163/12 163/17 163/22
170/1 171/21 171/23 173/3
174/24 182/21 185/1 185/6
185/9 185/18 185/19 185/20
186/1 186/1 187/16 18//22
190/4 190/10 192/5 192/7
192/13 195/8 195/10 195/12
195/25 196/11 197/17 200/7
200/8 200/14 200/22 201/7
201/16 202/12 202/14 203/2
203/10 208/4 209/6 210/14
210/18 211/14 211/15 213/15
214/24 215/8
**didn't** [72]  4/11 18/2 25/22
27/24 29/21 30/21 32/8 41/8
41/13 41/17 44/6 50/8 53/12
58/13 69/5 69/22 69/24 75/15
89/23 94/12 98/3 98/14
100/14 104/3 105/2 107/1
107/6 107/16 107/19 110/13
110/18 110/20 115/4 119/15
121/7 122/10 122/13 128/16
136/18 137/6 142/23 145/17
148/5 151/25 152/1 152/7
152/12 152/16 154/22 156/15
164/3 164/13 167/5 168/5
169/16 169/25 171/13 173/8
173/9 182/4 192/5 192/19
192/24 193/1 195/7 198/15
201/10 204/6 209/9 210/13
210/16 210/24
**difference** [1]  6/9
**different** [39]  7/13 7/14
18/23 21/14 21/16 21/17
22/21 23/7 29/24 31/5 34/21
40/8 40/10 42/3 52/8 55/12
55/13 80/7 110/22 127/11
132/14 132/17 135/2 137/17
137/23 139/24 141/22 141/25
143/10 149/11 158/10 160/15
166/8 166/18 175/5 182/7
182/9 182/22 189/23
**differently** [7]  63/19 64/6
95/21 149/4 149/8 150/20
203/7
**direct** [18]  2/5 4/5 28/1
31/23 32/11 32/18 32/21 56/1
91/20 92/4 92/7 110/2 164/9
164/10 164/11 174/10 197/12
200/21
**directly** [3]  110/13 113/22
200/22
**director** [15]  31/22 34/15
35/8 35/8 37/8 37/10 37/11
37/12 38/15 40/5 40/23 41/2
164/8 195/19 197/17
**directors** [1]  175/21
**disability** [24]  7/10 15/24
16/21 17/6 27/7 27/13 27/23
29/6 36/11 58/7 93/14 107/15
108/1 108/19 118/6 125/2
125/5 125/17 148/18 154/6
154/9 154/10 155/21 193/11
**disabled** [5]  24/7 102/2
105/9 115/5 126/17
**disabling** [2]  107/4 154/7
**disc** [2]  100/25 103/23

**disciplines** [2]  141/23
142/1
**discs** [1]  154/19
**discuss** [2]  112/22 196/21
**discussed** [6]  100/24 111/4
116/21 117/11 117/25 118/5
**discussing** [2]  54/6 54/13
**discussion** [7]  32/2 43/14
49/24 75/8 178/2 179/15
204/24
**disorder** [2]  80/10 121/24
**disorders** [1]  135/25
**dispute** [1]  126/5
**distinction** [1]  16/18
**DISTRICT** [2]  1/1 1/1
**diverticulitis** [4]  100/11
100/12 100/19 103/22
**DIVISION** [1]  1/1
**do** [214]  10/24 11/10 11/13
12/17 12/17 13/2 13/21 14/14
15/5 15/11 15/16 15/22 16/9
16/13 17/5 18/11 22/24 23/8
33/16 33/16 33/22 34/6 34/19
35/12 37/4 38/5 38/11 38/19
39/1 39/19 40/15 41/1 42/11
46/17 47/1 48/5 48/6 48/12
50/22 51/20 52/2 52/2 53/15
54/25 55/21 57/7 57/24 58/8
58/17 58/22 58/25 59/3 59/12
59/24 60/2 61/1 61/5 61/8
62/10 62/17 62/19 63/13
63/18 64/14 65/4 65/6 66/23
67/8 68/3 69/6 69/8 71/7
73/23 75/13 78/14 79/23
80/15 80/16 81/3 81/9 83/10
84/13 87/16 87/20 88/14 90/3
90/25 92/9 92/21 94/14 95/7
95/14 95/22 96/11 97/3 100/8
104/4 104/11 105/6 105/12
105/19 105/20 105/22 107/9
109/8 110/4 112/13 112/18
113/1 114/13 115/7 115/9
115/15 117/19 118/12 119/7
119/9 121/14 123/2 125/1
126/20 126/24 127/7 127/17
127/19 127/21 128/15 128/15
131/4 133/2 133/11 134/4
134/19 135/6 136/4 136/7
136/23 137/12 139/12 140/6
140/20 143/2 144/25 145/13
147/6 147/17 147/24 150/20
150/22 151/5 151/6 151/7
151/15 152/22 153/13 153/23
154/8 156/3 156/14 157/11
157/17 158/9 159/14 159/22
160/5 163/3 163/7 165/9
170/7 170/24 171/5 171/15
172/25 173/13 174/21 175/2
176/17 178/14 178/19 180/13
181/23 183/3 183/5 184/7
184/19 186/15 186/15 187/23
188/2 188/8 189/2 189/3
190/19 190/25 191/19 191/21
192/15 192/20 196/4 197/1
197/19 201/10 205/7 205/9
205/19 206/25 209/5 211/14
211/14 211/25 214/25 215/11
216/3 218/4
**doc** [1]  191/1
**doctor** [18]  24/G 24/9 24/10
71/13 100/18 105/13 113/20
128/5 128/13 130/18 136/7
149/13 149/16 150/18 151/12

151/24 152/11 169/20
**doctor's** [1]  151/4
**doctors** [4]  24/2 128/11
146/15 154/3
**document** [47]  4/25 49/6
52/22 52/23 52/25 53/7 53/19
55/4 59/24 63/14 69/17 71/17
71/18 72/8 74/4 91/14 96/24
104/10 122/11 145/2 153/4
155/21 159/14 160/2 165/5
177/12 177/14 177/22 178/17
178/23 178/23 179/1 183/3
184/25 187/7 188/24 189/2
196/24 205/5 205/7 205/13
205/16 206/22 207/1 209/18
212/24 216/19
**documentation** [25]  25/17
52/10 53/17 55/2 63/7 67/20
69/24 102/11 104/19 106/12
114/1 114/17 114/21 115/16
115/25 140/22 141/1 141/10
142/24 143/14 148/6 153/19
169/4 207/7 207/12
**documented** [2]  137/7 162/12
**documenting** [1]  117/14
**documents** [33]  8/2 8/9 43/5
43/20 43/25 48/16 49/5 51/21
66/15 66/16 73/9 74/19 75/2
93/10 101/24 102/17 102/21
108/6 119/5 123/17 125/24
160/25 167/10 176/13 176/22
177/7 177/17 177/18 178/6
180/1 191/8 200/4 201/12
**does** [49]  16/8 38/19 46/3
55/25 74/20 81/23 81/23
81/24 83/12 88/24 107/9
112/13 112/15 114/16 114/21
115/8 115/25 118/6 119/23
120/2 138/16 138/18 140/15
140/19 144/23 145/25 150/11
150/12 151/5 152/14 152/16
153/4 153/8 155/21 157/2
158/8 158/20 159/24 161/1
169/17 169/19 179/21 180/4
187/17 189/10 189/13 194/23
200/3 210/22
**doesn't** [23]  16/10 27/12
46/18 49/2 71/17 80/21 81/20
81/22 107/3 117/20 117/22
121/25 124/15 140/14 144/22
153/16 154/6 170/7 171/20
180/23 185/23 190/13 196/3
**doing** [17]  6/17 7/1 11/20
12/25 20/11 20/11 36/9 69/1
69/16 82/5 135/9 151/12
162/7 192/18 197/20 200/23
201/1
**don't** [225]
**done** [30]  8/17 56/6 63/18
64/6 66/25 67/4 78/8 80/8
82/13 82/25 116/18 118/14
119/9 139/4 153/24 157/20
162/15 173/6 173/7 175/15
189/15 197/16 198/9 198/13
199/24 200/9 201/2 201/5
201/10 215/1
**Donna** [1]  106/23
**Douglas** [1]  6/4
**down** [33]  30/16 36/22 54/5
54/12 55/22 59/25 60/4 86/13
90/23 96/1 100/9 111/15
116/25 117/24 126/24 128/14
132/1 132/4 136/3 136/10

**D**

down... **[13]**   136/12 137/20
144/2 147/21 148/13 152/25
155/17 162/10 181/2 181/14
181/24 198/4 206/13
Dr **[1]**   106/23
Dr. **[84]**   63/9 64/25 65/23
67/13 68/13 77/7 79/10 79/22
80/2 80/13 80/24 82/18 95/18
102/6 102/8 104/16 105/1
105/3 106/18 106/19 106/22
107/2 107/4 109/5 109/14
114/10 120/11 120/12 120/16
120/23 121/7 121/23 122/17
122/19 122/23 123/1 123/3
124/6 124/12 124/17 125/8
125/19 126/9 126/11 126/13
129/19 133/1 135/25 137/5
137/11 137/13 138/5 146/8
147/10 147/11 148/4 148/5
148/10 148/10 148/15 148/25
150/11 150/19 150/25 153/8
155/18 156/7 157/12 157/23
157/24 158/20 170/1 171/11
179/3 179/3 179/4 179/5
179/6 179/6 179/7 179/8
203/15 203/19 215/8
Dr. Foy **[6]**   79/22 80/2
80/13 80/24 129/19 179/5
Dr. Foy's **[2]**   179/3 179/7
Dr. McKinney **[9]**   82/18
133/1 148/4 148/5 148/10
148/10 148/15 150/25 215/8
Dr. McKinney's **[2]**   148/25
150/19
Dr. Paul **[10]**   67/13 68/13
106/18 106/19 107/2 107/4
109/5 120/11 120/12 157/23
Dr. Paul's **[1]**   95/18
Dr. Rachel **[1]**   106/22
Dr. Richardson **[12]**   79/10
122/17 122/23 123/1 124/6
124/12 124/17 125/8 125/19
126/9 135/25 179/6
Dr. Richardson's **[3]**   122/19
123/3 179/3
Dr. Rubin **[1]**   121/23
Dr. Thornbury **[9]**   77/7
102/6 120/16 120/23 121/7
147/10 179/6 203/15 203/19
Dr. Thornbury's **[2]**   179/4
179/8
Dr. Vatt **[21]**   63/9 64/25
65/23 102/8 104/16 105/1
109/14 126/13 137/5 137/11
137/13 146/8 147/11 150/11
153/8 155/18 156/7 157/12
157/24 170/1 171/11
Dr. Vatt's **[5]**   105/3 114/10
126/11 138/5 158/20
drawing **[1]**   34/2
drug **[2]**   158/7 171/18
duces **[1]**   5/14
due **[5]**   138/23 165/12 194/17
208/22 211/3
duly **[2]**   4/3 218/5
duration **[1]**   149/1
during **[3]**   11/14 13/9 13/13
duties **[6]**   17/14 18/23
24/24 24/24 60/9 108/17
duty **[7]**   17/21 92/18 107/10
107/14 108/3 160/17 161/2

**E**

E-mail **[25]**   4/15 52/19
52/19 53/1 116/14 161/12
183/8 183/18 184/1 184/11
191/12 191/19 195/18 196/18
197/4 197/7 197/15 197/22
198/22 200/20 200/24 204/3
210/1 210/5 211/5
E-mails **[7]**   116/12 161/21
161/21 162/3 201/25 202/10
210/4
each **[10]**   19/5 82/14 82/22
82/23 111/3 116/13 125/6
149/11 208/3 208/5
earlier **[19]**   38/16 45/25
74/21 88/20 91/5 96/25
105/12 148/12 151/15 154/3
160/13 167/8 189/5 192/20
193/19 196/25 198/2 212/21
215/4
easier **[1]**   211/10
Eastfield **[11]**   9/10 9/11
9/13 11/7 11/17 11/23 12/1
12/24 13/7 15/13 21/20
edge **[2]**   87/16 88/3
effect **[3]**   158/11 171/6
171/21
effective **[4]**   89/3 89/5
89/10 90/1
effects **[1]**   109/9
effort **[1]**   134/5
eight **[1]**   81/12
either **[13]**   21/19 46/17
75/18 96/13 109/20 112/18
129/3 151/9 166/17 170/16
200/20 207/18 215/16
electronic **[2]**   53/4 112/12
eligibility **[1]**   19/22
eligible **[5]**   171/24 172/15
174/23 175/25 176/6
else **[14]**   14/21 43/2 58/18
64/23 68/13 90/10 104/20
124/21 125/8 141/10 142/20
175/17 175/22 175/23
employed **[2]**   218/9 218/11
employee **[7]**   23/2 48/1 79/2
86/5 175/10 201/22 218/10
employee's **[1]**   200/19
employees **[3]**   39/14 85/25
184/22
employer **[4]**   48/1 85/17
85/24 166/23
employer's **[1]**   84/19
employment **[3]**   86/6 154/13
168/14
end **[15]**   41/8 56/2 118/7
121/14 133/7 168/16 170/11
171/20 189/20 190/6 196/22
206/8 209/10 211/9 211/23
ended **[3]**   26/22 169/7 169/21
ending **[1]**   43/20
enjoyed **[1]**   12/11
enough **[7]**   9/16 10/13 29/15
104/11 105/7 122/11 190/13
enrolled **[1]**   56/8
ensure **[1]**   211/6
entire **[13]**   23/9 23/17
23/18 46/23 51/10 60/11
69/22 103/4 105/4 111/14
111/18 190/10 214/4
entitled **[2]**   63/2 63/5
equivalent **[1]**   49/11

ERDs **[1]**   194/17
ERIN **[4]**   1/23 3/13 218/4
218/19
ERISA **[19]**   45/10 45/13
45/18 45/21 46/4 46/10 46/18
46/24 47/6 60/19 60/20 61/3
61/7 61/20 62/6 160/12
160/21 160/22 160/24
err **[1]**   173/19
errata **[1]**   216/8
errors **[2]**   208/16 209/24
ESQUIRE **[3]**   1/14 1/14 1/18
essentially **[15]**   15/3 15/19
17/17 22/16 24/17 24/19
66/13 85/16 99/5 100/3
114/13 130/12 135/11 137/17
188/13
Estrada **[51]**   50/7 50/10
51/4 51/10 53/18 54/5 62/21
67/20 68/6 78/7 91/19 92/21
95/11 97/12 98/20 99/11
108/2 108/10 108/23 110/11
113/8 115/20 116/8 116/20
119/10 124/16 124/18 124/21
133/19 135/10 162/11 171/3
178/18 178/24 183/9 184/11
185/14 189/18 191/14 191/23
197/8 200/3 200/6 200/24
201/8 204/2 205/24 207/10
211/6 213/15 214/9
Estrada's **[3]**   110/23 110/25
201/13
etc **[1]**   44/2
evaluating **[1]**   213/22
evaluation **[4]**   153/3 153/5
155/23 182/20
evaluations **[2]**   165/11
201/11
even **[5]**   16/18 30/19 41/20
141/9 165/24
ever **[11]**   12/4 30/15 31/20
64/3 64/3 138/4 141/13 142/4
167/18 168/13 168/16 175/1
181/17 204/17
every **[9]**   12/11 59/25 60/5
60/9 71/4 74/25 83/24 95/23
177/22
everybody **[5]**   48/8 164/23
165/6 174/11 174/13
everything **[12]**   63/22 66/11
82/7 96/20 112/11 136/21
161/6 161/7 162/7 162/12
162/14 200/18
evidence **[1]**   163/25
exact **[2]**   44/18 209/6
exactly **[4]**   16/5 26/16
135/22 211/11
Examination **[4]**   2/5 2/5 4/5
215/2
examined **[4]**   4/4 216/4
example **[4]**   52/23 110/10
131/9 167/20
except **[3]**   3/22 105/24
216/7
exception **[1]**   131/2
exceptions **[1]**   3/20
excuse **[2]**   7/7 103/19
execution **[1]**   216/9
exhibit **[21]**   4/19 4/22 6/8
6/15 7/23 8/2 48/13 48/19
48/21 49/3 49/8 49/9 49/11
176/21 176/21 176/23 177/2
177/3 177/6 177/13 178/11

**E**

EXHIBITS [1]  2/10
exist [4]  16/10 27/12 41/4
 41/13
existed [1]  103/1
expect [1]  199/23
expected [3]  153/6 155/23
 156/18
experience [3]  18/2 197/18
 202/7
expertise [2]  66/2 105/11
expires [3]  216/24 217/23
 218/21
explain [5]  24/15 37/18
 89/10 147/7 198/6
explained [2]  39/8 52/14
Express [1]  11/2
extend [1]  139/1
extension [2]  138/23 199/7
extent [1]  48/24
extreme [3]  73/4 81/24
 215/12

**F**

fact [6]  56/7 89/23 93/9
 200/23 202/15 212/14
facts [1]  163/25
fail [1]  96/3
fails [2]  155/1 155/3
fair [2]  135/18 169/5
fairly [3]  8/16 26/7 212/6
faith [1]  160/14
fall [1]  46/8
familiar [16]  58/25 86/19
 125/10 129/24 139/14 140/15
 140/20 155/25 160/21 161/24
 162/2 166/9 167/9 167/17
 172/8 181/9
family [2]  148/15 150/19
far [5]  82/20 128/17 133/23
 153/10 162/13
fast [1]  79/15
fatigue [5]  73/4 81/25 96/8
 103/17 215/12
fault [1]  28/13
fax [4]  55/23 90/24 91/4
 123/20
faxed [1]  87/19
February [9]  14/15 14/20
 19/10 26/24 26/25 27/4 29/17
 32/10 124/25
Federal [1]  3/3
feel [16]  10/1 10/5 67/23
 100/8 104/11 104/19 104/23
 105/6 105/12 105/14 107/3
 107/10 108/22 109/8 123/2
 156/14
feet [14]  101/3 101/4 101/6
 101/8 101/12 103/24 129/7
 129/11 129/18 130/19 154/18
 154/18 157/8 157/19
felt [4]  67/24 67/25 108/25
 126/8
few [4]  71/2 71/7 81/16
 190/24
fibromyalgia [4]  74/9 96/8
 103/17 154/20
field [1]  33/17
figure [7]  37/17 64/10 76/4
 79/5 116/23 145/21 189/6
figured [1]  173/3
file [158]  8/7 8/13 24/13

42/13 42/15 42/16 42/17
 42/19 43/17 44/3 44/10 44/25
 45/7 48/16 51/19 51/23 51/25
 52/25 53/13 54/8 54/11 54/23
 55/3 55/13 57/11 58/11 59/6
 59/19 60/5 60/12 62/23 63/19
 63/23 64/1 64/4 65/7 66/7
 66/16 66/18 67/14 68/19 69/3
 69/7 69/12 69/23 71/8 71/14
 76/25 82/7 82/15 82/25 95/4
 96/4 96/21 97/8 97/10 98/6
 99/2 100/4 101/25 102/23
 102/25 103/5 103/14 104/3
 104/10 104/17 104/19 105/4
 105/7 106/11 108/24 109/24
 111/2 111/15 111/18 112/10
 112/11 114/24 117/24 118/6
 118/9 118/10 119/13 120/8
 123/25 125/19 125/22 130/21
 132/24 134/1 134/17 135/20
 137/3 137/8 138/1 140/3
 140/9 141/3 141/6 141/11
 141/12 143/19 144/1 144/18
 145/12 148/17 151/2 158/10
 161/6 161/9 161/22 162/13
 162/16 164/16 164/19 167/7
 168/22 169/4 169/11 169/16
 173/4 173/10 177/9 177/24
 177/25 179/13 181/14 181/21
 181/24 183/15 184/7 184/9
 185/6 185/9 188/2 189/7
 189/12 190/21 193/9 198/9
 202/16 203/3 203/7 206/12
 206/14 206/23 207/9 207/12
 208/4 208/7 208/15 208/19
 208/24 210/3 210/12 212/4
 213/10
filed [5]  4/25 5/1 15/7 56/3
 107/5
files [33]  20/6 30/1 44/2
 83/12 85/15 86/14 92/13 93/4
 103/1 163/3 169/20 170/18
 183/20 184/12 185/18 192/19
 192/21 193/4 193/5 193/6
 193/7 193/13 193/17 193/18
 193/22 193/25 194/1 194/6
 194/9 194/12 194/14 194/15
 195/24
filing [1]  48/11
filings [1]  195/22
fill [1]  155/14
fills [1]  154/11
financially [2]  209/9
 218/11
find [14]  47/23 55/2 55/4
 62/19 78/16 113/3 126/16
 134/5 140/2 143/14 144/10
 159/11 170/2 193/1
finding [1]  52/16
fine [2]  51/22 84/15
finished [1]  9/9
Fink [1]  6/4
first [29]  4/3 20/22 25/8
 31/18 47/9 47/15 66/23 86/4
 86/8 97/7 100/8 112/17 116/6
 116/7 117/25 122/3 125/24
 132/2 135/19 138/11 138/12
 158/25 164/13 168/19 168/20
 180/9 196/17 209/2 209/2
five [4]  82/2 138/24 168/7
 198/21
flag [2]  126/24 150/11
flagged [1]  113/2

FLATT [4]  1/23 3/13 218/4
 218/19
Flinner [2]  213/1 213/13
flip [12]  38/2 61/5 87/13
 105/25 111/6 111/7 136/11
 138/10 138/15 144/11 170/23
 171/16
flipping [1]  145/8
flow [1]  93/20
Floyd [2]  183/8 191/14
folder [1]  44/14
folks [2]  183/19 204/12
follow [12]  112/14 113/22
 138/25 182/19 185/13 192/3
 196/22 197/23 198/1 198/7
 198/11 210/2
follow-up [8]  138/25 192/3
 196/22 197/23 198/1 198/7
 198/11 210/2
followed [5]  106/7 182/15
 182/16 198/15 210/5
following [5]  28/3 123/1
 190/5 193/18 217/3
follows [2]  4/4 74/4
foot [12]  77/10 77/13 78/3
 79/4 79/6 79/8 101/12 103/23
 120/25 121/5 121/8 158/2
foregoing [4]  216/4 216/6
 218/4 218/5
Forget [1]  210/25
form [159]  3/23 22/19 23/10
 25/2 26/2 45/1 46/20 48/1
 48/1 48/1 50/19 51/11 54/2
 62/2 62/8 66/20 68/9 69/10
 73/10 73/17 74/18 74/22 76/7
 76/12 76/16 76/17 76/20 77/4
 77/5 83/3 83/13 83/14 84/2
 84/5 85/14 85/20 89/4 89/9
 89/13 90/4 90/20 94/25 95/9
 95/16 95/24 97/21 102/3
 103/13 104/14 105/17 107/12
 111/17 112/6 112/12 114/25
 118/16 119/20 121/21 122/20
 123/16 125/24 126/18 127/24
 129/1 129/13 130/7 130/14
 130/24 133/1 133/20 133/25
 134/7 135/12 136/20 139/22
 140/13 140/24 143/13 146/16
 147/8 147/15 148/8 149/5
 149/9 150/14 150/21 150/23
 151/18 151/21 152/8 153/12
 153/22 153/25 154/10 154/11
 154/23 155/3 155/8 155/14
 155/15 156/12 156/21 157/15
 157/21 158/13 160/3 160/19
 161/3 162/21 163/5 163/24
 164/20 165/7 166/2 166/5
 167/13 168/24 169/8 169/12
 170/20 171/8 171/12 171/22
 172/12 172/19 173/2 173/15
 174/1 174/18 179/11 180/7
 180/12 180/16 181/15 199/5
 199/8 199/14 200/1 201/3
 201/9 201/14 201/23 202/22
 202/25 203/6 204/5 207/11
 208/3 208/8 208/25 210/19
 211/13 211/19 212/8 212/17
 213/23 214/8 214/18 215/19
formal [10]  20/21 21/20
 54/1 71/25 112/18 153/18
 160/16 200/18 201/7 201/11
formalities [1]  3/17
formalized [4]  19/19 21/3

