# ATTACHMENT "E"

ATTACHMENT "E"



**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511  Fax To: 214.720.2105

### C. EMPLOYMENT STATEMENT (PLEASE PRINT)

**Type of Coverage (CHECK ALL THAT APPLY)**
☐ Short Term Disability  ☒ Long Term Disability  ☐ Supplemental Income Protection Plan (SIPP)  ☒ Waiver of Premium (Life Insurance)

**1. Policyholder Name:** Annuity Board of the Southern Baptist Convention
**Employer Name:** AL BAPTIST STATE BOARD OF MISSIONS
**Employer's Phone Number:** (334) 288-2460 x 250

**Employer Address (Street, City, State, Zip):** 2001 E. SOUTH BLVD. MONTGOMERY, AL. 36111

**Policy Numbers:** ☐ Economy Plan - 111604  ☒ Standard Plan - 111605
**Division:** ☒ ESP - 001  ☐ PSP - 002
**Class Description:** ☐ Employees with Supplemental Income Protection Plan - Std Plan only (02)  ☒ All other employees (01)

**2. Claimant's Name:** BETTY W. BULLARD
**Claimant's Address (Street, City, State, Zip):** 4001 TIFFANY DRIVE, MONTGOMERY, AL 36110
**Claimant's Home Phone:** 334-834-4184
**Date of Birth:** [blank]
**Social Security Number:** [blank]
**Date of Hire:** 06/16/1993
**Effective Date of Insurance:** 06/16/1993
**Date Last Worked:** 5-21-04

**Claimant's Work Status:** ☒ Full Time  ☐ Part Time  ☐ Exempt  ☐ Non-exempt
**Has the claimant's employment been terminated?** ☐ Yes ☒ No  If yes, please provide termination date:

### General Information About the Claimant's Job

**3. Job Title:** SECRETARY
**Minimum education or training required:** HIGH School +
**Does the claimant perform supervisory function?** ☐ Yes ☒ No  If yes, how many people are supervised?

**4. Describe job duties:** COPY ATTACHED!
| Duty | # of Weekly Hours Spent at Duty |
|---|---|
| PREPARE OFFICE CORRESPONDENCE, PREPARE OFFICE | |
| MATERIAL & PROMOTIONS. PREPARE WEEKLY REQUISITIONS, telephone | |
| & OFFICE CONTACT, MAINTAIN DATABASE, ATTEND OFFICE CONFERENCES | |
| WHERE NEEDED (IN TOWN + OUT OF TOWN) | 40 |

**Name of Direct Supervisor:** JOE BOB MIZZELL - CHRISTIAN ETHICS/Chaplaincy
**Telephone Number of Direct Supervisor:** (334) 288-2460 x 267

Please attach a copy of the claimant's job description. ATTACHED

**5. How was claimant paid? (please check one)**
☐ Hourly  ☐ Commissions  ☒ Salaried  ☐ Salary and Bonus  ☐ Commissions Only  ☐ Salary and Commissions

What is the earnings figure you use to compute premium payments for this claimant? $ 18,106.89
Salary/Wage prior to date last worked (refer to Earnings definition in your contract). $1,509.00 @ month

☐ Weekly  ☐ Bi-Weekly  ☒ Semi-Monthly $ 754.45
Bonuses (per week) $ —
Overtime (prior year)
Commissions (per week) $ —
W-2 Earnings $ 18,746.40 *

**6. Does the claimant contribute toward the premiums? (Complete all that apply)**
STD: ☐ Yes ☒ No  If yes: ☐ Pre-Tax ☐ Post-Tax  If Post Tax: 100 % paid by employer  % paid by claimant
LTD/SIPP: ☐ Yes ☒ No  If yes: ☐ Pre-Tax ☐ Post-Tax  If Post Tax: 100 % paid by employer  % paid by claimant

**7. Year to Date Earnings as of Date of Disability (For FICA % Deductions)** $ 4526.70 gross thru 3/31/04

**8. Financial Documentation**
"Monthly Earnings" means your gross monthly income from services from Southern Baptist Employment last reported to the Annuity Board of the Southern Baptist Convention prior to your date of disability. It may include your total income just before taxes and before any deductions made for pre-tax contributions to a deferred compensation plan, Section 403(b) annuity, Section 125 plan, or qualified transportation plan. It may include income actually received from bonuses, overtime pay, housing allowance or any other extra compensation, or income received from sources as last reported to the Annuity Board of the Southern Baptist Convention.

