# ATTACHMENT "H"

ATTACHMENT "H"

# JACKSON FAMILY PRACTICE

*In Affiliation with Jackson Hospital*

George M. Handey, M.D.          Janise H. Whitesell, M.D.          Rachel M. McKinney, M.D.

October 25, 2004

To Whom It May Concern:

I am writing in regards to Betty Bullard, claim number, 1358453. I feel that Ms. Bullard is permanently unable to perform fulltime job of any kind secondary to her multiple medical conditions. She has slowly declined over the past two years. While she has attempted to work the past two years, she has used all of her sick leave and has had many friends at work give their sick leave to her as well. Her inflammatory arthritis has worsened to the point that her rheumatologist has recommended she start Remicade. Her ulcerative colitis continues to be debilitating as well. Please reconsider her for disability. Even with maximum medical treatment, I feel that Ms. Bullard will not be able to have gainful employment.

Sincerely,

Rachel M. McKinney, MD



Quality Performance Support
OCT 29 2004

1801 Pine Street • Suite 301 • Montgomery, AL • 36106 • (334) 265-5577

*Claimant Name: Betty W Bullard    Claim #: 1358453*