# ATTACHMENT "J"

ATTACHMENT "J"

```
                              Activity
------------------------------------------------------------------------

    Type: Clinical Resource

    Name: File Rev - IL

    Status: Completed

    Date: 11/17/2004

    Owner: Vergot, Susy

    Subject: clinical review

    Document ID:

    Mark As Priority: No

    Upon Completion Send Response To: Activity Creator

    Request:




 has LTD and LWOP files
 see referral for pti to file



    Created Date: 11/17/2004 - 13:34:28 Created By: Ward, Teresa

    Create Site: Chattanooga

    Response:




    12/2 - Triage to MD

    As of 2/2/05,  "I have reviewed all medical and
 clinical evidence provided to me by Company personnel bearing on the
 impairment(s) which I am by training and experience capable to assess
  Please see other reviews. This is an appeal review including
 additional records.
  Betty Bullard is a 49 year old secretary with a DOD
 of 5/22/04 for ankle and foot pain, cataplexy and
 narcolepsy, hypersomnia and sleep apnea.

    ANALYSIS:
    Ms. Bullard is noted to be 5' 6" tall, weghing 170 pounds, and historically
 having an anterior fusion of the C-spine. The claimant has the current
 co-morbid conditions :
    COLITIS : Ms. Bullard's Colitis as of 5/17/04 was
 noted to be slightly worse though- being treated with Asaco. A 9/04 colonosclpy

 was interpreted as having erythema, edema, and mulrple erosion in the sigmoid
 colon and Diverticulosis.
    ARTHRITIS: AC degenerative arthritis of the right
 shoulder is noted by ortho Dr. Well's on 5/12/04. C-spine ROM is decreased.
 Swelling and tenderness were noted in the small joints of the hands in 9/04. By
```

10/04, Remicade was suggested as further arthritic medication.-
LUMBAR DEGENERATION : Ms. Bullard has underwent facet
blocks MRI of the Lumbar Spine had the following positive findings:

L2-3 mild dehydration, mild paracentral disc buldge with out significant stenosis
L3-4 mild dehydration, fissure in the disc annulus, and a central disc buldge without signifigant stenosis
L4-5 disc dehydration , tiny fissures and buldge in the disc annulus with very mild lateral stenosis bilaterally
L5-S1 disc dehydration, central buldge without stenosis

SLEEP APNEA: As of 7/15/04 was doing well on 10 cm CPAP for her sleep apnea.
FOOT/ANKLE PAIN : claimant reports having screws put in her feet. Record note 2/04 improving swelling and ankle pain and malleolar trains to replace a boot brace on the left ankle.
Normal testing includes:

Chest CT
Stress test
9/10/04 bilateral hip MRI

ANSWERS/CONCLUSIONS:
1. Yes. Some functional loss is supported with the individual conditions above and the co-morbid diagnosis considered together as a whole person.
2. Reasonable R/L's for the above noted diagnses/conditions would be:

avoid repetative bending/twisting at the waist
avoid prolong standing/walking
change position as needed for comfort
avoid above the shoulders work
close and readily available restroom facilities
occasional lifitn up to 20 pounds
frequent lifting up to 10 pounds
no lifitng above shoulders
avoid lifting while bending at the waist
avoid fine articulate movements of the hands when arthritis flares in hands

Susy L.L. Vergot. DO
VP MEDICAL DIRECTOR
BOARD CERTIFIED FAMILY PRACTICE

Completed Date:

Complete Site:
                                    Followup
---------------------------------------------------------------------------

Type: Clinical Resource

Name: File Rev - IL

Status: Completed

Date: 12/17/2004

Follow Up Owner: Ward, Teresa