# ATTACHMENT "N"

ATTACHMENT "N"



# ALABAMA BAPTIST CONVENTION
## State Board of Missions

Dr. Rick Lance, Executive Director-Treasurer

*"Great Commission Ministries"*

May 9, 2005

Social Security Administration
2450 Presidents Drive
Montgomery, AL 36116

REF: Ms. Betty Bullard
     Social Security #

TO WHOM IT MAY CONCERN:

Greetings,
The State Board of Missions is a religious organization that carries an ethical obligation to care for our employees. Betty Bullard reached the point where she was physically unable to fulfill her job requirements. We placed her on leave with pay while she was filing application for disability with out disability provider. Our policy carries a 90-day waiting period. Our carrier declined her application and Mrs. Bullard appealed. At the time, she had no source of income or insurance other than what we were providing for her. We decided to keep her on leave with pay status through the appeal process. Her appeal was recently denied and our ability to continue carrying her salary and medical benefits came to an end.

We disagree with our carriers decision to deny her disability. We felt a moral and ethical obligation to keep her from being left with no means of support.

I trust this will provide the answers you are searching for. Let me know if additional information is needed.

Sincerely,

Dr. W. Robert DuBois
Associate Executive Director