# ATTACHMENT

# "O"

ATTACHMENT "O"

**Vocational Rehabilitation Service**



**Bob Riley**
GOVERNOR

Alabama Department of
# REHABILITATION SERVICES



**Steve Shivers**
COMMISSIONER

To Whom It May Concern,

Re: Ms. Betty Bullard

Based on conversations with Ms. Bullard, reviewing her treating physician's statements and considering her past job duties, this counselor certifies that Ms. Bullard has permanent disabilities that will prevent her from returning to work. She has been unable to work for well over 12 months and there is no expected improvement for her conditions anytime in the immediate future.

As noted in the medical and psychological documentation, Ms. Bullard has been diagnosed with several disabling conditions. Due to the combination of all of the disabilities along with side effects from the treatment that she is receiving, she has severe limitations to performing any work tasks. Both exertional and non-exertional capacities have been greatly impaired. She is unable to perform jobs that have any physical requirements. She is restricted from meeting the seven strength demands of jobs (sitting, standing, walking, lifting, carrying, pushing, and pulling), and she experiences extreme, chronic fatigue and exhaustion. She is not capable of performing sedentary jobs, even with her extensive work experience. She has irregular sleeping patterns due to both pain and the narcolepsy. Again, the fatigue and exhaustion factors interfere with concentration, memory loss and proper interaction with co-workers, supervisors and others. It should be noted that all of these problems also interfere with her activities of daily living and have limited her independence and quality of life.

In this counselor's opinion, Ms. Bullard's disabilities prevent her from working on a regular and continuing basis and from performing any substantial gainful activity.

With Ms. Bullard's permission, please contact me with any further questions.

Sincerely,

Don Stephens, M.Ed., CRC
Counselor
Vocational Rehabilitation Service