# ATTACHMENT "P"

ATTACHMENT "P"

| | |
|---|---|
| **From:** | Connally, Bonita K |
| **Sent:** | Wednesday, August 18, 2004 11:21 AM |
| **To:** | Floyd, Christina J; Estrada, Brandon R; Ewing, Roberta; Neale, Zoe A; Schalk, Karen K |
| **Cc:** | Parker, Terri L |
| **Subject:** | MUUP OVER 45.xls |
| **Attachments:** | MUUP OVER 45.xls |



MUUP OVER 45.xls
(17 KB)

Good morning. The attached list represents the updated files over 45 days on this week's report. Please take a look and let me know if there are any additional changes. If the file is highlighted, immediate action should be taken toward IL determination.

You will have corresponding claim documentation activities as I will be putting notations concerning the file review in the claim.

Please let me know if you have any questions.

Bonita

UAMSSUPP00019



UAMSSUPP00018