# ATTACHMENT

# "R"

ATTACHMENT "R"

HAND [A] ARENDALL   L.L.C.   LAWYERS

Henry T. Morrissette
Direct Dial (251) 694-6364
Direct Fax (251) 544-1625
hmorrissette@handarendall.com

3000 AMSOUTH BANK BUILDING   ■   107 SAINT FRANCIS STREET   ■   MOBILE, ALABAMA 36602   ■   (251) 432-5511
Post Office Box 123   ■   Mobile, Alabama 36601   ■   Facsimile: (251) 694-6375

January 17, 2007

**VIA E-MAIL**
Thomas O. Sinclair, Esquire
Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

Re:     Case No. : 2005-1217  (U.S. District Court, Middle District of AL., Northern Div)
        *Betty Bullard v. UnumProvident Corporation, et al.,*

Dear Tom:

        I am attaching a copy of the deposition of Susan Roth taken in *Gazaleh v.
UnumProvident, et al.*, which we are providing pursuant to our compromise agreement on your
discovery requests.  Let me know if you have a problem with opening the file, and I will provide
you with a hard copy.  I am following up to obtain the exhibits.

                        Very truly yours,

                        Henry T. Morrissette
                        For the Firm

HTM/joc

MOBILE   ■   BIRMINGHAM   ■   FOLEY
Lawyers also admitted in Florida, Georgia, Louisiana, Mississippi, and the District of Columbia

```
0001
 1        IN THE CHANCERY COURT OF HAMILTON COUNTY, TENNESSEE
                          AT CHATTANOOGA
 2
 3        SHAWN GAZALEH,                )
                                        )
 4              Plaintiff,              )
                                        )
 5              vs.                     )   NO. 03-1011
                                        )
 6        UNUMPROVIDENT CORPORATION,    )   PART 2
          UNUM LIFE INSURANCE COMPANY  )
 7        OF AMERICAN AND UNUM          )
          HOLDING AMERICA AND UNUM      )
 8        HOLDING COMPANY,              )
                                        )
 9              Defendants.             )
                                        )
10
11        _____  MARCH 22, 2006
12                   DEPOSITION OF SUSAN ROTH
13
              APPEARING FOR THE PLAINTIFF:
14
              RONALD J. BERKE, ESQUIRE
15            MEGAN ENGLAND, ESQUIRE
              420 FRAZIER AVENUE
16            CHATTANOOGA, TENNESSEE 37405
17
              APPEARING FOR THE DEFENDANTS:
18
              KATHARINE R. CLOUD, ESQUIRE
19            BOWEN, RILEY, WARNOCK & JACOBSON
              1906 WEST END AVENUE
20            NASHVILLE, TENNESSEE 37203
21            ALSO PRESENT: Hartley Echerd, Esquire
                            In-house Counsel
22
23              LISA MATHIS, COURT REPORTER
                    HALL AND ASSOCIATES
24            1010 MARKET STREET, SUITE 402
              CHATTANOOGA, TENNESSEE 37402
25                    423/267-4328
```

```
0002
 1                        INDEX
 2
                                                    Page
 3        DEPOSITION OF SUSAN ROTH
 4        Direct Examination by Ms. England           4
 5
 6                       EXHIBITS
 7        No.   Description                          Page
 8        1     Subpoena                              7
          2     Notice to take deposition             7
 9        3-A   Three pages titled UNUM 1990 Annual Report   9
          3-B   Annual Statements for 1999-2004       9
10        4     Current directors & officers          10
          5     Service Operations organization       10
```

11    6    Vision and Values                                    10
      7    UnumProvident commitment                             10
12    8    Affidavit of Chanda Pepping                          10
      9    List of Vice Presidents of companies                 18
13   10    Annual Reports for 1999-2004                         18
     11    Listing of board of directors                        18
14   12    Annual Reports for 1990-1997                         19
     13    Annual Statements for 1990-1998                      19
15   14-A  CD of documentation                                  19
     14-B  Table of Contents for 14-A                           19
16   15    2001 Annual Report                                   26
     16-ID Letter dated 03/21/06 from Katharine Cloud           32
17   17-ID Examination Report and documents                     34
     18    Copy of a News Release                               35
18   19    General Services Agreement (late-filed)              42
     20    Form 8-A                                             48
19   21    Indentures and supplements (late-filed)              52
     22    Reports tabbed no. 3 (Retained by Counsel)           67
20   23    Documentation tabbed no. 35                          67
21
22
23
24
25
0003
1             The deposition of SUSAN ROTH, called as a
2    witness at the instance of the plaintiff, for use
3    pursuant to the Tennessee Rules of Civil Procedure,
4    taken by agreement on the 22nd day of March, 2006,
5    at the law offices of Berke, Berke & Berke, 420
6    Frazier Avenue, Chattanooga, Tennessee.
7    --------------------------------------------------------
8                   S T I P U L A T I O N S
9             Deposition is being taken by agreement of
10   counsel for the plaintiff and the defendant.  It is
11   agreed that the deposition shall be taken in machine
12   shorthand by Lisa A. Mathis, Notary Public and Court
13   Reporter, that the signature of the witness to the
14   completed deposition is not waived, and that the
15   witness may be sworn by the said Notary Public.
16            It is further agreed that all formalities as
17   to caption, notice, certificate and mode of
18   transmission are waived, and that the deposition is
19   taken subject to the usual exceptions as to
20   irrelevancy, incompetency and immateriality, which
21   are reserved to the hearing of the cause, except as
22   to the form of the question.
23
24
25
0004
1                      SUSAN ROTH,
2    called as a witness at the instance of the
3    plaintiff, having been first duly sworn, was
4    examined and deposed as follows:
5                  DIRECT EXAMINATION
6    BY MS. ENGLAND:

```
 7    Q          Good morning, Ms. Roth.  My name is
 8   Megan England and we met previously at our offices,
 9   our lovely offices here on Frazier Avenue.  It's
10   good to see you this morning.
11              Have you ever given a deposition
12   before?
13    A          Yes.
14    Q          On one occasion or more than one
15   occasion?
16    A          More than one occasion.
17    Q          And you're also an attorney?
18    A          Yes.
19    Q          So you understand that you're giving
20   testimony just as if you were testifying in court?
21    A          Yes.
22    Q          And you understand that you are under
23   oath, too?
24    A          Yes.
25    Q          I'm from a very small town in Pawleys
0005
 1   Island, South Carolina.  So I'm not used to a lot of
 2   big words or all these corporate things that we're
 3   going to discuss today.  So if I ask you to slow
 4   down and explain them to me, I'm not trying to
 5   confuse you or twist your words around.  It's
 6   because I'm slow and I want to understand.
 7    A          I'm graduate of a a South Carolina
 8   public high school, so I think we're on the same
 9   page.
10    Q          Great.  And if at any time if you don't
11   understand what I'm asking you, if you'll please
12   stop me and ask me to rephrase my question.  I'll
13   gladly do that for you.
14              Would you please state your full name
15   for the record?
16    A          Susan Nance Roth.
17    Q          And your date of birth?
18    A          5/28/58.
19    Q          And your Social Security number?
20   THE WITNESS:  Can you request that?
21   MS. CLOUD:  I think so.
22    A          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.
23    Q          And where are you currently employed?
24    A          UnumProvident Corporation.
25    Q          And what is your current position with
0006
 1   them?
 2    A          Vice President, Corporate Secretary and
 3   Assistant General Counsel.
 4    Q          I'll show you this document and ask you
 5   to identify that, please.
 6    A          It's titled, Subpoena Duces Tecum.
 7    Q          Have you seen that previously?
 8    A          I don't recall having seen this
 9   previously.
10    Q          Do you recall if you received a
11   subpoena duces tecum to bring documents to this
```

12    deposition today?
13    A        I do not recall receiving this.  It
14    appears it was sent to, addressed to me, CO, in care
15    of outside counsel.
16    Q        Okay.
17         MS. ENGLAND:  Give me just a minute,
18    please.
19    BY MS. ENGLAND:
20    Q        Do I understand your testimony to be
21    that your attorney did not provide you with a copy
22    of that subpoena?
23    A        What I stated was I don't recall seeing
24    the subpoena.
25    Q        I'll show you the second document.  Do
0007
1    you recall seeing a copy of that document?
2    A        No, I do not.
3         MS. ENGLAND:  Can we mark those
4    Exhibits 1 and 2, please?
5                   (Thereupon, the subpoena and
                    notice to take deposition were
6                   marked as Exhibit Nos. 1 and 2 to
                    the deposition of Susan Roth and
7                   filed herein.)
8    BY MS. ENGLAND:
9    Q        If you could, please ma'am, look at
10    page two of Exhibit 1.  There are a list of
11    categories of documents there.  I believe there are
12    20.
13         Have you ever had an occasion to read
14    those two pages?
15    A        I don't recall reading these two pages.
16    Q        Do you recall if you gathered any
17    documents in response to the request listed on those
18    two pages?
19    A        I personally did not gather
20    documentation.  It's my understanding that
21    documentation in the ordinary course was gathered.
22    Q        In the ordinary course, could you
23    explain to me what you mean by that?
24    A        As the secretary of the company, I'm
25    often the individual to whom subpoenas are served or
0008
1    noticed.  We have in the law department a process by
2    which certain counsel and paralegals and other staff
3    receive those, collect information requested from
4    them, and provide it to outside counsel or internal
5    counsel working on the case.
6    Q        Did you instruct any secretaries,
7    paralegals, or other staff member to gather
8    documents in response to the request in that
9    subpoena?
10    A        Did I instruct?
11    Q        Did you instruct.
12    A        No, I do not recall having done so.
13    Q        And these were premarked.  We can put
14    your stickers over them if that would be easier for

