# ATTACHMENT

# "T"

ATTACHMENT "T"



**From:** Estrada, Brandon R
**Sent:** Friday, August 06, 2004 11:27 AM
**To:** Connally, Bonita K
**Cc:** Parker, Terri L
**Subject:** RE: Aging MUUPS

▬▬- I will image the PRE/EX information in claim file, waiting on records from BH provider from October 2003 to current.
▬▬Medical Records dept just paid the invoice, so awaiting meds and will take to MDM.
▬▬ Left message this morning.
Betty Bullard- Tolling letter going to be sent as all medical needs to be retrieved.
▬▬ Will follow-Up.
▬▬Spoke this morning, EE going to both AP's and will sign authorization and they will fax, also sent her another copy of an authorization for our file.
▬▬- Waiting to close on 08/12/2004.

Thanks, I am trying to keep on top of these now!

Brandon R. Estrada
Disability Benefits Specialist
Behavioral Health Unit
Chattanooga Home Office
Ph: 1-800-633-7479, ext 41123
Fax: 423-755-3009
4N L 9
BEstrada@unumprovident.com


-----Original Message-----
**From:** Connally, Bonita K
**Sent:** Friday, August 06, 2004 11:19 AM
**To:** Estrada, Brandon R
**Cc:** Parker, Terri L
**Subject:** Aging MUUPS

Good morning. In follow up to my earlier e-mail, I am sending a listing with status of the older MUUPS.



|   | | |
|---|---|---|
| | Pre-ex investigation pending | 45 days |
| | Meds pending; fu 8/19 | 42 |
| | Need fu now;TPC with CC | 74 |
| | Withdrawal date 8/12 | 84 |
| Betty Bullard | Meds pending; fu 8/27 | 57 |
| | Meds pending; fu now | 70 |
| | No action taken; please fu now | 45 |

Please let me know if you need assistance or would like to discuss. I will follow up with you again at the end of next week to determine what type of progress we have made. Please remember that we should request meds, clearly explain to the cx what is pending, and provide for a follow up date that we will make a determination based on the information in the claim file. This should be done by TPC and followed by a letter.

Bonita Connally
Disability Benefits Consultant
Chattanooga, TN
Phone: 423-294-2332

UAMSSUPP00011