# ATTACHMENT "U"

ATTACHMENT "U"



21_ Southbridge P_ _ay • Suite 450
Bir_ _ _ _gham • Alabama 35209
205 803-0051 • FX 205 803-0053



THOMAS O. SINCLAIR
tsinclair@cwp-law.com

April 25, 2006

**VIA FACSIMILE**
**VIA US MAIL**
Douglas W. Fink
Hand Arendall, LLC
PO Box 123
Mobile, AL 36601

Re:   Betty Bullard v. UnumProvident Corporation, et. al.
      U.S. District Court, Middle District of Alabama
      Civil Action No.: 2:05-CV-1217-VPM

Dear Mr. Fink:

I am in receipt of your April 20, 2006 correspondence. As I understand it your clients have now completed their document production and provided their initial responses to Plaintiff's first set of discovery requests. These discovery requests were served and received within the law department at UnumProvident on November 23, 2005. Our parties planning meeting was conducted on February 1, 2006 and the Court entered the uniform scheduling order on February 6, 2006. Therefore, your client was accommodated some 76 days from the date of the entry of the scheduling order, and some 5 months from the date they initially received these responses in which to provide responses. I trust that similar accommodations will be provided to the Plaintiff in the future.

First, allow me to address the designation of "confidential" and your client's use of that designation. So far your client has designated as confidential documents which I have been provided on numerous occasions without the entry of a protective order. I trust your client is not attempting to abuse that confidentiality designation afforded it within the protective order. For example, we will provide the following challenge pursuant to the protective order, and notice that these documents may be provided to the Court in a timely fashion: documents bates numbered UNUM303 to 327, UNUM200001 to 202192.

Further, please allow this correspondence to serve as Plaintiff's attempts pursuant to Rule 37 of the Federal Rules of Civil Procedure to resolve certain discovery disputes. These same disputes have arisen in more than a dozen other cases with your client, and in every case it has been necessary to file a motion to compel on these topics as such I will only be allowing 14 days from the date of this



Douglas W. ○○k
April 25, 2006
Rule 37 letter, page 2

correspondence in which your client may respond by producing additional documents or amending its prior discovery responses. If your client does not provide additional responses within the next 14 days we will be filing a motion to compel on the following discovery responses:

- UnumProvident's first interrogatory responses 4, 12, and 17;
- UnumProvident's responses to Plaintiff's first interrogatories number 4, 6, 18, and 19; and
- UnumProvident's response to Plaintiff's first request for production number 1 through 17, 21 through 26, 28 through 31, 34 through 36, 39 through 41, 43, 47, 49, 62 through 64, 68, 70, 75, 77, and 79.

Because I have dealt with your client on several occasions about these very same discovery requests I can tell you that these topics are not only familiar to your client, but they have been the subject of prior Court orders. Please be aware of the fact that I will be providing copies of those orders to the Court in this matter along with our motion to compel on these topics.

If you have any further questions or concerns, or feel that additional discussion would be helpful to your client, please contact me before the end of this week. If we do not hear from your client we will be moving forward with filing a motion to compel at the end of the time period set out above.

Sincerely,

Thomas O. Sinclair

TOS/syc