# ATTACHMENT "V"

ATTACHMENT "V"



Henry T. Morrissette
Direct Dial (251) 694-6364
Direct Fax (251) 544-1625
hmorrissette@handarendall.com

3000 AMSOUTH BANK BUILDING ▪ 107 SAINT FRANCIS STREET ▪ MOBILE, ALABAMA 36602 ▪ (251) 432-5511
Post Office Box 123 ▪ Mobile, Alabama 36601 ▪ Facsimile: (251) 694-6375

January 15, 2007

**VIA OVERNIGHT MAIL**
Thomas O. Sinclair, Esquire
Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

    Re:    Case No. : 2005-1217 (U.S. District Court, Middle District of AL, Northern Div)
             *Betty Bullard v. UnumProvident Corporation, et al.,*

Dear Tom:

    I am enclosing copies of the certificate booklets and policies for each of the long-term disability policies that applied to your client.

    It appears that the policy that we originally produced as being the policy applicable to your client was not the correct policy. The documents Bates labeled BULLLTDAP1 through BULLLTDAP85 is the long-term disability policy and certificate that would have been applicable to your client's claim.

    Please call me if you have any questions.

                                Very truly yours,

                                Henry T. Morrissette
                                For the Firm

HTM/joc