IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendants UnumProvident Corporation and Unum Life Insurance Company of America move this Court for an Order allowing defendants to file certain confidential documents under seal. These documents would be filed in conjunction with the Motion for Entry of Protective Order filed herewith seeking to have the Court declare that the documents referenced in the Motion for Entry of Protective Order be maintained as confidential under the agreed upon Stipulated Protective Order. Also filed herewith is a proposed Order concerning the above.

Respectfully submitted,

s/Henry T. Morrissette
HENRY T. MORRISSETTE     (MORRH7622)
DOUGLAS W. FINK     (FINKD3798)
Attorneys for Defendants
UnumProvident Corporation and
Unum Life Insurance Company of America

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, **February 5, 2007**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Henry T. Morrissette*

581363