IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

For good cause, it is ORDERED that the Motion for Leave to File Documents Under Seal, filed by Defendants Unum Life Insurance Company of America and UnumProvident Corporation on February 5, 2007, is GRANTED.

Accordingly it is further ORDERED that the Clerk of the court shall maintain the the documents referenced in defendants' Motion for Leave under seal until further order of the Court.

DONE this _____ day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE