IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendants Unum Life Insurance Company of America and UnumProvident Corporation file the following Motion for Protective Order pursuant to Federal Rule of Civil Procedure 26 and to the terms of the Stipulated Protective Order in the above-referenced case (Document No. 15). As grounds therefore, defendants state the following:

1. Defendants have produced certain documents to plaintiff designated as "confidential" pursuant to the terms of the Stipulated Protective Order.

2. Plaintiff has challenged the confidentiality designation pursuant to the Stipulated Protective Order.

3. Defendants designated these documents as confidential because they are confidential business documents memorializing intra-company communications between employees of defendants concerning a major business account. Specifically, the

documents are UNUM211743 through 211765, UNUM211783 through UNUM211789, UNUM211795, UNUM211844 through 211845, UNUM211867 through UNUM211886, UNUM211900 through UNUM211906, UNUM211986, and UNUM211988 through UNUM211989[1]. These documents constitute confidential information and intra-company communications concerning the account of the Annuity Board of the Southern Baptist Convention[2]. For that reason, Unum Life treats these documents as confidential business documents and contends that they should not be available for public distribution. Defendants have requested leave to file copies of these documents under seal for the Court to review in a motion filed herewith.

4.     Defendants certify that they have held a conference call with counsel for plaintiff regarding this designation, but have been unable to resolve this matter.

For the above reasons, defendants request that this Court issue an Order that the above designated documents be maintained as "confidential" in accordance with the Protective Order.

---

[1] Documents UNUM211767 through UNUM211773 and UNUM211888 through UNUM211896 consist of two lists of employer participants of the Plan other than plaintiff's employer, from which the names of the entities other than plaintiff's employer have been redacted. Once redacted, there is no further need to designate the documents confidential.

[2] Defendants have withdrawn their confidentiality designation as to certain attachments to these documents, which were originally designated confidential as part of the Account Management Database, but were determined to be otherwise available.

Respectfully submitted,

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE   (MORRH7622)
DOUGLAS W. FINK        (FINKD3798)
Attorneys for Defendants
UnumProvident Corporation and
Unum Life Insurance Company of America

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:   (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, **February 5, 2007**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Henry T. Morrissette*

579305

- 3 -