IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1217-MEF |
| | ) | |
| UNUMPROVIDENT CORPORATION, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Partial Summary Judgment (Doc. #79) filed on February 5, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on February 26, 2007.

It is further ORDERED that the defendants file a response which shall include a brief and any evidentiary materials on or before February 19, 2007. The plaintiff may file a reply brief on or before February 26, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 6th day of February, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE