IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1217-MEF |
| | ) | |
| UNUMPROVIDENT CORPORATION; | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTIONS

On 05 February 2007, Defendants Unum Life Insurance Company of America and

UnumProvident Corporation filed a joint Motion for Leave to File Documents under Seal

(Doc. #81).  Defendants also filed a Motion for Entry of Protective Order (Doc. #82).  Their

motion to file documents under seal requested that the Court order Defendants to file "certain

confidential documents under seal" without specifying the nature or name of those

documents. (Doc. #81). Defendants have identified the following documents in their Motion

for Entry of Protective Order:

(1). UNUM211743 through UNUM211765,

(2). UNUM211783 through UNUM211789,

(3). UNUM211795

(4). UNUM211844 through UNUM211845

(5). UNUM211867 through UNUM211886

(6). UNUM211900 through UNUM211906

(7). UNUM211986

(8). UNUM211988 through UNUM211989.

Defendants request that the Court maintain these documents as "confidential" in accordance

with the Stipulated Protective Order.  (Doc. #15, 82).  The Court presumes that the above-

referenced documents are the documents Defendants requests to file under seal.

Accordingly, for good cause, it is

ORDERED that Defendants' motions are (Doc. #81, #82) are GRANTED.  It is

further

ORDERED that the above-identified documents shall be maintained as "confidential"

in accordance with the Stipulated Protective Order.  (Doc. #15).  It is further

ORDERED that the above-identified documents shall be filed with the Court on or

before 20 February 2007.  It is further

ORDERED that the Clerk of Court shall maintain the documents referenced above

until further order of the Court.

DONE this 6th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE