IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY BULLARD                          §

      Plaintiff,                     §

vs.                                    §     CASE NO. 2:05-cv-1217-MEF

UNUMPROVIDENT CORPORATION;             §
UNUM LIFE INSURANCE COMPANY
OF AMERICA, et al.,                    §

      Defendants.                    §

## RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO UNUM LIFE INSURANCE COMPANY OF AMERICA

Defendant Unum Life Insurance Company of America ("Unum Life") responds to

Plaintiff's First Request for Admissions as follows:

### INDIVIDUAL RESPONSES

**REQUEST NO. 1:**    Admit or deny that you did not deliver a copy of a policy (long-term disability policy, short-term disability policy or any other policies issued by you or any of your subsidiary corporations) to the plaintiff.

**RESPONSE:** Unum Life admits that it delivered a copy of the long-term disability policy and a copy of the group life insurance policy to the policyholder, the Annuity Board of the Southern Baptist Convention ("Annuity Board"). Unum Life provided certificate booklets for delivery to employees of employers who participate in the Plan and provide coverage to their employees under the Plans. Under the agreement between the Annuity Board and Unum Life, the Annuity Board is responsible for providing certificates of coverage to those individuals covered under the Plans through their employers.



DEFENDANT'S EXHIBIT A

HENRY T. MORRISSETTE (MORRH7622)
DOUGLAS W. FINK        (FINKD3798)
Attorneys for Defendants
Unum Life Insurance Company of America,
UnumProvident Corporation

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **5th day of February, 2007**, served a copy of the foregoing pleading on the following listed counsel of record by mailing the same by United States mail, property addressed and first class postage prepaid.

COUNSEL OF RECORD:

Thomas O. Sinclair, Esquire
Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209

579848

2