LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER:   2:05-CV-1217-MEF

Betty Bullard,

    Plaintiff,

vs.

UnumProvident Corporation, et al.,

    Defendants.



S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Betty Bullard may be taken before Sara Mahler, CSR, at the offices of Beasley, Allen, Crow, Methvin, Portis & Miles, at 272 Commerce Street, Montgomery, Alabama 36103, on the 8th day of March, 2006.

DEPOSITION OF BETTY BULLARD

46798



1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 305

become involved -- You don't have present plans to become involved in any business ventures?

A. No.

Q. You don't have present plans to seek employment anywhere?

A. No.

Q. Ms. Bullard, in your complaint you allege in count one that: The defendant's breached their policies of insurance that have been marked as Exhibits 3 and 4 of this deposition. Have you reviewed the policies that have been marked as Exhibits 3 and 4 of this deposition? Have you ever read them?

A. No. Not the whole policy. Just descriptions.

Q. Okay. Just descriptions, including the one that you testified earlier you received from the Convention; correct?

A. Yes.

Q. Even since filing this claim and getting copies of the policies, you've

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 306

not read them?

        MR. SINCLAIR:  Objection to the form.

A.    No.

Q.    Do you understand that you had to meet the definitions of disability in the policies in order to be entitled to benefits under the policies?

        MR. SINCLAIR:  Same objection.

A.    Yes.

Q.    You understood that the policies are contracts and that the parties would be bound by the terms of the contracts; correct?

        MR. SINCLAIR:  Hold on a second.  I will object to the form to the extent you're capable of answering.  You may answer the gentleman's question.

A.    And could you repeat it again.

Q.    Sure.  You understand that the policies are contracts, and that the parties will be bound by the terms of the contracts; correct?