IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF FILING DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Defendants UnumProvident Corporation ("UnumProvident") and Unum Life Insurance Company of America ("Unum Life") hereby provide this notice of filing of the Declaration of Timothy E. Cook as a supplement to and in support of defendants' Motion for Protective Order filed with the Court at Document No. 82. Pursuant to the Court's Order, defendants are filing the documents referenced in the Declaration under seal under separate cover pursuant to the Court's Order (Document No. 85).

- 1 -

Respectfully submitted,

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE    (MORRH7622)
DOUGLAS W. FINK         (FINKD3798)
Attorneys for Defendants
UnumProvident Corporation and
Unum Life Insurance Company of America

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, **February 8, 2007**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com

*s/Henry T. Morrissette*