IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |

## DECLARATION OF TIMOTHY E. COOK

I, Timothy E. Cook, state the following:

1. My name is Timothy E. Cook. I am over the age of nineteen years and competent to make this Declaration. I have personal knowledge of the matters set forth below.

2. I am employed as Director of Operation Consultants and Short-Term Disability Quality Assurance with UnumProvident Corporation.

3. The materials referenced in the Motion for Protective Order are documents from the Account Management Database maintained by UnumProvident Corporation. These documents relate to the Annuity Board of the Southern Baptist Convention ("Annuity Board"). Documents UNUM211743 through 211765, UNUM211795, UNUM211867 through UNUM211886, and UNUM211986, constitute confidential commercial information and communications within the company concerning this business client. This information is maintained within the company as confidential and is not disclosed outside of the company.

4. Documents UNUM211783 through 211789, UNUM211844 through UNUM211845, UNUM211900 through UNUM211906, and UNUM211988 through

UNUM211989, are documents containing communications from the Annuity Board, but they refer and contain information relating to specific individuals who are provided coverage under the Annuity Board plans, and are maintained as confidential for that reason.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February __8__, 2007.

_____
TIMOTHY E. COOK