IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | § | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

Defendants UnumProvident Corporation ("UnumProvident") and Unum Life Insurance Company of America ("Unum Life") hereby provide this notice of filing of the attached documents under seal pursuant to the Court's Order dated February 6, 2007 (Document No. 85). The actual documents will be attached to the hard copy of this motion forwarded to the clerk's office. The documents are Bates labeled as:

UNUM211743 through 211765;

UNUM211783 through 211789;

UNUM211795;

UNUM211844 through UNUM211845;

UNUM211867 through UNUM211886;

UNUM211900 through UNUM211906;

UNUM211986; and

UNUM211988 through UNUM211989

Respectfully submitted,

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE        (MORRH7622)
DOUGLAS W. FINK              (FINKD3798)
Attorneys for Defendants
UnumProvident Corporation and
Unum Life Insurance Company of America


OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Phone: (251) 432-5511
Fax:    (251) 694-6375


## CERTIFICATE OF SERVICE

I hereby certify that on this day, **February 9, 2007**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

tsinclair@cwl-law.com


*s/Henry T. Morrissette*

- 2 -