# ATTACHMENT "A"

ATTACHMENT "A"

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BETTY BULLARD,                      )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             ) CIVIL ACTION FILE
                                    ) NO. 2:05-cv-1217-MEF
UNUMPROVIDENT CORPORATION;          )
UNUM LIFE INSURANCE                 )
COMPANY OF AMERICA; GENEX           )
SERVICES, INC.,                     )
                                    )
        Defendants.                 )


NOVEMBER 30, 2006

DEPOSITION OF TERESA B. WARD

APPEARING FOR THE PLAINTIFF:

THOMAS O. SINCLAIR, ESQUIRE
JENIFER WALLIS, ESQUIRE
CAMPBELL, WALLER & POWER
2100-A SOUTH BRIDGE PARKWAY
SUITE 450
BIRMINGHAM, ALABAMA  35209

APPEARING FOR THE DEFENDANTS:

HENRY T. MORRISSETTE, ESQUIRE
HAND ARENDALL
3000 AMSOUTH BANK BUILDING
107 ST. FRANCIS STREET
MOBILE, ALABAMA 36602


CATHY H. KERLEY, RPR
HALL AND ASSOCIATES
1010 MARKET STREET, SUITE 402
CHATTANOOGA, TENNESSEE  37402
423-267-4328

1                     I N D E X

                                                Page
2  Deposition of TERESA B. WARD
        Direct Examination by Mr. Sinclair      4
3

4                     EXHIBITS

5  No.        Description                       Page

6   1        Notice of Deposition                4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                          Page 40
 1  A          That was handled at the time of the      14:13:22
 2  claim coming in and it was handled by the intake    14:13:26
 3  department.                                         14:13:30
 4  Q          Okay. So the intake department           14:13:30
 5  would be responsible for searching for coverages    14:13:32
 6  available to particular claimants?                  14:13:34
 7  A          Yes.                                     14:13:36
 8  Q          Okay. All right. Do you know --          14:13:38
 9  never mind. I'll move on.                           14:13:48
10             All right. Under the terms of the        14:13:50
11  long-term disability policy, did that insure all    14:13:52
12  of the employees of the Annuity Board of the        14:14:00
13  Southern Baptist Convention?                        14:14:02
14  A          I would have to look at the policy       14:14:06
15  to find out who all it covered.                     14:14:08
16  Q          I mean, because you say                  14:14:10
17  policyholder. You say the policyholder was the     14:14:14
18  Annuity Board of the Southern Baptist Convention;   14:14:18
19  right?                                              14:14:20
20  A          Correct.                                 14:14:20
21  Q          Does that mean that the actual           14:14:22
22  entity itself was provided coverage under the       14:14:24
23  terms of the policy?                                14:14:26
24             MR. MORRISSETTE: Object to the           14:14:28
25  form.                                               14:14:30
```

```
                                                      Page 41
 1  A            I know in Ms. Bullard's situation,      14:14:30
 2  that she worked for a Baptist church that was        14:14:34
 3  covered under the policy of the Annuity Board of    14:14:38
 4  the Southern Baptist.                                14:14:42
 5  Q            Okay.  Well, I mean, the Annuity        14:14:44
 6  Board of the Southern Baptist Convention is an       14:14:46
 7  entity, a legal entity; right?                       14:14:48
 8  A            I can't --                              14:14:52
 9  Q            Okay.  Well, in that case assume it     14:14:54
10  is for the purpose of this question.  What           14:14:56
11  coverage was provided to the entity under the        14:15:00
12  terms of the LTD policy?                             14:15:02
13               MR. MORRISSETTE:  Object to the         14:15:04
14  form.                                                14:15:04
15  A            I don't -- I don't know.                14:15:04
16  Q            Okay.  I mean, did they have their      14:15:08
17  building insured under the policy?                   14:15:10
18  A            No.                                     14:15:12
19  Q            Okay.  Did they have -- I don't         14:15:12
20  know.  Did they have liability insurance under       14:15:18
21  the terms of the policy?                             14:15:22
22               MR. MORRISSETTE:  Object to the         14:15:22
23  form.                                                14:15:22
24  A            Not that I'm aware of.                  14:15:22
25  Q            Okay.  So the insureds in this          14:15:24
```

Page 42

