**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 21, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Betty Bullard vs. Unum Provident Corporation, et al**
**Case Number: 2:05cv1217-MEF**
**Pleading : #92 - Evidentiary in Support Defendants' Opposition to Plaintiff's Motion for Summary Judgment.**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 2/19/2007 with the incorrect title. The referenced pleading is Evidentiary Submission in support of the Defendants' Opposition to Plaintiff's Motion for Partial Judgment(Doc.#91), not a Motion to Remand.**

**The corrected pdf document is attached to this notice.**