IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BULLARD                    ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.                                          ) | |
| ) | CASE NO. |
| UNUMPROVIDENT CORPORATION;   ) | |
| UNUM LIFE INSURANCE COMPANY   ) | CV-2:05-cv-1217-MEF |
| OF AMERICA, et al.,              ) | |
| ) | |
| Defendants.         ) | |

### JOINT MOTION TO EXTEND DEADLINE

COME NOW the parties and jointly file this motion to extend the deadline set forth in this Court's Order dated February 27, 2007. Doc. No. 95.  In that Order the Court directed the parties to file a joint stipulation of dismissal on or before March 21, 2007.

The parties have engaged in settlement discussions and are trying to resolve the terms of a proposed Settlement Agreement.  The parties therefore request that this Honorable Court extend the deadline from March 21, 2007 to March 28, 2007.

                                            Respectfully submitted,

                                             /s/ Thomas O. Sinclair
                                            One of the Attorneys for Plaintiff

OF COUNSEL:
Thomas O. Sinclair (SIN018)
Jenifer Champ Wallis (WAL191)
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Phone:  (205).803-0051
Fax:  (205).803-0053

E-mail:  tsinclair@cwp-law.com
E-mail:  jwallis@cwp-law.com

Respectfully submitted,

 /s/ Douglas W. Fink
(by T. Sinclair with express permission)
One of the Attorneys for Defendants

OF COUNSEL:
Henry T. Morrissette (MORRH7622)
Douglas W. Fink (FINKD3798)
Hand Arendall, LLC
Post Office Box 123
Mobile, AL 36601
Phone:  (251) 432-5511
Fax:  (251) 694-6375
E-mail:  hmorrissette@handarendall.com
E-mail:  dfink@handarendall.com


John S. Johnson
Hand Arendall, LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, AL  35203
Phone:  (205) 324-4400
Fax:  (205) 322-1163
E-mail:  jjohnson@handarendall.com

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007 I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notifications of such filing to the following:

dfink@handarendall.com
hmorrissette@handarendall.com
jjohnson@handarendall.com


 /s/Thomas O. Sinclair_____