IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1217-MEF |
| | ) | |
| UNUMPROVIDENT CORPORATION, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Deadline to File Joint Stipulation of Dismissal (Doc. #96) filed on March 20, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 21st day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE