IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY BULLARD, | § | |
| Plaintiff, | § | |
| | § | CASE NO. |
| vs. | § | |
| | | CV-2:05-cv-1217-MEF |
| UNUMPROVIDENT CORPORATION; | § | |
| UNUM LIFE INSURANCE COMPANY | | |
| OF AMERICA, et al., | § | |
| Defendants. | § | |

## JOINT MOTION FOR DISMISSAL

Plaintiff and Defendants in the above-styled cause move this Honorable Court for entry of an order dismissing the claims filed by Plaintiff against Defendants with prejudice, each party to bear her or its own costs. The parties would show unto this Honorable Court that they have reached a full and final compromise and settlement of this dispute.

Respectfully submitted this 27th day of March, 2007.

Attorney for Plaintiff Betty Bullard


*s/ Henry T. Morrissette*
THOMAS O. SINCLAIR **-By Permission**


OF COUNSEL:

Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
(205) 803-0051
tsinclair@cwp-law.com

Attorney for Defendants UnumProvident Corporation and Unum Life Insurance Company of America

*s/ Henry T. Morrissette*
HENRY T. MORRISSETTE

OF COUNSEL:

HAND ARENDALL LLC
PO Box 123
Mobile, AL 36601
(251) 432-5511
hmorrissette@handarendall.com