**F**

formalized... [2]  29/21
 45/18
forms [5]  76/21 76/24 84/8
 84/17 84/21
forth [1]  44/1
Forty [1]  138/24
Forty-five [1]  138/24
forums [1]  189/10
found [7]  8/14 57/21 143/11
 144/4 151/22 158/19 158/22
four [10]  12/10 77/11 82/2
 93/14 94/11 94/15 99/10
 183/19 198/21 206/2
Foy [6]  79/22 80/2 80/13
 80/24 129/19 179/5
Foy's [2]  179/3 179/7
FRANCIS [1]  1/19
Friday [2]  206/4 208/19
friends [1]  21/25
frustrated [1]  28/15
full [6]  13/25 14/3 14/6
 189/20 189/22 208/4
fun [1]  26/11
function [3]  26/13 52/2
 132/5
functions [1]  55/12
funds [1]  85/17
furrowed [1]  107/21
further [13]  3/17 87/22
 105/16 108/20 109/2 123/25
 127/1 132/20 133/7 153/5
 155/16 215/23 218/10

**G**

game [1]  210/25
gastric [2]  156/4 156/4
gather [1]  110/2
gathered [2]  95/22 108/5
gave [4]  73/15 128/6 200/4
 215/5
gen [1]  185/16
general [5]  9/21 9/23 25/4
 106/22 191/23
generally [4]  20/7 23/20
 25/3 199/12
generate [2]  185/1 195/10
generated [4]  59/20 140/3
 184/16 187/11
generates [1]  55/19
generating [1]  188/20
GENEX [3]  1/7 78/21 79/2
get [45]  7/6 7/7 8/11 8/13
 9/16 9/16 26/18 28/15 30/6
 34/24 45/12 52/5 54/16 57/22
 58/16 64/10 71/18 74/24 86/8
 93/22 99/7 99/7 100/22 101/1
 114/11 119/2 119/5 121/16
 125/1 129/3 153/9 154/11
 157/13 162/11 173/4 173/8
 176/9 176/18 192/19 195/7
 195/8 199/22 203/13 208/4
 211/15
gets [5]  86/5 95/10 174/11
 174/13 185/24
getting [7]  99/11 157/18
 196/12 200/9 201/2 201/5
 214/15
give [19]  34/2 46/17 81/21
 81/22 86/24 93/24 106/11
 122/10 127/14 144/22 160/13
 163/18 163/22 169/15 172/25

 178/5 180/1 196/3 215/8
given [22]  5/9 24/11 54/1
 83/20 86/12 128/13 162/20
 163/3 163/18 164/25 165/3
 167/12 167/23 173/1 174/17
 176/3 180/5 182/25 216/4
 216/7 218/8 218/13
gives [3]  77/9 192/1 215/11
giving [3]  24/21 133/11
 196/24
glad [1]  94/7
go [62]  6/12 6/19 8/17 8/20
 9/6 10/7 11/6 11/25 20/3
 22/17 22/20 22/21 23/23
 25/17 35/12 36/17 37/17
 37/18 48/11 50/3 50/5 58/15
 59/10 70/9 70/14 70/23 71/5
 78/16 78/17 80/1 81/9 84/12
 88/1 88/5 88/21 91/9 93/23
 97/2 100/20 107/19 108/20
 110/2 110/4 116/16 119/4
 123/4 134/9 134/19 144/4
 144/10 148/11 148/12 150/13
 152/25 153/9 154/24 155/17
 157/13 160/7 163/12 188/11
 211/15
goals [8]  163/11 163/18
 163/22 164/23 164/25 165/8
 165/9 174/16
God [1]  69/6
goes [1]  12/22
going [58]  4/18 4/18 10/4
 14/3 14/10 23/13 25/5 36/17
 37/15 39/15 49/1 56/22 60/24
 64/9 74/17 74/24 75/18 75/19
 76/16 92/9 93/10 93/20 103/6
 104/18 104/25 112/21 121/21
 121/22 128/24 130/11 133/15
 134/25 135/10 138/23 139/7
 143/16 144/11 145/21 155/13
 158/9 166/16 166/24 167/1
 168/11 176/13 176/17 185/12
 186/21 186/23 190/16 190/25
 197/1 197/2 197/8 202/11
 202/19 208/16 209/8
gone [12]  34/25 41/4 76/6
 76/12 76/13 78/5 78/10 103/7
 119/17 159/5 162/6 162/13
good [15]  4/7 14/5 21/24
 29/3 66/24 66/25 67/4 90/9
 99/1 100/18 113/24 126/4
 144/9 190/24 206/4
gosh [1]  86/15
got [82]  4/14 10/16 16/24
 18/22 20/12 22/7 23/22 27/9
 28/9 28/19 29/8 29/11 30/15
 37/23 39/14 40/6 41/6 41/10
 41/19 41/20 43/18 45/24 49/4
 51/25 52/7 58/6 61/19 64/22
 72/2 76/14 78/13 79/18 79/20
 80/20 80/25 81/15 81/24 84/9
 84/25 85/5 85/12 85/15 85/16
 85/23 86/5 86/6 87/2 87/18
 90/23 94/13 95/6 98/18
 112/24 115/10 116/4 116/10
 116/23 117/7 117/12 117/17
 119/14 123/21 132/2 133/23
 147/19 158/25 165/18 170/13
 172/14 177/15 180/9 181/1
 183/19 184/11 188/24 194/22
 195/2 195/5 200/3 200/17
 212/2 212/21
gotten [6]  67/11 68/4 91/4

 105/15 119/18 169/20
govern [1]  46/4
governed [2]  45/22 46/24
graduate [2]  10/2 10/7
graduated [6]  10/6 11/22
 12/24 13/1 13/6 14/9
graduation [1]  13/2
great [2]  172/21 212/16
greater [1]  184/24
Gretchen [1]  32/25
group [41]  12/10 13/15
 16/16 16/19 16/22 17/1 17/7
 17/18 23/5 24/18 31/21 33/9
 39/5 39/13 41/23 45/9 47/10
 50/25 52/8 56/10 58/17 60/17
 83/12 85/6 85/15 85/16 85/18
 85/21 85/23 90/14 90/19 98/2
 98/13 98/16 99/2 99/2 99/4
 99/10 137/21 163/12 185/24
grouped [1]  175/15
groups [2]  47/4 47/5
growth [1]  22/3
guess [12]  8/8 12/10 26/19
 41/21 65/16 86/22 89/20
 112/21 128/18 138/24 147/7
 192/9
guessing [4]  18/25 23/5
 40/8 163/20
guidance [3]  135/3 135/5
 167/10
guidelines [2]  126/17
 126/20
guy [5]  32/1 36/3 129/6
 129/6 201/8
guys [1]  94/13

**H**

had [162]  7/23 7/24 10/9
 11/8 12/4 12/7 12/14 14/16
 17/23 17/23 18/4 19/19 20/5
 21/6 21/14 21/15 21/17 21/25
 21/25 24/1 24/11 24/12 26/20
 27/23 29/25 29/25 30/1 30/19
 31/4 32/2 36/13 39/7 40/20
 41/15 41/17 43/14 47/3 47/6
 49/24 50/10 50/16 50/24
 54/23 57/3 58/6 60/15 60/16
 63/18 64/6 66/25 67/4 67/8
 68/15 69/6 71/13 71/15 72/10
 72/12 72/17 72/17 72/24
 72/24 73/14 74/25 75/8 75/16
 76/6 80/3 80/3 82/14 82/22
 92/20 92/25 93/1 94/10 94/15
 94/15 95/3 95/5 95/23 97/19
 97/24 98/1 98/2 98/13 98/13
 101/6 101/11 104/11 105/6
 106/14 106/16 106/25 107/3
 107/10 108/2 108/5 108/9
 108/10 108/12 108/19 108/25
 109/8 110/12 111/18 112/3
 113/14 115/1 117/4 118/14
 123/2 124/10 128/5 128/10
 128/11 129/2 129/7 132/10
 138/9 143/11 143/25 143/25
 144/2 147/17 149/11 151/2
 152/20 153/17 153/17 153/23
 154/24 155/11 160/15 162/19
 162/19 164/25 168/6 168/16
 171/25 173/14 176/22 177/9
 178/2 179/15 179/23 183/14
 187/12 190/18 190/18 190/18
 192/10 192/22 194/2 196/25
 200/5 200/25 201/5 204/24

**H**

had... [4]  210/3 211/10
211/10 214/3
hadn't [1]  67/3
half [5]  9/8 42/6 59/12
59/14 119/15
halfway [1]  147/21
hall [3]  1/24 3/6 162/10
HAMILTON [1]  218/3
hand [10]  1/19 40/1 69/15
87/17 87/23 88/2 93/10 193/2
202/6 218/16
handed [1]  37/14
handle [12]  23/20 33/9
33/13 33/14 35/10 42/2 50/8
50/8 51/10 51/12 92/22 99/13
handled [11]  16/20 18/3
21/7 21/8 51/9 51/14 52/11
107/14 124/20 185/14 213/3
handler [2]  46/12 46/13
handlers [1]  192/12
handles [1]  181/3
handling [10]  16/2 17/6
36/12 37/13 39/4 45/6 47/10
47/13 178/9 193/15
handlings [1]  46/10
hands [1]  21/8
hands-on [1]  21/8
Hang [2]  72/3 203/22
happen [4]  35/19 83/12
136/18 173/9
happened [2]  28/22 208/24
happens [3]  75/22 83/14
179/25
has [37]  25/14 43/18 47/24
52/7 55/16 59/14 59/18 63/11
64/14 70/19 74/15 80/3 80/9
89/5 100/10 100/11 101/22
114/12 115/24 121/2 122/5
129/4 131/10 132/4 132/7
139/12 151/10 151/11 152/23
154/18 155/10 155/19 159/4
180/6 200/17 218/13 218/14
hasn't [1]  135/13
hate [1]  101/14
have [244]
haven't [11]  27/9 57/12
69/2 70/6 79/25 100/24
130/20 142/16 178/25 210/10
212/15
having [14]  4/3 17/21 36/2
38/23 49/7 52/16 53/25 85/24
157/8 162/22 167/21 213/16
214/12 214/12
he [95]  28/14 36/3 50/7
50/10 50/13 51/12 51/14
51/16 54/6 54/14 65/2 65/4
70/13 78/10 80/9 81/16 81/23
82/17 91/22 92/7 95/15 95/17
95/22 97/14 97/15 97/16
98/22 99/13 100/10 104/16
104/21 105/22 105/23 108/5
108/5 108/19 110/13 110/13
120/8 120/18 120/19 120/24
120/24 121/1 121/13 121/25
122/10 122/13 126/15 126/16
128/4 129/16 135/13 140/5
140/7 146/9 152/7 153/8
156/10 158/20 171/14 171/20
171/21 171/23 196/21 197/1
200/2 200/7 200/8 200/9
200/10 200/25 201/1 201/4

201/5 201/5 201/25 202/10
202/14 203/1 204/3 204/6
204/6 210/3 210/13 210/14
210/16 210/17 210/18 210/23
210/24 210/24 211/14 211/15
213/15
he'll [1]  66/14
he's [13]  95/11 116/1 129/22
131/5 135/9 135/14 152/1
178/18 184/11 197/11 202/18
202/19 203/1
headed [1]  187/3
headquartered [1]  13/16
headquarters [2]  22/10
22/17
health [1]  208/1
heard [7]  47/16 79/25 129/25
132/10 156/2 167/15 167/18
hearing [1]  3/22
held [1]  194/12
help [9]  27/20 28/21 37/17
64/10 69/6 74/1 75/2 140/17
146/25
helpful [1]  8/14
Hence [1]  210/4
HENRY [11]  1/18 12/17 23/12
23/23 26/10 36/1 48/4 59/13
149/23 203/8 209/21
Henry's [1]  62/18
her [110]  28/13 33/1 34/14
37/21 46/25 55/23 63/13
63/14 63/16 63/16 72/10
72/23 74/20 77/21 79/7 80/4
81/21 82/18 82/19 85/12
89/10 100/25 101/4 101/6
101/12 103/24 106/14 106/14
107/5 109/9 113/22 114/7
114/8 114/16 117/6 120/15
120/25 120/25 120/25 121/5
121/12 121/14 121/24 122/6
125/2 127/3 129/4 129/7
129/10 129/14 129/19 129/23
130/18 130/18 130/22 131/6
131/11 132/2 132/3 132/22
133/1 135/12 135/14 136/5
136/8 137/1 138/13 143/22
144/6 144/23 148/11 150/24
153/15 154/7 154/10 154/15
154/17 156/23 157/8 157/19
158/11 159/9 159/14 159/16
159/19 164/8 164/10 164/10
164/18 171/3 179/19 186/16
186/17 189/24 192/1 195/21
196/9 202/8 202/16 203/13
204/21 207/23 207/23 208/3
208/5 208/7 211/21 211/25
215/9 215/11
here [76]  4/8 7/21 8/20
22/18 25/25 26/10 26/12
26/22 27/20 35/21 36/3 36/6
37/15 39/21 42/5 44/21 49/20
52/17 55/22 57/11 60/6 61/20
63/24 65/14 67/7 68/7 72/3
74/19 79/15 82/21 84/12
84/12 93/9 93/24 97/9 100/7
101/11 104/5 104/11 106/9
115/15 118/1 118/4 134/4
135/9 135/21 136/12 142/17
148/12 149/7 150/9 152/22
155/18 156/19 162/8 173/13
176/9 176/16 176/18 177/7
178/19 185/12 185/16 187/20
188/21 194/23 196/4 200/4

200/22 202/18 204/14 205/14
211/11 211/12 211/14 213/8
here's [2]  116/23 148/21
hereby [3]  216/3 216/17
218/4
herein [3]  216/5 216/18
216/19
hereto [4]  4/23 6/16 216/8
218/11
hereunto [1]  218/15
hey [1]  119/3
high [9]  8/15 8/16 8/17 8/20
9/2 10/2 10/6 10/7 154/16
highlighted [1]  183/16
him [16]  23/13 26/11 32/14
39/18 51/15 54/12 132/22
152/10 196/19 196/20 196/24
197/15 198/22 200/14 211/11
211/14
HIPAA [1]  181/9
his [37]  28/16 32/13 50/14
51/5 51/7 53/18 92/22 98/21
100/4 100/9 104/21 105/25
108/12 110/11 122/6 122/16
123/7 124/17 131/11 132/3
150/18 156/14 157/25 158/22
169/20 169/21 170/6 171/3
197/9 197/11 200/8 200/11
200/15 202/3 210/4 213/20
213/20
his/her [2]  122/6 131/11
history [5]  90/22 125/2
125/4 125/21 151/12
hold [4]  48/22 110/16 138/9
138/10
holding [1]  196/12
home [1]  36/1
honest [1]  87/1
hope [1]  188/3
hour [2]  187/10 187/12
hours [3]  39/18 159/1 169/17
house [4]  25/17 26/12 26/15
114/1
how [55]  7/1 7/3 10/10 12/7
19/13 21/12 23/24 28/4 31/17
36/23 37/3 42/22 51/24 56/14
57/23 68/18 93/3 93/4 93/4
94/18 112/13 112/17 118/13
135/3 135/5 137/12 141/17
141/18 147/7 148/10 153/11
153/13 163/4 163/7 164/25
165/1 168/9 168/21 175/3
185/1 188/13 189/4 192/13
192/21 193/4 194/1 194/6
194/8 194/15 194/23 195/21
199/16 200/24 203/18 208/11
However [2]  63/11 159/8
huh [6]  41/9 76/1 87/21
122/18 145/16 202/2
human [2]  41/16 212/1
hundred [1]  12/15
hundreds [1]  58/3
hung [1]  214/22
hurts [1]  83/19
hydrocortisone [1]  148/19
hypersomnia [4]  79/11 96/9
103/19 125/9
hypertension [1]  103/18

**I**

I'll [14]  6/24 12/17 47/19
49/1 62/17 62/19 81/8 94/6
159/1 159/13 170/3 170/21

**I**

I'll... [2]  206/15 215/10
I'm [137]  4/17 4/18 5/6 7/18
9/13 11/20 12/3 12/19 12/25
16/12 18/10 18/25 20/2 23/5
25/5 27/17 28/3 36/17 37/15
40/5 40/6 40/8 42/17 46/11
46/13 48/15 49/2 52/16 55/8
56/21 56/21 58/25 58/25
59/17 61/9 61/12 62/3 64/9
66/1 66/9 67/17 67/21 70/13
71/9 71/16 72/14 74/14 74/15
74/17 74/23 76/4 76/9 77/1
77/11 77/18 78/23 79/4 79/14
79/14 86/19 87/7 93/10 97/23
100/21 101/13 101/18 102/25
103/6 106/13 109/17 109/21
121/15 122/21 123/8 123/10
126/23 126/23 127/10 128/8
131/8 136/2 138/23 139/25
143/14 143/15 143/19 143/24
144/16 144/17 145/8 145/10
146/9 147/7 147/10 151/8
160/20 162/8 163/1 163/2
163/14 163/20 164/22 166/7
167/17 168/11 168/18 168/19
169/9 169/13 176/13 176/15
176/17 177/3 177/3 177/5
178/22 180/10 180/20 185/12
187/3 190/25 191/7 194/4
194/7 196/10 196/11 196/12
197/6 200/21 203/12 203/12
204/11 206/19 208/14 213/7
215/1 215/1
I've [16]  6/6 8/14 22/7 27/9
80/20 84/25 103/25 117/7
119/3 129/25 130/2 156/2
169/19 182/25 200/3 209/22
ICD [2]  82/11 103/21
ICD9 [15]  77/25 78/12 79/16
79/19 81/18 81/21 82/3 82/10
83/11 83/15 83/19 96/11
96/12 100/17 100/19
idea [3]  25/4 149/21 212/22
ideas [1]  86/25
identified [4]  25/20 48/16
82/15 149/13
identifies [1]  49/6
identify [12]  49/6 96/13
106/9 151/13 151/25 182/25
191/6 191/7 195/16 196/15
205/5 212/24
identifying [2]  81/13 184/3
IDI [3]  16/19 52/9 58/24
if [144]  4/20 5/6 5/22 7/7
7/15 8/14 10/5 11/19 12/16
12/18 12/21 12/25 14/24
23/12 24/10 24/16 24/24 36/4
37/16 38/2 39/14 41/21 43/18
47/6 47/20 48/6 48/10 51/20
52/21 54/11 58/6 58/6 58/18
58/21 58/22 59/11 62/20 66/9
66/14 67/3 69/6 70/14 71/2
75/15 84/25 85/11 86/22
87/13 88/5 89/20 89/23 90/6
94/6 96/2 96/3 96/23 99/20
100/16 100/21 100/22 100/23
101/18 101/19 102/17 103/8
104/7 104/9 104/19 106/8
107/2 108/7 111/10 113/2
113/2 115/1 132/4 133/15
134/21 135/4 138/10 140/4

143/19 144/16 144/17 145/12
146/15 148/13 149/10 149/12
149/13 150/16 153/6 155/1
155/2 155/11 155/23 159/2
165/24 170/2 170/23 172/9
172/16 172/21 172/25 176/16
176/20 176/25 177/4 177/5
177/16 178/6 178/22 179/14
180/18 180/19 181/23 182/19
182/20 182/25 183/13 183/14
183/15 185/9 186/23 189/19
189/22 191/6 191/7 194/5
194/22 196/8 196/15 196/17
196/20 197/6 203/9 203/22
205/23 209/8 210/10 211/10
212/23 214/3 214/22
ignore [1]  26/11
IL [1]  138/23
imaging [1]  52/13
immateriality [1]  3/21
immediately [2]  144/5 210/5
immensely [1]  12/12
impaired [1]  153/7
impairment [23]  34/17 36/22
37/5 38/23 97/10 97/13 97/20
97/24 98/2 98/4 98/5 98/7
98/15 98/19 98/24 99/5 99/15
153/3 155/12 185/16 185/18
185/23 186/2
implied [1]  215/6
improve [1]  201/6
in [460]
in-house [4]  25/17 26/12
26/15 114/1
incentive [5]  175/13 214/12
214/15 214/19 215/16
include [3]  83/15 96/18
208/1
included [12]  46/10 60/24
61/24 84/21 98/6 123/21
150/25 180/18 180/19 182/1
186/22 196/9
includes [4]  82/18 84/18
154/15 196/20
Including [2]  174/15 203/20
incompetency [1]  3/21
INDEX [1]  2/2
indicate [14]  53/18 62/24
107/16 120/11 135/15 136/4
155/1 155/4 155/7 156/19
156/24 158/8 169/25 200/5
indicated [31]  72/12 72/16
73/3 73/4 79/13 82/7 101/5
102/21 105/2 105/13 106/16
112/23 113/5 114/2 115/1
117/10 120/24 128/11 129/20
132/10 132/21 143/25 148/18
154/3 155/5 161/15 170/25
185/11 185/13 192/24 193/19
indicates [13]  47/25 50/6
72/9 101/11 121/13 134/12
134/15 138/8 138/22 191/22
192/3 203/1 207/25
indicating [7]  63/12 74/8
106/14 128/9 157/12 159/9
209/7
indication [3]  143/11
156/15 157/25
individual [7]  16/19 16/20
85/25 99/6 153/6 155/24
201/21
individuals [2]  99/5 194/2
informal [1]  160/16

information [42]  24/12
25/20 45/4 54/10 54/10 63/10
66/7 69/12 70/16 71/14 72/23
85/3 85/13 95/23 98/14
104/12 104/22 105/7 109/1
109/5 109/9 111/2 114/17
115/24 117/24 118/6 118/8
118/10 119/13 146/1 155/16
159/3 159/4 160/7 160/8
188/20 198/8 199/23 211/8
211/15 211/22 212/2
initial [46]  44/3 51/13
51/14 53/9 75/13 75/17 76/2
76/5 84/8 84/9 84/13 84/17
85/2 87/4 87/10 88/9 90/24
97/1 103/9 104/2 121/20
122/20 122/20 123/7 123/16
123/20 135/1 135/12 138/25
145/3 147/23 147/25 152/6
154/10 166/23 170/22 183/11
183/17 184/12 199/2 199/12
199/17 208/17 208/21 211/1
214/20
initially [3]  90/23 107/5
158/16
initiate [1]  124/18
initiating [1]  124/21
input [2]  174/10 200/15
ins [2]  117/6 190/25
insofar [1]  110/12
instance [2]  3/2 4/2
instead [2]  53/25 113/12
insurance [9]  1/7 12/10
13/15 21/21 23/21 90/7 90/10
160/6 160/18
insured [3]  25/13 57/23
58/18
intake [6]  58/9 58/12 59/2
91/3 92/15 185/22
intents [1]  216/19
interact [2]  94/24 137/11
interacted [1]  110/10
interacting [1]  174/11
interaction [2]  158/7
171/25
interactions [1]  171/19
interested [1]  218/11
internal [2]  100/20 101/14
interpret [3]  153/11 153/13
153/14
interviewed [1]  18/22
into [10]  20/22 20/23 27/1
33/20 36/22 51/22 86/1 94/13
118/14 126/3
investigate [4]  107/11
108/3 108/20 160/18
investigated [5]  67/8 82/23
84/1 105/15 108/10
investigating [5]  67/1 67/5
95/12 95/15 107/23
investigation [4]  109/2
118/14 125/16 126/2
investigative [1]  107/14
invoice [2]  203/15 203/20
involved [1]  54/14
irrelevancy [1]  3/21
is [401]
isn't [9]  27/10 51/23 74/19
74/23 86/18 95/20 143/22
144/6 184/20
issue [3]  30/7 90/3 156/4
issued [1]  30/5
issues [1]  154/7