* includes advance EIC of $1108.32 + CHRISTMAS GIFT FOR 2003 less 403-B contributions.

INSURANCE
APR 06 2004
Claims Unit

1171-01



**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511  Fax To: 214.720.2105

## C. EMPLOYMENT STATEMENT (continued)

10. Date of last Salary/Wage Increase 01/2003 | Work Schedule at time last worked: 5 Days/Week  Hours/Day  40 Hours/Week
Check off regular work days: ☐ Sun ☑ Mon ☑ Tues ☑ Wed ☑ Thurs ☑ Fri ☐ Sat. | Number of hours on date last worked:
Date paid through: 3/31/04  For: ☐ Salary Continuation ☑ Vacation Pay ☑ Accrued Sick Pay ☐ Other
11. Has claimant returned to work? ☑ Yes ☐ No If yes, date: See attached  ☑ Full Time ☐ Part Time  Hours Per Week
12. If claimant has changed from Economy Plan to Standard Plan, please indicate date of change.
13. Prior LTD Carrier Name | Effective Date
Address (Street, City, State, Zip) | Termination Date

14. Is claimant eligible for:

| | Yes | No | If yes, weekly or monthly amount | Weekly | Monthly | When do benefits begin? | When do benefits end? |
|---|---|---|---|---|---|---|---|
| Salary Continuation | ☐ | ☑ | $ | ☐ | ☐ | | |
| State Disability | ☐ | ☑ | $ | ☐ | ☐ | | |
| Other Disability Benefits | ☐ | ☑ | $ | ☐ | ☐ | | |
| Social Security | ☐ | ☑ | $ | ☐ | ☐ | | |
| Worker's Compensation | ☐ | ☑ | $ | ☐ | ☐ | | |

Is the claim the result of a work related injury or sickness? ☐ Yes ☑ No
If so has Workers' Compensation claim been filed? ☐ ☑  If yes, Name and Address of Carrier
Health Insurance ☐ ☑  If yes, Name and Address of Carrier
Life Insurance ☐   If yes, please provide the amount of coverage: $ 73,000.00
If Workers' Compensation claim has been denied, please submit a copy of denial with this claim.

**FRAUD NOTICE:**
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim.

The above statements are true and complete to the best of my knowledge and belief.

Name of Person Completing Form: VIRGINIA T. HANCOCK
Telephone Number: (334) 288-2460 X250
Title of Person Completing Form: ACCOUNTING ASSOCIATE - PAYROLL & BENEFITS
Fax Number: (334) 288-2693
Signature: Virginia T. Hancock
Date Signed: 3/31/2004

1171-01

BULL0017

State Board of Missions
Job Description

| | |
|---|---|
| **Position:** | Secretary |
| **Office:** | Christian Ethics/Chaplaincy |
| **Supervised by:** | Office Director |
| **FLSA Status:** | Non-exempt |

## SUMMARY
The office secretary is classified as Missions Support Personnel. The principle job assignment includes the fulfillment of assigned responsibilities with a positive attitude.