15    you.
16            All these documents in front of you
17    have been provided to us by your attorney in
18    response to the subpoena.  And I just want to go
19    over with you these documents.  If you would please
20    read for the record the first request for
21    production, number one in the subpoena on page two?
22    A        Copy of the documentation reflecting a
23    list of all officers and directors for Unum Life
24    Insurance Company of America from January 1, 1990 to
25    present.
0009
1    Q        Have you provided those documents
2    today?
3    A        Have I provided them?
4    Q        Yes.
5    A        No.
6    Q        Can you identify any documents in front
7    of you that have been provided to plaintiff's
8    counsel that responds to that request?
9    A        There's an exhibit marked 1-A, Unum
10    1990 annual report, which includes a list of
11    directors -- appears to include a list of the
12    directors of that company and certain officers of
13    that company.
14            Exhibit 1-B --
15    Q        May I stop you just a moment?
16            MS. ENGLAND:  Would you like to remark
17    that number three so that everybody can be on the
18    same page?
19            COURT REPORTER:  Okay.
20            MS. ENGLAND:  Let the record reflect
21    that we referred to as marked as Exhibit 1-A has now
22    been remarked 3-A.
23            Please continue.
24            (Thereupon, the three-page
                 document titled UNUM 1990 Annual
25                 Report was marked as Exhibit
                 No. 3-A and Annual Statements for
0010
1                 years 1999 through 2004 were
                 marked as Exhibit No. 3-B to the
2                 deposition of Susan Roth and
                  filed herein.)
3
4            THE WITNESS:  Prior to continuing, do
5    you want to have her remark all of these that I
6    refer to appropriately?
7            MS. ENGLAND:  Sure.  That's a great
8    idea.
9            (Thereupon, the directors and
                 officers; service operations
10                 organization; Vision and Values;
                 UnumProvident commitment; and
11                 affidavit of Chanda Pepping were
                 marked as Exhibit Nos. 4-8 to the
12                 deposition of Susan Roth and

filed herein.}

13
14        THE WITNESS:  Okay.  Exhibit 3-B,
15 annual statement for year ended December 31, 2004,
16 Unum Life Insurance Company of America, includes a
17 list of certain officers and directors of that
18 company.
19        I don't know if it's part of the same
20 exhibit or not, but it's for the year ended
21 December 31, 2003, annual statement, Unum Life
22 Insurance Company of America, includes a list of
23 certain officers and directors of that company.
24        Annual statement for year ended
25 December 31, 2002, Unum Life Insurance Company of
0011
1 America, includes a list of certain officers and
2 directors of that company.
3        Annual statement for year ended
4 December 31, 2001, Unum Life Insurance Company of
5 America, includes a list of certain officers and
6 directors of that company.
7        Annual statement for year ended
8 December 31, 2000, Unum Life Insurance Company of
9 America, includes a list of certain officers and
10 directors of that company.
11        Annual statement for year ended
12 December 31, 1999, Unum Life Insurance Company of
13 America, includes a list of certain officers and
14 directors of the company.
15        Exhibit 4, titled, Current Directors
16 and Officers of UnumProvident Corporation and
17 Insurance Subsidiaries.
18 Q      Okay.  Let me just interrupt you for a
19 minute because my original question was, please,
20 identify for me all documents that are responsive to
21 request number one.
22        MS. CLOUD:  I think you then asked her
23 to identify all of them.  Exhibits were in front of
24 her.
25        MS. ENGLAND:  No, I don't think I did.
0012
1        THE WITNESS:  Could you read the
2 question back, please?
3              (Thereupon, the court reporter
              read the requested portion of the
4              record.}
5        THE WITNESS:  So I'm identifying the
6 documents that as you've requested that are
7 responsive to question one.
8        The next one is Exhibit 4.  If you can
9 clarify what you mean by identify, I'll be glad to
10 do so.
11 BY MS. ENGLAND:
12 Q      Okay.  Just to clarify what we're going
13 to do is walk through the subpoena.  There are 20
14 separate requests for documents.  I would like for
15 you to read each request and then identify the

16    documents in front of you that are responsive to
17    each individual request.
18            MS. CLOUD:  I mean the documents are
19    what they are.  And it's pretty clear what's
20    responsive to what request.  Why are we going to
21    spend the better part of an hour having her walk
22    through and identify each and every document
23    responsive to this request, to a specific request,
24    when that's already been done for you?
25            MS. ENGLAND:  Because the subpoena
0013
1    issued to the witness.  The witness needs to
2    identify the documents and explain which request --
3            MS. CLOUD:  No.  Hang on.  The subpoena
4    was issued to the witness.  And the document request
5    was issued to the witness.  That doesn't mean
6    necessarily that the witness has personal knowledge
7    regarding the documents.  You didn't do a 30 (b)(6).
8    You did a subpoena duces tecum for the witness.  The
9    documents that were produced were within the control
10    of the company.  So they've been produced.  That
11    doesn't mean necessarily that she knows precisely
12    what has been produced and that she was responsible
13    for gathering.
14            MS. ENGLAND:  Well, if she didn't know,
15    then the documents should not have been provided in
16    response to the individual subpoena that was issued
17    to this witness.
18            MS. CLOUD:  Sure, they should have.
19            MR. BERKE:  Let me say one thing to cut
20    down --
21            MS. CLOUD:  Hang on.  We had a motion
22    to compel hearing where we were compelled to produce
23    these things.  If we had showed up today without any
24    documents, you would have been on the phone with the
25    judge saying you haven't responded to the subpoena.
0014
1    She doesn't have these documents in her possession.
2    The company does.  And she can certainly access that
3    information through the company, which is within the
4    scope of the rules, which was what was done.  That
5    does not mean that she knows what these documents
6    are.
7            MR. BERKE:  Let me say one thing and
8    this is going to stop going back and forth.  I think
9    under the rules there are no speaking objections.
10    If you want to instruct her not to answer -- let me
11    finish.  I didn't interrupt you.
12            MS. CLOUD:  Go ahead.
13            MR. BERKE:  I think under the rules,
14    there are no speaking objections.  If you want to
15    instruct her not to answer, you can instruct her not
16    to answer.  Otherwise, if she can answer the
17    questions and she is the secretary and she is a
18    lawyer.  She's not just some janitor.  And I think
19    she's qualified.  You told the Court when we had
20    subpoenaed Mr. McCall, that this is the lady that

21    knows all this stuff.  So we are very confident from
22    your assertions that she knows it.
23              But instead of us arguing back and
24    forth and taking an hour on attorney's talk, I think
25    you can either tell her not to answer a question, if
0015
1     you think it's improper; otherwise, if she can
2     answer the question, she should answer the question.
3              MS. CLOUD:  All I'm trying to do is
4     expedite this process.  We're going to be here for a
5     long, long time going over these documents and I'm
6     not sure to what end.  And, as I said, I'm just
7     trying to expedite this process.  If we're going to
8     get to some substantive questions, let's get to some
9     substantive questions.
10             MR. BERKE:  As we said in court, we
11    have a completely different idea of how to run this
12    case.  And I don't want you to tell us what
13    questions we can ask or how we have to ask
14    questions.
15             Again, if you want to instruct your
16    witness not to answer, we can take that up with the
17    court; otherwise, let's move on or we will be here
18    all day with the attorneys talking.
19             MS. CLOUD:  A substantive question has
20    yet to be asked.  I hope a substantive question is
21    asked very, very soon, or else this is going to be a
22    very short deposition.
23             MR. BERKE:  If you want to call it off
24    at any point, that's your prerogative.
25             MS. CLOUD:  Go ahead and ask your
0016
1     question.
2     BY MS. ENGLAND:
3     Q         I asked my question, I'm waiting for
4     her to respond.
5              MS. CLOUD:  No.  You interrupted her.
6     She was beginning to read Exhibit 4.
7              Are you still on the question what's
8     responsive to number one?
9              MS. ENGLAND:  Well, if she has
10    completed the identification of all documents
11    provided in response to number one, then we would be
12    on number two.
13             THE WITNESS:  Okay.  Continuing with
14    the response to copy of documentation reflecting the
15    list of officers and directors of Unum America from
16    January 1, 1990 to present, Exhibit 4.
17             And to clarify, is my reference to the
18    exhibit sufficient for identification purposes for
19    your question?
20    BY MS. ENGLAND:
21    Q         I'm sorry.  Can you restate that?
22    A         You asked me to identify this document.
23    Is my reference to the exhibit number sufficient or
24    do you want me to in some way refer to what's on
25    them?