```
 1  particular policy, the LTD policy at issue in         14:15:32
 2  Ms. Bullard's case, the insureds were the             14:15:36
 3  employees?                                            14:15:38
 4           MR. MORRISSETTE:  Object to the              14:15:40
 5  form.                                                 14:15:42
 6  A      To the extent that her particular              14:15:42
 7  church that she was employed with would have been     14:15:46
 8  covered under that entity, as we mentioned, the       14:15:48
 9  Annuity Board of the Southern Baptist, she would      14:15:52
10  have been considered an employee in terms of the      14:15:56
11  contractual language.                                 14:16:00
12  Q      Okay.  The church she was set up               14:16:02
13  under, did that church as an entity have any          14:16:04
14  coverage under the LTD policy?                        14:16:08
15  A      They were covered under the plan               14:16:10
16  that was set up by the Annuity Board of the           14:16:14
17  Southern Baptist Convention.                          14:16:18
18  Q      Okay.  But the church that she works           14:16:18
19  for as an entity, did it have any liability           14:16:20
20  coverage available to it under the policy?            14:16:24
21           MR. MORRISSETTE:  Object to the              14:16:26
22  form.                                                 14:16:26
23  A      I don't know where -- I don't                  14:16:26
24  understand what you're trying to ask.                 14:16:28
25  Q      Okay.  How do you determine when you           14:16:30
```

Page 43

```
 1  use the phrase policyholder?  You said that the       14:16:36
 2  Annuity Board of the Southern Baptist Convention      14:16:40
 3  is the policyholder in this case.  Wasn't             14:16:40
 4  Ms. Bullard a policyholder?                           14:16:44
 5           MR. MORRISSETTE:  Object to the              14:16:46
 6  form.                                                 14:16:48
 7  A        Yes, she is.                                 14:16:48
 8  Q        She is.                                      14:16:48
 9  A        Well --                                      14:16:50
10           MR. MORRISSETTE:  Object to the              14:16:50
11  form.  The policy speaks for itself in the --         14:16:50
12           MR. SINCLAIR:  Thank you.  She's             14:16:54
13  answered the question.                                14:16:54
14  BY MR. SINCLAIR:
15  Q        Okay.  You said, yes, Ms. Bullard is         14:16:56
16  a policyholder, but the question I've got is how      14:16:58
17  is the Annuity Board of the Southern Baptist          14:17:00
18  Convention insured in any way under these             14:17:04
19  policies?                                             14:17:08
20  A        And --                                       14:17:12
21           MR. MORRISSETTE:  Object to the              14:17:14
22  form.                                                 14:17:14
23  A        -- I don't understand the legalese           14:17:14
24  of the contractual --                                 14:17:18
25           MR. MORRISSETTE:  If you want to             14:17:18
```

```
                                                            Page 44
 1  refer to the contract, you can.  I also object to    14:17:20
 2  the form.                                            14:17:24
 3            MR. SINCLAIR:  Thank you.  If you'd        14:17:24
 4  like to answer her question, you can --              14:17:26
 5            MR. MORRISSETTE:  She's entitled to        14:17:26
 6  refer to the contract.                               14:17:26
 7            MR. SINCLAIR:  Sure, she is, but           14:17:26
 8  she's the one that used the term policyholder.       14:17:30
 9            MR. MORRISSETTE:  The contract             14:17:30
10  speaks for itself.  Whether she says she's a         14:17:32
11  Martian, it doesn't mean anything.  It's the         14:17:34
12  contract.                                            14:17:36
13            MR. SINCLAIR:  Okay.  Thank you.           14:17:38
14  That's your objection to the form.  Please stick     14:17:38
15  to that from now on and we'll move along.            14:17:40
16  BY MR. SINCLAIR:                                     14:17:44
17  Q        Do you want to look at the policy           14:17:44
18  real quick?                                          14:17:46
19  A        I'm getting to it.                          14:17:46
20  Q        Okay.  I'm sorry.  I could probably         14:18:04
21  help you search for it.                              14:18:06
22  A        I've got it.                                14:18:08
23  Q        You've got it.  All right.  If you          14:18:10
24  would please identify the Bates number range         14:18:10
25  you're looking at when referring to the policy in    14:18:12
```

Page 44

```
 1  refer to the contract, you can.  I also object to      14:17:20
 2  the form.                                              14:17:24
 3          MR. SINCLAIR:  Thank you.  If you'd            14:17:24
 4  like to answer her question, you can --                14:17:26
 5          MR. MORRISSETTE:  She's entitled to            14:17:26
 6  refer to the contract.                                 14:17:26
 7          MR. SINCLAIR:  Sure, she is, but               14:17:26
 8  she's the one that used the term policyholder.         14:17:30
 9          MR. MORRISSETTE:  The contract                 14:17:30
10  speaks for itself.  Whether she says she's a           14:17:32
11  Martian, it doesn't mean anything.  It's the           14:17:34
12  contract.                                              14:17:36
13          MR. SINCLAIR:  Okay.  Thank you.               14:17:38
14  That's your objection to the form.  Please stick       14:17:38
15  to that from now on and we'll move along.              14:17:40
16  BY MR. SINCLAIR:                                       14:17:44
17  Q        Do you want to look at the policy             14:17:44
18  real quick?                                            14:17:46
19  A        I'm getting to it.                            14:17:46
20  Q        Okay.  I'm sorry.  I could probably           14:18:04
21  help you search for it.                                14:18:06
22  A        I've got it.                                  14:18:08
23  Q        You've got it.  All right.  If you            14:18:10
24  would please identify the Bates number range           14:18:10
25  you're looking at when referring to the policy in      14:18:12
```

Page 45