**I**

it [449]
it's [128]   7/13 7/14 8/8
8/14 22/5 22/8 22/11 24/25
26/16 26/17 30/4 31/5 31/6
33/17 33/17 34/21 38/16
38/22 39/9 39/10 39/25 42/24
46/7 48/14 52/5 52/8 52/13
52/17 52/24 52/24 52/25
52/25 53/2 53/4 54/3 54/13
55/2 58/1 58/9 59/8 62/14
65/19 67/13 67/19 67/19
75/16 77/21 79/9 79/18 80/2
80/7 80/25 81/4 85/12 87/18
89/17 89/23 91/8 93/13 95/19
96/25 96/25 97/1 99/21 99/24
99/25 100/16 101/17 104/17
106/13 106/21 115/10 117/8
118/24 122/1 122/8 125/1
127/19 131/14 138/24 139/17
141/20 146/9 147/1 147/23
149/25 153/14 154/12 156/4
160/5 160/11 162/24 165/24
169/2 170/12 170/12 170/13
170/14 170/15 172/21 175/14
175/19 175/19 180/10 180/15
180/25 181/1 182/24 182/25
183/12 184/20 185/13 185/13
186/17 187/5 191/15 192/1
194/23 194/25 195/2 195/5
195/18 203/8 206/1 206/22
207/12 207/13 207/14
item [1]   177/6
its [3]   85/18 112/8 181/8

**J**

January [4]   15/12 15/14
62/4 72/9
January 2002 [1]   62/4
Jason [2]   91/15 91/17
jaw [1]   130/4
JENIFER [1]   1/14
Jerry [6]   31/25 32/5 32/8
32/14 32/17 32/21
job [16]   13/7 15/10 17/2
17/14 17/21 21/4 21/14 34/14
60/8 66/24 66/25 67/5 95/15
166/20 167/1 215/11
jobs [1]   17/3
July [7]   121/2 124/7 124/25
205/16 206/1 206/21 210/5
July 26 [1]   210/5
July 26th [3]   205/16 206/1
206/21
July 27th [1]   124/7
jumping [1]   16/24
jumps [1]   209/3
June [10]   15/19 16/4 16/5
16/25 47/25 49/14 50/2 57/19
121/2 208/18
June 3rd [1]   47/25
just [82]   6/2 7/6 9/21 12/21
14/16 15/2 17/8 22/21 26/11
33/9 34/2 36/3 36/17 37/8
40/5 40/6 40/10 42/24 44/4
44/15 46/9 53/22 54/16 55/16
64/23 69/2 69/18 69/19 72/10
73/15 78/17 79/6 80/23 83/11
84/17 87/17 90/3 90/3 94/23
97/24 98/20 100/13 101/18
103/25 104/12 105/2 123/19
125/2 125/4 125/16 133/1

134/16 135/11 141/20 143/15
143/17 145/18 146/5 146/11
146/24 147/20 150/8 152/10
153/20 159/13 164/22 170/12
173/3 177/25 187/1 188/2
188/25 189/14 191/18 196/10
197/4 203/12 207/7 207/8
209/7 210/11 210/24

**K**

K-Vault [1]   161/24
Karen [2]   183/9 191/15
keep [3]   78/18 81/9 123/8
keeping [3]   193/4 193/20
202/7
keeps [1]   70/14
kept [3]   141/10 164/16 169/6
keys [1]   86/13
kind [1]   193/9
kinds [1]   193/13
knew [1]   192/21
know [148]   4/20 15/1 18/10
26/16 31/2 31/20 33/8 36/24
37/7 38/8 38/20 40/11 45/8
50/23 52/8 52/17 55/15 58/14
58/16 60/14 65/4 65/5 71/2
72/1 73/23 74/20 74/23 75/15
80/15 82/24 83/4 85/8 86/22
87/25 88/14 88/25 89/18
89/20 89/21 89/25 90/2 90/5
90/21 95/17 97/7 99/1 99/11
100/16 107/2 107/6 107/13
109/11 112/7 113/2 113/19
116/12 117/18 119/11 119/12
119/21 121/15 125/1 125/11
125/18 126/4 126/19 126/20
130/15 133/17 134/10 135/16
136/7 136/9 140/14 140/20
141/9 143/20 149/2 149/6
150/4 150/5 150/6 150/7
151/5 151/7 152/4 152/24
154/1 158/14 158/25 159/22
160/13 161/4 167/5 169/1
169/3 170/9 170/19 172/20
172/22 172/23 172/25 173/16
175/13 175/14 175/23 176/7
178/14 179/12 180/8 180/10
180/17 180/23 180/25 181/16
181/23 182/2 182/18 182/18
182/19 183/13 183/14 184/19
185/2 185/10 186/16 187/3
187/18 189/19 192/9 192/25
194/23 196/4 196/5 199/19
201/24 206/15 209/23 210/11
211/21 212/18 212/19 212/20
213/2 213/12 213/17 214/25
215/10
knowing [1]   194/1
knowledge [4]   31/7 31/8
75/1 216/6
known [1]   93/3

**L**

labeled [1]   177/13
lack [2]   153/19 153/20
lady [6]   95/23 105/9 128/21
149/17 150/2 203/12
language [8]   61/3 61/7
61/14 61/19 61/23 62/5 62/14
65/13
large [20]   38/24 38/25 39/1
39/2 40/25 97/15 98/2 98/3
98/16 99/2 99/2 99/4 110/9

137/21 141/22 163/14 184/25
185/24 205/10 218/20
larger [1]   22/4
largest [2]   22/13 214/3
last [21]   5/4 16/25 33/1
35/22 35/24 43/23 69/8 71/3
98/21 112/4 116/21 134/17
136/12 140/20 145/18 148/14
161/15 177/6 179/10 179/19
211/25
later [5]   162/8 187/10
187/12 190/24 202/16
lawyer [3]   25/5 37/14 43/18
lead [12]   7/10 20/18 20/19
23/16 27/1 27/13 28/10 29/6
36/7 36/11 46/13 56/15
leadership [1]   175/20
least [3]   48/25 76/14 165/16
leave [2]   159/13 211/7
left [9]   17/13 19/9 33/24
43/11 51/22 51/24 52/1 98/21
122/1
leg [1]   25/8
legal [8]   4/15 46/13 46/21
141/13 141/15 142/3 142/4
142/8
legs [1]   24/17
let [70]   4/20 12/3 12/15
17/12 23/7 23/13 23/25 23/25
29/16 29/16 36/17 42/8 42/8
46/3 55/2 55/4 57/21 60/14
66/3 66/13 66/22 70/15 72/3
74/3 74/13 85/8 86/21 107/9
109/11 112/12 114/11 120/10
121/8 126/15 127/10 128/17
130/16 134/3 135/1 135/17
145/7 145/24 147/20 148/9
150/8 151/5 154/11 160/12
161/11 166/8 167/6 171/15
171/24 172/8 177/3 178/5
178/10 183/13 189/19 189/21
191/5 194/7 195/13 196/10
203/4 204/8 205/15 210/11
210/14 211/21
let's [45]   10/17 14/23
32/10 33/22 43/17 52/22
58/15 59/10 62/16 62/18
62/19 70/9 70/14 71/5 71/17
75/6 81/9 88/1 88/21 93/9
96/23 99/19 104/7 105/25
111/6 111/6 111/10 113/1
118/7 131/9 134/9 138/7
145/11 148/11 148/12 150/7
151/3 152/25 155/17 157/11
170/21 176/8 178/10 196/17
205/22
letter [24]   61/2 69/25
70/10 70/11 79/22 79/23 80/2
80/23 124/11 197/2 198/11
198/15 199/7 202/11 202/13
202/23 208/17 208/20 208/22
210/7 210/9 210/14 210/16
211/2
letters [4]   20/9 60/24
79/24 135/15
letting [1]   42/1
level [2]   50/18 184/21
liability [12]   126/14
138/25 145/3 152/6 183/17
184/12 199/2 199/12 199/17
208/21 211/2 214/20
life [9]   1/7 23/5 23/21 44/2
89/14 89/15 90/7 90/10 160/6

**L**

like [84]   6/21 9/19 12/14
12/25 13/24 14/6 22/9 22/17
35/7 35/8 38/19 44/17 46/9
47/4 47/6 53/2 57/22 59/23
67/23 67/24 67/25 71/13 74/6
74/23 80/8 80/19 85/6 85/11
86/12 86/14 86/25 90/24
91/10 91/14 98/11 99/6 99/17
99/21 104/11 104/19 104/23
105/6 105/12 105/14 107/10
108/22 108/25 109/4 109/8
113/5 113/13 114/14 115/10
116/13 118/19 123/2 124/5
125/20 126/8 137/20 138/18
141/20 146/25 154/6 154/12
154/14 154/24 156/14 163/1
163/2 164/25 165/12 167/15
167/24 175/5 178/11 182/11
182/14 190/13 191/18 196/21
198/20 200/22 212/9
liked [1]   22/2
likely [3]   62/14 65/19
188/11
likes [1]   83/18
limit [4]   50/21 50/24 69/18
118/9
limitation [4]   127/18 131/5
131/12 131/14
limitations [53]   24/22
25/10 63/15 114/19 114/22
119/24 120/19 121/25 122/12
122/14 126/9 127/8 127/12
128/1 128/10 128/20 128/23
129/8 129/12 129/15 129/21
130/10 130/18 130/20 130/21
132/6 132/9 132/16 132/22
132/24 133/10 133/14 133/18
133/22 134/6 136/17 149/12
156/25 157/3 157/5 158/1
158/18 158/21 159/12 160/2
167/7 167/11 167/22 168/3
199/22 215/5 215/9 215/11
limited [5]   11/2 70/3
127/20 150/18 150/23
Linda [1]   88/14
line [7]   131/15 132/3 144/24
154/25 205/25 207/2 217/4
lingo [1]   77/1
list [27]   73/15 74/13 74/20
83/11 85/9 85/12 96/3 96/11
97/1 100/12 103/6 155/3
165/12 170/24 171/5 180/5
180/11 180/13 180/18 183/12
186/22 186/25 187/1 191/13
191/16 195/19 196/19
listed [14]   41/20 73/7
74/12 79/18 83/25 96/15
100/16 100/18 103/25 104/13
119/14 155/6 178/18 191/20
listen [1]   28/16
listening [1]   145/8
listing [2]   85/24 95/4
lists [3]   190/7 192/11
212/25
litigation [1]   168/17
little [16]   8/13 18/1 18/4
18/23 19/23 23/25 29/24
62/18 67/9 87/22 95/19 95/20
127/11 141/21 180/14 189/5
located [1]   137/16
logged [3]   169/21 169/22

170/5
long [12]   7/3 9/15 10/10
10/13 15/24 28/4 31/17 42/22
56/14 68/18 92/11 168/21
long-term [1]   15/24
longer [3]   41/4 89/8 180/14
look [71]   4/19 5/8 5/22
19/21 25/18 37/16 37/25
38/19 40/11 40/14 51/21 61/6
62/10 69/22 69/24 71/1 71/7
74/3 75/4 75/6 76/14 80/16
81/17 87/22 91/13 93/7 93/24
93/24 99/19 100/23 102/18
109/11 116/25 134/20 136/10
140/17 143/16 145/12 146/18
147/6 148/12 150/8 150/13
154/6 155/9 155/12 157/17
158/19 160/4 170/2 170/3
171/16 176/20 177/6 177/16
178/5 178/10 179/12 179/14
182/3 182/20 182/24 183/13
183/25 188/23 191/5 196/14
205/2 206/16 212/23 215/10
looked [32]   5/5 27/25 30/19
44/17 50/14 57/10 57/13 64/4
65/19 65/21 65/22 65/25 66/5
67/6 70/6 71/3 78/5 78/11
82/11 82/17 82/22 86/11 97/8
116/24 119/3 134/17 148/11
161/10 169/16 213/25 214/1
214/1
looking [50]   19/20 19/21
21/9 22/16 25/4 25/23 45/20
46/11 48/17 49/13 52/18 53/7
54/17 54/19 55/8 59/17 63/19
66/9 67/23 68/3 68/16 68/18
69/1 69/2 69/7 71/20 77/4
83/4 84/13 89/1 90/5 93/12
96/21 101/13 101/13 109/4
113/25 115/18 125/18 131/8
134/23 143/10 143/23 145/14
150/9 150/10 154/5 155/9
189/10 203/14
looks [24]   71/13 74/6 80/8
85/4 85/6 85/8 85/11 86/11
86/14 90/24 91/14 113/5
113/13 114/13 118/19 124/5
125/20 138/18 146/25 154/14
154/24 182/11 182/14 198/20
loss [1]   132/4
lot [10]   12/18 28/15 54/12
83/10 83/12 88/16 89/8 98/11
164/4 211/9
Lou [3]   211/20 211/24 211/25
low [1]   214/12
Ls [11]   116/1 116/2 121/8
121/14 148/25 150/19 151/1
159/18 167/7 207/22 207/22
LTD [16]   16/6 16/8 17/1
17/18 19/14 20/23 21/13
42/17 54/17 55/4 55/24 56/1
56/11 59/6 197/18 202/7
LWOP [4]   42/19 182/5 182/8
182/13

**M**

M-E-T-S [1]   34/9
machine [3]   3/12 72/13
218/7
made [59]   28/22 33/6 52/15
53/8 57/20 63/1 64/3 64/5
64/16 71/6 71/12 73/8 73/13
73/20 74/16 75/1 75/12 76/3

76/5 82/21 96/16 99/22 99/25
103/9 104/2 105/4 106/6
106/9 107/7 119/16 119/19
124/6 125/20 126/3 126/4
134/4 135/13 135/16 136/24
136/25 144/19 152/6 152/19
156/7 164/3 168/25 169/15
178/24 180/19 183/15 184/5
187/19 188/19 190/20 196/23
199/18 202/16 216/9 217/3
mail [25]   4/15 52/19 52/19
53/1 116/14 161/12 183/8
183/18 184/1 184/11 191/12
191/19 195/18 196/18 197/4
197/7 197/15 197/22 198/22
200/20 200/24 204/3 210/1
210/5 211/5
mailed [1]   15/7
mails [7]   116/12 161/21
161/21 162/3 201/25 202/10
210/4
maintain [2]   181/8 185/6
maintained [3]   112/12 141/2
201/18
make [29]   10/4 16/18 20/10
50/13 53/24 57/4 59/11 59/22
60/10 68/1 74/13 74/25 82/13
83/24 85/1 100/22 106/10
109/1 110/12 111/1 126/13
138/25 150/12 154/2 156/9
188/10 198/7 199/12 210/10
makes [5]   9/25 26/10 48/12
88/13 98/10
making [8]   66/18 71/1 84/3
118/25 145/3 152/16 187/25
214/19
manage [3]   23/4 23/8 23/9
managed [1]   193/11
management [7]   41/18 55/11
140/12 142/11 164/8 164/8
184/20
manager [24]   17/11 17/17
17/23 17/24 18/1 18/3 18/5
18/6 18/7 18/14 18/17 18/18
18/19 18/23 19/1 19/2 19/6
19/9 20/9 20/17 41/11 164/18
174/15 197/11
manager's [1]   141/6
managerial [5]   92/18 95/6
110/14 184/21 200/5
managers [5]   41/5 41/14
41/14 78/24 201/21
managing [1]   17/6
mandible [1]   130/11
manner [1]   218/13
manual [21]   30/17 30/20
30/21 30/22 30/24 31/1 31/4
31/6 31/11 31/13 31/15 65/22
61/24 62/3 62/11 62/15 99/25
135/2 135/7 140/18 160/15
manuals [3]   160/17 212/15
212/18
many [25]   12/7 36/23 57/23
93/3 93/4 93/5 94/18 141/18
141/22 141/25 163/3 163/4
163/7 164/25 165/1 168/9
192/21 193/4 194/1 194/6
194/8 195/21 199/16 200/25
203/18
march [2]   32/16 205/22
marched [1]   111/15
mark [2]   4/18 93/20
marked [9]   4/22 6/6 6/15

**M**

marked... [6]  40/15 49/2
182/4 195/14 204/8 205/2
MARKET [2]  1/24 3/6
marking [1]  48/19
materials [2]  108/6 109/24
math [2]  11/20 12/25
matter [6]  93/9 185/23
185/25 200/22 202/15 212/14
may [35]  3/16 11/8 13/1 13/2
13/3 13/4 13/7 14/8 16/5
33/4 40/13 46/21 47/15 50/25
56/14 56/22 60/15 71/4 72/11
76/13 93/14 94/11 94/19 95/1
98/20 98/22 100/19 124/20
149/10 150/24 162/10 163/12
163/16 163/17 201/10
maybe [35]  37/17 39/3 65/14
65/14 67/8 68/4 68/12 68/14
88/13 105/14 106/7 106/17
118/12 119/9 119/17 119/18
128/8 130/12 139/20 142/6
142/9 150/12 150/20 151/1
155/13 157/18 158/8 158/10
166/23 171/5 177/15 180/13
194/4 200/6 206/2
McKinney [12]  81/24 82/18
106/22 133/1 148/4 148/5
148/10 148/10 148/15 150/11
150/25 215/8
McKinney's [3]  145/23
148/25 150/19
McMillan [23]  65/8 65/22
71/21 72/4 78/25 79/1 81/19
102/8 113/14 114/12 116/21
117/11 117/25 118/5 120/15
135/11 138/12 138/17 143/20
144/25 189/18 190/23 206/9
MDM [16]  139/7 139/8 139/20
140/2 140/5 140/8 140/10
140/21 141/14 142/4 142/13
142/24 143/12 190/4 190/18
207/2
MDMs [2]  141/18 190/10
me [198]  4/13 4/17 4/20 5/10
6/9 7/7 7/8 9/25 9/25 10/4
12/3 12/15 12/17 12/18 12/21
17/12 19/16 23/7 23/15 23/23
23/25 23/25 24/16 25/6 25/8
26/11 26/25 27/20 27/24
27/24 28/12 28/21 29/16
29/16 29/23 29/23 30/22
31/21 33/19 34/2 34/16 35/1
37/14 37/17 37/18 39/9 39/20
42/1 42/1 42/8 42/8 43/19
46/3 47/20 48/12 52/15 52/24
53/10 54/9 55/2 55/4 57/21
59/11 60/14 61/9 63/5 64/10
65/13 65/16 66/3 66/14 66/23
66/23 67/11 70/14 70/15
71/10 71/11 71/18 72/3 72/6
73/16 74/3 74/13 74/25 77/4
84/25 85/6 85/8 86/21 86/24
89/1 91/14 93/11 93/11 93/18
93/24 94/6 95/7 96/2 96/3
96/11 98/20 100/21 103/8
103/19 105/2 105/13 106/11
107/9 109/11 112/12 113/2
114/11 116/14 120/7 120/10
121/9 126/16 127/4 127/10
127/14 128/9 128/13 128/17
130/16 130/25 133/5 133/11

134/3 134/11 135/1 135/17
136/15 143/18 144/16 145/7
145/24 146/25 147/20 148/9
150/8 151/5 154/11 156/14
160/12 161/11 161/15 166/8
166/12 167/6 168/6 168/11
171/15 171/24 172/8 177/1
177/4 177/5 177/9 177/22
178/5 178/5 178/10 178/22
180/1 183/6 183/13 188/25
189/19 189/21 191/5 191/10
192/20 193/19 194/7 195/13
196/10 196/15 196/17 196/24
199/20 200/4 200/5 203/4
204/8 205/3 205/15 209/3
210/14 211/11 212/23 216/5
216/7 216/18 216/21 218/5
218/7
mean [39]  12/3 16/12 16/13
35/7 35/8 39/2 40/11 47/2
57/23 85/15 88/24 93/4 98/11
119/16 125/7 127/4 128/6
128/8 129/22 132/12 140/6
148/24 149/15 150/2 150/22
152/15 152/16 153/8 154/8
166/25 170/10 175/2 180/9
186/20 187/25 192/20 194/22
209/9 210/22
meaning [1]  140/8
means [6]  159/20 183/16
188/14 189/21 202/23 210/23
meant [1]  98/11
med [2]  185/16 191/23
medical [92]  19/23 24/3
24/20 25/10 25/17 25/18
25/20 47/4 57/10 59/25 60/5
60/9 63/10 65/12 65/17 65/20
65/21 65/24 66/1 66/6 70/7
70/16 76/25 81/5 108/11
108/13 109/17 109/19 109/21
109/23 114/1 114/1 114/14
114/17 115/24 117/23 118/6
118/8 118/10 118/14 119/4
119/5 119/13 119/15 119/18
123/22 125/4 126/3 128/16
134/13 134/14 135/4 135/13
135/16 135/22 135/22 135/24
144/10 144/18 145/23 145/25
146/1 146/5 146/11 147/2
157/13 157/14 157/18 159/3
159/3 174/10 178/24 179/9
180/6 181/6 181/7 181/8
181/10 181/14 181/18 181/25
197/3 202/12 204/4 208/2
208/5 211/7 211/8 211/15
211/16 211/16 211/22
medicals [3]  52/1 203/2
203/2
medication [1]  170/24
medications [9]  153/1 158/6
158/11 170/25 171/4 171/5
171/7 171/17 171/21
medicine [1]  135/25
meds [4]  192/3 192/10 197/23
198/5
meet [1]  43/7
meeting [6]  143/22 145/20
173/8 179/23 207/5 207/6
meetings [1]  165/20
MEF [1]  1/5
Meg [3]  34/5 34/6 34/8
members [1]  161/12
memo [6]  53/2 96/25 100/4