## ESSENTIAL DUTIES AND RESPONSIBILITIES
1. Prepare office correspondence as directed by the Office Director and Associate
2. Prepare for conferences related to the office that includes material preparation and promotion
3. Prepare weekly requisitions in keeping with Accounting Office guidelines and maintain financial records for the office
4. Serve as a point of contact for guests entering the office by telephone or in person
5. Assist in preparing materials for meetings that are office related
6. Maintain a database of those relating to the work of the office
7. Attend, with prior Executive Director approval, office conferences/events where assistance is needed
7. Perform other duties as assigned by the Office Director

## SUPERVISORY RESPONSIBILITIES
None

## QUALIFICATIONS
1. Must function as a team member and relate positively with other office personnel.
2. Must desire to serve Christ through employment with the State Board of Missions
3. Must display computer competency in keyboard skills and the use of Microsoft Office
4. Must possess a strong work ethic and positive relationships in dealing with others

## EDUCATION AND EXPERIENCE
Prior work-related experience is preferred.

## WORK ENVIRONMENT
This position is full-time and requires 40 hours of work weekly. A minimum of 80% of the workday is spent seated at a desk, most of which involves work with a personal computer. Office hours are 7:30 a.m. to 4:30 p.m., Monday through Friday.

BULL0018

Claimant Name: Betty W Bullard    Claim #: 1358879

Office_Address_List  
3/25/2004

| LAST NAME | FIRST NAME | COMPANY NAME | ADDRESS LINE 1 | CITY | STATE | ZIP | PHONE | WORK PHONE |
|---|---|---|---|---|---|---|---|---|
| D.O. | Thornbury | Alabama Orthopaedic Specialists, P. A. | Attention: Disability Clerk 1758 Park Place, Suite 300 | Montgomery | Alabama | 36106 | | 334-274-9000 |
| Dr. Reuben C. | Richardson | Sleep Disorders Medicine | Attention: Disability Clerk 2025 Normandie Drive | Montgomery | Alabama | 38111 | | 334-284-9500 |
| Dr. Charles O. | Elson, III | The Kirklin Clinic | Department of Gastroenterology 2008 Avenue South | Birmingham | Alabama | 35294 | | 205-934-6358 |
| Dr. Susan M. | Harding | Sleep/Wake Disorders Center | Center of Psychiatric Medicine 270 Center of Psychiatric Medicine | Birmingham | Alabama | 35294-0018 | | 205-934-7110 |
| Dr. A. L. | Jackson, Jr. | | 1722 Pine Street | Montgomery | Alabama | 36106 | | 334-834-3059 |
| Dr. Patrick | Ryan | | 1722 Pine Street | Montgomery | Alabama | 36106 | | 334-2631574 |
| Dr. Kenneth | Fariss | | 2640 Bell Road | Montgomery | Alabama | 36117 | | 334-260-0501 |
| Dr. George M. | Bradford | | 5741 Carmichael Parkway | Montgomery | Alabama | 36117 | | 334-277-3492 |
| Dr. Rachel M. | McKinney | | Suite 301 1601 Building | Montgomery | Alabama | 36106 | | 334-265-5577 |
| Dr. Albert T. | Foy | | 5741 Carmichael Parkway | Montgomery | Alabama | 36117 | | 334-272-5910 |
| Dr. James T. | Jakes | | Attention: Disability Clerk 1421 Narrow Lane Parkway | Montgomery | Alabama | 36116 | | 334-284-3105 |

*Doctors for: Betty W. Bullard  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*

BULL0019

FROM :                        FAX NO. :3342882693                May. 25 2004 08:54AM  P2

**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE COMPLETE ALL SECTIONS)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

**B. CLAIMANT'S STATEMENT** (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability  ☑ Long Term Disability  ☐ Supplemental Income Protection Plan (SIPP)  ☐ Premium Waiver

Policy Numbers: ☐ Economy Plan - 111604  ☑ Standard Plan - 111605        The State in which You Work: AL

1. Claimant's Name: Betty W. Bullard
Home Address (Street, City, State, Zip): 4001 Tiffany Drive Montgomery, AL 36110
Home Phone Number: ( )     Date of Birth:      Social Security Number:         ☐ Male ☑ Female

2. Is this condition due to ☐ Accident ☑ Sickness?    Is this disability related to your employment? ☐ Yes ☑ No

Describe the injury incurred (what, how, where, when) or the nature and details of the sickness and when it began: I have been diagnosed as having narcolepsy, sleep apnea, ulcerative colitis, High blood pressure, I have had surgery on my neck for a herniated disc, surgery on both feet + still need surgery on feet + still have a bulging disc in my back that hurt, have arthritis,