0017
1    Q          You can identify them by number as long
2    as you associate them with number two in the
3    subpoena or number three in the subpoena, etc.
4              MS. CLOUD:  To clarify, I thought we
5    were still on number one.
6    A          Exhibit 4 also appears to be responsive
7    to question three with respect to directors of
8    UnumProvident Corporation and officers.
9              Although, Exhibit 5 reflects some
10   officers of Unum Life Insurance Company of America
11   and includes additional information as well.
12   Q          I'm sorry.  So Exhibit 5 is responsive
13   to which request?
14   A          I'm still working on number one.  I'm
15   sorry.  Would you prefer for me to look at the
16   exhibit and then --
17   Q          Well, no.  The way I understood, you
18   were jumping around and you said number three a
19   minute ago.  So I'm just trying to be clear about
20   your comment about Exhibit No. 5.
21   A          I'll refer to question three because
22   the document I was looking at besides having listed
23   on it Unum Life Insurance Company of America and a
24   number of other subsidiaries, also listed
25   UnumProvident Corporation.  And I noted that your
0018
1    question three is a reference to officers and
2    directors of UnumProvident Corporation.
3              Exhibit No. 6 appears to not have any
4    responsive information to question one.
5              This is not marked.  Do you wish to
6    have it marked?
7    Q          All of those documents have been
8    produced, yes, by your attorney.  Is this the first
9    time you've seen these documents?
10                       (Thereupon, the list of vice
                         presidents was marked as Exhibit
11                       No. 9 to the deposition of Susan
                         Roth and filed herein.)
12
13   A          It's the first time I recall seeing
14   that document.
15             Exhibit 9 is responsive to question
16   one.  It also appears to be responsive to question
17   three.
18                       (Thereupon, the annual reports
                         for 1999-2004 were marked as
19                       Exhibit No. 10 to the deposition
                         of Susan Roth and filed herein.)
20
21             THE WITNESS:  Exhibit 10 is responsive
22   to question three.
23                       (Thereupon, the list board of
                         directors was marked as Exhibit
24                       No. 11 to the deposition of Susan
                         Roth and filed herein.)

25
0019
1                         THE WITNESS:  Exhibit 11 is responsive
2      to question four and to question two.
3                              (Thereupon, the annual reports
                             for 1990-1997 were marked as
4                            Exhibit No. 12 to the deposition
                             of Susan Roth and filed herein.)
5
6                         THE WITNESS:  Exhibit 12 is responsive
7      to question four.
8                              (Thereupon, the annual statements
                             for 1990-1998 were marked as
9                            Exhibit No. 13 to the deposition
                             of Susan Roth and filed herein.)
10
11                        THE WITNESS:  Exhibit 13 is responsive
12     to question one.
13                             (Thereupon, the CD was marked as
                             Exhibit No. 14-A and the Table of
14                           Contents for 14-A was marked as
                             Exhibit No. 14-B to the
15                           deposition of Susan Roth and
                             filed herein.)
16
17                        THE WITNESS:  I've been handed
18     Exhibit 14-A, which appears to be a disk relating to
19     the closing documentation for the merger of
20     UnumProvident, Unum Corporation, and Provident
21     Company, Inc.  Without having a way to read this, I
22     can't --
23     BY MS. ENGLAND:
24     Q          Did you create that CD of
25     documentation?
0020
1      A          I did not.
2      Q          Did you instruct anyone to create that
3      CD of documentation?
4      A          I did not.  It was a merger of closing.
5                 Exhibit 6 appears to be responsive to
6      question 16.  Exhibit 7 is responsive to question
7      15.  Exhibit 5 appears to be responsive to question
8      11.
9                 Exhibit 14-A, again based on the
10     labeling, appears to be responsive to documentation
11     concerning the 1999 merger of Provident Companies
12     and Unum Corporation.
13                 Without having access to the material,
14     I cannot state whether it's relates to the
15     assumptions and liabilities.  So only Exhibit 14-B.
16                 MS. CLOUD:  Is that request number 17?
17                 THE WITNESS:  Yes.
18                 Based on what's in front of me, those
19     are the exhibits that are responsive to these
20     requests.
21     BY MS. ENGLAND:
22     Q          Can you identify any documents that

```
23      have been produced in response to request number
24      nine?
25      A           I cannot.
0021
1       Q           Can you identify any documents that
2       have been produced in response to request number
3       ten?
4       A           No.
5       Q           Can you identify any documents other
6       than Exhibit 5 that have been produced in response
7       to request number 11?
8       A           No.
9       Q           Can you identify any documents that
10      have been produced in response to request number 12?
11      A           No.
12      Q           Can you identify any documents that
13      have been produced in response to request number 18?
14      A           No.
15      Q           Can you identify any documents that
16      have been produced in response to request number 19?
17      A           No.
18      Q           Can you identify any documents that
19      have been produced in response to request number 20?
20      A           No.
21      Q           Are you aware that your attorneys filed
22      a motion to quash the subpoena?
23      A           No.
24      Q           Is that because you've never seen the
25      subpoena before?
0022
1       A           I don't recall seeing the subpoena
2       before.
3       Q           You have no knowledge that your
4       attorneys filed a motion to quash the subpoena and
5       that motion was denied by the court?
6       A           No.
7       Q           Did you make any attempts in
8       preparation for this deposition today to discover
9       any documentation responsive to any of these
10      requests?
11      A           I'm sorry.  Can you read that back,
12      please?
13                          (Thereupon, the court reporter
                            read the requested portion of the
14                          record.)
15      BY MS. ENGLAND:
16      Q           Or if you don't like my word discover,
17      to produce, to bring with you, or to in any way
18      respond to the request in the subpoena issued to
19      you?
20      A           I personally did not collect any
21      information to produce today.
22                  MS. ENGLAND:  Can we take a five-minute
23      break, please?
24                          (Thereupon, a brief recess was
                            taken.)
25
```

```
0023
 1    BY MS. ENGLAND:
 2    Q          Ms. Roth, do you know if there are any
 3    additional documents responsive to request numbers
 4    one through 20 of the subpoena duces tecum issued to
 5    you?  I mean, other than the documents that have
 6    been produced by your attorney today.
 7    A          I do not know.  Well, let's see.
 8    Repeat the question.
 9    Q          Do you know if there are any other
10    documents responsive to request numbers one through
11    20 of the subpoena issued to you that have been not
12    been produced today?
13    A          Yes.  It doesn't appear that
14    reinsurance agreements referenced in 18, 19 -- well,
15    in 18, have been produced.
16    Q          Eighteen, 19 and 20?
17    A          No.  There would be no documents
18    responsive to 19 or 20.
19    Q          Why would there not be?
20    A          Because they are not insurance
21    companies.  The referenced companies -- excuse me.
22    Nineteen refers to reinsurance agreements between
23    UnumProvident Corporation and an insurer.
24    UnumProvident Corporation is not an insurance
25    company so it cannot be a party to a reinsurance
0024
 1    agreement.
 2               And 20 refers to Unum Holding Company.
 3    It also was not an insurance company and would not
 4    be able to enter into a reinsurance agreement.
 5               So there's request number 18 states any
 6    reinsurance agreements between Unum Life Insurance
 7    Company of America and an insured from 1990 to
 8    present, there are reinsurance agreements, but they
 9    have not been produced.
10    Q          Why have they not been produced?
11    A          I'll have to refer to counsel.
12               MR. BERKE:  Well, can counsel tell us
13    since she's referring to counsel?
14               MS. CLOUD:  I stated in my letter.  We
15    provided the affidavit of Chanda Pepping which made
16    the points clear about the UnumProvident and the
17    Unum Holding.
18               We also made clear that there were no
19    reinsurance agreements that were applicable to
20    Dr. Gazaleh's policies.  They simply are not
21    pertinent to this case.
22               MR. BERKE:  Well, based on argument in
23    chancery and the court overruled you.  So
24    considering the fact that the court overruled your
25    motion and told you to produce them, what is the
0025
 1    reason they are not here?
 2               MS. CLOUD:  The reason they are not
 3    here is we provided that affidavit which explained
 4    why they are not here.  And let me also make one
```

```
 5   point.  Who's taking the deposition?  Are you taking
 6   it?  Is she taking it?  Because I'm not going do