```
 1  this case.                                                14:18:14
 2  A           00520 to 00568.                               14:18:14
 3  Q           Okay.  All right.  Now, you used the          14:18:28
 4  term policyholder and you said the Annuity Board          14:18:34
 5  of the Southern Baptist Convention is the                 14:18:40
 6  policyholder.  Are you using that because that's          14:18:42
 7  what's stated on UACL-5 -- I can't read the rest          14:18:44
 8  of that.                                                  14:18:48
 9            MR. MORRISSETTE:  21.                           14:18:50
10  A           Yes.
11  Q           Okay.  But Ms. Bullard was an                 14:18:54
12  insured under this policy; right?                         14:18:56
13            MR. MORRISSETTE:  Object to the                 14:18:58
14  form.  Calls for a legal conclusion.                      14:19:00
15  A           She had coverage under this policy.          14:19:04
16  Q           Okay.  She was provided insurance             14:19:06
17  coverage under this policy; right?                        14:19:08
18            MR. MORRISSETTE:  Object to the                 14:19:12
19  form.                                                     14:19:12
20  A           Yes.                                          14:19:12
21  Q           Okay.  Ms. Bullard had an insurance          14:19:14
22  policy with Unum Life Insurance Company of                14:19:18
23  America; right?                                           14:19:26
24            MR. MORRISSETTE:  Object to the                 14:19:26
25  form.                                                     14:19:26
```

Page 46

| | | |
|---|---|---|
| 1 A | She had a policy through her | 14:19:26 |
| 2 employer and also under this policy number | | 14:19:30 |
| 3 111604 001. | | 14:19:36 |
| 4 Q | Okay. You're referring to UACL-521 | 14:19:38 |
| 5 and that is the cover page or actually that's the | | 14:19:44 |
| 6 second page back from the cover page. It's the | | 14:19:48 |
| 7 cover page for the policy, the LTD policy, in | | 14:19:52 |
| 8 this case; right? | | 14:19:56 |
| 9 A | Yes. | 14:19:58 |
| 10 Q | Okay. How long have you been | 14:19:58 |
| 11 handling insurance claims? | | 14:20:04 |
| 12 A | For ten years. | 14:20:06 |
| 13 Q | Ten years. | 14:20:08 |
| 14 A | Yes. | 14:20:08 |
| 15 Q | All of that been with UnumProvident? | 14:20:08 |
| 16 A | Prior to the merger we weren't | 14:20:14 |
| 17 UnumProvident. | | 14:20:16 |
| 18 Q | Okay. I'm sorry. From 1999 to | 14:20:18 |
| 19 present you've been handling claims with | | 14:20:22 |
| 20 UnumProvident? | | 14:20:26 |
| 21 A | Yes. | 14:20:28 |
| 22 Q | Okay. Prior to '99 you handled | 14:20:28 |
| 23 claims with Provident Life & Accident Insurance | | 14:20:32 |
| 24 Company; right? | | 14:20:34 |
| 25 A | Yes. | 14:20:36 |

Page 47

```
 1 Q         Do you have any claims handling              14:20:36
 2 experience other than with UnumProvident and          14:20:38
 3 Provident Life & Accident Insurance Company?          14:20:40
 4 A         No.                                         14:20:42
 5 Q         Okay.  When did you join Provident          14:20:44
 6 Life & Accident Insurance Company?                    14:20:48
 7 A         In August of '96.                           14:20:50
 8 Q         Okay.  In August of '96 when you            14:20:50
 9 joined the company, did you have prior claims         14:20:58
10 handling experience?                                  14:21:00
11 A         No.                                         14:21:02
12 Q         Okay.  Had you taken any classes or         14:21:02
13 training prior to joining the company in 1996         14:21:06
14 with regard to claims handling practices?             14:21:10
15 A         No.                                         14:21:12
16 Q         Okay.  What did you do before you           14:21:12
17 joined Provident Life & Accident Insurance            14:21:14
18 Company?                                              14:21:16
19 A         I worked in retail management.              14:21:16
20 Q         Okay.  Did you have anything to do          14:21:18
21 with the insurance business at all?                   14:21:20
22 A         No.                                         14:21:24
23 Q         Okay.  So in 1996 you made                  14:21:24
24 essentially a change in careers and moved into        14:21:28
25 the insurance business?                               14:21:30
```