100/20 171/2 188/2
memorandum [5]  68/7 70/21
101/14 106/6 167/21
memorized [1]  188/16
memos [1]  116/12
mental [2]  99/12 208/1
mention [2]  156/18 157/7
mentioned [2]  101/21 153/15
mere [1]  162/8
Mesquite [2]  9/4 9/5
mess [1]  62/17
message [3]  118/4 196/16
196/18
messing [2]  28/12 77/2
met [1]  174/16
method [1]  85/19
metrics [5]  162/24 163/2
165/5 201/18 201/22
MICP [3]  174/4 174/5 176/6
middle [5]  1/1 112/4 163/21
208/12 208/13
might [6]  13/1 71/2 139/23
140/5 140/7 165/3
mild [1]  74/9
Miller [2]  91/15 91/17
mind [4]  48/4 48/8 104/23
152/17
mine [1]  213/25
mini [1]  99/5
mini-impairment [1]  99/5
minute [13]  6/24 8/12 42/8
71/5 77/1 100/20 113/9
120/10 134/10 134/11 146/18
155/2 178/5
minutes [4]  71/2 71/7
187/12 190/24
miscategorize [1]  190/15
miscategorized [1]  190/8
miss [3]  74/14 96/2 103/8
miss any [2]  96/2 103/8
missed [2]  208/19 209/22
missing [3]  128/8 210/1
210/2
misspoke [3]  140/5 140/6
189/14
misstating [1]  134/1
misunderstanding [1]  194/4
MOBILE [1]  1/20
mode [1]  3/18
moment [3]  43/18 44/9 70/23
Monday [1]  191/1
money [1]  209/10
month [6]  14/14 21/1 32/14
33/3 115/10 125/16
monthly [1]  50/17
months [7]  10/18 15/9 19/25
20/21 40/10 42/4 125/4
morb [1]  204/15
morbid [8]  172/10 172/17
173/1 173/4 173/5 173/10
204/15 204/21
more [22]  5/3 18/1 18/4 20/6
22/2 29/22 31/17 47/7 67/9
68/4 79/15 84/7 100/24 119/4
119/5 119/18 123/18 125/4
149/16 200/5 201/21 205/15
morning [10]  4/7 4/8 5/10
6/8 7/1 23/23 37/15 41/20
93/11 206/4
MORRISSETTE [4]  1/18 2/5
43/10 71/17
most [3]  10/18 148/16 187/5
move [6]  14/16 27/1 33/6

**M**

move... [3]  36/5 151/3
183/21
moved [7]  18/5 28/25 33/20
38/23 40/19 40/20 41/25
moving [2]  26/22 130/4
MPOS [4]  80/14 80/25 96/10
103/20
Mr [48]  2/5 2/5 39/8 43/10
50/10 51/4 51/10 52/14 53/18
54/5 62/21 67/20 68/6 71/17
78/7 95/7 98/20 99/11 108/2
108/10 108/23 110/11 110/23
110/25 113/8 115/20 116/8
116/20 119/10 124/16 124/18
124/21 133/19 135/10 161/15
162/11 171/3 178/24 184/11
200/3 200/6 200/24 201/8
201/13 204/2 205/24 213/15
214/7
Mrs [4]  7/19 7/20 7/21 7/21
Ms [39]  5/23 7/18 7/19 24/19
25/14 34/11 37/11 42/16
46/19 56/7 57/4 57/16 57/20
63/2 64/15 67/20 68/6 79/1
81/19 85/7 89/2 89/7 100/4
102/20 111/4 128/2 133/11
165/14 168/23 172/14 185/11
190/23 191/20 196/20 197/2
198/13 199/16 200/25 201/16
Ms. [1]  120/15
Ms. McMillan [1]  120/15
much [5]  18/2 86/25 90/18
118/13 200/5
multidisciplinary [8]
139/12 139/18 140/12 140/19
173/8 189/6 189/12 189/15
multiple [10]  63/11 64/8
64/14 70/19 99/13 100/11
149/19 150/1 159/5 207/25
MUP [2]  191/13 194/24
MUPS [16]  183/10 184/24
186/23 194/8 194/23 195/19
196/20 197/9 198/22 210/4
211/3 213/16 214/4 214/12
214/16 214/24
Murray [3]  34/5 34/6 34/8
mutual [1]  54/7
my [36]  5/6 9/9 11/20 12/25
37/12 39/25 40/17 40/23 43/9
45/6 46/8 46/22 59/14 65/20
76/19 85/2 97/8 132/18
144/12 146/13 148/21 166/21
167/4 168/20 169/19 179/7
196/9 197/17 208/19 214/1
216/6 216/24 217/23 218/14
218/15 218/21
myself [1]  46/16

**N**

N-U-T-Z [1]  34/10
nail [1]  90/23
name [19]  5/22 7/15 30/11
31/1 32/13 33/1 77/15 77/21
86/5 175/16 176/16 178/6
178/16 178/17 178/19 181/5
191/25 196/20 211/25
named [2]  185/14 216/18
names [3]  38/20 187/1 196/25
narcolepsy [15]  79/11 96/9
103/18 125/9 151/12 151/13
151/15 152/1 152/2 152/7

152/12 152/17 152/20 152/23
154/16
narrowed [1]  96/1
nature [2]  154/15 155/3
Navilink [20]  30/1 52/11
55/9 55/12 86/16 86/17 86/18
111/19 111/20 111/23 112/1
112/9 180/24 180/25 188/9
188/10 189/24 195/3 195/6
195/7
NCCD [3]  187/13 187/16
188/14
Neal [2]  183/9 191/15
necessarily [6]  22/20 25/22
83/4 98/3 152/18 201/4
necessary [2]  108/7 123/3
neck [1]  154/17
need [18]  8/13 12/21 34/6
47/19 60/23 71/2 95/20
104/20 119/4 135/5 136/15
145/12 171/6 189/20 190/5
206/15 208/2 215/10
needed [4]  107/17 184/4
189/22 201/6
needing [1]  210/12
needs [7]  45/21 150/13
154/18 196/21 197/3 197/15
202/12
negative [1]  157/10
neither [1]  218/9
nervous [1]  99/12
Net [2]  31/7 31/8
never [7]  16/20 30/19 86/5
116/17 132/10 167/15 167/23
new [3]  90/3 162/4 181/25
newer [1]  17/24
newly [1]  191/24
next [16]  15/22 76/15 77/17
78/2 118/22 119/22 131/15
132/1 132/3 143/16 154/24
155/17 157/7 158/5 159/13
196/22
nice [5]  23/22 36/3 37/14
44/14 62/18
nine [9]  6/10 15/8 176/25
177/16 199/24 203/24 203/24
204/1 204/4
no [161]  1/5 2/11 7/13 7/23
8/4 8/22 13/17 14/22 15/15
21/22 23/14 24/8 25/22 27/3
27/16 27/19 28/11 28/20
30/18 32/19 33/3 33/15 33/21
34/18 36/1 36/20 41/4 42/21
43/3 43/6 46/5 47/12 48/6
50/4 52/3 52/20 53/14 53/21
54/20 56/3 56/17 56/18 57/9
57/12 62/25 63/21 69/4 69/13
70/8 73/25 79/25 90/5 91/21
91/23 92/23 93/2 94/10 95/25
96/14 98/25 102/21 104/6
106/2 109/22 113/15 114/8
114/22 115/2 115/4 116/16
116/1 116/2 116/3 120/12
121/14 122/7 122/8 122/15
122/15 126/7 126/22 127/3
128/25 129/4 129/4 129/11
129/14 130/17 130/19 131/2
131/6 131/12 131/19 131/21
131/25 132/3 133/4 133/21
137/15 141/7 141/9 142/25
143/20 149/21 151/9 152/9
152/18 153/3 153/18 154/12
156/13 156/17 156/22 157/6

157/16 158/23 159/17 161/23
162/1 162/5 163/6 163/10
164/4 167/14 167/17 167/25
168/4 168/15 170/17 171/23
172/4 173/9 175/7 178/13
178/15 181/20 181/22 185/25
185/25 186/3 186/5 188/4
192/7 196/8 198/16 199/25
204/11 204/22 208/18 210/20
211/18 212/10 212/22 212/25
213/14 213/19 214/14 214/17
214/21 215/21 218/3
nobody [2]  30/15 128/10
non [1]  60/20
non-ERISA [1]  60/20
noncompensable [2]  186/19
187/13
none [8]  12/9 120/18 129/3
129/6 129/9 129/14 129/20
133/15
nor [2]  218/9 218/11
normally [8]  47/6 58/9
78/17 83/7 83/16 107/14
147/14 170/7
NORTHERN [1]  1/1
not [173]  5/6 7/24 8/1 8/8
12/2 16/12 22/20 24/6 37/5
37/21 39/9 40/18 45/3 45/5
46/6 46/10 46/13 48/6 50/25
51/5 51/6 51/20 52/4 52/24
53/1 53/14 54/3 55/3 55/25
56/7 56/9 57/12 58/25 59/8
60/18 61/1 61/21 62/20 63/2
63/13 64/7 66/1 67/13 68/16
70/8 71/4 73/22 74/14 74/21
75/19 76/21 78/6 78/7 79/2
80/16 82/12 86/19 86/21
88/20 89/19 90/2 90/12 90/15
90/17 92/4 93/22 98/19 98/23
99/9 102/2 103/13 105/8
109/17 110/13 111/14 111/15
112/3 112/9 114/7 115/6
115/8 118/6 119/23 121/2
125/1 125/3 125/15 126/9
127/21 128/11 128/15 129/22
131/14 135/18 139/23 140/2
140/20 142/22 143/15 145/8
146/5 146/9 146/9 146/11
148/24 150/23 151/7 151/13
152/1 152/18 153/4 153/11
155/21 155/24 156/20 157/1
157/9 159/14 160/20 162/10
163/1 163/25 166/23 167/3
167/17 167/19 167/25 168/11
168/15 168/18 169/9 170/12
170/15 171/9 171/23 173/12
174/16 175/7 176/4 176/22
177/21 180/20 180/25 181/22
183/15 184/19 185/19 189/11
190/3 192/7 192/8 192/21
193/14 194/7 196/11 197/11
197/11 197/17 201/4 203/12
204/11 204/19 204/22 207/13
207/14 209/5 209/5 211/25
212/5 212/10 215/23 216/9
218/10
Notary [6]  3/13 3/16 216/16
216/23 217/22 218/19
notation [1]  55/2
note [8]  48/25 59/19 65/14
104/10 148/16 189/5 206/22
207/8
noted [2]  208/3 216/7

**N**

notes [4]   82/19 136/16
148/15 153/15
nothing [2]   81/15 96/11
notice [13]   2/12 2/13 3/18
4/22 5/19 6/15 8/3 37/21
94/2 172/14 176/23 213/5
213/6
notices [3]   5/13 5/18 6/7
notification [1]   92/24
November [8]   1/10 3/5 28/8
29/10 41/8 41/10 217/3
218/21
now [58]   4/17 22/24 28/4
28/12 29/8 31/5 33/23 34/2
34/19 34/21 34/25 36/7 36/21
37/6 38/9 40/5 40/7 41/5
48/14 48/17 54/15 58/14
68/17 72/6 74/20 77/4 81/18
84/25 87/13 89/15 91/14
92/13 96/22 111/10 116/11
116/23 121/21 126/24 136/18
137/10 138/19 138/23 139/4
144/11 144/16 144/22 145/24
158/19 160/13 162/8 175/14
176/6 179/6 196/12 206/25
208/16 209/19 211/2
number [43]   6/10 24/20
24/21 24/22 39/6 39/25 43/20
44/3 44/23 47/21 48/7 48/13
49/8 53/7 53/20 59/15 61/9
67/18 81/10 83/11 83/17
87/17 122/5 131/10 158/6
162/19 162/22 168/12 169/17
171/17 176/25 177/16 180/5
183/1 188/24 195/24 196/6
196/17 196/18 204/6 213/8
213/9 214/13
numbered [4]   66/15 73/9
176/14 176/15
numbering [2]   5/6 66/10
numbers [8]   39/25 48/23
59/12 81/15 83/15 87/8 93/12
93/25
nurse [32]   65/23 71/23 74/4
102/8 108/10 109/20 114/5
114/12 117/15 135/11 138/11
138/17 138/20 139/10 139/19
140/8 143/11 143/17 144/13
145/14 145/23 145/24 146/12
147/22 147/24 147/25 148/13
148/22 150/10 150/20 189/17
206/14
nurse's [5]   142/9 144/18
146/5 147/2 150/17
nurses [5]   78/18 78/21
78/21 78/24 190/17
nuts [1]   37/18
Nutz [5]   34/5 34/7 34/8
34/11 37/11

**O**

object [136]   22/19 23/10
23/11 23/12 25/2 26/2 45/1
46/20 50/19 51/11 54/2 62/2
62/8 66/14 66/20 68/9 69/10
73/10 73/17 74/17 74/21 83/3
83/13 84/2 84/5 85/14 85/20
89/4 89/9 89/13 90/4 90/20
94/25 95/9 95/16 95/24 97/21
102/3 103/12 104/14 105/17
107/12 111/17 112/6 114/25

118/16 119/20 126/18 127/24
129/1 129/13 130/7 130/14
130/24 133/1 133/20 133/25
134/7 136/20 139/22 140/13
140/24 143/13 146/16 148/8
149/5 149/9 150/14 150/21
150/23 151/21 152/8 153/12
153/22 153/25 154/23 155/8
155/15 156/12 156/21 157/15
157/21 158/13 160/3 160/19
161/3 162/21 163/5 163/24
164/20 165/7 166/2 166/5
167/13 168/24 169/8 169/12
170/20 171/8 171/12 171/22
172/12 172/19 173/2 173/15
174/1 174/18 179/11 180/7
180/12 180/16 181/15 199/5
199/8 199/14 200/1 201/3
201/9 201/14 201/23 202/22
202/25 203/6 203/11 204/5
207/11 208/8 208/25 210/19
211/13 211/19 212/8 212/17
213/23 214/8 214/18
objection [13]   2/13 4/25
5/2 5/13 5/17 5/23 6/2 6/6
6/14 68/22 76/20 163/9
215/19
objectionable [1]   26/5
objections [2]   5/19 6/3
obstructive [1]   151/11
obtain [1]   104/22
obtained [1]   95/18
obviously [4]   60/18 67/24
124/16 140/1
occ [2]   115/10 115/11
occupation [11]   24/24 63/16
120/3 120/5 122/7 122/7
131/11 132/3 159/19 166/17
166/18
occupational [2]   24/23
24/24
occurred [2]   18/12 117/14
occurrence [2]   190/14 212/7
October [1]   33/25
off [38]   5/7 18/2 27/5 27/7
27/15 27/17 27/21 30/7 32/1
32/2 33/9 43/13 43/14 49/24
51/6 51/6 51/18 59/12 59/15
66/23 75/8 86/12 86/15 87/2
91/8 104/8 121/1 121/2 123/8
159/13 178/2 179/15 180/9
180/22 194/25 196/7 204/24
209/2
offered [1]   14/18
offhand [1]   142/22
office [25]   4/16 19/23 22/1
22/3 22/4 22/5 22/8 22/13
22/15 33/11 33/17 33/18
34/13 34/20 35/11 35/12
35/14 36/10 37/4 38/12 42/2
42/6 82/19 138/5 153/15
officer [1]   218/4
offices [2]   3/6 137/23
often [4]   141/17 141/18
185/1 192/13
oh [16]   9/23 13/10 15/11
30/6 62/13 77/22 106/3
115/21 115/23 121/9 123/12
134/10 143/20 179/21 203/14
206/19
OJT [2]   21/2 160/16
okay [645]
old [8]   7/12 10/1 10/5

183/12 183/20 211/23 213/16
214/12
older [2]   183/11 196/19
on [291]
on-occ [1]   115/10
on-site [13]   63/9 64/19
78/21 108/11 109/20 110/1
128/19 128/24 132/20 133/9
135/4 146/20 146/22
on-the-job [2]   21/4 21/14
once [5]   108/5 142/6 142/7
191/22 192/11
one [73]   5/2 5/4 5/25 6/2
6/9 6/10 12/11 17/23 18/7
19/1 19/5 24/19 24/20 27/10
31/6 32/14 33/23 39/9 40/18
45/16 55/15 59/19 74/25
78/17 81/3 82/2 82/14 82/22
82/23 85/17 85/19 88/3 93/12
94/22 96/3 96/10 98/12 98/13
98/16 99/6 99/7 99/16 100/16
105/13 106/1 107/2 110/10
111/3 113/2 117/12 121/21
121/22 129/6 145/17 149/16
150/13 153/15 153/16 160/5
167/5 167/6 168/5 168/6
173/7 1/3/14 179/10 179/22
188/14 198/20 199/20 204/17
208/5 208/14
ones [1]   74/12
online [4]   31/8 52/5 78/15
78/17
only [20]   6/9 39/18 63/11
112/13 126/15 127/20 145/21
146/15 150/24 151/1 159/1
159/8 164/1 177/9 180/18
184/21 190/10 193/16 207/16
207/21
onto [1]   199/6
OO [1]   159/20
open [8]   72/24 80/4 193/10
193/22 193/25 194/1 194/15
194/16
operate [1]   98/4
operated [1]   98/4
opinion [1]   152/14
or [137]   7/19 7/24 9/20 13/1
13/2 15/20 17/14 18/17 20/18
21/2 21/20 23/8 24/6 24/15
24/24 25/21 39/4 39/13 39/18
40/7 42/25 43/1 44/15 45/16
45/16 46/9 47/4 47/5 48/12
49/6 49/7 49/10 51/5 51/6
51/17 53/22 54/7 56/7 58/23
60/18 60/19 61/1 63/14 67/7
68/19 71/24 75/18 78/14
78/21 81/18 81/23 85/9 86/11
86/22 88/20 90/2 94/23 99/15
102/2 103/18 105/3 105/8
107/4 108/22 109/20 112/18
117/9 117/18 119/14 124/16
127/21 129/4 132/3 133/1
138/1 138/23 139/1 139/10
141/20 141/22 144/23 146/9
148/5 148/24 149/10 149/24
150/3 152/15 153/3 153/5
155/9 155/22 155/23 160/16
161/1 162/16 164/3 164/8
165/1 165/1 165/9 166/13
166/17 168/7 168/13 174/3
174/16 180/19 182/16 182/20
183/3 183/15 186/15 188/13
189/11 192/21 194/17 195/14

## O

or... [19]   196/21 199/7
200/19 200/21 203/24 204/6
207/19 210/25 211/2 214/11
214/11 214/12 215/16 215/17
216/9 218/10 218/10 218/11
218/13
order [5]   112/22 115/5 130/5
162/4 181/24
organization [3]   41/1 58/8
98/3
organizational [1]   38/24
organizations [1]   47/5
original [2]   6/3 166/17
originally [1]   5/1
ortho [3]   99/17 119/23 120/8
orthodontist [5]   72/24
129/19 129/22 130/3 130/17
orthopaedic [1]   120/16
orthopedist [1]   129/14
OSP [23]   63/8 64/18 64/20
65/15 70/24 76/13 76/15
108/7 111/3 111/15 112/13
112/22 113/20 126/10 126/25
128/18 133/6 133/8 133/15
142/10 146/3 158/17 190/6
OSPs [3]   111/11 126/21
146/10
other [34]   21/12 43/4 45/16
48/24 51/12 58/21 58/23 59/7
69/1 73/4 73/19 74/12 75/2
101/22 101/24 102/4 102/17
102/21 103/24 103/25 104/3
104/22 116/13 142/15 175/24
181/10 190/2 193/13 193/25
194/8 194/11 194/13 201/12
213/21
others [3]   96/19 96/22
164/6
otherwise [2]   62/24 218/11
ought [1]   76/13
our [14]   4/15 20/5 20/6 21/5
21/5 39/13 40/13 48/7 190/17
208/19 208/21
ourselves [1]   183/21
out [77]   9/3 17/24 20/4
21/15 23/24 27/20 28/16
28/21 32/7 33/10 33/20 35/10
36/9 37/16 37/17 60/24 61/2
64/10 73/7 74/13 76/4 79/5
80/21 82/10 82/21 83/11
84/23 85/24 87/3 90/18 96/24
98/5 103/7 104/13 112/17
116/24 119/14 119/17 119/18
134/5 134/11 142/17 145/11
145/21 146/1 150/8 150/17
150/22 154/11 154/21 155/14
160/8 162/4 164/4 165/3
165/5 167/21 173/3 176/9
176/18 185/12 187/1 189/6
192/11 195/22 197/15 199/16
200/24 201/1 201/20 202/13
203/9 209/3 210/13 210/16
210/18 211/15
outcome [1]   218/11
Outlook [3]   161/14 161/16
161/18
outset [1]   12/13
outside [6]   21/1 41/25
57/11 161/10 162/25 176/7
outstanding [1]   175/19
over [31]   6/13 21/9 43/19

45/20 48/23 61/5 71/5 87/13
95/7 97/2 103/7 111/23
138/15 143/18 144/11 162/6
162/12 162/13 170/23 178/18
184/12 186/23 191/13 194/7
195/20 195/24 198/24 200/6
200/25 212/19 214/4
overseeing [1]   94/23
oversimplify [1]   25/6
owe [1]   209/10
own [6]   25/19 63/16 181/8
181/13 182/20 201/21
owner [2]   55/17 55/18

## P

package [3]   85/2 87/4
123/16
packet [3]   84/14 87/10 88/9
page [38]   2/3 2/11 43/23
47/25 61/15 77/6 77/14 80/12
81/4 87/23 88/12 89/2 101/15
101/16 106/11 106/13 113/6
113/15 113/21 114/9 115/18
121/23 122/22 122/23 123/12
123/15 123/19 124/7 124/15
134/24 143/23 144/5 144/5
154/14 171/16 185/12 197/5
217/4
pages [16]   88/12 123/20
125/25 135/12 143/18 169/2
183/4 183/7 191/11 195/16
203/18 203/25 204/1 204/4
216/4 216/6
paid [1]   69/9
pain [21]   71/15 72/2 72/10
77/9 77/13 77/18 78/3 79/4
79/6 79/7 96/6 101/6 101/8
103/15 120/25 121/5 121/8
129/7 129/10 129/18 130/18
painful [1]   92/11
pains [1]   158/3
Pam [21]   65/8 65/22 71/21
72/4 78/24 79/1 102/8 115/22
116/19 116/21 117/5 117/11
117/25 118/5 189/17 206/7
206/8 206/9 206/9 206/23
207/16
Pam's [1]   81/18
Pamela [3]   113/14 143/19
144/25
panic [2]   82/1 215/13
paper [3]   30/1 54/8 112/9
paragraph [3]   148/14 208/12
208/13
pardon [1]   98/20
parenthesis [1]   79/19
parker [15]   33/4 33/25 40/4
92/9 164/7 164/15 165/14
183/10 195/19 197/9 200/25
201/16 202/1 202/3 205/24
Parker's [3]   92/8 97/14
97/17
PARKWAY [1]   1/15
part [11]   8/25 60/8 83/1
117/3 122/3 137/23 147/1
165/20 180/24 181/1 215/15
participant [2]   58/23 86/7
participate [1]   172/15
particular [29]   9/19 17/21
18/11 38/3 46/4 46/5 47/11
48/13 50/11 52/20 56/10
56/19 72/8 82/20 83/20 85/19
87/20 91/10 92/13 98/16