You have been unable to work because of this condition as of what date? 5-21-04         Bursitis + TMJ

3. Employer's Name and Address: Alabama Baptist State Convention                           Fibromyalgia
2001 E. South Blvd. Montgomery, AL 36111

Claimant's Work Phone Number: (334) 288-2460x35    Occupational Title: Secretary
List the duties of your occupation at the time of your disability: Prepare office correspondence, material + Promotion, Prepare weekly requisitions, telephone + office contact, maintain database, Attend office conferences where needed...
# of weekly hours spent at duty: 40

Have you returned to work? If yes, When?
Part Time:           Full Time: ✓
Hours per week: 40

If you have not returned to work, when do you expect to return?
Part Time:           Full Time:

How does your injury or sickness impede your ability to do your occupational duties? The narcolepsy + sleep apnea causes me to be sleepy all the time even though I'm on 3 medications for it. The ulcerative colitis causes me to stay in restroom a lot + causes

4. Information about physicians and hospitals
NOTE: TO AVOID DELAY IN EVALUATING YOUR CLAIM, ADVISE YOUR DOCTOR(S) TO ATTACH COPIES OF MEDICAL RECORDS AND TEST RESULTS

First medical attention for the current disability was given by (complete below):                (she moved to GA)
Doctor's Name: (also, see attached) Dr. Whitsell / Dr. Rache McKinny    Doctor's Specialty: General Practice
Address (Street, City, State, Zip): Suite 301 1801 Building 1801 Pine Street, Montgomery, AL 36106   Took Dr. Whitsell Place.    Phone Number: (334) 265-5577/5574
Hospital Name: Jackson Hospital (Hospital confinements included in doctor records)    Hospital Phone Number: ( )
Address (Street, City, State, Zip):

Dates of Confinement:  From:       To:           From:       To:

If other doctors or hospitals were consulted in the last five years, please attach a separate sheet of paper.

5. Marital Status:
☐ Single  ☐ Married  ☐ Widowed  ☑ Divorced    If you are married: Spouse's Name: N/A   Spouse's Date of Birth:    Is Spouse Employed? ☐ Yes ☐ No

List your children who are under age 25: (*Please attach additional sheets if necessary).
Name: Devin M. Bullard       Date of Birth:       Married? ☐ Yes ☑ No   Attending High School? ☐ Yes ☐ No  Attends Technical School

6. If you have been approved or denied for any of these benefits, please send a copy of Award or Denial Notification.
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

Social Security/Retirement  ☐ Yes ☑ No   Social Security/Disability ☐ Yes ☑ No   Canada Pension Plan ☐ Yes ☑ No
Worker's Compensation      ☐ Yes ☑ No   Pension/Retirement        ☐ Yes ☑ No   Pension/Disability ☐ Yes ☑ No   Unemployment ☐ Yes ☑ No
No-Fault Insurance         ☐ Yes ☑ No   Short Term Disability     ☐ Yes ☑ No — Ins. Co. Name and Policy #
Other (include Individual Disability or Group Disability Benefits)  ☐ Yes ☑ No — Ins. Co. Name and Policy #

7. If your request for benefits is approved, do you want Federal Income Tax Withheld from your check? ☑ Yes ☐ No
If yes, please indicate dollar amount $ 57 per mo.    (Note: Minimum withholding is $20.00 per week or $87.00 per month)
Do you want State Income Tax withheld from your check? ☑ Yes ☐ No
If yes, please indicate dollar amount $ 25 per mo.    (Note: The amount indicated must be a whole dollar increment)

ANNUITY BOARD, SBC
INSURANCE OPERATIONS

11/1-01

MAY 2 5 2004
PERSONAL PLANS

Claimant Name: Betty W Bullard         Claim #: 1358879

BULL0020

FROM :                           FAX NO. :3342682693           May. 25 2004 08:54AM P3

# UNUMPROVIDENT

**DISABILITY CLAIM**
**CLAIMANT'S AUTHORIZATION**
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

**FOR CLAIMANT TO COMPLETE**

### CLAIM FRAUD WARNING STATEMENTS

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Kentucky, Louisiana, Minnesota, New Hampshire, Ohio and Oklahoma, and others require the following statement to appear:

**Fraud Warning**

Any person who knowingly, and with intent to injure, defraud, or deceive an insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a felony.