 7   argue with both of you throughout all of this.  It's
 8   fine.  I don't mind, but let's have a little bit of
 9   order to it.
10             MR. BERKE:  She's taking the
11   deposition.  I'll answer your question.  She's
12   taking the deposition.  But she referred to you and
13   I'm just asking you.  I'm not asking her any
14   questions.
15             MS. CLOUD:  Okay.  Then I'm going to
16   answer questions that are asked of me by her in this
17   deposition.
18             MR. BERKE:  Well, we'll take that up
19   with the court.  Just answer it from her then.
20             MS. CLOUD:  We provided the affidavit
21   concerning the reinsurance agreements.  We made
22   clear that they were not -- that there are no
23   reinsurance agreements that are applicable to
24   Dr. Gazaleh's policy.  They are not pertinent.  We
25   are not producing them.  If you want to take that
0026
 1   back up with the court, we're happy to do so.
 2             You can certainly ask Ms. Roth or
 3   Mr. McCall any questions you have about reinsurance
 4   agreements.  If they know the answers, they will
 5   answer them.  If any don't, they will tell you that
 6   they don't know.  But we don't believe they are
 7   discoverable documents in this case.
 8             MS. ENGLAND:  Okay.  But it's my
 9   understanding from your response that your position
10   has not changed any since we were last before the
11   court on this same matter; is that correct?
12             MS. CLOUD:  That is correct.
13             MS. ENGLAND:  Okay.
14   BY MS. ENGLAND:
15   Q         Now, I want to get back to your comment
16   a minute ago explaining why there are no documents
17   responsive to request number 19.  And I believe you
18   said that that was because UnumProvident Corporation
19   is not an insurance company and therefore cannot be
20   a party to a reinsurance agreement; is that correct?
21   A         Correct.
22             MS. ENGLAND:  Could you mark this,
23   please?
24                           (Thereupon, the 2001 annual
                              report document was marked as
25                            Exhibit No. 15 to the deposition
                              of Susan Roth and filed herein.)
0027
 1   BY MS. ENGLAND:
 2   Q         I'll show you what's been marked as
 3   Exhibit No. 15 and ask you if you can identify that
 4   document?
 5   A         It's a 2001 annual report of
 6   UnumProvident.
 7   Q         If you could please turn to page 20.
```

```
 8                  First of all, do you know who prepares
 9      the annual reports for UnumProvident Corporation?
10      A          I know a number of people in the
11      company that work on them.
12      Q          Do you have any connection with the
13      preparation of the annual reports?
14      A          I do.
15      Q          And tell us how.  What is your
16      involvement in that preparation?
17      A          I review the annual report and assist
18      in its preparation.
19      Q          Do you approve it?
20      A          I review it and give my comments.
21      Q          Okay.  We're looking at page 20.  I
22      would like to direct your attention to paragraph
23      number three.  Could you read the first sentence and
24      tell me if you agree or disagree with that
25      statement?
0028
 1      A          Page 20, paragraph number three.
 2      That's my recollection was that there was a
 3      write-off of goodwill balance relating to Argentina
 4      operations.
 5      Q          I'm sorry.  I said second column.
 6      A          Oh.
 7      Q          I did.  You have her read it back if
 8      you'd like, but I said page 20, second column,
 9      paragraph three.  Could you read that into the
10      record?  Just the first sentence, please.
11      A          During 2000, the company entered into a
12      reinsurance agreement under which one of the
13      companies insurance subsidiaries will see through a
14      net quota share reinsurance agreement.  Fifty
15      percent of the group life volume above the aggregate
16      retention limit.  The treaties are five-year quota
17      share treaties exceeding 25 percent of the premium,
18      life volume, and paid claims to each reinsured.  The
19      reinsurance agreements reflected as of October 1st,
20      2000.
21      Q          Okay.  And in that sentence, it says
22      the company, is that a reference to UnumProvident?
23      A          Normally, the reference to company
24      includes -- in documents of this type, there will be
25      a reference to UnumProvident Corporation and its
0029
 1      subsidiaries and then the word company is used for
 2      the collective.
 3      Q          The collective whole representing any
 4      one of those entities?
 5      A          It's just an ease of reference.  I
 6      don't see the specific definitional use in here.
 7                 So in this instance, I can't -- in this
 8      instance, I don't see the definition that would
 9      state whether it was UnumProvident Corporation or it
10      and its subsidiaries as a collective.
11      Q          So it is either UnumProvident alone or
12      UnumProvident plus its subsidiaries?
```

```
13   A          From a collective standpoint.
14   Q          Well, several of those paragraphs refer
15   to the company entering into reinsurance agreements
16   with varying subsidiaries?
17   A          Right.  And that's -- the reinsurance
18   agreements are entered into between an insurance
19   company and another insurance company or reinsurer.
20   UnumProvident Corporation is not either.  So the
21   actual reinsurance agreements, the parties to those
22   agreements, would be one of the insurance
23   subsidiaries and a third party.
24   Q          Now, you said that you knew of
25   documents responsive to request number 18 that have
0030
1    not been produced, correct?
2    A          What I think I stated was that there
3    are documents that would be responsive to question
4    18 and they do not appear to have been produced
5    based on what you've provided to me.
6    Q          And you understand that when a subpoena
7    is issued requesting you to produce documentation
8    that you are required to produce documentation
9    unless the court says that you don't have to, right?
10          MS. CLOUD:  Let me Object to the form
11   of the question.  Go ahead and answer.
12   A          I understand what a subpoena relates
13   to.
14   Q          I believe you said that you had no
15   knowledge that there was a motion to quash the
16   subpoenas filed in this case?
17   A          That's right.
18   Q          You have no knowledge that that was
19   denied?
20   A          You have -- or you intimated such, but
21   that's the only knowledge I have.
22   Q          Okay.  Exhibit No. 15, you have had
23   occasion to review that document previously,
24   correct?
25   A          It's been several years.
0031
1    Q          Is there anything in that document that
2    you would disagree with?
3          MS. CLOUD:  I'm going to object to the
4    form of the question.  It's a 200-page document and
5    she hasn't read it in several years.
6          MS. ENGLAND:  Well, it's an annual
7    report.
8          MS. CLOUD:  I'm objecting to the form
9    of the question.
10          MS. ENGLAND:  And she assisted in the
11   preparation of this.
12          MS. CLOUD:  Object to the form of the
13   question.
14          MR. BERKE:  Are you instructing her not
15   to answer?
16          MS. CLOUD:  I'm not instructing her not
17   to answer.  Go ahead.
```

```
18            THE WITNESS:  Without reviewing the
19  entire document, I wouldn't know whether there's
20  anything that I would disagree with or not.  But I
21  would have reviewed this document at one point.
22  BY MS. ENGLAND:
23  Q            In general, UnumProvident produces an
24  annual report every year, correct?
25  A            Yes.
0032
1   Q            And you wouldn't have any reason to
2   believe that any information would be produced that
3   is false, correct?
4            MS. CLOUD:  Object to the form of the
5   question.
6   A            What I know is that in any document,
7   based on the history of reading our annual report
8   and other people's annual reports, there are from
9   time-to-time mistakes or typos or errors.  But
10  without reviewing this document, page-by-page and
11  word-by-word, I have no reason to believe that the
12  information here is not correct.
13  Q            Have you ever seen this document?
14  A            I don't recall seeing it unless it
15  was -- I don't recall reading it.  I may have seen
16  it.  I've seen a document with this letterhead
17  laying on a table.  But I don't recall if I've seen
18  this one or not.
19  Q            Were you provided a copy of that
20  document?
21  A            I don't recall being provided a copy of
22  this.
23            MS. ENGLAND:  Can we mark that for ID?
24            (Thereupon, the letter dated
            03/21/06 from Katherine Cloud was
25            marked as Exhibit No. 16 for
            identification to the deposition
0033
1            of Susan Roth and filed herein.)
2   BY MS. ENGLAND:
3   Q            Let me ask you if you recall ever
4   seeing a copy of that document?
5   A            I don't recall seeing this document,
6   but in the ordinary course, I would have.  And so I
7   believe that I would have seen this document.  I
8   don't recall what's in it at this point.
9   Q            Would you have had any involvement in
10  the preparation of that document?
11  A            The order, no.  It's Commissioner
12  Flowers.  The commissioner of Tennessee prepared
13  this document.
14  Q            Correct.  Did you prepare any parts of
15  that document?
16  A            This appears to be the report.  Do you
17  want me to answer the question or not?
18            MR. BERKE:  Go ahead and answer it.  I
19  just want to point something out.
20  A            Okay.  It appears to be an order and a
```