```
                                                              Page 48
 1  A         Yes.                                           14:21:32
 2  Q         Okay.  Did you have any classes in             14:21:32
 3  college or school before 1996 dealing with claims        14:21:34
 4  handling or insurance?                                   14:21:38
 5  A         No.                                            14:21:40
 6  Q         Okay.  When you came on board in               14:21:40
 7  1996, were you given training?                           14:21:42
 8  A         Yes.                                           14:21:44
 9  Q         Was it OJT or was there a training             14:21:46
10  manual?                                                  14:21:48
11  A         We didn't have training manuals.               14:21:50
12  Q         So it was --                                   14:21:52
13  A         It was on-the-job training.                    14:21:52
14  Q         On-the-job training.                           14:21:54
15  A         We had a training class, but we                14:21:54
16  weren't really given training manuals at that            14:21:56
17  time.                                                    14:22:00
18  Q         Okay.  When you get a claim in, do             14:22:00
19  you not first try to determine whether or not the        14:22:08
20  person actually had insurance coverage?                  14:22:10
21  A         Yes, we do.                                    14:22:12
22            MR. MORRISSETTE:  Object to the                14:22:12
23  form.                                                    14:22:14
24  Q         Okay.  So if they're not insured               14:22:14
25  under the policy, you're not even going to go            14:22:16
```

Page 49

```
 1  beyond that step in the claims handling process;     14:22:20
 2  are you?                                              14:22:24
 3              MR. MORRISSETTE:  Object to the           14:22:24
 4  form.                                                 14:22:24
 5  A       One of the first stages of handling           14:22:24
 6  the claim is determining eligibility under the        14:22:28
 7  contract.                                             14:22:34
 8  Q       Okay.  Now, there's a policy number           14:22:34
 9  listed on or identified on UACL-521 and you, I        14:22:36
10  think, referred to that.  It's 111604 001; right?     14:22:42
11  A       Yes.                                          14:22:50
12  Q       And it's group plans - economy plan           14:22:50
13  listed next to that number; right?                    14:22:56
14  A       That's what it says.                          14:22:58
15  Q       Okay.  All right.  The policy                 14:23:00
16  effective date is January 1st, 2002; is that          14:23:02
17  correct?                                              14:23:06
18  A       Yes.                                          14:23:06
19  Q       Okay.  That would be the first time           14:23:06
20  this policy became effective; is that correct?        14:23:12
21              MR. MORRISSETTE:  Object to the           14:23:18
22  form.                                                 14:23:18
23  A       This particular policy is indicating          14:23:20
24  that the effective date was 1/1/02, or, excuse        14:23:24
25  me, 2002.                                             14:23:28
```

                                                              Page 50

| | |
|---|---|
| 1  Q          Okay.  This particular policy. | 14:23:28 |
| 2  Well, is it possible that the Annuity Board of | 14:23:34 |
| 3  the Southern Baptist Convention had a prior | 14:23:40 |
| 4  policy number? | 14:23:40 |
| 5  A          It's possible. | 14:23:42 |
| 6  Q          Okay.  Did anybody search for that | 14:23:42 |
| 7  when you took on this appellate claim? | 14:23:46 |
| 8  A          Not that I can recall. | 14:23:50 |
| 9  Q          Okay.  When you go into the | 14:23:52 |
| 10 electronic system, I think Magic system is what | 14:23:54 |
| 11 we referred to, if you go into the Magic system | 14:24:00 |
| 12 and search for this policy number, does it pull | 14:24:02 |
| 13 up all prior versions for you? | 14:24:06 |
| 14         MR. MORRISSETTE:  Object to the | 14:24:10 |
| 15 form. | 14:24:14 |
| 16 A          It -- when you go into the Magic | 14:24:14 |
| 17 system, it lists all of the policies from the | 14:24:20 |
| 18 date of the inception, the policy effective date, | 14:24:24 |
| 19 and then it might list any amendments that have | 14:24:28 |
| 20 been made since that time. | 14:24:32 |
| 21 Q          Here's what I'm getting at.  When | 14:24:32 |
| 22 you go in and you look at a claim, one of the | 14:24:36 |
| 23 things you look for is a preexisting limitation; | 14:24:38 |
| 24 right? | 14:24:40 |
| 25         MR. MORRISSETTE:  Object to the | 14:24:42 |

Page 51