99/16 105/13 106/8 111/22
125/13 157/14 160/5 181/2
189/16
particularly [1]   46/18
parties [4]   117/9 139/23
218/9 218/11
past [7]   42/6 42/25 68/25
165/11 194/17 208/22 211/3
patient [4]   121/1 122/6
131/10 132/4
Paul [11]   67/13 68/13 106/18
106/19 106/23 107/2 107/4
109/5 120/11 120/12 157/23
Paul's [1]   95/18
pay [7]   51/6 75/18 75/19
188/13 208/16 209/9 209/13
payer [2]   16/11 16/13
paying [3]   30/2 89/8 89/11
payment [5]   29/23 30/4
50/11 50/18 85/18
PCP [1]   207/23
peer [2]   137/3 137/3
peer-to-peer [1]   137/3
penalized [1]   213/16
penalty [1]   213/18
pending [15]   186/18 192/2
192/3 193/6 193/7 193/17
193/18 193/25 194/1 194/12
194/14 197/23 198/6 208/22
211/2
people [12]   20/5 21/6 24/15
39/5 40/17 57/23 83/10 93/5
110/9 141/21 192/21 194/6
per [1]   208/19
percentage [1]   164/2
perform [2]   26/13 162/20
performance [22]   41/17
162/24 162/25 164/24 165/16
174/7 175/10 200/12 200/15
200/19 200/20 201/11 201/13
201/16 201/19 201/22 208/17
209/3 209/7 209/16 213/25
214/2
performed [5]   26/14 140/22
179/10 189/12 204/21
performing [1]   24/23
period [17]   10/22 20/23
21/2 53/24 100/1 111/25
121/3 125/17 126/21 139/1
163/19 165/1 165/3 166/3
198/25 210/17 212/9
permanently [1]   35/24
persistent [1]   72/10
person [16]   20/7 24/23 47/8
57/3 57/16 58/6 58/9 91/4
98/12 124/21 152/5 160/24
173/17 200/21 202/6 206/13
person's [1]   83/19
personally [2]   216/18
216/19
personnel [7]   25/11 94/22
114/2 135/4 139/18 164/16
174/10
pertaining [1]   141/11
Philadelphia [1]   22/11
phone [6]   67/19 67/22 96/25
106/3 106/5 171/3
phrase [2]   148/23 149/8
phrased [3]   149/3 150/5
162/25
physically [4]   35/7 166/20
182/9 187/22
physician [88]   25/13 25/19

**P**

physician... [86]  48/1 63/9
  63/12 64/20 67/16 67/17 74/3
  74/8 74/8 75/4 76/16 76/20
  76/21 76/24 77/5 79/10 79/13
  80/13 81/4 84/7 84/19 96/10
  101/5 102/5 102/7 103/22
  104/16 106/1 106/8 107/16
  108/12 109/12 109/20 111/7
  113/23 114/9 115/1 116/2
  119/23 120/9 120/16 120/17
  120/24 121/12 121/18 121/19
  121/24 122/4 123/14 126/6
  127/6 128/19 128/24 129/3
  129/10 131/9 132/11 132/20
  133/9 137/4 137/4 139/11
  144/13 146/3 146/20 146/22
  147/1 147/17 147/21 147/23
  148/15 148/17 149/12 150/19
  151/6 151/19 151/22 154/4
  159/8 170/18 171/10 207/18
  207/19 207/19 207/21 207/23
physician's [3]  77/7 107/1
  128/20
physician-to-physician [1]
  137/4
physicians [27]  26/15 47/5
  76/7 83/25 104/17 110/1
  110/17 110/18 115/15 130/23
  133/16 134/6 136/18 137/5
  137/19 153/16 157/4 158/2
  158/18 167/9 199/21 207/17
  208/1 208/3 208/6 208/6
  215/5
physicians' [2]  105/10
  132/23
place [5]  175/9 182/7 182/9
  209/7 216/5
placed [1]  161/21
placement [1]  157/8
plaintiff [5]  1/4 1/13 3/2
  3/11 4/3
plaintiff's [6]  2/13 5/13
  5/18 5/19 6/7 6/14
plan [4]  56/8 155/25 156/19
  175/14
plans [1]  58/23
Plaques [1]  175/4
play [1]  210/24
pleadings [1]  5/10
please [23]  7/15 9/25 10/5
  34/16 43/13 43/21 51/20 55/4
  55/25 70/15 94/6 104/8 113/2
  132/5 177/1 177/16 183/6
  189/19 191/10 195/17 198/5
  203/23 211/6
pleased [1]  200/11
point [35]  7/8 8/15 23/24
  31/24 36/18 38/8 39/9 51/1
  51/4 51/21 62/4 64/5 75/16
  90/9 90/19 100/18 102/22
  105/14 106/7 108/17 110/17
  114/24 115/14 120/7 130/25
  135/13 147/9 147/10 151/2
  158/22 201/1 201/20 203/9
  203/9 205/16
pointed [3]  96/24 150/17
  150/22
pointing [2]  197/15 200/24
policies [6]  21/13 41/24
  47/6 58/24 60/17 90/14
policy [45]  19/14 19/21

24/18 30/22 30/24 31/11
  31/13 45/21 46/4 46/5 46/7
  46/19 46/22 46/23 46/23 47/1
  47/11 47/14 47/16 49/16
  50/25 54/11 56/10 56/11
  56/12 59/7 63/3 63/6 89/8
  89/12 89/15 89/16 90/3 90/19
  105/9 115/4 115/6 115/8
  126/15 159/15 159/22 160/5
  213/7 213/7 213/9
policyholder [2]  39/14
  191/24
polite [1]  139/17
polypharmacy [2]  158/7
  171/18
poorly [3]  214/5 214/7
  214/22
pops [1]  178/6
Porter [1]  34/1
portion [6]  23/19 45/22
  56/8 116/21 120/8 173/24
Portland [2]  182/11 182/14
posed [8]  115/15 115/19
  133/3 147/22 147/24 147/25
  148/22 150/11
position [23]  14/7 14/18
  15/3 15/6 15/10 15/19 15/20
  16/3 16/10 16/11 16/13 18/24
  19/18 22/2 22/22 27/11 98/21
  142/9 142/10 142/11 142/12
  163/15 204/10
positions [3]  26/13 41/4
  142/15
positive [1]  5/6
possession [1]  218/14
possible [10]  54/13 88/8
  88/10 89/14 89/17 89/24
  117/8 172/13 178/25 180/15
Possibly [1]  185/2
post [1]  15/10
posted [1]  15/20
potential [1]  157/19
POWER [1]  1/15
practitioner [1]  106/22
preceding [1]  144/5
preclude [2]  63/16 159/19
predate [3]  138/16 139/5
  155/20
predates [1]  138/20
preface [1]  147/16
premium [3]  44/2 209/14
  213/4
premiums [1]  86/1
preparation [3]  42/11 43/2
  177/8
prepare [1]  42/9
prepared [2]  185/4 195/11
preparing [8]  43/8 44/21
  69/21 70/3 70/25 177/10
  177/18 177/22
prescribed [1]  153/2
present [4]  33/23 141/8
  141/14 207/5
presently [1]  215/13
pressure [1]  154/17
pretty [1]  90/18
prevent [1]  24/22
previous [6]  6/10 121/19
  134/17 139/6 144/5 194/5
previously [3]  8/7 144/1
  190/18
primary [1]  207/23
print [1]  55/9

printed [2]  86/12 86/15
printout [2]  85/6 86/19
prior [17]  66/18 82/6 84/3
  101/5 103/19 118/24 118/24
  125/2 125/5 125/17 145/3
  148/17 180/18 180/20 191/17
  203/5 205/14
priority [2]  205/25 206/3
probably [30]  11/18 11/19
  12/13 17/3 18/15 23/8 23/24
  38/21 44/14 46/16 47/15
  50/17 62/9 78/6 78/7 78/9
  82/12 107/19 123/6 125/1
  127/3 141/19 145/14 171/15
  175/24 184/23 192/14 200/16
  201/20 210/15
problem [3]  69/14 81/20
  205/9
procedure [6]  3/3 3/4 30/22
  30/24 31/11 31/13
procedures [2]  21/14 190/17
proceed [1]  135/5
process [6]  172/16 172/16
  182/4 182/8 182/8 200/18
processed [1]  54/21
processing [1]  182/12
produced [8]  8/7 37/20
  40/19 43/25 48/8 93/11
  209/22 212/15
producing [1]  37/22
professional [6]  65/24
  65/24 66/1 109/17 142/19
  208/1
professionals' [1]  65/21
program [4]  19/20 19/24
  20/21 176/5
programs [2]  175/9 175/12
progress [1]  196/23
progressed [2]  18/6 19/5
progression [1]  20/13
projects [1]  175/5
promoted [1]  28/9
promotion [1]  28/19
promotions [1]  17/14
pronounce [1]  5/16
proud [1]  63/25
provide [15]  25/16 94/2
  107/1 119/24 121/7 122/1
  122/13 132/5 148/6 157/2
  167/10 198/6 199/22 200/14
  201/7
provided [20]  25/24 63/10
  70/16 71/14 75/5 108/12
  122/19 123/7 125/19 128/10
  131/1 132/7 157/9 159/4
  172/11 172/17 183/12 188/24
  204/9 205/3
Provident [4]  45/18 89/15
  90/13 90/18
provider [1]  24/11
providers [2]  211/8 211/16
provides [3]  80/14 81/16
  121/14
providing [5]  132/15 135/11
  160/25 207/22 207/22
PRP [4]  174/3 174/20 174/23
  175/15
psych [1]  99/7
psychiatric [4]  97/10 97/12
  98/19 98/24
psychology [1]  9/20
psychotropic [1]  152/25
Public [6]  3/13 3/16 216/16

**P**

Public... [3]   216/23 217/22
218/19
pull [3]   37/15 95/4 194/9
pulled [1]   82/10
pulling [1]   195/2
purpose [2]   59/12 216/19
pursuant [6]   3/3 6/20 7/22
8/2 37/20 162/3
put [15]   15/2 26/21 62/5
62/18 83/16 83/16 84/14 91/7
125/8 148/10 174/12 185/12
186/1 187/2 188/2
putting [1]   140/8

**Q**

QPS [4]   204/10 204/10 204/12
204/20
quarterly [2]   163/19 163/21
question [60]   3/23 12/4
12/16 23/14 26/19 28/16 47/7
73/12 85/8 89/22 99/1 104/1
111/24 113/22 114/9 114/16
114/23 115/3 115/14 115/19
115/19 116/7 116/8 118/17
118/18 122/15 124/11 126/4
126/16 127/10 128/17 132/18
133/2 135/17 138/9 143/15
144/12 145/9 147/21 147/22
147/24 147/25 148/21 148/22
148/24 150/10 150/15 150/17
150/22 158/6 159/13 162/17
169/9 169/18 169/19 171/14
171/18 171/20 210/15 215/20
questions [7]   24/3 28/15
95/3 97/2 118/13 119/5
147/16
quick [1]   61/6
quite [4]   18/2 54/13 81/16
87/1
quote [23]   55/23 56/2 118/5
118/7 121/12 121/14 122/5
133/6 133/7 136/15 148/14
171/17 171/20 189/19 189/21
190/4 190/6 206/4 206/8
211/6 211/9 211/20 211/24

**R**

Rachel [2]   81/24 106/22
raise [1]   150/11
raises [2]   158/6 171/18
ran [1]   154/21
range [3]   44/23 61/10 87/4
rash [6]   72/17 72/19 72/21
96/7 103/16 148/18
rather [1]   22/3
re [1]   114/13
re-review [1]   114/13
read [11]   6/21 59/25 60/5
96/12 152/15 173/22 173/24
176/25 177/5 208/12 216/4
readily [1]   193/2
reading [2]   55/22 152/5
ready [1]   71/11
real [3]   21/7 21/7 61/6
realize [1]   76/14
really [15]   10/4 21/24
23/12 26/5 41/13 79/6 155/12
168/1 176/4 180/20 192/24
202/6 209/1 209/11 212/5
reason [9]   5/21 65/11
104/15 105/1 106/17 133/7

139/25 165/24 217/4
reasonably [1]   199/23
reasons [5]   41/25 75/20
123/4 181/9 188/1
reassessed [1]   181/25
reassessment [2]   172/1
172/15
recall [22]   18/12 53/15
53/16 54/11 57/24 58/3 61/1
61/4 64/14 64/17 65/6 73/24
74/2 104/4 105/19 105/22
162/7 162/10 163/4 163/7
165/8 189/15
recategorize [2]   188/5
188/9
receive [5]   19/12 29/19
169/14 174/24 203/10
received [22]   4/15 19/17
47/24 48/2 57/13 66/7 92/24
112/8 124/7 134/13 134/16
136/22 149/11 175/1 179/5
179/8 180/17 194/25 203/2
203/16 203/19 213/6
receiving [1]   24/18
recent [1]   148/16
recess [3]   102/13 143/6
176/10
recognitions [1]   175/4
recognize [6]   61/21 74/21
86/13 175/10 183/3 189/2
recollection [8]   75/3
100/10 101/25 102/19 102/23
115/12 189/11 212/4
recommend [5]   63/17 110/3
126/25 133/6 154/5
recommendation [13]   50/14
50/15 51/5 51/7 51/13 51/17
53/8 53/13 53/19 53/25 54/1
62/21 155/22
recommendations [4]   93/1
93/6 94/16 95/3
recommended [2]   104/21
155/25
reconsider [1]   57/7
record [30]   4/24 7/16 32/1
32/2 37/19 39/24 43/13 43/14
43/24 48/25 49/24 59/25 60/5
60/9 75/8 119/18 140/2 140/3
151/25 153/4 155/21 162/9
173/24 178/2 179/15 203/9
204/24 216/4 216/6 218/8
recorded [1]   171/2
records [96]   57/10 57/13
63/13 65/12 65/17 65/20
65/22 65/22 65/25 66/5 67/12
68/5 68/13 70/7 76/25 81/5
82/19 95/18 102/5 106/18
107/16 108/11 110/3 114/14
119/15 122/16 122/19 122/25
123/3 123/7 123/11 123/18
123/22 123/25 124/17 124/24
125/19 128/16 134/13 134/14
134/17 135/14 135/16 135/22
135/23 135/24 144/10 144/14
144/18 145/23 145/25 146/1
146/4 146/5 146/11 147/2
148/6 148/16 149/11 153/9
155/4 155/7 155/10 155/20
156/11 157/9 157/13 157/18
159/10 159/14 169/5 169/22
178/24 179/3 179/4 179/4
179/8 179/8 179/9 180/11
181/6 181/7 181/8 181/11

181/14 181/18 181/25 203/15
203/24 204/4 204/7 2O7/4
208/2 208/5 211/9 211/17
rectally [1]   148/19
redacted [1]   196/7
redone [1]   36/21
reduced [1]   218/7
redundant [1]   132/12
refer [6]   24/3 47/7 48/7
64/18 79/23 84/16
reference [11]   6/10 8/15
48/5 48/12 48/14 48/18 48/24
49/1 62/4 78/14 179/21
referenced [3]   67/15 81/25
102/7
references [1]   80/23
referencing [2]   124/1 147/5
referral [3]   153/4 189/20
189/22
referred [10]   20/5 30/23
31/4 37/3 38/16 44/9 70/24
91/5 103/13 140/7
referring [30]   26/14 35/3
45/25 47/21 48/18 56/2 61/10
61/13 61/14 64/11 66/17
67/22 70/12 71/16 71/18 73/2
81/10 90/6 122/5 122/21
123/13 123/15 131/19 132/25
143/21 143/21 145/20 209/4
209/25 210/1
refers [1]   40/2
reflect [3]   183/7 201/12
214/5
reflected [9]   59/23 68/6
70/21 73/8 138/16 162/9
187/11 206/13 214/22
reflecting [1]   207/4
reflects [3]   203/7 207/1
214/7
refresh [4]   101/25 102/18
102/22 189/11
refreshing [1]   212/3
regard [3]   48/16 121/4
156/11
regarding [7]   21/21 62/6
156/8 156/23 160/17 171/3
181/10
regards [1]   102/20
region [8]   35/1 35/5 35/9
35/11 37/1 37/9 37/11 37/13
regional [4]   38/12 38/13
38/14 38/16
regions [6]   34/21 34/21
34/22 34/25 36/22 36/23
regular [8]   35/13 46/10
127/21 137/11 137/12 176/2
196/1 215/16
regulations [2]   62/5 181/10
rehab [1]   142/20
related [3]   155/19 157/9
218/9
relates [2]   129/23 130/13
relationship [1]   25/9
relative [1]   218/10
released [3]   122/6 131/11
132/2
releases [1]   30/9
relevant [1]   146/1
relied [1]   109/14
relocated [2]   28/24 29/4
remained [1]   218/14
remember [96]   4/21 7/25
11/8 13/2 14/14 15/12 15/16

**R**

remember... [89]  16/5 17/2 17/22 18/13 21/18 32/13 33/1 42/24 45/17 50/22 50/23 56/9 56/13 57/25 58/2 58/4 60/7 60/21 62/11 62/12 64/7 70/22 71/4 73/22 82/16 85/10 90/12 90/15 90/17 91/18 92/9 92/19 93/7 94/20 95/7 97/3 99/9 123/6 124/10 133/11 135/6 138/6 139/9 140/16 143/24 147/24 151/16 152/21 161/9 162/14 162/22 164/1 164/5 164/6 165/4 165/9 165/22 167/19 167/25 168/9 171/15 172/7 174/21 174/22 174/23 175/8 175/16 175/24 177/14 184/23 187/24 189/4 192/13 192/20 194/10 194/13 195/9 196/2 198/5 200/13 205/7 205/8 205/9 205/12 205/21 206/25 209/5 209/17 211/25
remind [1]  7/8
remote [3]  36/16 41/22 41/22
remotely [2]  36/18 40/21
repeat [3]  23/14 73/12 136/3
report [34]  27/24 31/23 32/11 32/18 32/21 33/23 74/3 91/20 92/5 92/7 94/13 110/14 110/18 110/20 128/2 153/2 164/9 164/11 174/12 184/15 187/11 188/20 194/22 195/5 197/12 198/2 200/7 200/21 200/22 212/22
reported [12]  32/15 32/25 33/5 33/25 34/1 72/11 85/7 94/11 136/4 157/10 158/8 171/19
reporter [3]  3/14 12/23 173/24
REPORTER'S [1]  218/1
reporting [5]  27/18 31/22 33/4 37/8 110/22
reports [12]  28/1 95/6 100/25 151/11 174/7 174/10 185/1 185/7 194/8 194/11 194/13 194/16
representative [1]  168/13
REQAP [1]  178/19
request [21]  4/25 5/3 55/22 113/20 114/13 116/7 124/6 124/22 130/22 132/19 133/8 135/17 138/1 138/3 138/4 160/7 177/17 178/24 181/2 198/5 203/21
requested [10]  7/22 55/16 106/18 122/16 173/24 177/7 179/2 180/11 192/10 211/7
requesting [5]  124/24 127/25 128/4 178/16 178/17
requests [8]  98/14 119/18 124/18 135/14 136/23 136/25 180/19 217/2
require [4]  18/2 115/4 115/8 159/24
required [4]  39/3 39/5 61/23 172/17
requirement [1]  15/9
requirements [4]  62/5

160/14 160/22 209/16
requires [2]  159/16 159/23
research [1]  56/6
resembled [1]  44/19
reserved [4]  3/15 3/22 5/3 215/24
resource [3]  25/18 36/13 212/1
resources [3]  19/22 24/2 41/16
responding [1]  155/24
responds [2]  190/23 200/2
response [5]  116/13 116/20 147/12 191/3 196/24
responsibilities [3]  41/16 41/18 83/2
responsibility [5]  83/24 111/1 160/6 160/11 168/2
responsible [10]  57/16 94/22 107/23 108/18 146/4 146/8 146/10 160/25 193/16 193/20
responsive [2]  8/8 176/23
rest [1]  103/4
restate [1]  135/17
restricting [1]  131/5
restriction [6]  114/18 127/16 129/4 131/5 131/12 131/13
restrictions [64]  24/11 24/21 25/9 25/19 25/21 25/24 63/15 114/22 115/2 116/3 119/24 120/18 121/25 122/11 122/14 126/8 127/3 127/5 127/11 127/15 128/1 128/5 128/7 128/10 128/20 128/23 129/4 129/8 129/11 129/15 129/21 130/10 130/17 130/19 130/20 132/5 132/8 132/15 132/21 132/23 133/10 133/14 133/18 133/21 134/5 136/17 148/4 149/12 156/24 157/3 157/5 158/1 158/17 158/21 159/11 159/12 160/2 167/7 167/11 167/22 168/2 199/22 215/5 215/8
restructured [1]  17/3
result [2]  50/6 61/2
resulting [1]  63/8
results [1]  136/16
Retail [1]  10/25
retention [1]  162/3
retrieved [2]  197/3 202/12
return [14]  128/12 128/14 131/11 132/2 132/14 165/1 165/2 165/8 165/19 165/25 166/9 166/13 166/16 166/25
returned [1]  9/8
returning [1]  166/20
reverse [1]  66/10
review [130]  42/19 42/23 43/1 43/4 44/16 45/3 51/14 60/9 63/8 63/9 64/19 65/15 67/7 69/18 70/2 70/3 70/25 71/21 71/22 71/24 71/25 72/4 74/4 74/8 75/2 76/13 76/15 79/13 80/18 80/20 81/18 81/21 81/23 82/5 93/5 94/16 102/7 102/8 104/16 104/18 104/21 105/2 105/3 105/3 106/16 108/7 108/7 111/7 111/16 111/22 112/13 112/14 112/18 112/22 112/24 113/3