**Fraud Warning for California Residents**
For your protection, California law requires the following to appear:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Fraud Warning for Colorado Residents**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Fraud Warning for District of Columbia, Maine, Tennessee and Virginia Residents**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Fraud Warning for Florida Residents**
Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Fraud Statement for New Jersey, New Mexico and Pennsylvania Residents**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Statement for New York Residents**
Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**AUTHORIZATION**

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of me, my health (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), financial or credit information, earnings, employment history or other insurance benefits, to release this information to any of the UnumProvident Corporation subsidiaries or their duly authorized representatives. I also authorize the UnumProvident Corporation subsidiaries to request a report from the Medical Information Bureau (MIB), and the association of life insurance companies which operates the Health Claims Index (HCI) and the Disability Income Record System (DIRS). I understand that the dates of my past and present claims with any of the UnumProvident Corporation subsidiaries, excluding medical or personal information, may be reported to MIB and that an HCI or DIRS report may reflect this information including the identity of other insurance companies to which I have submitted claims. I further understand that in executing this authorization, information obtained by it will be used for evaluating and administering a claim for benefits.

This authorization is valid for the duration of my claim. I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information relating to HIV or AIDS, mental illness, and drug and alcohol abuse) related to this insurance claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the purpose of verifying, evaluating, negotiating, or other pertinent uses with respect to my claim for benefits or service.

The statements made by me on this claim are true and complete.

I further authorize the UnumProvident Corporation subsidiaries or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator. I know that if I make any representation which I know is false to obtain information from federal records, I could be punished by fine or imprisonment or both.

| Signature of Claimant | x *Betty W. Bullard* |
|---|---|
| Please Print Name | Betty W. Bullard |
| Date Signed | 5-17-04 |
| Social Security Number | |

I signed on behalf of the claimant, as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

1171-61

*Stamp: ANNUITY BOARD, SBC INSURANCE OPERATIONS MAY 25 2004*

BULL0021

;214 7202105    # 8/ 50

36761

**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

### A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient:** Betty W. Bullard
**Date of Birth:** [blank]
**Social Security Number:** [blank]

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

**Date of Last Examination:** 2-26-04
**Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number:** 719-47 Pain, ankle + foot

**Objective findings (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings):** Swelling decreased - some restricted motion on (L)

**Symptoms:** Bilat - foot pain

**Is this condition due to** ☐ an Accident ☒ a Sickness?
**Date symptoms first appeared or accident occurred:** [blank]
**Is the accident or sickness related to the patient's employment?** ☐ Yes ☒ No ☐ Unknown
**Date restrictions and limitations began:** N/A
**Has patient ever been treated for the same or similar condition?** ☐ Yes ☒ No If yes, state when and describe.

**3. Information About the Patient's Ability to Work** - this information is critical to understanding your patient's condition
**Has patient been released to work in his/her occupation?** ☒ Yes ☐ No   **in any occupation?** ☒ Yes ☐ No
If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.
Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do): none - activity as tolerated

**LIMITATIONS** (What the patient cannot do): activity as tolerated

**When should the patient be able to return to work? Full Time:** Pt was off work in June/July '03 but has not been **Part Time:** taken off work for current period

**Height/Weight:** [blank]
**Blood Pressure Last Visit:** [blank]
**If Pregnancy, Expected Delivery Date:** [blank]
**If Delivered, Actual Delivery Date:** [blank]
**Delivery Type:** ☐ Normal ☐ C-Section