21   report of examination, which would have been
22   prepared by the Commissioner of Insurance.
23   Q         So your answer is no?
24           MS. CLOUD:  To which of the many
25   questions?

0034

1   BY MS. ENGLAND:
2   Q         The question was, did you have any
3   involvement in the preparation of that document?
4   A         Let me look through the rest of it.
5   Q         Sure.
6   A         I would not have been involved in the
7   preparation of the order signed by the Commissioner
8   of Insurance of the state of Tennessee.  I did not
9   prepare the report on examination as of December 31,
10   2000, submitted by a number of examiners from the
11   state of Tennessee and Delaware.
12           Included in the report, there appears
13   to be at the back of the report, there appears to be
14   an organizational chart, which is something that I
15   would have been involved in the preparation of the
16   chart, which appears to have been provided to the
17   examiners.
18           I would have reviewed the letter, which
19   refers to -- it has a tag noted Exhibit B from
20   UnumProvident dated June 26th, 2003, signed by Vicki
21   Corbett.
22         MS. ENGLAND:  Can we mark that for ID?
23           (Thereupon, the Order from the
             insurance commissioner and
24           documents were marked as Exhibit
             No. 17 for identification to the
25           deposition of Susan Roth and
             filed herein.)

0035

1         MS. ENGLAND:  Mark this next, please.
2           (Thereupon, the news release was
             marked as Exhibit No. 18 to the
3           deposition of Susan Roth and
             filed herein.)
4
5   BY MS. ENGLAND:
6   Q         I'll show you what's been marked as
7   Exhibit 18 and ask you if you can identify that
8   document?
9   A         Yes.
10   Q         Did you have any involvement in the
11   preparation of that document?
12   A         Yes.
13   Q         Could you please describe to me what
14   that document is?
15   A         It's a press release announcing the
16   merger of Unum Corporations and Provident Companies,
17   Inc.
18   Q         Do you disagree with any part of that
19   document?
20         MS. CLOUD:  Object to the form of the

```
21    question.  Give her an opportunity to read it.
22                MS. ENGLAND:  She can have an
23    opportunity to read it.
24                MS. CLOUD:  Thank you.
25                THE WITNESS:   It appears to be the
0036
 1    press release.
 2    BY MS. ENGLAND:
 3    Q           I think my question was, do you
 4    disagree with any part or statement of that
 5    document?
 6    A           I think this was all true at the time
 7    produced.
 8    Q           When was it produced?
 9    A           On November 23rd, 1998.
10    Q           Can you flip to the last page of that
11    document?
12    A           (Witness complying.)
13    Q           At the bottom, I think there's some
14    kind of copyright or something from UnumProvident
15    2006?
16    A           Yes.
17    Q           Are all of the statements in that
18    document still true today?
19                MS. CLOUD:  Object to the form of the
20    question.
21    A           They would have been true as of the
22    date written.  Obviously, the companies have changed
23    significantly.  Do you understand what I'm saying?
24    Q           I do understand what you're saying.
25    A           So I mean, obviously --
0037
 1    Q           Obviously, there was a merger
 2    subsequent to the release of that?
 3    A           Right.  Of people who are listed as
 4    being in certain positions are no longer in those
 5    positions.  There have been changes subsequent to
 6    the time the press release was issued as one would
 7    expect.
 8    Q           Correct.  Okay.  I think that's all the
 9    documents I have for you, maybe we can get things
10    moving along a little.
11                Can you tell me what are your duties as
12    Vice President, Corporate Secretary and Assistant
13    General Counsel of UnumProvident?
14    A           Yes.
15    Q           Would you please tell me what those
16    duties are?
17    A           Oh, they include corporate secretarial
18    work as far as attending board meetings, keeping the
19    minutes, running other secretarial duties.  And then
20    I provide legal counsel and services in the area of
21    corporate and securities law as well as investments,
22    and manage a group of attorneys and paralegals who
23    work in those areas.
24    Q           All of your duties are in relation to
25    UnumProvident Corporation?  That you just described.
```

0038
1       You didn't identify a corporation.
2       A            Oh, I'm sorry.  For UnumProvident
3   Corporation and then I also hold that position with
4   a number of the subsidiaries.
5       Q            Can you please tell us with which
6   subsidiaries you have duties?
7       A            I provide legal services and management
8   with respect to all the affiliates and subsidiaries
9   of the corporation.  I'm not the corporate secretary
10  of Unum Limited, which is one of our U.K.
11  subsidiaries.
12      Q            Do you have any duties in relation to
13  Unum Life Insurance Company of America?
14      A            Yes.  I'm an officer and corporate
15  secretary of that company as well.
16      Q            Do you also provide legal services for
17  Unum Life Insurance Company of America or are you
18  in-house counsel?
19      A            Yes.
20      Q            And where do you work?  Where is your
21  office?
22      A            In Chattanooga, Tennessee.
23      Q            Does Unum Life Insurance Company of
24  America have other employees who work in
25  Chattanooga, Tennessee?
0039
1       A            Unum Life Insurance Company of America
2   has no employees.
3       Q            What do they have?
4       MS. CLOUD:  Object to the form of the
5   question.
6       A            You need to be a little more specific.
7       Q            Okay.  People who perform duties for
8   Unum Life Insurance Company of America, how are they
9   paid?
10      A            It depends on the duties and the
11  relationship with respect to the officers and others
12  at UnumProvident Corporation who provide services on
13  behalf of Unum Life Insurance Company of America who
14  are paid.  But the employees are at Unum Life
15  Insurance Company of America and there's a general
16  services agreement between UnumProvident Corporation
17  and Unum Life Insurance Company of America pursuant
18  to which those services are provided and charged
19  for.
20              Now, with respect to people who are not
21  employees of UnumProvident Corporation, then they
22  are paid.
23      Q            Unum Life Insurance Company of America
24  doesn't have any of its own employees?
25      A            That's correct.  They are a third
0040
1   party.  To provide service to them, they are paid
2   during the ordinary course.
3       Q            I believe request number nine of the
4   subpoena asked for any documentation describing the

5     structure of your customer service department for
6     Unum Life Insurance Company of America including the
7     number of employees, number of locations, the number
8     of levels of advancement, and a description of each
9     level of advancement.
10            One of the reasons why I'm having a
11    hard time following you is because I don't know how
12    the customer service department or any other
13    departments of Unum Life Insurance Company of
14    America are structured.  Do you have any
15    documentation that would be responsive to request
16    number nine?
17    A        I think, as I previously stated, I do
18    not.
19    Q        Well, and I'm not limiting my question
20    to the documents that are in front of you.
21    A        Because they have no employees, to my
22    knowledge, there's no responsive documentation that
23    would be available.  They have no employees.
24    Q        Is there a customer service department
25    of Unum Life Insurance Company of America?
0041
1            MS. CLOUD:  From what time period?
2    Q        Currently.
3    A        There is a customer service department
4    of UnumProvident Corporation who provides services
5    to and on behalf of Unum Life Insurance Company of
6    America pursuant to the general services agreement
7    that I previously referred to.
8    Q        Okay.  So if I have a policy with Unum
9    Life Insurance Company of America and I call in with
10    a question regarding my policy, I actually speak to
11    someone who works for UnumProvident Corporation?
12    A        That is correct.
13    Q        Okay.  And you said you made reference
14    to a General Service Agreement?
15    A        Services Agreement, yes.
16    Q        Is that between UnumProvident, Unum
17    Life Insurance Company of America, and a third
18    party?
19    A        No.  The one I'm referring to is
20    between UnumProvident Corporation and Unum Life
21    Insurance Company of America.
22    Q        Okay.  I would ask that that be filed
23    as a late exhibit.  And that would be Exhibit
24    No. 19.
25            MS. CLOUD:  There's no such thing as a
0042
1     late-filed exhibit.  If you would like to make a
2    request for that document, we will produce it.
3            MS. ENGLAND:  There is a such thing.
4            MS. CLOUD:  If you can show me in the
5    rules where the late-filed exhibit rule is, go
6    ahead.  We don't need to quibble about it.  But if
7    you will make a request for that document, we will
8    produce it.
9            MS. ENGLAND:  I'm requesting that you

10    provide that document as late-filed Exhibit No. 19.
11                  (Thereupon, the General Services
                    Agreement, if and when received,
12                  will be marked as late-filed
                  Exhibit No. 19.)
13
14            MR. BERKE:  So we'll know how to
15    proceed --
16            MS. CLOUD:  Just write me a letter.
17            MR. BERKE:  Well, what I'm asking is so
18    we'll know to proceed, are you saying that you will
19    not provide it as a late-filed exhibit?
20            MS. CLOUD:  Well, I'll provide it.  If
21    you want to make it a late-filed exhibit, I guess
22    you can do so over my objection.  But there's no
23    such thing as a late-filed exhibit.  If you can show
24    me the rule and convince me otherwise.
25            MR. BERKE:  You have told me not to
0043
1    argue with you.  I'm just going to get your position
2    and then we will go from there.  I just want to make
3    sure I understand what you're saying.
4            MS. CLOUD:  To be clear, you want the
5    General Services Agreement between UnumProvident
6    Corporation and Unum Life Insurance?
7            MS. ENGLAND:  Company of America.
8    That's correct.
9    BY MS. ENGLAND:
10    Q        Do you know if there are any other
11    General Services Agreements between Unum Life
12    Insurance Company of America and any other party?
13    A        Between Unum of America and any other
14    party, a general services agreement?
15    Q        Uh-huh.
16    A        At this point?  At this time?
17    Q        Yes.
18    A        Not that I know of.
19    Q        How long have you been the Vice
20    President, Corporate Secretary and Assistant General
21    Counsel for UnumProvident?
22    A        Since 1999.
23    Q        How long have you been an officer and
24    corporate secretary of Unum Life Insurance Company
25    of America?
0044
1    A        Since 1999.
2    Q        Where were you employed prior to 1999?
3    A        At Provident Companies, Inc.  It's the
4    same corporation as UnumProvident Corporation.  It
5    just changed its name.  But you asked me with
6    respect to a specific title and I gave the date for
7    that.
8    Q        I'm not arguing with you.
9    A        No.  I'm just explaining.
10    Q        So you were employed with Provident
11    before the merger?
12    A        It's the same company.  It had a

```
13     different name.
14     Q          How long have you been employed with
15     UnumProvident?
16     A          Since April of 1998.
17     Q          Where were you employed before?
18     A          Provident Life and Accident Insurance
19     Company.
20     Q          In what capacity?
21     A          Well, as counsel and corporate
22     secretary.
23     Q          And prior to that employment, where
24     were you employed?
25     A          United States Bankruptcy Court for the
0045
1      Eastern District of Tennessee.
2      Q          Which judge?
3      A          Judge Kelley and Judge Cooke.
4      Q          Were you a clerk?
5      A          No.
6      Q          What was your capacity?
7      A          It was called a State Administrator.
8      Q          And what was your time period of
9      employment there?
10     A          From January of 1988 -- no, '87 to
11     December of 1988.
12     Q          Okay.  I'm hoping that you will educate
13     me a little bit about this merger between Unum
14     Corporation, is that correct, and Provident?
15     A          There was a merger in 1999 between
16     UnumProvident Corporation and Provident Companies,
17     Inc.  It was effective June 30, 1999.
18                At the same time, Provident Companies,
19     Inc. changed its name to UnumProvident Corporation.
20     Provident Companies, Inc. was the -- subsequently,
21     changed its name, was the survivor in the merger.
22     Unum Corporation merged with and into Provident
23     Companies, Inc.
24     Q          And you would agree with me that
25     Provident Companies, Inc., which changed its name to
0046
1      UnumProvident, assumed certain liabilities of Unum
2      Corporation?
3      A          Unum Corporation?  It was merged into
4      us.
5      Q          And as a consequence of that merger,
6      you would agree with me, would you not, that
7      UnumProvident assumed some liabilities of Unum
8      Corporation?
9      A          Correct.
10     Q          And those liabilities are reported in
11     public documents, are they not?
12     A          UnumProvident's liabilities?
13     Q          The liabilities of Unum Corporation
14     that were assumed by UnumProvident in the merger.
15     A          It would have been reflected in the
16     financial statements.
17     Q          And can you look at Exhibit 14-B, which
```