```
 1  form.                                                  14:24:44
 2  A          It depends on at the time frame that        14:24:44
 3  they filed their claim.                                14:24:46
 4  Q          Right.  But that's one of the               14:24:46
 5  possible reasons for denying a claim, correct, is      14:24:48
 6  preexisting limitation?  And the company actually      14:24:52
 7  requires in the claims manual that people review       14:24:54
 8  that for a possible limitation on coverage.  Are       14:24:58
 9  you familiar with that?                                14:25:02
10  A          That would be one of the things that        14:25:04
11  is reviewed during a claim.                            14:25:06
12  Q          In order to do that, you've got to          14:25:08
13  know who the prior policy issuer was with regard       14:25:10
14  to this particular entity; correct?                    14:25:16
15             MR. MORRISSETTE:  Object to the             14:25:18
16  form.                                                  14:25:20
17  A          Yes.  That is something that you            14:25:20
18  have to have knowledge of.                             14:25:22
19  Q          The Magic system actually lists not         14:25:22
20  just the current policy, but information about         14:25:26
21  any policies issued to this particular                 14:25:28
22  policyholder as it's identified on this document       14:25:30
23  here at UACL-521; is that correct?                     14:25:34
24  A          To the extent of what's in the Magic        14:25:38
25  system, I can't, you know, testify to that.            14:25:40
```

Page 52

| | | |
|---|---|---|
| 1 Q | Okay. Did you actually go search | 14:25:42 |
| 2 when you did Ms. Bullard's claim on the Magic | | 14:25:44 |
| 3 system to see what policies had been issued to | | 14:25:50 |
| 4 the Annuity Board of the Southern Baptist | | 14:25:54 |
| 5 Convention? | | 14:25:56 |
| 6 A | The extent of my search, I don't | 14:25:56 |
| 7 know. I mean, I did go and pull the policy off, | | 14:25:58 |
| 8 but beyond that, I can't really recall what I | | 14:26:00 |
| 9 did. | | 14:26:06 |
| 10 Q | Okay. All right. So when you | 14:26:06 |
| 11 processed Ms. Bullard's appeal, you were doing so | | 14:26:10 |
| 12 because she was an insured under UACL-521, this | | 14:26:12 |
| 13 policy here right? | | 14:26:20 |
| 14 | MR. MORRISSETTE: Object to the | 14:26:20 |
| 15 form. | | 14:26:20 |
| 16 A | From my recollection when I was | 14:26:22 |
| 17 administering Ms. Bullard's appeal, the first | | 14:26:30 |
| 18 thing that I would have checked was the date her | | 14:26:34 |
| 19 claim inception or, excuse me, yes, the date of | | 14:26:36 |
| 20 disability and I would have looked at the policy | | 14:26:40 |
| 21 that was effective at that time period and made | | 14:26:44 |
| 22 sure that the appropriate policy was being | | 14:26:48 |
| 23 utilized. | | 14:26:52 |
| 24 Q | Okay. The reason I'm asking is I | 14:26:52 |
| 25 want to know if Ms. Bullard was insured under | | 14:26:56 |

```
                                                          Page 53
 1  this particular policy we have here.           14:26:58
 2              MR. MORRISSETTE:  Object to the    14:27:00
 3  form.                                          14:27:00
 4  Q           Was this LTD policy providing      14:27:02
 5  insurance coverage to Betty Bullard at the time 14:27:06
 6  she filed her claim?                           14:27:08
 7              MR. MORRISSETTE:  Object to the    14:27:10
 8  form.                                          14:27:10
 9  A           Based on the effective date of this 14:27:10
10  policy and the date that Ms. Bullard filed her 14:27:12
11  claim, this would have been the policy that was 14:27:16
12  effective at the time.                         14:27:22
13  Q           Okay.  Effective at the time.  Was 14:27:22
14  it providing coverage?                         14:27:24
15              MR. MORRISSETTE:  Object to the    14:27:26
16  form.                                          14:27:28
17  A           It would have -- what I mean by    14:27:28
18  effective at the time, meaning it had the most 14:27:28
19  recent amendments that would have been added to 14:27:30
20  the policy.                                    14:27:34
21  Q           Okay.  Well, let me ask you, is    14:27:34
22  Betty Bullard covered under that policy at the 14:27:38
23  time she files her claim with Unum Life or     14:27:40
24  UnumProvident?                                 14:27:44
25              MR. MORRISSETTE:  Object to the    14:27:46
```