113/8 113/20 114/3 114/6 114/10 114/13 115/18 118/9 126/10 132/20 134/12 134/20 134/20 134/24 135/19 135/21 136/5 137/1 137/1 138/2 138/8 138/11 138/12 138/17 138/20 139/18 139/20 142/13 143/17 143/19 144/6 144/13 144/13 144/19 145/14 146/21 146/22 147/1 147/16 148/13 150/18 158/9 158/17 162/23 163/1 164/25 169/6 169/7 170/6 171/10 172/11 172/17 173/1 173/4 173/6 173/10 179/19 183/11 189/12 189/20 189/23 189/25 190/6 196/11 201/16 201/19 204/21 206/14 206/23 207/2 207/15 208/4 208/15 208/19
reviewed [30]  20/9 20/10 42/13 44/15 44/20 65/7 65/15 65/17 66/17 70/25 74/18 82/7 82/19 104/16 105/3 105/7 128/17 135/21 135/23 139/7 144/1 145/2 146/15 146/19 156/8 177/8 177/9 177/18 177/22 206/5
reviewing [10]  44/10 54/8 54/9 65/12 96/4 137/2 146/4 146/11 168/22 169/11
reviews [6]  64/9 134/18 143/11 146/4 162/19 190/2
reward [1]  214/11
rheumatological [1]  107/3
rheumatologist [8]  6/7/13 105/23 105/24 106/15 106/15 106/23 109/6 120/12
Richardson [14]  79/10 121/24 122/17 122/23 123/1 123/25 124/6 124/12 124/17 125/8 125/19 126/9 135/25 179/6
Richardson's [3]  122/19 123/3 179/3
rid [2]  29/11 41/10
right [283]
right-hand [5]  40/1 87/17 87/23 88/2 202/6
rights [4]  61/8 61/20 61/25 62/6
rise [1]  24/21
RLs [1]  119/24
RN [33]  63/8 64/18 65/6 65/15 70/24 71/22 72/4 76/12 80/18 80/20 105/3 108/6 111/2 112/14 112/19 112/24 113/3 114/3 115/15 116/8 116/22 117/25 118/5 134/12 135/1 135/4 138/8 138/11 146/21 146/22 179/9 206/23 207/16
RNs [1]  110/20
Roberta [2]  183/9 191/14
role [17]  7/12 7/13 7/14 17/25 18/5 18/8 18/22 27/2 27/10 29/11 41/3 41/13 53/23 107/10 110/11 168/14 200/6
room [4]  22/2 54/5 141/21 154/21
roughly [1]  191/17
round [1]  189/9
roundtable [1]  139/15
row [1]  51/3

**R**

RTW [2]  166/10 166/14
Rubin [1]  121/23
rude [1]  177/4
rules [5]  3/3 3/4 6/20 12/14
181/10
running [1]  14/24

**S**

said [42]  3/16 4/17 15/12
21/24 25/13 30/2 41/7 46/12
49/14 49/18 55/3 60/15 70/15
76/20 86/10 94/12 103/21
109/12 116/3 123/10 129/6
129/7 129/9 129/11 129/14
130/16 130/17 130/19 135/20
140/14 147/20 155/10 164/12
168/9 191/3 212/20 216/7
218/6 218/7 218/8 218/13
218/13
saith [1]  215/23
salaries [1]  85/7
salary [4]  85/12 85/13 86/1
86/6
sales [8]  10/25 33/18 33/20
34/20 35/11 35/11 36/9 41/23
same [30]  12/22 17/5 17/17
20/17 22/23 25/25 26/6 26/13
26/17 40/10 40/18 45/19
47/25 62/19 94/8 94/8 110/16
139/6 161/2 163/9 190/20
190/21 190/24 191/15 197/22
198/1 206/14 208/4 218/13
218/14
sat [3]  30/16 54/11 206/13
satisfy [1]  209/8
save [1]  210/15
saw [2]  69/15 198/1
say [58]  7/23 8/16 10/5
10/17 18/15 23/7 25/18 26/4
31/11 31/14 44/25 48/11
48/14 51/13 54/25 56/3 56/22
61/13 64/13 64/13 64/22
64/23 66/14 66/17 67/17
73/11 75/25 77/5 78/20 79/5
81/23 81/23 81/24 83/8 89/23
93/19 97/5 101/14 102/25
104/23 119/12 122/3 129/9
131/9 148/9 152/12 153/14
155/10 160/11 168/11 169/16
171/5 172/25 174/13 177/4
192/15 205/19 209/9
saying [32]  5/9 22/23 45/21
59/6 65/15 72/24 80/3 102/25
109/13 115/17 116/1 121/9
122/10 123/4 127/6 128/13
128/14 132/13 133/21 139/17
144/2 149/20 151/24 152/1
152/7 152/11 166/7 183/13
184/11 197/1 202/11 202/18
says [59]  55/23 61/24 63/7
72/20 72/21 80/9 82/17 82/18
87/23 88/3 88/6 88/11 88/23
89/7 89/11 97/9 100/7 100/10
101/22 106/22 115/24 116/25
117/10 119/23 120/18 120/19
121/1 122/4 124/14 126/25
129/20 132/4 134/1 134/16
135/21 135/24 136/3 136/5
136/15 139/7 143/21 144/24
148/13 170/10 170/11 178/19
185/3 185/5 186/13 186/17

188/15 190/25 191/4 195/11
195/12 197/2 197/23 204/14
206/23
scenario [1]  86/4
school [11]  8/15 8/16 8/17
8/20 9/3 10/2 10/6 10/8 13/9
13/13 14/3
schooling [1]  21/3
sciences [2]  9/18 9/20
screen [2]  55/9 86/18
screws [4]  101/4 101/12
103/24 157/9
search [2]  58/17 59/7
searching [1]  167/6
seated [1]  142/16
second [2]  26/19 34/3
59/19 77/14 118/3 118/8
138/10 138/10 148/14 179/22
203/22 208/14
second.a.m [1]  59/19
secondarily [1]  80/9
secondary [1]  125/12
section [6]  17/1 17/18
55/11 55/23 99/15 137/17
sections [2]  55/13 99/15
see [101]  5/23 25/5 25/21
28/12 37/16 38/2 38/3 38/7
40/15 40/17 41/1 47/19 58/6
58/18 58/21 58/22 61/7 61/8
61/16 63/24 65/11 68/16
69/14 69/15 70/13 74/11
81/18 82/17 82/24 84/8 87/16
87/20 88/2 90/22 90/25 96/22
100/14 100/21 100/23 100/23
101/19 101/19 101/22 102/4
102/10 104/3 104/21 106/24
108/24 109/13 115/23 116/23
117/24 118/18 118/21 119/12
119/15 121/9 121/15 125/4
128/16 132/24 134/21 135/11
135/17 136/4 136/12 136/21
136/23 136/25 137/3 137/6
137/13 142/23 144/25 145/17
147/7 158/4 159/2 161/7
169/19 170/2 170/5 170/24
171/4 171/5 171/13 173/5
173/12 178/6 178/10 178/19
182/25 184/7 191/20 196/17
198/15 202/14 203/2 203/4
204/14
seeing [12]  4/21 7/25 40/5
40/7 77/18 106/15 106/20
124/10 135/6 177/14 189/18
205/21
seek [1]  135/3
seem [1]  180/4
seems [2]  12/25 62/22
seen [14]  4/20 7/24 53/17
96/20 130/2 130/20 167/24
169/22 177/12 178/11 178/25
204/17 205/13 205/15
semblance [1]  125/11
semester [2]  10/12 11/9
send [14]  94/6 94/7 108/6
116/15 137/25 138/3 138/4
181/2 192/11 202/13 210/9
210/13 210/16 210/18
sending [4]  44/2 116/8
183/18 196/19
senior [11]  18/5 18/7 18/22
19/6 19/8 20/7 20/9 29/22
31/18 45/20 47/8
sense [2]  88/13 98/11

sent [28]  41/22 53/10 53/19
59/5 61/2 69/25 91/8 116/19
125/24 132/19 132/19 158/16
181/24 183/23 183/24 184/11
189/23 191/13 191/13 195/18
196/7 196/18 196/25 197/3
197/4 200/24 202/12 208/18
sentence [12]  100/8 117/24
118/8 119/12 119/22 122/3
136/11 136/12 157/7 158/5
159/1 159/14
separate [4]  48/19 132/9
132/13 147/18
separately [1]  76/25
September [16]  15/17 28/7
28/18 28/22 32/6 32/9 33/5
33/23 33/24 45/4 56/15 56/23
57/14 57/19 70/1 181/18
September 1st [1]  70/1
series [3]  48/17 49/1 200/3
serious [1]  151/8
Seriously [1]  69/7
served [2]  6/4 6/8
service [8]  33/18 33/20
36/10 41/23 98/8 98/10
175/20 190/24
SERVICES [1]  1/7
servicing [1]  205/10
set [16]  25/25 39/15 55/4
52/24 56/11 58/11 110/9
112/17 142/16 163/11 164/23
165/3 165/5 183/21 201/21
218/15
sets [1]  58/9
setting [2]  21/5 167/21
setup [1]  26/6
seven [2]  198/21 198/22
Seventy [2]  188/14 199/20
Seventy-one [2]  188/14
199/20
several [4]  76/8 76/10
76/21 76/21
shall [1]  3/12
Sharon [1]  55/3
she [134]  31/20 34/15 44/4
49/5 59/5 63/5 63/12 65/9
65/10 71/14 72/10 72/11
72/12 72/13 72/17 72/24
74/15 74/18 80/3 80/3 80/9
80/20 80/23 81/20 81/22
81/23 82/18 89/11 100/10
100/11 100/25 101/1 101/3
101/5 101/11 101/11 101/21
101/22 102/2 106/14 106/15
106/16 106/25 107/1 107/3
107/3 107/4 113/17 113/18
117/8 120/1 120/2 121/13
124/1 128/11 128/14 128/15
128/15 129/4 129/7 133/24
134/12 134/17 135/20 135/21
135/23 136/5 138/8 138/8
140/14 140/14 143/21 143/22
143/25 143/25 144/2 144/19
145/24 145/25 148/13 148/19
150/5 150/24 151/1 151/11
152/1 152/7 152/16 152/20
152/22 153/16 153/23 154/5
154/11 154/14 154/15 154/21
154/22 154/24 155/5 155/6
155/10 156/15 156/20 158/3
159/9 164/16 164/18 168/11
170/25 170/25 172/10 172/15
172/16 172/16 172/25 173/4

**S**

she... [17]  173/14 179/10
  179/21 179/23 187/12 189/22
  191/3 191/4 197/19 201/18
  202/4 207/25 211/23 212/1
  213/3 215/10 215/13
she's [27]  34/12 34/12
  37/12 37/21 48/17 65/14
  74/18 81/24 89/7 89/11
  103/13 122/4 127/6 133/23
  134/14 135/19 143/20 143/21
  145/7 145/8 145/20 148/3
  148/24 150/3 154/8 189/18
  206/10
sheet [4]  55/24 170/22
  191/19 216/8
sheets [1]  204/17
sheldon [1]  33/2
Shock [2]  183/10 191/15
short [1]  180/5
shortcut [1]  86/13
shorthand [2]  3/13 218/7
should [44]  12/13 20/11
  51/13 55/24 58/8 61/24 66/6
  68/4 69/9 105/14 106/6 106/7
  106/18 117/5 117/9 118/21
  119/9 119/17 127/21 128/15
  134/4 140/4 141/11 147/12
  153/23 155/5 155/9 157/13
  157/20 168/5 170/11 171/9
  173/1 173/14 176/1 180/13
  183/16 196/8 198/5 198/9
  201/20 201/20 210/3 211/20
shoulder [3]  21/9 45/20
  212/20
shouldn't [1]  185/25
show [6]  4/18 39/20 195/13
  201/4 201/5 204/8
showing [1]  69/16
shows [1]  203/10
sickness [3]  154/15 155/4
  155/5
side [6]  51/23 51/24 51/25
  52/1 87/17 173/19
sign [4]  6/22 18/2 51/6 51/6
sign-off [1]  18/2
signature [5]  3/14 124/15
  138/13 144/24 215/24
signed [2]  51/17 117/4
significantly [1]  153/7
signs [1]  30/7
similar [3]  20/19 26/17
  176/5
simply [2]  117/13 128/13
since [9]  7/5 8/17 90/16
  103/13 134/17 205/14 205/16
  213/5 218/13
SINCLAIR [2]  1/14 2/5
single [2]  59/25 71/4
sir [70]  7/13 8/4 8/22 9/12
  9/24 9/25 10/5 10/15 10/16
  12/6 13/11 13/17 14/2 14/22
  15/15 15/21 16/7 16/15 16/23
  18/9 20/16 21/22 22/6 23/6
  24/4 24/8 26/3 27/3 29/2
  30/18 33/15 33/21 34/18
  36/20 38/4 42/18 42/21 43/3
  43/6 43/12 44/12 44/22 47/12
  50/4 50/20 55/10 56/5 57/6
  57/9 59/21 60/1 62/1 64/21
  64/22 66/12 68/2 69/20 71/23
  72/5 77/12 118/11 119/1

120/22 125/14 126/7 137/9
  141/7 161/17 161/23 168/4
sit [9]  59/24 60/4 104/4
  104/11 134/3 149/7 152/22
  162/7 173/13
site [15]  63/9 64/19 78/21
  108/11 109/20 110/1 128/19
  128/24 132/20 133/9 135/4
  146/20 146/22 166/20 170/11
sitting [9]  43/11 54/5 67/7
  69/2 141/21 141/23 142/2
  150/9 183/20
situations [3]  21/7 21/17
  117/13
six [7]  10/18 82/3 100/18
  103/20 141/19 168/7 198/21
size [4]  39/4 39/9 39/10
  168/22
sleep [30]  63/13 72/16
  79/12 79/12 80/3 80/9 80/14
  96/7 96/9 103/16 103/18
  103/19 103/20 121/13 121/24
  125/8 125/9 129/19 129/24
  130/4 130/10 130/13 135/25
  151/11 151/12 151/18 151/25
  152/11 154/16 159/10
sleeping [2]  72/13 130/5
small [1]  22/4
Smart [1]  32/1
smiling [1]  162/8
Smith [9]  25/14 31/25 32/5
  32/8 32/15 39/8 52/14 95/7
  161/15
Smith's [2]  32/17 32/21
so [177]  5/9 5/24 6/5 7/6
  10/1 10/5 10/17 12/18 14/19
  15/11 15/18 18/6 18/25 19/4
  20/6 20/9 21/6 21/23 22/15
  26/20 27/15 28/9 28/16 28/18
  28/25 29/3 31/13 32/5 32/16
  34/21 35/11 36/2 36/6 37/2
  37/17 38/11 39/20 40/4 41/6
  41/17 45/24 46/25 49/13 51/4
  51/9 51/16 51/20 53/12 54/13
  54/16 55/18 57/19 59/5 60/4
  60/10 62/18 63/1 64/25 65/3
  65/21 66/13 66/22 67/2 67/23
  69/5 69/21 70/2 70/6 71/17
  74/13 74/19 74/21 75/15 76/2
  81/9 82/19 84/11 87/3 88/12
  92/10 92/20 94/10 95/10 98/5
  98/18 99/10 100/3 100/15
  100/22 101/11 102/10 104/22
  105/6 105/24 106/19 107/2
  107/18 108/25 110/25 112/9
  112/11 112/14 112/21 113/24
  114/11 115/13 115/14 117/8
  117/12 118/3 119/14 121/7
  122/14 125/21 126/11 128/17
  131/7 132/18 133/23 134/19
  138/19 142/2 142/7 142/23
  146/2 146/3 146/8 146/24
  150/3 151/24 153/19 159/13
  161/19 162/6 162/9 162/13
  164/3 164/22 166/6 166/25
  167/20 170/9 172/2 172/7
  174/6 174/22 176/17 176/17
  178/10 184/10 185/8 185/12
  186/22 187/10 188/8 190/9
  190/14 190/18 190/20 190/22
  191/16 193/16 193/24 195/2
  195/21 197/14 197/19 199/9
  202/5 202/18 204/1 205/18

205/20 207/13 208/9 209/20
  214/3
social [3]  58/17 186/15
  192/1
some [30]  7/7 21/25 23/22
  29/25 37/14 44/1 48/23 64/5
  68/4 68/5 72/12 74/8 75/16
  79/5 80/19 85/12 119/18
  125/21 128/11 144/12 153/17
  157/13 160/23 163/19 163/19
  183/20 184/11 208/23 209/13
  210/15
somebody [35]  16/13 21/9
  24/6 26/21 30/7 55/18 58/16
  76/13 82/22 92/25 117/13
  119/17 121/16 124/20 130/4
  132/13 134/4 142/3 142/4
  142/8 142/9 142/10 142/10
  142/11 150/12 153/9 155/11
  157/13 158/9 166/19 167/1
  171/7 188/3 212/7 212/19
somebody's [1]  87/19
someone [5]  18/1 58/8 129/9
  166/16 166/24
something [31]  26/4 46/9
  48/11 60/22 61/22 63/19 64/6
  64/23 74/1 76/14 78/13 80/7
  83/7 86/12 86/14 96/9 103/20
  104/20 127/16 127/19 128/9
  143/18 157/20 174/12 174/14
  178/11 189/7 190/14 195/25
  199/20 212/11
sometime [1]  19/1
sometimes [5]  83/14 85/24
  137/20 173/18 201/22
somewhere [7]  13/8 22/17
  78/5 117/10 141/10 168/12
  188/9
soon [1]  211/23
sorry [49]  7/18 9/13 12/3
  20/2 27/17 42/17 56/21 61/9
  61/12 62/3 67/17 67/21 70/13
  71/16 72/14 76/9 77/11 77/18
  79/14 87/7 97/23 101/13
  101/18 106/13 109/21 122/21
  123/8 123/10 126/23 127/10
  131/8 136/2 143/24 145/10
  147/10 163/14 168/21 169/13
  177/3 177/3 191/7 196/10
  196/12 200/21 203/16 206/19
  208/14 213/7 215/1
sort [8]  24/2 45/19 85/12
  160/16 163/23 180/5 193/21
  202/7
sound [3]  140/15 140/19
  190/13
sounds [5]  11/21 13/5 19/7
  22/12 39/17
SOUTH [1]  1/15
southeast [7]  35/2 35/6
  35/8 35/11 37/1 37/11 37/13
Southern [2]  47/4 191/25
space [1]  132/6
speak [1]  21/16
special [4]  36/13 39/4
  39/15 175/4
specialist [13]  7/11 13/24
  14/6 15/2 27/13 29/6 36/12
  91/4 107/15 108/2 108/19
  206/10 212/25
specialists [6]  15/8 27/23
  92/14 93/4 93/15 193/12
specialize [1]  99/16

**S**

specialty [2]   9/19 158/10
specific [14]   5/22 21/18
  61/7 62/12 83/5 131/14
  136/17 140/10 149/17 158/21
  164/24 165/5 201/21 205/15
specifically [8]   18/13
  62/11 93/10 147/5 148/3
  164/12 171/9 197/1
specifics [1]   8/12
specify [3]   99/25 153/16
  204/6
speculate [1]   86/22
speed [2]   29/23 159/2
spell [1]   80/21
spelled [1]   34/6
spend [3]   54/12 68/18 168/21
spent [1]   169/11
spread [1]   191/19
spring [2]   6/4 18/15
ST [1]   1/19
stable [1]   72/13
stack [1]   43/20
stacked [1]   66/4
stamp [9]   48/7 48/23 60/6
  60/10 87/18 87/19 87/19
  93/22 170/13
stamped [1]   170/14
stamps [1]   48/24
standard [1]   53/23
standards [1]   209/8
stands [3]   139/9 140/16
  140/20
star [2]   175/18 176/2
start [11]   8/14 8/16 14/23
  15/13 16/3 26/24 27/5 47/13
  112/24 113/25 194/7
started [27]   10/18 11/17
  13/14 13/22 13/23 14/20 15/1
  20/22 27/1 27/5 27/7 27/15
  27/17 27/21 31/19 32/11 40/6
  45/9 60/15 84/23 144/1
  148/19 163/17 163/21 165/19
  169/6 188/25
starting [4]   14/7 26/22
  165/11 176/15
starts [1]   134/12
state [7]   7/15 120/2 198/4
  216/14 216/16 218/2 218/20
stated [4]   133/6 148/4
  148/19 176/22
statement [27]   75/5 77/7
  79/10 80/13 81/4 84/19 84/19
  84/20 103/22 106/10 116/3
  120/17 121/18 121/20 133/12
  151/19 151/23 153/7 154/13
  156/7 156/15 156/23 157/1
  157/2 157/11 157/12 157/24
statements [10]   76/24 102/5
  106/1 107/1 115/16 131/9
  132/12 158/22 207/20 207/21
states [7]   1/1 120/8 120/9
  152/25 160/15 189/19 192/1
status [6]   186/6 186/18
  187/2 191/23 192/2 196/3
stayed [1]   11/4
STD [9]   54/19 54/21 54/24
  55/3 55/25 56/3 56/8 56/11
  58/6
still [20]   18/3 29/7 34/17
  36/7 36/11 36/12 40/12 49/20
  52/2 65/2 65/9 81/13 98/1

98/5 154/18 175/20 208/22
  210/11 211/2 215/13
stimulants [1]   151/1
stipulations [2]   6/18 6/20
stomach [1]   83/19
stood [1]   212/19
stop [7]   10/16 14/11 17/20
  28/23 32/20 56/18 66/14
stopped [5]   18/17 31/20
  45/7 57/15 178/9
story [2]   165/20 166/1
straight [7]   10/7 11/6 27/1
  50/3 54/16 70/14 150/8
straighten [1]   134/11
STREET [3]   1/19 1/24 3/6
stress [2]   186/1 212/11
stresses [1]   212/16
strict [1]   128/12
strictly [1]   167/1
strike [8]   94/12 96/2 110/7
  137/12 162/16 206/2 210/25
  215/6
structure [5]   110/6 110/8
  110/22 112/16 154/3
structured [1]   17/23
studies [2]   9/22 9/23
study [4]   151/12 151/18
  151/25 152/11
subject [3]   3/20 205/25
  207/2
submission [1]   84/9
submits [1]   85/17
submitted [9]   47/17 49/14
  50/2 76/17 85/3 86/1 87/10
  121/19 121/20
subscribed [1]   216/21
subsequent [3]   122/25
  123/11 123/12
subsets [1]   48/24
success [2]   165/20 165/25
successor [1]   189/9
such [1]   24/18
suffering [1]   158/3
sufficient [6]   63/15 109/1
  109/9 111/12 137/7 159/18
SUITE [4]   1/15 1/19 1/24 3/7
summaries [1]   146/15
summarized [1]   108/11
summarizes [2]   145/24
  178/23
summarizing [1]   134/14
summary [10]   114/7 114/8
  144/10 144/18 145/23 146/6
  146/12 147/2 148/11 179/9
superior [1]   110/11
support [5]   13/23 14/6 15/2
  33/18 148/3
supported [10]   24/12 25/21
  114/23 115/16 116/1 118/7
  122/15 128/7 148/25 149/14
supposed [10]   59/6 91/8
  97/2 99/22 99/25 112/17
  118/9 132/8 132/9 210/17
sure [24]   16/12 20/10 23/16
  47/20 49/2 58/25 60/23 71/17
  73/13 74/14 74/25 82/14
  82/22 83/8 83/24 85/1 100/22
  111/1 131/17 143/4 160/20
  169/9 180/20 206/17
surgery [12]   72/24 80/4
  80/8 101/3 101/12 103/20
  103/23 154/17 154/17 154/18
  157/8 157/19

surprise [1]   204/20
Susan [2]   183/9 191/15
switched [1]   38/12
sworn [4]   3/16 4/3 216/21
  218/5
symptoms [4]   73/3 100/11
  158/8 171/19
system [22]   30/2 30/4 30/8
  30/9 30/11 30/12 52/7 52/13
  99/22 116/14 147/9 161/25
  169/10 170/8 180/22 184/18
  184/20 187/17 188/11 188/12
  188/18 194/23
systems [1]   29/24