**Date of first visit for this illness or injury:** 5-28-03
**Date of next visit:** Pt has not f/u
**Date of last visit:** 2-26-04
**Frequency of visits:** 1/mo

**Is patient:** ☒ Ambulatory ☐ Bed Confined ☐ House Confined ☐ Hospital Confined
**Has patient been admitted to hospital?** ☒ Yes ☐ No   **Confined From:** 6-13-03 **To:** outpt
**If Hospital Confined, give name and address of hospital:** [blank]

**Have you completed claim forms regarding this patient for other insurance carriers?** ☒ Yes ☐ No   If yes, state date and name of insurance company: BC/BS

**4. Names and Addresses of Other Treating Physicians**
Referring physician or other treating physicians (names, address, phone #'s): [blank]

ANNUITY BOARD, SBC
INSURANCE OPERATIONS
MAY 10 2004
PERSONAL SECURITY PROGRAMS

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

**Print or Type Name:** DD Thornbury MD
**Degree:** MD
**Medical Specialty:** ortho
**Street Address:** 4294 Lomac St Montgomery AL 36106
**Phone Number:** (334) 274-9002
**Fax:** (334) 274-0857
**Signature of Physician:** [signature]
**Date:** 4-9-04
**SSN or Employer's ID Number:** [blank]

1171-01

Claimant Name: Betty W Bullard    Claim #: 1358879

BULL0022



# UNUMPROVIDENT

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient:** Betty W. Bullard

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

**Date of Last Examination:** 1-12-04

**Diagnosis (including any complications) Include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number:** (1) Cataplexy, Narcolepsy (347)  (2) Hypersomnia with Sleep Apnea (780.53)

**Objective findings** (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings)

**Symptoms**

**Is this condition due to** ☐ an Accident  ☒ a Sickness?   **Date symptoms first appeared or accident occurred:**

**Is the accident or sickness related to the patient's employment?** ☐ Yes  ☐ No  ☒ Unknown

**Date restrictions and limitations began.**   **Has patient ever been treated for the same or similar condition?** ☐ Yes  ☐ No  If yes, state when and describe.

**3. Information About the Patient's Ability to Work** - this information is critical to understanding your patient's condition

**Has patient been released to work in his/her occupation?** ☐ Yes  ☒ No   **in any occupation?** ☐ Yes  ☒ No

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do)

ANNUITY BOARD, SBC
INSURANCE OPERATIONS

MAY 10 2004

**LIMITATIONS** (What the patient cannot do)

PERSONAL SECURITY PROGRAM

**When should the patient be able to return to work?**  Full Time:    Part Time:

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |
|---|---|---|---|---|
| Date of first visit for this illness or injury 7-27-98 | Date of next visit 6-15-99 | Date of last visit 1-12-04 | | Frequency of visits Yearly - sooner for problems |

**Is patient:** ☐ Ambulatory  ☐ Bed Confined  **Has patient been admitted to hospital?** ☐ Yes ☐ No
☐ House Confined  ☐ Hospital Confined  **Confined From:**  **To:**

If Hospital Confined, give name and address of hospital

**Have you completed claim forms regarding this patient for other insurance carriers?** ☒ Yes ☐ No   If yes, state date and name of insurance company: CUNA Mutual Group for Credit Union

**4. Names and Addresses of Other Treating Physicians**
Referring physician or other treating physicians (names, address, phone #'s):

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

**Print or Type Name:** Reuben C. Richardson, M.D.   **Degree:** M.D.   **Medical Specialty:** Sleep Disorders Medicine
**Street Address:** 2025 Normandie Drive Montgomery   **Phone Number:** (334) 284-9500
**State:** AL   **Zip Code:** 36111   **Fax:** (334) 284-9588
**Signature of Physician:** [signed]   **Date:** 4-5-04
**SSN or Employer's ID Number:**

1171-01

DR. ALBERT T. FOY, JR.
A PROFESSIONAL ASSOCIATION
5741 Carmichael Parkway, Suite B
MONTGOMERY, ALABAMA 36117

PRACTICE LIMITED TO ORTHODONTICS

TELEPHONE (205) 272-5910

June 10, 1998

TO: Whom It May Concern

FROM: Albert T. Foy, Jr., D.M.D.