18   is a table of contents for Exhibit 14-A. which was
19   the CD ROM of documentations provided in response to
20   the subpoena.
21           Can you look at that document and tell
22   me if there are any documents, according to that
23   table of contents, that would reflect the
24   liabilities assumed by UnumProvident in the merger?
25   A        The agreement and plan of merger would

0047

1    describe the effect of the merger on both the
2    companies and --
3    Q        And can you tell me what number of
4    document?
5           MS. CLOUD:  Let her finish her answer.
6    A        -- agreement plan of mergers noted as
7    tab number three and it would describe the merger
8    itself.  And I'm trying to recall if the
9    registration statement incorporated the financials
10   by reference.
11          MS. CLOUD:  Can we take a short break?
12          MS. ENGLAND:  Sure.
13              (Thereupon, a brief recess was
                 taken.)
14
15   BY MS. ENGLAND:
16   Q        Ms. Roth, I believe you were reviewing
17   Exhibit 14-B in response to my question.  Could you
18   identify any documents produced on the CD as listed
19   in that table of contents responsive to my question
20   regarding liabilities of Unum Corporation assumed by
21   UnumProvident in the merger.
22   A        I believe, as I stated, the agreement
23   and plan of merger, which is under tab number three,
24   would discuss the merger and its effect and what I
25   can't recall as to whether the financials would have

0048

1    been included.  The financials which would reflect
2    liabilities would have been included in the
3    registration statement on Form S4, which is under
4    tab number 35.  That's all that I've seen.
5              (Thereupon, the Form 8-A document
                 was marked as Exhibit No. 20 to
6                the deposition of Susan Roth and
                 filed herein.)
7
8    BY MS. ENGLAND:
9    Q        I want to show you what's marked as
10   Exhibit 20.  Can you identify that document?
11   A        Yes.  It's a Form 8-A, filed with the
12   SEC.
13   Q        What type of form is that?
14   A        It's a registration.  It was with
15   respect to Junior Subordinated Deferrable Interest
16   Debentures, Series A.
17   Q        Is there any reference in that document
18   to any liabilities assumed by UnumProvident in the
19   merger?

```
20    A           There is a reference to the assumption
21    in connection with the merger of obligations by
22    UnumProvident of obligations of Unum Corporation
23    under an indenture dated May 1st, 1995, between Unum
24    and Mellon Bank and a supplemental indenture.
25    Q           Do you know where those documents are
0049
 1    located, the indenture and the supplemental
 2    indenture?
 3    A           In the -- I don't recall specifically
 4    in the ordinary course.  Those indentures would be
 5    in the records room either here in Chattanooga or in
 6    our Portland offices.
 7    Q           Could you please look for those
 8    documents and see if you can provide those to your
 9    attorney and we would mark those as --
10                MS. CLOUD:  Hang on.  Give us just a
11    minute.  I'm not going to agree to anything until I
12    know what documents we're talking about.
13                MS. ENGLAND:  As long as you're not
14    instructing her on how to answer.
15                MS. CLOUD:  I'm not instructing her to
16    answer in any way, shape, or form.  You're
17    requesting that we produce indenture, these
18    indenture documents and before I make a statement on
19    the record whether we will agree to do so or not, I
20    want to understand what the documents are.  And
21    that's what I'm asking her about.
22                MR. BERKE:  Well, she can tell us.
23                MS. CLOUD:  She can tell me and then if
24    you want to ask her what they are.
25                MS. ENGLAND:  Well, they are referenced
0050
 1    in this exhibit, which has been provided, and
 2    they're public documents that have been filed, it's
 3    my understanding, with the SEC.
 4                MS. CLOUD:  Yes.  And I'm sorry.  I
 5    didn't review this document in preparation for the
 6    deposition today.  If she can simply just take a
 7    minute break and I find out what the documents are
 8    and then you can ask her whatever question you want.
 9    I'm not going to tell her how to answer any specific
10    question.  I'm just trying to find something out.
11                MS. ENGLAND:  Well, why don't you have
12    her provide the documents unless they're privileged.
13    And if you want to claim some kind of privilege,
14    then that's perfectly fine.
15                MS. CLOUD:  Well, if that's agreeable
16    to you, that's fine.  She can produce these
17    documents to me and then I'll make a determination
18    whether we're going to provide them or not.  If
19    that's agreeable to you at this stage in the
20    proceeding, fine.  But I didn't think that was going
21    to be agreeable.
22                MS. ENGLAND:  Well, if you need to
23    claim some kind of privilege, I'm sure we can take
24    it up with the judge, if necessary.
```

```
25              MS. CLOUD:  I'm not going to agree to
0051
1    produce something that may not have any relevance
2    whatsoever or lead to the discovery of admissible
3    evidence in this case until I know what they are and
4    whether it has any bearing on this case.
5              MS. ENGLAND:  Okay.
6              MS. CLOUD:  So that's all I was trying
7    to do.  I will have Ms. Roth provide these documents
8    to me so that I can take a look at them.  And I
9    understand that it is your request that they be
10   produced to you, and if we determine that they are
11   discoverable, we can produce them.  If we determine
12   they are not discoverable, you can take it up with
13   the judge.
14              MR. BERKE:  I would just like to make
15   one comment on your decision as to whether it's
16   discoverable.  The court has already instructed you
17   that the court provides great latitude in discovery
18   and the court overruled your prior motion.  And I
19   would just ask you to take that into consideration
20   before.
21              MS. CLOUD:  Mr. Berke, I appreciate
22   that edification.
23              MR. BERKE:  Any time.  What is the
24   exhibit number?
25              MS. ENGLAND:  It would be late-filed
0052
1    Exhibit No. 21.
2                        (Thereupon, the indentures and
                          supplemental indentures, if and
3                        when received, will be marked as
                          late-filed Exhibit No. 21.)
4
5    BY MS. ENGLAND:
6    Q              And we already talked about the fact
7    that Unum Life Insurance Company of America does not
8    have its own separate customer service department.
9    Would that be true for Unum Life Insurance Company
10   of America from the date of the merger to present?
11   A              No.
12   Q              At what times during June 30th, 1999 to
13   the present, did Unum Life Insurance Company of
14   America have its own separate customer service
15   department?
16   A              I'm trying to recall.  It either would
17   have changed January 1st of 2000 or January 1st of
18   2001.  I don't recall which of those years it was.
19   Q              Since either January 1st of 2000 or
20   January 1st of 2001, has UnumProvident Corporation
21   provided customer service for Unum Life Insurance
22   Company of America?
23              MS. CLOUD:  I'm going to object to the
24   form of the question.
25   A              Since whichever date it was effective,
0053
1    since the general services agreement was effective,
```