**T**

table [5]   141/22 141/23
  142/3 142/16 189/10
tabs [2]   44/15 80/19
tack [1]   5/5
tack-on [1]   5/5
take [62]   4/19 5/8 8/1 11/16
  12/22 13/7 20/12 37/16 37/25
  38/18 40/11 40/14 42/23
  52/19 55/22 61/6 62/10 70/23
  71/1 71/5 71/7 75/6 81/17
  93/24 93/24 99/19 100/19
  100/23 109/11 112/17 118/7
  120/10 138/1 138/24 143/2
  143/4 146/18 147/6 147/23
  157/11 160/4 170/2 170/3
  171/16 176/8 176/20 177/6
  177/15 178/10 179/14 182/3
  182/24 183/13 183/25 187/1
  188/19 188/23 191/1 196/14
  205/2 206/15 212/23
taken [22]   3/4 3/10 3/12
  3/20 4/12 12/5 12/8 36/2
  36/22 78/4 102/13 121/2
  143/6 162/16 164/5 176/10
  183/16 208/18 217/3 218/4
  218/6 218/10
taking [2]   123/8 170/25
talk [7]   29/17 43/17 93/9
  104/25 111/10 129/8 174/16
talked [5]   20/20 29/18
  160/12 161/5 198/17
talking [40]   30/25 31/10
  31/14 39/10 42/14 44/11
  44/14 44/24 49/5 52/21 53/24
  64/19 67/17 73/6 75/11 78/20
  78/22 78/23 106/24 111/7
  116/6 118/11 118/4 120/11
  122/2 125/23 131/25 135/19
  143/24 147/11 155/18 163/1
  163/2 164/23 166/4 184/8
  187/4 189/5 209/19 211/5
talks [2]   101/3 135/2
targets [1]   163/18
task [1]   99/21
tasked [2]   193/3 194/1
team [33]   37/12 38/24 39/5
  39/15 39/21 39/22 39/23
  40/12 40/12 40/13 40/15
  40/17 40/18 40/19 41/1 41/2
  49/15 59/8 91/9 91/11 92/15
  97/14 97/17 110/9 161/12
  163/15 172/1 175/18 176/2
  184/25 206/11 214/1 214/3
teams [10]   37/8 37/10 38/8
  38/10 38/12 38/15 38/17
  38/25 39/1 99/15
technical [1]   36/13

**T**

Technically [1]   8/6
tecum [1]   5/14
telephone [3]   67/14 198/10
198/18
tell [61]   4/17 12/14 12/15
12/17 12/17 12/18 12/21
19/16 24/16 34/16 34/25
43/19 47/20 60/18 61/9 62/17
63/5 66/4 66/23 67/11 71/10
71/11 72/6 77/4 81/8 84/25
89/1 93/11 96/2 96/3 100/20
103/7 104/20 107/21 108/23
110/4 113/2 116/14 117/22
119/3 127/4 135/22 143/18
144/16 147/9 147/11 150/20
156/14 166/12 170/21 178/22
182/12 182/12 183/6 191/10
196/15 199/20 200/3 200/9
208/16 212/23
telling [10]   6/9 25/8 33/19
65/16 74/25 92/21 108/19
183/19 204/2 211/11
temporomandibular [1]   80/10
ten [3]   196/17 196/18 197/5
TENNESSEE [5]   1/25 3/7 8/21
218/2 218/20
term [6]   15/24 26/7 31/14
130/21 139/14 166/9
terminology [1]   19/24
terms [5]   63/3 63/6 94/3
115/5 126/15
Terry [17]   33/4 33/5 33/25
40/4 92/8 92/9 97/14 97/17
164/7 164/15 183/10 195/18
196/19 197/9 202/1 202/3
205/24
test [4]   51/20 74/19 103/13
136/16
testified [1]   74/18
testimony [7]   44/21 74/21
216/4 216/7 218/5 218/6
218/8
testing [7]   153/3 153/5
153/10 153/18 153/21 153/24
155/23
Texas [7]   8/24 8/25 8/25 9/4
9/5 9/7 178/7
than [10]   29/25 74/12 89/8
103/25 123/18 125/4 149/16
183/12 184/24 200/6
Thank [6]   27/22 44/5 114/11
125/15 179/25 208/10
thanks [1]   56/2
that [761]
that's [170]   11/18 13/18
15/4 22/13 23/1 23/3 23/16
26/23 29/7 29/9 30/14 32/23
33/8 35/17 38/24 41/7 41/19
42/7 43/10 44/20 45/6 45/21
46/9 46/11 48/11 51/3 51/22
52/14 52/18 56/2 56/25 57/2
57/18 59/6 59/9 66/10 66/21
70/5 71/22 73/15 73/18 79/5
79/7 79/19 80/6 80/18 85/2
85/6 85/19 86/12 87/9 88/10
90/2 92/10 93/8 97/11 98/19
99/1 100/2 101/8 104/9 105/5
107/19 107/25 108/4 108/15
109/7 109/15 109/22 110/5
110/15 110/19 110/21 112/2
112/16 112/20 112/25 113/11

113/20 113/21 114/6 114/7
114/18 114/20 116/9 116/18
116/20 117/10 119/25 122/9
122/14 123/23 123/25 126/4
128/22 129/2 130/12 135/18
136/2 137/24 138/11 138/13
138/14 139/3 139/4 139/20
140/25 143/17 144/6 146/13
146/23 147/21 147/22 149/15
151/1 153/11 154/12 159/20
159/21 160/8 161/13 162/12
162/25 165/15 165/19 166/21
167/4 169/5 170/24 172/13
172/24 174/9 174/19 176/24
177/11 177/16 177/17 178/9
178/25 182/6 182/7 183/22
184/14 185/5 185/16 186/8
186/13 186/16 188/7 188/15
188/22 189/9 190/12 191/3
191/4 191/19 192/18 195/23
197/7 198/25 199/19 202/9
202/23 203/18 206/20 210/9
211/3 212/11 213/6 215/22
their [34]   22/10 24/23
25/19 27/25 58/14 58/17 66/2
78/19 85/25 86/1 93/1 93/6
94/16 94/23 98/13 110/22
130/4 130/19 130/11 137/22
147/15 147/16 160/11 166/17
166/18 166/23 181/13 182/16
182/19 182/20 193/15 194/2
194/7 201/21
theirs [1]   182/19
them [49]   12/12 14/1 21/8
34/17 34/24 36/13 37/4 37/4
37/15 37/16 37/21 37/25 38/8
38/12 39/6 39/15 74/13 74/20
79/15 79/24 84/9 86/25 93/22
96/13 110/4 119/16 123/9
125/11 130/5 130/12 138/1
138/1 138/3 138/4 155/13
159/24 160/23 163/19 163/19
164/6 183/12 183/19 183/21
190/25 191/1 195/10 209/10
209/13 210/11
themselves [2]   65/18 161/1
then [61]   4/12 5/1 5/17 6/13
8/1 9/8 10/18 11/3 11/16
11/17 15/20 18/4 18/7 18/21
20/2 24/22 26/19 28/21 29/1
29/10 30/7 32/14 33/3 35/15
40/9 41/14 50/14 51/16 51/17
53/19 54/6 56/22 62/20 65/23
67/4 75/22 75/22 76/15 79/18
85/23 95/4 104/7 107/22
108/5 108/9 108/13 113/1
114/10 115/2 115/11 116/5
116/20 124/7 132/8 138/7
138/15 141/9 142/12 144/10
166/8 178/18
there [142]   5/22 9/15 9/21
10/11 11/4 18/5 20/2 20/4
22/2 24/17 25/16 33/10 33/13
33/14 33/16 36/23 38/3 40/15
41/1 43/19 44/6 44/11 55/1
57/20 61/16 61/19 62/14
62/23 64/6 64/11 69/2 72/18
73/19 73/23 74/1 75/1 76/21
79/16 79/21 81/5 82/3 86/13
87/16 87/18 88/2 88/13 88/23
93/14 94/13 96/10 98/5 98/6
101/24 102/5 102/17 102/18
102/21 103/24 105/13 110/9

111/1 111/25 112/9 112/16
116/5 116/7 117/25 118/8
119/22 120/11 121/9 122/22
122/25 123/18 123/24 124/2
124/6 131/1 133/15 133/21
134/14 136/3 136/12 138/9
138/22 140/3 140/4 140/22
141/8 142/5 142/8 142/8
142/18 142/19 142/24 147/7
148/13 149/19 151/25 153/2
153/7 153/17 154/22 156/24
157/25 159/15 160/8 164/4
164/5 164/23 169/10 169/13
170/24 171/4 173/5 173/7
173/9 175/9 181/14 182/12
183/13 183/14 184/7 185/3
190/7 191/20 193/9 193/10
194/16 195/22 196/8 198/20
200/17 200/20 200/23 205/9
207/1 207/4 213/18 214/11
214/15 214/19
there's [28]   5/10 5/12
22/16 24/19 56/3 72/23 76/8
76/10 82/2 88/12 101/15
101/15 104/20 116/11 139/5
141/25 145/18 149/16 150/1
153/19 153/20 156/18 157/7
173/9 175/23 176/5 191/18
208/18
thereafter [2]   115/11 218/7
Thereupon [13]   4/22 6/14
32/2 43/14 49/24 75/8 102/13
143/6 173/24 176/10 178/2
179/15 204/24
these [41]   6/23 8/11 19/5
25/19 40/6 42/3 75/19 79/14
82/11 82/14 102/6 105/8
111/11 116/12 116/12 118/14
119/3 124/10 124/18 134/6
144/14 146/4 148/6 158/11
167/8 167/8 171/6 171/21
178/6 185/1 185/6 192/11
192/21 194/2 194/6 194/9
194/12 194/19 196/11 198/24
204/17
they [134]   4/13 4/17 17/2
17/22 17/23 17/25 19/19 20/9
20/9 20/14 22/2 25/16 25/22
25/23 27/24 28/1 28/5 28/7
29/11 32/14 33/13 33/14
33/16 34/16 34/19 34/22 37/4
37/4 38/8 38/10 38/11 38/12
38/18 38/20 39/1 39/3 39/5
39/6 41/10 41/15 41/17 41/22
42/1 47/3 51/24 52/2 52/15
58/12 58/13 58/20 58/21
59/11 59/11 59/12 60/18
66/10 67/3 69/14 69/15 83/15
83/16 88/20 90/19 91/7 92/10
92/16 93/11 94/24 95/2 95/3
95/5 97/19 97/24 98/12 98/13
98/13 98/14 98/15 99/16
99/25 100/19 104/18 104/19
110/3 110/3 111/18 115/16
116/13 123/21 124/3 124/24
128/20 129/2 130/9 130/10
132/6 132/12 135/15 135/16
135/16 137/7 137/20 137/22
147/15 147/17 147/17 150/4
150/16 162/13 162/23 163/18
163/22 163/22 164/1 165/4
165/19 175/18 175/20 180/1
180/11 181/13 182/15 182/20

**T**

they... [11]  186/1 192/19
  193/14 200/4 203/10 209/6
  212/11 212/15 213/24 214/1
  214/22
they'll [3]  78/18 83/16
  104/20
they're [12]  27/14 37/7
  41/5 58/18 58/23 86/7 97/2
  104/18 137/16 141/17 149/13
  176/14
they've [5]  34/25 36/21
  39/14 85/11 175/15
thing [20]  17/6 17/17 20/18
  22/24 24/2 66/4 69/1 69/6
  94/13 95/10 97/7 140/1
  140/10 145/21 145/22 147/8
  164/1 178/10 179/7 193/21
things [13]  15/7 21/16
  27/14 40/7 47/5 68/5 69/2
  132/13 147/15 165/12 175/5
  175/24 202/8
think [111]  5/4 15/12 19/25
  21/5 22/9 22/14 22/23 29/14
  29/15 31/5 31/6 34/10 52/1
  57/21 58/20 63/22 66/23 67/4
  68/4 68/12 68/14 69/5 69/8
  69/13 70/24 74/20 76/6 84/9
  84/11 84/13 84/24 86/17 87/2
  92/15 95/14 95/17 95/22 96/1
  96/25 97/11 99/24 101/15
  102/21 104/8 105/21 106/6
  106/17 107/18 115/10 118/12
  119/9 119/14 119/17 121/21
  124/11 134/1 134/4 134/10
  134/13 136/14 140/4 142/21
  142/22 143/17 144/17 145/14
  145/18 145/20 146/2 147/19
  149/25 150/2 150/12 152/7
  152/20 152/22 153/23 154/12
  157/11 157/18 158/14 158/19
  158/25 160/5 161/15 161/19
  162/24 164/5 166/6 172/2
  172/7 172/25 173/3 173/14
  174/22 175/14 175/18 178/22
  180/13 182/24 189/13 189/14
  190/3 190/7 190/9 193/15
  198/18 208/9 209/20 213/3
  213/24
thinking [1]  113/11
Thirty [1]  210/7
Thirty-day [1]  210/7
this [341]
THOMAS [1]  1/14
Thornbury [9]  77/7 102/6
  120/16 120/23 121/7 147/10
  179/6 203/15 203/19
Thornbury's [2]  179/4 179/8
thorough [1]  95/15
those [50]  11/10 18/11
  25/21 29/24 37/19 38/2 57/11
  66/16 67/13 73/7 74/2 79/15
  82/22 82/23 84/21 87/8 93/20
  93/20 94/19 96/12 103/25
  105/25 107/6 113/1 117/13
  123/20 125/10 125/13 125/15
  125/20 128/7 132/11 139/23
  142/12 157/5 159/5 161/21
  165/4 165/21 165/22 169/22
  171/4 175/12 183/3 183/6
  191/8 191/10 193/4 195/16
  196/15

though [5]  37/1 78/18 86/20
  169/7 192/5
thought [11]  36/3 64/5
  65/13 67/21 75/15 112/3
  124/1 128/9 149/15 170/9
  193/19
thoughts [1]  86/24
thousands [1]  58/1
three [34]  5/10 12/10 18/3
  18/7 18/14 18/17 18/19 19/24
  20/17 20/21 21/1 21/6 24/17
  24/22 39/18 39/22 39/23
  81/12 82/2 94/10 122/5 125/4
  125/16 131/10 132/2 132/11
  141/20 159/1 163/15 178/18
  185/1 198/21 206/2 213/21
three-month [2]  21/1 125/16
through [45]  14/24 19/20
  20/6 23/24 30/16 31/7 38/2
  43/25 44/1 44/24 57/24 58/17
  58/18 61/11 64/10 66/16
  70/24 71/3 71/8 88/8 92/10
  94/1 96/12 100/20 101/19
  135/4 140/1 145/8 145/12
  145/17 145/22 146/18 150/3
  158/25 159/5 160/17 172/16
  176/13 176/15 178/6 185/22
  190/16 205/22 211/8 211/16
thus [1]  128/17
tied [1]  215/17
Tiffany [2]  55/17 58/10
time [69]  14/1 14/3 14/6
  15/9 16/11 16/25 17/5 19/9
  28/5 31/7 32/6 38/10 38/22
  40/18 40/24 49/21 50/22
  53/23 54/12 59/24 60/4 64/16
  76/5 87/18 92/2 92/14 96/16
  96/21 99/16 100/1 110/17
  111/12 126/21 127/20 139/1
  144/12 144/19 145/11 158/15
  161/16 164/13 165/19 166/3
  168/7 169/5 169/11 169/21
  169/22 170/11 170/13 170/13
  170/14 172/6 174/25 176/9
  190/10 190/16 192/14 192/15
  197/17 205/16 206/11 206/14
  208/2 210/15 210/17 216/5
  216/7 218/14
timeliness [1]  165/10
times [6]  12/7 12/10 141/18
  145/18 168/9 178/18
title [11]  7/8 17/8 17/9
  17/10 29/5 29/7 34/14 41/11
  41/12 58/14 184/25
titles [4]  17/3 20/8 28/5
  28/8
TMJ [10]  73/1 80/6 80/7
  80/10 80/14 96/7 103/16
  129/20 129/23 154/19
today [30]  7/21 8/9 32/17
  35/7 42/9 44/21 67/8 68/3
  69/22 104/5 104/11 134/4
  149/7 150/9 152/22 157/17
  161/10 164/14 172/9 172/10
  173/13 174/25 192/20 200/4
  204/9 205/3 205/14 211/7
  211/10 211/12
today's [3]  43/2 43/8 70/3
together [4]  31/22 54/5
  91/8 175/16
told [12]  26/25 28/13 36/4
  133/5 136/15 168/6 168/11
  177/9 177/22 211/11 211/14

212/20
tolerated [2]  120/18 120/20
toll [1]  202/19
tolling [7]  197/2 199/7
  202/11 202/13 202/23 208/22
  211/2
too [2]  42/20 100/1
took [7]  10/17 34/24 39/18
  60/4 102/16 104/8 159/1
top [3]  77/21 79/16 97/9
total [1]  88/23
toward [1]  183/16
TPC [1]  198/9
track [6]  81/9 169/6 169/14
  193/4 193/20 202/7
tracked [1]  169/10
trained [1]  47/3
trainer [1]  21/8
trainers [1]  21/15
training [27]  19/12 19/16
  19/19 20/5 20/21 21/2 21/2
  21/6 21/12 21/21 29/17 29/18
  29/18 29/21 29/25 30/16
  30/20 30/21 45/12 45/18
  45/24 160/14 160/15 160/16
  160/17 212/12 212/14
transcript [1]  217/3
transition [1]  111/25
transitioned [1]  97/24
transmission [1]  3/19
treat [1]  148/5
treated [2]  129/10 156/20
treating [14]  24/11 25/13
  63/13 120/25 121/12 129/19
  129/23 130/3 130/18 136/8
  136/18 159/9 207/25 208/6
treatment [9]  63/14 136/16
  153/5 155/20 155/22 155/25
  156/19 159/18 159/23
triage [4]  139/10 140/8
  190/18 204/10
trick [2]  74/24 203/12
tried [1]  134/11
trigger [1]  112/13
trouble [1]  52/16
true [3]  110/16 111/14 218/7
truly [1]  209/9
try [6]  24/14 24/15 113/10
  166/8 176/17 190/25
trying [9]  37/18 76/4 79/5
  90/23 101/1 176/16 203/12
  203/13 215/14
turn [5]  62/19 96/23 104/7
  138/7 170/21
twelve [1]  141/19
two [25]  6/23 11/10 18/1
  18/7 19/2 24/21 36/5 39/18
  40/20 41/2 42/25 51/3 68/24
  69/3 77/11 82/2 141/20
  145/18 154/18 162/8 183/4
  183/6 191/10 195/16 198/21
type [20]  17/6 22/22 24/25
  30/7 46/23 47/1 52/20 86/19
  99/16 109/19 163/1 170/5
  175/13 188/1 188/17 189/23
  191/15 194/11 196/23 201/15
typed [3]  117/18 117/18
  117/22
types [1]  190/2
typewriting [1]  218/7
typically [6]  137/22 142/3
  142/7 142/16 167/23 168/22
typing [3]  117/9 117/9

**T**

typing... [1]   188/8
typo [3]   189/14 190/19
 190/21

**U**

UACL [8]   48/17 49/5 58/15
 87/4 88/5 114/12 146/25
 213/10
UACL00001 [1]   43/22
UACL00015 [3]   55/5 55/6
 55/23
UACL00024 [2]   77/6 120/17
UACL00025 [1]   79/9
UACL00026 [1]   79/21
UACL00027 [1]   80/12
UACL00028 [1]   122/22
UACL00031 [1]   122/23
UACL00038 [2]   81/4 81/11
UACL0005 [1]   121/23
UACL00080 [1]   206/22
UACL00087 [1]   124/7
UACL00093 [1]   124/8
UACL00129 [1]   134/24
UACL00145 [2]   67/15 67/19
UACL00157 [1]   102/6
UACL00166 [1]   71/20
UACL00171 [1]   53/8
UACL00186 [2]   61/11 70/1
UACL00298 [1]   52/24
UACL006023 [1]   43/23
UACL1 [5]   44/24 66/11 66/15
 69/19 70/4
UACL129 [2]   136/2 138/11
UACL130 [5]   138/15 138/16
 138/19 139/6 143/12
UACL1444 [1]   43/25
UACL145 [3]   68/10 96/23
 101/14
UACL164 [5]   114/2 116/7
 116/25 118/4 119/23
UACL165 [1]   113/7
UACL166 [2]   72/4 145/22
UACL167 [1]   144/24
UACL169 [1]   147/20
UACL17 [3]   88/1 88/2 88/8
UACL170 [1]   66/11
UACL171 [8]   53/20 59/17
 59/24 62/16 70/14 70/21
 187/4 187/22
UACL177 [1]   73/9
UACL188 [1]   61/13
UACL189 [1]   70/4
UACL2 [1]   49/14
UACL22 [2]   84/24 87/9
UACL24 [1]   120/21
UACL25 [8]   79/16 122/5
 131/10 131/17 131/20 131/22
 131/25 132/1
UACL28 [1]   122/24
UACL31 [1]   122/24
UACL38 [1]   82/21
UACL58 [3]   84/25 86/11 87/9
UACL60 [1]   87/14
UACL65 [1]   88/21
UACL66 [1]   88/8
UACL67 [1]   91/13
UACL80 [1]   207/2
UAMS1 [1]   43/25
UAMSSUPP [1]   185/12
UAMSSUPP00162 [1]   93/13
UAMSSUPP10 [1]   196/14