RE: Betty Bullard

    Ms. Bullard suffers from sleep apnea and was referred by her physician, Dr. Reuben Richardson, to Dr. Geroge M. Bradford for orthognathic surgery to open the airway. Dr. Bradford referred her to this office for orthodontic treatment to prepare the dentition for the orthognathic surgery and to provide fixation points as needed.

    Secondarily, Ms. Bullard has temporomandibular disorder with a history of joint noise and pain plus radiographic evidence of condylar deformation.

    Enclosed is a copy of the report from her physician regarding her condition.

ATF:kbm

Enclosures


Member American Association of Orthodontists

BULL0024



**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient:** Betty W. Bullard     **D/:** _____   **Social Security Number:** _____

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

**Date of Last Examination:** 6-4-98
**Diagnosis** (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number: Sleep apnea (780.) TMJ Disorder (524.6) MPDS (728.85)

**Objective findings** (including current x-rays, EKGs, psychiatric testing, laboratory data and any clinical findings): NA

**Symptoms:** see attached notes

**Is this condition due to** ☐ an Accident ☐ a Sickness?   no   **Date symptoms first appeared or accident occurred:** UNKNOWN
**Is the accident or sickness related to the patient's employment?** ☐ Yes ☐ No ☒ Unknown

**Date restrictions and limitations began:** UNKNOWN   **Has patient ever been treated for the same or similar condition?** ☒ Yes ☐ No If yes, state when and describe. TREATED BY DR FORNA FOR TMJD DATES UNKNOWN

**3. Information About the Patient's Ability to Work** - this information is critical to understanding your patient's condition

**Has patient been released to work in his/her occupation?** ☐ Yes ☐ No  **in any occupation?** ☐ Yes ☐ No   UNKNOWN

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.
Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do)

NONE

**LIMITATIONS** (What the patient cannot do)

NONE

**When should the patient be able to return to work?  Full Time:**  **Part Time:**
NA

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |
|---|---|---|---|---|
| Date of first visit for this illness or injury | Date of next visit | Date of last visit | Frequency of visits | |

**Is patient:** ☐ Ambulatory  ☐ Bed Confined    **Has patient been admitted to hospital?** ☐ Yes ☐ No
         ☐ House Confined  ☐ Hospital Confined    **Confined From:**   **To:**

If Hospital Confined, give name and address of hospital

Have you completed claim forms regarding this patient for other insurance carriers? ☐ Yes ☐ No   If yes, state date and name of insurance company:

**4. Names and Addresses of Other Treating Physicians**
Referring physician or other treating physicians (names, address, phone #'s):
DR. GEORGE BRADFORD 5741 CARMICHAEL PKWY MONTGOMERY AL 36117  277-3492
DR Ruben RICHARDSON 2025 NORMANDIE DR MONTGOMERY AL  284-9500

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name: DR ALBERT T. FOY, JR | Degree: DMD | Medical Specialty: ORTHODONTICS |
|---|---|---|
| Street Address: 5741 CARMICHAEL PKWY | | Phone Number: (334) 272-5916 |
| City: MONTGOMERY  State: AL  Zip Code: 36117 | | Fax: (334) 396-3734 |
| Signature of Physician: /s/ Albert T. Foy | | Date: 3/29/04 |
| SSN or Employer's ID Number: | | |

1171-01   11 OF 50

Name: Betty _____ Age: 43  Model No. _____

1. Angle Class: __I  I  I  I__
2. Crowding or Spacing: lower
3. Overjet: 8 mm      Over Bite: ok
4. Cross Bite: no
5. Midline: good
6. Habits: _____
7. Oral Hygiene: 3      Decal.: no      Tend. To Caries: 4
8. Gingivitis: no      Tend. To P.D.: no      Frenums: ok
9. Cong. Missing: no      8's Present: ??      Hypoplasia: no
   Impactions: no      Fractures: no      Atypical Form: no
10. T.M.J.: Clicks/pops on both sides equally. locked (R) side