2    employees of UnumProvident Corporation have provided
3    services to Unum Life Insurance Company of America.
4    Q            Including customer service?
5    A            Including customer service.
6    Q            Where is the principal place of
7    business of Unum Life Insurance Company of America?
8    A            I believe the statutory home office is
9    2211 Congress Street, Portland, Maine.
10   Q            Where is the principal place of
11   business of UnumProvident Corporation?
12   A            Executive offices are in Chattanooga,
13   Tennessee.  But it has significant offices in
14   Portland, Maine, operations Portland, Maine;
15   Worcester, Massachusetts; and Columbia, South
16   Carolina in the U.S.
17   Q            Does Unum Life Insurance Company of
18   America have any claims representatives employed by
19   it?
20                MS. CLOUD:  From what time period?
21   Q            From January 1st, 2000 or January 1st,
22   2001, whenever the general services contract was
23   entered into.
24   A            Subsequent to the general services
25   agreement, Unum Life Insurance Company of America
0054
1    has had no employees.
2    Q            I'm sorry.  Could you repeat that?
3    A            Since the effectiveness of the general
4    services agreement, Unum Life Insurance Company of
5    America has had no employees.
6    Q            And to the best of your knowledge, that
7    was sometime around January 1st of 2000 or
8    January 1st of 2001?
9    A            I think it was 2001, yes.
10   Q            So Unum Life Insurance Company of
11   America does not have any employees in its principal
12   place of business located at 2211 Congress Street in
13   Portland, Maine?
14                MS. CLOUD:  Object to the form of the
15   question.
16   A            As I have stated several times now,
17   Unum Life Insurance Company of America has no
18   employees.
19   Q            Who sells Unum Life Insurance Company
20   of America's insurance policies?
21                MS. CLOUD:  From what time period?
22   Q            Well, let's just start with today.
23   A            Sales services are provided by
24   employees of UnumProvident Corporation.  And the
25   policies are also sold by agents that are licensed
0055
1    with Unum Life Insurance Company of America that are
2    third parties in the typical insurance fashion.
3    Q            Has that been the case since the entry
4    of the general services agreement?
5    A            Yes.
6    Q            Hang on just a second.

```
 7              Prior to the merger in 1999, who owned
 8  Unum Life Insurance Company of America?
 9  A              The ultimate holding company was Unum
10  Corporation.
11  Q              And they were the whole owners,
12  correct?
13  A              There was an intervening holding
14  company, but Unum Corporation was the ultimate
15  holder company.
16  Q              Who was the intervening holding
17  corporation or company?
18  A              Unum Holding Company.
19  Q              And we're talking about immediately
20  prior to the merger?
21  A              I think that's right from what I
22  recall.
23  Q              So your testimony is that Unum Life
24  Insurance Company of America, immediately prior to
25  the merger, was owned by Unum Holding Company who
0056
 1  was owned by Unum Corporation?
 2  A              That's correct.  But what I don't
 3  recall is whether there were any split ownership
 4  between Unum Holding Company and Unum Corporation.
 5  But that would be reflected -- in other words, I
 6  don't recall if Unum Holding owned 100 percent of
 7  Unum Life Insurance Company of America.  I know Unum
 8  Holding was 100 percent owned by Unum Corporation,
 9  but there may have been some split direct ownership
10  such that Unum America was owned partially by Unum
11  Holding and partially by Unum Corporation.  I just
12  don't recall.
13  Q              Do you remember filing an affidavit in
14  this case?
15  A              I don't specifically remember it.  I
16  don't doubt that I may have.  But I file affidavits
17  in a number of cases and I don't recall this one
18  specifically.
19  Q              Do you know whether Unum Corporation
20  exercised any control of Unum Life Insurance Company
21  of America prior to the merger?
22              MS. CLOUD:  Object to the form of
23  question.
24  A              It was the ultimate holding company and
25  it was either the indirect holder of a hundred
0057
 1  percent of the shares of Unum Life Insurance Company
 2  of America.
 3  Q              Do you know what, if any, control Unum
 4  Corporation exercised over Unum Life Insurance
 5  Company of America prior to the merger?  And to
 6  satisfy your counsel, I'll just limit it to two
 7  years prior.
 8              MS. CLOUD:  Object to the form of the
 9  question.
10  A              Could you explain to me -- it's a
11  little broad.  I need to understand what you're
```

```
12    trying to ask.
13    Q         I'm just trying to ask --
14    A         If there were officers?
15              MS. CLOUD:  What do you mean by
16    control?
17    A         Yeah.  Under insurance regulations, the
18    filings that you make, the holding company
19    statements and the filings that you make with the
20    State Insurance Department, then Unum Corporation
21    would have been reflected as being the ultimate
22    controlling person.
23    Q         Oh, by the way, that reminds me.  Is
24    Unum Life Insurance Company of America registered
25    with the insurance commission here in Tennessee?
0058
1     A         It's a Maine corporation.
2     Q         Okay.
3     A         So it's domiciled in Maine.  A holding
4     company statement is filed in each of the state's of
5     domicile for UnumProvident and its insurance
6     subsidiaries.
7     Q         Separately or together?
8     A         The states allow you to make one.  It's
9     on one document.  You file it in the different
10    states.  It's the same document.
11    Q         So UnumProvident files the document and
12    it lists all of its subsidiaries?
13    A         Insurance subsidiaries.
14    Q         Okay.  And does Unum Life Insurance
15    Company of America have a domicile in Tennessee?
16    A         It's a Maine corporation.  It's
17    licensed to do business as an insurance company in
18    Tennessee.
19    Q         And it's properly registered with the
20    insurance commission?
21    A         It has a certificate of authority.  It
22    has an insurance license from Tennessee, yes.
23    Q         Under the single filing for
24    UnumProvident Corporation?
25    A         That's a separate.  One is called a
0059
1     holding company statement and that's filed on behalf
2     of everyone.
3     Q         I'm sorry.  On behalf of?
4     A         On behalf of UnumProvident Corporation
5     and its underlying insurance subsidiaries.  Separate
6     and apart from that, each insurance company that is
7     doing business as an insurance company in a state
8     gets an insurance license from that particular
9     state's insurance department.  And Unum Life
10    Insurance Company of America is licensed in 49
11    states with the exception being New York.
12    Q         Just so we're clear.  I think you
13    already answered this question, but let me just ask
14    you again.
15              UnumProvident employees in Chattanooga
16    provide or do work on behalf of Unum Life Insurance
```

```
17    Company of America, correct?
18    A         Employees both here and in many other
19    locations, yes.
20              MS. ENGLAND:  We are waiting on some
21    documents.  Give me just a minute.  Let's just take
22    a break.
23                        (Thereupon, a brief recess was
                          taken.)
24
25    BY MS. ENGLAND:
0060
1     Q         I have a couple more questions for you
2     regarding some documents that were provided on the
3     CD ROM marked as Exhibit 14-A.  And if you'll bear
4     with us, those are being printed out.  One document
5     alone was over 200 and something pages.  So that's
6     why it's taking a little while.
7               What are group disability reinsurance
8     reserves?  Does that phrase mean anything to you?
9     A         Well, group disability refers to the
10    type of insurance that it is.  The disability
11    insurance that's sold on a group basis instead of an
12    individual basis.  And you're required to put up
13    reserves to back the liabilities that are expected
14    from that business.
15    Q         And Unum Life Insurance Company of
16    America issues group disability policies, correct?
17    A         It does.
18    Q         And who backs those policies?  Who puts
19    up the money to back those insurance policies?
20    A         Unum Life Insurance Company of America.
21    Q         And how does Unum Life Insurance
22    Company of America raise capital?
23    A         It's not a public company.
24    Q         It's privately owned?
25    A         Yes.
0061
1     Q         It is owned entirely by Unum Holding
2     Corporation, is it not?
3     A         No.
4     Q         No?  Who owns Unum Life Insurance
5     Company of America?
6     A         UnumProvident Corporation.
7     Q         The building located at 2211 Congress
8     Street, who owns that building?
9     A         I don't recall.
10    Q         You don't have any idea who pays the
11    taxes on that property?
12    A         I know that most of our buildings are
13    owned either at the holding company level or at the
14    insurance subsidiary level depending on when the
15    buildings were acquired.  I don't recall whether
16    there's been a transfer.  We have a number of
17    buildings that are owned by different entities.  And
18    I just don't recall whether the 211 Congress Street
19    is owned by Unum America or by UnumProvident.
20    Q         Are there separate corporate procedures
```

21    for UnumProvident Corporation that differ from
22    corporate procedures of the subsidiaries?
23    A       I don't understand what you mean by
24    corporate procedures.
25    Q       As far as day-to-day activities, or
0062
1    employment manuals, or any type of company policies,
2    are there separate company policies for each
3    company?
4    A       Unum of America, as I stated, has no
5    employees, so I don't believe there's any employee
6    policies.  They don't have benefit plans because
7    there are no employees.
8    Q       There was one document that I really
9    just had a very difficult time understanding.  I
10    want to ask you a couple of questions about it and
11    that is Exhibit No. 9.  Can you tell me what that
12    is?
13    A       It appears to be a list of vice
14    presidents for Unum Life Insurance Company of
15    America, Unum Corporation, and UnumProvident
16    Corporation.
17    Q       Have you ever seen that document
18    before?
19    A       You showed it to me this morning.
20    Q       Before you appeared here at this
21    deposition, have you ever seen that document?
22    A       Not that I recall.
23    Q       Did you have any involvement in the
24    preparation of that document?
25    A       Not that I'm aware of.
0063
1    Q       Do you understand that document?
2    A       From looking at it, I believe I
3    understand what the information that's set forth on
4    it is.
5    Q       Okay.  Could you please explain that to
6    me?
7    A       It appears as though there's a listing
8    of the company, an individual, the title that they
9    had at that company, the date on which they started
10    at the company, the date on which they changed to a
11    new job, and their termination date.
12    Q       Okay.  The date of the merger was
13    June 30th of '99; is that correct?
14    A       That's correct.
15    Q       Now, all the persons listed in Exhibit
16    No. 9 are vice presidents of either UnumProvident or
17    Unum Life Insurance Company of America; is that
18    correct?
19    A       Not currently.
20    Q       This is a list of vice presidents only,
21    whether they were previously vice presidents or
22    whether they are currently vice presidents of Unum
23    Life Insurance Company of America and UnumProvident
24    Corporation, correct?
25    A       It appears to be a list showing by