UAMSSUPP11 [1]   197/7
UAMSSUPP16 [1]   191/6
UAMSSUPP160 [1]   4/19
UAMSSUPP163 [2]   40/8 176/14
UAMSSUPP17 [2]   188/24
 189/10
UAMSSUPP18 [2]   183/25
 184/15
UAMSSUPP19 [2]   183/1 187/11
UAMSSUPP20 [1]   182/4
UAMSSUPP3 [1]   195/14
UAMSSUPP44 [1]   204/9
UAMSSUPP47 [2]   178/11
 178/17
UAMSSUPP7 [1]   212/23
UAMSSUPP9 [2]   205/3 208/11
UAMSUPP161 [1]   40/15
UC [1]   43/22
Uh [6]   41/9 76/1 87/21
Uh-huh [6]   41/9 76/1 87/21
 122/18 145/16 202/2
ulcerative [10]   81/25 96/18
 148/20 154/16 155/19 156/8
 156/11 156/16 157/4 215/12
unable [9]   63/12 100/8
 115/9 120/1 121/13 122/4
 127/7 159/9 215/11
undecided [5]   186/6 191/24
 195/22 195/24 213/7
undefined [1]   103/21
under [29]   19/13 20/11
 24/18 32/13 46/8 46/24 63/2
 63/6 79/17 83/11 94/3 105/9
 115/5 116/3 116/7 120/17
 120/19 121/25 126/14 126/17
 129/21 132/1 132/11 147/12
 159/24 160/22 160/24 192/2
 208/16
underneath [4]   77/21 82/17
 116/11 121/1
understand [16]   12/16 12/18
 24/15 24/16 25/7 29/15
 111/24 118/17 133/2 146/24
 147/19 150/15 156/3 162/10
 166/14 169/13
understanding [19]   25/1
 39/25 45/10 46/8 46/12 46/17
 46/22 48/8 85/2 146/10
 146/13 152/4 156/10 166/13
 166/21 167/4 197/6 203/13
 204/2
understands [1]   133/24
understood [3]   64/15 152/10
 200/6
underwritten [1]   23/20
unit [10]   37/6 38/3 38/16
 97/10 97/13 98/7 98/19 98/24
 99/15 191/23
UNITED [1]   1/1
units [15]   34/17 36/22 37/5
 37/5 37/7 38/13 38/14 38/23
 97/20 97/25 98/2 98/4 98/5
 98/15 99/6
University [1]   9/7
Unless [2]   141/8 173/7
unspecified [2]   96/7 103/16
until [11]   11/4 14/8 15/18
 19/9 28/5 28/6 32/6 32/8
 33/5 112/4 192/5
UNUM [7]   1/7 23/4 23/20
 89/14 90/7 90/10 160/6
UNUMPROVIDENT [33]   1/6 12/9

21/23 22/1 22/18 22/25 23/2
 26/1 26/10 26/12 26/13 26/21
 27/5 29/20 30/20 31/19 32/12
 33/11 45/16 45/25 47/9 66/25
 79/2 90/25 94/14 148/23
 161/1 161/1 168/14 172/10
 174/25 175/10 190/11
unusual [2]   53/22 54/3
up [77]   14/8 18/7 19/5 19/9
 20/12 21/17 23/25 25/25
 26/22 28/4 29/17 29/23 32/6
 32/10 32/17 33/22 39/15 42/8
 43/25 50/17 51/24 55/4 55/24
 56/11 58/9 58/11 60/5 60/9
 60/14 66/24 69/16 69/17 72/3
 77/1 78/5 79/16 79/16 80/17
 82/8 82/11 82/22 83/5 87/22
 87/22 88/2 88/13 94/13 97/9
 103/1 105/1 106/7 110/9
 112/4 130/21 138/1 138/25
 148/11 157/10 159/2 168/16
 171/25 173/10 174/25 178/6
 192/3 193/18 194/18 196/12
 196/22 197/23 198/1 198/7
 198/11 199/10 203/22 210/2
 218/14
updated [4]   114/17 115/24
 134/13 136/15
upon [7]   60/11 62/21 91/9
 109/14 109/23 126/10 214/5
urge [1]   14/16
us [13]   8/9 19/23 21/16
 24/11 25/16 71/14 104/8
 104/20 123/8 136/11 159/1
 160/10 169/15
use [4]   3/2 19/23 43/1 86/25
used [3]   37/4 37/5 126/21
 166/14 176/6
usual [3]   3/20 6/18 6/20
usually [3]   78/18 141/25
 176/3
UT [5]   10/8 10/19 11/3 11/6
 21/19

**V**

vague [1]   26/7
validate [2]   25/22 25/23
variation [1]   139/24
various [2]   54/13 181/9
vatt [24]   34/1 40/23 41/3
 63/9 64/25 65/23 102/8
 104/16 105/1 109/14 126/13
 137/5 137/11 137/13 146/8
 147/11 150/11 153/8 155/18
 156/7 157/12 157/24 170/1
 171/11
vatt's [5]   105/3 114/10
 126/11 138/5 158/20
Vault [1]   161/24
versus [4]   58/3 83/19 103/4
 189/25
very [6]   65/19 106/21 131/15
 132/1 140/10 164/12
via [3]   161/12 161/20 211/5
Video [1]   11/15
view [1]   108/12
voc [3]   142/20 206/24 207/16
vocational [3]   142/18
 206/10 206/13
volume [1]   88/23
volunteer [1]   4/7

**W**

waited [1]  36/5
waiting [3]  164/4 204/3
 204/7
waived [1]  3/19
waiver [2]  44/2 213/3
walk [10]  64/10 71/24 112/18
 113/8 113/8 113/13 117/6
 135/4 189/25 190/25
walk-in [7]  71/24 112/18
 113/8 113/8 113/13 135/4
 189/25
walk-ins [2]  117/6 190/25
walking [1]  162/10
WALLER [1]  1/15
WALLIS [1]  1/14
want [29]  4/8 18/14 21/24
 44/6 48/12 48/25 57/7 61/5
 62/10 62/17 71/4 71/7 74/24
 83/20 85/1 93/19 96/11
 124/14 125/3 126/24 134/19
 143/2 152/4 155/12 155/16
 163/2 186/15 203/9 210/24
wanted [6]  68/14 132/22
 133/9 136/11 163/22 164/2
wanting [2]  127/1 183/14
wants [2]  23/12 153/8
warn [1]  86/21
warrant [1]  125/16
was [318]
wasn't [16]  5/6 44/17 46/1
 46/24 46/25 63/5 91/22 98/6
 142/4 151/18 155/5 168/1
 171/11 179/23 201/1 201/4
water [1]  162/11
way [38]  12/15 17/13 17/22
 20/14 23/7 24/14 24/25 31/4
 47/3 63/23 66/4 66/10 73/11
 75/25 79/5 84/12 84/14 84/24
 88/5 94/12 97/5 107/22
 111/11 115/17 130/16 134/3
 135/2 139/17 147/15 148/23
 149/20 150/5 152/15 162/24
 166/8 166/8 196/4 215/17
we [169]  4/24 5/16 5/17 6/17
 7/22 8/7 8/8 8/12 8/16 14/24
 20/4 20/5 20/5 20/10 20/11
 20/20 21/6 21/8 21/14 21/15
 21/24 24/12 25/21 25/22
 28/24 29/18 31/21 31/22
 35/10 38/7 38/22 40/8 40/8
 40/9 43/18 43/24 45/17 48/7
 48/10 48/24 52/5 54/12 58/20
 58/25 59/11 62/18 62/20 67/4
 70/14 74/14 75/2 75/11 75/17
 76/6 76/12 76/25 78/16 78/16
 81/3 84/12 84/23 84/24 87/3
 90/2 90/3 91/24 92/11 94/2
 94/3 96/6 96/24 98/1 98/2
 98/4 99/20 100/12 100/12
 100/13 100/20 100/22 100/23
 100/24 101/6 102/16 104/7
 104/20 104/22 106/18 107/19
 111/10 112/21 113/24 117/5
 117/6 117/18 117/19 123/9
 124/14 125/21 129/2 129/8
 131/4 131/25 134/16 134/21
 138/15 142/2 143/4 143/10
 143/11 143/14 143/16 143/24
 144/1 144/4 144/9 144/11
 148/12 148/13 149/11 150/2
 150/16 151/13 151/14 151/22

155/9 155/16 158/25 158/25
159/11 159/11 160/10 160/12
161/5 163/2 164/3 167/6
169/14 169/15 173/8 176/17
180/10 182/18 182/21 183/21
185/13 188/25 189/4 190/4
190/5 190/16 190/18 190/18
192/10 192/18 195/7 198/1
198/5 198/7 198/19 205/23
208/2 209/7 209/8 209/9
210/9 210/10 212/2 213/2
we'd [2]  6/21 36/5
we'll [16]  5/8 6/12 6/19
 8/11 12/22 23/23 26/18 48/11
 49/6 49/8 61/6 77/1 78/17
 134/20 171/16 176/9
we're [28]  8/15 22/23 23/12
 25/4 34/20 37/8 39/10 39/15
 48/25 49/5 53/24 75/18 75/19
 76/15 93/20 101/13 104/25
 113/25 115/18 116/6 139/17
 139/19 143/16 159/20 164/22
 166/3 208/16 210/11
we've [32]  8/17 15/12 23/22
 29/14 48/16 57/21 72/2 76/13
 81/25 84/13 85/5 96/1 103/7
 104/12 111/4 112/24 119/14
 119/14 128/16 158/19 159/5
 159/10 161/10 162/6 162/13
 180/9 183/19 184/8 187/4
 196/23 198/17 208/19
week [10]  35/23 35/24 42/6
 42/6 162/20 163/3 190/4
 191/17 192/11 196/22
week-and-a-half [1]  42/6
weekly [1]  185/2
weeks [2]  36/5 206/2
welcome [1]  36/1
well [32]  6/12 6/23 13/12
 17/12 20/22 22/20 36/1 41/21
 42/7 44/13 52/16 66/3 86/2
 105/22 105/25 109/8 110/7
 125/7 126/3 126/13 137/11
 147/14 149/7 155/2 155/10
 156/14 175/25 187/19 187/25
 194/22 200/14 206/2
went [25]  9/2 9/7 9/15 11/3
 15/13 19/1 19/20 20/6 20/12
 30/16 32/7 34/22 35/15 65/4
 84/24 95/7 98/15 117/6 140/1
 143/12 145/17 150/3 172/16
 178/7 207/5
were [161]  11/1 13/10 13/12
 13/18 13/25 14/5 16/25 17/16
 18/23 19/22 20/10 20/24
 21/12 21/19 22/16 24/1 24/5
 24/12 25/7 25/10 25/23 25/24
 26/14 29/24 31/21 31/23
 32/11 36/9 37/20 38/10 39/3
 40/17 40/21 45/25 47/10
 49/13 49/15 49/20 51/3 54/16
 54/19 56/14 56/15 56/23 57/3
 65/15 66/10 67/21 69/15
 69/16 70/20 71/6 71/11 72/7
 73/3 73/6 73/19 73/20 74/16
 75/11 75/12 76/5 76/21 81/5
 81/10 82/5 84/23 87/7 88/20
 90/9 92/1 96/16 98/5 99/5
 102/1 102/6 102/17 102/17
 102/21 103/8 103/21 103/24
 104/1 107/16 110/9 111/7
 111/11 112/21 118/9 118/12
 122/19 123/7 123/9 123/13

123/18 123/24 124/2 125/24
126/9 127/1 127/25 128/9
128/23 131/18 131/25 132/12
133/10 133/15 133/21 134/6
134/18 134/22 136/3 137/2
143/10 143/16 143/24 144/11
145/13 147/17 149/12 150/16
153/6 154/7 156/24 162/18
163/19 163/20 163/20 164/5
164/8 164/23 165/20 167/6
171/24 172/5 179/8 181/17
184/4 189/4 190/11 190/16
192/18 193/3 193/16 193/20
194/16 194/18 197/19 200/11
200/23 201/1 203/15 203/18
209/8 209/16 209/24 211/10
213/20 213/24 215/4
weren't [5]  28/1 47/6
 107/23 131/1 145/15
what [232]
what's [15]  9/20 30/11
 30/25 40/14 62/17 81/8
 116/11 130/11 155/13 182/3
 186/20 195/13 204/8 205/2
 213/7
whatever [2]  37/8 165/24
when [161]  5/3 10/1 10/6
 12/24 13/22 13/23 14/8 14/11
 14/19 15/12 15/16 16/3 16/25
 17/20 17/25 18/12 18/16
 18/17 18/19 19/18 20/4 20/7
 20/22 24/1 24/5 25/7 26/24
 27/4 27/12 29/4 29/19 30/6
 31/10 31/14 31/18 32/11
 32/20 33/6 33/24 35/18 35/20
 38/18 38/20 38/22 40/4 40/6
 40/18 42/4 44/9 44/24 45/6
 47/9 47/13 47/15 47/17 47/23
 49/5 49/13 52/15 56/3 56/18
 57/15 57/22 58/16 59/5 59/11
 59/22 61/13 64/13 64/13
 66/17 70/10 71/6 71/10 71/12
 73/8 73/13 73/20 74/16 75/1
 75/12 77/5 78/20 82/5 83/16
 85/15 86/8 86/11 89/2 89/11
 92/17 94/23 95/2 95/3 97/8
 97/16 97/19 97/22 97/23 98/1
 102/25 103/9 104/2 104/16
 104/17 105/7 106/25 107/7
 111/22 112/17 113/25 116/15
 117/5 118/22 125/19 126/2
 126/2 126/4 129/8 132/18
 132/19 133/5 137/2 138/12
 143/21 145/17 147/9 147/11
 152/15 152/19 154/10 154/14
 156/8 158/19 162/8 162/18
 162/23 163/11 163/11 163/17
 165/23 169/6 169/6 169/14
 169/15 170/11 178/9 179/25
 183/23 185/21 185/24 187/10
 187/19 188/25 192/16 194/5
 199/17 200/23 209/9 213/22
 214/1
where [55]  8/23 9/5 11/25
 13/18 22/10 22/13 22/21
 28/14 30/4 34/11 39/11 55/21
 59/7 65/4 77/18 77/20 85/16
 86/4 88/22 104/10 104/21
 106/19 108/24 116/20 117/13
 120/8 121/16 124/2 131/16
 131/18 132/7 132/9 133/21
 134/22 135/10 136/5 136/21
 136/23 141/1 141/14 142/4

W

where... [14]   143/16 144/12
 147/4 169/20 170/5 185/9
 187/3 187/16 187/17 194/19
 195/8 201/5 204/14 206/12
whereas [1]   99/14
whereof [1]   218/15
wherever [1]   91/8
whether [18]   24/6 25/23
 51/5 56/7 60/18 61/1 88/20
 90/2 102/2 105/8 146/9
 148/24 160/16 174/16 189/11
 192/21 215/4 215/18
which [42]   3/21 6/2 15/2
 17/17 17/23 18/1 24/22 42/15
 46/16 52/19 57/15 59/17 63/9
 63/15 66/4 75/17 76/16 78/24
 79/12 80/10 81/17 81/25 85/7
 93/12 121/22 129/2 134/9
 144/12 144/19 151/4 153/16
 159/18 170/22 176/3 177/2
 183/11 193/21 194/4 206/1
 212/15 217/3 218/10
while [4]   21/12 21/19 26/11
 121/12
who [59]   4/14 11/1 13/12
 16/13 18/3 24/15 25/18 32/15
 33/22 43/7 50/5 51/9 54/21
 55/19 57/3 58/16 65/6 65/23
 65/24 83/10 88/14 88/14 91/3
 91/17 92/13 92/25 93/5 94/11
 94/15 96/10 99/5 99/6 100/18
 110/9 117/18 117/22 121/24
 122/16 129/6 129/6 129/10
 129/11 146/3 152/5 152/11
 154/2 174/15 180/11 182/12
 183/19 185/20 195/19 198/9
 204/6 206/8 207/5 211/24
 213/2 213/12
who's [2]   149/16 202/6
whole [3]   39/5 150/22 211/9
whom [2]   200/21 218/4
whose [5]   31/23 32/11 92/7
 184/7 218/5
why [32]   45/5 45/8 46/6
 46/18 54/25 63/5 73/23 75/20
 86/10 89/10 90/22 92/10
 93/23 100/8 107/19 107/21
 116/14 117/10 122/14 124/24
 136/11 150/4 150/5 150/24
 186/1 186/22 192/8 192/15
 196/4 196/5 197/14 205/19
will [7]   5/23 12/17 114/22
 116/1 162/9 198/7 211/23
window [1]   183/21
wish [3]   63/18 64/6 67/8
within [6]   42/25 99/2 100/1
 166/18 167/10 210/17
without [3]   48/19 49/7
 109/2
witness [12]   3/2 3/14 3/16
 4/2 37/22 216/1 217/2 218/5
 218/6 218/8 218/14 218/15
witnessed [1]   216/19
woman [2]   123/4 180/6
woman's [2]   153/10 172/9
wonder [1]   36/1
wonderful [1]   43/10
word [2]   165/2 209/3
words [3]   51/12 79/14 193/25
work [61]   10/21 11/10 14/8
 14/21 16/16 19/8 20/6 22/24

27/25 28/4 32/8 36/18 39/6
 63/12 63/25 90/13 94/23
100/9 114/22 115/2 115/4
 115/6 115/7 115/9 116/1
 116/2 116/3 120/1 121/1
 121/3 121/13 122/4 122/6
 122/15 122/15 123/5 127/3
 128/12 128/14 128/25 129/5
 131/2 131/6 131/11 131/19
 132/3 132/14 157/10 159/9
 165/1 165/9 165/12 165/20
 165/25 166/9 166/13 166/16
 166/24 166/25 174/13 215/14
work-up [1]   157/10
worked [9]   11/15 15/18 19/4
 28/6 29/22 31/22 32/5 49/16
 90/16
working [21]   13/9 13/12
 13/14 13/19 13/25 14/5 14/11
 17/1 17/16 27/24 31/18 31/21
 36/16 40/21 41/22 63/16 90/9
 93/17 120/2 159/19 206/11
works [5]   12/15 23/25 25/1
 147/8 165/2
worksheet [1]   204/10
workstation [1]   87/20
worried [1]   145/8
worse [1]   136/4
worsening [1]   72/11
would [214]   5/25 7/15 12/10
 20/7 20/8 20/18 20/19 20/23
 21/15 21/15 23/8 23/14 23/17
 25/3 25/16 25/17 25/18 38/15
 40/2 41/2 41/20 46/8 46/8
 47/7 47/20 48/25 50/10 50/13
 50/14 51/4 51/6 51/19 54/4
 54/7 54/9 54/21 58/5 59/2
 59/3 60/9 60/22 60/23 61/23
 62/24 63/15 64/25 67/11
 68/14 74/1 74/7 75/2 78/4
 78/7 78/10 79/8 80/16 80/18
 80/19 81/17 82/10 82/13
 82/16 82/16 82/19 83/1 83/5
 83/23 83/23 84/15 84/16
 86/15 86/16 91/3 91/3 91/7
 92/24 93/17 94/5 94/6 94/21
 94/21 95/2 95/4 96/20 99/6
 99/7 99/11 99/13 99/16
 100/23 101/18 101/25 102/18
 102/22 102/22 104/9 106/9
 108/2 108/6 108/13 108/16
 108/18 109/4 109/19 110/16
 115/2 117/8 117/9 117/17
 120/14 124/18 124/21 125/3
 125/6 125/15 130/4 130/11
 137/7 137/10 137/13 137/20
 137/22 137/25 138/3 138/10
 140/17 140/22 141/1 141/4
 141/10 141/13 142/2 142/8
 142/8 142/12 142/15 146/14
 149/3 149/7 150/4 150/19
 153/6 154/2 154/4 155/9
 155/12 155/16 155/23 157/22
 159/19 160/4 161/11 161/20
 162/15 162/23 164/15 164/18
 165/13 166/16 166/19 166/25
 168/21 169/3 169/14 170/1
 170/18 170/23 172/10 172/17
 173/19 173/22 174/6 174/9
 174/15 175/3 175/7 176/20
 176/25 177/4 177/5 177/16
 179/12 179/14 180/22 181/2
 181/8 182/15 182/16 185/9

188/10 188/19 190/14 190/14
 193/14 193/21 193/23 193/24
 193/25 194/9 194/19 196/6
 196/21 197/14 200/10 200/20
 201/15 203/23 204/20 204/22
 209/10 209/13 211/9 214/5
 214/6
wouldn't [11]   23/11 82/21
 86/16 92/18 92/20 93/3 96/12
 130/9 141/6 160/11 182/18
write [3]   128/14 154/22
 201/19
writing [3]   79/15 94/6
 100/9
written [4]   40/1 78/2 82/21
 135/14
wrong [7]   7/7 94/12 107/22
 143/19 144/17 166/8 178/22

Y

y'all [7]   33/9 78/13 79/23
 97/1 99/4 181/1 209/21
y'all's [1]   86/14
Yarbrough [1]   55/3
yeah [20]   10/4 31/5 64/23
 76/12 82/24 83/22 93/24
 113/5 113/12 113/21 115/22
 120/10 124/5 142/18 145/13
 148/5 150/7 170/15 180/25
 207/18
year [6]   9/8 19/5 112/4
 183/22 174/17 209/10
yearly [2]   163/20 201/15
years [2]   34/24 162/8
yes [243]
yesterday [4]   67/7 68/19
 68/19 68/21
York [1]   162/4
you [1054]
you'd [1]   86/25
you'll [2]   7/7 48/7
you're [74]   5/9 6/8 7/21
 10/4 21/24 22/15 25/5 25/8
 28/12 31/10 31/14 35/3 36/6
 36/25 42/14 44/10 44/13
 44/24 47/21 51/22 52/18
 52/21 55/22 56/2 61/10 61/12
 61/14 64/11 65/16 66/17
 67/17 70/13 71/10 71/16
 71/18 73/1 73/15 74/25 93/12
 95/19 96/3 100/8 101/13
 106/24 109/13 112/17 121/9
 121/21 122/2 122/4 122/10
 125/23 128/14 128/18 131/8
 134/1 135/3 150/9 150/10
 152/5 152/5 152/15 159/6
 166/9 168/17 168/20 177/21
 179/22 187/25 197/11 198/21
 202/5 202/7 209/18
you've [28]   4/20 5/5 5/9
 10/16 29/7 33/19 51/25 64/22
 68/25 69/1 69/7 84/9 85/15
 85/16 85/23 86/5 86/6 125/12
 128/12 132/2 136/15 167/15
 167/23 169/16 177/21 177/22
 194/22 211/11
young [9]   8/16 88/14 95/23
 128/21 149/17 150/2 183/9
 191/14 203/12
your [144]   4/9 4/12 7/8
 7/15 7/22 8/13 9/16 9/17
 10/13 12/4 12/8 20/13 21/9
 25/1 28/1 28/13 29/4 35/8

**Y**

your... [126]   36/2 37/3
37/14 38/3 38/8 39/21 40/6
40/12 40/12 40/15 41/1 42/9
42/12 43/11 43/18 44/21
45/20 46/11 50/21 53/23 57/7
59/8 60/8 61/2 62/20 63/25
67/6 69/15 69/18 70/2 70/3
70/9 75/3 75/12 75/18 75/19
76/5 82/5 82/6 83/1 86/24
91/10 91/20 92/4 96/16 99/10
99/21 100/21 101/16 101/25
102/18 102/22 103/1 103/5
103/9 104/2 104/10 107/10
107/21 108/14 108/16 110/11
112/22 115/7 115/11 118/9
118/25 126/5 127/14 127/18
133/8 145/9 146/10 152/4
152/14 152/17 154/2 156/9
156/9 158/24 161/12 162/23
162/25 163/11 163/18 164/7
164/16 165/12 165/16 166/12
168/1 168/13 168/19 169/6
169/7 169/9 169/18 170/15
173/10 174/15 174/16 176/16
178/6 182/15 183/18 183/19
187/5 187/19 188/1 188/20
188/25 189/11 192/12 192/12
194/5 196/12 197/11 197/14
200/7 200/21 204/1 210/4
212/3 212/19 214/3 215/15
yours [2]   163/20 213/21
yourself [3]   56/6 163/23
195/10

**Z**

zero [1]   214/12