**Mixed Dentition Analysis**

21 | 12   SIZE =
Predicted Size of LOWER 3 + 4 + 5 _____
Estimated Lower Deficiency _____
Predicted Size of UPPER 3 + 4 + 5 _____
Estimated Upper Deficiency _____

**Recommendations:**
See Dr. Bradford (re: sleep apnea, TMJ)
discoloration on centrals
Sleep apnea    1.8 mm md excess

| Date | Service Rendered | Next Visit | Fee |
|---|---|---|---|
| 6-9-98 | IE — models + x-ray from Dr. Bradford — TMJ & sleep apnea — locked on (R) side. 2mm md excess in lower. Dr. Bradford wants to ... bring lower ... need to ... 14 teeth ... lower to have room to turn lower cuspids into position. Help reduce lower arch & balance when moving lower arch forward. 12-18 mos to prepare for surgery. May put braces on before braces — ext of lower teeth. Close space as quickly as possible for cosmetic purposes. Tx fees ≈ $4500. Ceramics are optional but metal would move teeth faster especially for surgery cases. Dr. Farha may have TMJ series xrays. Tx plan full B/B except .... then ext to close lower and to surgical prepare for orthognathic surgery. 15 mo to prepare 6 mo post. Extraction Recommendations: discussed discoloration and reasonable expectations regarding TMJ click, pop, pain etc | 6-9 mos after sx    3-3-99    21 MO @ 4300 | Juretta called, can't afford any Rx now |


**UNUMPROVIDENT**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: The Annuity Board of the Southern Baptist Convention, Insurance Operations Claims
P.O. Box 2190, Dallas, TX 75221-2190
Claim Questions: 800.262.0511   Fax To: 214.720.2105

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient:** Betty W. Bullard

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

**Date of Last Examination:** 3/10/04

**Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number:** 556.9, 211.3, 347, 300.01, 401.1, 722.2

**Objective findings:** see attached

**Symptoms:**

Is this condition due to □ an Accident □ a Sickness?
Is the accident or sickness related to the patient's employment? □ Yes ☒ No □ Unknown
Date symptoms first appeared or accident occurred:
Date restrictions and limitations began:
Has patient ever been treated for the same or similar condition? □ Yes □ No

**3. Information About the Patient's Ability to Work**
Has patient been released to work in his/her occupation? □ Yes □ No   In any occupation? □ Yes □ No

**RESTRICTIONS (What the patient should not do):**

**LIMITATIONS (What the patient cannot do):** Pt is unable to adequately do her job secondary to her extreme fatigue, ulcerative colitis (diarrhea) + anxiety with panic attacks. She is presently still trying to work.

**When should the patient be able to return to work? Full Time:** will be unable to return   **Part Time:**

**Height/Weight:** /210 lb   **Blood Pressure Last Visit:** 132/86
**Date of first visit for this illness or injury:** first saw pt 7/14/03 illness already present at
**Date of next visit:** 9/11/03
**Date of last visit:** 3/10/04
**Frequency of visits:** every 1-2 mths
**Is patient:** ☒ Ambulatory □ House Confined □ Bed Confined □ Hospital Confined
**Has patient been admitted to hospital?** □ Yes ☒ No

Have you completed claim forms regarding this patient for other insurance carriers? ☒ Yes □ No   If yes: CUNA Mutual 4/1/04

**4. Names and Addresses of Other Treating Physicians:** see list

### REQUIRED ATTACHMENTS AND SIGNATURES

**Print or Type Name:** Rachel M. McKinney
**Degree:** MD
**Medical Specialty:** Family Medicine
**Street Address:** 1801 Pine St, Suite 301
**City:** Montgomery   **State:** AL   **Zip Code:** 36106
**Phone Number:** (334) 265-5577
**Fax:** (334) 265-5584
**Date:** 4/1/04