0064
1      company and by date individuals who were either vice
2      presidents, senior vice presidents, or executive
3      vice presidents of either Unum Life Insurance
4      Company of America or UnumProvident Corporation.
5      Q          If you'll look on page 20 at Donald
6      Boggs?
7      A          Don Boggs, okay.
8      Q          And it says executive VP operations
9      12/01/93 through 10/27/97.
10     A          Yes.
11     Q          But UnumProvident Corporation did not
12     exist in 1993 or '97, did it?
13     A          It existed in '97.
14     Q          UnumProvident Corporation?
15     A          Yes.  It had a different name.  But
16     it's justs like you still existed before you
17     married.  I don't know if you changed your name or
18     not, but it existed prior to that time.
19     Q          That has yet to be determined actually.
20     A          I waited until the birth of my second
21     child and then gave it up after I was tired of
22     people asking me if we were divorced.
23     Q          So you think that this list when it
24     says UnumProvident Corporation, it's either
25     referring to UnumProvident Corporation or Provident,
0065
1      Inc.?
2      A          Provident Companies, Inc. was the name
3      prior to that.  With respect to Don Boggs, he was in
4      our -- he came to us through the Paul Revere -- from
5      the Paul Revere.  And he became a vice president
6      of -- it looks like as of 10/27/97, he was executive
7      VP of Operations for UnumProvident and he became
8      senior vice president of risk management.
9      Q          What do you mean when you say
10     acquisition and I've also seen the date of
11     acquisition.  What does that mean?
12     A          We acquired a company called the Paul
13     Revere Corporation and it's underlying subsidiaries
14     in March of 1997.
15     Q          So when you acquire that company, are
16     you referring to ownership?
17     A          Yes.
18     Q          Are you referring to control?
19     A          I'm referring to we acquired the stock
20     of that company.
21     Q          We being UnumProvident?
22     A          Uh-huh.  I think it was at the time it
23     was Provident Companies, Inc.
24                MR. BERKE:  Just for the record, that
25     uh-huh was a yes?
0066
1      A          I don't remember where the uh-huh came,
2      but essentially, yes, we acquired the Paul Revere
3      Corporation and thereby it's underlying subsidiaries
4      in March of 1996 or '97.  '97.

```
 5    Q          Okay.  I think I only have a few more
 6  questions for you.
 7               We spoke previously about liabilities
 8  that UnumProvident -- liabilities of Unum Life
 9  Insurance Company of America that were assumed by
10  UnumProvident, Corp. in the merger.
11    A          No, we didn't.
12    Q          No, we did not?
13    A          No, we did not.  We spoke previously of
14  liabilities of Unum Corporation that were --
15    Q          I'm sorry.
16    A          -- that were assumed by UnumProvident
17  Corporation.
18    Q          Thank you for correcting me.  All these
19  Unum names.  It's kind of difficult to keep them all
20  straight.
21    A          I understand.
22    Q          And I asked you a question with regard
23  to the merger documents and if there were any
24  documents that would show the liabilities of Unum
25  Corp. that UnumProvident assumed in the merger and
0067
 1  you referred me to document number three and to
 2  document number 35.
 3    A          I said I couldn't recall if it had the
 4  financials in it or not.
 5    Q          Okay.  Well, we printed those just in
 6  case there is a document in there.
 7               MR. BERKE:  So we don't mix them up,
 8  why don't we mark three as the next exhibit and then
 9  35 after that?
10               MS. ENGLAND:  Do you want to retain
11  that exhibit because it's so large copying-wise?
12               MR. BERKE:  Yes.
13               MS. ENGLAND:  It's been produced on the
14  disk anyway.
15               MS. CLOUD:  Okay.
16               MS. ENGLAND:  It's document number
17  three on the disk.
18               MS. CLOUD:  Okay.
19                    (Thereupon, the reports of
                       documentation were marked as
20                     Exhibit Nos. 22 and 23 to the
                       deposition of Susan Roth and
21                     Exhibit 22 retained by counsel
                       and Exhibit 23 filed herein.)
22
23               THE WITNESS:  Okay.  In Exhibit 23,
24  there's the corporation by reference of reports
25  dated August 12th, 1998 and May 12th, 1999, relating
0068
 1  to the unaudited condensed interim financial
 2  statements of Provident Companies, Inc.
 3               And I saw one for Price Waterhouse
 4  relating to financial statements, schedules, and
 5  consolidated financial statements of Unum
 6  Corporation and subsidiaries as of December 31, '98
```

```
 7   and '97, for years ended of December 31, '98, '97
 8   and '96.  The financials which would have included
 9   references to liabilities would have been
10   incorporated by reference into this document.
11   Q           Is UnumProvident Corporation
12   responsible for any liabilities of Paul Revere?
13   A           Paul Revere what?
14   Q           The subsidiary that you acquired, that
15   UnumProvident acquired.
16            MS. CLOUD:  Today?
17   A           There was a -- Paul Revere Corporation
18   was acquired.  It wasn't merged.  Liabilities of
19   both the underlying insurance -- liabilities of
20   insurance subsidiaries remain liabilities of the
21   insurance subsidiaries.  Liabilities of Paul Revere
22   Corporation remain liabilities of Paul Revere
23   Corporation.  The distinction between that and Unum
24   Corporation being clear to understand that that's
25   not the same as Unum Life Insurance Company of
0069
 1   America is that Unum Corporation was merged, not
 2   acquired.  It was merged with and into Provident
 3   Companies, Inc.
 4   Q           Right.  I understand that.  So your
 5   answer is no?
 6            MS. CLOUD:  To what question?
 7            THE WITNESS:  I'm sorry.  Can you read
 8   back the question?  I'm sorry.  I apologize.
 9                     (Thereupon, the court reporter
10                     read the requested portion of the
                       record.)
11            THE WITNESS:  Not to my knowledge.
12   BY MS. ENGLAND:
13   Q           Who would have purchased reinsurance
14   agreements for Unum Life Insurance Company of
15   America's policies?
16   A           If they are reinsurance agreements that
17   involve Unum Life Insurance Company of America,
18   those would have been entered into by Unum Life
19   Insurance Company of America.
20   Q           Are you familiar with the payment of
21   policies issued by Unum Life Insurance Company of
22   America or any other subsidiary of UnumProvident
23   Corporation?
24   A           I don't know what payment of policies
25   means.
0070
 1   Q           Payment of benefits under --
 2   A           Payment of benefits under policies?
 3   Q           Yes.  Are you familiar with that?
 4   A           They are benefits that are paid under
 5   policies issued by the insurance subsidiaries.
 6   Q           Do you have a working knowledge of the
 7   payment of those benefits?
 8   A           I have a general knowledge that
 9   payments are made on those policies.
10   Q           And does each subsidiary issue a check
```

```
11     to the policyholder?
12     A          Payments are made -- a policy of a
13     specific insurance company, if benefits are payable
14     under that policy, the benefits are paid from that
15     company.  They pay the benefits for their policies.
16     Q          Okay.  So, say, for instance, it's the
17     Susan Roth Company?
18     A          You would have to have the word
19     insurance in that.
20     Q          It would say on the check, Susan Roth
21     Insurance Company?
22     A          Not necessarily.
23     Q          Or would it possibly say UnumProvident?
24     A          It would depend on the agreements that
25     are in place.  It would come from the assets of the
0071
1      insurance company.  But what the check would say, I
2      don't know.
3      Q          Did you find any additional documents
4      responsive to my previous question in Exhibit No.
5      22?  I believe you just looked through that.
6      A          Well, that is the document that is
7      responsive.  It would cover the fact that the
8      merger -- that Unum was merging into Provident and
9      therefore the liabilities of Unum Corporation would
10     become --
11     Q          Okay.  Have you ever seen this
12     document?
13     A          I don't recall ever having seen this
14     document.
15     Q          Do you know if it's standard policy for
16     the payment of benefits?  Is it standard policy that
17     an insurance company writes the insurance policy
18     number on the check when it pays benefits to the
19     policyholder?
20     A          I don't know.
21                MS. ENGLAND:  Give me just one minute.
22     Let me make sure I don't have any more questions.
23                          (Thereupon, a brief recess was
                              taken.)
24
25
0072
1      BY MS. ENGLAND:
2      Q          Okay.  Just a few more questions.
3                 Looking at the subpoena again, I just
4      want to make sure that we have covered what has not
5      been produced.  You stated that are no documents
6      that would be responsive to request number nine;
7      correct?
8      A          No.  I said that none has been produced
9      and there would be nothing currently.  There may
10     have been at a time -- I mean, there may be
11     documentation in times past.  I just have no
12     knowledge of that.
13     Q          Okay.  Are there documents responsive
14     to number ten that haven't been produced today?
```

```
15   A        No.
16   Q        Number 11, are there documents
17   responsive to number 11 that have not been produced?
18   A        I don't know.
19   Q        Number 18?
20   A        There are documents -- there are
21   reinsurance agreements between Unum Life and another
22   insurer.
23   Q        And who is that insurer?
24   A        I don't know.  It would be numerous.
25   Q        I'm sorry.  Let's go back to number 12.
0073
 1   Are there any other documents responsive to number
 2   12 that haven't been produced?
 3   A        I don't believe there are any documents
 4   that would be responsive to that.
 5            MS. ENGLAND:  Okay.  I don't think I
 6   have any more questions.
 7            FURTHER THIS DEPONENT SAITH NOT
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0074
 1                  WITNESS CERTIFICATE
 2
 3        I, SUSAN ROTH, do hereby certify:
 4        That I have read and examined the contents
     of the foregoing pages of record of testimony as
 5   given by me at the time and place herein
     aforementioned;
 6
          And that to the best of my knowledge and
 7   belief the foregoing pages are a complete and
     accurate record of all the testimony given by me at
 8   said time, except as noted on the errata sheet
     attached hereto.
 9
          I have_____ or have not_____ made
10   corrections to be attached.
11
12                              _____
                                   SUSAN ROTH
```